# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Smart Mortgage Centers Inc.**

Broker Agreement, dated March 31, 2005