# EXHIBIT B

Smart Mortgage Centers Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Smart Mortgage Centers Inc. | 39256052 | UW - OTHER | | | $ 360,000 |
| Smart Mortgage Centers Inc. | 39334727 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 185,000 |
| Smart Mortgage Centers Inc. | 39471388 | UW - OTHER | MISREP - DEBTS | | $ 196,650 |
| Smart Mortgage Centers Inc. | 45357621 | MISREP - INCOME/EMPLOY | | | $ 252,000 |
| Smart Mortgage Centers Inc. | 46527750 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 439,850 |

**TOTAL:** $ 1,433,500

**Allocted Total:** $ 572,282.29