# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Southern Oaks Mortgage Inc

Broker Agreement, dated November 19, 2004