# EXHIBIT B

Southern Oaks Mortgage Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Southern Oaks Mortgage Inc | 39236229 | MISREP - INCOME/EMPLOY | | | $ 471,920 |
| Southern Oaks Mortgage Inc | 45397940 | MISREP - INCOME/EMPLOY | | | $ 580,000 |
| Southern Oaks Mortgage Inc | 45434875 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 392,000 |
| Southern Oaks Mortgage Inc | 46357950 | MISREP - INCOME/EMPLOY | | | $ 484,000 |

|  |  |
|---|---|
| TOTAL: | $ 1,927,920 |
| Allocated Total: | $ 622,518.17 |