# EXHIBIT A

## EXHIBIT A AGREEMENTS

### The Force, Inc.

Broker Agreement, dated March 30, 2006