# EXHIBIT B

The Force, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| The Force, Inc. | 38184230 | MISREP - DEBTS | | | $ 155,920 |
| The Force, Inc. | 38189551 | MISREP - DEBTS | | | $ 38,980 |
| The Force, Inc. | 38284808 | MISREP - DEBTS | | | $ 24,735 |
| The Force, Inc. | 38549788 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $ 347,500 |
| The Force, Inc. | 38653028 | MISREP - INCOME/EMPLOY | | | $ 31,980 |
| The Force, Inc. | 38770673 | DOCUMENTATION | | | $ 53,500 |
| The Force, Inc. | 38901500 | DOCUMENTATION | | | $ 29,980 |
| The Force, Inc. | 39101670 | MISREP - DEBTS | | | $ 16,362 |
| The Force, Inc. | 39143045 | MISREP - DEBTS | | | $ 59,800 |
| The Force, Inc. | 39170576 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 65,448 |
| The Force, Inc. | 39211800 | MISREP - INCOME/EMPLOY | | | $ 26,380 |
| The Force, Inc. | 39336755 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 428,000 |
| The Force, Inc. | 39434204 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 107,000 |
| The Force, Inc. | 39618566 | MISREP - OCCUPANCY | | | $ 560,000 |
| The Force, Inc. | 39637889 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 66,813 |
| The Force, Inc. | 39750468 | MISREP - DEBTS | | | $ 208,000 |
| The Force, Inc. | 39950050 | MISREP - DEBTS | | | $ 80,900 |
| The Force, Inc. | 45038668 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | MISREP - OCCUPANCY | $ 316,000 |
| The Force, Inc. | 45455334 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 196,000 |
| The Force, Inc. | 45567971 | MISREP - DEBTS | | | $ 284,000 |
| The Force, Inc. | 45864162 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 152,000 |

|  |  |
|---|---|
| **TOTAL:** | **$ 3,249,298** |
| **Allocated Total:** | **$ 1,425,310.16** |

Exhibit B