# EXHIBIT A

## EXHIBIT A AGREEMENTS

### The Lending Source Ltd.

Broker Agreement, dated January 17, 2005