# EXHIBIT B

The Lending Source Ltd.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| The Lending Source Ltd. | 35412972 | MISREP - DEBTS | | | $ 444,960 |
| The Lending Source Ltd. | 37446457 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 316,000 |
| The Lending Source Ltd. | 38036125 | MISREP - INCOME/EMPLOY | | | $ 464,000 |
| The Lending Source Ltd. | 38036844 | MISREP - INCOME/EMPLOY | | | $ 116,000 |
| The Lending Source Ltd. | 38147369 | MISREP - INCOME/EMPLOY | | | $ 369,600 |
| The Lending Source Ltd. | 38147484 | MISREP - INCOME/EMPLOY | | | $ 92,400 |

**TOTAL:** $ 1,802,960

**Allocated Total:** $ 843,652.09