# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Trust Deed Of Calif. Inc. Mtg Division**

Broker Agreement, dated July 26, 2006