# EXHIBIT B

Trust Deed Of Calif. Inc. Mtg Division

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Trust Deed Of Calif. Inc. Mtg Division | 39825047 | UW - OTHER | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ 450,000 |
| Trust Deed Of Calif. Inc. Mtg Division | 46512505 | UW - OTHER | MISREP - INCOME/EMPLOY |  | $ 454,449 |
| Trust Deed Of Calif. Inc. Mtg Division | 46793956 | MISREP - INCOME/EMPLOY | MISREP - DEBTS |  | $ 504,000 |

**TOTAL:** $ 1,408,449

**Allocated Total:** $ 680,279.76