# EXHIBIT A

## EXHIBIT A AGREEMENTS

### United Northern Mortgage Bankers, LTD

Loan Purchase Agreement, dated September 24, 2004