# EXHIBIT B

United Northern Mortgage Bankers, LTD

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| United Northern Mortgage Bankers, LTD | 33217993 | DOCUMENTATION | DOCUMENTATION | | $ 29,458 |
| United Northern Mortgage Bankers, LTD | 33353137 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | OTHER | $ 93,000 |
| United Northern Mortgage Bankers, LTD | 40854705 | MISREP - INCOME/EMPLOY | | | $ 614,800 |

**TOTAL:** $ 737,258

**Allocated Total:** $ 147,135.70