Robert Mangas
2857 Packard St.
Ann Arbor, MI 48108
734-748-1003
RobertMangas@outlook.com

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: The Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates (Docket #61013) and the Motion to Compel Filing of the Important Covenants of LBH Annual Certificates (Docket # 60984)**

Dear Honorable Judge Chapman:

I am a preferred shareholder of the LBHI Capital Trusts III, IV, V and VI with the standing to submit this letter to your court as stated on docket #60984.  A Summary Judgment (Docket #61013) is currently before the honorable court.  The Motion to Compel Filing of the Important Covenants of LBH Certificates is undisputed before the honorable court.  Both Docket 61013 and #60984 were filed with over 30 days before the April 2021 distribution date.  LBHI have ample time to review their compliance with the certificates in relations to both the subordinate debts and the parity with the most senior preference shares of LBHI and its affiliates to determine if LBHI have ever or will violate the Important Covenants of LBH or the Guarantee.  LBHI is aware of the required missing certificates before they announced the current distribution scheduled for April 2021.

I respectfully request this honorable court to protect and assure that the Guarantee rights of the LBHI Capital Trusts III, IV, V and VI will not be violated any further.  I request this honor court to cease any current and future distributions of any proceeds from the UK Litigation or any

transactions to subordinated debts that LBHI guaranteed that is in direct conflict with the rights of the Important Covenants of LBH and the Guarantee. I request the honor court to look into all the past transactions since LBHI declared bankruptcy of preference equity shares of LBHI or its affiliates like Neuberger Berman, LBMB and ECAPS to determine if those transactions violated the Guarantee and to determine if the desire to complete these transactions without properly compensating the LBHI Capital Trusts III, IV, V and VI was a cause for LBHI to not file the certificates. Bankruptcy Code 510(a) states that subordinated guarantees such as the subordinated guarantees LBHI Capital Trusts III, IV, V and VI have are valid within or outside of bankruptcies.

If a distribution made and the summary judgment is granted, then clawback provisions should be executed to recover the erroneous distributed amounts for each year a certificate was not filed.

I respectfully request the Honorable Court to look into the matters stated in this letter and take the all appropriate actions the court deem necessary.

Respectfully Submitted,

Dated: March 4th, 2021

Robert Mangas
Pro Se