Robert Mangas
2857 Packard St.
Ann Arbor, MI 48108
734-748-1003
RobertMangas@outlook.com

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Letter of Support for the Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates (Docket #61013)**

Dear Honorable Judge Chapman:

I am a preferred shareholder of the LBHI Capital Trusts III, IV, V and VI with the standing to submit this letter to your court as stated on docket #60984. I would like to submit my letter of support for the Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates (Docket # 61013).

There are over 10 years of certificates that should have been filed by LBHI but, were not. This allowed LBHI to ignore the rights of the LBHI Capital Trusts III, IV, V and VI and consistently violate the Important Covenants of LBH and Guarantee with transactions that benefited others within this bankruptcy at the expense of the LBHI Capital Trusts III, IV, V and VI.

I therefore, respectfully request the Honorable Court to grant the Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates in its entirety.

Respectfully Submitted,

Dated: March 4th, 2021

Robert Mangas
Pro Se