PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                         :

**In re:**                                                :    **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **Case No. 08-13555 (SCC)**

           **Debtors.**                        :    **(Jointly Administered)**
---------------------------------------------------------------- x

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS

    **PLEASE TAKE NOTICE** that Paul Hastings LLP, formerly 75 East 55th Street New York, NY 10022, hereby withdrawals their notice of appearance[1] in this case and requests to be removed from the Case Management/Electronic Case Files system ("CM/ECF") and any other service in this case. Please remove the names, mailing address and e-mail addresses listed below from any mailing lists and the Court's CM/ECF system for this case:

        PAUL HASTINGS LLP
        75 East 55th Street
        New York, NY 10022-3205
        Luc A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Tel: (212) 318-6000
        Fax: (212) 319-4090
        lucdespins@paulhastings.com
        andrewtenzer@paulhastings.com

---

[1]    *Notice of Appearance and Request for Notices and Documents* [Docket No. 50242].

\

-2-

Dated: March 5, 2021
New York, New York

                                              */s/ Luc A. Despins*
                                              Luc A. Despins, Esq.
                                              Andrew V. Tenzer, Esq.
                                              PAUL HASTINGS LLP
                                              200 Park Avenue
                                              New York, New York 10166
                                              Telephone: (212) 318-6000
                                              Facsimile: (212) 319-4090