# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**First Ohio Banc & Lending, Inc. and Ohio Lending Consultants, LLC, as successor by merger to First Ohio Banc & Lending, Inc.**

Broker Agreement, dated February 4, 2004

Broker Agreement, dated July 1, 2005