# EXHIBIT B

First Ohio Banc Lending, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| First Ohio Banc & Lending, Inc. | 35515287 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 224,000 |
| First Ohio Banc & Lending, Inc. | 36493005 | UW - OTHER | | | $ 560,000 |
| First Ohio Banc & Lending, Inc. | 36632990 | MISREP - INCOME/EMPLOY | | | $ 359,600 |
| First Ohio Banc & Lending, Inc. | 37674546 | MISREP - OCCUPANCY | | | $ 81,899 |
| First Ohio Banc & Lending, Inc. | 38124707 | MISREP - INCOME/EMPLOY | | | $ 69,750 |
| First Ohio Banc & Lending, Inc. | 38458360 | DOCUMENTATION | DOCUMENTATION | | $ 30,000 |
| First Ohio Banc & Lending, Inc. | 38875597 | MISREP - DEBTS | | | $ 119,900 |
| First Ohio Banc & Lending, Inc. | 38990156 | MISREP - INCOME/EMPLOY | | | $ 90,000 |
| First Ohio Banc & Lending, Inc. | 39125547 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 51,300 |
| First Ohio Banc & Lending, Inc. | 39176193 | MISREP - DEBTS | | | $ 119,000 |
| First Ohio Banc & Lending, Inc. | 39273792 | DOCUMENTATION | DOCUMENTATION | | $ 25,001 |
| First Ohio Banc & Lending, Inc. | 39344353 | DOCUMENTATION | MISREP - OCCUPANCY | UW - OTHER | $ 132,000 |
| First Ohio Banc & Lending, Inc. | 39380407 | MISREP - DEBTS | | | $ 104,000 |
| First Ohio Banc & Lending, Inc. | 39528799 | MISREP - INCOME/EMPLOY | | | $ 296,500 |
| First Ohio Banc & Lending, Inc. | 45501822 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 305,000 |
| First Ohio Banc & Lending, Inc. | 45687225 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 220,000 |
| First Ohio Banc & Lending, Inc. | 46655049 | MISREP - INCOME/EMPLOY | | | $ 736,000 |

TOTAL: $ 3,523,950

Allocated Total: $ 1,241,616.34