# EXHIBIT A

## EXHIBIT A AGREEMENTS

**First Priority Financial, Inc. and Caliber Home Loans, as successor to First Priority Financial, Inc.**

Broker Agreement, dated May 19, 2004

Broker Agreement, dated November 9, 2005