# EXHIBIT B

First Priority Financial, Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| First Priority Financial, Inc | 19394337 | MISREP - INCOME/EMPLOY | | | $ 333,700 |
| First Priority Financial, Inc | 19898774 | MISREP - DEBTS | | | $ 63,750 |
| First Priority Financial, Inc | 19919414 | MISREP - INCOME/EMPLOY | | | $ 524,720 |
| First Priority Financial, Inc | 35257237 | MISREP - INCOME/EMPLOY | | | $ 242,399 |
| First Priority Financial, Inc | 35389972 | MISREP - INCOME/EMPLOY | | | $ 612,000 |
| First Priority Financial, Inc | 36843522 | MISREP - DEBTS | | | $ 468,000 |
| First Priority Financial, Inc | 36898377 | MISREP - INCOME/EMPLOY | | | $ 320,000 |
| First Priority Financial, Inc | 37055084 | MISREP - INCOME/EMPLOY | | | $ 180,000 |
| First Priority Financial, Inc | 37405925 | MISREP - DEBTS | | | $ 602,400 |
| First Priority Financial, Inc | 37643822 | MISREP - INCOME/EMPLOY | | | $ 160,000 |
| First Priority Financial, Inc | 38040200 | MISREP - INCOME/EMPLOY | | | $ 461,250 |
| First Priority Financial, Inc | 38089249 | UW - TITLE | | | $ 320,000 |
| First Priority Financial, Inc | 38264289 | MISREP - INCOME/EMPLOY | | | $ 68,800 |
| First Priority Financial, Inc | 38402277 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 1,387,400 |
| First Priority Financial, Inc | 38524351 | MISREP - INCOME/EMPLOY | | | $ 640,000 |
| First Priority Financial, Inc | 38768008 | MISREP - INCOME/EMPLOY | | | $ 440,000 |
| First Priority Financial, Inc | 38781159 | MISREP - DEBTS | | | $ 28,990 |
| First Priority Financial, Inc | 38781175 | MISREP - INCOME/EMPLOY | | | $ 22,500 |
| First Priority Financial, Inc | 38955753 | MISREP - INCOME/EMPLOY | | | $ 300,000 |
| First Priority Financial, Inc | 38996211 | MISREP - INCOME/EMPLOY | | | $ 328,000 |
| First Priority Financial, Inc | 39072327 | MISREP - INCOME/EMPLOY | | | $ 310,400 |
| First Priority Financial, Inc | 39076062 | MISREP - INCOME/EMPLOY | | | $ 45,000 |
| First Priority Financial, Inc | 39119375 | MISREP - INCOME/EMPLOY | | | $ 73,000 |
| First Priority Financial, Inc | 39312632 | MISREP - INCOME/EMPLOY | | | $ 331,000 |
| First Priority Financial, Inc | 39333497 | MISREP - INCOME/EMPLOY | | | $ 66,400 |
| First Priority Financial, Inc | 39341706 | MISREP - DEBTS | | | $ 360,000 |
| First Priority Financial, Inc | 39456454 | MISREP - INCOME/EMPLOY | | | $ 115,000 |
| First Priority Financial, Inc | 39462916 | MISREP - INCOME/EMPLOY | | | $ 545,000 |
| First Priority Financial, Inc | 39474119 | MISREP - INCOME/EMPLOY | | | $ 800,000 |
| First Priority Financial, Inc | 39474549 | MISREP - INCOME/EMPLOY | | | $ 200,000 |
| First Priority Financial, Inc | 39569413 | DOCUMENTATION | | | $ 85,000 |
| First Priority Financial, Inc | 39594106 | MISREP - INCOME/EMPLOY | | | $ 540,000 |
| First Priority Financial, Inc | 39602008 | MISREP - INCOME/EMPLOY | | | $ 378,000 |

First Priority Financial, Inc

| First Priority Financial, Inc | 39700000 | MISREP - INCOME/EMPLOY | | | $ | 425,000 |
|---|---|---|---|---|---|---|
| First Priority Financial, Inc | 39776547 | MISREP - INCOME/EMPLOY | | | $ | 648,000 |
| First Priority Financial, Inc | 39816632 | MISREP - INCOME/EMPLOY | | | $ | 508,000 |
| First Priority Financial, Inc | 39863642 | MISREP - INCOME/EMPLOY | | | $ | 973,000 |
| First Priority Financial, Inc | 39941349 | MISREP - INCOME/EMPLOY | | | $ | 379,000 |
| First Priority Financial, Inc | 45004371 | MISREP - INCOME/EMPLOY | | | $ | 456,800 |
| First Priority Financial, Inc | 45106358 | MISREP - INCOME/EMPLOY | | | $ | 328,000 |
| First Priority Financial, Inc | 45291382 | MISREP - INCOME/EMPLOY | | | $ | 395,000 |
| First Priority Financial, Inc | 45291580 | MISREP - INCOME/EMPLOY | | | $ | 438,000 |
| First Priority Financial, Inc | 45335031 | MISREP - INCOME/EMPLOY | | | $ | 345,000 |
| First Priority Financial, Inc | 45496007 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 264,000 |
| First Priority Financial, Inc | 45898186 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 447,600 |
| First Priority Financial, Inc | 46070512 | MISREP - INCOME/EMPLOY | | | $ | 545,000 |
| First Priority Financial, Inc | 46079208 | MISREP - INCOME/EMPLOY | | | $ | 517,750 |

TOTAL:  $  18,022,859

Allocated Total:  $  6,189,704.60

Exhibit B