# EXHIBIT A

# EXHIBIT A AGREEMENTS

**Alderus Funding & Investments LLC and Hamilton Home Loans, Inc., as successor to Alderus Funding & Investments LLC**

Broker Agreement, dated December 27, 2005