# EXHIBIT B

Alderus Funding Investments LLC

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Alderus Funding & Investments LLC | 38709663 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 46,500 |
| Alderus Funding & Investments LLC | 38885653 | MISREP - INCOME/EMPLOY | | | $ 885,000 |
| Alderus Funding & Investments LLC | 39163449 | MISREP - INCOME/EMPLOY | | | $ 263,666 |

**TOTAL:** $ 1,195,166

**Allocated Total:** $ 403,955.40