# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Virginia Commerce Bank and United Bank, as successor by merger to Virginia Commerce Bank**

Loan Purchase Agreement, dated April 21, 2005