# EXHIBIT B

Virginia Commerce Bank

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Virginia Commerce Bank | 33287384 | MISREP - INCOME/EMPLOY | | | $ 975,000 |

**TOTAL:** $ 975,000

**Allocated Total:** $ 257,725.33