# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Wholesale Capital Corporation and Summit Funding, Inc., as successor to Wholesale Capital Corporation**

Loan Purchase Agreement, dated December 22, 2005