# EXHIBIT B

Wholesale Capital Corporation

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Wholesale Capital Corporation | 33294620 | MISREP - INCOME/EMPLOY | | | $ 216,000 |
| Wholesale Capital Corporation | 33694951 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 490,000 |

**TOTAL:** $ 706,000

**Allocated Total:** $ 341,132.08