# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Fisher Financial Group Inc. and NationsChoice Mortgage, as successor by merger to Fisher Financial Group Inc.**

Loan Purchase Agreement, dated May 21, 2002