# EXHIBIT B

Fisher Financial Group Incorporated

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Fisher Financial Group Incorporated | 40467987 | MISREP - INCOME/EMPLOY | | | $ 433,000 |

TOTAL: $ 433,000

Allocated Total: $ 147,855.39