# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Priority Mortgage Corp. and Senior Lending Corporation, as successor to Priority Mortgage Corp.**

Broker Agreement, dated March 10, 2006