# EXHIBIT B

Priority Mortgage Corp

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Priority Mortgage Corp | 38194437 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 980,000 |
| Priority Mortgage Corp | 38194510 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 350,000 |

TOTAL: $ 1,330,000

Allocated Total: $ 613,422.95

Exhibit B