# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Nationwide Home Mortgage Inc. and Apex Home Loans, Inc., as successor to Nationwide Home Mortgage Inc.**

Broker Agreement, dated September 28, 2004