# EXHIBIT B

Nationwide Home Mortgage Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Nationwide Home Mortgage Inc | 39822952 | MISREP - INCOME/EMPLOY | | | $ 396,000 |
| Nationwide Home Mortgage Inc | 45350725 | MISREP - INCOME/EMPLOY | | | $ 198,000 |
| Nationwide Home Mortgage Inc | 45370954 | MISREP - DEBTS | | | $ 423,500 |
| Nationwide Home Mortgage Inc | 45815958 | MISREP - DEBTS | | | $ 456,000 |
| Nationwide Home Mortgage Inc | 46341004 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 568,000 |
| Nationwide Home Mortgage Inc | 46392882 | MISREP - OCCUPANCY | | | $ 500,000 |
| Nationwide Home Mortgage Inc | 46491981 | MISREP - INCOME/EMPLOY | | | $ 242,500 |
| Nationwide Home Mortgage Inc | 46790648 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 625,000 |
| Nationwide Home Mortgage Inc | 47029251 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 365,000 |
| Nationwide Home Mortgage Inc | 47324074 | MISREP - DEBTS | | | $ 310,000 |

**TOTAL:** $ 4,084,000

**Allocated Total:** $ 1,622,423.01