# EXHIBIT A

# EXHIBIT A AGREEMENTS

**Mortgage Direct, Inc. and BBMC Mortgage, as successor to Mortgage Direct, Inc., and Synergy One Lending, Inc. as successor to BBMC Mortgage**

Broker Agreement, dated October 11, 2005