# EXHIBIT B

Mortgage Direct, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Mortgage Direct, Inc. | 39267638 | DOCUMENTATION | DOCUMENTATION | | $ 50,800 |
| Mortgage Direct, Inc. | 39370903 | MISREP - OCCUPANCY | | | $ 405,000 |
| Mortgage Direct, Inc. | 39401286 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | DOCUMENTATION | $ 200,000 |
| Mortgage Direct, Inc. | 45103686 | MISREP - DEBTS | | | $ 496,000 |
| Mortgage Direct, Inc. | 47033204 | MISREP - DEBTS | | | $ 135,000 |
| Mortgage Direct, Inc. | 47701230 | MISREP - INCOME/EMPLOY | | | $ 733,600 |

TOTAL: $ 2,020,400

Allocated Total: $ 715,745.64