# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Coral Mortgage Bankers Corp. and Green Light Advance Corp., as successor to Coral Mortgage Bankers Corp.**

Broker Agreement, dated March 6, 2006

Loan Purchase Agreement, dated May 27, 2004