# EXHIBIT B

Coral Mortgage Bankers Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Coral Mortgage Bankers Corp. | 30975478 | MISREP - DEBTS | | | $ 104,000 |
| Coral Mortgage Bankers Corp. | 30975619 | DOCUMENTATION | MISREP - DEBTS | | $ 26,000 |
| Coral Mortgage Bankers Corp. | 31163371 | MISREP - DEBTS | | | $ 620,000 |
| Coral Mortgage Bankers Corp. | 31163520 | MISREP - DEBTS | DOCUMENTATION | | $ 116,250 |
| Coral Mortgage Bankers Corp. | 38064150 | MISREP - OCCUPANCY | | | $ 74,160 |
| Coral Mortgage Bankers Corp. | 46245551 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 453,000 |
| Coral Mortgage Bankers Corp. | 46257663 | UW - OTHER | MISREP - OCCUPANCY | UW - OTHER | $ 660,000 |

TOTAL:    $    2,053,410

Allocated Total:    $   733,166.49