# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Cranbrook Mortgage Corp. and Cranbrook Loans Group, Inc., as successor by merger to Cranbrook Mortgage Corp.**

Broker Agreement, dated May 28, 2002

Broker Agreement, dated October 30, 2004

Loan Purchase Agreement, dated February 23, 2006

Broker Agreement, dated November 7, 2005