# EXHIBIT B

Cranbrook Mortgage Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Cranbrook Mortgage Corp. | 16940744 | MISREP - INCOME/EMPLOY | | | $ 58,300 |
| Cranbrook Mortgage Corp. | 32665093 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 180,000 |
| Cranbrook Mortgage Corp. | 32949042 | DOCUMENTATION | | | $ 13,000 |
| Cranbrook Mortgage Corp. | 35957422 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 93,000 |
| Cranbrook Mortgage Corp. | 39192125 | DOCUMENTATION | | | $ 49,100 |
| Cranbrook Mortgage Corp. | 39362868 | MISREP - DEBTS | | | $ 70,000 |
| Cranbrook Mortgage Corp. | 39363395 | DOCUMENTATION | DOCUMENTATION | | $ 17,500 |
| Cranbrook Mortgage Corp. | 39713128 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 198,000 |

**TOTAL:**  $ 678,900

**Allocated Total:**  $ 393,147.62