# EXHIBIT A

# EXHIBIT A AGREEMENTS

**Security Pacific Home Loans and Skyline Financial Corp., as successor to Security Pacific Home Loans, and Finance Of America Mortgage LLC, as successors to Security Pacific Home Loans**

Loan Purchase Agreement, dated September 24, 2004