# EXHIBIT B

Security Pacific Home Loans, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Security Pacific Home Loans, Inc. | 30689228 | MISREP - INCOME/EMPLOY | | | $ 540,000 |
| Security Pacific Home Loans, Inc. | 33067208 | MISREP - INCOME/EMPLOY | | | $ 74,000 |

|  |  |
|---|---|
| TOTAL: | $ 614,000 |
| Allocated Total: | $ 159,034.01 |