# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Centex Capital Corp. and United Guaranteed Mortgage Company, as successor by merger to Centex Capital Corp.**

Broker Agreement, dated November 18, 2004