# EXHIBIT B

Centex Capital Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Centex Capital Corp. | 38702445 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 465,000 |
| Centex Capital Corp. | 38765004 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 840,000 |

|  |  |
|---|---|
| **TOTAL:** | **$ 1,305,000** |
| **Allocated Total:** | **$ 409,294.52** |