# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Mid-State Bank & Trust and RaboBank National Association, as successor by merger to Mid-State Bank & Trust**

Loan Purchase Agreement, dated September 18, 2003