# EXHIBIT B

Mid-State Bank Trust

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Mid-State Bank & Trust | 31105182 | DOCUMENTATION | UW - OTHER | | $ 591,200 |
| Mid-State Bank & Trust | 33693938 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 499,000 |

|  |  |
|---|---|
| **TOTAL:** | **$ 1,090,200** |
| **Allocated Total:** | **$ 251,089.10** |