# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Sterling Mortgage Svcs. Of The Treasure Coast, Inc. and Primary Residential Mortgage, Inc., as successor to Sterling Mortgage Svcs. of the Treasure Coast, Inc.**

Broker Agreement, dated November 11, 2005