# EXHIBIT B

Sterling Mortgage Svcs of the Treasure Coast, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37307923 | MISREP - INCOME/EMPLOY | | | $ 175,550 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37317856 | MISREP - OCCUPANCY | | | $ 175,550 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37484870 | MISREP - DEBTS | | | $ 271,760 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37644598 | MISREP - INCOME/EMPLOY | | | $ 181,800 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37753142 | MISREP - INCOME/EMPLOY | | | $ 185,485 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 37857976 | MISREP - OCCUPANCY | | | $ 175,550 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 45210176 | MISREP - DEBTS | DOCUMENTATION | | $ 569,600 |
| Sterling Mortgage Svcs of the Treasure Coast, Inc. | 46645180 | MISREP - INCOME/EMPLOY | | | $ 150,000 |

TOTAL: $ 1,885,295

Allocated Total: $ 746,546.55