# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Alpine Mortgage, LLC and Pinnacle Capital Mortgage, as successor by merger to Alpine Mortgage, LLC, and Finance Of America Mortgage LLC, as successor to Alpine Mortgage, LLC**

Loan Purchase Agreement, dated March 18, 2004