# EXHIBIT B

Alpine Mortgage LLC

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Alpine Mortgage LLC | 32954760 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 48,800 |
| Alpine Mortgage LLC | 33134156 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 221,600 |
| Alpine Mortgage LLC | 33273145 | MISREP - DEBTS | UW - OTHER | | $ 78,400 |
| Alpine Mortgage LLC | 33302514 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 530,000 |
| Alpine Mortgage LLC | 33530056 | MISREP - DEBTS | | | $ 539,520 |
| Alpine Mortgage LLC | 40097008 | UW - OTHER | MISREP - DEBTS | | $ 184,000 |
| Alpine Mortgage LLC | 40100810 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 464,800 |
| Alpine Mortgage LLC | 40320137 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 259,950 |
| Alpine Mortgage LLC | 40573164 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 136,080 |

**TOTAL:** $ 2,463,150

**Allocated Total:** $ 854,885.26