# EXHIBIT A

# EXHIBIT A AGREEMENTS

**All California Mortgage, Inc. and American Pacific Mortgage Corporation, as successor by merger to All California Mortgage, Inc.**

Loan Purchase Agreement, dated July 9, 2004