# EXHIBIT B

All California Mortgage, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| All California Mortgage, Inc. | 32431959 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $    491,250 |
| All California Mortgage, Inc. | 33525320 | UW - OTHER | MISREP - INCOME/EMPLOY | | $    800,000 |

**TOTAL:**    $    **1,291,250**

**Allocated Total:**    $    **120,450.64**