Elizabeth Harrison
1413 N. Vermont Street
Arlington, VA. 22201
Telephone: (571)480-2520
Email: Eharrison165@gmail.com
Pro Se

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors: Jointly Administered

Statement Joinder to Motion to Compel the Filing of The Important Covenants of LBH Annual Certificates, (Docket #60984)

## PROOF OF SERVICE

On February 16, 2021 I caused to be served the Statement Joinder to "Motion to Compel filing of the Important Covenants of Lehman Brothers Holdings Annual Certificates", Docket # 60984, by Electronic Service to Bankruptcy Court, Southern District of New York. The motion to joind is recorded as Docket # 61006. The Debtor is receiving Electronic Service from the United States Bankruptcy Court of the Southern District of New York.

On February 4, 2021 I enclosed the same letter securely in separate postage paid envelopes and delivered via USPS (USPS Receipts Exhibit A, USPS Deliveries Confirmation Exhibit B), such deliveries do not appear in the United States Bankruptcy Court of the Southern District of New York electronic system.

Attention: Kristine Dickson, c/o LBHI, 100 East 42nd St. 8th Fl, New York, N.Y. 10017

EPIQ Bankruptcy Solutions, LLC, P.O. Box 5076, New York, N.Y. 10150-5076

Attention: William Olshan, c/o LBHI, 100 East 42nd St. 8th Fl, New York, N.Y. 10017

Respectfully Submitted,

<u>Elizabeth Harrison</u>

March 8, 2021
Elizabeth Harrison
1413 N. Vermont Street
Arlington, VA. 22201
Telephone: (571)480-2520
Email: Eharrison165@gmail.com
By:/s/Elizabeth Harrison
Pro Se

# EXHIBIT A





# EXHIBIT B

**Kristine Dickson, c/o LBHI, 100 East 42nd St. 8th Fl, New York, N.Y. 10017**



**EPIQ Bankruptcy Solutions, LLC, P.O. Box 5076, New York, N.Y. 10150-5076**



**William Olshan, c/o LBHI, 100 East 42nd St. 8th Fl, New York, N.Y. 10017**

