Robert Mangas
2857 Packard St.
Ann Arbor, MI 48108
734-748-1003
RobertMangas@outlook.com

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

### Re: IMPORTANT COVENANTS OF LBH AND THE GUARANTEE CERTIFICATES REQUIREMENT OF ANNUAL FILING (DOCKET #61013 and #60984)

Dear Honorable Judge Chapman:

I am a preferred shareholder (20,000 shares) of the LBHI Capital Trusts III, IV, V and VI with the standing to submit this letter to your court as stated on docket #60984.   Because of the failure of the Trustee to enforce the guarantee, any preferred shareholder has the right to enforce the guarantee in court without first suing the trustee.  This right afforded to the preferred shareholders upon a LBHI default and upon the trustee's failure to enforce the Guarantee includes seeking the filings of the Certificates.  I am exercising my constitutional rights and with the rights under the relevant prospectus subordinated guarantee to bring this matter before the honorable court.

In conclusion to my communication with the honorable court, I would like to state that the Guarantee Certificates that are required to be filed every year in the event of a LBHI default is a requirement and not an option.  The certificates at issue are required to be filed during the normal procedures and business of the LBHI bankruptcy or "PLAN".   The prospectuses of Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI states that upon default, LBHI need to file the certificates to assess if LBHI is in violation of the Guarantee or in violation of the

Important Covenants of LBH. The purpose of that language is to prevent what is happening currently with the LBHI Capital Trusts III, IV, V and VI where the Guarantee rights and the rights of the Important Covenants of LBH are ignored and trampled over by LBHI. The required filing of the Certificates is explicitly written into the Subordinated Guarantee which is protected by Bankruptcy Code 510(A). A motion should not be needed to be filed to conclude that LBHI is in violation for not filing the certificates and thus in violation of the bankruptcy, "PLAN" and the Guarantee. LBHI is knowingly and willfully violating the terms of the Guarantee and the terms of the Important Covenants of LBH and the "PLAN". Any distributions without filing the certificates from this point on and arguably in the past are an intentional act. This should not be allowed. I hope to bring these facts before the honorable court as a concerned preferred shareholder of the LBHI Capital Trusts III, IV, V and VI as LBHI have been able to violate the "PLAN" and the rights of the Capital Trusts with impunity throughout the bankruptcy. There is no accountability for their actions even though the violations of the Guarantee and the Important Covenants of LBH were brought to their attention.

I respectfully request the Honorable Court to look into the matters stated in this letter and take all appropriate actions the court deem necessary to enforce the filing of the Certificates and its terms.

Respectfully Submitted,

*[signature]*

Dated: March 9th, 2021

Robert Mangas
Pro Se