Mohammad Asim Tiwana
145 Berkeley
Irvine, CA 92612, U.S.A
asimtiwana@gmail.com
949-294-5323

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York.
One Bowling Green
New York, NY 10004-1408

**Letter of Support for the Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates (Docket #61013)**

Most Honorable Judge Chapman,

I respectfully submit as under;

That I am a preferred shareholder with 206,023 shares of the LBHI Capital Trusts III, IV, V and VI (192023 shares of LHHMQ and 14000 shares of LEHNQ preferred shares with the standing to submit this letter to your court as stated on ECF #60984. I would like to submit my letter of support for the Motion for Summary Judgement for the Motion to Compel the Filing of the Important Covenants of LBH Certificates (Docket # 61013). I believe equity and fair treatment has not been provided by Plan Trustee to Capital Trust Shareholders .

I also hold over $ 50 million worth of preferred stock which is now parked in LEMCO and i received an email from Trustee that " He feels very unlikey that the Plan Trust shareholder will receive any distribution." .  those shares held by me are CUSIPS.

1.   524ESC639 - 210,100 SHARES

2.   524ESC720  - 500.100 SHARES

3.   525ESC711 - 13000 SHARES

4.  525ESCB16- 17000 SHARES

As a shareholder, and Plan trust holder, I support the Motion for Summary Judgement

for the Motion to Compel the Filing of the Important Covenants of LBH because it

represents certificates that are negligently delinquent since day one of LBHI defaulting

on their LBHI Capital Trust obligations.   The certificates were required to be filed even

during the bankruptcy and continue to be required to be filed to this date because the

Subordinated Guarantee in which the certificate filings requirement falls under in the

event of a default is protected by Bankruptcy Code 510(A) as stated within the

Summary Judgement (Docket #61013).

As for any shareholder, the filing of the Certificates only represents a benefit.  There is

no harm that can be done to a shareholder such as myself from the filing of the

certificates.  The certificates only represents a benefit and no detriment.  There is no

harm that can be done more than what LBHI and the Plan Administrator have done

already by choosing not to file the certificates even though they were aware of the filing

requirements since at least June 2019.   If it is found that LBHI and/or the Plan

Administrator purposely decided not to file the certificates, the honorable court should

initiate an independent investigation with the US Trustee into the matter.

I respectfully request the Honorable Court to grant the Motion for Summary Judgement

for the Motion to Compel the Filing of the Important Covenants of LBH Certificates in its

entirety because there is no denying that the Certificates are required to be filed even

during the bankruptcy as the Subordinated Guarantees are fully protected under

Bankruptcy Code 510(a).  There are no excuses for not filing the certificates.

Respectfully Submitted,

____/S/Mohammad Asim Tiwana_____

March 11, 2021
Mohammad Asim Tiwana
Pro Se

Page 2 of 3