B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banc of America Credit Products, Inc. | HLTS Fund II LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention: Ante Jakic / Ryan Weddle

Phone: (646) 855-7450
Last Four Digits of Acct #: _____

Court Claim # (if known): The liquidated, allowed portion of Claim No. 12669
Amount of Claim Transferred: $682,000.34
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Holdings Inc.

Name and Address where transferee payments should be sent (if different from above):

N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 11, 2021
Name of Transferee/Transferee's Agent

147417940v5

Acknowledged and Agreed:

By: _____          Date: March 11, 2021
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

147417940v5