UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 60853, 60965,
: 60969, 60970, 60973, 60974, 60996,
: 60997, 61007, 61008, 61010
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT  )
                      )  ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated March 5, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
16th day of March, 2021
/s/ *Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000193250455 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22276



BANK OF SINGAPORE LIMITED
CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ
31 WEST 52ND STREET
NEW YORK, NY 10019

BANK OF SINGAPORE LIMITED
ATTN: DANIEL SIA KOK LEONG
ATTN: ERIC TEH EN-LIM
9 RAFFLES PL 08-01, REPUBLIC PLAZA
SINGAPORE 048619
 SINGAPORE

Please note that your claim # 41773-35 in the above referenced case and in the amount of $150,000.00 allowed at $129,060.86 has been transferred (unless previously expunged by court order)

LGT BANK (SINGAPORE) LTD
TRANSFEROR: BANK OF SINGAPORE LIMITED
3 TEMASEK AVE #30-01
CENTENNIAL TOWER
039190 SINGAPORE
 SINGAPORE

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     61008     in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  03/05/2021            Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 5, 2021.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, ATTN: ERIC TEH EN-LIM, 9 RAFFLES PL 08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, CH-8022 ZURICH  SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: NEUE AARGAUER BANK AG, C/O BANK VONTOBEL AG, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: NEUE AARGAUER BANK AG, C/O BANK VONTOBEL AG, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: NEUE AARGAUER BANK AG, C/O BANK VONTOBEL AG, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: CREDIT SUISSE, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LEXINGTON INVESTMENTS LTD | TRANSFEROR: SOUTHEY CAPITAL LTD, THE OAKLEY, KIDDERMINSTER RD, DROITWICH, WORCESTERSHIRE WR9 9AY UNITED KINGDOM |
| LGT BANK (SINGAPORE) LTD | TRANSFEROR: BANK OF SINGAPORE LIMITED, 3 TEMASEK AVE #30-01, CENTENNIAL TOWER, 039190 SINGAPORE   SINGAPORE |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED, ATTN: MARTIN MCDERMOTT/MARK FILER, THIRD FLOOR, 1 KING'S ARMS YARD, LONDON EC2R 7AF UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | REED SMITH LLP, ATTN: TAMARA BOX, THE BROADGATE TOWER, 20 PRIMROSE STREET, LONDON EC2A 2RS UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED, ATTN: MARTIN MCDERMOTT/MARK FILER, THIRD FLOOR, 1 KING'S ARMS YARD, LONDON EC2R 7AF UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | REED SMITH LLP, ATTN: TAMARA BOX, THE BROADGATE TOWER, 20 PRIMROSE STREET, LONDON EC2A 2RS UNITED KINGDOM |
| SOUTHERN PACIFIC MORTGAGE LIMITED | TRANSFEROR: MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC, ATTN: LEE BRANDON, OLD TOWN HALL, 4 QUEENS RD, WIMBLEDON SW19 8YB UNITED KINGDOM |
| SOUTHERN PACIFIC MORTGAGE LIMITED | TRANSFEROR: MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC, ATTN: LEE BRANDON, OLD TOWN HALL, 4 QUEENS RD, WIMBLEDON SW19 8YB UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CREDIT SUISSE, C/O STONEHILL CAPITAL MHMT LLC, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CREDIT SUISSE, C/O STONEHILL CAPITAL MGMT LLC, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 |

| Claim Name | Address Information |
|---|---|
| UBS AG | SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ZURICH/SWITZERLAND, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CREDIT SUISSE, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CREDIT SUISSE, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 70**