**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
: **Chapter 11**
**In re**  :
: **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: **(Jointly Administered)**
Debtors. :
: **Ref. Docket Nos. 60983**
:
:
------------------------------------------------------------------------ x

# AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2021, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
17th day of March, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000193250923 ***       LBH DEFTRFNTC (MERGE2, TXNUM2) 4000130270



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

VALL BANC S.A.
ATTN: MARC FERNANDEZ SANCHEZ
ADMINISTRACIO DE VALORS
AV. CARLEMANY 119
ESCALDES-ENGORDANY AD 700
ANDORRA

**Your transfer of claim # 555829-27 is defective for the reason(s) checked below:**

Other XS0282978666 NON-TRANSFERABLE IN LBHI CHAPTER 11 BK

Docket Number   60983         Date: 01/27/2021

/s/ Andrea Speelman

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# Exhibit B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| VALL BANC S.A. | ATTN: MARC FERNANDEZ SANCHEZ, ADMINISTRACIO DE VALORS, AV. CARLEMANY 119, ESCALDES-ENGORDANY AD 700 ANDORRA |

**Total Creditor Count 2**

Epiq Corporate Restructuring, LLC                                                                                                   **Page 1 OF 1**