RECEIVED
MAR 19 2021
U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS, INC.     Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARISA PEDRAZZINI - BALESTRA | FOUNDATIONE LUCE NUOVA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

STUDIO LEGALE
AVV. FRANCO PEDRAZZINI
Phone: CP 343 - CH-6601 LOCARNO
Last Four Digits of Acct #: 0041 91 751 88 55

Name and Address where transferee payments should be sent (if different from above):
UBS SWITZERLAND AG
CP / CH-6601 LOCARNO
RICCARDO BOHRER
Phone: 0041 91 801 15 00
Last Four Digits of Acct #: _____

Court Claim # (if known): 47210 & 47211
Amount of Claim: 47210 - USD 89,204.27 and
Date Claim Filed: OCTOBER 26, 2009
Phone: _____
Last Four Digits of Acct. #: _____

47211 - USD 101,000,000.00

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

X   By: /s/ M Pedrazzini     Date: 22.02.2021
    Transferee/Transferee's Agent

MARISA PEDRAZZINI - BALESTRA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



STUDIO LEGALE E NOTARILE

# PEDRAZZINI

Avv. Dr. FRANCO PEDRAZZINI, LL.M. e notaio

Avvocato specialista FSA nel diritto della costruzione e dell'immobiliare

Iscritto nel Registro cantonale degli Avvocati

**RACCOMANDATA**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Locarno, 1 st March 2021 / mp

**In re LEHMAN BROTHERS HOLDINGS, INC**

Dear Sirs

I hereby send you the attached document:

1. Transfer of claim other than for security

For any information please contact me at the following e-mail address: franco.pedrazzini@pedrazzini-legal.ch.

Best regards

Avv. dr. Franco Pedrazzini

<u>Attached</u>: mentioned