UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    No. 08-13555 (SCC)
                                                                        :
                    Debtors.                                  :    (Jointly Administered)
                                                                        :
---------------------------------------------------------------x    Ref. Docket No. 61095

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                                  )  ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 19, 2021, I caused to be served the "Reply by Plan Administrator to Response by Capital Partners Securities Co., Ltd to Motion to Compel Compliance With Alternative Dispute Resolution Procedures Order," dated March 19, 2021 [Docket No. 61095], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to *m.saito@capital.com.jp*, *rstern@orrick.com*, and *mhirschfield@rccblawcom*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
23rd day of March, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# Exhibit A

| | |
|---|---|
| Royer Cooper Cohen Braunfeld LLC<br>Attn: Marc E. Hirschfield, Esq<br>1120 Ave of the Americas, 4th Fl<br>New York, NY 10036 | Orrick Herrington & Sutcliffe LLP<br>Attn: Robert Stern, Esq<br>Counsel For Capital Partners<br>Columbia Center<br>1152 15th St, NW<br>Washington, DC 20005-1706 |
| Capital Partners Securities Co Ltd<br>Attn: Mitsugu Saito<br>Shikoku Building, 8th Fl<br>1-13-7, Uchikanda<br>Chiyoda-ku<br>Tokyo 101-0047<br>Japan | |