# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Court File No. |
| Plaintiff, | |
| v. | **L.R. 7.1 CORPORATE DISCLOSURE STATEMENT** |
| LENDINGTREE, LLC and LENDINGTREE, INC. | |
| Defendants. | |

Plaintiff Lehman Brothers Holdings Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes   ☒ No

   If yes, the parent corporation is:

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes   ☒ No

   If yes, identify all such owners:

Dated: June 11, 2020

GREENE ESPEL PLLP

 s/John B. Orenstein
John B. Orenstein, Reg. No. 020903X
Matthew D. Forsgren, Reg. No. 0246694
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
jorenstein@greeneespel.com
mforsgren@greeneespel.com

(612) 373-0830

Attorneys for Lehman Brothers Holdings Inc.,

and

WOLLMUTH MAHER & DEUTSCH LLP

William A. Maher (*pro hac vice application forthcoming*)
James N. Lawlor (*pro hac vice application forthcoming*)
Adam M. Bialek (*pro hac vice application forthcoming*)
Brant D. Kuehn (*pro hac vice application forthcoming*)
Brad J. Axelrod (*pro hac vice application forthcoming*)
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-3300 wmaher@wmd-law.com jlawlor@wmd-law.com
abialek@wmd-law.com
bkuehn@wmd-law.com
baxelrod@wmd-law.com

*Attorneys for Lehman Brothers Holdings Inc.*

2