AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Lehman Brothers Holdings Inc.,

                  *Plaintiff,*

v.                                             Case No. 0:20–cv–01351–JRT–BRT

LendingTree, LLC, et al.,

                  *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   LendingTree, LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           John B Orenstein
           222 South 9th Street
           Suite 2200
           Minneapolis, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*       By: 

Signature of Clerk or Deputy Clerk

Mandy M. Price

Date of Issuance:   June 11, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−01351−JRT−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:　　　LendingTree, LLC

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**　Travel $_____　Service $_____　Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Lehman Brothers Holdings Inc.,

*Plaintiff,*

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 0:20−cv−01351−JRT−BRT

LendingTree, LLC, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  LendingTree, Inc.

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　John B Orenstein
　　　　　222 South 9th Street
　　　　　Suite 2200
　　　　　Minneapolis, MN
　　　　　55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*　　　　　By: *Mandy M. Price*

Signature of Clerk or Deputy Clerk

Mandy M. Price

Date of Issuance:  June 11, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−01351−JRT−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       LendingTree, Inc.

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: