# UNITED STATES DISTRCT COURT
## DISTRICT OF MINNESOTA

ResCap Liquidating Trust,

        Plaintiff,

v.                                                                     Civil No. 19-02360 (SRN/HB)

LendingTree, LLC et al.,

        Defendants.

--------------------------------------------------------

Lehman Brothers Holdings Inc.,

        Plaintiff,

v.                                                                    Civil No. 20-01351 (JRT/BRT)

LendingTree, LLC et al.,

        Defendants.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 19-02360 (SRN/HB) having been assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer, and Case No. 20-01351 (JRT/BRT) having later been assigned to Chief Judge John R. Tunheim and Magistrate Judge Becky R. Thorson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-01351 (JRT/BRT) be assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated: June 12, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
Judge, United States District Court

Dated: June 15, 2020

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge, United States District Court