08-13555-scc Doc 62573-9 Filed 04/01/21 Entered 04/01/21 14:23:26 Exhibit
Case 1:20-cv-01573-KPF Document 113 Filed 04/02/21 Page 31 of 128
Motion for Pro Hac    Pg 1 of 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**  20-cv-01351 (JRT/BRT)

**Case Title:** Lehman Brothers Holdings Inc. v. LendingTree, LLC and LendingTree, Inc.

### Affidavit of Movant

I, John B. Orenstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Joseph F. Pacelli, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the  X  plaintiff    defendant Lehman Brothers Holdings Inc.  in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

 X    I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

     I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

     Signature:  s/John B. Orenstein            Date: July 21, 2020

     MN Attorney License #:  020903X

1

# Affidavit of Proposed Admittee

I, Joseph F. Pacelli, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  /s/ Joseph F. Pacelli    Date: July 21, 2020

Typed Name: Joseph F. Pacelli

Attorney License Number: 5748355    issued by the State of New York

Federal Bar Number (if you have one): _____

Law Firm Name: Wollmuth Maher & Deutsch LLP

Law Firm Address: 500 Fifth Avenue
New York, NY 10110

Main phone: (212) 382-3300    Direct line: (212) 382-3300

E-mail address: jpacelli@wmd-law.com

2