# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LEHMAN BROTHERS HOLDINGS INC.,

      Plaintiff,

v.

LENDINGTREE, LLC and
LENDINGTREE, INC.

      Defendants.

Court File No. 0:20-cv-01351-SRN-HB

**NOTICE OF APPEARANCE OF
KELLY G. LAUDON**

The undersigned attorney hereby notifies the Court and counsel that Kelly G. Laudon of Jones Day shall appear as counsel of record for Defendants LendingTree, LLC and LendingTree, Inc. in this case.

Dated: August 18, 2020

**JONES DAY**

By:   s/ Kelly G. Laudon
    Kelly G. Laudon (#0386854)
    Matthew C. Enriquez (#0397301)
    90 South 7th Street, Suite 4950
    Minneapolis, MN 55402
    (612) 217-8921
    klaudon@jonesday.com
    menriquez@jonesday.com

    Matthew C. Corcoran *(pro hac vice* motion forthcoming)
    325 John H. McConnell Boulevard, Suite 600
    Columbus, OH 43215-2673
    (614) 281-3822
    mccorcoran@jonesday.com

    Carl E. Black (*pro hac vice* motion forthcoming)
    North Point
    901 Lakeside Avenue
    Cleveland, OH 44114-1190
    (216) 586-7035
    ceblack@jonesday.com

    *Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*