# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lehman Brothers Holdings Inc.

Case Number: 0:20-cv-01351-SRN-HB

Plaintiff(s)

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

LendingTree, LLC and LendingTree, Inc.

Defendant(s)

LendingTree, LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does LendingTree, LLC have a parent corporation?
   Yes ☐ No

   If yes, the parent corporation is LendingTree, Inc.

2. Is 10% or more of the stock of LendingTree, LLC owned by a publicly held corporation?
   ☑ Yes ☐ No

   If yes, identify all such owners LendingTree, Inc.

Date: 08/18/2020

s/ Kelly G. Laudon

Attorney Name: Kelly G. Laudon
Bar ID: 0386854
Law Firm: Jones Day
Address: 90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Phone: 612-217-8921
Email: klaudon@jonesday.com
ATTORNEY FOR Defendants