# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lehman Brothers Holdings Inc.

Case Number: 0:20-cv-01351-SRN-HB

Plaintiff(s)

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

LendingTree, LLC and LendingTree, Inc.

Defendant(s)

LendingTree, Inc.

makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does LendingTree, Inc. have a parent corporation?

   ☐ Yes    ☑ No

   If yes, the parent corporation is _____.

2. Is 10% or more of the stock of LendingTree, Inc. owned by a publicly held corporation?

   ☑ Yes    ☐ No

   If yes, identify all such owners  GCI Liberty, Inc.

Date: 08/18/2020

s/ **Kelly G. Laudon**

Attorney Name: Kelly G. Laudon
Bar ID: 0386854
Law Firm: Jones Day
Address: 90 South 7th Street, Suite 4950
         Minneapolis, MN 55402
Phone: 612-217-8921
Email: klaudon@jonesday.com
ATTORNEY FOR Defendants