# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LENDINGTREE, LLC and LENDINGTREE, INC.,**<br><br>Defendants. | **Civ. No. 20-cv-1351 (SRN/HB)**<br><br>**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE OR TO COMPEL ARBITRATION** |

Defendants LendingTree, LLC and LendingTree, Inc. hereby move the Court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for lack of personal jurisdiction or, in the alternative, pursuant to Fed. R. Civ. P. 12(b)(3), to dismiss or transfer the Complaint because Plaintiff chose an improper venue or, in the alternative, pursuant to 9 U.S.C. Sections 3 and 4, to compel arbitration of Count One and stay the action. This motion is based on Defendants' Memorandum of Law, the Declaration of Dana Barker, and other supporting documents filed herewith, the arguments of counsel, and all files and pleadings herein.

Dated:  August 19, 2020

JONES DAY

*/s/  Kelly G. Laudon*
Kelly G. Laudon (#0386854)
Matthew C. Enriquez (#0397301)
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
klaudon@jonesday.com
menriquez@jonesday.com

Matthew C. Corcoran *(pro hac vice* motion pending*)*
325 John H. McConnell Boulevard
Columbus, OH 43215
Telephone: (614) 469-3939
mccorcoran@jonesday.com

Carl E. Black (*pro hac vice* motion pending)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
ceblack@jonesday.com

*Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*