## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** | **Civ. No. 20-cv-1351 (SRN/HB)** |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE OR TO COMPEL ARBITRATION** |
| **LENDINGTREE, LLC and LENDINGTREE, INC.,** | |
| Defendants. | |

TO: Plaintiff and its attorneys of record John B. Orenstein, Matthew D. Forsgren, Greene Espel PLLP, 222 S. Ninth Street, Suite 2200, Minneapolis, Minnesota 55402, and William A. Maher, James N. Lawlor, Adam M. Bialek, Brant D. Kuehn, Brad J. Axelrod, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110.

**PLEASE TAKE NOTICE** that on December 16, 2020, at 9:30 a.m., the Honorable Susan Richard Nelson, District Judge of the United States District Court for the District of Minnesota, United States Federal Courthouse, Courtroom 7B, 316 North Robert Street, St. Paul, MN 55101, will hear oral argument on Defendants' Motion to Dismiss or, in the alternative, to Transfer Venue or to Compel Arbitration in the above-captioned matter.

-1-

-2-

Dated:  August 19, 2020	JONES DAY

/s/  Kelly G. Laudon
Kelly G. Laudon (#0386854)
Matthew C. Enriquez (#0397301)
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
klaudon@jonesday.com
menriquez@jonesday.com

Matthew C. Corcoran *(pro hac vice* motion pending*)*
325 John H. McConnell Boulevard
Columbus, OH 43215
Telephone:  (614) 469-3939
mccorcoran@jonesday.com

Carl E. Black (*pro hac vice* motion pending)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
ceblack@jonesday.com

*Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*