# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LENDINGTREE, LLC and LENDINGTREE, INC.,** )<br>)<br>Defendants. ) | **Civ. No. 20-cv-1351 (SRN/HB)**<br><br>**MEET AND CONFER STATEMENT** |

I, Kelly G. Laudon, representing Defendants LendingTree, LLC and LendingTree, Inc. hereby certify that I met and conferred with counsel for Plaintiff Lehman Brothers Holdings Inc., Matt Forsgren, by telephone on August 18, 2020. We discussed the issues raised in Defendants' Motion to Dismiss or, in the alternative, to Transfer Venue or to Compel Arbitration. Despite the parties' good-faith effort, the parties were unable to resolve the issues.

Dated: August 19, 2020

JONES DAY

*/s/ Kelly G. Laudon*
Kelly G. Laudon (#0386854)
Matthew C. Enriquez (#0397301)
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8800
klaudon@jonesday.com
menriquez@jonesday.com

-1-

Matthew C. Corcoran *(pro hac vice* motion pending*)*
325 John H. McConnell Boulevard
Columbus, OH 43215
Telephone: (614) 469-3939
mccorcoran@jonesday.com

Carl E. Black (*pro hac vice* motion pending)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
ceblack@jonesday.com

*Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*

-2-