# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LENDINGTREE, LLC and LENDINGTREE, INC.**, )<br>)<br>Defendants. ) | **Civ. No. 20-cv-1351 (SRN/HB)**<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE OR TO COMPEL ARBITRATION** |

This matter came before the Court on Defendants LendingTree, LLC and LendingTree, Inc.'s Motion to Dismiss, or in the Alternative, to Transfer Venue or to Compel Arbitration. Based upon all the files, records and proceedings herein, and for the reasons stated on the record, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss is hereby GRANTED.

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

Dated: _____        _____
                                                                    Susan Richard Nelson
                                                                    United States District Judge

-1-