# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Court File No. 20-CV-1351 (SRN/HB) |
| Plaintiff, |  |
| v. | **STIPULATION TO EXTEND DEADLINES** |
| LENDINGTREE, LLC and LENDINGTREE, INC. |  |
| Defendants. |  |

Plaintiff Lehman Brothers Holdings Inc. ("Plaintiff") and Defendants LendingTree, LLC and LendingTree, Inc. ("Defendants"), by and through their counsel, hereby stipulate to the following briefing deadlines for Defendants' Motion to Dismiss, scheduled for oral argument on December 16, 2020:

1. Consistent with D. Minn. LR 7.1(c)(1), Defendants' dispositive motion papers were filed and served on August 19, 2020.

2. The parties have agreed that Plaintiff shall respond pursuant to D. Minn. LR 7.1(c)(2) on or before October 19, 2020.

3. The parties have agreed that Defendants' reply memorandum pursuant to D. Minn. LR 7.1(c)(3) will be due on or before November 18, 2020.

Dated: September 2, 2020    GREENE ESPEL PLLP

 s/*John B. Orenstein*
John B. Orenstein, Reg. No. 020903X
Matthew D. Forsgren, Reg. No. 0246694
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jorenstein@greeneespel.com
mforsgren@greeneespel.com
(612) 373-0830

and

WOLLMUTH MAHER & DEUTSCH LLP

William A. Maher (*pro hac vice*)
James N. Lawlor (*pro hac vice*)
Adam M. Bialek (*pro hac vice*)
Brad J. Axelrod (*pro hac vice*)
Brant D. Kuehn (*pro hac vice*)
Joshua M. Slocum (*pro hac vice*)
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
wmaher@wmd-law.com
jlawlor@wmd-law.com
abialek@wmd-law.com
baxelrod@wmd-law.com
bkuehn@wmd-law.com
jslocum@wmd-law.com

*Attorneys for Lehman Brothers Holdings Inc.*

Dated: September 2, 2020　　　　JONES DAY

　　　　　　　　　　　　　　　　s/Kelly G. Laudon
　　　　　　　　　　　　　　　Kelly G. Laudon, Reg. No. 0386854
　　　　　　　　　　　　　　　Matthew C. Enriquez, Reg. No. 0397301
　　　　　　　　　　　　　　　90 South 7th Street, Suite 4950
　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　(612) 217-8800
　　　　　　　　　　　　　　　klaudon@jonesday.com
　　　　　　　　　　　　　　　menriquez@jonesday.com


　　　　　　　　　　　　　　　Matthew C. Corcoran (*pro hac vice*)
　　　　　　　　　　　　　　　325 John H. McConnell Boulevard
　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　(614) 469-3939
　　　　　　　　　　　　　　　mccordoran@mjones.day.com

　　　　　　　　　　　　　　　Carl E. Black (*pro hac vice*)
　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　Cleveland, OH 4414
　　　　　　　　　　　　　　　(216) 586-3939
　　　　　　　　　　　　　　　ceblack@jonesday.com

　　　　　　　　　　　　　　　*Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*

3