# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Court File No. 20-CV-1351 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| LENDINGTREE, LLC and<br>LENDINGTREE, INC., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation to Extend Deadlines to Defendants' Motion to Dismiss [Doc. No. 31](the "Stipulation"). In consideration of the parties' Stipulation, IT IS HEREBY ORDERED that the deadlines relating to the Motion to Dismiss are hereby extended as follows:

1. Consistent with D. Minn. L.R. 7.1(c)(1), Defendants' dispositive motion papers were filed and served on August 19, 2020.

2. Plaintiff shall respond pursuant to D. Minn. L.R. 7.1(c)(2) on or before October 19, 2020.

3. Defendants' reply memorandum pursuant to D. Minn. L.R. 7.1(c)(3) shall be filed on or before November 18, 2020.

Dated: September 3, 2020

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge