# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LENDINGTREE, LLC and LENDINGTREE, INC.,** )<br>)<br>Defendants. ) | **No. 20-cv-1351 (SRN/HB)**<br><br>**CERTIFICATE OF COMPLIANCE** |

I, Kelly G. Laudon, certify that the Reply Brief in Support of Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue or to Compel Arbitration complies with Local Rule 7.1(f) and (h).  I further certify that, in preparation of the above document, I used Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.  I further certify that Defendants' Reply Brief contains 3,462 words and that Defendants' opening memorandum and reply memorandum, cumulatively, contain 11,649 words.

Dated:  November 18, 2020

JONES DAY

*/s/    Kelly G. Laudon*
Kelly G. Laudon (#0386854)
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
klaudon@jonesday.com

-1-