# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lehman Brothers Holdings, Inc.,

Plaintiff,

v.

Lending Tree LLC, et al.,

Defendants.

**COURT MINUTES**
BEFORE: Hon. Susan Richard Nelson,
United States District Judge

| | |
|---|---|
| Case No.: | 20-cv-1351 (SRN/HB) |
| Date: | December 16, 2020 |
| Court Reporter: | Carla Bebault |
| Courthouse: | Via video conference |
| Time in Court: | 9:30 – 10:16 a.m. |
| Total Time: | 46 Minutes |

## APPEARANCES:

For Plaintiff:     Joshua Slocum, Adam M. Bialek, and Matthew D. Forsgren

For Defendants:    Matthew Corcoran, Carl E. Black, and Kelly G. Laudon

## PROCEEDINGS:

Motion hearing held, re: MOTION to Dismiss or, in the Alternative, to Transfer
Venue or to Compel Arbitration filed by LendingTree, Inc., LendingTree LLC
[Doc. No. 23].  The motion was submitted, argued, and taken under advisement.

s/S.DelMonte
Courtroom Deputy