| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER  *CJA counsel please complete an AUTH24 in CJA eVoucher*  *Please read instructions on next page.* | COURT USE ONLY  NOTES: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER  Caron Pjanic | 2a. CONTACT PHONE NUMBER  612-373-8380 | 3. CONTACT EMAIL ADDRESS  cpjanic@greeneespel.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)  John B. Orenstein | 2b. ATTORNEY PHONE NUMBER  612-373-8361 | 3. ATTORNEY EMAIL ADDRESS  jorenstein@greeneespel.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)  Greene Espel PLLP  222 South Ninth Street, Suite 2200  Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)  Lehman Brothers Holdings Inc. v. LendingTree, LLC and LendingTree, Inc. | 6. CASE NUMBER  0:20-cv-1351-SRN-HB |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable  Carla Bebault | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):  ☐ APPEAL   ☐ CRIMINAL  ☐ NON-APPEAL   X CIVIL | CJA: Do not use this form: use AUTH24 in CJA.  ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)  ☐ Standing Order (**MDL** only) |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)  *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE  *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION  If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/16/2020 | SRN | | X | | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).  11. SIGNATURE  s/John B. Orenstein | 12. DATE  01/04/2021 |
|---|---|