| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br><br>(Rev. 03/2018) | **TRANSCRIPT ORDER**<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Belkys Wackerman | 2a. CONTACT PHONE NUMBER<br>609-915-3324 | 3. CONTACT EMAIL ADDRESS<br>bwackerman@jonesday.com |
| 1b. ATTORNEY NAME (if different)<br>Kelly G. Laudon | 2b. ATTORNEY PHONE NUMBER<br>612-217-8921 | 3. ATTORNEY EMAIL ADDRESS<br>klaudon@jonesday.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Jones Day<br>90 South 7th Street, Suite 4950<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Lehman Brothers Holdings Inc. v. LendingTree, LLC et al | 6. CASE NUMBER<br>0:20-cv-01351-SRN-HB |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Carla Bebault | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):    CJA: Do not use this form; use AUTH24 in CJA.<br>❏ APPEAL    ❏ CRIMINAL      ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL    X CIVIL<br>❏ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/16/2020 | SRN | | | X | | X | | | | X | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br><br>11. SIGNATURE<br>/s/ Belkys Wackerman | 12. DATE<br>01/04/21 |
|---|---|