# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Civ. No. 20-cv-1351 (SRN/HB) |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | |
| LENDINGTREE, LLC and LENDINGTREE, INC. | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Matthew D. Forsgren is withdrawn as counsel for Plaintiff Lehman Brothers Holdings Inc.

John B. Orenstein of Greene Espel PLLP remains as counsel for Plaintiff Lehman Brothers Holdings Inc.

Dated: January 11, 2021     **GREENE ESPEL PLLP**

By: /s/ *John B. Orenstein*
John B. Orenstein, Reg. No. 020903X
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
jorenstein@greeneespel.com

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher (*pro hac vice*)
Adam M. Bialek (*pro hac vice*)
Christopher J. Lucht (*pro hac vice*)
Joshua M. Slocum (*pro hac vice*)
Joseph F. Pacelli (*pro hac vice*)
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
wmaher@wmd-law.com
abialek@wmd-law.com
clucht@wmd-law.com
jslocum@wmd-law.com
jpacelli@wmd-law.com

*Attorneys for Lehman Brothers Holdings Inc.*