CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02574-KPF
## Internal Use Only

Lehman Brothers Holdings Inc. v. LendingTree, LLC et al
Assigned to: Judge Katherine Polk Failla
Case in other court: Minnesota, 0:20-cv-01351
Cause: 28:1332jd Diversity-Declaratory Judgement

Date Filed: 03/25/2021
Date Terminated: 04/01/2021
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Lehman Brothers Holdings Inc.**     represented by    **Adam M Bialek**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Email: abialek@wmd-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brant Duncan Kuehn**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212-382-3300
Email: bkuehn@wmd-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Jon Lucht**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212-382-3300
Fax: 212-382-0050
Email: clucht@wmd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N Lawlor**
Wollmuth, Maher & Deutsch, LLP (NJ)
1 Gateway Centre 9th Flr.
Newark, NJ 07102

Email: JLawlor@wmd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Orenstein**
Greene Espel PLLP
222 S 9th St.
Ste 2200
Minneapolis, MN 55402
612-373-8361
Fax: 612-373-0929
Email: jorenstein@greeneespel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Francis Pacelli**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212-382-3300
Fax: 212-382-0050
Email: jpacelli@wmd-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Mark Slocum**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10010
212-382-3300
Email: JSlocum@WMD-LAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Andrew Maher**
Wollmuth, Maher & Deutsch, LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Fax: (212)-382-0050
Email: wmaher@wmd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **LendingTree, LLC** | represented by | **Carl E Black** |

Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114-1190
216-586-3939
Email: ceblack@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lee Wilson**
Jones Day
250 Vesey Street
New York, NY 10281
212-326-3885
Fax: 212-755-7306
Email: clwilson@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly G Laudon**
Jones Day - Minneapolis
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
612-217-8921
Fax: 844-345-3178
Email: klaudon@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Corcoran**
Jones Day
325 John H. McConnell Blvd.
Ste 600
Columbus, OH 43215-2673
614-281-3822
Email: mccorcoran@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Enriquez**
Jones Day
90 S. Seventh St.
2200 Wells Fargo Center,Ste 4950
Minneapolis, MN 55402
612-217-8873
Email: menriquez@jonesday.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LendingTree, Inc.**                    represented by    **Carl E Black**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lee Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly G Laudon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Corcoran**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Enriquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2020 | 1 | DOCUMENT FILED IN ERROR - RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly-owned subsidiary to report for Plaintiff Lehman Brothers Holdings Inc.. (Orenstein, John) Modified text on 6/11/2020 (MMP). [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/11/2020 | 2 | COMPLAINT against LendingTree, Inc., LendingTree, LLC (filing fee $ 400, receipt number AMNDC-7793959) filed by Lehman Brothers Holdings Inc.. Filer requests summons issued. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Civil Cover Sheet) (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/11/2020 | 3 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly-owned subsidiary to report for Plaintiff Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |

| Date | # | Description |
|---|---|---|
| 06/11/2020 | 4 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Chief Judge John R. Tunheim per 3rd 4th Master list, referred to Magistrate Judge Becky R. Thorson. Please use case number 20-cv-1351 (JRT/BRT). (MMP) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/11/2020 | 5 | Summons Issued as to LendingTree, Inc., LendingTree, LLC. (MMP) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/11/2020 | 🔒 | (Court only) ***Staff notes: Possibly related to case number 19-cv-2360 SRN/HB. (MMP) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/11/2020 | 6 | (Text-Only): Notice re: Non-Admitted Attorney<br><br>We have received documents listing **William A. Maher, James N. Lawlor, Adam M. Bialek, Brant D. Kuehn, Brad J. Axelrod** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all-forms. (MMP) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/11/2020) |
| 06/15/2020 | 7 | ORDER OF REASSIGNMENT OF RELATED CASES. This case is reassigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer for all further proceedings. Chief Judge John R. Tunheim, Magistrate Judge Becky R. Thorson no longer assigned to case. **NOTE:** the new case number is **20-cv-1351 (SRN/HB)**. Please use this case number for all subsequent pleadings Signed by Judge Susan Richard Nelson on 6/12/2020 and Chief Judge John R. Tunheim on 6/15/2020.(MKB) Modified text on 6/17/2020 (kt). [Transferred from Minnesota on 3/25/2021.] (Entered: 06/16/2020) |
| 06/15/2020 | 🔒 | (Court only) ***Set RELTD flag. (MKB) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/16/2020) |
| 06/16/2020 | 8 | (Text-Only) NOTICE - Magistrate Judge Hildy Bowbeer's Practice Pointers, which have been recently revised, are available on the United States District Court for the District of Minnesota's website. All parties are expected to be familiar with and adhere to these Practice Pointers, including any variances from Local Rules. (JMK) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/16/2020) |
| 06/18/2020 | 🔒 | (Court only) ***Staff Note. REFUND due to Document Filed in Error per Jeff Kult. Pay.gov transaction reference number AMNDC-7793683. (JGK) [Transferred from Minnesota on 3/25/2021.] (Entered: 06/18/2020) |
| 07/21/2020 | 9 | DOCUMENT FILED IN ERROR - MOTION for Admission Pro Hac Vice for Attorney Brad J. Axelrod. Filing fee $ 100, receipt number AMNDC-7899655 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) Modified text on 7/28/2020 (NAH). [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |

| | | |
|---|---|---|
| 07/21/2020 | 10 | MOTION for Admission Pro Hac Vice for Attorney Adam M. Bialek. Filing fee $ 100, receipt number AMNDC-7899689 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/21/2020 | 11 | MOTION for Admission Pro Hac Vice for Attorney Brant D. Kuehn. Filing fee $ 100, receipt number AMNDC-7899696 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/21/2020 | 12 | MOTION for Admission Pro Hac Vice for Attorney James N. Lawlor. Filing fee $ 100, receipt number AMNDC-7899714 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/21/2020 | 13 | MOTION for Admission Pro Hac Vice for Attorney Joseph F. Pacelli. Filing fee $ 100, receipt number AMNDC-7899721 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/21/2020 | 14 | MOTION for Admission Pro Hac Vice for Attorney Joshua M. Slocum. Filing fee $ 100, receipt number AMNDC-7899733 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/21/2020 | 15 | MOTION for Admission Pro Hac Vice for Attorney William A. Maher. Filing fee $ 100, receipt number AMNDC-7899742 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/21/2020) |
| 07/22/2020 | 16 | TEXT ONLY ENTRY: ORDER granting 10 Motion for Admission Pro Hac Vice of Attorney Adam Bialek for Lehman Brothers Holdings Inc.; granting 11 Motion for Admission Pro Hac Vice of Attorney Brant Kuehn for Lehman Brothers Holdings Inc.; granting 12 Motion for Admission Pro Hac Vice of Attorney James N Lawlor for Lehman Brothers Holdings Inc.; granting 13 Motion for Admission Pro Hac Vice of Attorney Joseph Francis Pacelli for Lehman Brothers Holdings Inc.; granting 14 Motion for Admission Pro Hac Vice of Attorney Joshua Slocum for Lehman Brothers Holdings Inc.; granting 15 Motion for Admission Pro Hac Vice of Attorney William A. Maher for Lehman Brothers Holdings Inc. Approved by Magistrate Judge Hildy Bowbeer on 7/22/2020. (NAH) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/22/2020) |
| 07/28/2020 | 🔒 | (Court only) ***Motions terminated: 9 MOTION for Admission Pro Hac Vice for Attorney Brad J. Axelrod. Filing fee $ 100, receipt number AMNDC-7899655 filed by Lehman Brothers Holdings Inc. (NAH) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/28/2020) |
| 07/30/2020 | 🔒 | (Court only) ***Staff Note. REFUND due to Document Filed in Error per Jeff Kult. Refund issued to attorney John B Orenstein. Pay.gov transaction reference number AMNDC-7899655. (JGK) [Transferred from Minnesota on 3/25/2021.] (Entered: 07/30/2020) |

| | | |
|---|---|---|
| 08/18/2020 | 17 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 18 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for LendingTree, Inc., LendingTree, LLC. (Enriquez, Matthew) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 19 | MOTION for Admission Pro Hac Vice for Attorney Matthew C. Corcoran. Filing fee $ 100, receipt number AMNDC-7979613 filed by LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 20 | MOTION for Admission Pro Hac Vice for Attorney Carl E. Black. Filing fee $ 100, receipt number AMNDC-7979657 filed by LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 21 | RULE 7.1 DISCLOSURE STATEMENT. Parent corporation, publicly held corporation or wholly-owned subsidiary reported for Defendants LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 22 | RULE 7.1 DISCLOSURE STATEMENT. Parent corporation, publicly held corporation or wholly-owned subsidiary reported for Defendants LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/18/2020) |
| 08/18/2020 | 🔒 | (Court only) *** Attorney Matthew Enriquez for LendingTree, Inc.,Matthew Enriquez for LendingTree, LLC added. (MMG) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 23 | MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, Inc., LendingTree, LLC. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 24 | NOTICE OF HEARING ON MOTION 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* : Motion Hearing set for 12/16/2020 at 09:30 AM in Courtroom 7B (STP) before Judge Susan Richard Nelson. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 25 | MEMORANDUM in Support re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, Inc., LendingTree, LLC. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 26 | Declaration of Dana Barker in Support of 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, Inc., LendingTree, LLC.(Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 27 | MEET and CONFER STATEMENT re 23 Motion to Dismiss/General filed by LendingTree, Inc., LendingTree, LLC.(Laudon, Kelly) [Transferred from |

| Date | No. | Description |
|---|---|---|
| | | Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/19/2020 | 28 | PROPOSED ORDER TO JUDGE re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, Inc., LendingTree, LLC.(Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/19/2020) |
| 08/20/2020 | 29 | TEXT ONLY ENTRY: ORDER granting 19 Motion for Admission Pro Hac Vice of Attorney Matthew Corcoran for LendingTree, Inc. and for LendingTree, LLC; granting 20 Motion for Admission Pro Hac Vice of Attorney Carl E Black for LendingTree, Inc. and for LendingTree, LLC. Approved by Magistrate Judge Hildy Bowbeer on 8/20/2020. (NAH) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/20/2020) |
| 08/25/2020 | 30 | TEXT ONLY ORDER: Due to the pending 23 Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue or to Compel Arbitration, the Court finds there is good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending motion. Ordered by Magistrate Judge Hildy Bowbeer on 8/25/2020.(JMK) [Transferred from Minnesota on 3/25/2021.] (Entered: 08/25/2020) |
| 09/02/2020 | 31 | STIPULATION re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration to Extend Deadlines* by Lehman Brothers Holdings Inc.. Jointly Signed by Lehman Brothers Holdings Inc., LendingTree, LLC, and LendingTree, Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 09/02/2020) |
| 09/02/2020 | 32 | PROPOSED ORDER TO JUDGE re 31 Stipulation,. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 09/02/2020) |
| 09/03/2020 | 33 | ORDER approving 31 Stipulated briefing schedule re: 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration*. Response due by 10/19/2020. Reply due by 11/18/2020. Signed by Judge Susan Richard Nelson on 9/3/2020.(SMD) [Transferred from Minnesota on 3/25/2021.] (Entered: 09/03/2020) |
| 09/22/2020 | 34 | MOTION for Admission Pro Hac Vice for Attorney Christopher J. Lucht. Filing fee $ 100, receipt number AMNDC-8078391 filed by Lehman Brothers Holdings Inc.. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 09/22/2020) |
| 09/24/2020 | 35 | TEXT ONLY ENTRY: ORDER granting 34 Motion for Admission Pro Hac Vice of Attorney Christopher J. Lucht for Lehman Brothers Holdings Inc. Approved by Magistrate Judge Hildy Bowbeer on 9/24/2020. (NAH) [Transferred from Minnesota on 3/25/2021.] (Entered: 09/24/2020) |
| 10/19/2020 | 36 | MEMORANDUM in Opposition re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by Lehman Brothers Holdings Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 10/19/2020) |
| 10/19/2020 | 37 | DECLARATION of Zachary Trumpp in Opposition to 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel* |

| | | |
|---|---|---|
| | | *Arbitration* filed by Lehman Brothers Holdings Inc..(Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 10/19/2020) |
| 10/19/2020 | 38 | DECLARATION of John B. Orenstein in Opposition to 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E)(Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 10/19/2020) |
| 11/12/2020 | 39 | (Text-Only) NOTICE of Resetting of Hearing: The hearing on Defendants' MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* [Doc. No. 23 ], set for 12/16/2020 at 9:30 AM will now be heard **via video conference (no courtroom)** before Judge Susan Richard Nelson. Counsel of record will be emailed information on how to join the video conference.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not appear on the kiosk until one week before the hearing date.<br><br>(SMD) [Transferred from Minnesota on 3/25/2021.] (Entered: 11/12/2020) |
| 11/18/2020 | 40 | REPLY re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, LLC.(Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 11/18/2020) |
| 11/18/2020 | 41 | LR7.1/LR72.2 WORD COUNT COMPLIANCE CERTIFICATE by LendingTree, LLC re 40 Reply filed by LendingTree, LLC.(Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 11/18/2020) |
| 11/18/2020 | 42 | DECLARATION of Dana Barker re 40 Reply by LendingTree, LLC *in Support of Defendants' Reply in Support of Their Motion to Dismiss or, in the Alternative, to Transfer Venue or Compel Arbitration*. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 11/18/2020) |
| 12/16/2020 | 43 | Minute Entry for proceedings held before Judge Susan Richard Nelson: Motion Hearing held on 12/16/2020 re 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* filed by LendingTree, Inc., LendingTree, LLC. The motion was submitted, argued, and taken under advisement. (Court Reporter Carla Bebault) (SMD) [Transferred from Minnesota on 3/25/2021.] (Entered: 12/17/2020) |
| 12/17/2020 | 🔒 | (Court only) *** Motions Taken Under Advisement: 23 MOTION to Dismiss/General *or, in the Alternative, to Transfer Venue or to Compel Arbitration* (SMD) [Transferred from Minnesota on 3/25/2021.] (Entered: 12/17/2020) |
| 01/04/2021 | 🔒 44 | TRANSCRIPT REQUEST for an Expedited 7-Day Transcript of 43 Motion Hearing, to Court Reporter Carla Bebault. (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/04/2021) |
| 01/04/2021 | 🔒 45 | TRANSCRIPT REQUEST for a COPY OF TRANSCRIPT 43 Motion Hearing, to Court Reporter Carla Bebault. (Laudon, Kelly) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/04/2021) |

| | | | |
|---|---|---|---|
| 01/06/2021 | 🔒 | 46 | TRANSCRIPT of Motions Hearing held on 12/16/2020 before Judge Susan Richard Nelson. (34 pages). Court Reporter: Carla Bebault. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and Local Rule 80.1, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review Local Rule 5.5 and *Case Information* >*Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Notice Intent/No Intent to Request Redactions due 1/13/2021.<br>Redaction Request due 1/27/2021.<br>Redacted Transcript Deadline set for 2/8/2021.<br>Release of Transcript Restriction set for 4/6/2021.<br><br>(CRB) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/06/2021) |
| 01/06/2021 | 🔒 | | (Court only) ***Staff notes - Transcript fee paid by Matthew D Forsgren, Joshua Slocum, Matthew Corcoran, Carl E Black, Kelly G Laudon. Electronic access to transcript 46 granted during the 90-day restriction period. (CRB) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/06/2021) |
| 01/11/2021 | | 47 | NOTICE of Withdrawal as Attorney *Matthew D. Forsgren* (Orenstein, John) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/11/2021) |
| 01/11/2021 | 🔒 | | (Court only) *** Attorney Matthew D Forsgren terminated. (MTP) [Transferred from Minnesota on 3/25/2021.] (Entered: 01/12/2021) |
| 03/22/2021 | | 48 | ORDER granting in part 23 Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue or to Compel Arbitration (Written Opinion). Signed by Judge Susan Richard Nelson on 3/22/2021. (MJC) [Transferred from Minnesota on 3/25/2021.] (Entered: 03/22/2021) |
| 03/22/2021 | 🔒 | | (Court only) ***Civil Case Terminated. (SMD) [Transferred from Minnesota on 3/25/2021.] (Entered: 03/22/2021) |
| 03/25/2021 | 🔒 | 49 | CASE TRANSFERRED IN from the United States District Court - District of Minnesota; Case Number: 0:20-cv-01351. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 03/25/2021) |
| 03/25/2021 | | | Case Designated ECF. (sjo) (Entered: 03/25/2021) |
| 03/25/2021 | | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sjo) (Entered: 03/25/2021) |
| 03/25/2021 | | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at https://nysd.uscourts.gov/ for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (sjo) (Entered: 03/25/2021) |

| | | |
|---|---|---|
| 03/25/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE - TRANSFER CASE: This case is assigned to: Judge Katherine Polk Failla. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions. (sjo) (Entered: 03/25/2021) |
| 03/29/2021 | 50 | LETTER MOTION for Extension of Time */Defendants' Consent Request for Extension of Time to Respond to Complaint* addressed to Judge Katherine Polk Failla from C. Lee Wilson dated March 29, 2021. Document filed by LendingTree, Inc., LendingTree, LLC..(Wilson, Christopher) (Entered: 03/29/2021) |
| 03/30/2021 | 51 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (sjo) (Entered: 03/30/2021) |
| 03/30/2021 | | Transmission to the Civil Case Openings Clerk. Transmitted re: 51 Order Referring Case to Bankruptcy Court,, to the Civil Case Openings Clerk for case processing. (sjo) (Entered: 03/30/2021) |
| 03/30/2021 | 52 | ORDER granting 50 Letter Motion for Extension of Time. Application GRANTED. (Signed by Judge Katherine Polk Failla on 3/30/2021) (nb) (Entered: 03/30/2021) |
| 04/01/2021 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 04/01/2021) |