UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555 (JMP)
                                                   (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 15842<br>Amount of Claim Transferred: $1,818,112.14<br>Date Claim Filed: September 17, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 15842, solely to the extent of $1,818,112.14 (the "Claim") against Lehman Brothers Commodity Services, Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

:

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.       Case No. 08-13555 (JMP)
                                          (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 15843<br>Amount of Claim Transferred: $1,818,112.14<br>Date Claim Filed: September 17, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 15843, solely to the extent of $1,818,112.14 (the "Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.  　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 9787<br>Amount of Claim Transferred: $3,984,952.04<br>Date Claim Filed: August 31, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 9787, solely to the extent of $3,984,952.04 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

:

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 3353<br>Amount of Claim Transferred: $2,000,000.00<br>Date Claim Filed: March 16, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 3353, solely to the extent of $2,000,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.   Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 18279<br>Amount of Claim Transferred: $22,500,000.00<br>Date Claim Filed: September 18, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 18279, solely to the extent of $22,500,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

:

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.      Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 13017<br>Amount of Claim Transferred: $950,000.00<br>Date Claim Filed: September 15, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 13017, solely to the extent of $950,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.       Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 26160<br>Amount of Claim Transferred: $82,000.00<br>Date Claim Filed: September 21, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 26160, solely to the extent of $82,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

:

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.  Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 26161<br>Amount of Claim Transferred: $1,300,000.00<br>Date Claim Filed: September 21, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 26161, solely to the extent of $1,300,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.      Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 13758<br>Amount of Claim Transferred: $5,250,000.00<br>Date Claim Filed: September 16, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 13758, solely to the extent of $5,250,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.        Case No. 08-13555 (JMP)
                                           (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee<br>**Wind Down Ltd.** | Transferor<br>**CVI GVF (Lux) Master S.a.r.l.** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br><br>c/o Crestbridge Cayman Limited<br>PO Box 258, 18 Forum Lane, Camana Bay, KY1 1104 Cayman Islands<br>Attn: Jess Shakespeare<br>Email: jess.shakespeare@pwc.com<br>Office: +1 (345) 914 8689<br><br>Name and Address where transferee payments should be sent (if different from Above) | Court Claim #: 29512<br>Amount of Claim Transferred: $13,772,000.00<br>Date Claim Filed: September 22, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
Wind Down Ltd.


By: *Jess Shakespeare, Director*
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVI GVF (Lux) Master S.a.r.l.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Wind Down Ltd.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim no. 29512, solely to the extent of $13,772,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM is executed this 6th day of April, 2021.

| Seller | Purchaser |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>By: Carval Investors, LP<br>Its Attorney-in-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | Wind Down Ltd.<br><br><br>By: _____<br>Name: Jess Shakespeare<br>Title: Director |