UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56671

Reference is made to proof of claim number 56671 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion or portions of the Claim identified in Exhibit A attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: April 12, 2021
New York, New York

/s/ Jonathan Cho
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for The Hongkong and Shanghai Banking Corporation Limited*

E2.275175

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V 1Y CDA STK INFY-32.3025 HDB-93.4546 28.25% 22JAN2009 | XS0340114353 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC. | USD 1,000,000.00 |

* No portion of the Claim, whether relating to ISIN XS0340114353 or otherwise, is being withdrawn in excess of the principal amount in this column.

E2.275175