**STEVEN COHN, P.C.**
One Old Country Road, Suite 420
Carle Place, New York 11514
(516) 294-6410 (telephone)
(516) 294-0094 (facsimile)
Steven Cohn, Esq.
Jeffrey H. Weinberger, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                                    Chapter 11

Lehman Brothers Holdings, Inc., *et al.*,                                  Case No. 08-13555 (SCC)

            Debtors.
-------------------------------------------------------X

Lehman Brothers Holdings, Inc.,                                           Adv. Proc. No. 21-01071

       Plaintiff,

    - against -

United Northern Mortgage Bankers, Ltd.,

       Defendant.
-------------------------------------------------------X

### ENTRY OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

      **PLEASE TAKE NOTICE** that The Law Office of Steven Cohn, P.C., hereby appears as

counsel of record for **UNITED NORTHERN MORTGAGE BANKERS, LTD. ("United**

**Northern")**, defendant in the adversary proceeding captioned above.

      **PLEASE TAKE FURTHER NOTICE** that United Northern hereby requests that all

notices given or required to be given in this Chapter 11 case and all pleadings served or required

to be served in this adversary proceeding be served upon the undersigned at the following address:

1

**LAW OFFICE OF STEVEN COHN, P.C.**
One Old Country Road Suite 420
Carle Place, New York 11514
Attn: Steven Cohn, Esq.
(516)294-6410 – Phone
(516)294-0094 – Facsimile
scohn@scohnlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices

and pleadings referred to in Section 1109(b) of Title 11, United States Code, and in Rules 2002,

3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation, notices

of any orders, motions, demands, petitions, pleadings, complaints, applications and any other

documents or requests brought before this Court in the above-captioned Chapter 11 case, whether

formal or informal, written or oral, or transmitted or conveyed by mail, messenger, telephone,

telegraph, facsimile or otherwise: (1) which affects or seeks to affect in any way any rights or

interests of any creditor or party in interest in case, including United Northern, with respect to (a)

the Debtor (b) property of the Debtor's Estate, or proceeds thereof, in which the Debtor may claim

an interest; or (c) property or proceeds thereof in the possession, custody or control of others that

the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property,

payment or other conduct by the Debtor or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that United Northern intends that neither this

Entry of Appearance nor any subsequent appearance, pleading, claim or suit shall waive: (1) its

right to have final orders in non-core matters entered only after de novo review by a District Judge,

(2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or

proceeding related to this case (3) the right to have the District Court withdraw the reference in

any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims,

actions, defenses, set offs or recoupments to which it is or may be entitled to under agreements, in

2

law or in equity, all of which rights, claims actions, defenses, set offs and recoupments are expressly reserved.

Dated: Carle Place, New York
April 26, 2021

STEVEN COHN, P.C
Attorneys for defendant United
Northern Mortgage Bankers, Ltd.

By:    /s/ Jeffrey H. Weinberger
JEFFREY H. WEINBERGER

One Old Country Road-Suite 420
Carle Place, New York 11514
(516) 294-6410

3