**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Ref. Docket Nos. 61084,** |
| | : | **61085, 61090, 61091, 61100,** |
| | : | **61115, 61118, 61119, & 61121** |

-------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss.: |
| COUNTY OF MIDDLESEX | ) |

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 20, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 20, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
26th day of April,
2021 */s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**Exhibit A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

HLTS FUND II LP
TRANSFEROR: LOWITT, IAN
C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER
477 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 12669-01 in the above referenced case and in the amount of
$0.00 allowed at $682,000.34 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000194090737 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000195105



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: HLTS FUND II LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          61090                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/20/2021                    Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 20, 2021.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O ATTESTOR CAPITAL LLP/I.WHITE, 7 SEYMOUR STREET, LONDON W1H 7JW UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLTS FUND II LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLTS FUND II LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, ATTN: ERIC TEH EN-LIM, 9 RAFFLES PL 08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: JMG CAPITAL PARTNERS LP, C/O CARVAL INVESTORS, ATTN: GCS OPERATIONS, 1601 UTICA AVE SOUTH, STE 1000, MINNEAPOLIS, MN 55416 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: SUMMIT PETROLEUM LIMITED, C/O CARVAL INVESTORS, ATTN: GCS OPERATIONS, 1601 UTICA AVE SOUTH, STE 1000, MINNEAPOLIS, MN 55416 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, ATTN: GCS OPERATIONS, 1601 UTICA AVE SOUTH, SUITE 1000, MINNEAPOLIS, MN 55416 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | FAEGRE & BENSON LLP, C/O MICHAEL F. DOTY, 2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: RAIFFEISEN BANK RT, C/O CARVAL INVESTORS UK LIMITED, ATTN: TERI SALBERG, 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN), LIMITED, SOLELY, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD., C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | RICK HYMAN, MAYER BROWN LLP, 1675 BROADWAY, NEW YORK, NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | RICK HYMAN, MAYER BROWN LLP, 1675 BROADWAY, NEW YORK, NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: SUMMIT PETROLEUM LIMITED, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND), C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY, CANADIAN IMPERIAL BANK OF COMMERCE, 199 BAY STREET, 6TH FLOOR, TORONTO, ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY, CANADIAN IMPERIAL BANK OF COMMERCE, 199 BAY STR, 6TH FLOOR, TORONTO, ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: ANTHRACITE REFERENCE COMPANY (12) LIMITED, C/O CARVAL INVESTORS UK LIMITED, ATTN: MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| EICHLER-KISSLING, JOSEF | TRANSFEROR: NEUE AARGAUER BANK AG, EINSCHLAGSTR 12, CH 4622 EGERKINGEN SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, ATTN: JORDAN TRAVIS, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| HLTS FUND II LP | TRANSFEROR: LOWITT, IAN, C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GREGORY, JOSEPH, C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| LGT BANK (SINGAPORE) LTD | TRANSFEROR: BANK OF SINGAPORE LIMITED, 3 TEMASEK AVE #30-01, CENTENNIAL TOWER, 039190 SINGAPORE  SINGAPORE |
| LUCENUOVA, FONDAZIONE | WUHRSTRASSE 6, FL-9490 VADUZ  LIECHTENSTEIN |
| LUCENUOVA, FONDAZIONE | WUHRSTRASSE 6, FL-9490 VADUZ  LIECHTENSTEIN |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | BAHNHOFSTRASSE 49, AARAU 5001 SWITZERLAND |
| PEDRAZZINI-BALESTRA, MARISA | TRANSFEROR: LUCENUOVA, FONDAZIONE, C/O STUDIO LEGALE, AVV. FRANCO PEDRAZZINI, CP 343, CH 6601 LOCARNO  SWITZERLAND |
| PEDRAZZINI-BALESTRA, MARISA | TRANSFEROR: LUCENUOVA, FONDAZIONE, C/O STUDIO LEGALE, AVV. FRANCO PEDRAZZINI, CP 343, CH 6601 LOCARNO  SWITZERLAND |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-18H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-18H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WIND DOWN LTD. | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK, C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK, C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| WIND DOWN LTD. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |

**Total Creditor Count 53**