

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                .                    Case No. 08.13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARCO ANTONIO ESPÍNDOLA DOS SANTOS | LUZAMBA CORPORATION LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Marco Antonio Espíndola dos Santos
Rua das Amoras, n. 92, 4 Esquerdo, Carcavelos
Código Postal 2775 - 549, Carcavelos, Portugal
Phone: (+3 51) 910 566913  / marco@espindola.biz

Last Four Digits of Acct #:
Name and Address where transferee payments should be  sent (if different from above):
Phone:
Last Four Digits of Acct #:_____

Court Claim # (if known): 51762.3 8

Amount of Claim: 3 75,00 9.81
Date Claim Filed:  10 /28/200 9
Phone: marco@espindola.biz
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date:   Lisbon, 04/06/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §§ 152 & 3571.