UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 61127
:
:
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                        )  ss.:
COUNTY OF MIDDLESEX     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 5, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        */s/ Angharad Bowdler*
                                                                                        Angharad Bowdler

Sworn to before me this
12th day of May, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000195542824 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000114023



C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O CARVAL INVESTORS
ATTN: GCS OPERATIONS
1601 UTICA AVE SOUTH, STE 1000
MINNEAPOLIS, MN 55416

Please note that your claim # 15160-02 in the above referenced case and in the amount of $21,158,078.50 allowed at $19,625,000.00 has been transferred (unless previously expunged by court order)

WIND DOWN LTD.
TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
C/O CRESTBRIDGE CAYMAN LTD
PO BOX 258, 18 FORUM LANE
CAMANA BAY KY1-1104
 CAYMAN ISLANDS

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        61127          in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/05/2021            Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 5, 2021.

# Exhibit B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, ATTN: GCS OPERATIONS, 1601 UTICA AVE SOUTH, STE 1000, MINNEAPOLIS, MN 55416 |
| WIND DOWN LTD. | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK, C/O CRESTBRIDGE CAYMAN LTD, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |

**Total Creditor Count 2**