UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                              Debtors.

------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 61123

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                             ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2021, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
12th day of May, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

# Exhibit B

# Exhibit A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000195542839 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000156928



HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH
ATTN: SARAH CHAN, DIRECTOR
LEVEL 13 & 14
1 QUEEN'S ROAD CENTRAL
HONG KONG
 HONG KONG

YIM, WAI CHI
FLAT B, 14/F, BLK 9
BRAEMAR HILL MANSION
31 BRAEMAR HILL RD
NORTH POINT
 HONG KONG

**Your transfer of claim # 56670-02 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number   61123          Date:  04/22/2021

/s/ Andrea Speelman

_____

_____
Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# Exhibit B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN, DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN, DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| YIM, WAI CHI | FLAT B, 14/F, BLK 9, BRAEMAR HILL MANSION, 31 BRAEMAR HILL RD, NORTH POINT   HONG KONG |
| YIM, WAI CHI | FLAT B, 14/F, BLK 9, BRAEMAR HILL MANSION, 31 BRAEMAR HILL RD, NORTH POINT   HONG KONG |

**Total Creditor Count 4**