UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,  **Chapter 11**

**Case No. 08-13555 (SCC)**

Debtors,

-------------------------------------------------------------------X   Adv. Proc. No.: 21-0104
LEHMAN BROTHERS HOLDINGS INC.,
        Plaintiff,   **NOTICE OF APPEARANCE**

   -against-

FAMILY MORTGAGE INC.,
        Defendant.
-------------------------------------------------------------------X

       The undersigned, a member of FONG & WONG AND WU, PLLC, hereby enters its appearance as counsel for Defendant, FAMILY MORTGAGE INC., in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: Brooklyn, New York
       May 19, 2021

                                   FONG & WONG AND WU, PLLC

                                   By: /s/ Robert W. Wong, Esq.
                                   Robert W. Wong, Esq. (RWW-1505)
                                   Attorneys for Defendant
                                   FAMILY MORTGAGE INC.
                                   802 64th Street, Suite 2A
                                   Brooklyn, NY 11220
                                   Tel: 718-567-8888
                                   Fax: 718-567-8883
                                   E-mail: rwong@fwwlawyers.com

To:    Wollmuth Maher & Deutsch LLP
       500 Fifth Avenue
       New York, NY 10110
       Tel: 212-382-3300

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th Day of May, 2021, I served a true and correct copy of the foregoing Notice of Appearance on the Counsel for Plaintiff by ECF.

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Dated: Brooklyn, New York
May 19, 2021

By: /s/ Robert W. Wong, Esq.
Robert W. Wong, Esq.