WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

William A. Maher
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                                         :

**In re**                                                                         : **Chapter 11 Case No.**
  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     : **08-13555 (SCC)**
  :
                                               Debtors.        : **(Jointly Administered)**
  :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA FOR**
**PRE-TRIAL CONFERENCE**

**Location of Hearing**: Telephonic hearing on May 20, 2021 at 10:00 a.m. EDT, conducted via www.Court-Solutions.com, before the Honorable Shelley C. Chapman, United State Bankruptcy Judge

I. **CASE STATUS**

1. Exhibit A lists the Defendants (1) who have answered or moved, (2) whose deadline to answer or move has not yet elapsed, and (3) who are in default by failing to answer or move.

2. Exhibit A omits Defendants whose adversary proceeding has been resolved or for whom Plaintiff filed a notice of adjournment to facilitate the finalization of a settlement.

II. **EARLY ADR**

1. Plaintiff may move to compel mediation for any Defendants who have not complied with the Court's ADR order.

III. **PENDING MOTIONS**

1. Four Motions to Dismiss have been filed:

    A. Smart Mortgage Centers, Inc. (Adv. Pro. No. 21-01066);

    B. Cranbrook Mortgage Corp. and Cranbrook Loans Group, Inc. as successor by merger to Cranbrook Mortgage Corp. (Adv. Pro. No. 21-01083);

    C. Empire Financial Services, Inc. (Adv. Pro. No. 21-01040);

    D. Nationwide Home Mortgage Inc. and Apex Home Loans, Inc., as successor to Nationwide Home Mortgage, Inc. (Adv. Pro. No. 21-01080).

2. No hearing date has been obtained by the movants.

IV. **CASE MANAGEMENT ORDERS**

1. Plaintiff will meet and confer with Defendants regarding scheduling.

V. **DEFAULTS**

1. Twelve Defendants are currently in default, as they have not answered or moved to dismiss.

Dated: New York, New York
May 19, 2021

/s/ *Joshua M. Slocum*
William A. Maher
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

# EXHIBIT A

| | Answer/MTD Filed | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Answer/MTD Filed** | **Attorney of Record** |
| Alderus Funding & Investments LLC and Hamilton Home Loans, Inc., as successor to Alderus Funding & Investments LLC | 21-01075 | 4/29/21 | Alderus:<br>Thomas Curran, Esq.<br>Curran Antonelli LLP<br>10 Post Office Square<br>Suite 800 South<br>Boston, MA 02109 |
| All California Mortgage, Inc. and American Pacific Mortgage, as successor by merger to All California Mortgage, Inc. | 21-01090 | 5/3/21 | Joshua A. Rosenthal, Esq.<br>Hargrave Rosenthal, P.C.<br>Sequoia Center<br>5341 Redwood Hwy, Ste. 320<br>Petaluma, CA 94954 |
| Bridgeview Mortgage Corp. | 21-01034 | 4/9/21 | John R. Edwards, Jr., Esq.<br>Price, Meese, Shulman & D'Armina, PC<br>West Red Oak Lane, Ste. 302<br>White Plains, NY 10604 |
| Cranbrook Mortgage Corp. and Cranbrook Loans Group, Inc., as successor by merger to Cranbrook Mortgage Corp. | 21-01083 | 5/17/21 | Tracy L. Henderson, Esq.<br>Law Offices of Tracy L. Henderson, Esq.<br>25280 Outlook Drive<br>Carmel, CA 93923 |
| Empire Financial Services, Inc. | 21-01040 | 5/17/21 | Tracy L. Henderson, Esq.<br>Law Offices of Tracy L. Henderson, Esq.<br>25280 Outlook Drive<br>Carmel, CA 93923 |

| **Answer/MTD Filed** | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Answer/MTD Filed** | **Attorney of Record** |
| First Integrity Mortgage Services, Inc. | 21-01044 | 4/26/21 | Robert E Eggmann, Esq.<br>Dormie Yu Heng Ko, Esq.<br>Carmody MacDonald, P.C.<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 |
| Gabriel Financial Group, Inc. | 21-01045 | 4/26/21 | Roland Gary Jones, Esq.<br>1325 Avenue of the Americas, 28th Fl.<br>New York, NY 10019 |
| Greenback Funding, Inc | 21-01046 | 5/6/21 | Matthew Eccles, Esq.<br>Manfredi Levine, Esq.<br>3262 E. Thousand Oaks Blvd., Ste. 200<br>Westlake Village, CA 91362 |
| Kappel Mortgage Group Inc. | 21-01051 | 5/3/21 | Joshua A. Rosenthal, Esq.<br>Hargrave Rosenthal, P.C.<br>Sequoia Center<br>5341 Redwood Hwy, Ste. 320<br>Petaluma, CA 94954 |
| Nationwide Home Mortgage Inc. and Apex Home Loans, Inc., as successor to Nationwide Home Mortgage Inc. | 21-01080 | 5/17/21 | Tracy L. Henderson, Esq.<br>Law Offices of Tracy L. Henderson, Esq.<br>25280 Outlook Drive<br>Carmel, CA 93923 |
| Smart Mortgage Centers, Inc. | 21-01066 | 4/23/21 | Wilton A. Person, Esq.<br>The Law Office of Wilton A. Person<br>24330 Leski Lane<br>Plainfield, IL 60585 |

| **Answer/MTD Filed** | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Answer/MTD Filed** | **Attorney of Record** |
| United Northern Mortgage Bankers, LTD | 21-01071 | 4/26/21 | Steven S. Cohn, Esq. Jeff Weinberger, Esq. Law Office of Steven Cohn, P.C. One Old Country Road, Ste. 420 Carle Place, NY 11514 |
| Virginia Commerce Bank and United Bank, as successor by merger to Virginia Commerce Bank | 21-01076 | 4/29/21 | David Souders, Esq. Weiner Brodsky Kider PC 1300 19th St. NW  5th Flr. Washington DC 20036 |

| Answer Not Yet Due | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Deadline to File Answer/MTD** | **Attorney of Record** |
| 1st Step Financial Services, Inc. | 21-01029 | 5/28/21 | |
| A.K.T. American Capital, Inc. | 21-01030 | 5/28/21 | James W. Brody, Esq. Johnston Thomas 1400 N. Dutton Ave., Ste. 21 Santa Rosa, CA 95401 |
| Advanced Mortgage Lenders Corp. | 21-01031 | 5/28/21 | |
| CDC Financial Group, Inc. | 21-01035 | 5/28/21 | |
| Citywide Home Loans, A Utah Corp | 21-01036 | 6/9/21 | Timothy W. Salter, Esq. Blank Rome LLP 1271 Avenue of the Americas New York, NY 10020 |

| Answer Not Yet Due | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Deadline to File Answer/MTD** | **Attorney of Record** |
| Family Mortgage, Inc. | 21-01042 | 6/15/21 | Peter Sverd, Esq. Of Counsel to Fong & Wong and Wu PLLC 225 Broadway, Ste. 613 New York, NY 10007<br><br>Robert W. Wong, Esq. Fong & Wong and Wu PLLC 802 64th Street, Ste. 2A Brooklyn, NY 11220 |
| Fisher Financial Group Inc. and NationsChoice Mortgage, as successor by merger to Fisher Financial Group Inc. | 21-01078 | 5/28/21 | |
| Homeservices Lending, LLC | 21-01048 | 5/26/21 | Aileen E. McTiernan Locke Lord LLP Brookfield Place 200 Vesey Street, 20th Fl. New York, NY 10281-2101 |
| Mortgage Plus, Inc. | 21-01057 | 5/28/21 | James W. Brody, Esq. Johnston Thomas 1400 N. Dutton Ave., Ste. 21 Santa Rosa, CA 95401 |

| Answer Not Yet Due | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Deadline to File Answer/MTD** | **Attorney of Record** |
| NVR Mortgage Finance, Inc. | 21-01059 | 5/28/21 | |
| Patriot Mortgage Co., Inc. | 21-01061 | 6/28/21 | |
| Prime Time Mortgage Corp. | 21-01062 | 5/28/21 | |
| SAAB Financial Corp. | 21-01063 | 5/28/21 | Philip R. Stein, Esq.<br>Kenneth Duvall<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Ave., 23rd Fl.<br>Miami, FL 33131 |
| Southern Oaks Mortgage, Inc. | 21-01067 | 5/28/21 | Philip R. Stein, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Ave., 23rd Fl.<br>Miami, FL 33131 |

| Answer Not Yet Due | | | |
|---|---|---|---|
| **Defendant(s)** | **Adv. Proc. Number** | **Deadline to File Answer/MTD** | **Attorney of Record** |
| Sterling Mortgage Svcs. of the Treasure Coast, Inc. and Primary Residential Mortgage, Inc., as successor to Sterling Mortgage Svcs. of the Treasure Coast, Inc. | 21-01087 | 6/25/21 | |

| Defendants in Default ||
| --- | --- |
| **Defendant(s)** | **Adv. Proc. Number** |
| Centex Capital Corp. and United Guaranteed Mortgage Company, as successor by merger to Centex Capital Corp. | 21-01085 |
| Creative Mortgage Solutions 2000 Inc. | 21-01037 |
| First Ohio Banc & Lending, Inc. and Ohio Lending Consultants, LLC as successor by merger to First Ohio Banc & Lending, Inc. | 21-01073 |
| Kennedy Mortgage Corp. | 21-01052 |
| Lending Bee Inc. | 21-01054 |
| Maryland Residential Lending LLC | 21-01055 |

| **Defendants in Default** ||
| --- | --- |
| **Defendant(s)** | **Adv. Proc. Number** |
| Mid-State Bank & Trust, Rabobank National Association, as successor by merger to Mid-State Bank &Trust, and Mechanics Bank, as successor by merger to Rabobank National Association | 21-01086 |
| Mortgage Direct, Inc. and BBMC Mortgage, as successor to Mortgage Direct, Inc., and Synergy One Lending, Inc. as successor to BBMC Mortgage | 21-01081 |
| NRF Funding Corp. | 21-01058 |
| Scott Edward Landeau (Sole proprietorship) | 21-01064 |
| Shoreline Mortgage Corp. | 21-01065 |

| Defendants in Default ||
|---|---|
| **Defendant(s)** | **Adv. Proc. Number** |
| Trust Deed Of California Inc., Mortgage Division | 21-01070 |