LXS 2007-5H

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF OMNIBUS TRANSFER OF CLAIMS
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** U.S. Bank National Association, Assignor/Transferor
111 Fillmore Ave. E
St. Paul, MN 55107
Attn: Corporate Trust Services

Your claims relating to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-5H (the "**Trust**"), as set forth in claim numbers 700104.01, 700104.02, 700104.03, 710206.01, 710206.02 and 710206.03 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings, have been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claims relating to the Trust).

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention: Michele Olds

14576/9
**55867344.2**

## EVIDENCE OF TRANSFER

**U.S. Bank National Association**, not individually but solely as trustee of the Trust (as defined below), its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred, and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-5H (the "**Trust**") as set forth in claim numbers 700104.01, 700104.02, 700104.03, 710206.01, 710206.02 and 710206.03 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "**Claims**") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claims relating to the Trust).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 25th day of May, 2021.

(*Signatures on following page*)

| **U.S. Bank National Association** | **Nationstar Mortgage LLC** |
|---|---|
| solely in its capacity as trustee | |
| By: _/s/ Nicholas Xeros_____ | By: _____ |
| Name: Nicholas Xeros | Name: _____ |
| Title: Assistant Vice President | Title: _____ |

[*Signature Page to Evidence of Transfer*]

| U.S. Bank National Association<br>solely in its capacity as trustee | Nationstar Mortgage LLC |
|---|---|
| By:_____ | By: /s/ Michele Olds_____ |
| Name: Nicholas Xeros | Name: Michele Olds |
| Title: Assistant Vice President | Title: Senior Vice President |