13th April 2021

United States Bankruptcy Courts
Southern District of New York
ATTN: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408
U.S.A



Dear Sirs,

### Claim No 35157 , 43211 , 43212

Enclosed completed claim form B 210A for Case # 08-13555.

We would appreciate if you could inform us once this form has been received by the court and keep us informed on the proceedings.

If you have any query, please feel free to contact us at 852-25419010 or by email sudha@bentonbiz.com

Yours Faithfully


Sudha RATHI



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SUDHA RATHI | CROXTON LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Premier Merchandises Limited
23/F, Unit 05-15, Metro Loft
38 Kwai Hei Street, Kwai Chung
New Territories, Hong Kong

Court Claim # (if known): 35157, 43211, 43212
Amount of Claim: USD 116,066.44
Date Claim Filed: _____

Phone:  852 -25419010
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
E-mail: SUDHA@BENTONBIZ.COM

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sudha Rathi_   Date: 12 April 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.