RECEIVED
JUN 11 2021
U.S. BANKRUPTCY COURT, SDNY

[Lehman Brothers]

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to London International Capital Ltd("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 11/12/2019

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17

P.O. Box 2888

CH- 1211 Geneva 1

Signature: Alexandre Teminian
Employee

Signature: Jérôme Püttimann
Associate Director

Date: 19/12/19

**Transferee**

London International Capital Ltd

20-22 Wenlock Road,

London N1 7GU

Attn : Marcus von Thiele

marcus.vonthiele@londonic.co

Signature: [signed]

Signature: [signed]

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| ZZ1001934039 (ex-ANN521338783) | 51762 | 10/28/2009 | LEHMAN BROTHERS CER ON VIETNAM | -5- |

[*Lehman Brothers*]

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to London International Capital Ltd ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 09/01/2020

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17

P.O. Box 2888

CH- 1211 Geneva 1

Signature: _____
Jérôme _____
Associate Director

Signature: _____
**Alexandre Teminian**
Employee

Date: 10/01/2020

**Transferee**

London International Capital Ltd

20-22 Wenlock Road,

London N1 7GU

Attn : Marcus von Thiele

marcus.vonthiele@londonic.co

Signature: _____

Signature: _____

*[Lehman Brothers]*

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| ZZ1001939294 (ex- ISIN XS0278755052) | 51762 | 10/28/2009 | LEHMAN BROS FLR 06-19.12.11 BASK SHS | - USD 100'000- |



marcus von thiele <marcus.vonthiele@londonic.co>

## RE: FW: EXTERNAL: RE: LBHI 22nd distribution / Claim no 51762

1 message

**Jerome RUETTIMANN** <jerome.ruettimann@hsbcpb.com>   27 May 2021 at 13:49
To: marcus von thiele <marcus.vonthiele@londonic.co>, Selcuk SANLITURK <selcuk.sanliturk@hsbcpb.com>
Cc: Anthony GRILLET <anthony.grillet@hsbcpb.com>, Alexandre TEMINIAN <alexandre.teminian@hsbcpb.com>, PBRS GVA SPBACK <pbrs.gva.spback@hsbcpb.com>

Dear Marcus,

Again can you please check if you sent the two attached LBHI Claim transfer to the US Court ?

As per EPIQ (Greg Winter) It seems that US Court didn't receive the docs.

HSBC Private Bank Suisse Geneva sent the docs to you in December 2019 and January 2020 and we hope that we can close the cases asap.

Thanks in advance for your reply

Best regards / Meilleures salutations

**Jérôme Ruettimann**

Associate Director – Derivatives Business Expert | GPB Business Services

HSBC PB Services (Suisse) SA

9-17 Quai des Bergues, CH-1211 GENEVA 1, Switzerland

**Telephone : +41 58 7055612**

FAX       : +41 58 7055875

E-mail    : jerome.ruettimann@hsbcpb.com

From: marcus von thiele <marcus.vonthiele@londonic.co>
Sent: vendredi, 21 mai 2021 17:46
To: Winter, Gregory <gwinter@epiqglobal.com>
Cc: Jerome RUETTIMANN <jerome.ruettimann@hsbcpb.com>
Subject: Re: FW: EXTERNAL: RE: LBHI 22nd distribution / Claim no 51762

Hi Greg,

This e-mail and its attachments and any rights attaching hereto (collectively called "information") are for informational purposes only. The information has been given in good faith but without guarantee and unless the context clearly indicates otherwise is the property of London International Capital Ltd, a company incorporated in England with registered number 9214582 ("LIC"). Please note that attachments (hereinafter: message) may contain confidential and/or secret information and it is intended for the use of the named recipient only. Any unauthorized use, distribution, reproduction and/or disclosure of this message to any other person is forbidden and punishable according to relevant law or regulations. If you have received this message in error, please do not read, copy, save and/or forward it. Please notify the sender thereof and destroy the original message. The information is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. As LIC cannot guarantee the genuineness or completeness of the information, the information is not legally binding. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of the Company. LIC has taken precautions to minimize the risk of transmitting software viruses, but LIC advises you to carry out your own virus checks on any attachment to this message. LIC cannot accept liability for any loss or damage caused by software viruses.

On Fri, 21 May 2021 at 07:51, Jerome RUETTIMANN <jerome.ruettimann@hsbcpb.com> wrote:

Dear Marcus,

We have not received any US Court confirmation for two LBHI Claims transfers **from December 2019 and January 2020**

| Quantity : | 5 | ISIN : ANN521338783 | Allowed Amount USD : | 38'199.25 |
|---|---|---|---|---|
| Quantity : | 100'000 | ISIN : XS0278755052 | Allowed Amount USD : | 32'020.29 |

Confirmed by EPIQ (Gregory Winter) that apparently US Court never received the documents.

Attached transfers confirmed by US Court. Documents sent by Greg Winter :

| - | 59607 | HSBC Private Bank Suisse SA Geneva | Docs received |
| - | 60265 | HSBC Private Bank Suisse SA Geneva | Docs received |
| - | 60307 | HSBC Private Bank Suisse SA Geneva | Docs received |
| - | 60356 | for HSBC Private Bank Singapore | |
| - | 59905 | for HSBC Private Bank Singapore | |
| - | 60853 | has been canceled by US Court | Duplicate of 59607 |

Can you please check on your side and come back asap ?

Thanks in advance for your reply

Best regards / Meilleures salutations

**Jérôme Ruettimann**

Associate Director – Derivatives Business Expert | GPB Business Services

HSBC PB Services (Suisse) SA

On Fri, 21 May 2021 at 10:25, Jerome RUETTIMANN <jerome.ruettimann@hsbcpb.com> wrote:

> Hello
>
> Claims transfers to London International Capital
>
> We sent signed documents to you in December 2019 and January 2020.
>
> But LBHI Claims transfers were never confirmed by US Court.
>
> Best regards / Meilleures salutations
>
> **Jérôme Ruettimann**
>
> Associate Director – Derivatives Business Expert | GPB Business Services
>
> HSBC PB Services (Suisse) SA
>
> 9-17 Quai des Bergues, CH-1211 GENEVA 1, Switzerland
>
> Telephone : +41 58 7055612
>
> FAX         : +41 58 7055875
>
> E-mail      : jerome.ruettimann@hsbcpb.com
>
> ---
>
> **From:** marcus von thiele <marcus.vonthiele@londonic.co>
> **Sent:** vendredi, 21 mai 2021 09:55
> **To:** Jerome RUETTIMANN <jerome.ruettimann@hsbcpb.com>; Winter, Greg <gwinter@epiqglobal.com>
> **Cc:** Selcuk SANLITURK <selcuk.sanliturk@hsbcpb.com>; Anthony GRILLET <anthony.grillet@hsbcpb.com>; Alexandre TEMINIAN <alexandre.teminian@hsbcpb.com>; PBRS GVA SPBACK <pbrs.gva.spback@hsbcpb.com>
> **Subject:** Re: FW: EXTERNAL: RE: LBHI 22nd distribution / Claim no 51762
>
> Hi Jerome,
>
> Just to be clear, you are looking for the positions to be transferred back to HSBC or on to London International capital?
>
> Best regards,
>
> **Marcus von Thiele**
>
> London International Capital Ltd
> 20 - 22 Wenlock Road
> London N1 7GU
> Office : +44 (0) 203 837 5917
> Mobile: +44 (0) 742 941 0694
>
> Email : marcus.vonthiele@londonic.co
> Web    : www.londonic.co
>
> ---
>
> London International Capital Ltd. Disclaimer and Confidentiality Note:

I have added Jerome from HSBC to the email, Please can you help?

Below is from HSBC:

I'm still wondering why we still have not received any document from US Court relating to our Claim transfers from **December 2019 and January 2020**.

Both transfers to London International Capital. Marcus confirmed having sent the documents to US Court.

| Quantity : | 5 | ISIN : ANN521338783 | Allowed Amount USD : | 38'199.25 |
|---|---|---|---|---|
| Quantity : 100'000 | | ISIN : XS0278755052 | Allowed Amount USD : | 32'020.29 |

Can you check why both transfers haven't been done so far ?

Thanks in advance for your help

Best regards / Meilleures salutations

**Jérôme Ruettiman**

docs attached

Best regards,

Marcus von Thiele

London International Capital Ltd
20 - 22 Wenlock Road
London N1 7GU
Office : +44 (0) 203 837 5917
Mobile: +44 (0) 742 941 0694

Email : marcus.vonthiele@londonic.co
Web   : www.londonic.co

---

London International Capital Ltd. Disclaimer and Confidentiality Note:

This e-mail and its attachments and any rights attaching hereto (collectively called "information") are for informational purposes only. The information has been given in good faith but without guarantee and unless the context clearly indicates otherwise is the property of London International Capital Ltd, a company incorporated in England with registered number 9214582 ("LIC"). Please note that attachments (hereinafter: message) may contain confidential and/or secret information and it is intended for the use of the named recipient only. Any unauthorized use, distribution, reproduction and/or disclosure of this message to any other person is forbidden and punishable according to relevant law or regulations. If you have received this message in error, please do not read, copy, save and/or forward it. Please notify the sender thereof and destroy the original message. The information is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. As LIC cannot guarantee the genuineness or completeness of the information, the information is not legally binding. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of the Company. LIC has taken precautions to minimize the risk of transmitting software viruses, but LIC advises you to carry out your own virus checks on any attachment to this message. LIC cannot accept liability for any loss or damage caused by software viruses.

Thank you for the update.

I will.chase up with Jerome on Monday.

Best regards,

Marcus

On Fri, 21 May 2021, 16:26 Winter, Gregory, <gwinter@epiqglobal.com> wrote:

> Jerome and Marcus,
>
> I performed a review of the docket and provided Jerome all of the transfers from HSBC to London International that were filed in 2019 and 2020.
>
> If there are any that are missing, you'll have to have them filed so they are reflected on the claims register.
>
> If you both require any additional detail regarding your current holdings in the claims register, please let me know.
>
> Regards,
>
> Greg
>
>
> **Gregory Winter**
> Epiq | Case Manager
> Phone: +1 646 282 2517
> Mobile: +1 917 504 6594
> Email: gwinter@epiqglobal.com
>
>
> **From:** marcus von thiele <marcus.vonthiele@londonic.co>
> **Sent:** Friday, May 21, 2021 5:43 AM
> **To:** Jerome RUETTIMANN <jerome.ruettimann@hsbcpb.com>
> **Cc:** Winter, Gregory <gwinter@epiqglobal.com>
> **Subject:** Re: FW: EXTERNAL: RE: LBHI 22nd distribution / Claim no 51762
>
>
> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.
>
>
> Hi Greg,
>
> Sorry about all this confusion. It seems that we are missing some transfers

Hello,

For the transfer fee please invoice:

**Marcus von Thiele**

London International Capital Ltd
20 - 22 Wenlock Road
London N1 7GU
Office : +44 (0) 203 837 5917
Mobile: +44  (0) 742 941 0694

Email : marcus.vonthiele@londonic.co
Web   : www.londonic.co
_____