UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                Debtors.
------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 61139,
: 61140, & 61147

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT   )
                                    ) ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 9, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
10th day of June, 2021
/s/ *Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000197494498 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000186106



LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES
SERIES 2007-5H POOLING REMIC 1
ATTN: BRAD ZWETZIG
190 S. LASALLE STREET, MK-IL-SL10
CHICAGO, IL 60603

Please note that your claim # 710206-01 in the above referenced case and in the amount of $1,071.36 allowed at $1,071.36 has been transferred (unless previously expunged by court order)

NATIONSTAR MORTGAGE LLC
TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES
ATTN: MICHELE OLDS
8740 LUCENT BLVD, SUITE 600
HIGHLANDS RANCH, CO 80129

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    61139    in your objection.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/09/2021                Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 9, 2021.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CROXTON LIMITED | UNIT 2305-15, METRO LOFT, 38 KWAI HEI STREET, KWAI CHUNG, N..T., HONG KONG HONG KONG |
| CROXTON LIMITED | UNIT 2305-15, 23/F METRO LOFT, 38 KWAI HEI STREET, KWAI CHUNG, N.T.   HONG KONG |
| CROXTON LIMITED | UNIT 2305-15, 23/F METRO LOFT, 38 KWAI HEI STREET, KWAI CHUNG, N.T.   HONG KONG |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 2, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES | SERIES 2007-5H POOLING REMIC 2, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| RATHI, SUDHA | TRANSFEROR: CROXTON LIMITED, PREMIER MERCHANDISES LTD, 23/F, UNIT 05-15, METRO LOFT, 38 KWAI HEI ST, KWAI CHUNG, N.T.   HONG KONG |
| RATHI, SUDHA | TRANSFEROR: CROXTON LIMITED, PREMIER MERCHANDISES LTD, 23/F, UNIT 05-15, METRO LOFT, 38 KWAI HEI ST, KWAI CHUNG, N.T.   HONG KONG |
| RATHI, SUDHA | TRANSFEROR: CROXTON LIMITED, PREMIER MERCHANDISES LTD, 23/F, UNIT 05-15, METRO LOFT, 38 KWAI HEI ST, KWAI CHUNG, N.T.   HONG KONG |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |

**Total Creditor Count 20**