Presentment Date: June 30, 2021, at 10:00 a.m. (Eastern Time)
Objection Deadline: June 30, 2021 at 9:00 a.m. (Eastern Time)
Hearing Date and Time: To be Scheduled Only if an Objection is Filed

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
And Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : **08 - 13555 (SCC)**
:
Debtors. : **(Jointly Administered)**
:
---------------------------------------------------------------- x

# AMENDED NOTICE OF PRESENTMENT OF MOTION FOR
# FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES PURSUANT TO
# SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

PLEASE TAKE NOTICE that, on May 27, 2021, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan Administrator"), filed the *Motion for Final Decree Closing Certain of the Debtors' Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [ECF No. 61141] (the "Motion") and proposed order (the "Proposed Order").

PLEASE TAKE FURTHER NOTICE that the Plan Administrator will present the Motion and Proposed Order to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **June 30, 2021 at 10:00 a.m. (Prevailing Eastern Time)**.

WEIL:\98032451\2\58399.0011

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Motion and the Proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **June 30, 2021 at 9:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Proposed Order may be signed. If a written objection is timely served and filed, a hearing (the "<u>Hearing</u>") will be scheduled to consider the Motion and the Proposed Order before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 623, One Bowling Green, New York, New York 10004. Objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: June 22, 2021
      New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*