UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.     :     Case No. 08-13555 (SCC)
                                          :
         Debtors.                         :     (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**ORDER DENYING THE PLAN ADMINISTRATORS' FIVE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) [ECF NO. 53107]**

The Court having considered the *Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* [ECF No. 53107] (the "Objection") filed by Lehman Brothers Holdings Inc. ("LBHI") upon remand and based on the decision of the United States District Court for the Southern District of New York in M*averick Long Enhanced Fund, LTD., et al. v. Lehman Brothers Holdings, Inc.*, No. 17-CV-4203 (RA) (ECF No. 16) (the "District Court Order"); and the Court having considered the pleadings filed by LBHI in support of the Objection, including the *Brief on Remand in Further Support of Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims* [ECF No. 59807] and the *Reply in Support of Plan Administrator's Brief on Remand in Support of Five Hundred Nineteenth Omnibus Objection to Claims* [ECF No. 59912]; and the Court having considered the *Opposition of the Maverick Entities to the Brief on Remand in Support of Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims* [ECF No. 59865] filed by the Maverick entities set forth therein (the "Maverick Entities"); and the Court having considered argument by LBHI and the Maverick Entities following the District Court Order on January 14, 2019 and September 10, 2019; and the Court having considered the prior submissions and arguments of LBHI and the Maverick Entities and the record of these chapter 11 cases; and the Court having

jurisdiction to decide the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having conducted a conference on the Objection on May 20, 2021 (the "Hearing"); and after due deliberation and for the reasons stated by the Court at the Hearing, the transcript of which is attached hereto and incorporated as if set forth herein and made part hereof, it is hereby

1. ORDERED that for the reasons stated on the record at the Hearing, the Objection is denied; and it is further

2. ORDERED that the claims filed by the Maverick Entities shall be allowed in the aggregate amount of $118,100,000 (the "Allowed Claims"); and it is further

3. ORDERED that the Maverick Entities shall not recover, in the aggregate, more than $16,200,000 from LBHI on account of the Allowed Claims; and it is further

4. ORDERED that this Order constitutes a final order within the meaning of 28 U.S.C. § 158(a)(1) with respect to the Allowed Claims; and it is further

5. ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 23, 2021
      New York, New York

                                       /S/ Shelley C. Chapman
                                       THE HONORABLE SHELLEY C. CHAPMAN
                                       UNITED STATES BANKRUPTCY JUDGE