## Transcript of Hearing on May 20, 2021

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 08-13555-scc

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   LEHMAN BROTHERS HOLDINGS INC.,

8           Debtors.

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10   Adv. Case No. 21-01029-scc

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   LEHMAN BROTHERS HOLDINGS INC.,

13               Plaintiff,

14           v.

15   1ST STEP FINANCIAL SERVICES, INC.,

16               Defendant.

17   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18   Adv. Case No. 21-01030-scc

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20   LEHMAN BROTHERS HOLDINGS INC.,

21               Plaintiff,

22           v.

23   A.K.T. AMERICAN CAPITAL, INC.,

24               Defendant.

25   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Page 2

1    Adv. Case No. 21-01031-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                  Plaintiff,

5           v.

6    ADVANCED MORTGAGE LENDERS CORP.,

7                  Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01034-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                  Plaintiff,

13          v.

14   BRIDGEVIEW MORTGAGE CORP.,

15                  Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01035-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                  Plaintiff,

21          v.

22   CDC FINANCIAL GROUP, INC.,

23                  Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

```
                                                Page 3

 1    Adv. Case No. 21-01036-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3    LEHMAN BROTHERS HOLDINGS INC.,

 4                    Plaintiff,

 5              v.

 6    CITYWIDE HOME LOANS, A UTAH CORP.,

 7                    Defendant.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9    Adv. Case No. 21-01037-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11    LEHMAN BROTHERS HOLDINGS INC.,

12                    Plaintiff,

13              v.

14    CREATIVE MORTGAGE SOLUTIONS 2000 INC.,

15                    Defendant.

16    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17    Adv. Case No. 21-01040-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19    LEHMAN BROTHERS HOLDINGS INC.,

20                    Plaintiff,

21              v.

22    EMPIRE FINANCIAL SERVICES INC.,

23                    Defendant.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

Page 4

1    Adv. Case No. 21-01041-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    EXCEPTIONAL FINANCIAL SOLUTIONS INC.,

7                    Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01042-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   FAMILY MORTGAGE INC.,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01043-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   FIRST BANKER MORTGAGE CORPORATION,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 5

1    Adv. Case No. 21-01044-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5              v.

6    FIRST INTEGRITY MORTGAGE SERVICES, INC.,

7                    Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01045-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13             v.

14   GABRIEL FINANCIAL GROUP, INC.,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01046-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21             v.

22   GREENBACK FUNDING INC.,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25



Page 6

1    Adv. Case No. 21-01048-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5              v.

6    HOMESERVICES LENDING, LLC,

7                    Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01051-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13             v.

14   KAPPEL MORTGAGE GROUP INC.,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01052-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21             v.

22   KENNEDY MORTGAGE CORP.,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 7

```
 1    Adv. Case No. 21-01054-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3    LEHMAN BROTHERS HOLDINGS INC.,

 4                    Plaintiff,

 5              v.

 6    LENDING BEE INC.,

 7                    Defendant.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9    Adv. Case No. 21-01055-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - - x

11    LEHMAN BROTHERS HOLDINGS INC.,

12                    Plaintiff,

13              v.

14    MARYLAND RESIDENTIAL LENDING LLC,

15                    Defendant.

16    - - - - - - - - - - - - - - - - - - - - - - - - - - x

17    Adv. Case No. 21-01057-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - - x

19    LEHMAN BROTHERS HOLDINGS INC.,

20                    Plaintiff,

21              v.

22    MORTGAGE PLUS INC.,

23                    Defendant.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

Page 8



1    Adv. Case No. 21-01058-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4              Plaintiff,

5         v.

6    NRF FUNDING CORP.,

7              Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01059-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12             Plaintiff,

13        v.

14   NVR MORTGAGE FINANCE.,

15             Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01061-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20             Plaintiff,

21        v.

22   PATRIOT MORTGAGE CO. INC.,

23             Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 9

```
 1    Adv. Case No. 21-01062-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3    LEHMAN BROTHERS HOLDINGS INC.,

 4                    Plaintiff,

 5             v.

 6    PRIME TIME MORTGAGE CORP.,

 7                    Defendant.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9    Adv. Case No. 21-01063-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11    LEHMAN BROTHERS HOLDINGS INC.,

12                    Plaintiff,

13             v.

14    SAAB FINANCIAL CORP.,

15                    Defendant.

16    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17    Adv. Case No. 21-01064-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19    LEHMAN BROTHERS HOLDINGS INC.,

20                    Plaintiff,

21             v.

22    SCOTT EDWARD LANDEAU,

23                    Defendant.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

1    Adv. Case No. 21-01065-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    SHORELINE MORTGAGE CORPORATION,

7                    Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01066-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   SMART MORTGAGE CENTER INC.,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01067-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   SOUTHERN OAKS MORTGAGE INC.,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 11

1    Adv. Case No. 21-01070-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5           v.

6    TRUST DEED OF CALIF. INC. MTG DIVISION,

7                    Defendant.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01071-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13          v.

14   UNITED NORTHERN MORTGAGE BANKERS, LTD.,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01073-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21          v.

22   FIRST OHIO BANC & LENDING, INC. et al.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 12

1    Adv. Case No. 21-01075-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    ALDERUS FUNDING & INVESTMENTS LLC et al.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01076-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   VIRGINIA COMMERCE BANK et al.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01078-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   FISHER FINANCIAL GROUP INC. et al.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

```
 1    Adv. Case No. 21-01080-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3    LEHMAN BROTHERS HOLDINGS INC.,

 4                    Plaintiff,

 5            v.

 6    NATIONWIDE HOME MORTGAGE INC. et al.,

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9    Adv. Case No. 21-01081-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - - x

11    LEHMAN BROTHERS HOLDINGS INC.,

12                    Plaintiff,

13            v.

14    MORTGAGE DIRECT, INC. et al.,

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - - x

17    Adv. Case No. 21-01083-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - - x

19    LEHMAN BROTHERS HOLDINGS INC.,

20                    Plaintiff,

21            v.

22    CRANBROOK MORTGAGE CORP. et al.,

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

Page 14

1    Adv. Case No. 21-01085-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                     Plaintiff,

5              v.

6    CENTEX CAPITAL CORP. et al.,

7                     Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 21-01086-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                     Plaintiff,

13             v.

14   MID-STATE BANK& TRUST et al.,

15                     Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 21-01087-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                     Plaintiff,

21             v.

22   STERLING MORTGAGE SVCS. OF THE TREASURE COAST, INC.,

23                     Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 15

1    Adv. Case No. 21-01090-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    ALL CALIFORNIA MORTGAGE, INC. et al.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9

10                   United States Bankruptcy Court

11                   One Bowling Green

12                   New York, NY  10004

13

14                   May 20, 2021

15                   10:00 AM

16

17

18

19

20

21   B E F O R E :

22   HON SHELLY C. CHAPMAN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  UNKNOWN

1   HEARING re Adversary proceeding: 21-01029-scc Lehman

2   Brothers Holdings Inc. v. 1st Step Financial Services, Inc.

3   Pre-trial Conference

4

5   HEARING re Adversary proceeding: 21-01030-scc Lehman

6   Brothers Holdings Inc. v. A.K.T. American Capital, Inc.

7   Pre-trial Conference

8

9   HEARING re Adversary proceeding: 21-01031-scc Lehman

10  Brothers Holdings Inc. v. Advanced Mortgage Lenders Corp.

11  Pre-trial Conference

12

13  HEARING re Adversary proceeding: 21-01034-scc Lehman

14  Brothers Holdings Inc. v. Bridgeview Mortgage Corp

15  Pre-trial Conference

16

17  HEARING re Adversary proceeding: 21-01035-scc Lehman

18  Brothers Holdings Inc. v. CDC Financial Group, Inc.

19  Pre-trial Conference

20

21  HEARING re Adversary proceeding: 21-01036-scc Lehman

22  Brothers Holdings Inc. v. Citywide Home Loans, a Utah Corp

23  Pre-trial Conference

24

25

1    HEARING re Adversary proceeding: 21-01037-scc Lehman

2    Brothers Holdings Inc. v. Creative Mortgage Solutions 2000

3    Inc.

4    Pre-trial Conference

5

6    HEARING re Adversary proceeding: 21-01040-scc Lehman

7    Brothers Holdings Inc. v. Empire Financial Services Inc.

8    Pre-trial Conference

9

10   HEARING re Adversary proceeding: 21-01041-scc Lehman

11   Brothers Holdings Inc. v. Exceptional Financial Solutions

12   Inc.

13   Pre-trial Conference

14

15   HEARING re Adversary proceeding: 21-01042-scc Lehman

16   Brothers Holdings Inc. v. Family Mortgage Inc.

17   Pre-trial Conference

18

19   HEARING re Adversary proceeding: 21-01043-scc Lehman

20   Brothers Holdings Inc. v. First Banker Mortgage Corporation

21   Pre-trial Conference

22

23

24

25

```
                                                            Page 18

1      HEARING re Adversary proceeding: 21-01044-scc Lehman

2      Brothers Holdings Inc. v. First Integrity Mortgage Services,

3      Inc.

4      Pre-trial Conference

5

6      HEARING re Adversary proceeding: 21-01045-scc Lehman

7      Brothers Holdings Inc. v. Gabriel Financial Group, Inc.

8      Pre-trial Conference

9

10     HEARING re Adversary proceeding: 21-01046-scc Lehman

11     Brothers Holdings Inc. v. Greenback Funding Inc.

12     Pre-trial Conference

13

14     HEARING re Adversary proceeding: 21-01048-scc Lehman

15     Brothers Holdings Inc. v. HomeServices Lending, LLC

16     Pre-trial Conference

17

18     HEARING re Adversary proceeding: 21-01051-scc Lehman

19     Brothers Holdings Inc. v. Kappel Mortgage Group Inc.

20     Pre-trial Conference

21

22     HEARING re Adversary proceeding: 21-01052-scc Lehman

23     Brothers Holdings Inc. v. Kennedy Mortgage Corp

24     Pre-trial Conference

25
```

1    HEARING re Adversary proceeding: 21-01054-scc Lehman

2    Brothers Holdings Inc. v. Lending Bee Inc.

3    Pre-trial Conference

4

5    HEARING re Adversary proceeding: 21-01055-scc Lehman

6    Brothers Holdings Inc. v. Maryland Residential Lending LLC

7    Pre-trial Conference

8

9    HEARING re Adversary proceeding: 21-01057-scc Lehman

10   Brothers Holdings Inc. v. Mortgage Plus Inc.

11   Pre-trial Conference

12

13   HEARING re Adversary proceeding: 21-01058-scc Lehman

14   Brothers Holdings Inc. v. NRF Funding Corp

15   Pre-trial Conference

16

17   HEARING re Adversary proceeding: 21-01059-scc Lehman

18   Brothers Holdings Inc. v. Nvr Mortgage Finance.

19   Pre-trial Conference

20

21   HEARING re Adversary proceeding: 21-01061-scc Lehman

22   Brothers Holdings Inc. v. Patriot Mortgage Co. Inc.

23   Pre-trial Conference

24

25

1    HEARING re Adversary proceeding: 21-01062-scc Lehman

2    Brothers Holdings Inc. v. Prime Time Mortgage Corp

3    Pre-trial Conference

4

5    HEARING re Adversary proceeding: 21-01063-scc Lehman

6    Brothers Holdings Inc. v. Saab Financial Corp

7    Pre-trial Conference

8

9    HEARING re Adversary proceeding: 21-01064-scc Lehman

10   Brothers Holdings Inc. v. Scott Edward Landeau

11   Pre-trial Conference

12

13   HEARING re Adversary proceeding: 21-01065-scc Lehman

14   Brothers Holdings Inc. v. Shoreline Mortgage Corporation

15   Pre-trial Conference

16

17   HEARING re Adversary proceeding: 21-01066-scc Lehman

18   Brothers Holdings Inc. v. Smart Mortgage Center Inc.

19   Pre-trial Conference

20

21   HEARING re Adversary proceeding: 21-01067-scc Lehman

22   Brothers Holdings Inc. v. Southern Oaks Mortgage Inc.

23   Pre-trial Conference

24

25

Page 21

1    HEARING re Adversary proceeding: 21-01070-scc Lehman

2    Brothers Holdings Inc. v. Trust Deed of Calif. Inc. MTG

3    Division

4    Pre-trial Conference

5

6    HEARING re Adversary proceeding: 21-01071-scc Lehman

7    Brothers Holdings Inc. v. United Northern Mortgage Bankers,

8    ltd.

9    Pre-trial Conference

10

11   HEARING re Adversary proceeding: 21-01073-scc Lehman

12   Brothers Holdings Inc. v. First Ohio Banc & Lending, Inc. et

13   al.

14   Pre-trial Conference

15

16   HEARING re Adversary proceeding: 21-01075-scc Lehman

17   Brothers Holdings Inc. v. Alderus Funding & investments LLC

18   et al.

19   Pre-trial Conference

20

21   HEARING re Adversary proceeding: 21-01076-scc Lehman

22   Brothers Holdings Inc. v. Virginia Commerce Bank et al.

23   Pre-trial Conference

24

25

1   HEARING re Adversary proceeding: 21-01078-scc Lehman

2   Brothers Holdings Inc. v. Fisher Financial Group Inc. et al.

3   Pre-trial Conference

4

5   HEARING re Adversary proceeding: 21-01080-scc Lehman

6   Brothers Holdings Inc. v. Nationwide Home Mortgage Inc. et

7   al.

8   Pre-trial Conference

9

10   HEARING re Adversary proceeding: 21-01081-scc Lehman

11   Brothers Holdings Inc. v. Mortgage direct, Inc. et al.

12   Pre-trial Conference

13

14   HEARING re Adversary proceeding: 21-01083-scc Lehman

15   Brothers Holdings Inc. v. Cranbrook Mortgage Corp et al.

16   Pre-trial Conference

17

18   HEARING re Adversary proceeding: 21-01085-scc Lehman

19   Brothers Holdings Inc. v. Centex capital Corp et al.

20   Pre-trial Conference

21

22   HEARING re Adversary proceeding: 21-01086-scc Lehman

23   Brothers Holdings Inc. v. Mid-State Bank & Trust et al.

24   Pre-trial Conference

25

Page 23

1   HEARING re Adversary proceeding: 21-01087-scc Lehman

2   Brothers Holdings Inc. v. Sterling Mortgage Svcs. of the

3   Treasure Coast, Inc.

4   Pre-trial Conference

5

6   HEARING re Adversary proceeding: 21-01090-scc Lehman

7   Brothers Holdings Inc. v. All California Mortgage, Inc. et

8   al.

9

10  HEARING re 08-13555-scc Lehman Brothers Holdings Inc. and

11  United Northern Mortgage Bankers, Ltd.

12  Status Conference

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Sonya Ledanski Hyde

Page 24

```
 1   A P P E A R A N C E S :

 2

 3   WOLLMUTH MAHER & DEUTSCH LLP

 4        Attorney for the Debtors

 5        500 Fifth Avenue

 6        New York, NY 10110

 7

 8   BY:  JOSHUA SLOCUM (TELEPHONICALLY)

 9

10   LAW OFFICES OF TRACY L. HENDERSON, ESQ.

11        Attorney for Cranbrook Mortgage Corp.

12        25280 Outlook Drive

13        Carmel, CA 93923

14

15   BY:  TRACY L. HENDERSON (TELEPHONICALLY)

16

17   PERSON LAW

18        Attorneys for Smart Mortgage

19        24330 Leski Lane

20        Plainfield, IL 60585

21

22   BY:  WILTON PERSON (TELEPHONICALLY)

23

24

25
```

1   ALSO PRESENT TELEPHONICALLY:

2   CELINE BUEHL

3   SHARON YE

4   PATRICK MOHAN

5   WILLIAM OLSHAN

6   OLIVIA ITALIANO

7   INGRID PETERSEN

8   JOHN EDWARDS

9   PAUL FRANKE III

10   PATRICK AKERS

11   TIMOTHY SALTER

12   PETER SVERD

13   ROBERT WONG

14   DORMIE KO

15   ROLAND JONES

16   THOMAS CURRAN

17   SOPHIA HEPHEASTOU

18   HANH HUYNH

19   DAVID SOUDERS

20   JOSEPH KATZ

21   JOSHUA ROSENTHAL

22   LANI ADLER

23   CASEY HOWARD

24   AILEEN MCTIEMAN

25   KENNETH DUVALL

Page 26

1                     P R O C E E D I N G S

2              THE COURT:  Good morning, everyone.  This is Judge

3    Chapman.  We're here this morning for a pretrial conference

4    in connection with a number of adversary proceedings that

5    have been filed in connection with the case of Lehman

6    Brothers Holdings, Inc.  I will not recite the adversary

7    proceeding numbers.  We can refer to them as we go along.

8              This hearing is being conducted entirely

9    telephonically via the Court Solutions platform and a

10   recording of the hearing is being made.  No private

11   recordings are permitted.

12             I have a roster of those who have registered to

13   participate this morning.  Please identify yourself for the

14   record when you speak and identify the party on whose behalf

15   you are appearing.  Please do so each time that you speak so

16   that we can create an accurate record.

17             There was, I believe filed on the docket, a notice

18   of agenda for the pretrial conference, so perhaps we should

19   use that as a guide, and I will ask someone from the

20   Wollmuth firm if they would like to get us started.

21             MR. SLOCUM:  May it please the Court, good

22   morning.  This is Joshua Slocum from Wollmuth Maher &

23   Deutsch on behalf of the Plaintiff, Lehman Brothers

24   Holdings, Inc.

25             So this is the initial conference that was

1    scheduled for 60 adversary proceedings that Lehman filed in

2    March of this year seeking indemnification for certain

3    losses that it incurred related to mortgage loans that

4    Lehman purchased and resold to various entities.  I thought

5    it would be helpful in the first point in the agenda as we

6    move forward in how to address these matters to give a brief

7    update on where things stand now.

8            As Your Honor and several of the defendants'

9    counsel that are here today with us know very well, Lehman

10   has been very successful in commercial and resolving an

11   enormous number of these and similar disputes.  In 2016 and

12   2018, Lehman filed over 150 similar adversary proceedings in

13   this Court, in many cases with much larger amounts in

14   dispute.

15           Lehman has now settled with the overwhelming

16   majority of those counterparties with only, I believe, 14

17   active cases remaining.  The settlement today includes

18   nearly all of the 25 largest counterparties and 94 percent

19   of the total claim amounts from those cases.

20           So for these 60 cases, our agenda contains a chart

21   at the back that lays out the status of the cases that still

22   remain.  I think we've seen a similar progress in these

23   cases as we did in the earlier filed cases because the chart

24   already does not include 15 cases that have already been

25   resolved and dismissed from this latest round.

Page 28

1          Indeed, there are five more defendants for whom we

2     have adjourned this conference today to facilitate the

3     finalization of the settlement.  Those five defendants

4     include the largest single counterparty from among these 60

5     cases in terms of the claim amount.  So there are only 40

6     cases left, and as the status chart further reflects, 12 of

7     those defendants are currently in default not having

8     answered, moved, or obtained an extension to do so.

9          So as of now, today, we have only 28 of the 60

10    cases are active; in those cases, 13 defendants have already

11    answered or moved and 16 defendants have obtained

12    extensions, so their deadline hasn't arrived.

13          So a point of clarification, one of the

14    defendants' counsel called me yesterday and pointed out that

15    in the first case in my chart, the Alderus Funding case, two

16    defendant entities are separately represented.  Alderus has

17    answered, but Hamilton Home Loans has not yet answered, but

18    hasn't obtained an extension to do so, so that's why the

19    numbers I quoted added up to 29.

20          So that's a status of where things are, and I

21    think we are hopeful and optimistic that things will

22    continue to move in that direction because we already have,

23    you know, left than half of the cases that we started out

24    with.

25          If there are comments or Your Honor has questions,

1    I'm happy to answer them, but otherwise, I will move on to

2    our comments on the early ADR point (sound glitch).

3              THE COURT:  All right, that summary is very

4    helpful.  And as you might imagine, we have been following

5    the progress over this past period of time and the

6    continuing presentation of stipulation of dismissal in

7    connection with settlements, which just to make sure that

8    everybody is on the same page, our visibility into that

9    process is limited to our receipt of the stipulations

10   calling for requesting the dismissal of the case.

11             So we have no idea, you know, the exact amounts or

12   the nature of the settlements, but we do see that they have

13   progressed to a point where there are precious few cases

14   that remain pending as compared to where we were one or two

15   or three years ago, so that's all a very good trend.  And

16   your commentary today on this last group of cases is

17   consistent with the trend that we've seen in the other

18   cases, so I'll leave it to you to continue to take us

19   through the status.

20             MR. SLOCUM:  Okay, thank you.  So the point in the

21   agenda is early ADR, so I wanted to address the possibility

22   of early stage ADR or settlement in these cases.  Obviously,

23   there's been a lot of activity on the settlement friend, as

24   I just outlined, and we're optimistic that will continue as

25   some of the defendants here get up to speed.

1             And we think a lot of the success that Lehman has

2     had over the last few years in terms of the settlements is

3     attributable to the Court's ADR orders that have been

4     entered.  For cases where it has been tough to settle

5     through private negotiations, we have had great success

6     through court-ordered mediation.  We hope that will

7     continue.

8             But I will say that some of the cases that have

9     been filed here today -- these were, you know, kind of the

10    last wave of cases -- that they were filed because business-

11    to-business negotiations were unsuccessful in terms of

12    settlement, and also several of the defendants refused to

13    participate in the court-ordered mediation.  We hope that

14    will not continue as these cases have now been filed.  But

15    if it does, then we do plan to move to compel mediation for

16    any holdouts.

17            THE COURT:  Let me ask on that point, is the

18    refusal to participate communicated by a principal of the

19    defendant or is it communicated by counsel?

20            MR. SLOCUM:  It has typically been communicated by

21    the principals is my understanding.

22            THE COURT:  Okay.  I won't say anything more,

23    other than there's nothing before me, strictly speaking, on

24    that.  And given the success that's been had, it's

25    disappointing that folks are not willing to consent; perhaps

1    they'll have a change of heart as you continue to pursue it.

2          MR. SLOCUM:  That's our hope as well.  We are

3    going to restart those processes to the extent it makes

4    sense to do so with certain defendants and any holdouts.  If

5    it's necessary, we would file a separate motion to compel,

6    and so those facts would be before the Court at the

7    appropriate time.

8          THE COURT:  All right.

9          MR. SLOCUM:  Obviously, if private negotiations

10   are fruitful, there may be no need to mediate in any given

11   case, so Lehman will continue to be very commercial as to

12   how to best approach those settlement talks.

13         THE COURT:  Okay.

14         MR. SLOCUM:  So I would like to -- oh, and I was

15   just informed that, you know, just to clarify my earlier

16   answer, you know, in terms of who has been responding to the

17   mediation.  It's sort of a combination among the various

18   entities; it might be the principal or just we get no

19   response at all or sometimes counsel informs us.

20         THE COURT:  All right.  Well, for the benefit of

21   everyone who is on the phone here today -- and there's quite

22   a few -- I would just strongly urge anyone who has not

23   responded to the overtures to engage in settlement

24   discussions, please do so.  I think that, you know, it's

25   time and it's, frankly, money well spent rather than

Page 32

1    proceeding down the litigation path.

2            I don't have to remind everybody that it's 2021.

3    These cases have been around a long time.  Certainly, I'm

4    motivated to say that Lehman is done, and I think that all

5    of those who are working on behalf of the estate are anxious

6    to say that Lehman is done and I'm optimistic that we can

7    get there if everyone puts their nose to the grindstone.

8            Okay, let's keep going.

9            MR. SLOCUM:  Thank you, Your Honor.  Josh Slocum

10   again.

11           So the pending motions point in the outline, you

12   know, not every defendant has yet had their deadline come to

13   move or to answer, so this list may grow or the defendants

14   may answer.  But right now to date, we have, you know, four

15   defendants have filed motions to dismiss.  I'd like to just

16   briefly address not the merits obviously, but the status and

17   the way forward.

18           Three motions were filed by Miss Henderson on

19   behalf of three of her clients; they're essentially the same

20   motion that certain defendants in the prior indemnification

21   cases filed.  So we would submit that a hearing would not be

22   necessary as to those motions, but we can negotiate a

23   briefing schedule with Miss Henderson and submit it to the

24   Court on consent.

25           THE COURT:  All right.  I see that Miss Henderson

Page 33

1    is on the line.  That sounds like a splendid idea to me.

2    Miss Henderson.

3              MS. HENDERSON:  Good morning, Your Honor.  There's

4    a significant factual difference in these motions with these

5    clients; none of them are part of any of the assignment

6    agreements.  So to the extent that the Court becomes aware

7    of that, the factual differences, and feels that it's not

8    necessary to have a hearing, I have no objection.  I would

9    just appreciate knowing that that's been acknowledged by the

10   Court.

11             THE COURT:  I hear the words that you're saying,

12   but I don't understand what you're asking.  The issue on the

13   table is setting a briefing schedule.

14             MS. HENDERSON:  I don't (sound glitch).

15             THE COURT:  I'm sorry?

16             MS. HENDERSON:  I don't object to setting a

17   briefing schedule, Your Honor.

18             THE COURT:  All right, so set a briefing schedule

19   and then I'll make a determination as to whether or not I

20   need a hearing or whether or not there can be a disposition

21   based on the papers, right?

22             MS. HENDERSON:  Yes, Your Honor.  I think I -- the

23   point I was trying to make is that they are not identical,

24   the motions are not identical.  These defendants are not

25   similarly situated factually; that was the point I was

Page 34

1     trying to make, Your Honor.

2              THE COURT:  Okay.  But you have to understand,

3     Miss Henderson, again, I hear the words, but I cannot

4     understand what you're talking about; they're different from

5     one another, they're different from previously defendants on

6     whose behalf you've moved to dismiss?  Let's not hold

7     everybody up.  File your -- agree to a briefing schedule.

8     I'll read the papers and I'll move forward from there.

9              I'm not going to acknowledge or respond to what

10    you're saying now one way or the other.  Okay?

11             MS. HENDERSON:  Understood, Your Honor.

12             THE COURT:  Thank you.

13             MR. SLOCUM:  Okay, Joshua Slocum again on behalf

14    of Lehman.  The fourth motion is different than the other

15    three.  It was filed by Smart Mortgage.

16             This motion seeks dismissal on the grounds that

17    the broker agreement for Smart Mortgage between Smart

18    Mortgage and Lehman was not attached to the Complaint.  We

19    believe that's not a colorable basis for a motion to

20    dismiss.  But we tried to contact Smart Mortgage's counsel

21    several times to ask they either withdraw the motion or at

22    least agree to a briefing schedule, and those outreaches

23    have not -- we have not ever heard back.  We sent over the

24    broker agreement to Smart Mortgage's counsel and pointed out

25    that it had been provided to Smart Mortgage on multiple

Page 35

1    prior occasions to facilitate settlement talks.  We've

2    received no response.

3            So if Smart Mortgage won't withdraw the motion

4    based on receiving the broker agreement, we would ask the

5    Court to set a deadline of June 3rd for Lehman to respond to

6    the motion, but we think this motion is not a good use of

7    the Court's time or ours frankly.

8            THE COURT:  Well, we have someone, Mr. Person is

9    on the line representing Smart Mortgage, so perhaps we could

10   hear from him right now.

11           MR. PERSON:  Good morning, Your Honor.  Wilton

12   Person on behalf of Smart Mortgage.  At this point, I would

13   just like to get a briefing schedule.  I believe the motion

14   has merits and just wanted to seek a briefing schedule and

15   also a hearing date.

16           THE COURT:  Well, hold on.  I mean, in the first

17   instance --

18           MR. PERSON:  Yes.

19           THE COURT:  -- it makes sense to try to do things

20   the efficient and easy way and not the hard way.  So my

21   suggestion is that you engage with counsel for Lehman and

22   determine whether or not, based on the information that's

23   been provided, you will come to a different conclusion

24   instead of simply insisting that you're going forward.  That

25   just seems to me to be the logical commonsense way to go.

Page 36

1              So what I'm hearing is that there's been no

2     response.  That's not the way things ought to be done.  You

3     need to have a conversation first and perhaps one of you

4     convinces the other and you can go from there.  So first,

5     have a conversation, which if minds are not changed, then

6     you can set a briefing schedule and I'll determine at some

7     later point whether or not a hearing will be required.

8              I've done a lot of these.  At this point, it's

9     hard to imagine circumstances under which I'm going to need

10    a hearing.  But can you please make a representation on the

11    record right now that you'll respond to a phone call from

12    counsel for Lehman?

13             MR. PERSON:  Yes, I will respond; it's not a

14    problem.

15             THE COURT:  Well apparently, it's been a problem

16    because they've just said that you haven't been willing

17    before.

18             MR. PERSON:  Well, I mean, to go into detail about

19    that, Your Honor, would be -- I mean, I've had other cases

20    and hearings that I've had to respond to.  I haven't had a

21    chance to --

22             THE COURT:  Yeah, we all have a lot of things on

23    our plate.

24             MR. PERSON:  Sure.

25             THE COURT:  It's a pandemic, but it only takes 30

Page 37

1   seconds to send an email and trying to set up a time for a

2   call.  So I'm just going to assume that that's going to

3   happen and then you all will take it from there.

4           MR. PERSON:  Yes.

5           MR. SLOCUM:  Okay.  Joshua Slocum again for

6   Lehman.  If there's nothing further on the pending motions,

7   I will address case management orders.

8           Given the fact that not all defendants have yet

9   responded to the Complaint because they've obtained

10  extensions and other defendants are still getting up to

11  speed, we have not yet worked out a schedule for these

12  cases.  Obviously, we will do so and, hopefully, submit

13  agreed scheduling orders to the extent necessary to the

14  Court in due course over the next few weeks to the extent

15  the parties are not obviously able to settle any particular

16  case in the meantime.

17          In broad strokes, we believe that discovery can

18  and should proceed expeditiously.  And just so that our

19  position is clear on the record, we don't believe that any

20  stay of discover would be warranted to the extent certain

21  defendants have chosen to file pre-Answer motions to

22  dismiss.

23          In terms of the discovery for Lehman's part, as

24  the Court knows, we've already produced a lot of documents;

25  it's well over a million in highly related cases, so we

1    would be prepared to move very quickly upon receiving

2    discovery requests when that part of the schedule arrives.

3    But in most of these cases -- again, in broad strokes -- we

4    don't see any reason why depositions can't be in fulsome by

5    the Fall for parties who don't settle by then.

6              But one comment is, obviously to the extent

7    matters are able to settle, which would be our hope over the

8    next few weeks, no scheduling order would be necessary, and

9    we'd be willing to put off discovery, you know, for example,

10   early case mediation or other constructive discussions.

11             THE COURT:  Okay, so perhaps I missed it.  Have

12   you encountered reluctance by parties to engage in

13   discovery?

14             MR. SLOCUM:  No, Your Honor.  Those talks have not

15   yet begun for the reasons I outlined.  So there hasn't been

16   reluctance as of yet and, hopefully, there will not be, but

17   the answer is no, not yet.

18             THE COURT:  Okay, excellent.  All right, that

19   sounds like a plan.  I'm all for moving all this forward

20   expeditiously, fairly, efficiently and being done, and that

21   will include at some point -- not today -- if necessary,

22   setting trial dates.

23             And I think that's really all I have.  I mean,

24   there are a lot of folks on the phone, so I'm happy to hear

25   from anyone else who wishes to be heard.

1          All right, very good.  Well, if not seeing you in

2     person, it's good to at least see your pictures on my

3     dashboard here and to hear some of your voices.  I do hope

4     that all of you have been and are well and are happily

5     trying to make your way back into the world again now that

6     we are where we are.

7          So thanks very much to the Wollmuth firm for

8     organizing this today.  As always, please reach out to my

9     chambers if we can be of any assistance.  Other than that,

10    we'll wait to hear from you, and we'll look forward to a lot

11    of good progress in all of these adversary proceedings.

12         That concludes the hearing for today.  Please,

13    everybody, have a great day.

14         MR. SLOCUM:  Thank you, Your Honor.

15         (Recess)

16         THE COURT:  Good morning, everyone.  We're here

17    for a hearing in connection with the Lehman Brothers cases.

18    It is Case No. 08-13555.  This hearing is being conducted

19    entirely telephonically via the Court Solutions platform and

20    a recording of the hearing is being made.  No private

21    recordings are permitted.

22         I have a list of those who have registered to

23    participate this morning, and if you wish to be heard at

24    some point, please identify yourself for the record and

25    identify the party on whose behalf you are appearing.

Page 40

1            So as you all know, this case -- this particular

2    matter involving Lehman's objection to the allowance of the

3    Maverick claims has been pending for quite some time, took a

4    trip up to the District Court, it came back to this Court,

5    and it has been sub judice for some time.

6            And today, I've asked you all to join me so that I

7    could read you a bench ruling that will, I believe, affect

8    the final disposition of this matter.  So if you would

9    please bear with me, I'm going to read; hopefully, it will

10   take no more than 20 minutes or a half an hour.  Afterwards,

11   I will ask for the entry of an order, which will reference

12   the transcript of this bench ruling to be attached as an

13   exhibit and that will constitute the ruling of the Court.

14           All right, so I'm going to start reading the

15   ruling.

16           Before the Court on remand from the United States

17   District Court for the Southern District of New York is the

18   objection of Lehman Brothers Holdings, Inc. to the proofs of

19   claim filed by the Maverick entities as defined below.

20           Specifically, as set forth in the brief on remand,

21   Docket No. 59807, in further support of the 519th omnibus

22   objection to claims, which is Docket No. 53107, filed by

23   Lehman Brothers Holdings, Inc. (hereinafter, LBHI), LBHI

24   renews its request for an order disallowing the proofs of

25   claim filed by six Maverick funds (hereinafter, Maverick or

Page 41

1    the Maverick entities) against LBHI in its capacity as

2    guarantor to the extent such claims exceed LBHI's alleged

3    maximum potential exposure on such guaranty claims.

4          LBHI quantifies its maximum potential exposure on

5    such guaranty claims with respect to five of the funds as

6    $4.3 million in the aggregate as of LBHI's petition date of

7    September 15th, 2008 (hereinafter, the petition date) and by

8    its brief on remand, LBHI renews its request for an order

9    disallowing Maverick's claims on behalf of those five funds

10   to the extent such claims exceed $4.3 million in the

11   aggregate.

12         LBHI seeks the complete disallowance of the claim

13   of the sixth Maverick fund for which LBHI submits that

14   Maverick agrees that such fund had no claim against LBHI as

15   of the petition date.

16         In adjudicating the appeal of this Court's prior

17   rulings with respect to Maverick's claims against LBHI, see

18   order granting plan administrator's 519th omnibus objection

19   to claims dated May 12th, 2017, Docket No. 55346, the

20   District Court found that the petition date was the

21   determinative date for calculating LBHI's guaranty liability

22   and the District Court reversed and remanded the matter to

23   this Court for further proceedings.  See Maverick Long

24   Enhanced Fund, Ltd., et al v. Lehman Brothers Holdings,

25   Inc., 594 Br at 564 (S.D.N.Y. 2018).

Page 42

1          Accordingly, in its opposition to LBHI's brief on

2     remand filed at Docket No. 59865, Maverick argues that LBHI

3     as guarantor remains liable as of the petition date for the

4     full $118.1 million that Lehman Brothers International

5     Europe, or LBIE, as primary obligor owed to Maverick on

6     LBHI's petition date.  Maverick asserts that pursuant to the

7     Supreme Court decision in Ivanhoe Building & Loan Assn. v.

8     Orr, 295 U.S. 243 at 246 to 47, (1935) is entitled to assert

9     the full amount of such claim against each of LBIE and LBHI

10    until Maverick has been paid in full.

11          LBHI filed a reply to Maverick's opposition at

12    Docket No. 59912 and this Court held oral argument on

13    September 10th, 2019.  The parties also have submitted

14    letters to the Court dated September 14th, 2020 at Docket

15    No. 60869 and October 19th, 2020 at Docket No. 60904.

16          For the reasons that follow, LBHI's objection to

17    the full allowance of Maverick's claims is denied.  The

18    claims filed by the Maverick entities shall be allowed in

19    the aggregate amount of $118.1 million, subject to the

20    single satisfaction rule as discussed more fully herein.

21          Background.  The Court assumes familiarity with

22    the long history of this claims allowance dispute, but will

23    provide a brief summary of pertinent background facts for

24    the purposes of this bench decision.

25          Prior to the petition date, each of the Maverick

Page 43

1      entities was party to a separate prime brokerage agreement,

2      pursuant to certain Lehman entities, including LBIE, agreed

3      to maintain custody of certain cash and securities of the

4      Maverick entities.  In addition to these prime brokerage

5      agreements, LBIE was party to other contracts with the

6      Maverick entities concerning the borrowing of the

7      securities, one, to facilitate, one, short trades, i.e.,

8      global master securities lending agreements or GMSLAs and,

9      two, margin loans, i.e., margin loan agreements or MLAs.

10             Pursuant to the prime brokerage agreements between

11     the parties, LBIE held Maverick assets as collateral to

12     secure Maverick obligations to LBIE and LBIE's affiliates in

13     connection with transaction between and among such parties.

14     LBIE's obligations under the GMSLAs and the MLAs were the

15     subject of multiple guaranties, including an absolute and

16     unconditional guaranty of payment extended by LBHI.

17             On September 22nd, 2009, each of the six Maverick

18     entities filed a proof of claim against LBHI, which claims

19     are substantively identical in all relevant respects,

20     collectively the Maverick claims.  The Maverick claims

21     assert guaranty liability against LBHI based on the primary

22     obligations of LBIE and each claim states that it, quote,

23     "constitutes a demand for payment under the guaranty," end

24     quote.

25             The Maverick claims allege that as of the petition

Page 44

1    date, quote, "Lehman entities had custody of Maverick assets

2    or property pursuant to the prime brokerage documents," end

3    quote, and that the value of such Maverick assets as of the

4    petition date was approximately $118.1 million in the

5    aggregate.  It's worth noting that LBHI has stated that it

6    is willing to accept Maverick's allegations as true, that

7    each Maverick entity posted collateral on a fund-specific

8    basis and that the collateral for one fund did not secure

9    the liability of the other funds.  See brief on remand at

10   paragraphs 5 to 6.

11          Maverick also submits that, one, on the petition

12   date, the Maverick entities owed LBIE approximately $129.6

13   million, reflecting the value of certain margin loans and

14   loans of securities to facilitate short trades, and two, if

15   such amount had been subject to automatic netting or setoff

16   on the petition date, which Maverick asserts they were not,

17   the Maverick entities would have owed LBIE an aggregate

18   amount of approximately $11.5 million at that time.

19          Several years after the petition date and after

20   LBIE sought bankruptcy protection under English law, LBIE

21   and Maverick commenced settlement discussions.  Maverick

22   submits that during such discussions, Maverick insisted that

23   the parties' position should be treated as though they had

24   been closed out and set off on the petition date, and on

25   such a basis, Maverick would have paid LBIE $11.5 million.

1           As described by Maverick, LBIE refused to agree

2     with this proposed treatment and instead, adopted the view

3     that all of Maverick's positions remained open and should be

4     valued as of the date on which the parties agreed to a final

5     settlement.  Maverick maintains that for various reasons, it

6     was compelled to enter into a March 30th, 2012 settlement

7     agreement with LBIE whereby it was, quote/unquote, "forced"

8     to pay LBIE $30 million, and it did not receive credit from

9     LBIE for the full $118.1 million owed to Maverick by LBIE,

10    credit which would have reduced the amount owed by Maverick

11    to LBIE to $11.5 million.

12           Accordingly, Maverick asserts that after its

13    settlement with LBIE as primary obligor, Maverick continued

14    to retain its rights to pursue LBHI as guarantor for, among

15    other things, the full remaining balance of the $118.1

16    million and, two, any other amounts owed as a result of

17    LBIE's alleged breaches of contract and failure to provide

18    netting and setoff in the full amount that Maverick would

19    have been entitled to under applicable non-bankruptcy law.

20    See opposition at paragraph 15.

21           Discussion.  Pursuant to the ruling of the

22    District Court, the only issue before the Court on remand is

23    to determine LBHI's liability as of the petition date as a

24    guarantor to Maverick; see Maverick Long Enhanced Fund Ltd.

25    v. Lehman Brothers Holding, Inc., 594 Br at 576.

1    Accordingly, this Court may not give consideration to events

2    that occurred or did not occur after the petition date.

3              The parties offered two very different answers to

4    the question of the extent of LBHI's guaranty liability.

5    Maverick maintains that LBHI owed it $118.1 million as of

6    the petition date, reflecting the value on the petition date

7    of the cash and securities on deposit with LBIE.  Maverick

8    asserts its entitlement to such amounts, notwithstanding its

9    acknowledgement that on the petition date, it owed LBIE

10   approximately $129.6 million on account of margin loans and

11   loans of securities in connection with short trades.

12             As previously stated, automatic netting or setoff

13   on the petition date would thus have resulted in Maverick

14   owing LBIE an aggregate amount of $11.5 million.  Maverick

15   argues that no such netting or setoff right existed as of

16   the petition date and that LBIE, in any event, took no

17   action to exercise setoff rights even if they had existed.

18   As such, Maverick maintains that LBHI cannot treat the

19   Maverick claims as having been subject to a net setoff or

20   netting on the petition date; LBHI disagrees.

21             Relying on certain provisions in the prime

22   brokerage documents, LBHI asserts that Maverick's position

23   ignores the purpose and function of collateral arrangements

24   and posits that LBIE had no obligation to return all of

25   Maverick's collateral custody as of the petition date.

1    Rather, LBHI asserts LBIE's liability to Maverick at any

2    given point in time was for excess collateral only, in

3    LBHI's words, quote, "The positive difference, if any,

4    between the value of the collateral and the amount of

5    Maverick's liabilities."  Brief on remand at paragraph 14.

6            In support of its contention that LBIE's

7    obligations were limited to the return of net amounts of

8    Maverick's collateral, LBHI points to paragraph 5(d) of the

9    MLA, which makes any obligation on the part of LBIE to

10   return collateral expressly conditioned on the prior

11   satisfaction by Maverick of any liabilities to LBIE, stating

12   that, quote, "Upon satisfaction by Maverick of all

13   obligations and all obligations owed by Maverick to each

14   affiliate of LBIE, LBIE shall return to Maverick the

15   collateral."  MLA at paragraph 5(d).

16           LBHI also points to other provisions of the prime

17   brokerage documents to argue that the Court should now treat

18   Maverick assets and liabilities as having been subject to an

19   automatic setoff because, pursuant to the prime brokerage

20   documents under specific circumstances, LBIE could elect to

21   take action to liquidate Maverick's collateral and apply the

22   proceeds to reduce any amounts owed by or to Maverick.

23           In support of this, quote, "clean and unambiguous

24   intent," end quote, LBHI cites to paragraph 3 of the prime

25   brokerage agreement, which states that, quote, "In addition,

Page 48

1   in order to satisfy all of Maverick's outstanding

2   liabilities or obligations to any Lehman Brothers entity,

3   each Lehman Brothers entity may, to the fullest extent

4   permitted by law, at any time in its discretion and without

5   prior notice to you, use, apply, or transfer any and all

6   securities or other property or assets, including without

7   limitation, fully paid securities and cash."  Brief on

8   remand, paragraph 15, citing prime brokerage agreement at

9   paragraph 3, emphasis added.

10          Moreover, LBHI asserts that even if Maverick's

11  cited provisions purportedly dictate Maverick's entitlement

12  to a gross claim, application of such provisions would

13  conflict with paragraph 13 of the master prime brokerage

14  agreement and would be mooted by paragraph 32 of the prime

15  brokerage agreement, the so-called cumulative rights

16  provision.

17          Paragraph 13 of the master prime brokerage

18  agreement provides, quote, "On the occurrence of an event of

19  default, the following shall immediately occur: (b) all

20  outstanding obligations of each party to deliver securities

21  or equivalent securities or to pay cash to the other under

22  this agreement shall fall due for performance immediately;

23  (c) the non-defaulting party shall establish as of the

24  termination date, the default market values of all

25  securities, equivalent securities, and cash to be delivered

Page 49

1    or paid by each party under clause 13.1(b) above; (d) on the

2    basis of the sum so established, an account shall be taken

3    as of the termination date of what is due from each party to

4    the other under this agreement and the sums due from one

5    party shall be set off against the sums due from the other

6    and only the balance of the account shall be payable by the

7    party having the claim valued at the lower amount and such

8    balance shall be due and payable on the next following

9    business day."

10           "The cumulative rights provision provides that the

11   rights, remedies, benefits, and protections afforded to each

12   Lehman Brothers entity under this agreement and under

13   contract you may have with any Lehman Brothers entity,

14   whether heretofore or hereafter entered into are cumulative,

15   and in addition to any other rights, remedies, benefits, and

16   protections that any Lehman Brothers entity may have."

17           "To the extent that the provisions of any

18   contracts you have with any Lehman Brothers entity, whether

19   heretofore or hereinafter entered into are inconsistent,

20   whether the inconsistency be between the contracts or within

21   a single contract, the conflict shall be resolved in favor

22   of the provision which affords Lehman Brothers with the

23   maximum rights, benefits, or protection."  Prime brokerage

24   agreement at paragraph 32.

25           I'm going to pause for a moment, folks, to get a

Page 50

1    drink of water.  I'll be right back.  I am two-thirds of the

2    way done.  Okay, back to the ruling.

3             Maverick, on the other hand, argues that there

4    cannot be automatic setoff or netting because a setoff can

5    only occur in a Chapter 11 proceeding when a party takes

6    specific action to exercise setoff rights and then record

7    such action, neither of which occurred here.  See September

8    14th, 2020 letter from Maverick, Docket No. 60869, citing

9    Citizens Bank v. Strumpf, 516 U.S. 16 at 20 (1995).

10            Whether or not LBIE had a right of setoff on

11   LBHI's petition date or not is irrelevant, Maverick asserts,

12   because LBIE did not take action to accomplish the setoff

13   and did not record it.

14            More importantly, however, Maverick submits that

15   the prime brokerage documents contained highly detailed

16   mechanisms for automatic setoff, e.g., paragraph 4 of the

17   prime brokerage agreement and paragraph 10.2 of the GMSLA as

18   modified by section 9(v) of the addendum to the GMSLA, that

19   reflect the parties' agreement that LBIE's right to setoff

20   or to offset any obligation owed by Maverick to LBIE existed

21   only upon Maverick's default under the prime brokerage

22   agreement.  In other words, the netting provision in the

23   prime brokerage agreement only applies if Maverick files for

24   bankruptcy or was in default on the petition date, and a

25   bankruptcy filing by LBIE would not result in an automatic

Page 51

1     setoff of mutual debts.

2            Importantly, LBHI does not dispute this narrow

3     point; in fact, it has conceded that Maverick's assertion in

4     this regard is a correct one.  See March 24th, 2017 hearing

5     transcript at page 18, line 6 to 10, filed at Docket No.

6     55115.  Rather, LBHI argues that it is not dispositive or,

7     to put it colloquially, it is not kryptonite because, one,

8     the cumulative rights provision would save LBHI from such an

9     adverse outcome and, two, in any event, it is commercially

10    unreasonable to interpret the prime brokerage document in a

11    way that would require LBIE to return all custody collateral

12    on the petition date without regard to amounts that Maverick

13    owed LBIE.  See September 10th, 2019 hearing transcript at

14    page 10 line 25 to page 12 line 11, page 20 line 22 to page

15    21 line 5.

16            LBHI asserts that it is aware of no cases, quote,

17    "where collateral posted under a prime brokerage agreement

18    was found to be owed separate and independent from the

19    obligations that such collateral secured."  See reply at

20    paragraph 9.

21            The seeming inconsistency between these provisions

22    would be rendered irrelevant had LBIE paid Maverick $4.3

23    million on the petition date and used the remaining

24    approximately 114 million in proceeds to cancel Maverick's

25    indebtedness to LBIE, but this did not occur.  Because LBIE

Page 52

1   did not effectuate such a setoff on the petition date or

2   subsequently, LBHI is liable as guarantor for the remainder

3   due Maverick.

4           Maverick has the right to seek from LBHI as

5   guarantor the return of the full $118 million owed to

6   Maverick by LBIE, subject to a maximum recovery of that same

7   amount, which Maverick acknowledges.  See opposition,

8   paragraph 32 stating that, quote, "That Maverick is entitled

9   to assert a claim for the full $118 million it was owed on

10  the petition date, subject to a maximum recovery of that

11  same amount, meaning in effect that Maverick can only

12  collect an addition $16.2 million from LBHI."

13          Restricted as this Court is to setting the amount

14  of Maverick's claims as of the petition date, the Court

15  concludes that Maverick is entitled to an aggregate allowed

16  claim against LBHI in the amount of $118.1 million, which

17  will entitle Maverick to recover from LBHI as guarantor

18  approximately $16.2 million of the $30 million Maverick paid

19  to LBIE.

20          Such a result is consistent with the relevant

21  provision of the prime brokerage documents in a manner that:

22  one, follows the direction of the District Court in its

23  ruling; two, gives effect to the provisions of the prime

24  brokerage documents that limit netting to circumstances in

25  which Maverick defaults; and three, does not give economic

Page 53

1    to effect to a setoff that LBIE failed to effectuate on the

2    petition date.  Simply put, LBHI remains liable for the full

3    amount of LBIE's breach measured as of the petition date.

4              Conclusion.  For all of the foregoing reasons,

5    LBHI's objection to the Maverick claims is denied.  The

6    parties are directed to submit an order consistent with the

7    foregoing.

8              Okay.  Thank you for listening.  I would ask -- I

9    see Mr. Fail, you're on the line and Mr. Hufendick, I would

10   ask that you prepare an order that reflects the Court's

11   ruling that states, "For the reasons stated on the record,

12   which are reflected in the transcript, a copy of which is

13   attached to the order, the motion is denied," that you

14   socialize that order with counsel for Maverick and then send

15   it to us in Word version when it's ready to be filed.

16             All right?

17             MR. FAIL:  Thank you, Your Honor.  Garrett Fail

18   for LBHI, understood.

19             THE COURT:  Okay.  Mr. Martin, anything from you?

20             MR. MARTIN:  No.  Thank you for your time, Your

21   Honor.  We appreciate you taking the time to read that to us

22   today.

23             THE COURT:  All right, very well.  I know you've

24   been waiting a long time and there we have it.  So it's good

25   to see your pictures on my screen.  I hope you all have been

Page 54

1    well and are enjoying a return to being out in the sun and

2    some more normal times.  So enjoy the rest of your day and

3    thank you so much for your attention.

4              MR. FAIL:  Thank you, same to you.

5              MAN:  Thanks very much, Your Honor, and same to

6    you.

7              (Whereupon these proceedings were concluded at

8    11:30 AM)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 55

**I N D E X**

**RULINGS**

|   |   | Page | Line |
|---|---|------|------|

6  Maverick Claims Denied                53        5

Page 56

C E R T I F I C A T I O N

1

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 25, 2021

| & | | | |
|---|---|---|---|
| **&**  11:22 12:6 21:12,17 22:23 24:3 26:22 42:7 | **1st**  1:15 16:2 | **21-01051**  6:9 18:18 | **21-01085**  14:1 22:18 |
| | **2** | **21-01052**  6:17 18:22 | **21-01086**  14:9 22:22 |
| **0** | **20**  15:14 40:10 50:9 51:14 | **21-01054**  7:1 19:1 | **21-01087**  14:17 23:1 |
| **08-13555**  1:3 23:10 39:18 | **2000**  3:14 17:2 | **21-01055**  7:9 19:5 | **21-01090**  15:1 23:6 |
| | **2008**  41:7 | **21-01057**  7:17 19:9 | **22**  51:14 |
| **1** | **2009**  43:17 | **21-01058**  8:1 19:13 | **22nd**  43:17 |
| **10**  51:5,14 | **2012**  45:6 | **21-01059**  8:9 19:17 | **243**  42:8 |
| **10.2**  50:17 | **2016**  27:11 | **21-01061**  8:17 19:21 | **24330**  24:19 |
| **10004**  15:12 | **2017**  41:19 51:4 | **21-01062**  9:1 20:1 | **246**  42:8 |
| **10110**  24:6 | **2018**  27:12 41:25 | **21-01063**  9:9 20:5 | **24th**  51:4 |
| **10:00**  15:15 | **2019**  42:13 51:13 | **21-01064**  9:17 20:9 | **25**  27:18 51:14 56:25 |
| **10th**  42:13 51:13 | **2020**  42:14,15 50:8 | **21-01065**  10:1 20:13 | **25280**  24:12 |
| **11**  50:5 51:14 | **2021**  15:14 32:2 56:25 | **21-01066**  10:9 20:17 | **28**  28:9 |
| **11.5**  44:18,25 45:11 46:14 | **21**  51:15 | **21-01067**  10:17 20:21 | **29**  28:19 |
| **114**  51:24 | **21-01029**  1:10 16:1 | **21-01070**  11:1 21:1 | **295**  42:8 |
| **11501**  56:23 | **21-01030**  1:18 16:5 | **21-01071**  11:9 21:6 | **3** |
| **118**  52:5,9 | **21-01031**  2:1 16:9 | **21-01073**  11:17 21:11 | **3**  47:24 48:9 |
| **118.1**  42:4,19 44:4 45:9,15 46:5 52:16 | **21-01034**  2:9 16:13 | **21-01075**  12:1 21:16 | **30**  36:25 45:8 52:18 |
| **11:30**  54:8 | **21-01035**  2:17 16:17 | **21-01076**  12:9 21:21 | **300**  56:22 |
| **12**  28:6 51:14 | **21-01036**  3:1 16:21 | **21-01078**  12:17 22:1 | **30th**  45:6 |
| **129.6**  44:12 46:10 | **21-01037**  3:9 17:1 | **21-01080**  13:1 22:5 | **32**  48:14 49:24 52:8 |
| **12th**  41:19 | **21-01040**  3:17 17:6 | **21-01081**  13:9 22:10 | **330**  56:21 |
| **13**  28:10 48:13,17 | **21-01041**  4:1 17:10 | **21-01083**  13:17 22:14 | **3rd**  35:5 |
| **13.1**  49:1 | **21-01042**  4:9 17:15 | | **4** |
| **14**  27:16 47:5 | **21-01043**  4:17 17:19 | | **4**  50:16 |
| **14th**  42:14 50:8 | **21-01044**  5:1 18:1 | | **4.3**  41:6,10 51:22 |
| **15**  27:24 45:20 48:8 | **21-01045**  5:9 18:6 | | **40**  28:5 |
| **150**  27:12 | **21-01046**  5:17 18:10 | | **47**  42:8 |
| **15th**  41:7 | **21-01048**  6:1 18:14 | | **5** |
| **16**  28:11 50:9 | | | **5**  44:10 47:8,15 51:15 55:6 |
| **16.2**  52:12,18 | | | **500**  24:5 |
| **18**  51:5 | | | **516**  50:9 |
| **1935**  42:8 | | | **519th**  40:21 41:18 |
| **1995**  50:9 | | | |
| **19th**  42:15 | | | |

**[53 - asserts]**                                              Page 2

**53**  55:6
**53107**  40:22
**55115**  51:6
**55346**  41:19
**564**  41:25
**576**  45:25
**594**  41:25 45:25
**59807**  40:21
**59865**  42:2
**59912**  42:12

**6**

**6**  44:10 51:5
**60**  27:1,20 28:4,9
**60585**  24:20
**60869**  42:15 50:8
**60904**  42:15

**9**

**9**  50:18 51:20
**93923**  24:13
**94**  27:18

**a**

**a.k.t.**  1:23 16:6
**able**  37:15 38:7
**absolute**  43:15
**accept**  44:6
**accomplish**  50:12
**account**  46:10
  49:2,6
**accurate**  26:16
  56:4
**acknowledge**  34:9
**acknowledged**
  33:9
**acknowledgement**
  46:9
**acknowledges**
  52:7
**action**  46:17
  47:21 50:6,7,12
**active**  27:17 28:10
**activity**  29:23

**added**  28:19 48:9
**addendum**  50:18
**addition**  43:4
  47:25 49:15 52:12
**address**  27:6
  29:21 32:16 37:7
**adjourned**  28:2
**adjudicating**
  41:16
**adler**  25:22
**administrator's**
  41:18
**adopted**  45:2
**adr**  29:2,21,22
  30:3
**adv**  1:10,18 2:1,9
  2:17 3:1,9,17 4:1
  4:9,17 5:1,9,17
  6:1,9,17 7:1,9,17
  8:1,9,17 9:1,9,17
  10:1,9,17 11:1,9
  11:17 12:1,9,17
  13:1,9,17 14:1,9
  14:17 15:1
**advanced**  2:6
  16:10
**adversary**  16:1,5
  16:9,13,17,21
  17:1,6,10,15,19
  18:1,6,10,14,18
  18:22 19:1,5,9,13
  19:17,21 20:1,5,9
  20:13,17,21 21:1
  21:6,11,16,21
  22:1,5,10,14,18
  22:22 23:1,6 26:4
  26:6 27:1,12
  39:11
**adverse**  51:9
**affect**  40:7
**affiliate**  47:14
**affiliates**  43:12

**afforded**  49:11
**affords**  49:22
**agenda**  26:18 27:5
  27:20 29:21
**aggregate**  41:6,11
  42:19 44:5,17
  46:14 52:15
**ago**  29:15
**agree**  34:7,22
  45:1
**agreed**  37:13 43:2
  45:4
**agreement**  34:17
  34:24 35:4 43:1
  45:7 47:25 48:8
  48:14,15,18,22
  49:4,12,24 50:17
  50:19,22,23 51:17
**agreements**  33:6
  43:5,8,9,10
**agrees**  41:14
**aileen**  25:24
**akers**  25:10
**al**  11:22 12:6,14
  12:22 13:6,14,22
  14:6,14 15:6
  21:13,18,22 22:2
  22:7,11,15,19,23
  23:8 41:24
**alderus**  12:6
  21:17 28:15,16
**allegations**  44:6
**allege**  43:25
**alleged**  41:2 45:17
**allowance**  40:2
  42:17,22
**allowed**  42:18
  52:15
**american**  1:23
  16:6
**amount**  28:5 42:9
  42:19 44:15,18
  45:10,18 46:14

**47:4 49:7 52:7,11
  52:13,16 53:3
**amounts**  27:13,19
  29:11 45:16 46:8
  47:7,22 51:12
**answer**  29:1 31:16
  32:13,14 37:21
  38:17
**answered**  28:8,11
  28:17,17
**answers**  46:3
**anxious**  32:5
**apparently**  36:15
**appeal**  41:16
**appearing**  26:15
  39:25
**applicable**  45:19
**application**  48:12
**applies**  50:23
**apply**  47:21 48:5
**appreciate**  33:9
  53:21
**approach**  31:12
**appropriate**  31:7
**approximately**
  44:4,12,18 46:10
  51:24 52:18
**argue**  47:17
**argues**  42:2 46:15
  50:3 51:6
**argument**  42:12
**arrangements**
  46:23
**arrived**  28:12
**arrives**  38:2
**asked**  40:6
**asking**  33:12
**assert**  42:8 43:21
  52:9
**assertion**  51:3
**asserts**  42:6 44:16
  45:12 46:8,22
  47:1 48:10 50:11

51:16

**assets** 43:11 44:1
44:3 47:18 48:6
**assignment** 33:5
**assistance** 39:9
**assn** 42:7
**assume** 37:2
**assumes** 42:21
**attached** 34:18
40:12 53:13
**attention** 54:3
**attorney** 24:4,11
**attorneys** 24:18
**attributable** 30:3
**automatic** 44:15
46:12 47:19 50:4
50:16,25
**avenue** 24:5
**aware** 33:6 51:16

**b**

**b** 15:21 48:19
49:1
**back** 27:21 34:23
39:5 40:4 50:1,2
**background**
42:21,23
**balance** 45:15
49:6,8
**banc** 11:22 21:12
**bank** 12:14 21:22
22:23 50:9
**bank&** 14:14
**banker** 4:22 17:20
**bankers** 11:14
21:7 23:11
**bankruptcy** 1:1
15:10,23 44:20
45:19 50:24,25
**based** 33:21 35:4
35:22 43:21
**basis** 34:19 44:8
44:25 49:2

**bear** 40:9
**bee** 7:6 19:2
**begun** 38:15
**behalf** 26:14,23
32:5,19 34:6,13
35:12 39:25 41:9
**believe** 26:17
27:16 34:19 35:13
37:17,19 40:7
**bench** 40:7,12
42:24
**benefit** 31:20
**benefits** 49:11,15
49:23
**best** 31:12
**borrowing** 43:6
**bowling** 15:11
**br** 41:25 45:25
**breach** 53:3
**breaches** 45:17
**bridgeview** 2:14
16:14
**brief** 27:6 40:20
41:8 42:1,23 44:9
47:5 48:7
**briefing** 32:23
33:13,17,18 34:7
34:22 35:13,14
36:6
**briefly** 32:16
**broad** 37:17 38:3
**broker** 34:17,24
35:4
**brokerage** 43:1,4
43:10 44:2 46:22
47:17,19,25 48:8
48:13,15,17 49:23
50:15,17,21,23
51:10,17 52:21,24
**brothers** 1:7,12
1:20 2:3,11,19 3:3
3:11,19 4:3,11,19
5:3,11,19 6:3,11

6:19 7:3,11,19 8:3
8:11,19 9:3,11,19
10:3,11,19 11:3
11:11,19 12:3,11
12:19 13:3,11,19
14:3,11,19 15:3
16:2,6,10,14,18
16:22 17:2,7,11
17:16,20 18:2,7
18:11,15,19,23
19:2,6,10,14,18
19:22 20:2,6,10
20:14,18,22 21:2
21:7,12,17,22
22:2,6,11,15,19
22:23 23:2,7,10
26:6,23 39:17
40:18,23 41:24
42:4 45:25 48:2,3
49:12,13,16,18,22
**buehl** 25:2
**building** 42:7
**business** 30:10,11
49:9

**c**

**c** 15:22 24:1 26:1
48:23 56:1,1
**ca** 24:13
**calculating** 41:21
**calif** 11:6 21:2
**california** 15:6
23:7
**call** 36:11 37:2
**called** 28:14 48:15
**calling** 29:10
**cancel** 51:24
**capacity** 41:1
**capital** 1:23 14:6
16:6 22:19
**carmel** 24:13
**case** 1:3,10,18 2:1
2:9,17 3:1,9,17
4:1,9,17 5:1,9,17

6:1,9,17 7:1,9,17
8:1,9,17 9:1,9,17
10:1,9,17 11:1,9
11:17 12:1,9,17
13:1,9,17 14:1,9
14:17 15:1 26:5
28:15,15 29:10
31:11 37:7,16
38:10 39:18 40:1
**cases** 27:13,17,19
27:20,21,23,23,24
28:5,6,10,10,23
29:13,16,18,22
30:4,8,10,14 32:3
32:21 36:19 37:12
37:25 38:3 39:17
51:16
**casey** 25:23
**cash** 43:3 46:7
48:7,21,25
**cdc** 2:22 16:18
**celine** 25:2
**center** 10:14
20:18
**centex** 14:6 22:19
**certain** 27:2 31:4
32:20 37:20 43:2
43:3 44:13 46:21
**certainly** 32:3
**certified** 56:3
**chambers** 39:9
**chance** 36:21
**change** 31:1
**changed** 36:5
**chapman** 15:22
26:3
**chapter** 50:5
**chart** 27:20,23
28:6,15
**chosen** 37:21
**circumstances**
36:9 47:20 52:24

cited 48:11
cites 47:24
citing 48:8 50:8
citizens 50:9
citywide 3:6
  16:22
claim 27:19 28:5
  40:19,25 41:12,14
  42:9 43:18,22
  48:12 49:7 52:9
  52:16
claims 40:3,22
  41:2,3,5,9,10,17
  41:19 42:17,18,22
  43:18,20,20,25
  46:19 52:14 53:5
  55:6
clarification
  28:13
clarify 31:15
clause 49:1
clean 47:23
clear 37:19
clients 32:19 33:5
closed 44:24
coast 14:22 23:3
collateral 43:11
  44:7,8 46:23,25
  47:2,4,8,10,15,21
  51:11,17,19
collect 52:12
collectively 43:20
colloquially 51:7
colorable 34:19
combination
  31:17
come 32:12 35:23
commenced 44:21
comment 38:6
commentary
  29:16
comments 28:25
  29:2

commerce 12:14
  21:22
commercial 27:10
  31:11
commercially
  51:9
commonsense
  35:25
communicated
  30:18,19,20
compared 29:14
compel 30:15 31:5
compelled 45:6
complaint 34:18
  37:9
complete 41:12
conceded 51:3
concerning 43:6
concluded 54:7
concludes 39:12
  52:15
conclusion 35:23
  53:4
conditioned 47:10
conducted 26:8
  39:18
conference 16:3,7
  16:11,15,19,23
  17:4,8,13,17,21
  18:4,8,12,16,20
  18:24 19:3,7,11
  19:15,19,23 20:3
  20:7,11,15,19,23
  21:4,9,14,19,23
  22:3,8,12,16,20
  22:24 23:4,12
  26:3,18,25 28:2
conflict 48:13
  49:21
connection 26:4,5
  29:7 39:17 43:13
  46:11

consent 30:25
  32:24
consideration
  46:1
consistent 29:17
  52:20 53:6
constitute 40:13
constitutes 43:23
constructive
  38:10
contact 34:20
contained 50:15
contains 27:20
contention 47:6
continue 28:22
  29:18,24 30:7,14
  31:1,11
continued 45:13
continuing 29:6
contract 45:17
  49:13,21
contracts 43:5
  49:18,20
conversation 36:3
  36:5
convinces 36:4
copy 53:12
corp 2:6,14 3:6
  6:22 8:6 9:6,14
  13:22 14:6 16:10
  16:14,22 18:23
  19:14 20:2,6
  22:15,19 24:11
corporation 4:22
  10:6 17:20 20:14
correct 51:4
counsel 27:9
  28:14 30:19 31:19
  34:20,24 35:21
  36:12 53:14
counterparties
  27:16,18

counterparty
  28:4
country 56:21
course 37:14
court 1:1 15:10
  26:2,9,21 27:13
  29:3 30:6,13,17
  30:22 31:6,8,13
  31:20 32:24,25
  33:6,10,11,15,18
  34:2,12 35:5,8,16
  35:19 36:15,22,25
  37:14,24 38:11,18
  39:16,19 40:4,4
  40:13,16,17 41:20
  41:22,23 42:7,12
  42:14,21 45:22,22
  46:1 47:17 52:13
  52:14,22 53:19,23
court's 30:3 35:7
  41:16 53:10
cranbrook 13:22
  22:15 24:11
create 26:16
creative 3:14 17:2
credit 45:8,10
cumulative 48:15
  49:10,14 51:8
curran 25:16
currently 28:7
custody 43:3 44:1
  46:25 51:11

d

d 26:1 47:8,15
  49:1 55:1
dashboard 39:3
date 32:14 35:15
  41:6,7,15,20,21
  42:3,6,25 44:1,4
  44:12,16,19,24
  45:4,23 46:2,6,6,9
  46:13,16,20,25
  48:24 49:3 50:11

50:24 51:12,23
52:1,10,14 53:2,3
56:25
**dated**  41:19 42:14
**dates**  38:22
**david**  25:19
**day**  39:13 49:9
54:2
**deadline**  28:12
32:12 35:5
**debtors**  1:8 24:4
**debts**  51:1
**decision**  42:7,24
**deed**  11:6 21:2
**default**  28:7 48:19
48:24 50:21,24
**defaulting**  48:23
**defaults**  52:25
**defendant**  1:16,24
2:7,15,23 3:7,15
3:23 4:7,15,23 5:7
5:15,23 6:7,15,23
7:7,15,23 8:7,15
8:23 9:7,15,23
10:7,15,23 11:7
11:15 28:16 30:19
32:12
**defendants**  11:23
12:7,15,23 13:7
13:15,23 14:7,15
14:23 15:7 27:8
28:1,3,7,10,11,14
29:25 30:12 31:4
32:13,15,20 33:24
34:5 37:8,10,21
**defined**  40:19
**deliver**  48:20
**delivered**  48:25
**demand**  43:23
**denied**  42:17 53:5
53:13 55:6
**deposit**  46:7

**depositions**  38:4
**described**  45:1
**detail**  36:18
**detailed**  50:15
**determination**
33:19
**determinative**
41:21
**determine**  35:22
36:6 45:23
**deutsch**  24:3
26:23
**dictate**  48:11
**difference**  33:4
47:3
**differences**  33:7
**different**  34:4,5
34:14 35:23 46:3
**direct**  13:14 22:11
**directed**  53:6
**direction**  28:22
52:22
**disagrees**  46:20
**disallowance**
41:12
**disallowing**  40:24
41:9
**disappointing**
30:25
**discover**  37:20
**discovery**  37:17
37:23 38:2,9,13
**discretion**  48:4
**discussed**  42:20
**discussion**  45:21
**discussions**  31:24
38:10 44:21,22
**dismiss**  32:15
34:6,20 37:22
**dismissal**  29:6,10
34:16
**dismissed**  27:25

**disposition**  33:20
40:8
**dispositive**  51:6
**dispute**  27:14
42:22 51:2
**disputes**  27:11
**district**  1:2 40:4
40:17,17 41:20,22
45:22 52:22
**division**  11:6 21:3
**docket**  26:17
40:21,22 41:19
42:2,12,14,15
50:8 51:5
**document**  51:10
**documents**  37:24
44:2 46:22 47:17
47:20 50:15 52:21
52:24
**dormie**  25:14
**drink**  50:1
**drive**  24:12
**due**  37:14 48:22
49:3,4,5,8 52:3
**duvall**  25:25

**e**

**e**  15:21,21 24:1,1
26:1,1 55:1 56:1
**e.g.**  50:16
**earlier**  27:23
31:15
**early**  29:2,21,22
38:10
**easy**  35:20
**economic**  52:25
**ecro**  15:25
**edward**  9:22
20:10
**edwards**  25:8
**effect**  52:11,23
53:1
**effectuate**  52:1
53:1

**efficient**  35:20
**efficiently**  38:20
**either**  34:21
**elect**  47:20
**email**  37:1
**emphasis**  48:9
**empire**  3:22 17:7
**encountered**
38:12
**engage**  31:23
35:21 38:12
**english**  44:20
**enhanced**  41:24
45:24
**enjoy**  54:2
**enjoying**  54:1
**enormous**  27:11
**enter**  45:6
**entered**  30:4
49:14,19
**entirely**  26:8
39:19
**entities**  27:4 28:16
31:18 40:19 41:1
42:18 43:1,2,4,6
43:18 44:1,12,17
**entitle**  52:17
**entitled**  42:8
45:19 52:8,15
**entitlement**  46:8
48:11
**entity**  44:7 48:2,3
49:12,13,16,18
**entry**  40:11
**equivalent**  48:21
48:25
**esq**  24:10
**essentially**  32:19
**establish**  48:23
**established**  49:2
**estate**  32:5
**et**  11:22 12:6,14
12:22 13:6,14,22

14:6,14 15:6
21:12,18,22 22:2
22:6,11,15,19,23
23:7 41:24
**europe** 42:5
**event** 46:16 48:18
51:9
**events** 46:1
**everybody** 29:8
32:2 34:7 39:13
**exact** 29:11
**example** 38:9
**exceed** 41:2,10
**excellent** 38:18
**exceptional** 4:6
17:11
**excess** 47:2
**exercise** 46:17
50:6
**exhibit** 40:13
**existed** 46:15,17
50:20
**expeditiously**
37:18 38:20
**exposure** 41:3,4
**expressly** 47:10
**extended** 43:16
**extension** 28:8,18
**extensions** 28:12
37:10
**extent** 31:3 33:6
37:13,14,20 38:6
41:2,10 46:4 48:3
49:17

**f**

**f** 15:21 56:1
**facilitate** 28:2
35:1 43:7 44:14
**fact** 37:8 51:3
**facts** 31:6 42:23
**factual** 33:4,7
**factually** 33:25

**fail** 53:9,17,17
54:4
**failed** 53:1
**failure** 45:17
**fairly** 38:20
**fall** 38:5 48:22
**familiarity** 42:21
**family** 4:14 17:16
**favor** 49:21
**feels** 33:7
**fifth** 24:5
**file** 31:5 34:7
37:21
**filed** 26:5,17 27:1
27:12,23 30:9,10
30:14 32:15,18,21
34:15 40:19,22,25
42:2,11,18 43:18
51:5 53:15
**files** 50:23
**filing** 50:25
**final** 40:8 45:4
**finalization** 28:3
**finance** 8:14
19:18
**financial** 1:15
2:22 3:22 4:6 5:14
9:14 12:22 16:2
16:18 17:7,11
18:7 20:6 22:2
**firm** 26:20 39:7
**first** 4:22 5:6
11:22 17:20 18:2
21:12 27:5 28:15
35:16 36:3,4
**fisher** 12:22 22:2
**five** 28:1,3 41:5,9
**folks** 30:25 38:24
49:25
**follow** 42:16
**following** 29:4
48:19 49:8

**follows** 52:22
**forced** 45:7
**foregoing** 53:4,7
56:3
**forth** 40:20
**forward** 27:6
32:17 34:8 35:24
38:19 39:10
**found** 41:20 51:18
**four** 32:14
**fourth** 34:14
**franke** 25:9
**frankly** 31:25
35:7
**friend** 29:23
**fruitful** 31:10
**full** 42:4,9,10,17
45:9,15,18 52:5,9
53:2
**fullest** 48:3
**fully** 42:20 48:7
**fulsome** 38:4
**function** 46:23
**fund** 41:13,14,24
44:7,8 45:24
**funding** 5:22 8:6
12:6 18:11 19:14
21:17 28:15
**funds** 40:25 41:5
41:9 44:9
**further** 28:6 37:6
40:21 41:23

**g**

**g** 26:1
**gabriel** 5:14 18:7
**garrett** 53:17
**getting** 37:10
**give** 27:6 46:1
52:25
**given** 30:24 31:10
37:8 47:2
**gives** 52:23

**glitch** 29:2 33:14
**global** 43:8
**gmsla** 50:17,18
**gmslas** 43:8,14
**go** 26:7 35:25 36:4
36:18
**going** 31:3 32:8
34:9 35:24 36:9
37:2,2 40:9,14
49:25
**good** 26:2,21
29:15 33:3 35:6
35:11 39:1,2,11
39:16 53:24
**granting** 41:18
**great** 30:5 39:13
**green** 15:11
**greenback** 5:22
18:11
**grindstone** 32:7
**gross** 48:12
**grounds** 34:16
**group** 2:22 5:14
6:14 12:22 16:18
18:7,19 22:2
29:16
**grow** 32:13
**guaranties** 43:15
**guarantor** 41:2
42:3 45:14,24
52:2,5,17
**guaranty** 41:3,5
41:21 43:16,21,23
46:4
**guide** 26:19

**h**

**half** 28:23 40:10
**hamilton** 28:17
**hand** 50:3
**hanh** 25:18
**happen** 37:3
**happily** 39:4

**happy** 29:1 38:24
**hard** 35:20 36:9
**hear** 33:11 34:3
  35:10 38:24 39:3
  39:10
**heard** 34:23 38:25
  39:23
**hearing** 16:1,5,9
  16:13,17,21 17:1
  17:6,10,15,19
  18:1,6,10,14,18
  18:22 19:1,5,9,13
  19:17,21 20:1,5,9
  20:13,17,21 21:1
  21:6,11,16,21
  22:1,5,10,14,18
  22:22 23:1,6,10
  26:8,10 32:21
  33:8,20 35:15
  36:1,7,10 39:12
  39:17,18,20 51:4
  51:13
**hearings** 36:20
**heart** 31:1
**held** 42:12 43:11
**helpful** 27:5 29:4
**henderson** 24:10
  24:15 32:18,23,25
  33:2,3,14,16,22
  34:3,11
**hepheastou** 25:17
**hereinafter** 40:23
  40:25 41:7 49:19
**heretofore** 49:14
  49:19
**highly** 37:25
  50:15
**history** 42:22
**hold** 34:6 35:16
**holding** 45:25
**holdings** 1:7,12
  1:20 2:3,11,19 3:3
  3:11,19 4:3,11,19

5:3,11,19 6:3,11
  6:19 7:3,11,19 8:3
  8:11,19 9:3,11,19
  10:3,11,19 11:3
  11:11,19 12:3,11
  12:19 13:3,11,19
  14:3,11,19 15:3
  16:2,6,10,14,18
  16:22 17:2,7,11
  17:16,20 18:2,7
  18:11,15,19,23
  19:2,6,10,14,18
  19:22 20:2,6,10
  20:14,18,22 21:2
  21:7,12,17,22
  22:2,6,11,15,19
  22:23 23:2,7,10
  26:6,24 40:18,23
  41:24
**holdouts** 30:16
  31:4
**home** 3:6 13:6
  16:22 22:6 28:17
**homeservices** 6:6
  18:15
**hon** 15:22
**honor** 27:8 28:25
  32:9 33:3,17,22
  34:1,11 35:11
  36:19 38:14 39:14
  53:17,21 54:5
**hope** 30:6,13 31:2
  38:7 39:3 53:25
**hopeful** 28:21
**hopefully** 37:12
  38:16 40:9
**hour** 40:10
**howard** 25:23
**hufendick** 53:9
**huynh** 25:18
**hyde** 23:25 56:3,8

**i**

**i.e.** 43:7,9
**idea** 29:11 33:1
**identical** 33:23,24
  43:19
**identify** 26:13,14
  39:24,25
**ignores** 46:23
**iii** 25:9
**il** 24:20
**imagine** 29:4 36:9
**immediately**
  48:19,22
**importantly**
  50:14 51:2
**include** 27:24
  28:4 38:21
**includes** 27:17
**including** 43:2,15
  48:6
**inconsistency**
  49:20 51:21
**inconsistent** 49:19
**incurred** 27:3
**indebtedness**
  51:25
**indemnification**
  27:2 32:20
**independent**
  51:18
**information** 35:22
**informed** 31:15
**informs** 31:19
**ingrid** 25:7
**initial** 26:25
**insisted** 44:22
**insisting** 35:24
**instance** 35:17
**integrity** 5:6 18:2
**intent** 47:24
**international** 42:4
**interpret** 51:10

**investments** 12:6
  21:17
**involving** 40:2
**irrelevant** 50:11
  51:22
**issue** 33:12 45:22
**italiano** 25:6
**ivanhoe** 42:7

**j**

**john** 25:8
**join** 40:6
**jones** 25:15
**joseph** 25:20
**josh** 32:9
**joshua** 24:8 25:21
  26:22 34:13 37:5
**judge** 15:23 26:2
**judice** 40:5
**june** 35:5

**k**

**kappel** 6:14 18:19
**katz** 25:20
**keep** 32:8
**kennedy** 6:22
  18:23
**kenneth** 25:25
**kind** 30:9
**know** 27:9 28:23
  29:11 30:9 31:15
  31:16,24 32:12,14
  38:9 40:1 53:23
**knowing** 33:9
**knows** 37:24
**ko** 25:14
**kryptonite** 51:7

**l**

**l** 24:10,15
**landeau** 9:22
  20:10
**lane** 24:19
**lani** 25:22

**larger** 27:13
**largest** 27:18 28:4
**latest** 27:25
**law** 24:10,17
  44:20 45:19 48:4
**lays** 27:21
**lbhi** 40:23,23 41:1
  41:4,8,12,13,14
  41:17 42:2,9,11
  43:16,18,21 44:5
  45:14 46:5,18,20
  46:22 47:1,8,16
  47:24 48:10 51:2
  51:6,8,16 52:2,4
  52:12,16,17 53:2
  53:18
**lbhi's** 41:2,6,21
  42:1,6,16 45:23
  46:4 47:3 50:11
  53:5
**lbie** 42:5,9 43:2,5
  43:11,12,22 44:12
  44:17,20,20,25
  45:1,7,8,9,9,11,13
  46:7,9,14,16,24
  47:9,11,14,14,20
  50:10,12,20,25
  51:11,13,22,25,25
  52:6,19 53:1
**lbie's** 43:12,14
  45:17 47:1,6
  50:19 53:3
**leave** 29:18
**ledanski** 23:25
  56:3,8
**left** 28:6,23
**legal** 56:20
**lehman** 1:7,12,20
  2:3,11,19 3:3,11
  3:19 4:3,11,19 5:3
  5:11,19 6:3,11,19
  7:3,11,19 8:3,11
  8:19 9:3,11,19

10:3,11,19 11:3
  11:11,19 12:3,11
  12:19 13:3,11,19
  14:3,11,19 15:3
  16:1,5,9,13,17,21
  17:1,6,10,15,19
  18:1,6,10,14,18
  18:22 19:1,5,9,13
  19:17,21 20:1,5,9
  20:13,17,21 21:1
  21:6,11,16,21
  22:1,5,10,14,18
  22:22 23:1,6,10
  26:5,23 27:1,4,9
  27:12,15 30:1
  31:11 32:4,6
  34:14,18 35:5,21
  36:12 37:6 39:17
  40:18,23 41:24
  42:4 43:2 44:1
  45:25 48:2,3
  49:12,13,16,18,22
**lehman's** 37:23
  40:2
**lenders** 2:6 16:10
**lending** 6:6 7:6,14
  11:22 18:15 19:2
  19:6 21:12 43:8
**leski** 24:19
**letter** 50:8
**letters** 42:14
**liabilities** 47:5,11
  47:18 48:2
**liability** 41:21
  43:21 44:9 45:23
  46:4 47:1
**liable** 42:3 52:2
  53:2
**limit** 52:24
**limitation** 48:7
**limited** 29:9 47:7
**line** 33:1 35:9
  51:5,14,14,14,15

53:9 55:4
**liquidate** 47:21
**list** 32:13 39:22
**listening** 53:8
**litigation** 32:1
**llc** 6:6 7:14 12:6
  18:15 19:6 21:17
**llp** 24:3
**loan** 42:7 43:9
**loans** 3:6 16:22
  27:3 28:17 43:9
  44:13,14 46:10,11
**logical** 35:25
**long** 32:3 41:23
  42:22 45:24 53:24
**look** 39:10
**losses** 27:3
**lot** 29:23 30:1
  36:8,22 37:24
  38:24 39:10
**lower** 49:7

---

**m**

**maher** 24:3 26:22
**maintain** 43:3
**maintains** 45:5
  46:5,18
**majority** 27:16
**man** 54:5
**management** 37:7
**manner** 52:21
**march** 27:2 45:6
  51:4
**margin** 43:9,9
  44:13 46:10
**market** 48:24
**martin** 53:19,20
**maryland** 7:14
  19:6
**master** 43:8 48:13
  48:17
**matter** 1:5 40:2,8
  41:22

**matters** 27:6 38:7
**maverick** 40:3,19
  40:25,25 41:1,13
  41:14,23 42:2,5,6
  42:10,18,25 43:4
  43:6,11,12,17,20
  43:20,25 44:1,3,7
  44:11,12,16,17,21
  44:21,22,25 45:1
  45:5,9,10,12,13
  45:18,24,24 46:5
  46:7,13,14,18,19
  47:1,11,12,13,14
  47:18,22 50:3,8
  50:11,14,20,23
  51:12,22 52:3,4,6
  52:7,8,11,15,17
  52:18,25 53:5,14
  55:6
**maverick's** 41:9
  41:17 42:11,17
  44:6 45:3 46:22
  46:25 47:5,8,21
  48:1,10,11 50:21
  51:3,24 52:14
**maximum** 41:3,4
  49:23 52:6,10
**mctieman** 25:24
**mean** 35:16 36:18
  36:19 38:23
**meaning** 52:11
**measured** 53:3
**mechanisms**
  50:16
**mediate** 31:10
**mediation** 30:6,13
  30:15 31:17 38:10
**merits** 32:16
  35:14
**mid** 14:14 22:23
**million** 37:25 41:6
  41:10 42:4,19
  44:4,13,18,25

45:8,9,11,16 46:5
46:10,14 51:23,24
52:5,9,12,16,18
52:18
**minds** 36:5
**mineola** 56:23
**minutes** 40:10
**missed** 38:11
**mla** 47:9,15
**mlas** 43:9,14
**modified** 50:18
**mohan** 25:4
**moment** 49:25
**money** 31:25
**mooted** 48:14
**morning** 26:2,3
26:13,22 33:3
35:11 39:16,23
**mortgage** 2:6,14
3:14 4:14,22 5:6
6:14,22 7:22 8:14
8:22 9:6 10:6,14
10:22 11:14 13:6
13:14,22 14:22
15:6 16:10,14
17:2,16,20 18:2
18:19,23 19:10,18
19:22 20:2,14,18
20:22 21:7 22:6
22:11,15 23:2,7
23:11 24:11,18
27:3 34:15,17,18
34:25 35:3,9,12
**mortgage's** 34:20
34:24
**motion** 31:5 32:20
34:14,16,19,21
35:3,6,6,13 53:13
**motions** 32:11,15
32:18,22 33:4,24
37:6,21
**motivated** 32:4

**move** 27:6 28:22
29:1 30:15 32:13
34:8 38:1
**moved** 28:8,11
34:6
**moving** 38:19
**mtg** 11:6 21:2
**multiple** 34:25
43:15
**mutual** 51:1

**n**

**n** 24:1 26:1 55:1
56:1
**narrow** 51:2
**nationwide** 13:6
22:6
**nature** 29:12
**nearly** 27:18
**necessary** 31:5
32:22 33:8 37:13
38:8,21
**need** 31:10 33:20
36:3,9
**negotiate** 32:22
**negotiations** 30:5
30:11 31:9
**neither** 50:7
**net** 46:19 47:7
**netting** 44:15
45:18 46:12,15,20
50:4,22 52:24
**new** 1:2 15:12
24:6 40:17
**non** 45:19 48:23
**normal** 54:2
**northern** 11:14
21:7 23:11
**nose** 32:7
**notice** 26:17 48:5
**noting** 44:5
**notwithstanding**
46:8

**nrf** 8:6 19:14
**number** 26:4
27:11
**numbers** 26:7
28:19
**nvr** 8:14 19:18
**ny** 15:12 24:6
56:23

**o**

**o** 15:21 26:1 56:1
**oaks** 10:22 20:22
**object** 33:16
**objection** 33:8
40:2,18,22 41:18
42:16 53:5
**obligation** 46:24
47:9 50:20
**obligations** 43:12
43:14,22 47:7,13
47:13 48:2,20
51:19
**obligor** 42:5 45:13
**obtained** 28:8,11
28:18 37:9
**obviously** 29:22
31:9 32:16 37:12
37:15 38:6
**occasions** 35:1
**occur** 46:2 48:19
50:5 51:25
**occurred** 46:2
50:7
**occurrence** 48:18
**october** 42:15
**offered** 46:3
**offices** 24:10
**offset** 50:20
**oh** 31:14
**ohio** 11:22 21:12
**okay** 29:20 30:22
31:13 32:8 34:2
34:10,13 37:5
38:11,18 50:2

53:8,19
**old** 56:21
**olivia** 25:6
**olshan** 25:5
**omnibus** 40:21
41:18
**open** 45:3
**opposition** 42:1
42:11 45:20 52:7
**optimistic** 28:21
29:24 32:6
**oral** 42:12
**order** 38:8 40:11
40:24 41:8,18
48:1 53:6,10,13
53:14
**ordered** 30:6,13
**orders** 30:3 37:7
37:13
**organizing** 39:8
**orr** 42:8
**ought** 36:2
**outcome** 51:9
**outline** 32:11
**outlined** 29:24
38:15
**outlook** 24:12
**outreaches** 34:22
**outstanding** 48:1
48:20
**overtures** 31:23
**overwhelming**
27:15
**owed** 42:5 44:12
44:17 45:9,10,16
46:5,9 47:13,22
50:20 51:13,18
52:5,9
**owing** 46:14

**p**

**p** 24:1,1 26:1
**page** 29:8 51:5,14
51:14,14,14 55:4

**paid** 42:10 44:25
48:7 49:1 51:22
52:18
**pandemic** 36:25
**papers** 33:21 34:8
**paragraph** 45:20
47:5,8,15,24 48:8
48:9,13,14,17
49:24 50:16,17
51:20 52:8
**paragraphs** 44:10
**part** 33:5 37:23
38:2 47:9
**participate** 26:13
30:13,18 39:23
**particular** 37:15
40:1
**parties** 37:15 38:5
38:12 42:13 43:11
43:13 44:23 45:4
46:3 50:19 53:6
**party** 26:14 39:25
43:1,5 48:20,23
49:1,3,5,7 50:5
**path** 32:1
**patrick** 25:4,10
**patriot** 8:22 19:22
**paul** 25:9
**pause** 49:25
**pay** 45:8 48:21
**payable** 49:6,8
**payment** 43:16,23
**pending** 29:14
32:11 37:6 40:3
**percent** 27:18
**performance**
48:22
**period** 29:5
**permitted** 26:11
39:21 48:4
**person** 24:17,22
35:8,11,12,18
36:13,18,24 37:4

39:2
**pertinent** 42:23
**peter** 25:12
**petersen** 25:7
**petition** 41:6,7,15
41:20 42:3,6,25
43:25 44:4,11,16
44:19,24 45:23
46:2,6,6,9,13,16
46:20,25 50:11,24
51:12,23 52:1,10
52:14 53:2,3
**phone** 31:21
36:11 38:24
**pictures** 39:2
53:25
**plainfield** 24:20
**plaintiff** 1:13,21
2:4,12,20 3:4,12
3:20 4:4,12,20 5:4
5:12,20 6:4,12,20
7:4,12,20 8:4,12
8:20 9:4,12,20
10:4,12,20 11:4
11:12,20 12:4,12
12:20 13:4,12,20
14:4,12,20 15:4
26:23
**plan** 30:15 38:19
41:18
**plate** 36:23
**platform** 26:9
39:19
**please** 26:13,15
26:21 31:24 36:10
39:8,12,24 40:9
**plus** 7:22 19:10
**point** 27:5 28:13
29:2,13,20 30:17
32:11 33:23,25
35:12 36:7,8
38:21 39:24 47:2
51:3

**pointed** 28:14
34:24
**points** 47:8,16
**position** 37:19
44:23 46:22
**positions** 45:3
**positive** 47:3
**posits** 46:24
**possibility** 29:21
**posted** 44:7 51:17
**potential** 41:3,4
**pre** 16:3,7,11,15
16:19,23 17:4,8
17:13,17,21 18:4
18:8,12,16,20,24
19:3,7,11,15,19
19:23 20:3,7,11
20:15,19,23 21:4
21:9,14,19,23
22:3,8,12,16,20
22:24 23:4 37:21
**precious** 29:13
**prepare** 53:10
**prepared** 38:1
**present** 25:1
**presentation** 29:6
**pretrial** 26:3,18
**previously** 34:5
46:12
**primary** 42:5
43:21 45:13
**prime** 9:6 20:2
43:1,4,10 44:2
46:21 47:16,19,24
48:8,13,14,17
49:23 50:15,17,21
50:23 51:10,17
52:21,23
**principal** 30:18
31:18
**principals** 30:21
**prior** 32:20 35:1
41:16 42:25 47:10

48:5
**private** 26:10 30:5
31:9 39:20
**problem** 36:14,15
**proceed** 37:18
**proceeding** 16:1,5
16:9,13,17,21
17:1,6,10,15,19
18:1,6,10,14,18
18:22 19:1,5,9,13
19:17,21 20:1,5,9
20:13,17,21 21:1
21:6,11,16,21
22:1,5,10,14,18
22:22 23:1,6 26:7
32:1 50:5
**proceedings** 26:4
27:1,12 39:11
41:23 54:7 56:4
**proceeds** 47:22
51:24
**process** 29:9
**processes** 31:3
**produced** 37:24
**progress** 27:22
29:5 39:11
**progressed** 29:13
**proof** 43:18
**proofs** 40:18,24
**property** 44:2
48:6
**proposed** 45:2
**protection** 44:20
49:23
**protections** 49:11
49:16
**provide** 42:23
45:17
**provided** 34:25
35:23
**provides** 48:18
49:10

provision 48:16
  49:10,22 50:22
  51:8 52:21
provisions 46:21
  47:16 48:11,12
  49:17 51:21 52:23
purchased 27:4
purportedly
  48:11
purpose 46:23
purposes 42:24
pursuant 42:6
  43:2,10 44:2
  45:21 47:19
pursue 31:1 45:14
put 38:9 51:7 53:2
puts 32:7

**q**

quantifies 41:4
question 46:4
questions 28:25
quickly 38:1
quite 31:21 40:3
quote 43:22,24
  44:1,3 45:7 47:3
  47:12,23,24,25
  48:18 51:16 52:8
quoted 28:19

**r**

r 15:21 24:1 26:1
  56:1
reach 39:8
read 34:8 40:7,9
  53:21
reading 40:14
ready 53:15
really 38:23
reason 38:4
reasons 38:15
  42:16 45:5 53:4
  53:11
receipt 29:9

receive 45:8
received 35:2
receiving 35:4
  38:1
recess 39:15
recite 26:6
record 26:14,16
  36:11 37:19 39:24
  50:6,13 53:11
  56:4
recording 26:10
  39:20
recordings 26:11
  39:21
recover 52:17
recovery 52:6,10
reduce 47:22
reduced 45:10
refer 26:7
reference 40:11
reflect 50:19
reflected 53:12
reflecting 44:13
  46:6
reflects 28:6
  53:10
refusal 30:18
refused 30:12
  45:1
regard 51:4,12
registered 26:12
  39:22
related 27:3 37:25
relevant 43:19
  52:20
reluctance 38:12
  38:16
relying 46:21
remain 27:22
  29:14
remainder 52:2
remained 45:3

remaining 27:17
  45:15 51:23
remains 42:3 53:2
remand 40:16,20
  41:8 42:2 44:9
  45:22 47:5 48:8
remanded 41:22
remedies 49:11,15
remind 32:2
rendered 51:22
renews 40:24 41:8
reply 42:11 51:19
representation
  36:10
represented 28:16
representing 35:9
request 40:24
  41:8
requesting 29:10
requests 38:2
require 51:11
required 36:7
residential 7:14
  19:6
resold 27:4
resolved 27:25
  49:21
resolving 27:10
respect 41:5,17
respects 43:19
respond 34:9 35:5
  36:11,13,20
responded 31:23
  37:9
responding 31:16
response 31:19
  35:2 36:2
rest 54:2
restart 31:3
restricted 52:13
result 45:16 50:25
  52:20

resulted 46:13
retain 45:14
return 46:24 47:7
  47:10,14 51:11
  52:5 54:1
reversed 41:22
right 29:3 31:8,20
  32:14,25 33:18,21
  35:10 36:11 38:18
  39:1 40:14 46:15
  50:1,10,19 52:4
  53:16,23
rights 45:14 46:17
  48:15 49:10,11,15
  49:23 50:6 51:8
road 56:21
robert 25:13
roland 25:15
rosenthal 25:21
roster 26:12
round 27:25
rule 42:20
ruling 40:7,12,13
  40:15 45:21 50:2
  52:23 53:11
rulings 41:17 55:3

**s**

s 24:1 26:1
s.d.n.y. 41:25
saab 9:14 20:6
salter 25:11
satisfaction 42:20
  47:11,12
satisfy 48:1
save 51:8
saying 33:11
  34:10
scc 1:3,10,18 2:1,9
  2:17 3:1,9,17 4:1
  4:9,17 5:1,9,17
  6:1,9,17 7:1,9,17
  8:1,9,17 9:1,9,17
  10:1,9,17 11:1,9

11:17 12:1,9,17
13:1,9,17 14:1,9
14:17 15:1 16:1,5
16:9,13,17,21
17:1,6,10,15,19
18:1,6,10,14,18
18:22 19:1,5,9,13
19:17,21 20:1,5,9
20:13,17,21 21:1
21:6,11,16,21
22:1,5,10,14,18
22:22 23:1,6,10
**schedule** 32:23
33:13,17,18 34:7
34:22 35:13,14
36:6 37:11 38:2
**scheduled** 27:1
**scheduling** 37:13
38:8
**scott** 9:22 20:10
**screen** 53:25
**seconds** 37:1
**section** 50:18
**secure** 43:12 44:8
**secured** 51:19
**securities** 43:3,7,8
44:14 46:7,11
48:6,7,20,21,25
48:25
**see** 29:12 32:25
38:4 39:2 41:17
41:23 44:9 45:20
45:24 50:7 51:4
51:13,19 52:7
53:9,25
**seeing** 39:1
**seek** 35:14 52:4
**seeking** 27:2
**seeks** 34:16 41:12
**seen** 27:22 29:17
**send** 37:1 53:14
**sense** 31:4 35:19

**sent** 34:23
**separate** 31:5
43:1 51:18
**separately** 28:16
**september** 41:7
42:13,14 43:17
50:7 51:13
**services** 1:15 3:22
5:6 16:2 17:7 18:2
**set** 33:18 35:5
36:6 37:1 40:20
44:24 49:5
**setoff** 44:15 45:18
46:12,15,17,19
47:19 50:4,4,6,10
50:12,16,19 51:1
52:1 53:1
**setting** 33:13,16
38:22 52:13
**settle** 30:4 37:15
38:5,7
**settled** 27:15
**settlement** 27:17
28:3 29:22,23
30:12 31:12,23
35:1 44:21 45:5,6
45:13
**settlements** 29:7
29:12 30:2
**sharon** 25:3
**shelly** 15:22
**shoreline** 10:6
20:14
**short** 43:7 44:14
46:11
**significant** 33:4
**similar** 27:11,12
27:22
**similarly** 33:25
**simply** 35:24 53:2
**single** 28:4 42:20
49:21

**situated** 33:25
**six** 40:25 43:17
**sixth** 41:13
**slocum** 24:8 26:21
26:22 29:20 30:20
31:2,9,14 32:9,9
34:13,13 37:5,5
38:14 39:14
**smart** 10:14 20:18
24:18 34:15,17,17
34:20,24,25 35:3
35:9,12
**socialize** 53:14
**solutions** 3:14 4:6
17:2,11 26:9
39:19 56:20
**sonya** 23:25 56:3
56:8
**sophia** 25:17
**sorry** 33:15
**sort** 31:17
**souders** 25:19
**sought** 44:20
**sound** 29:2 33:14
**sounds** 33:1 38:19
**southern** 1:2
10:22 20:22 40:17
**speak** 26:14,15
**speaking** 30:23
**specific** 44:7
47:20 50:6
**specifically** 40:20
**speed** 29:25 37:11
**spent** 31:25
**splendid** 33:1
**stage** 29:22
**stand** 27:7
**start** 40:14
**started** 26:20
28:23
**state** 14:14 22:23
**stated** 44:5 46:12
53:11

**states** 1:1 15:10
40:16 43:22 47:25
53:11
**stating** 47:11 52:8
**status** 23:12 27:21
28:6,20 29:19
32:16
**stay** 37:20
**step** 1:15 16:2
**sterling** 14:22
23:2
**stipulation** 29:6
**stipulations** 29:9
**strictly** 30:23
**strokes** 37:17 38:3
**strongly** 31:22
**strumpf** 50:9
**sub** 40:5
**subject** 42:19
43:15 44:15 46:19
47:18 52:6,10
**submit** 32:21,23
37:12 53:6
**submits** 41:13
44:11,22 50:14
**submitted** 42:13
**subsequently** 52:2
**substantively**
43:19
**success** 30:1,5,24
**successful** 27:10
**suggestion** 35:21
**suite** 56:22
**sum** 49:2
**summary** 29:3
42:23
**sums** 49:4,5
**sun** 54:1
**support** 40:21
47:6,23
**supreme** 42:7
**sure** 29:7 36:24

**svcs** 14:22 23:2
**sverd** 25:12

**t**

**t** 56:1,1
**table** 33:13
**take** 29:18 37:3
  40:10 47:21 50:12
**taken** 49:2
**takes** 36:25 50:5
**talking** 34:4
**talks** 31:12 35:1
  38:14
**telephonically**
  24:8,15,22 25:1
  26:9 39:19
**termination** 48:24
  49:3
**terms** 28:5 30:2
  30:11 31:16 37:23
**thank** 29:20 32:9
  34:12 39:14 53:8
  53:17,20 54:3,4
**thanks** 39:7 54:5
**things** 27:7 28:20
  28:21 35:19 36:2
  36:22 45:15
**think** 27:22 28:21
  30:1 31:24 32:4
  33:22 35:6 38:23
**thirds** 50:1
**thomas** 25:16
**thought** 27:4
**three** 29:15 32:18
  32:19 34:15 52:25
**time** 9:6 20:2
  26:15 29:5 31:7
  31:25 32:3 35:7
  37:1 40:3,5 44:18
  47:2 48:4 53:20
  53:21,24
**times** 34:21 54:2
**timothy** 25:11

**today** 27:9,17
  28:2,9 29:16 30:9
  31:21 38:21 39:8
  39:12 40:6 53:22
**total** 27:19
**tough** 30:4
**tracy** 24:10,15
**trades** 43:7 44:14
  46:11
**transaction** 43:13
**transcribed** 23:25
**transcript** 40:12
  51:5,13 53:12
  56:4
**transfer** 48:5
**treasure** 14:22
  23:3
**treat** 46:18 47:17
**treated** 44:23
**treatment** 45:2
**trend** 29:15,17
**trial** 16:3,7,11,15
  16:19,23 17:4,8
  17:13,17,21 18:4
  18:8,12,16,20,24
  19:3,7,11,15,19
  19:23 20:3,7,11
  20:15,19,23 21:4
  21:9,14,19,23
  22:3,8,12,16,20
  22:24 23:4 38:22
**tried** 34:20
**trip** 40:4
**true** 44:6 56:4
**trust** 11:6 14:14
  21:2 22:23
**try** 35:19
**trying** 33:23 34:1
  37:1 39:5
**two** 28:15 29:14
  43:9 44:14 45:16
  46:3 50:1 51:9
  52:23

**typically** 30:20

**u**

**u.s.** 15:23 42:8
  50:9
**unambiguous**
  47:23
**unconditional**
  43:16
**understand** 33:12
  34:2,4
**understanding**
  30:21
**understood** 34:11
  53:18
**united** 1:1 11:14
  15:10 21:7 23:11
  40:16
**unknown** 15:25
**unquote** 45:7
**unreasonable**
  51:10
**unsuccessful**
  30:11
**update** 27:7
**urge** 31:22
**use** 26:19 35:6
  48:5
**utah** 3:6 16:22

**v**

**v** 1:14,22 2:5,13
  2:21 3:5,13,21 4:5
  4:13,21 5:5,13,21
  6:5,13,21 7:5,13
  7:21 8:5,13,21 9:5
  9:13,21 10:5,13
  10:21 11:5,13,21
  12:5,13,21 13:5
  13:13,21 14:5,13
  14:21 15:5 16:2,6
  16:10,14,18,22
  17:2,7,11,16,20
  18:2,7,11,15,19
  18:23 19:2,6,10

19:14,18,22 20:2
  20:6,10,14,18,22
  21:2,7,12,17,22
  22:2,6,11,15,19
  22:23 23:2,7
  41:24 42:7 45:25
  50:9,18
**value** 44:3,13 46:6
  47:4
**valued** 45:4 49:7
**values** 48:24
**various** 27:4
  31:17 45:5
**veritext** 56:20
**version** 53:15
**view** 45:2
**virginia** 12:14
  21:22
**visibility** 29:8
**voices** 39:3

**w**

**wait** 39:10
**waiting** 53:24
**wanted** 29:21
  35:14
**warranted** 37:20
**water** 50:1
**wave** 30:10
**way** 32:17 34:10
  35:20,20,25 36:2
  39:5 50:2 51:11
**we've** 27:22 29:17
  35:1 37:24
**weeks** 37:14 38:8
**william** 25:5
**willing** 30:25
  36:16 38:9 44:6
**wilton** 24:22
  35:11
**wish** 39:23
**wishes** 38:25
**withdraw** 34:21
  35:3

**wollmuth**   24:3
26:20,22 39:7
**wong**   25:13
**word**   53:15
**words**   33:11 34:3
47:3 50:22
**worked**   37:11
**working**   32:5
**world**   39:5
**worth**   44:5

**x**

**x**   1:4,9,11,17,19
1:25 2:2,8,10,16
2:18,24 3:2,8,10
3:16,18,24 4:2,8
4:10,16,18,24 5:2
5:8,10,16,18,24
6:2,8,10,16,18,24
7:2,8,10,16,18,24
8:2,8,10,16,18,24
9:2,8,10,16,18,24
10:2,8,10,16,18
10:24 11:2,8,10
11:16,18,24 12:2
12:8,10,16,18,24
13:2,8,10,16,18
13:24 14:2,8,10
14:16,18,24 15:2
15:8 55:1

**y**

**ye**   25:3
**yeah**   36:22
**year**   27:2
**years**   29:15 30:2
44:19
**yesterday**   28:14
**york**   1:2 15:12
24:6 40:17