**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (SCC)** |
|  | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : | **Ref. Docket Nos. 61151** |
|  | : |  |
|  | : |  |

----------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                        )  ss.:
COUNTY OF MIDDLESEX     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 24, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 24, 2021, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Angharad Bowdler_
Angharad Bowdler

Sworn to before me this
25th day of June, 2021
_/s/ Amy E. Lewis_
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
 SWITZERLAND

Please note that your claim # 5559233-67 in the above referenced case and in the amount of
$0.00 allowed at $35,681.70 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000197927642 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 34643



CREDIT SUISSE AG
C/O KWJS&S
ATTN: STEPHANIE SWEENEY
200 WEST 41ST ST, 7TH FL
NEW YORK, NY 10036

CREDIT SUISSE AG
TRANSFEROR: UBS AG
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: TREVOR BROAD
825 8TH AVE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          61151                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/24/2021                    Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 24, 2021.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS&S, ATTN: STEPHANIE SWEENEY, 200 WEST 41ST ST, 7TH FL, NEW YORK, NY 10036 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 4**