UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                              :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC.,    :        08 - 13555 (SCC)
:
    et al., Debtors.                          :        (Jointly Administered)
:
------------------------------------------------------------x

### FINAL DECREE CLOSING LEHMAN BROTHERS SPECIAL FINANCING INC.'S CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

Upon the motion, dated May 27, 2021 (the "Motion"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator"), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 for entry of a final decree closing the chapter 11 case of Lehman Brothers Special Financing Inc (the "Closing Debtor"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and no objections having been filed; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1, the chapter 11 case of the Closing Debtor is hereby closed effective as of the date hereof; provided, however, that the Court shall retain such jurisdiction as is provided in Article 14 of the Plan (Retention of Jurisdiction), and the entry of this Final Decree is without prejudice to the rights of the Closing Debtor or any party in interest to seek to reopen the Closing Debtor's chapter 11 case for cause shown; and it is further

ORDERED that the Plan Administrator shall not be required to recognize any claim transfer occurring after June 11, 2021; and it is further

ORDERED that the Plan Administrator is not required to publish notice of the final distributions for the Closing Debtor; and it is further

ORDERED that all U.S. Trustee fees due and owing for the Closing Debtor shall be paid following entry of this Final Decree; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Final Decree.

Dated: July 1, 2021
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE