**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
|  |  |
| --- | --- |
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
---------------------------------------------------------------------x    **Ref. Docket No. 61158**

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                              )  ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 28, 2021, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of the Plan Administrator for an Order Authorizing a Voluntary Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief," dated June 28, 2021 [Docket No. 61158], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
29th day of June, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2022

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Counsel Email List

| Email |
| --- |
| ddunne@milbank.com |
| wfoster@milbank.com |
| dodonnell@milbank.com |
| efleck@milbank.com |
| paronzon@milbank.com |
| gbray@milbank.com |

COUNT: 6