UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, | ) Case No.: 08-13555 (SCC) |
| vs. | ) (Jointly Administered) |
| Lehman Brothers Holdings INC., | ) |
| et al, | ) Ref. Docket No. 61161 |
| Debtors. | ) |

## PROOF OF SERVICE

On July 7th, 2021, I caused to be served the "MOTION FOR RECONSIDERATION ON A

LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR

CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING

RELATED RELIEF," relating to Docket No. 61161, by causing true and correct copies to be

enclosed securely in a separate postage paid envelope and delivered via USPS First Class mail to

Attention: c/o Lehman Brothers Holdings Inc., 100 East 42nd St., Suite 820-8th fl, New York,

New York 10017 to the further attention of Kristine Dickson and William Olshan.  (EXHIBIT A)


Respectfully Submitted,

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro Se
July 7th, 2021



**UNITED STATES POSTAL SERVICE.**

NORTHTOWN
3401 W DEVON AVE
CHICAGO, IL 60659-9998
(800)275-8777

07/07/2021                                  12:15 PM
---------------------------------------------
Product                   Qty    Unit      Price
                                  Price
---------------------------------------------
First-Class Mail®          1                $1.80
Large Envelope
  New York, NY 10017
  Weight: 0 lb 4.70 oz
  Estimated Delivery Date
    Mon 07/12/2021
  Cert of Mailing                           $1.55
  Affixed Postage                          -$0.55
    Affixed Amount: $0.55
Total                                       $2.80
---------------------------------------------
Grand Total:                                $2.80

Credit Card Remitted                        $2.80
  Card Name: VISA
  Account #: XXXXXXXXXXXXX6551
  Approval #: 007281
  Transaction #: 713
  AID: A0000000980840           Chip
  AL: US DEBIT
  PIN: Not Required
---------------------------------------------

********************************************
USPS is experiencing unprecedented volume
     increases and limited employee
  availability due to the impacts of
 COVID-19. We appreciate your patience.
********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
  Associate can show you how.

        Preview your Mail
       Track your Packages
        Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



  or call 1-800-410-7420.

UFN: 161570-0451
Receipt #: 840-56060055-4-4650270-2
Clerk: 12



Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

PS Form **3817**, April 2007 PSN 7530-02-000-9065

From:
Rex WU 431415161717181920212223
6315 N. Campbell
Chicago IL 60659

To:
c/o Lehman Brothers Holdings Inc
1001 East 42nd St. Suite 820 8th
New York, New York 10017
Attention: Kristine Dickson and
William Olshan



U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60659
JUL 07, 21
AMOUNT
**$1.55**
R2304M115221-12

*Motion Submission Receipt*

**From:** nysbinfo@nysb.uscourts.gov
**Sent:** Tuesday, July 6, 2021 4:01 PM
**To:** *rex_wu@live.com*
**Subject:** PDF Upload for Self-Represented Individuals Receipt

Dear Rex Wu,

Your submission was received on Tuesday July 06, 2021 at 12:08:31.

Your receipt number is 1625587711. Please retain this receipt for your records.

Filings received after 4:30 p.m. ET will be processed the following business day. Filings received on nonbusiness days will be processed the next business day. Business days are days other than weekends and holidays.

Please do NOT send the same files more than once. Multiple uploads of the same file will delay processing of your files. Thank you.