**Schedule B**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mdm Herawati Arsie | The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mdm Herawati Arsie, Jln. Mandala Utara No.363 RT.01 / RW.15, Kelurahan Tomang, Kecamatan Grogol Petamburan, Kota Jakarta Barat, DKI Jakarta 11440, Indonesia.

Phone: +62 812 8429 2649 (mobile) /
+62 21 5694 1165 (residential)
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above): As above

Phone: As above
Last Four Digits of Acct. #:

Court Claim # (if known): 56671

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Herawati_
Transferee / Transferee's Agent
Name: Herawati Arsie
Title: Mdm

Date: 6 July 2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

## Schedule C

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** ("Transferor"), does hereby certify that, as of _____, 2021, it has unconditionally and irrevocably transferred and assigned to **Mdm Herawati Arsie** ("Transferee"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number **56671** filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0328585467 | LEHMAN BROTHERS TREASURY CO. B.V | LEHMAN BROTHERS HOLDINGS INC | USD100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _____ of _____ 2021.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: Ms Ang Sok Leng
Title: Head, Credit Advisory, South East Asia, HSBC Private Bank
Tel.: (65) 6658 3542

**HERAWATI ARSIE**

By: _____
Title: Mdm
Tel.: +62 812 8429 2649 (mobile)
+62 21 5694 1165 (residential)

E2.277894

RESTRICTED