Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
949-517-8330
jwaske3@yahoo.com

The Honorable Shelley C. Chapman
United States Bankruptcy Judge
Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

### Re: ERROR ON THE DOCKET # 61168 RELATING TO MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF

Dear Honorable Judge Chapman:

I am writing to respectfully request the honorable court remove the FRBP 3008 designation on the " MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF" (Docket #61168). The motion is based on Fed. R. Civ. P.60(b)(3), Fed. R. Civ. P.60(b)(1) and Bankruptcy code 510(a).

We, as The Shareholder Group, did not file the motion based on FRBP 3008 and this letter is to correct the record in order to prevent a ruling based on FRBP 3008.

Our motion (Docket #61168) provides that Fed. R. Civ. P.60(b)(3), Fed. R. Civ. P.60(b)(1) and Bankruptcy code 510(a) apply in this matter and the motion is in response to the Liability Protection being requested by LBHI and the Plan Administrator.

Respectfully Submitted,

*[signature]*

Dated: July 11th, 2021

Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
949-517-8330
jwaske3@yahoo.com
Pro Se