**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Case No.: 08-13555 (SCC) |
| Lehman Brothers Holdings INC., et al, | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | Docket #61168 |

**NOTICE OF ERRATA IN RELATIONS TO MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF**

**TO THE HONORABLE COURT:**

Christopher P. Wossilek hereby give Notice of Errata to the Court and all parties regarding an error the Honor Court made on the electronic description for the "Motion for Reconsideration on a Limited Basis for the Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief."

The "Motion for Reconsideration on a Limited Basis for the Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief" does not seek relief on, make an argument or even mention FRBP 3008. FRBP 3008 (EXHIBIT A) was added onto the description by the Honorable Court. The Shareholder Group request the Honor Court to accurate describe the motion filed. With the inclusion of "FRCP 60 OR FRBP 3008" on the description, the description does not accurately describe the motion that was filed by The Shareholder Group which may cause confusion to interested parties. By including "OR FRBP 3008," the Honorable Court is implying that the motion is providing an option to argue FRBP 3008 to replace FRCP 60(3) and (1) which are argued in the motion. "The

Motion for Reconsideration on a Limited Basis for the Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief" is about misrepresentations the Plan Administrator made throughout the years in this Honorable Court and Honorable Judge Engelmayer's Court about the subordinated guarantees which are protected by Bankruptcy Code 510(a).

Christopher P. Wossilek respectfully requests the Honorable Court to correct the error on the electronic posting by removing any references to FRBP 3008 and any language that does not accurately reflect the motion filed.

> **Respectfully Submitted,**
>
> **On the 13th day of July 2021**
>
> **Christopher P. Wossilek**
> **10687 Addison Ct**
> **Highlands Ranch, CO 80126**
> **303-330-9942**
> **cwoss@protonmail.com**

# EXHIBIT A



**Docket # 61168**                                                            **Filed** Jul 07 2021

Motion to Reconsider FRCP 60 or FRBP 3008 on a Limited Basis for the Order Authorizing
Final Distribution for Certain of Lehman Brothers Holdings Inc. and Granting Related Relief
(related document(s)[61161]) filed by Rex Wu, Phillip Wossilek, Christopher Wossilek, Joseph
Waske. (Ho, Amanda)

**Debtor:** 08-13555   Lehman Brothers Holdings Inc.

Related Dockets ▾