Christopher P. Wossilek
10687 Addison Ct.
Highlands Ranch, CO 80126
Tel: (303) 330-9942
Email: cwoss@protonmail.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)**

## PROOF OF SERVICE

On July 15th, 2021, I caused to be served the "NOTICE OF ERRATA IN RELATIONS TO MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF" Docket No. 61173, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via FedEx

FedEx express to:

1. Lehman Brothers Holdings Inc.

Attention: Kristine Dickson and William Olshan,

c/o Lehman Brothers Holdings Inc., 100 East 42nd Street Suite 820-8th floor, New York, New York 10017.

Tracking number:281482048873

Respectfully Submitted,

*[signature]*

July 15th, 2021

Christopher P. Wossilek