# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Seaport Global Asset Management V2 LLC**
Name of Transferee

**Värde Investment Partners, L.P.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Seaport Global Asset Management LLC
Attn: Michael Ring and Ed Heim
360 Madison Avenue, 20th Floor
New York, NY 10017
Tel: (212) 616 – 7700
Fax: (866) 384 – 0646
operations@seaportglobalam.com

Court Claim No.: 68032

Amount of Claim Transferred: $8,406,601.67, plus all interest, fees and other recoveries due.

Date Claim Filed: March 6, 2012

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SEAPORT GLOBAL ASSET MANAGEMENT V2 LLC**
**By: Seaport Global Asset Management LLC, its investment manager**

By: _[signature]_                                        Date:   July 13, 2021
Name:  Michael Ring
Title:  Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

574-1000/6453604.1

# United States Bankruptcy Court
# Southern District of New York

<u>In re: Lehman Brothers Holdings Inc., et al.,</u>        Case No. 08-13555 (SCC) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 68032 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on         .

| **Värde Investment Partners, L.P.**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Värde Investment Partners, L.P.<br>901 Marquette Avenue South, Suite 3300<br>Minneapolis, Minnesota 55402<br><br>Operations Department<br>Phone:  952-893-1554<br>Email:  operations@varde.com | **Seaport Global Asset Management V2 LLC**<br>Name of Transferee<br><br>Address of Transferee:<br><br>Seaport Global Asset Management LLC<br>Attn: Michael Ring and Ed Heim<br>360 Madison Avenue, 20th Floor<br>New York, NY 10017<br>Tel: (212) 616 – 7700<br>Fax: (866) 384 – 0646<br>operations@seaportglobalam.com |
|---|---|

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____                              _____
                                                            CLERK OF THE COURT

574-1000/6453604.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Värde Investment Partners, L.P. ("Transferor") does hereby certify that it has transferred and assigned to Seaport Global Asset Management V2 LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $8,406,601.67 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $8,406,601.67 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:  Matthew Mach
Title:   Managing Director
Date:   12 July 2021


**SEAPORT GLOBAL ASSET MANAGEMENT V2 LLC**
By: Seaport Global Asset Management LLC, its investment manager

By: _____
Name:
Title:
Date:

15

119-2449/6448381.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Värde Investment Partners, L.P. ("Transferor") does hereby certify that it has transferred and assigned to Seaport Global Asset Management V2 LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $8,406,601.67 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $8,406,601.67 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:
Title:
Date:

**SEAPORT GLOBAL ASSET MANAGEMENT V2 LLC**
By: Seaport Global Asset Management LLC, its investment manager

By: _____
Name: Michael Ring
Title: CFO
Date: July 13, 2021

15

119-2449/6448381.2