Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com


The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

### Re: ERROR ON THE DOCKET RELATING TO MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF

Dear Honorable Judge Chapman:

I am respectfully requesting the Honor Court to correct the error on the Docket #61168 in which the description is misrepresented on the docket. The correct title of the Motion is:

"MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF"

Docket # 61168, which is posted today, July 7th, 2021 states:

"Motion to Reconsider FRCP 60 or FRBP 3008 on a Limited Basis for the Order Authorizing Final Distribution for Certain of Lehman Brothers Holdings Inc. and Granting Related Relief (related document(s)[61161]) filed by Rex Wu, Phillip Wossilek, Christopher Wossilek, Joseph Waske. (Ho, Amanda)"

Within the content of the "MOTION FOR RECONSIDERATION ON A LIMITED BASIS FOR THE ORDER AUTHORIZING FINAL DISTRIBUTION FOR CERTAIN CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. AND GRANTING RELATED RELIEF", the title or the description within the submission page, FRBP 3008 is not mentioned. The error including "FRCP 60 or FRBP 3008" was added by the Honorable Court. That is inaccurate and misrepresents the motion in its entirety.

The Shareholder Group did not mention FRBP 3008, do not have an interest to discuss FRBP 3008, or was it a topic that it considered when submitting the motion. The motion submitted by The Shareholder Group have nothing to do with "claims". This type of error is not uncommon with this Honorable Court. The Honorable Court added an extra motion to a hearing request in the past that resulted in an advantage for the Plan Administrator. This type of misrepresentation in regards to the title is happening again with this motion.

In the Appellate Court with Honorable Judge Abrams (ECF #20-cv-05083 and 20-cv-05823), the above misrepresentation that benefited the Plan Administrator is under review.

I respectfully request the Honorable Court to correct the description on the docket to truly reflect the content of the Motion and the intent of the Shareholder Group.

Respectfully Submitted,

_/s/ Rex Wu_____

Dated: July 7th, 2021

Rex Wu
Pro Se