WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Bankruptcy Procedure 8003 and 28 U.S.C. § 158, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its *Notice of Appeal* [Docket No. 61167] filed on July 7, 2021, appealing from the *Order Denying the Plan Administrators' Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 53107]* entered on June 23, 2021 [Docket No. 61156], which denied the *Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 53107].

Dated:  August 2, 2021
         New York, New York

                                            */s/ Garrett A. Fail*
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007
                                            Garrett A. Fail
                                            (Garrett.Fail@Weil.com)

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

WEIL:\98085050\1\58399.0011