**THOMPSON COBURN HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
Zachary G. Newman
Brigitte R. Rose
znewman@hahnhessen.com
brose@hahnhessen.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Julie R. Landy, Jr. (*pro hac vice* pending)
julie.landy@faegredrinker.com

*Attorneys for Wells Fargo Bank, National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : Chapter 11 |
| **Lehman Brothers Holdings, Inc.,** *et. al.*, | : Case Number 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Julie R. Landy, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent *Wells Fargo Bank, National Association* in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Minnesota and the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Minneapolis, Minnesota
August 2, 2021

                                           /s/ Julie R. Landy
Julie R. Landy
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Email: julie.landy@faegredrinker.com

*Counsel for Wells Fargo Bank, National Association*