UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Lehman Brothers Holdings, Inc.**, *et. al.*, | : | Case Number 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Julie R. Landy to be admitted, *pro hac vice*, to represent *Wells Fargo Bank, National Association* ("Wells Fargo"), and upon the movant's certification that the movant is a member in good standing of the bar of the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

ORDERED, that Julie R. Landy, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Wells Fargo, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         August 3, 2021

                                    /S/ Shelley C. Chapman
                                    UNITED STATES BANKRUPTCY JUDGE