Hearing Date and Time: August 5, 2021 at 4:00 p.m. (Prevailing Eastern Time)

MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2380
Facsimile: (212) 849-5830
Christopher J. Houpt
Jarman D. Russell

Attorneys for Citibank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF TELEPHONIC STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a status conference with regards to the Article 77 proceeding pending in the Supreme Court of New York concerning the distribution of proceeds of the Covered Loans Settlement Agreement, dated as of November 30, 2016 and modified as of March 17, 2017, among certain RMBS Trustees and Lehman Brothers Holdings, Inc. and the other debtors in these chapter 11 proceedings,[1] previously scheduled for August 5, 2021 at 2:00 p.m. (prevailing Eastern Time) before the Honorable Shelley C. Chapman, will now be held on **August 5, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE**, that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of

---

[1] The background history of the Article 77 proceeding is set out in the *Letter to the Court Regarding Covered Loans and Transferor Loans Settlement Agreements* [ECF No. 60488].

742883502

the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the Manhattan Division of the Bankruptcy Court will be conducted telephonically. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must refer to the guidelines for telephonic appearances and make arrangements with Court Solutions LLC ("Court Solutions") by going to [www.court-solutions.com](www.court-solutions.com). Pro se parties may participate telephonically in hearings free of charge using Court Solutions. The instructions for registering with Court Solutions are attached hereto as Exhibit A.

Dated:   August 4, 2021
         New York, New York

                                        */s/  Christopher J. Houpt*
                                        MAYER BROWN LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (212) 506-2380
                                        Facsimile: (212) 849-5830
                                        Christopher J. Houpt
                                        Jarman D. Russell

                                        Attorneys for Citibank, N.A.