Christopher P. Wossilek
10687 Addison Ct.
Highlands Ranch, CO 80126
Tel: (303) 330-9942
Email: cwoss@protonmail.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)**

### PROOF OF SERVICE

On August 9th, 2021, I caused to be served the "Motion for Summary Judgement for the Motion for Reconsideration a Limited Basis for the Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief" Docket No. 61197, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via FedEx

FedEx express to:

1.  Lehman Brothers Holdings Inc.

Attention: Kristine Dickson and William Olshan,

c/o Lehman Brothers Holdings Inc., 100 East 42nd Street Suite 820-8th floor, New York, New York 10017.

Tracking number:282344209040

Respectfully Submitted,

August 9th, 2021

Christopher P. Wossilek