UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555-(SCC) |
| Debtor | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Gayle R. Klein, a member of Schulte Roth & Zabel LLP, hereby withdraws her appearance [Dkt. 60499] on behalf of Nover Ventures, LLC in the above-referenced matter and requests to be removed from the ECF noticing for this case, as well as the Court's mailing matrix and service list.

Dated: New York, New York
August 11, 2021

SCHULTE ROTH & ZABEL LLP

By: /s/ Gayle R. Klein
    Gayle R. Klein

919 Third Avenue
New York, New York  10022
(212) 756-2000
Gayle.Klein@srz.com