UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
                                                     :
                    Debtors.                         : (Jointly Administered)
                                                     :
---------------------------------------------------------------x  Ref. Docket No. 61167

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GEOFF ZAHM , being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Appeal," dated July 7, 2021 [Docket No. 61167], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class to those parties listed on the annexed Exhibit A, on July 7, 2021,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, on July 7, 2021, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on July 8, 2021.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
8th day of July, 2021
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS INC
08-13555 (SCC)

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 (SCC)

| Email Addresses |
| --- |
| AAARONSON@DILWORTHLAW.COM |
| AALFONSO@WILLKIE.COM |
| ABEAUMONT@FKLAW.COM |
| ABRAUNSTEIN@RIEMERLAW.COM |
| ACATON@KRAMERLEVIN.COM |
| ADARWIN@NIXONPEABODY.COM |
| ADIAMOND@DIAMONDMCCARTHY.COM |
| ADK@MSF-LAW.COM |
| AGOLD@HERRICK.COM |
| AISENBERG@SAUL.COM |
| AKADISH@DTKLAWGROUP.COM |
| AKOLOD@MOSESSINGER.COM |
| ALEXANDER.LORENZO@ALSTON.COM |
| ALI.OLIA@ROPESGRAY.COM |
| ALUM@FTPORTFOLIOS.COM |
| AMARTIN@SHEPPARDMULLIN.COM |
| AMCMULLEN@BRADLEY.COM |
| AMH@AMHANDLERLAW.COM |
| ANDREW.JOSEPH@DBR.COM |
| ANDREW.LOURIE@KOBREKIM.COM |
| ANDREWTENZER@PAULHASTINGS.COM |
| ANGELICH.GEORGE@ARENTFOX.COM |
| ANGIE.OWENS@SKADDEN.COM |
| ANTHONY_BOCCANFUSO@APORTER.COM |
| AOSTROW@BECKERGLYNN.COM |
| ARAINONE@BRACHEICHLER.COM |
| AROSENBLATT@CHADBOURNE.COM |
| ARTHUR.ROSENBERG@HKLAW.COM |
| ARWOLF@WLRK.COM |
| ASCHWARTZ@HOMERBONNER.COM |
| ASEUFFERT@LAWPOST-NYC.COM |
| ASHMEAD@SEWKIS.COM |
| ASOMERS@RCTLEGAL.COM |
| AUNGER@SIDLEY.COM |
| AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| AVENES@WHITECASE.COM |
| BANKRUPTCY@ABERNATHY-LAW.COM |
| BANKRUPTCY@GOODWIN.COM |
| BANKRUPTCY@MORRISONCOHEN.COM |
| BANKRUPTCYMATTERS@US.NOMURA.COM |
| BARBRA.PARLIN@HKLAW.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| BBISIGNANI@POSTSCHELL.COM |
| BCARLSON@CO.SANMATEO.CA.US |
| BDEMAY@HSGLLP.COM |
| BDK@SCHLAMSTONE.COM |
| BENJAMIN.MINTZ@APKS.COM |
| BGUINEY@PBWT.COM |
| BMILLER@MOFO.COM |
| BONEILL@KRAMERLEVIN.COM |
| BROSENBLUM@JONESDAY.COM |
| BROY@RLTLAWFIRM.COM |
| BRUCE.WRIGHT@SUTHERLAND.COM |
| BSELLIER@RLRPCLAW.COM |
| BSTRICKLAND@WTPLAW.COM |
| BTRUST@MAYERBROWN.COM |
| BTURK@TISHMANSPEYER.COM |
| BWOLFE@SHEPPARDMULLIN.COM |
| CAHN@CLM.COM |
| CANELAS@PURSUITPARTNERS.COM |
| CBELISLE@WFW.COM |
| CBELMONTE@SSBB.COM |
| CDESIDERIO@NIXONPEABODY.COM |
| CFARLEY@MCCARTER.COM |
| CGOLDSTEIN@STCWLAW.COM |
| CHAD.HUSNICK@KIRKLAND.COM |
| CHAMMERMAN@PAULWEISS.COM |
| CHARLES@FILARDI-LAW.COM |
| CHARLES_MALLOY@APORTER.COM |
| CHEMRICK@THEWALSHFIRM.COM |
| CHIPFORD@PARKERPOE.COM |
| CHRIS.DONOHO@HOGANLOVELLS.COM |
| CHRISTOPHER.GRECO@KIRKLAND.COM |
| CLAUDE.MONTGOMERY@DENTONS.COM |
| CLYNCH@REEDSMITH.COM |
| COHEN@SEWKIS.COM |
| CP@STEVENSLEE.COM |
| CPARYSE@CONTRARIANCAPITAL.COM |
| CRAIG.GOLDBLATT@WILMERHALE.COM |
| CRAIGJUSTINALBERT@GMAIL.COM |
| CRMOMJIAN@ATTORNEYGENERAL.GOV |
| CSALOMON@BECKERGLYNN.COM |
| CSCHREIBER@WINSTON.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| CSHORE@WHITECASE.COM |
| CSZYFER@STROOCK.COM |
| CWALSH@MAYERBROWN.COM |
| CWARD@POLSINELLI.COM |
| CWEISS@INGRAMLLP.COM |
| DALLAS.BANKRUPTCY@PUBLICANS.COM |
| DAVID.BENNETT@TKLAW.COM |
| DAVID.LIVSHIZ@FRESHFIELDS.COM |
| DAVID.POWLEN@BTLAW.COM |
| DAVID.WENDER@ALSTON.COM |
| DAVIDWHEELER@MVALAW.COM |
| DBARBER@SBBOLAW.COM |
| DBESIKOF@LOEB.COM |
| DBLACK@HSGLLP.COM |
| DCIMO@GJB-LAW.COM |
| DCOFFINO@COV.COM |
| DCRAPO@GIBBONSLAW.COM |
| DDAVIS@PAULWEISS.COM |
| DDUNNE@MILBANK.COM |
| DEGGERMANN@KRAMERLEVIN.COM |
| DEMETRA.LIGGINS@TKLAW.COM |
| DENNIS.TRACEY@HOGANLOVELLS.COM |
| DFELDER@ORRICK.COM |
| DFLANIGAN@POLSINELLI.COM |
| DGOLDBERG@HSGLLP.COM |
| DHAYES@MCGUIREWOODS.COM |
| DHEALY@HSGLLP.COM |
| DHEFFER@FOLEY.COM |
| DHW@DHCLEGAL.COM |
| DJCARRAGHER@DAYPITNEY.COM |
| DJOSEPH@STRADLEY.COM |
| DKESSLER@KTMC.COM |
| DKOZUSKO@WILLKIE.COM |
| DLIPKE@VEDDERPRICE.COM |
| DMARK@KASOWITZ.COM |
| DMCGUIRE@WINSTON.COM |
| DMILLER@STEINLUBIN.COM |
| DMURRAY@JENNER.COM |
| DNEIER@WINSTON.COM |
| DODONNELL@MILBANK.COM |
| DPEGNO@DPKLAW.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| DROSENZWEIG@FULBRIGHT.COM |
| DROSNER@GOULSTONSTORRS.COM |
| DROSNER@KASOWITZ.COM |
| DSCHIEFELBEIN@MCKOOLSMITH.COM |
| DSHAFFER@WTPLAW.COM |
| DSPELFOGEL@FOLEY.COM |
| DSULLIVAN@HSGLLP.COM |
| DTHEISING@HARRISONMOBERLY.COM |
| DWDYKHOUSE@PBWT.COM |
| DWORKMAN@BAKERLAW.COM |
| EBCALVO@PBFCM.COM |
| ECOHEN@RUSSELLINVESTMENTS.COM |
| EDELUCIA@HSGLLP.COM |
| EDWARD.FLANDERS@PILLSBURYLAW.COM |
| EFISHER@BINDERSCHWARTZ.COM |
| EFLECK@MILBANK.COM |
| EFRIEDMAN@FKLAW.COM |
| EFRIEDMAN@FRIEDMANSPRING.COM |
| EKBERGC@LANEPOWELL.COM |
| ELEICHT@WHITECASE.COM |
| ELLEN.HALSTEAD@CWT.COM |
| EMAGNELLI@BRACHEICHLER.COM |
| EMERBERG@MAYERBROWN.COM |
| ENID.STUART@AG.NY.GOV |
| ENKAPLAN@KAPLANLANDAU.COM |
| EOBRIEN@SBCHLAW.COM |
| ETILLINGHAST@SHEPPARDMULLIN.COM |
| EVANHORN@GROSSPOLOWY.COM |
| EWEINICK@OTTERBOURG.COM |
| EZUJKOWSKI@EMMETMARVIN.COM |
| FARRINGTON.YATES@KOBREKIM.COM |
| FCARRUZZO@KRAMERLEVIN.COM |
| FFM@BOSTONBUSINESSLAW.COM |
| FOONT@FOONTLAW.COM |
| FSOSNICK@SHEARMAN.COM |
| GABRIEL.DELVIRGINIA@VERIZON.NET |
| GARY.RAVERTPLLC@GMAIL.COM |
| GBRAY@MILBANK.COM |
| GCACUCI@LAW.NYC.GOV |
| GGITOMER@MKBATTORNEYS.COM |
| GGOODMAN@FOLEY.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
| --- |
| GIDDENS@HUGHESHUBBARD.COM |
| GKADEN@GOULSTONSTORRS.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM |
| GMOSS@RIEMERLAW.COM |
| GOLDENBERG@SSNYLAW.COM |
| GSPILSBURY@JSSLAW.COM |
| HARRISJM@MICHIGAN.GOV |
| HARVEYSTRICKON@PAULHASTINGS.COM |
| HEISER@CHAPMAN.COM |
| HMAGALIFF@R3MLAW.COM |
| HOLSEN@STROOCK.COM |
| HOOPER@SEWKIS.COM |
| HOWARD.HAWKINS@CWT.COM |
| HOWARD.SEIFE@NORTONROSEFULBRIGHT.COM |
| HSEIFE@CHADBOURNE.COM |
| HSNOVIKOFF@WLRK.COM |
| INFO@PWLAWYERS.COM |
| IPETERSEN@JOHNSTONTHOMAS.COM |
| IRETHY@STBLAW.COM |
| JACOBSONN@SEC.GOV |
| JAMES.BERG@PIBLAW.COM |
| JAMES.MCCLAMMY@DPW.COM |
| JAMES.SPRAYREGEN@KIRKLAND.COM |
| JAMESBOYAJIAN@GMAIL.COM |
| JAMESTECCE@QUINNEMANUEL.COM |
| JAR@OUTTENGOLDEN.COM |
| JAY@KLEINSOLOMON.COM |
| JBEEMER@ENTWISTLE-LAW.COM |
| JBRODY@JOHNSTONTHOMAS.COM |
| JCARBERRY@CL-LAW.COM |
| JCDEBACA@MAYERBROWN.COM |
| JCHRISTIAN@TOBINLAW.COM |
| JDORAN@HASLAW.COM |
| JDWARNER@WARNERANDSCHEUERMAN.COM |
| JDYAS@HALPERINLAW.NET |
| JEAN-DAVID.BARNEA@USDOJ.GOV |
| JEANNETTE.BOOT@WILMERHALE.COM |
| JEFF.WITTIG@UNITED.COM |
| JEFFREY.KATZ@ROPESGRAY.COM |
| JELDREDGE@VELAW.COM |
| JENNIFER.DEMARCO@CLIFFORDCHANCE.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| JENNIFER.GORE@SHELL.COM |
| JERRY@BLBGLAW.COM |
| JG5786@ATT.COM |
| JGENOVESE@GJB-LAW.COM |
| JGUY@ORRICK.COM |
| JHIGGINS@FDLAW.COM |
| JHORGAN@PHXA.COM |
| JHUGGETT@MARGOLISEDELSTEIN.COM |
| JJURELLER@KLESTADT.COM |
| JLAMAR@MAYNARDCOOPER.COM |
| JLAWLOR@WMD-LAW.COM |
| JLEE@FOLEY.COM |
| JLEVITIN@CAHILL.COM |
| JMADDOCK@MCGUIREWOODS.COM |
| JMELKO@GARDERE.COM |
| JMERVA@FULT.COM |
| JMR@MSF-LAW.COM |
| JOHN.BECK@HOGANLOVELLS.COM |
| JOHN.GOODCHILD@MORGANLEWIS.COM |
| JOHN.MONAGHAN@HKLAW.COM |
| JOHN.MULE@STATE.MN.US |
| JONATHAN.GOLDBLATT@BNYMELLON.COM |
| JONATHAN.HENES@KIRKLAND.COM |
| JORBACH@HAHNHESSEN.COM |
| JOSHUA.DORCHAK@MORGANLEWIS.COM |
| JOWEN769@YAHOO.COM |
| JPORTER@ENTWISTLE-LAW.COM |
| JPROL@LOWENSTEIN.COM |
| JRABINOWITZ@RLTLAWFIRM.COM |
| JRAPISARDI@OMM.COM |
| JROSA@MAYERBROWN.COM |
| JROSENTHAL@MHLAWCORP.COM |
| JRSMITH@HUNTON.COM |
| JSCHILLER@BSFLLP.COM |
| JSCHWARTZ@HAHNHESSEN.COM |
| JSHEERIN@MCGUIREWOODS.COM |
| JSHERMAN@BSFLLP.COM |
| JSHICKICH@RIDDELLWILLIAMS.COM |
| JSMAIRO@PBNLAW.COM |
| JTIMKO@SHUTTS.COM |
| JUDY.MORSE@CROWEDUNLEVY.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| JVAIL@SSRL.COM |
| JWCOHEN@DAYPITNEY.COM |
| JWEST@VELAW.COM |
| JWH@NJLAWFIRM.COM |
| JZULACK@FZWZ.COM |
| KANEMA@FORMANLAW.COM |
| KAREN.WAGNER@DPW.COM |
| KARL.GEERCKEN@ALSTON.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KEITH.SIMON@LW.COM |
| KELLY.KLEIST@SOLIDCOUNSEL.COM |
| KEN.COLEMAN@ALLENOVERY.COM |
| KERRY.MOYNIHAN@HRO.COM |
| KGWYNNE@REEDSMITH.COM |
| KIPLOK@HUGHESHUBBARD.COM |
| KKOLBIG@MOSESSINGER.COM |
| KLYNCH@FORMANLAW.COM |
| KMANKA@JOHNSTONTHOMAS.COM |
| KOBAK@HUGHESHUBBARD.COM |
| KORR@ORRICK.COM |
| KOVSKYD@PEPPERLAW.COM |
| KRESSK@PEPPERLAW.COM |
| KREYNOLDS@MKLAWNYC.COM |
| KROSEN@LOWENSTEIN.COM |
| KSEBASKI@HSGLLP.COM |
| KURT.RADEMACHER@MORGANLEWIS.COM |
| LADLER@LANIADLERPARTNERS.COM |
| LANDON@SLOLLP.COM |
| LAPETERSON@FOLEY.COM |
| LAWALLF@PEPPERLAW.COM |
| LAWRENCE.GELBER@SRZ.COM |
| LBERKOFF@MORITTHOCK.COM |
| LEE.STREMBA@TROUTMANSANDERS.COM |
| LEE.WHIDDEN@DENTONS.COM |
| LEO.CROWLEY@PILLSBURYLAW.COM |
| LGRANFIELD@CGSH.COM |
| LHANDELSMAN@STROOCK.COM |
| LISA.SOLOMON@ATT.NET |
| LJKOTLER@DUANEMORRIS.COM |
| LKATZ@LTBLAW.COM |
| LKISS@SLESTADT.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| LMARINUZZI@MOFO.COM |
| LMCGOWEN@ORRICK.COM |
| LNASHELSKY@MOFO.COM |
| LOIZIDES@LOIZIDES.COM |
| LSCHWEITZER@CGSH.COM |
| LSPELL@ABERNATHY-LAW.COM |
| LUCDESPINS@PAULHASTINGS.COM |
| MABRAMS@WILLKIE.COM |
| MAOFILING@CGSH.COM |
| MARGOLIN@HUGHESHUBBARD.COM |
| MARK.BANE@ROPESGRAY.COM |
| MARK.DENDINGER@BRACEWELL.COM |
| MARK.ELLENBERG@CWT.COM |
| MARK.MCKANE@KIRKLAND.COM |
| MARK.SALZBERG@SQUIREPB.COM |
| MARK.SHERRILL@SUTHERLAND.COM |
| MATT@WILLAW.COM |
| MATTHEW.KLEPPER@DLAPIPER.COM |
| MAUSTIN@ORRICK.COM |
| MBIENENSTOCK@PROSKAUER.COM |
| MBLOEMSMA@OFFITKURMAN.COM |
| MBOSSI@THOMPSONCOBURN.COM |
| MCARTHURK@SULLCROM.COM |
| MCARUSO@CSGLAW.COM |
| MCCARTHYJ@SULLCROM.COM |
| MCOLOMAR@DIAZREUS.COM |
| MCORDONE@STRADLEY.COM |
| MCYGANOWSKI@OSHR.COM |
| MELOROD@GTLAW.COM |
| MELTZERE@PEPPERLAW.COM |
| METKIN@LOWENSTEIN.COM |
| MFELDMAN@WILLKIE.COM |
| MGORDON@BRIGGS.COM |
| MGREGER@ALLENMATKINS.COM |
| MH1@MCCALLARAYMER.COM |
| MHANIN@KASOWITZ.COM |
| MHOPKINS@COV.COM |
| MICHAEL.KELLY@MONARCHLP.COM |
| MICHAEL.KRAUT@MORGANLEWIS.COM |
| MICHAEL.MCCRORY@BTLAW.COM |
| MICHAEL.SOLOW@APKS.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
| --- |
| MILLER@TAFTLAW.COM |
| MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| MITCHELL.AYER@TKLAW.COM |
| MITCHELL.BERGER@SQUIREPB.COM |
| MJEDELMAN@VEDDERPRICE.COM |
| MLAHAIE@AKINGUMP.COM |
| MLANDMAN@LCBF.COM |
| MLYNCH2@TRAVELERS.COM |
| MMORREALE@US.MUFG.JP |
| MNEIER@IBOLAW.COM |
| MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM |
| MPACKMAN@FISHERBROTHERS.COM |
| MPARRY@MOSESSINGER.COM |
| MROSENTHAL@GIBSONDUNN.COM |
| MSEGARRA@MAYERBROWN.COM |
| MSHINER@TUCKERLAW.COM |
| MSHUSTER@HSGLLP.COM |
| MSOLOW@KAYESCHOLER.COM |
| MSPEISER@STROOCK.COM |
| MSTAMER@AKINGUMP.COM |
| MUNNO@SEWKIS.COM |
| MVENDITTO@REEDSMITH.COM |
| MWARNER@COLESCHOTZ.COM |
| MWARREN@MTB.COM |
| N.SHAH@DUBAIIC.COM |
| NATHAN.SPATZ@PILLSBURYLAW.COM |
| NBINDER@BINDERSCHWARTZ.COM |
| NBOJAR@FKLAW.COM |
| NCOCO@MWE.COM |
| NED.SCHODEK@SHEARMAN.COM |
| NEILBERGER@TEAMTOGUT.COM |
| NGUERON@CGR-LAW.COM |
| NICHOLAS.ZALANY@SQUIREPB.COM |
| NISSAY_10259-0154@MHMJAPAN.COM |
| NLEPORE@SCHNADER.COM |
| NLIEBERMAN@HSGLLP.COM |
| NOTICE@BKCYLAW.COM |
| NYROBANKRUPTCY@SEC.GOV |
| OTCCORPACTIONS@FINRA.ORG |
| PATRICK.MILLER@FAEGREBD.COM |
| PBATTISTA@GJB-LAW.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| PBOSSWICK@SSBB.COM |
| PDUBLIN@AKINGUMP.COM |
| PEISENBERG@LOCKELORD.COM |
| PETER.GILHULY@LW.COM |
| PETER.MEISELS@WILSONELSER.COM |
| PETER.SIMMONS@FRIEDFRANK.COM |
| PETER@BANKRUPT.COM |
| PFELDMAN@OSHR.COM |
| PFINKEL@WILMINGTONTRUST.COM |
| PMAXCY@SONNENSCHEIN.COM |
| PPASCUZZI@FFWPLAW.COM |
| PSP@NJLAWFIRM.COM |
| RACHEL.OBALDO@OAG.TEXAS.GOV |
| RAJ.MADAN@SKADDEN.COM |
| RAMONA.NEAL@HP.COM |
| RBEACHER@PRYORCASHMAN.COM |
| RBYMAN@JENNER.COM |
| RDAVERSA@ORRICK.COM |
| RELGIDELY@GJB-LAW.COM |
| RFRIEDMAN@SILVERMANACAMPORA.COM |
| RGMASON@WLRK.COM |
| RGOODMAN@MOUNDCOTTON.COM |
| RGRAHAM@WHITECASE.COM |
| RHAMBURG@MAYERBROWN.COM |
| RICHARD.LEAR@HKLAW.COM |
| RICHARD@RWMAPLC.COM |
| RICK.MURPHY@SUTHERLAND.COM |
| RMATZAT@HAHNHESSEN.COM |
| RNETZER@WILLKIE.COM |
| ROBERT.YALEN@USDOJ.GOV |
| ROBIN.KELLER@LOVELLS.COM |
| ROGER@RNAGIOFF.COM |
| RPEDONE@NIXONPEABODY.COM |
| RRAINER@WMD-LAW.COM |
| RROUPINIAN@OUTTENGOLDEN.COM |
| RTHOMAS@JOHNSTONTHOMAS.COM |
| RUSSJ4478@AOL.COM |
| RWEISS@JOHNSTONTHOMAS.COM |
| RYASPAN@YASPANLAW.COM |
| SABIN.WILLETT@MORGANLEWIS.COM |
| SABRAMOWITZ@VELAW.COM |

BH  08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
| --- |
| SALLY.HENRY@SKADDEN.COM |
| SANDERSON@FREEBORN.COM |
| SCARGILL@LOWENSTEIN.COM |
| SCHAGER@SSNYLAW.COM |
| SCHEPIS@PURSUITPARTNERS.COM |
| SCHNABEL.ERIC@DORSEY.COM |
| SCHRISTIANSON@BUCHALTER.COM |
| SCOTT.GOLDEN@HOGANLOVELLS.COM |
| SCOTTJ@SULLCROM.COM |
| SCOUSINS@ARMSTRONGTEASDALE.COM |
| SDNYECF@DOR.MO.GOV |
| SEHLERS@ARMSTRONGTEASDALE.COM |
| SFALANGA@THEWALSHFIRM.COM |
| SFINEMAN@LCHB.COM |
| SFISHER@MCKOOLSMITH.COM |
| SFOX@MCGUIREWOODS.COM |
| SGORDON@CAHILL.COM |
| SGRAZIANO@BLBGLAW.COM |
| SGUBNER@EBG-LAW.COM |
| SHARBECK@SIPC.ORG |
| SKATONA@POLSINELLI.COM |
| SLEO@BM.NET |
| SLERMAN@EBGLAW.COM |
| SLERNER@SSD.COM |
| SLODEN@DIAMONDMCCARTHY.COM |
| SMILLMAN@STROOCK.COM |
| SNEWMAN@KATSKYKORINS.COM |
| SONEAL@CGSH.COM |
| SORY@FDLAW.COM |
| SQUSBA@STBLAW.COM |
| SREE@LCBF.COM |
| SSCHULTZ@AKINGUMP.COM |
| SSELBST@HERRICK.COM |
| SSTARR@STARRANDSTARR.COM |
| STEPHEN.COWAN@DLAPIPER.COM |
| STEPHEN.HESSLER@KIRKLAND.COM |
| STEVE.GINTHER@DOR.MO.GOV |
| STEVEN.USDIN@FLASTERGREENBERG.COM |
| STREUSAND@SLOLLP.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| SWOLOWITZ@MAYERBROWN.COM |

BH 08-13555 ( SCC)
Electronic Mail Master Service List (Count 486 as of 03.29.21)

| Email Addresses |
|---|
| SZUBER@CSGLAW.COM |
| TANNWEILER@GREERHERZ.COM |
| TBROCK@SSBB.COM |
| TDEWEY@DPKLAW.COM |
| TGOREN@MOFO.COM |
| TGRINSELL@HSGLLP.COM |
| THENDERSON@AMERICANMLG.COM |
| THOMAS.CALIFANO@DLAPIPER.COM |
| TIMOTHY.HARKNESS@FRESHFIELDS.COM |
| TKIRIAKOS@MAYERBROWN.COM |
| TLAURIA@WHITECASE.COM |
| TMACWRIGHT@WHITECASE.COM |
| TMM@MULLAW.ORG |
| TNIXON@GKLAW.COM |
| TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV |
| TPACHMAN@SJU.EDU |
| TSALTER@BLANKROME.COM |
| UITKIN@KASOWITZ.COM |
| USTP.REGION02@USDOJ.GOV |
| VILLA@SLOLLP.COM |
| VMILIONE@NIXONPEABODY.COM |
| VRUBINSTEIN@LOEB.COM |
| WANDA.GOODLOE@CBRE.COM |
| WBENZIJA@HALPERINLAW.NET |
| WCURCHACK@LOEB.COM |
| WFOSTER@MILBANK.COM |
| WILL.SUGDEN@ALSTON.COM |
| WILLIAM.HAO@ALSTON.COM |
| WISOTSKA@PEPPERLAW.COM |
| WMAHER@WMD-LAW.COM |
| WMARCARI@EBGLAW.COM |
| WMCKENNA@FOLEY.COM |
| WSWEARINGEN@BECKERGLYNN.COM |
| WTAYLOR@MCCARTER.COM |
| YUWATOKOA405:A487@MOFO.COM |

# EXHIBIT C

LEHMAN BROTHERS HOLDINGS INC
08-13555 (SCC)

Randall Martin
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022


Solomon J. Noh
Shearman & Sterling LLP
9 Appold Street
London, EC2A 2AP
United Kingdom