**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re:                                                 :   Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :   Case No. 08-13555 (SCC)
:
              Debtors.                                    :   (Jointly Administered)
:
------------------------------------------------------------------------x   Ref. Docket No. 61194

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                            ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2021, I caused to be served the "Plan Administrator's Objection to Motion for Reconsideration and Related Filings," dated August 4, 2021 [Docket No. 61194], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
5th day of August, 2021
/s/ *Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHRISTOPHER P. WOSSILEK | 10687 ADDISON CT HIGHLANDS RANCH CO 80126 |
| JOSEPH WASKE | 22862 VIA GENOA DANA POINT CA 92629 |
| PHILLIP WOSSILEK | 6833 SOUTH HARVEST CT AURORA CO 80016 |
| REX WU | 6315 N CAMPBELL CHICAGO IL 60659 |

**Total Creditor count  4**

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.,
Case No. 08-13555 (SCC)
First Class Mail Parties

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| adiamond@diamondmccarthy.com |
| adk@msf-law.com |
| agold@herrick.com |
| aisenberg@saul.com |
| akadish@dtklawgroup.com |
| akolod@mosessinger.com |
| alexander.lorenzo@alston.com |
| ali.olia@ropesgray.com |
| alum@ftportfolios.com |
| amartin@sheppardmullin.com |
| amcmullen@bradley.com |
| amh@amhandlerlaw.com |
| andrew.joseph@dbr.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| anthony_boccanfuso@aporter.com |
| aostrow@beckerglynn.com |
| arainone@bracheichler.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@abernathy-law.com |
| bankruptcy@goodwin.com |
| bankruptcy@morrisoncohen.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| bbisignani@postschell.com |
| bcarlson@co.sanmateo.ca.us |
| bdemay@hsgllp.com |
| bdk@schlamstone.com |
| benjamin.mintz@apks.com |
| bguiney@pbwt.com |
| bmiller@mofo.com |
| boneill@kramerlevin.com |
| brosenblum@jonesday.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bsellier@rlrpclaw.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgoldstein@stcwlaw.com |
| chad.husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| chemrick@thewalshfirm.com |
| chipford@parkerpoe.com |
| chris.donoho@hoganlovells.com |
| christopher.greco@kirkland.com |
| claude.montgomery@dentons.com |
| clynch@reedsmith.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cparyse@contrariancapital.com |
| craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com |
| cschreiber@winston.com |

# LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| cshore@whitecase.com |
| cszyfer@stroock.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| david.bennett@tklaw.com |
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| david.wender@alston.com |
| davidwheeler@mvalaw.com |
| dbarber@sbbolaw.com |
| dbesikof@loeb.com |
| dblack@hsgllp.com |
| dcimo@gjb-law.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| demetra.liggins@tklaw.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgoldberg@hsgllp.com |
| dhayes@mcguirewoods.com |
| dhealy@hsgllp.com |
| dheffer@foley.com |
| dhw@dhclegal.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dpegno@dpklaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| drosner@kasowitz.com |
| dschiefelbein@mckoolsmith.com |
| dshaffer@wtplaw.com |
| dspelfogel@foley.com |
| dsullivan@hsgllp.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| ebcalvo@pbfcm.com |
| ecohen@russellinvestments.com |
| edelucia@hsgllp.com |
| edward.flanders@pillsburylaw.com |
| efisher@binderschwartz.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| ellen.halstead@cwt.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enid.stuart@ag.ny.gov |
| enkaplan@kaplanlandau.com |
| eobrien@sbchlaw.com |
| etillinghast@sheppardmullin.com |
| evanhorn@grosspolowy.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| farrington.yates@kobrekim.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |
| gbray@milbank.com |
| gcacuci@law.nyc.gov |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |
| goldenberg@ssnylaw.com |
| gspilsbury@jsslaw.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| heiser@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |
| howard.seife@nortonrosefulbright.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| info@pwlawyers.com |
| ipetersen@johnstonthomas.com |
| irethy@stblaw.com |
| jacobsonn@sec.gov |
| james.berg@piblaw.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbrody@johnstonthomas.com |
| jcarberry@cl-law.com |
| jcdebaca@mayerbrown.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdyas@halperinlaw.net |
| jean-david.barnea@usdoj.gov |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@united.com |
| jeffrey.katz@ropesgray.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |

# LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| jennifer.gore@shell.com |
| jerry@blbglaw.com |
| jg5786@att.com |
| jgenovese@gjb-law.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |
| jlevitin@cahill.com |
| jmaddock@mcguirewoods.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmr@msf-law.com |
| john.beck@hoganlovells.com |
| john.goodchild@morganlewis.com |
| john.monaghan@hklaw.com |
| john.mule@state.mn.us |
| jonathan.goldblatt@bnymellon.com |
| Jonathan.Henes@kirkland.com |
| jorbach@hahnhessen.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrapisardi@omm.com |
| jrosa@mayerbrown.com |
| jrosenthal@mhlawcorp.com |
| jrsmith@hunton.com |
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keith.simon@lw.com |
| kelly.kleist@solidcounsel.com |
| ken.coleman@allenovery.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |
| kiplok@hugheshubbard.com |
| kkolbig@mosessinger.com |
| klynch@formanlaw.com |
| kmanka@johnstonthomas.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| kreynolds@mklawnyc.com |
| krosen@lowenstein.com |
| ksebaski@hsgllp.com |
| kurt.rademacher@morganlewis.com |
| ladler@laniadlerpartners.com |
| landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| lee.stremba@troutmansanders.com |
| lee.whidden@dentons.com |
| leo.crowley@pillsburylaw.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| ljkotler@duanemorris.com |
| lkatz@ltblaw.com |
| lkiss@slestadt.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lspell@abernathy-law.com |
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| maofiling@cgsh.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.dendinger@bracewell.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.salzberg@squirepb.com |
| mark.sherrill@sutherland.com |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbienenstock@proskauer.com |
| mbloemsma@offitkurman.com |
| mbossi@thompsoncoburn.com |
| mcarthurk@sullcrom.com |
| mcaruso@csglaw.com |
| mccarthyj@sullcrom.com |
| mcolomar@diazreus.com |
| mcordone@stradley.com |
| mcyganowski@oshr.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhanin@kasowitz.com |
| mhopkins@cov.com |
| michael.kelly@monarchlp.com |
| michael.kraut@morganlewis.com |
| michael.mccrory@btlaw.com |
| michael.solow@apks.com |

**LEHMAN BROTHERS HOLDINGS INC.**
Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.ayer@tklaw.com |
| mitchell.berger@squirepb.com |
| mjedelman@vedderprice.com |
| mlahaie@akingump.com |
| mlandman@lcbf.com |
| mlynch2@travelers.com |
| mmorreale@us.mufg.jp |
| mneier@ibolaw.com |
| monica.lawless@brookfieldproperties.com |
| mpackman@fisherbrothers.com |
| mparry@mosessinger.com |
| mrosenthal@gibsondunn.com |
| msegarra@mayerbrown.com |
| mshiner@tuckerlaw.com |
| mshuster@hsgllp.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| munno@sewkis.com |
| mvenditto@reedsmith.com |
| mwarner@coleschotz.com |
| mwarren@mtb.com |
| n.shah@dubaiic.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| ned.schodek@shearman.com |
| neilberger@teamtogut.com |
| ngueron@cgr-law.com |
| nicholas.zalany@squirepb.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| nlieberman@hsgllp.com |
| notice@bkcylaw.com |
| nyrobankruptcy@sec.gov |
| otccorpactions@finra.org |
| patrick.miller@faegrebd.com |
| pbattista@gjb-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.meisels@wilsonelser.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| psp@njlawfirm.com |
| rachel.obaldo@oag.texas.gov |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhamburg@mayerbrown.com |
| richard.lear@hklaw.com |
| richard@rwmaplc.com |
| rick.murphy@sutherland.com |
| rmatzat@hahnhessen.com |
| rnetzer@willkie.com |
| robert.yalen@usdoj.gov |
| robin.keller@Lovells.com |
| roger@rnagioff.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rthomas@johnstonthomas.com |
| russj4478@aol.com |
| rweiss@johnstonthomas.com |
| ryaspan@yaspanlaw.com |
| sabin.willett@morganlewis.com |
| sabramowitz@velaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| sally.henry@skadden.com |
| sanderson@freeborn.com |
| scargill@lowenstein.com |
| schager@ssnylaw.com |
| schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scousins@armstrongteasdale.com |
| sdnyecf@dor.mo.gov |
| sehlers@armstrongteasdale.com |
| sfalanga@thewalshfirm.com |
| sfineman@lchb.com |
| sfisher@mckoolsmith.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| sharbeck@sipc.org |
| skatona@polsinelli.com |
| sleo@bm.net |
| slerman@ebglaw.com |
| slerner@ssd.com |
| sloden@diamondmccarthy.com |
| smillman@stroock.com |
| snewman@katskykorins.com |
| soneal@cgsh.com |
| sory@fdlaw.com |
| squsba@stblaw.com |
| sree@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sstarr@starrandstarr.com |
| stephen.cowan@dlapiper.com |
| stephen.hessler@kirkland.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| szuber@csglaw.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| tgoren@mofo.com |
| tgrinsell@hsgllp.com |
| thenderson@americanmlg.com |
| thomas.califano@dlapiper.com |
| timothy.harkness@freshfields.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tpachman@sju.edu |
| tsalter@blankrome.com |
| uitkin@kasowitz.com |
| ustp.region02@usdoj.gov |
| villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| wfoster@milbank.com |
| will.sugden@alston.com |
| william.hao@alston.com |
| wisotska@pepperlaw.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wswearingen@beckerglynn.com |
| wtaylor@mccarter.com |
| yuwatoko@mofo.com |

LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555
Additional Electronic Mail List

| Name | Email Address |
| --- | --- |
| CHRISTOPHER P. WOSSILEK | CWOSS@PROTONMAIL.COM |
| PHILLIP WOSSILEK | WOZZ229@COMCAST.NET |
| REX WU | REX_WU@LIVE.COM |
| JOSEPH WASKE | JWASKE3@YAHOO.COM |