Schedule B

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CHOW CHI WAH | The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mr. Chow Chi Wah
Apt 3 17/F Tower B, San Francisco Tower, No. 35 Ventris Road, Happy Valley, Hong Kong

Phone: 852-9366 3660 (mobile)
Last Four Digits of Acct. #:

Court Claim # (if known): [56671]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above): As above

Phone: As above
Last Four Digits of Acct. #:

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____(signed)_____    Date: Aug 6, 21
Transferee / Transferee's Agent
Name: Chow Chi Wah
Title: Mr.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Checker:
Signature verified: Stefanie Y
44063675

RESTRICTED

**Schedule C**

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED SINGAPORE BRANCH** ("**Transferor**"), does hereby certify that, as of __6 Aug__, 2021, it has unconditionally and irrevocably transferred and assigned to Mr. Chow Chi Wah ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56671] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount |
|---|---|---|---|
| XS0328865588 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC. | USD300,000.00 |
| XS0326025920 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC. | USD200,000.00 |
| XS0297907791 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC. | EUR100,000.00 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the __6__ of __Aug__ 2021.

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED**

By: _____
Name: Ng Puay Cheng
Title: Head of Business Admin & Operation Services
       HSBC Singapore Branch
Tel.: _____

Checker: _____
Signature verified: Stefanie Yu

**MR. CHOW CHI WAH**

By: _____
Tel.: 852-9366 3660 (Mobile)

E2.277894

RESTRICTED