B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  LEHMAN BROTHERS HOLDINGS INC        Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HIJOS DE VICENTE SEVILLA S.L.          BANKINTER S.A.
Name of Transferee                      Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): _____
should be sent:                                   Amount of Claim: _____
                                                  Date Claim Filed: _____

Phone: _____                                    Phone: _____
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):         CLAIM NUMBER: 64024

                                                  CLAIM AMOUNT: 77,85690894 %

Phone: _____                                    ISIN: XS0342637872
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 03/08/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 13 2021
U.S. BANKRUPTCY COURT, SDNY