B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDING INC          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LOBBES TRUST
Name of Transferee

HARGREAVE HALE NOMINEES LTD.
Name of Transferor

Name and Address where notices to transferee should be sent: C/O NIGEL SLOAM & CO ROMAN HOUSE, GOLDERS GREEN ROAD LONDON NW11 9PY

Court Claim # (if known): 42293
Amount of Claim: _____
Date Claim Filed: _____

Phone: 020 6209 1222
Last Four Digits of Acct #: _____

Phone: 01253 376582
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 06/08/2021
Transferee/Transferee's Agent (NSS TRUSTEE LTD)
ON BEHALF OF LOBBES TRUST

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**RECEIVED**

AUG 1 2021

U.S. BANKRUPTCY

| Transferee | ISIN | Amount To Transfer |
|---|---|---|
| Lobbes Trust | XS0327576772 | USD 50,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |