B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDING INC.                              Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CARISMA PENSION SCHEME                          HARGREAVE HALE NOMINEES LTD
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 42293.
should be sent: C/O NIGEL SLOAM + CO             Amount of Claim: _____
ROMAN HOUSE, GOLDERS GREEN ROAD,                 Date Claim Filed: _____
LONDON NW11 9PY

Phone: 020 8209 1222                             Phone: 01253 376582
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signature)       Date: 06/08/2021
Transferee/Transferee's Agent (NSS TRUSTEES LTD)
ON BEHALF OF CARISMA PENSION SCHEME

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 11 2021
U.S. BANKRUPTCY COURT, SDNY

| Transferee | ISIN | Amount To Transfer |
|---|---|---|
| Carisma Pension Scheme | XS0327576772 | USD 500,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |