

**CREDITO EMILIANO SPA**
Capogruppo del Gruppo Bancario Credito Emiliano - Credem - Capitale versato euro 341.320.065 - Codice Fiscale e Registro Imprese di Reggio Emilia 01806740153 - P. IVA 02823390352 - REA n° 219769
Iscritta all'Albo delle banche e all'Albo dei Gruppi Bancari tenuti dalla Banca d'Italia - Aderente al Fondo Interbancario di Tutela dei Depositi Sede Sociale e Direzione - Via Emilia S. Pietro, 4 - 42121 Reggio Emilia
Tel: +39 0522 582111 - Fax: +39 0522 433969 - www.credem.it - info@credem.it -
credem@pec.gruppocredem.it - Swift: BACRIT22 - Telex: BACDIR 530658.
La Società ha adottato un Modello ai sensi del D.Lgs. 231/01, di cui Parte Generale e Codice Etico sono consultabili sul sito www.credem.it.

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
and

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**
777 Third Avenue
12th Floor
New York, NY 10017

Reggio Emilia, 05 August 2021

**Object**: merger by incorporation of **Cassa di Risparmio di Cento S.p.a.** into **Credito Emiliano S.p.a. - LEHMAN BROTHERS HOLDINGS INC.**

With this notice we inform you that with effect by 24 July 2021 Cassa di Risparmio di Cento S.p.a. (a company incorpoted in Italy hose registered office is at Cento (FE) Via Matteotti 8/B) has been merged by incorporation into Credito Emiliano S.p.a. (a company incorporated in Italy, hose registered office is at Reggio Emilia (RE),Via Emilia San Pietro 4).
Here attached the press release for your understanding.

Herebelow the list of claims whose **Cassa di Risparmio di Cento S.p.a.** is the record holder as eligible creditor in the chapter 11 case against Lehman Brothers Holdings Inc. ("LBHI").

| Claim Number | Plan Class | Allowed Claim Amount |
|---|---|---|
| 56041.43 | LBHI CLASS 05- SENIOR THIRD- PARTY GUARANTEE | $ 46,635.30 |
| 56123.03 | LBHI CLASS 05- SENIOR THIRD- PARTY GUARANTEE | $1,978,970.90 |
| 63450.01 | LBHI CLASS 05- SENIOR THIRD- PARTY GUARANTEE | $ 152,519.13 |

With this notice we ask you:
a) to consider Credito Emiliano S.p.a. as the successor in interest to Cassa di Risparmio di Cento S.p.a.
b) to send any communication, notices, information regarding the claims hereabove specified to Credito Emiliano Spa to the following address, as actually you are already doing with refer to the Credito Emiliano S.p.a.'s eligible claims:
Credito Emiliano S.p.a.,
ATTN: EFISIO BERTRAND, UFFICIO FINANZA LEGALE
VIA EMILIA S PIETRO N. 4
REGGIO EMILIA 42121
ITALY
e.mail: corporateactions@credem.it

Best regards

Credito Emiliano Spa
Legal dpt

**RECEIVED**
**AUG 1 2 2021**
**U.S. BANKRUPTCY COURT, SDNY**

Credito Emiliano S.p.A. - Capogruppo del Gruppo bancario Credito Emiliano - Credem - Capitale versato euro 341.320.065 - Codice Fiscale e Registro Imprese di Reggio Emilia 01806740153 P. IVA 02823390352 - REA n. 219769 - Iscritta all'Albo delle banche e all'Albo dei Gruppi bancari tenuti dalla Banca d'Italia - Aderente al Fondo Interbancario di Tutela dei Depositi - Sede Sociale e Direzione Via Emilia S. Pietro,4 - 42121 Reggio Emilia - Tel:+39 0522 582111-Fax +39 0522 433969 - www.credem.it - info@credem.it - Swift: BACRIT22 - Telex: BACDIR 530658 - Finanziatore soggetto ai controlli esercitati dalla Banca d'Italia, con sede in Via Nazionale, 91 - 00184 Roma. La Società ha adottato un Modello ai sensi del D.Lgs. 231/01 e specifici standard di comportamento per i quali si rimanda alla "Comunicazione standard etici" consultabile sul sito www.credem.it.



## CREDITO EMILIANO S.P.A.: MERGER BY INCORPORATION OF CASSA DI RISPARMIO DI CENTO S.P.A.

Reggio Emilia, 15 July 2021 – We inform that, in execution of the respective shareholders' resolutions, on 14 July 2021 the deed of merger by incorporation of Cassa di Risparmio di Cento SpA into Credito Emiliano SpA was signed, with an increase in the share capital of the incorporating company from Euro 332,392,107.00 to Euro 341,320,065.00 through the issue of no. 8,927,958 ordinary shares with nominal value of Euro 1 each. The merger deed was registered with the Reggio Emilia and Ferrara Companies Register and the legal effects of the transaction will start from 24 July 2021 (the accounting and fiscal effects will start from 1 July 2021). Consequently, the exchange operation will be carried out from the first working day following that date, which provides for the allocation of no. 0.64 Credito Emiliano ordinary shares for each Cassa di Risparmio di Cento ordinary share held by parties other than the incorporating company.

The share swap will be served by means of an increase in the share capital of the incorporating company equal to Euro 8,927,958.00 through the issue of no. 8,927,958 ordinary shares, with regular dividend entitlement, coupon 21, with nominal value of Euro 1, which will be attributed to the shareholders of the company being merged with the cancellation and exchange of the ordinary shares of Cassa di Risparmio di Cento. The exchange transactions will be carried out through the intermediaries adhering to the centralized management system Monte Titoli SpA. The shares of Credito Emiliano related to the Exchange Ratio will be made available to the shareholders of Cassa di Risparmio di Cento starting from 26 July 2021, first trading day following the effective date of the Merger.

The shareholders of Cassa di Risparmio di Cento, to whom, based on the exchange ratio, will derive quantities of non-entire Credito Emiliano ordinary shares, are guaranteed for the treatment of any fractions of Credito Emiliano shares. This service will be managed by Credito Emiliano S.p.A. and the fractions of shares will be settled on the basis of the average price recorded by Credito Emiliano shares in the 30 days prior to the effective date of the merger, without any increase in expenses, stamps or commissions.

Merger documentation is available at the head office as well as in the "1INFO" storage device and on the website www.credem.it.

| **CONTACTS** | |
|---|---|
| **Media relations Credem** | **Investor relations Credem** |
| +39.0522.582075 - +39.02.77426202 | +39.0522.583076 - +39.0522.583741 |
| rel@credem.it | investor@credem.it |

www.credem.it

1