B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDINGS INC.**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ALBERTO DOSSET RODRIGUEZ**
Name of Transferee

**BANKINTER, S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:
ALBERTO DOSSET RODRIGUEZ
Paseo de los Cerezos, 37
MADRID, 28016, SPAIN
Phone: +34 629 129 042
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CLAIM NUMBER: 64023
CÓDIGO ISIN: XS0359404489
CLAIM AMOUNT: 100.000

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **ALBERTO DOSSET RODRIGUEZ**    Date: **08-06-2021**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 16 2021
U.S. BANKRUPTCY COURT, S...