B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _LEHMAN BROTHERS HOLDING INC._     Case No. _08-13555 (SCC)_
                                                          Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_NATURAL CENTURY LIMITED_                    _SHANGHAI COMMERCIAL BANK LIMITED_
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): _50371_
should be sent:                                 Amount of Claim: _See Schedule_
UNIT NO. 6, 7/F, YUEN LONG TRADING CENTRE       Date Claim Filed: _See Schedule_
33 WANG YIP STREET, WEST, YUEN LONG, N.T.
HONG KONG
Phone: _(852) 2471 6438_                        Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

For and on behalf of
NATURAL CENTURY LIMITED
I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Lenny Lau_                             Date: _6 August 2021_
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 16 2021
U.S. BANKRUPTCY COURT, SDNY

SCHEDULE

| ISIN: | XS0351857551 |
|---|---|
| AMOUNT: | USD   200,000.00 |
| ALLOWED CLAIMED AMOUNT: | USD   201,927.42 |