B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDING INC, et al., Debtors. Case No. 08-13555 (SCC)
(Jointly Administered.)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BESTIME (H.K.) LIMITED
Name of Transferee

SHANGHAI COMMERCIAL BANK LIMITED.
Name of Transferor

Name and Address where notices to transferee should be sent: BESTIME (H.K.) LIMITED
ROOM D, 4/F, CHEONG TAI COMMERCIAL BUILDING, 60-62 WING LOK STREET, SHEUNG WAN, H.K.
Phone: +852 3111-0685
Last Four Digits of Acct #: _____

Court Claim # (if known): 50371
Amount of Claim: See Schedule
Date Claim Filed: See Schedule
Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
Transferee/Transferee's Agent

Date: 04 AUG 2021

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 16 2021
U.S. BANKRUPTCY COURT, SDNY

SCHEDULE

| ISIN: | XS0351857551 |
|---|---|
| AMOUNT: | USD   200,000.00 |
| ALLOWED CLAIMED AMOUNT: | USD   201,927.42 |