B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,              Case No.       08-13555 (SCC)
                                                                          (Jointly
Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Thang Shu-Jen** | **The Hongkong and Shanghai Banking Corporation Limited, Hong Kong Branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

101 PRINCE CHARLES CRES #15-03
SINAGPORE 159017

Phone: (65) 97330523

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): 56669

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12 AUG 2021

Signed in my presence

Pesigan Marie Matt
064179
43808180

(S.V.) / Original Sighted
Dhurga Devi
Universal Banking Ambassador
43343249
069886

Transferee/Transferee's Agent
Name: Thang Shu-Jen

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

E2.275174

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, ~~HONG KONG BRANCH~~ ("Transferor"), does hereby certify that, as of _12 August_, 2021, it has unconditionally and irrevocably transferred and assigned to Thang Shu-Jen ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number 56669 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0326025920 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | USD250,000.00 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _12_ of _August_, 2021.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
For and on behalf of
The Hongkong and Shanghai Banking Corporation Limited

Name: _____
Title: _____
Tel.: Terry Lam
Head of Private Banking Operations
Private Banking Division

**Thang Shu-Jen**

By: _____
Name: THANG SHU JEN
Title: _____
Tel.: 65-97330523

12 AUG 2021

Signed in my presence

Pesigan Marie Matt
064179

4380880

(S.V.) / Original Sighted
Dhurga Devi
Universal Banking Ambassador
43343249
069886

HSBC BANK
(SINGAPORE) LTD
RAFFLES PLACE PREMIER

E2.275192

RESTRICTED