B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No.    08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LU CARLOS YAP / LU ELENA ONG | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
45 JEFFERSON ST, WEST GREENHILLS, SAN JUAN, PHILIPPINES
Phone: 63-9175400529
Last Four Digits of Acct. #: 0001

Court Claim # (if known): [56669]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above):

Phone: **63-9175400529**
Last Four Digits of Acct. #:

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ Date: 9th Aug 2021
Transferee/Transferee's Agent
Name: LU CARLOS YAP / LU ELENA ONG
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.540956

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("**Transferor**"), does hereby certify that, as of 9 Aug, 2021, it has unconditionally and irrevocably transferred and assigned to LU CARLOS YAP / LU ELENA ONG ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number 56669 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0329804909 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | USD100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 9th of August, 2021.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _For and on behalf of The Hongkong and Shanghai Banking Corporation Limited_
Name: _(signature)_
Title: Terry Lam
Head of Private Banking Operations
– Private Banking Division
Tel.:

Name of Transferee :
LU CARLOS YAP / LU ELENA ONG
By: _(signatures)_

Name: LU CARLOS YAP / LU ELENA ONG
Title: Account Holders
Tel.: _63-9175400529

E2.540957