B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No.    08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tide Investment Limited | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: [PO BOX 595, 105 PRINCESS ROAD, SUVA FIJI.

Court Claim # (if known): [ 56669 ]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: 61-413382161
Last Four Digits of Acct. #: [N/A]

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above): [
.                                                      ]

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

Phone: [                    ]
Last Four Digits of Acct. #: [N/A]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 17th August 2021

Transferee/Transferee's Agent
Name: Tide Investment Limited
Title: DIRECTOR
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.275174

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("Transferor"), does hereby certify that, as of 17th August, 2021, it has unconditionally and irrevocably transferred and assigned to [Tide Investment Limited] ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number [ 56669 ] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| 1. XS0324476943 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | 1. USD 1,000,000 |
| 2. XS0327275144 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | 2. SGD 500,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 17th of August, 2021.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _For and on behalf of The Hongkong and Shanghai Banking Corporation Limited_
Name: _[signature]_
Title: Terry Lam
       Head of Private Banking Operations
       Private Banking Division
Tel.: _____

[Tide Investment Limited]
By: _[signature]_
Name: VIJAY BHANABHAI
Title: DIRECTOR
Tel.: 61-413382161

E2.275192