B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

| | | |
|---|---|---|
| In re: Lehman Brothers Holdings Inc., et al., | Case No. | 08-13555 (SCC)<br>(Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Asian Textile Limited | The Hongkong and Shanghai Banking Corporation Limited, Hong Kong Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 56669

Asian Textile Limited
Room 1003, Sterling Centre
11 Cheung Yue Street
Cheung Sha Wan, Kowloon
Hong Kong
Attn: Terence Au / Wu Ming Teh

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: +852 91986612

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

E2.275174 RESTRICTED

B 2100A (Form 2100A) (12/15)

For and on behalf of
ASIAN TEXTILE LIMITED

By: _____    Date: ___Aug 16, 2021___
            *Authorized Signature(s)*

Transferee/Transferee's Agent
Name:    Wu Ming Teh
Title:    Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.275174 RESTRICTED

HSBC 18AUG'21 14:42

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED , ~~HONG KONG BRANCH~~** ("**Transferor**"), does hereby certify that, as of *16TH August*, 2021, it has unconditionally and irrevocably transferred and assigned to ASIAN TEXTILE LIMITED ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number 56669 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|------|--------|-----------|------------------------------|
| XS0297515446 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | USD150,000.00 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the *16TH* of *August*, 2021.

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED**

For and on behalf of
The Hongkong and Shanghai Banking Corporation Limited

By: _____

Name: Terry Lam
Title: Head of Private Banking Operations
       - Private Banking Division
Tel.: _____

For and on behalf of
ASIAN TEXTILE LIMITED ~~ASIAN TEXTILE LIMITED~~

By: X _____

Name: wu Ming Teh  *Authorized Signature(s)*
Title: Director
Tel.: 91986612

E2.275192 RESTRICTED

PBRS Image No. WU71X30
Scan & Index Date 1 8 AUG 2021