B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,　　　　Case No.　　08-13555 (SCC)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Chiang Chen Chi Wen | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Chiang Chen, Chi-Wen
6F, 6, Alley 61, Lane 116
LeQun 2nd Road, Taipei, Taiwan
10462

Phone: +886-9-35256333

Court Claim # (if known): [56669]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wilsue C Chiang　　Date: 17 August 2021
Transferee/Transferee's Agent
Name: Chiang Chen Chi Wen
Title: N/A

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

F2.275174

RESTRICTED

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED** ("**Transferor**"), does hereby certify that, as of 17 August 2021, it has unconditionally and irrevocably transferred and assigned to C WALLS AND COMPANY LIMITED ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56669] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0229584296 | LEHMAN BROTHERS TREASURY CO B.V BOND 05-Oct-2035 7.25% | LEHMAN BROTHERS HOLDINGS INC | EUR500,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 17th day of August 2021

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
For and on behalf of
The Hongkong and Shanghai Banking Corporation Limited

Name: _____
Title: _____
Terry Lam
Tel.: Head of Private Banking Operations
Private Banking Division

**Chiang Chen Chi Wen**

By: _____
Name: Chiang Chen Chi Wen
Title: N/A
Tel.: +886-9-35256333

E2.275192

RESTRICTED