B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDING INC.**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LUIS AREVALO**
Name of Transferee

**BANKINTER S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: **76.151,38 €**
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: **+34 607350695**
Last Four Digits of Acct. #: **2275**

Name and Address where transferee payments should be sent (if different from above):

CLAIM N: **64024**
CED. ISIN: **XS0306090423**
CLAIM AMOUNT: **76.151'38 €**

54'39384436 %

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: **08/08/2021**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 1 8 2021
U.S. BANKRUPTCY COURT, SDNY