B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __LEHMAN BROTHERS HOLDING INC__    Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__FRANCESC PUIG MULET__          __BANKINTER SA__ (SPAIN).
Name of Transferee                Name of Transferor

Name and Address where notices to transferee should be sent:
C/ MAJOR 7
03749 JESUS POBRE -ALICANTE- SPAIN

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CLAIM NUMBER : 64023
CLAIM AMOUNT : 389,28 €
ISIN : XS0342637872

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __FRANCESC PUIG MULET__    Date: __10 / Agost / 2021__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 1 8 2021
U.S. BANKRUPTCY COURT, SDNY