B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*,       Case No. 08-13555 (SCC)
                                                                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Kwei-Bin Wu_                                  _KGI Securities Co. Ltd._
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee should be sent: 10F-3, No. 50, Ln. 21, Sec. 3, Dalian Rd., Beitun Dist., Taichung City, 406035, Taiwan
Phone: +886-93-192069
Last Four Digits of Acct #: _____

Court Claim # (if known)[1]: 50755
Amount of Claim: 9367.09
Date Claim Filed: October 28, 2009

Phone: +886-2-2181-8888
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Email Address: lmarinuzzi@mofo.com

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Kwei-Bin Wu_                                    Date: _Aug. 3, 2021_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to 5500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

[1] The claim being transferred herein is solely to the extent of the claim amount set forth herein.

ny-2183008

TRANSFER OF CLAIM

KGI Securities Co. Ltd., a Company Limited by Shares organized under the laws of Republic of China (ROC), with offices at 700 Mingshui Road Zhongshan District Taipei, 10466 Taiwan ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby unconditionally and irrevocably transfers and assigns to _Kwei-Bin Wu_, its successors and assigns ("Transferee"), all right, title and interest in and to the claims of Transferor against Lehman Brothers Holdings Inc. docketed as Claim No. 50755, solely to the extent of $9367.09 thereof (including (i) any and all rights, claims and causes of action arising therefrom or related thereto, (ii) all documents and instruments evidencing or giving rise thereto, and (iii) any and all right to receive principal, interest, distributions, proceeds and other amounts in respect thereof (whenever accrued), the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. Transferor authorizes Transferee to file this Transfer of Claim together with a transfer notice in accordance with Rule 3001(e) of the Federal Rules of Bankruptcy Procedure so that all future payments and distributions, and all notices and other communications, in respect to the Claim are made or given to Transferee. This Transfer of Claim shall be governed by, and construed in accordance with, the laws of the Republic of China, without regard to any choice-of-law provision that would result in the application of the laws of any other jurisdiction.

IN WITNESS WHEREOF, Transferor and Transferee have executed this Transfer of Claim as of the 18th day of _August_, 2021.

KGI Securities Co. Ltd.

By: _____
Name: William Fang
Title: President
Tel.: +886-2-21818952

[ Kwei-Bin Wu ]

By: _Kwei-Bin Wu_
Name: Kwei-Bin Wu
Tel.: +886-932-192-069