B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDING INC          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PABLO ALFONSO SUAREZ LORENZO and
EVA MARIA RODRIGUEZ MARTINEZ          BANKINTER
Name of Transferee                     Name of Transferor

Name and Address where notices to transferee should be sent:

CHARRUAS 30
47008 VALLADOLID
SPAIN
Phone: +34 625057212
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CLAIM NUMBER: 64024
CLAIM AMOUNT: 27.196,92 €
(54,393844369% of 50.000 €)
ISIN: XS0306090423

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Pablo Suarez / Eva Maria          Date: 08-08-2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 19 2021
U.S. BANKRUPTCY COURT, SDNY