B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _LEHMAN BROTHERS HOLDINGS INC._    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_MARIA CONCEPCION ALVAREZ REGUERAS_          _BANKINTER S.A._
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): _____
should be sent:                                   Amount of Claim: _____
                                                  Date Claim Filed: _____

Phone: _+34 659 17 60 50_                         Phone: _____
Last Four Digits of Acct #: _4937_                Last Four Digits of Acct. #: _____

Name and Address where transferee payments        CLAIM NUMBER: 64024
should be sent (if different from above):         CLAIM AMOUNT: 38.928'45 €.
                                                  JSIN: XS0342637872

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Maria Concepción Alvarez Regueras_   Date: _05 AGOSTO 2021_
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 19 2021
U.S. BANKRUPTCY COURT, SDNY