B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.  ,          Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**BANQUE PICTET & CIE SA**

Vitoria Tollman O'hana
Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:
Victoria TollmanO'hana, 4 Crescent Mansions, 113 Fulham Rd, London sw36rl
email: vicks.toll@mac.com
Phone:  +44 7917 707806
Last Four Digits of Acct #:  9211

Court Claim # (if known):  64249.08
Amount of Claim:  2'000'000 OPTING-IN
Date Claim Filed:  28 OCT 2009

CONTACTS AT PICTET
DAVID AESCHLIMANN +41 58 323 2197
MAUREEN GOETSCHI +41 58 323 3012
Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

BLOCKING CODE: 6052669
ISIN: XS0366304854

same as above

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____VO'Hana_____          Date: 08/05/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 19 2021
U.S. BANKRUPTCY COURT, SDNY

[Reset]    [Save As...]    [Print]

LEHMAN BROTHERS HOLDINGS INC., *ET. AL.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND OR 97208-4199

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

*780102906630*
000 0000494 00000000 0001 0003 00231 INS: 0 0
BANQUE PICTET & CIE SA
ATTN: DENIS LIECHTI
ROUTE DES ACACIAS 60
CH-1211 GENEVA 73
SWITZERLAND

AGGREGATION NUMBER:   W0011973
WIRE AMOUNT:          $26,517.07
WIRE DATE:            APRIL 1, 2021

You have received a wire payment for the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. Please note that the total distribution amount reflects the deduction of a $20.00 wire transfer fee. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 139586

K9361 v.02



PAYEE: BANQUE PICTET & CIE SA

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

WIRE PAYMENT: $26,517.07

WIRE DATE: APRIL 01, 2021

AGGREGATION NUMBER: W0011973

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. (if applicable) | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 64249.08 | CH0027120895 | 6042583 | 05 SENIOR THIRD-PARTY GUARANTEE | $41,198.34 | 0.00195978 | $80.73 | | $80.73 |
| 64249.08 | XS0250113841 | 6037120 | 05 SENIOR THIRD-PARTY GUARANTEE | $57,453.69 | 0.00195978 | $112.59 | | $112.59 |
| 64249.08 | XS0275726007 | 6042584 | 05 SENIOR THIRD-PARTY GUARANTEE | $342,951.57 | 0.00195978 | $672.10 | | $672.10 |
| 64249.08 | XS0187966949 | 6039715 | 05 SENIOR THIRD-PARTY GUARANTEE | $101,212.33 | 0.00195978 | $198.35 | | $198.35 |
| 64249.08 | XS0229584296 | 6056836 | 05 SENIOR THIRD-PARTY GUARANTEE | $37,863.18 | 0.00195978 | $74.20 | | $74.20 |
| 64249.08 | XS0328064810 | 6055169 | 05 SENIOR THIRD-PARTY GUARANTEE | $50,709.79 | 0.00195978 | $99.38 | | $99.38 |
| 64249.08 | XS0351272322 | 6037119 | 05 SENIOR THIRD-PARTY GUARANTEE | $818,824.04 | 0.00195978 | $1,604.71 | | $1,604.71 |
| 64249.08 | XS0276121307 | 6054030 | 05 SENIOR THIRD-PARTY GUARANTEE | $141,910.58 | 0.00195978 | $278.11 | | $278.11 |
| 64249.08 | XS0328064810 | 6054031 | 05 SENIOR THIRD-PARTY GUARANTEE | $50,709.79 | 0.00195978 | $99.38 | | $99.38 |
| 64249.08 | XS0349852433 | 6047882 | 05 SENIOR THIRD-PARTY GUARANTEE | $6,677,654.12 | 0.00195978 | $13,086.73 | | $13,086.73 |
| 64249.08 | XS0176153350 | 6042581 | 05 SENIOR THIRD-PARTY GUARANTEE | $72,941.27 | 0.00195978 | $142.94 | | $142.94 |
| 64249.08 | ANN521338783 | 6045274 | 05 SENIOR THIRD-PARTY GUARANTEE | $221,555.59 | 0.00195978 | $434.20 | | $434.20 |
| 64249.08 | CH0029197156 | :SEME//3121595324141910 | 05 SENIOR THIRD-PARTY GUARANTEE | $1,402,310.87 | 0.00195978 | $2,748.22 | | $2,748.22 |
| 64249.08 | XS0221564387 | 6054032 | 05 SENIOR THIRD-PARTY GUARANTEE | $50,000.00 | 0.00195978 | $97.98 | | $97.98 |
| 64249.08 | XS0276600292 | 6037114 | 05 SENIOR THIRD-PARTY GUARANTEE | $847.40 | 0.00195978 | $1.66 | | $1.66 |
| 64249.08 | XS0345288459 | 6037116 | 05 SENIOR THIRD-PARTY GUARANTEE | $278.38 | 0.00195978 | $0.54 | | $0.54 |



The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.
[A] Interest is payable only on previously disputed claims pursuant to the Plan.
[B] Disbursement Amount calculated by multiplying Allowed Amount by Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.

K9362 v.02

000 0000495 00000000 0002 0003 00231 INS: 0 0

PAYEE: BANQUE PICTET & CIE SA  
DEBTOR: LEHMAN BROTHERS HOLDINGS INC.  
WIRE PAYMENT: $26,517.07  
WIRE DATE: APRIL 01, 2021  
AGGREGATION NUMBER: W0011973

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. (if applicable) | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 64249.08 | XS0366304854 | 6052669 | 05 SENIOR THIRD-PARTY GUARANTEE | $2,000,000.00 | 0.00195978 | $3,919.56 | | $3,919.56 |
| 64249.08 | XS0331249531 | 6037118 | 05 SENIOR THIRD-PARTY GUARANTEE | $1,230,497.42 | 0.00195978 | $2,411.50 | | $2,411.50 |
| 64249.08 | XS0327165550 | 6052667 | 05 SENIOR THIRD-PARTY GUARANTEE | $78,946.71 | 0.00195978 | $154.71 | | $154.71 |
| 64249.08 | XS0337685670 | 6055190 | 05 SENIOR THIRD-PARTY GUARANTEE | $410.18 | 0.00195978 | $0.80 | | $0.80 |
| 64249.08 | XS0307992676 | 6039183 | 05 SENIOR THIRD-PARTY GUARANTEE | $141,910.58 | 0.00195978 | $278.11 | | $278.11 |
| 5659233.05 | XS0261032238 | CA69212 | 05 SENIOR THIRD-PARTY GUARANTEE | $20,704.25 | 0.00195978 | $40.57 | | $40.57 |
| | | | Wire Transaction Fee - Domestic Bank Account | | | | | $-20.00 |
| | | | | | | | Aggregated total: | $26,517.07 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.  
[A] Interest is payable only on previously disputed claims pursuant to the Plan.  
[B] Disbursement Amount calculated by multiplying Allowed Amount by Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.

K9363 v.02

Page 3 of 3

000 0000496 00000000 0003 0003 00231 INS: 0 0

# SignatureNet


# PICTET
1805

**Banque Pictet & Cie SA**

**Banque Pictet & Cie SA, Genève**

60, route des Acacias
1211 Genève 73 - Suisse

**GOETSCHI Maureen**
Fondé de Pouvoir
Prokurist
Assistant Vice President

**Signature regulation**

Members of the Board of Directors, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Deputy Vice-Presidents and Assistant Vice-Presidents are empowered to sign jointly within one another or with an Officer.

Officers are empowered to sign jointly with a Member of the Board of Directors, Executive Vice-President, Senior Vice-President, Vice-President, Deputy-Vice President or Assistant Vice-President. They are not empowered to commit the Bank in relation to bills of exchange, irrespective of with whom they sign.

Special rules apply to correspondence conducted by certain printed forms and are set out thereon.

Page displayed on: August 10 2021 10:12:33 (UTC)
Page displayed for: Maureen GOETSCHI (mgoetschi)
Data record last changed on: July 10 2019 05:08:25 (UTC)

# SignatureNet



**Banque Pictet & Cie SA**

**Banque Pictet & Cie SA, Genève**

60, route des Acacias
1211 Genève 73 - Suisse

**LIECHTI Denis**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature regulation**

Members of the Board of Directors, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Deputy Vice-Presidents and Assistant Vice-Presidents are empowered to sign jointly within one another or with an Officer.

Officers are empowered to sign jointly with a Member of the Board of Directors, Executive Vice-President, Senior Vice-President, Vice-President, Deputy-Vice President or Assistant Vice-President. They are not empowered to commit the Bank in relation to bills of exchange, irrespective of with whom they sign.

Special rules apply to correspondence conducted by certain printed forms and are set out thereon.

Page displayed on: August 10 2021 10:11:48 (UTC)
Page displayed for: Maureen GOETSCHI (mgoetschi)
Data record last changed on: July 10 2019 08:13:01 (UTC)

PICTET
1805

United States Bankruptcy Court
Southern District of New York
**Attn: Lehman Brothers Holdings Inc.**
One Bowling Green, Room 615-1
New York, NY 10004-1408
USA

Geneva, 17 August 2021
MG/DL

**Subject: LBHI opt-in offer for final distribution in October 2021 for ISIN XS0366304854 HOLDER: Ms. Vitoria Tollman O'Hana**

Dear Madam/Sir,

Good morning.

Please find attached, the claim transfer form for the a/m holder opting-in with respect to the a/m offer. We have included a copy of the last distribution payment and highlighted the asset line concerned. Please accept our apologies for the piecemeal completion of the claim transfer form. This has been hampered by language, geographical and time zone barriers as well as our "friend" COVID-19. And apologies for the tea stains.

Do not hesitate to contact us if you have any doubts.

Contacts:

David Aeschlimann at TEL: +41 58 323 2197
Email: daeschlimann@pictet.com

Maureen Götschi at TEL: +41 58 323 3012
Email: mgoetschi@pictet.com

Yours faithfully,

Banque Pictet & Cie SA

Maureen Götschi:                    Denis Liechti:

Banque Pictet & Cie SA
Route des Acacias 60
1211 Genève 73
Suisse
+41 58 323 2323 — TEL
+41 58 323 2324 — FAX
groupe.pictet