B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.  Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gokson Bonnae | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): [56669] |
| Visions Restaurant Holdings Ltd 14/F On Building, #162 Queen's Rd, Central, Hong Kong | Amount of Claim: See attached Evidence of Partial Transfer of Claim |
| Phone: +852 9866 5555 | Date Claim Filed: 29 October 2009 |
| | Phone: +852 3604 7640 |
| | Last Four Digits of Acct. #: 6253 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____ Date: 13 August 2021
Transferee/Transferee's Agent
Name: Gokson Bonnae
Title: N/A

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.275174

RESTRICTED

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED** ("**Transferor**"), does hereby certify that, as of 13 August 2021, it has unconditionally and irrevocably transferred and assigned to GOKSON BONNAE ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56669] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0330730382 | LEHMAN BROTHERS TREASURY CO B.V 2Y CDA STK 857-12.25 883-10.136 27.6% 20NOV2009 | LEHMAN BROTHERS HOLDINGS INC | USD300,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 13th day of August 2021

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED**
For and on behalf of
The Hongkong and Shanghai Banking Corporation Limited

By: _____
Name: _____
Title: Terry Lam
Head of Private Banking Operations
Tel.: Private Banking Division

**Gokson Bonnae**

By: _____
Name: Gokson Bonnae
Title: N/A
Tel.: 9866 5555

E2.275192

RESTRICTED