B 2100A (Form 2100A) (12/15)

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No.    08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| YAP SWEE LIN[to be completed by transferee bank] | The Hongkong and Shanghai Banking Corporation Limited[, Singapore branch] |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
YAP SWEE LIN
49 JALAN TERASEK
BANGSAR BARU
59100 KUALA LUMPUR MALAYSIA

Court Claim # (if known): [56671●]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: 60122233823 [to be completed by transferee bank]
Last Four Digits of Acct. #: 7150[to be completed by transferee bank]

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above): [to be completed by transferee bank]

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

Phone: 60122233823[to be completed by transferee bank]
Last Four Digits of Acct. #: 7150[to be completed by transferee bank]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RESTRICTED

B 2100A (Form 2100A) (12/15)

By: _YAP SWEE LIN_____
Date: _20 AUG 2021_____

Transferee/Transferee's Agent
Name: _YAP SWEE LIN_ [to be completed by transferee bank]
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED[, SINGAPORE BRANCH] ("Transferor"), does hereby certify that, as of 20 Aug 2021 ,~~2019,~~ it has unconditionally and irrevocably transferred and assigned to [YAP SWEE LIN] ("Transferee"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56671] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| [XS0326025920] | Lehman Brothers Treasury Co BV ~~[2Y CDA HSBC STK-115.0536KO-133.6551 12% 23OCT2009]~~ | LEHMAN BROTHERS HOLDINGS INC | [USD 100,000] |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 20 of Aug, 2021 ,~~2019.~~

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: Ng Puay Cheng
Title: Head of Business Admin & Operation Services
HSBC Singapore Branch, PB Division
Tel.: _____

[Name of Transferee] YAP SWEE LIN

By: _____
Name: YAP SWEE LIN
Title: _____
Tel.: 60122233823

E2.275192

RESTRICTED