B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDINGS INC**   Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CLIENTE**
Name of Transferee

**BANKINTER, S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Phone: **+34 659056298**
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

CLAIM NUMBER: **64024**
CLAIM AMOUNT: **27,196.92 €**
ISIN: **XS0306090423**

_Euros_

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_       Date: **6th of August 2021**
Transferee/Transferee's Agent

**MARCOS BADA GUTIERREZ**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MARCOS BADA GUTIERREZ

CERRO DE LA CARRASQUETA STREET

nº 3, 10, 1º A

28035 MADRID (SPAIN)

RECEIVED
AUG 20 2021
U.S. BANKRUPTCY COURT, SDNY

Dear Sir,

Please accept this claim transfer from my bank to myself in order to be eligible for the final voluntary distribution related to the Lehman Brothers bankruptcy.

Best regards,

Marcos Bada Gutierrez