**RECEIVED AUG 23 2021 U.S. BANKRUPTCY COURT, SDNY**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc._____ ,   Case No.  08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ORLANDO RODRIGUEZ MUÑOZ | BANKINTER, SA. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LG Oles, 29
33315 Villaviciosa (SPAIN)

Court Claim # (if known):  64024
Amount of Claim:  $27,196.92
Date Claim Filed:  11/02/2009

Phone:  (+34) 686982664
Last Four Digits of Acct #:  4024

Phone:  (+34) 916234379
Last Four Digits of Acct. #:  4024

ISIN code: XS0306090423

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ORLANDO RODRIGUEZ MUÑOZ    Date: 08/09/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

