RECEIVED
AUG 2 3 2021
U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc, et al**, Debtors.   Case No. **08-13555 (SCC)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Fong Sai Ping**
Name of Transferee

**Citibank (Hong Kong) Limited**
Name of Transferor

Name and Address where notices to transferee should be sent: **Flat C 18/F Comfort Garden, 60 King's Road, North Point, Hong Kong**

Court Claim # (if known): **55848, 05**
Amount of Claim: **141,805.92**
Date Claim Filed: _____

Phone: **852-9577 9998**
Last Four Digits of Acct #: **7863**

Phone: **2860 0333**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ _____   Date: **12 Aug 2021**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 & 3571.

Transferee's Email Address: **erikfsp@yahoo.com**