RECEIVED AUG 23 2021 U.S. BANKRUPTCY COURT, SDNY

Date: August 19, 2021

Hi Genna / Clerk of US Bankruptcy Court,

I am writing for the submission for the transfer of claim forms regarding Lehman Brothers Holdings Inc, et Al, Debtors (Case No.: 08-13555(SCC)), Transferor: Citibank (Hong Kong) Limited.)

Please kindly proceed the urgent request by Aug 27, 2021 (Fri), which is a record date of a corporate action issued by Lehman Brothers Entity.

For the fee of the transfer of claim payment, please kindly send email or letter to the email address / mailing address stated in the individual forms.

For any other enquires, please email to gcbhksp@citi.com or contact Kevin / me directly.

Regards,

Jessica Leung & Kevin Lee

Wealth Management

Citibank (Hong Kong) Limited

Email: jessica.sy.leung@citi.com / kevin.keiyan.lee@citi.com

Tel: +852 2962 3763 / +852 2962 3103