```
                                                    ┌─────────────────────────┐
                                                    │      RECEIVED           │
                                                    │                         │
                                                    │     AUG 2 3 2021        │
                                                    │                         │
B 210A (Form 210A) (12/09)                          │ U.S. BANKRUPTCY COURT, SDNY │
                                                    └─────────────────────────┘
```

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CHENG SAU LING AMY | Citibank (Hong Kong) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: CHENG SAU LING AMY 8/F FLAT C BLOCK 2 PEAKSVILLE 74 ROBINSON ROAD HONG KONG

Court Claim # (if known): 55848.05
Amount of Claim: $122843.89
Date Claim Filed: _____

Phone: 852-90944176
Last Four Digits of Acct #: _____

Phone: 2860 0333
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cheng    Date: Aug 11 2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: YAMATO.KIM@GMAIL.COM