B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**YUNG Peter Leung**
Name of Transferee

**Citibank (Hong Kong) Limited**
Name of Transferor

Name and Address where notices to transferee should be sent: YUNG Peter Leung
11B La Vogue Court,
29 Village Road, Happy Valley, Hong Kong

Phone: +852 51210884
Last Four Digits of Acct #: _____

Court Claim # (if known): 55848.05
Amount of Claim: $105,054.27
Date Claim Filed: _____

Phone: 28600333
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Yung Leung*
Transferee/Transferee's Agent

Date: 10 Aug 2021

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: peterlyung@yahoo.com.sg

RECEIVED AUG 23 2021 U.S. BANKRUPTCY COURT, SDNY