RECEIVED

AUG 23 2021

U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings Inc., et el, Debtors._    Case No. _08 - 13555 (SCC)_

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_TSUI CHANG MING_
Name of Transferee

_Citibank (Hong Kong) Limited_
Name of Transferor

Name and Address where notices to transferee should be sent: _FLAT B 30/F TOWER 1 FLORIENT RISE 38 CHERRY ST TAI KOK TSUI KLN HONG KONG_

Phone: _852- 17880756_
Last Four Digits of Acct #: _2840_

Court Claim # (if known): _58848 05_
Amount of Claim: _47113. 07_
Date Claim Filed: _____

Phone: _28600333_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _08 - 11 - 2021_
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: _TsuiCM25@hotmail.com_