B 210A (Form 210A) (12/09)

**RECEIVED**
AUG 23 2021
U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brother Holdings Inc., et al., Debtors.    Case No. 08-13555 (scc)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__LAI KWAN ALICE LO__  
Name of Transferee

__Citibank (Hong Kong) Ltd.__  
Name of Transferor

Name and Address where notices to transferee should be sent: 747 B 37/F  
LA PLACE DE VICTORIA  
632 KING'S RD NORTH POINT  
Phone: +852 9351 6079  
Last Four Digits of Acct #: 9909

Court Claim # (if known): JJ848.05  
Amount of Claim: 32889.13  
Date Claim Filed: _____  
Phone: 2860 0333  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 13 Aug 2021  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: ALICEKAALOLO@hotmail.com