Cu# 1018891

B 210A (Form 210A) (12/09)

RECEIVED
AUG 2 3 2021
U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc, et al. Debtors**     Case No. **08-13555 (SCC)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Gong Cheng Hsiung**
Name of Transferee

**Citibank (HK) LTD**
Name of Transferor

Name and Address where notices to transferee should be sent: **21/F., #70 Tun Hua South Road, Section 2 Tai-An Dist, 10683, Tai Pei, Taiwan**

Court Claim # (if known): **55848.05**
Amount of Claim: **$40,070.44**
Date Claim Filed: _____

Phone: **886-93391.7-134**
Last Four Digits of Acct #: **9502**

Phone: **28600333**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_     Date: **8/12/2021**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: **andygong0704@hotmail.com**