RECEIVED

AUG 23 2021

U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc., et al., Debtors,       Case No. 08-13555(SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Yung Leung Tung Daniel    Yau Manna.         Citibank (Hong Kong) Limited
        Name of Transferee                              Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): 55-848.05
should be sent: YAU MANNA                            Amount of Claim: 149144.36
Flat B, 15/F BLOCK C, The Crescent,                  Date Claim Filed:
11 Homantin Hill Road, Ho Man Tin, Hong Kong

Phone: 852-94833766                                  Phone: 28600333
Last Four Digits of Acct #: 6334                     Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone: 852-94833766
Last Four Digits of Acct #: 6334

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel Yung  /s/ M. Yau           Date: 8/12/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: dltyung@hotmail.com