B210A (Form 210A) (12/09)

**RECEIVED AUG 23 2021 U.S. BANKRUPTCY COURT, SDNY**

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**TO KAM LING DAISY**
Name of Transferee

Name and Address where notices to transferee should be sent:
FLAT B 7/F BLK 10, BRAEMAR HILL MANSIONS
33 BRAEMAR HILL ROAD, NORTH POINT
HONG KONG

Phone: 852-91007762
Last Four Digits of Acct #: 1646

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

**Citibank (Hong Kong) Limited**
Name of Transferor

Court Claim # (if known): 55848.05
Amount of Claim: ~~20,127.49~~ 68980.90
Date Claim Filed:

Phone: 2860 0333
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: TO KAM LING DAISY    Date: 8-13-2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: DAISYKLLAM@YAHOO.COM.HK