B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al., Debtors.

Case No.: 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

WANG JIANXIA
Name of Transferee

Citibank (Hong Kong) Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
2-16-807 AN HUA XI LI
CHAO YANG DISTRCIT
BEIJING 100011 CHINA

Court Claim # (if known): 55848.05 / 55848.06
Amount of Claim: 643,253.07 / 326,917.63 ; Total: 970,170.70
Date Claim Filed: _____

Phone: 86-13901236279
Last Four Digits of Acct #: 3197

Phone: 2860 0333
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: WANG JIANXIA    Date: 8/13/2021
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: WANGJIANXIA@HOTMAIL.COM