B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re   Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ZUO XIAOYU | Citibank (Hong Kong) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: FLAT A 9/F BLOCK 2 AMALFI 8 AMAFI DRIVE DISCOVERY BAY LANTAU NT HONG KONG

Court Claim # (if known): 55848.05
Amount of Claim: 398,860.30
Date Claim Filed: _____

Phone: 852-97566243
Last Four Digits of Acct #: 2719

Phone: 2860 0333
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ZUO XIAOYU  /s/ Zuo Xiaoyu      Date: 17/08/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: TRAVELLING20@ALIYUN.COM