**RECEIVED**

AUG 2 3 2021

U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lheman Brothers Holdings INC   ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jesús Maria Chocarro Azcona | Bankinter S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Jesús Maria Chocarro

  c/Catalina de Erauso 11-8°- B
  20010 San Sebastian (SPAIN)

Phone:  34 629405668
Last Four Digits of Acct #:  9272

Court Claim # (if known):  64024
Amount of Claim:  $122.000
Date Claim Filed:  _____
  ISIN: XS 0359404489
  CLAIN NUMBER 64024
Phone:  _____
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Jesús Maria Chocarro          Date:  16/08/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.