RECEIVED

AUG 23 2021

U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re *LEHMAN BROTHERS HOLDINGS INC* Case No. *08-13555*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

*Juan Gómez Perez*
Name of Transferee

*BANKINTER, S.A*
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): *64 024*
Amount of Claim: _____
Date Claim Filed: _____

Phone: *+34 669810139*
Last Four Digits of Acct #: *3041*

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

*CLAIM NUMBER : 64024*
*CLAIM AMOUNT: 107'026164 94 %*
*ISIN: XS0229584296*

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Juan Gómez Perez*                     Date: *08-17-2021*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.