B 210A (Form 210A) (12/09)

RECEIVED
AUG 23 2021
U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES BANKRUPTCY COURT

In re  LEHMAN BROTHERS HOLDINGS INC.                Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MARIA CONCEPCION ALVAREZ REGUERAS        BANKINTER S.A.
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____
should be sent:                                      Amount of Claim: _____
                                                     Date Claim Filed: _____

Phone: +34 659176050                                 Phone: _____
Last Four Digits of Acct #: 4937                     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

                                                     CLAIM NUMBER: 64024
                                                     CLAIM AMOUNT: 38.928,45 euro
                                                     ISIN: XS0342637872

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: María Concepción Álvarez Regueras        Date: 05-AGOSTO-2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.