**RECEIVED AUG 24 2021 — U.S. BANKRUPTCY COURT, SDNY**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDING INC**.    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LUIS AREVALO**
Name of Transferee

**BANKINTER S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:
C/ ISABEL DE VILLENA 49D
46011 VALENCIA
SPAIN
Phone: +34 607350695
Last Four Digits of Acct #: 2275

Court Claim # (if known): _____
Amount of Claim: 76,151.38 €
Date Claim Filed: _____
Phone: +34 607350695
Last Four Digits of Acct. #: 2275

CLAIM N°: 64024
COD. ISIN: XS0306090423
CLAIM AMOUNT: 76,151.38 €

Name and Address where transferee payments should be sent (if different from above):
C/ ISABEL DE VILLENA 49D
46011 VALENCIA
SPAIN
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 18/08/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.