

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __LEHMAN BROTHERS HOLDINGS INC__   Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__VICENTE CHIRALT SILES__              __BANKINTER S.A.__
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): __64024__
should be sent:                                 Amount of Claim: __139,26 euros__
                                                Date Claim Filed: _____
                                                ISIN  XS0332759272

Phone: _____                                   Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]__                             Date: __08/19/2021__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED AUG 2 4 2021 U.S. BANKRUPTCY COURT, SDNY