**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
|  | : | **Chapter 11** |
| **In re** | : |  |
|  | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : | **Ref. Docket Nos. 61182,** |
|  | : | **61185, 61188, 61190, 61191-** |
|  | : | **61193, 61196, 61199-61207,** |
| ---------------------------------------------------------------- x | | **61215-61218, 61220, 61221,** |
|  |  | **61224-61233, 61236, & 61242** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT      )
                                 )   ss.:
COUNTY OF MIDDLESEX      )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 20, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 20, 2021, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    */s/ Angharad Bowdler*
                                                    Angharad Bowdler

Sworn to before me this
24th day of August, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To: BAR(23) MAILID *** 000200356755 *** LBH TRFNTC (MERGE2, TXNUM2) 4000190219



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 28099-41 in the above referenced case and in the amount of $30,005,781.48 allowed at $13,936,000.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 61188 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/20/2021 Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 20, 2021.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ARVIND, MATHUR | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 69 JALAN TUA KONG, 02-01 PARK EAST, SINGAPORE 457264 SINGAPORE |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BEED BIJAL MOTICHAND/BEED MOTICHAND MEGHAN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT A1/BLOCK A, 2F PAR VIEW COURT, 1 LYTTELTON ROAD, MID-LEVELS  HONG KONG |
| BESTIME (H.K.) LTD | TRANSFEROR: SHANGHAI COMMERCIAL BANK LTD., ROOM D, 4/F, CHEONG TAI, COMMERCIAL BUILDING, 60-62, WING LOK STREET, SHEUNG WAN, HONG KONG  HONG KONG |
| CARISMA PENSION SCHEME | TRANSFEROR: HARGREAVE HALE NOMINEES LIMITED, C/O NIGEL SLOAM & CO, ROMAN HOUSE, GOLDERS GREEN ROAD, LONDON NW11 9PY UNITED KINGDOM |
| CHAU, WAN KEE EDMOND | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT B, 16/F, BLOCK 9, WONDERLAND VILLAS, KWAI CHUNG, KOWLOON  HONG KONG |
| CHEUNG SING CHI/ TO MING OI WENDY | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 8TH/F., FLAT A, BLOCK 1, THE GREAT HILL, 8 TUNG LO WAN HILL ROAD, SHATIN, N.T., HONG KONG  HONG KONG |
| CHOW CHI WAH | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, APT 3 17/F TOWER B, SAN FRANCISCO TOWER, NO 35, VENTRIS ROAD, HAPPY VALLEY, HONG KONG  HONG KONG |
| CHUNG HAROLD HOW LEUNG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT B 25/F TOWER 2, ELEGANT TERRACE, 36 CONDUIT ROAD, MID LEVELS, HONG KONG  HONG KONG |
| COACHMAN DEVELOPMENTS LTD | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 10 MARINA BOULEVARD #49-01, MBFC TOWER, 2 SINGAPORE 018983  SINGAPORE |
| FEI XIANGHONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, RM 102, GATE 2, BLDG 10, JIU LONG JIA YUAN, DA XING DISTRICT, BEIJING 100076  CHINA |
| HARGREAVE HALE NOMINEES LIMITED | 9-11 NEPTUNE COURT, HALLAM WAY, BLACKPOOL FY4 5LZ UNITED KINGDOM |
| HARGREAVE HALE NOMINEES LIMITED | 9-11 NEPTUNE COURT, HALLAM WAY, BLACKPOOL FY4 5LZ UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HNH INVESTMENTS LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, UNIT B, 1/F, KOWLOON CENTRE, 39 ASHLEY ROAD, TSIM SHA TSUI, KOWLOON   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, |

| Claim Name | Address Information |
|---|---|
| CORPORATION LIMITED, THE | LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| KAPUR, SANJIV & SHARMILA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 4021 MANSION DRIVE NW, WASHINGTON, DC 20007 |
| LEE SIU MUI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 6A GALLANT GARDEN MANSION, 23-27 HO MAN TIN STREET, KOWLOON  HONG KONG |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| LEUNG, WING YUI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT A 51/F, TOWER 2, MANHATTAN HILL, 1 PO LUN STREET, LAI CHI KOK, KOWLOON  HONG KONG |
| LIM HUA TIONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 7 DUNEARN CLOSE, SINGAPORE 299581  SINGAPORE |
| LO WAI KWAN AND CHAN HOO CHOW | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 16 BALMORAL PARK, 08-05, THE BALMORAL, SINGAPORE 259847  SINGAPORE |
| LOBBES TRUST | TRANSFEROR: HARGREAVE HALE NOMINEES LIMITED, C/O NIGEL SLOAM & CO, ROMAN HOUSE, GOLDERS GREEN ROAD, LONDON NW11 9PY UNITED KINGDOM |
| LU CARLOS YAP/LU ELENA ONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 45 JEFFERSON ST, WEST GREENHILLS, SAN JUAN  PHILIPPINES |
| MA SAU HON CHRIS | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT 3E, 2 HATTON ROAD, MID-LEVELS, HONG KONG  HONG KONG |
| MARTINEZ DE MARMOL ALBASINI, ANTONIO | TRANSFEROR: BANKINTER, SA, CALLE RECOGIDAS NO 10 PISO, 18002 GRANADA  SPAIN |
| MULET, FRANCESC PUIG | TRANSFEROR: BANKINTER, SA, C/ MAJOR 7, 03749 JESUS POBBRE - ALICANTE  SPAIN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NATURAL CENTURY LTD | TRANSFEROR: SHANGHAI COMMERCIAL BANK LTD., UNIT NO.4, 717 YUEN LEUNG TRADING CENTRE, 33 LIANG TIP STREET, WEST, YUEN LONG, N.T., HONG KONG  HONG KONG |
| NG KA WING KEVIN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT A, 4/F, 32 KENNEDY ROAD, HONG KONG  HONG KONG |
| NG POH MENG/ NG LEE NGO | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ROOM 1915, BANK OF AMERICA TOWER, 12 HARCOURT ROAD, CENTRAL, HONG KONG  HONG KONG |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| PRICEWATERHOUSECOOPERS AG, ZURICH | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:DR. CHRISTIANA SUHR BRUNNER, BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE, LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION, STAMPFENBACHSTRASSE 67, 8006 ZURICH  SWITZERLAND |
| RODRIGUEZ, ALBERTO DOSSET | TRANSFEROR: BANKINTER, SA, PASEO DE LOS CEREZOS, 37, MADRID 28016   SPAIN |
| SANDBERG, MICHAEL KEVIN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 4C, BLOCK A, WINNER BUILDING, 37 D'AGUILAR STREET, CENTRAL, HONG KONG  HONG KONG |
| SHANGHAI COMMERCIAL BANK LTD. | ATTN MR. MATTHEW LAW, UNITS 101 103, 1/F, WING ON PLAZA,, 62 MODY ROAD, TSIMSHATSUI EAST,, KOWLOON, HONG KONG  CHINA |
| SHANGHAI COMMERCIAL BANK LTD. | ATTN MR. MATTHEW LAW, UNITS 101 103, 1/F, WING ON PLAZA,, 62 MODY ROAD, TSIMSHATSUI EAST,, KOWLOON, HONG KONG  CHINA |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| THANG SHU-JEN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 101 PRINCE CHARLES CRES #15-03, SINGAPORE 159017  SINGAPORE |
| TIDE INVESTMENT LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, PO BOX 595, 105 PRINCESS ROAD, SUVA  FIGI |
| TONG, WAI CHE WENDY | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT B 31/F,, 7 BOYCE ROAD, HONG KONG  HONG KONG |
| WONG CHI KWONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ROOM 1205, NEW WORLD TOWER 1,, 18 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |

**Total Creditor Count 122**