B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDING INC.**    Case No. **08-13555 (SCC)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**AGATA PARNASI**
Name of Transferee

**BANQUE PICTET & CIE SA**
Name of Transferor

Name and Address where notices to transferee should be sent: **VIA FLAMINIA, 670 00191 - ROMA (ITALIA)**

Court Claim # (if known): **64249.08**
Amount of Claim: **43'764.76 OPTING IN**
Date Claim Filed: **28OCT2009**

Phone: **+39-338-9109204**
Last Four Digits of Acct #: _____

CONTACTS AT PICTET
DAVID AESCHLIMANN +41 58 323 2197
Phone: MAUREEN GOETSCHI +41 58 323 3012
Last Four Digits of Acct. #: ___/___

Name and Address where transferee payments should be sent (if different from above):
**EMAIL: MICHIFABBRIZI@HOTMAIL.IT**

BLOCKING CODE 604258
ISIN XS017615350

Phone: **+39-338-9109204**
Last Four Digits of Acct #: **4578**
**IBAN: IT 53 B 03343 032001 00000214578**
**BIC: PICTITTT**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ Agata Parnasi    Date: **06.08.2021**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 25 2021
U.S. BANKRUPTCY COURT, SDNY

**PICTET**
1805

United States Bankruptcy Court
Southern District of New York
**Attn: Lehman Brothers Holdings Inc.**
One Bowling Green, Room 615-1
New York, NY 10004-1408
USA

Geneva, 23 August 2021
MG/DL

**Subject: LBHI opt-in offer for final distribution in October 2021 for ISIN XS0176153350 TWO SEPARATE HOLDERs: Agata / Filiberto**

Dear Madam/Sir,

Good morning.

Please find attached, the claim transfer form for the a/m holders opting-in with respect to the a/m offer. We have included a copy of the last distribution payment and highlighted the asset line concerned. We received the original claim transfer form from Agata but not yet for Filiberto. As time is running out, I am soliciting your kind consideration to accept a copy of Filiberto's claim transfer form. As soon as the original is received, it will be forwarded to yourselves.

Holder Agata opt-in amount is USD 43'464.76 and holder Filiberto opt-in amount is USD 29'176.51. The allowed claim amount of USD 72'941.27 is thus proportionally split according to each client's holding. Please accept our apologies for the last minute sending of the claim transfer form.

Do not hesitate to contact us if you have any doubts.

Contacts:
David Aeschlimann at TEL: +41 58 323 2197
Email: daeschlimann@pictet.com

Maureen Götschi at TEL: +41 58 323 3012
Email: mgoetschi@pictet.com

Yours faithfully,

Banque Pictet & Cie SA

Maureen Götschi:                    Denis Liechti:

Banque Pictet & Cie SA
Route des Acacias 60
1211 Genève 73
Suisse
+41 58 323 2323 — TÉL
+41 58 323 2324 — FAX
groupe.pictet