Schedule B
B 2100A (Form 2100A)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,          Case No.          08-13555 (SCC)
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| POON CHEE KIN ALBERT | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Name:  POON CHEE KIN ALBERT
Address: FLAT B 7/F YICK KING BUILDING, 3 CHUN FAI ROAD, JARDINE'S LOOKOUT, HONG KONG
Phone: +852 9151 3151

Court Claim # (if known):  56669

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    27-AUG-2021

Transferee/Transferee's Agent
Name: POON CHEE KIN ALBERT
Title: n/a

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.323247 -

**Schedule C**
**Evidence of transfer of claim**

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("**Transferor**"), does hereby certify that, as of  27-AUG-2021  it has unconditionally and irrevocably transferred and assigned to POON CHEE KIN ALBERT ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number  56669  filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|------|--------|-----------|------------------------------|
| XS0326865325 | Lehman Brothers Treasury Co BV | LEHMAN BROTHERS HOLDINGS INC | EUR 100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the   27  of  AUG, 2021

**THE HONGKONG AND SHANGHAI**
**BANKING CORPORATION LIMITED**

By: ___ For and on behalf of
      The Hongkong and Shanghai Banking Corporation Limited ___

Name: _____
Title: ___ Terry Lam
Tel.: ___ Head of Private Banking Operations
        Private Banking Division

**POON CHEE KIN ALBERT**

By: _____

Name: POON CHEE KIN ALBERT
Title: _____
Tel.: +852 9151 3151

E2.323247 -

RESTRICTED