B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Beespirit Worldwide Limited | Citibank NA |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
R Leopoldo Couto De Magalhaes JR 1344, AP 201
Sao Paulo, SP, Brazil 04542-001

Court Claim # (if known): 55393
Amount of Claim: $300,000.00
Date Claim Filed: _____
ISIN: XS0343832605
CUSIP: 324993948

Phone: 55 11999855555
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Citibank NA
New York NY, USA 10022

Phone: _____
Last Four Digits of Acct #: 0002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 08-20-2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 26 2021
U.S. BANKRUPTCY COURT, SDNY