B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc                ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Honiara Development Inc | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Honiara Development Inc c/o Morgan & Morgan Trust Corp (Belize) Ltd Withfield Tower 3rd Floor, 4792 Coney Drive, PO Box 1777, Belize City

Court Claim # (if known):  545221.01
Amount of Claim:  $580,000.00
Date Claim Filed:  10/29/2009

Phone:  +423 239 01 01 / office@corpatrust.com
Last Four Digits of Acct #:

Phone:  +41 58 819 3533
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
  UBP SA, Bahnhofstrasse 1, 8027 Zurich, Switzerland / UBPGCHZZ / CH02 0865 7007 0B70 6581 4

Phone:  +41 58 819 3533 / corpor@ubp.ch
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Honiara Development Inc, /s/                    Date:  08/18/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 26 2021
U.S. BANKRUPTCY COURT, SDNY



# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Honiara Development Inc** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01)** in nominal amount of **USD 580'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS **08/18/2021**.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department  
Managing Director

Securities department  
Associate

Union Bancaire Privée, UBP SA · Siège social
Rue du Rhône 96-98 · Case Postale 1320
1211 Genève 1 · Suisse
T +41 58 819 21 11 · F +41 58 819 22 00 · www.ubp.com



UNION BANCAIRE PRIVÉE

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0345680655<br><br>Lehman Brothers due 07.02.2011 | 545221.01 | 26th October 2009 | Lehman Brothers Treasury BV | USD 580'000 | N/A |

Union Bancaire Privée, UBP SA · Siège social
Rue du Rhône 96-98 · Case Postale 1320
1211 Genève 1 · Suisse
T +41 58 819 21 11 · F +41 58 819 22 00 · www.ubp.com