B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re ___Lehman Brothers Holdings Inc., et al., Debtors.___,   Case No. __08-13555 (SCC)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__LI LIDONG__  
Name of Transferee

__Citibank (Hong Kong) Limited__  
Name of Transferor

Name and Address where notices to transferee should be sent: 1202 BLDG 12 HONGLIANBEICUN HAIDIAN DIST BEIJING 100082 CHINA

Court Claim # (if known): __55848.05/55848.06__  
Amount of Claim: 643,253.07 / 326,917.63 ; Total: 970,170.70  
Date Claim Filed: _____

Phone: 86-13901251117  
Last Four Digits of Acct #: 3170

Phone: 2860 0333  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __LI LIDONG__ /s/    Date: __Aug 13, 2021__
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee's Email Address: __LILIDONG_LLD@163.COM__

RECEIVED
AUG 26 2021
U.S. BANKRUPTCY COURT, SDNY

Date: August 23, 2021

Hi Genna / Clerk of US Bankruptcy Court,

I am writing for the submission for the transfer of claim forms regarding Lehman Brothers Holdings Inc, et Al, Debtors (Case No.: 08-13555(SCC)), Transferor: Citibank (Hong Kong) Limited.)

Please kindly proceed the urgent request by Aug 27, 2021 (Fri), which is a day before the record date of a corporate action issued by Lehman Brothers Entity.

We have sent a first batch of forms and this is the 3rd batch of the submissions.

For the fee of the transfer of claim payment, please kindly send email or letter to the email address / mailing address stated in the individual forms.

For any other enquires, please email to gcbhksp@citi.com or contact Kevin / me directly.

Regards,

Jessica Leung & Kevin Lee

Wealth Management

Citibank (Hong Kong) Limited

Email: jessica.sy.leung@citi.com / kevin.keiyan.lee@citi.com

Tel: +852 2962 3763 / +852 2962 3103