

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HONTANAR INVESTMENTS SP | CITIBANK N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Cititrust (Switzerland) Limited
Prime Tower, P.O. Box 20
CH-8010 Zurich, Switzerland
Phone: +41 58 750 7746
Last Four Digits of Acct #:  5225

Court Claim # (if known): _____
Amount of Claim:  $284,020
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By Cititrust (Switzerland) Limited, Partner and Cititrust Private Trust Zurich GmbH, Partner

By: _____    Date: August 25, 2021
Oksana Thom
Izabela Kazmierczak
Transferee/Transferee's Agent
Authorized Signers

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ACCOUNT NAME | CUSIP | ISIN | CLAIM AMOUNT |
|---|---|---|---|
| HONTANAR INVESTMENTS SP | | XS0350187604 | 284,020 |

# HONTANAR INVESTMENTS S.P.

PRIME TOWER
P.O. BOX 20
CH-8010 ZURICH
SWITZERLAND

25 August 2021

**By DHL Courier**
United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408, U.S.A.
Tel. +1 212 668 2870

Re: Hontanar Investments SP – Transfer of Claim Agreement for Case No. 08-13555

Dear Sirs,

Please find enclosed the original signed Transfer of Claim Agreement for Case No. 08-13555 in order to transfer the position into our own name.

We also enclose a list with the ISIN number and the claim amount for your information.

Please send all correspondence to our mailing address at:

Hontanar Investments SP
c/o Cititrust (Switzerland) Limited
Prime Tower, P.O. Box 20
CH-8010 Zurich, Switzerland

Should you have any queries, please do not hesitate to contact Oksana Thom at telephone +41 58 750 7553 or Luis F. Peralta on telephone +41 58 750 7746 or via email to oksana.thom@citi.com and luis.felipe.peralta@citi.com.

Yours sincerely,

For and on behalf of **Hontanar Investments S.P.**

Cititrust (Switzerland) Limited, Partner        Cititrust Private Trust Zurich GmbH, Partner

_____        _____
Oksana Thom                                                    Izabela Kazmierczak

Encl.

TR8045/ CO8044 Lehman Brothers claim