B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

*RECEIVED AUG 27 2021 U.S BANKRUPTCY COURT SO DIST OF NEW YORK*

In re  LEHMAN BROTHERS HOLDINGS INC., et al.  ,   Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Green Meadow Enterprises Ltd | Citibank (Switzerland) AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Kurkin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, Fl 33180
Phone: 305-929-8503
Last Four Digits of Acct #: _____

Court Claim # (if known):  55399.01
Amount of Claim:  USD 2,008,650.00 & USD 153,766.32
Date Claim Filed:  29 October 2009

Phone:  +41 58 750 50 00
Last Four Digits of Acct. #:  9823

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/  Date:  August 24, 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Citibank (Switzerland) AG  Geneva Branch      Tel +41 (0)58 750 5000
Prime Tower                Quai de la Poste 2  Fax +41 (0)58 750 7292
Hardstrasse 201            P.O. Box 3946
P.O. Box                   CH-1211 Geneva 3
CH-8010 Zurich



**Private Bank**

United States Bankruptcy Court
Southern District Of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, Ny 10004-1408
UNITED STATES OF AMERICA

Zurich, 26 August 2021

In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors.
Chapter 11 Case No. 08-13555 (SCC) (Jointly Administered)

To whom it may concern,

In reference to the above-mentioned bankruptcy case, we refer to the enclosed TRANSFER OF CLAIM OTHER THAN FOR SECURITY-form (the "**Form**").

This form is meant to transfer parts of Citibank (Switzerland) AG's claim in the above-mentioned bankruptcy to the transferee as stated in the Form.

Citibank (Switzerland) AG's claim is currently listed under claim #55399 and the following amounts of this claim shall be transferred as per the enclosed Form:

| ISIN | Allowed Claim Amount | Claim Number | Blocking No. |
|---|---|---|---|
| XS0353301947 | USD 153,766.32 | 55399.01 | CA01099 |
| XS0348391409 | USD 2,008,650.00 | 55399.01 | CA01103 |

The remainder of the claim #55399 shall remain in Citibank (Switzerland) AG's name and will form part of the Final Distribution as approved by the court.

In case you have any further questions, you may reach out directly to Marc Leuzinger (0041 58 750 74 45) or Patrick Baenninger (0041 58 750 78 94).

Sincerely,

Citibank (Switzerland) AG

Marc Leuzinger
General Counsel