B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers holdings Inc. et al**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Aviva Weinmann**
Name of Transferee

**CITIBANK, N.A., LONDON BRANCH**
Name of Transferor

Name and Address where notices to transferee should be sent:
  12 Hacarmel St., Apt. 45
  Ganey Tigwa, 5591612, Israel

Phone: **544301377**
Last Four Digits of Acct #: **1903**

Court Claim # (if known): **55411**
Amount of Claim: **40000**
Date Claim Filed: **02-Nov-2009**

Phone: _____
Last Four Digits of Acct. #: **1327**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **CITIBANK, N.A., LONDON BRANCH**    Date: **27th August 2021**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.