B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers holdings Inc. et al**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Martin Granados Victoria**                **CITIBANK, N.A., LONDON BRANCH**
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): **55411**
should be sent:                                Amount of Claim: **60,000**
**Capulin 49-503**                             Date Claim Filed: **02-NOV-2009**
**Col. Del Valle**
**DF, 3100**
Phone: **15554127534**                         Phone: _____
Last Four Digits of Acct #: **8203**           Last Four Digits of Acct. #: **1327**

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **CITIBANK, N.A., LONDON BRANCH**    Date: **27th August 2021**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.