B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers holdings, Inc. et al_    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| _Pinar Rauf Ahmet_ | _CITIBANK, N.A., LONDON BRANCH_ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

_34 Oxenden Cres, Etobicoke, Toronto M9C 4H4, Canada_

Phone: _416 788 5642_
Last Four Digits of Acct #: _0301_

Court Claim # (if known): _55411_
Amount of Claim: _$0000_
Date Claim Filed: _02 - Nov - 2009_

Phone: _____
Last Four Digits of Acct. #: _1327_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _CITIBANK, N.A., LONDON BRANCH_    Date: _27th August 2021_
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.