B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc. et al     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Odilzhon Sobirov | CITIBANK, N.A., LONDON BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

2059 Rue Beaudry
Montreal, QC
H2L 3G4, Canada
Phone: 5144520033
Last Four Digits of Acct #: 7105

Court Claim # (if known): 55411
Amount of Claim: 260 000
Date Claim Filed: 02-NOV-2009

Phone: _____
Last Four Digits of Acct. #: 1327

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: CITIBANK, N.A., LONDON BRANCH     Date: 27th August 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571