B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _LEHMAN BROTHERS HOLDINGS INC._  Case No. _08 - 13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

_MARIA CONCEPCION ALVAREZ REGUERAS_          _BANKINTER S.A._
            Name of Transferee                               Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____
should be sent:                                       Amount of Claim: _____
                                                      Date Claim Filed: _____

Phone: _+ 34 65 91 7 6050_                            Phone: _____
Last Four Digits of Acct #: _4937_                    Last Four Digits of Acct. #: _____

Name and Address where transferee payments       CLAIM NUMBER: 64024
should be sent (if different from above):
                                                 CLAIM AMOUNT: 38 928,45 €

                                                 ISIN : XS 0342637872
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _Maria Concepción Alvarez Reguelas_ Date: _05 - Agosto - 2021_
        Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 30 2021
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK