

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _LEHMAN BROTHERS HOLDINGS INC._   Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_MANUEL ORTIZ REINA_    _BANKINTER, S.A._
Name of Transferee       Name of Transferor

Name and Address where notices to transferee should be sent: _mortizreina@telefonica.net_
MANUEL ORTIZ REINA
CALLE SANTA TERESA, 16, 5º IZQ.
30005 - MURCIA (SPAIN)
Phone: _+34 699917007_
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CLAIM NUMBER: 64.024
COD. ISIN: XS 0342637872
CLAIM AMOUNT: 38.928,45447 $

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: _4- AGOSTO - 2021_
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.