B 210A (Form 210A) (12/09)


RECEIVED
AUG 30 2021

# UNITED STATES BANKRUPTCY COURT

In re _____,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**PEDRO YUKIO KIGUTI**
Name of Transferee

**CITIBANK NA**
Name of Transferor

Name and Address where notices to transferee should be sent:
Rua das Araucarias, 155
Condominio Vale do Sol
Tremembe - Sao Paulo SP
Brazil 12120-000
Phone: 551236722512
Last Four Digits of Acct #: 9409

Court Claim # (if known): 55393
Amount of Claim: $200,000.00
Date Claim Filed: _____
ISIN: XS0350109475
CUSIP: 223992959
Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: 9409

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Pedro Yukio Kiguti    Date: 08/19/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.