

August 23, 2021

Greg M. Bentz
Attorney, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
gbentz@midwest-law.com

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Lehman Brothers Holdings Inc.
      08-13555-SCC

Dear Clerk of the Court:

Regarding the above-referenced case, I was counsel for Creditor Federal Home Loan Bank of Des Moines, IA. We resolved the case under a court ordered mediation process.

Please remove my name and email address (gbentz@midwest-law.com) from the email distribution list in this case.

Should you require additional information, please contact me.

Very truly yours,

/s/ *Gregory M. Bentz*

Gregory M. Bentz



---

4820 W. 75th Street, Prairie Village, Kansas 66208                               www.sharplawllp.com
913.901.0505