**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|   |   |
|---|---|
| | :    **Chapter 11** |
| **In re** | : |
| | :    **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |
| | :    **(Jointly Administered)** |
| **Debtors.** | : |
| | :    **Ref. Docket Nos. 61229,** |
| | :    **61234, 61235, 61237, 61238,** |
| | :    **61239, 61240, 61243, 61244,** |
| | :    **61245, 61246, 61248, 61249,** |
| | :    **61251-61260, 61262-61276,** |
| | :    **61280, 61283-61293, &** |

---------------------------------------------------------------------- x   **61295-61304**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT    )
                          )   ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 1, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated September 1, 2021, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                        _/s/ Angharad Bowdler_____
                                                        Angharad Bowdler

Sworn to before me this
2nd day of September, 2021
_/s/ Amy E. Lewis_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000200431846 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 22455



CITIBANK (HONG KONG) LIMITED
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

CITIBANK (HONG KONG) LIMITED
ATTN: LUM, SO FAN, FANNY
8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD
QUARRY BAY
HONG KONG

Please note that your claim # 55848-19 in the above referenced case and in the amount of $198,741.99 allowed at $141,805.92 has been transferred (unless previously expunged by court order)

FONG, SAI PING
TRANSFEROR: CITIBANK (HONG KONG) LIMITED
FLAT C, 18/F, COMFORT GARDEN
60 KING'S ROAD, NORTH POINT
HONG KONG
HONG KONG

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          61265          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  09/01/2021                          Vito Genna, Clerk of Court

                                           /s/Andrea Speelman

                                           Epiq Corporate Restructuring, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 1, 2021.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AHMET, PINAR RAUF | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 34 OXENDER CRES., ETOBICOKE, TORONTO M9C 4H4  CANADA |
| AREPO FIDUCIARIA SRL | TRANSFEROR: BANQUE PICTET & CIE SA, VIA CERVA 28, 20122 MILAN  ITALY |
| AREVALO, LUIS | TRANSFEROR: BANKINTER, SA, C/ ISABEL DE VILLENA 49D, 46011 VALENCIA  SPAIN |
| ARJANDAS HIRANAND MELWANI/ MINOO ARJANDAS MELWANI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT E, 18/F VILLA MONTE ROSA, 41A STUBBS ROAD, WAN CHAI  HONG KONG |
| ASIAN TEXTILE LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ROOM 1003, STERLING CENTRE, 11 CHEUNG YUE STREET, CHEUNG SHA WAN, KOWLOON  HONG KONG |
| AVDEEV, SERGEY | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 33 PLYUSHCHIKHA STR., APT. 15, MOSCOW 119121  RUSSIA |
| AVDEEV, SERGEY | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 33 PLYUSHCHIKHA STR., APT. 15, MOSCOW 119121  RUSSIA |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73  SWITZERLAND |
| BEESPIRIT WORLDWIDE LIMITED | TRANSFEROR: CITIBANK, N.A., R LEOPOLDO COUTO DE MAGALHAES, JR 1344, AP 201, SAO PAULO, SP 04542-001 BRAZIL |
| CHENG, SAU LING AMY | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 8/F, FLAT C, BLOCK 2, PEAKSVILLE, 74 ROBINSON ROAD, HONG KONG  HONG KONG |
| CHIANG CHEN CHI WEN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 6F, 6, ALLEY 61, LANE 116, LEQUN 2ND ROAD, TAIPEI  TAIWAN |
| CHOCARRO AZCONA, JESUS MARIA | TRANSFEROR: BANKINTER, SA, C/ CATALINA DE ERAUSO 11-8-B, 20010 SAN SEBASTIAN SPAIN |
| CHUAH PATRICIA ANNE PHI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 1370 JOSE ABAD SANTOS AVENUE, CORNER LATORRE STREET, TONDO MANILA  PHILIPPINES |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 |

| Claim Name | Address Information |
|---|---|
| CITIBANK (HONG KONG) LIMITED | AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY, 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD, QUARRY BAY  HONG KONG |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIBANK (SWITZERLAND) AG | SECURITIES MIDDLE OFFICE, ATTN: MARGRIT BOSSUGE, PRIME TOWER PT10, HARDSTRASSE 201, CH-8005 ZURICH  SWITZERLAND |
| CITIBANK (SWITZERLAND) AG | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS, 390 GREENWICH ST 5TH FL, NEW YORK, NY 10013 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 |

| Claim Name | Address Information |
|---|---|
| CITIBANK, N.A., LONDON BRANCH | AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: GRANT CARSON, INTL PERSONAL BANKING, 16 EASTCHEAP, 1ST FL, LONDON EC3M 1NL UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| DAUPHINOT INVESTMENTS LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 22/F, KWONG FAT HONG BUILDING, 1 RUMSEY STREET, SHEUNG WAN, HONG KONG  HONG KONG |
| FONG, SAI PING | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, FLAT C, 18/F, COMFORT GARDEN, 60 KING'S ROAD, NORTH POINT, HONG KONG  HONG KONG |
| GOKSON BONNAE | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, VISIONS RESTAURANTS HOLDINGS, LTD, 14/F ON BUILDING, #162 QUEENS RD, CENTRAL  HONG KONG |
| GONG, CHENG HSIUNG | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 21/F, #70 TUN HUA SOUTH ROAD, SECTION 2, TAI-AN DISTRICT, 10683 TAIPEI  TAIWAN |
| GREEN MEADOW ENTERPRISES LTD. | TRANSFEROR: CITIBANK (SWITZERLAND) AG, C/O KURKIN FOREHAND BRANDES LLP, 18851 NE 29TH AVENUE, SUITE 303, AVENTURA, FL 33180 |
| GREGORY, VIVIENNE | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, RUE DE DEUX BONNLERS 18, 7870 CAMBRON ST VINCENT  BELGIUM |
| GUTIERREZ, MARCOS BADA | TRANSFEROR: BANKINTER, SA, CERRO DE LA CARRAQUETA STREET, NO. 3, 10, 1 C A, 28035 MADRID  SPAIN |
| HARTL, MARIA LUISE ELEONORA ROSINA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, RILKESTRASSE 6, 85055 INGOLSTADT GERMANY |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SINGAPORE | RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONIARA DEVELOPMENT INC. | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, C/O MORGAN & MORGAN TRUST CORP (BELIZE) LTD., WITHFIELD TOWER 3RD FLOOR, 4792 CONEY DRIVE, PO BOX 1777, BELIZE CITY  BELIZE |
| KGI SECURITIES CO. LTD. | FKA TAISHIN SECURITIES CO., LTD., ATTN: YAO- MIN CHOU- LEGAL, NO. 700 MING SHUI RD, TAIPEI 104 TAIWAN |
| KGI SECURITIES CO. LTD. | C/O MORRISON & FOERSTER LLP, ATTN: BRETT H. MILLER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| KGI SECURITIES CO. LTD. | FKA TAISHIN SECURITIES CO., LTD., ATTN: YAO- MIN CHOU- LEGAL, NO. 700 MING SHUI RD, TAIPEI 104 TAIWAN |
| KGI SECURITIES CO. LTD. | C/O MORRISON & FOERSTER LLP, ATTN: BRETT H. MILLER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| KO OEN TJIANG AKA KHO OEN TJIANG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, CLEMENTI CENTRAL POST OFFICE, PO BOX 29, SINGAPORE 911201 SINGAPORE |
| LAI LUNG SEN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 9F-5 NO 16 |

| Claim Name | Address Information |
|---|---|
| LAI LUNG SEN | SEC 5 NANJING EAST ROAD, SHONGSHAN DISTRICT 10597, TAIPEI  TAIWAN |
| LAI, KWAN AING LO | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 727B, 37/F, LA PLACE DE VICTORIA, 632 KING'S ROAD NORTH POINT, HONG KONG  HONG KONG |
| LEE CHIN POH | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 8 JALAN BANGET, SINGAPORE 588953 SINGAPORE |
| LEE CHUN TAK BRIAN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 2 FLOOR BLOCK C WOODGREEN ESTATE, 5 SHOUDON HILL ROAD, HONG KONG  HONG KONG |
| LEUNG WING YUI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT A 51/F TOWER 2, MANHATTAN HILL, 1 PO LUN STREET, LAI CHI KOK, KOWLOON  HONG KONG |
| LI, LIDONG | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 1202 BUILDING 12, HONGLIANBEICUN, HAIDIAN DIST., BEIJING 100082  CHINA |
| LI, LIDONG | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 1202 BLDG 12, HONGLIANBEICUN, HAIDIAN DIST., BEIJING 100082  CHINA |
| LIN, YAP SWEE | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 49 JALAN TERASEK, BANGSAR BARU, 59100 KUALA LUMPUR  MALAYSIA |
| LIU, HSI-NING | TRANSFEROR: KGI SECURITIES CO. LTD., 1F, NO. 44-2, LN. 191, SEC. 1, MUZHA RD., WENSHAN DIST., TAIPEI CITY  TAIWAN |
| LUAN, KWEK GEOK AKA CHENG, KWEK LEE | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 9 TANGLIN HILL, SINGAPORE 248047  SINGAPORE |
| MARENBACH, MARIA GERTRUD AND WOLFGANG | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, WACHOLDERWEG 18, 50259 PULHEIM  GERMANY |
| MASS, ALEXANDER | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, APT. 262, KASCHIRSKOJE, SCHOSSE 82, 115569 MOSCOW  RUSSIAN FEDERATION |
| MUNOZ, ORLANDO RODRIGUEZ | TRANSFEROR: BANKINTER, SA, LG OLES, 29, 33315 VILLAVICIOSA  SPAIN |
| O'HANA, VITORIA TOLLMAN | TRANSFEROR: BANQUE PICTET & CIE SA, 4 CRESCENT MANSIONS, 113 FULHAM RD, LONDON SW36RL UNITED KINGDOM |
| ORNAZABAL, JOSE | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, P.O. BOX 1506, SAN SEBASTIAN 20080 SPAIN |
| OZDAG, ADILE | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, SARIKONAKLAN B, 18-2, ETILER, ISTANBUL  TURKEY |
| PARNASI, AGATA | TRANSFEROR: BANQUE PICTET & CIE SA, VIA FLAMINIA 670, 00181 ROME  ITALY |
| POON, CHEE KIN ALBERT | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT B, 7/F, YICK KING BUILDING, 3 CHUN FAI ROAD, JARDINE'S LOOKOUT, HONG KONG  HONG KONG |
| QUASAR GROWTH GROUP LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, PO BOX 15348, DOHA  QATAR |
| RUPANI, BHOJRAJ M., RUPANI, MOHINI B., RUPANI, SURAJ B. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, UNIT 701, 7TH FLOOR, CHEUNG BUILDING, 1 WING LOK STREET, CENTRAL, HONG KONG  HONG KONG |
| SALTARELLI, FILIBERTO | TRANSFEROR: BANQUE PICTET & CIE SA, C/O PICTET & CIE, VIA PO, 7/A, 00198 ROME  ITALY |
| SCIMITAR GLOBAL LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, PO BOX 15348, DOHA  QATAR |
| SEM, ALMALEH | TRANSFEROR: BANQUE PICTET & CIE SA, CHEMIN RIEU 15A, 1208 GENEVA  SWITZERLAND |
| SOBIROV, ODILZHON | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 2059 RUE BEAUDRY, MONTREAL H2L 3G4 CANADA |
| SUAREZ LORENZO, PABLO ALFONSO & RODRIGUEZ MARTINEZ, EVA MARIA | TRANSFEROR: BANKINTER, SA, CHARRUAS 30, 47008 VALLADOLID  SPAIN |
| TO, KAM LING DAISY | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, FLAT B, 7/F, BLK 10, BRAEMAR HILL MANSIONS, 33 BRAEMAR HILL ROAD, NORTH POINT, HONG KONG  HONG KONG |
| TSUI, CHANG MING | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, FLAT B, 30/F, TOWER 1, FLORIENT RISE, 38 CHERRY STREET, TAI KOK TSUI KLN, HONG KONG  HONG KONG |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| VICTORIA, MARTIN GIRARDOS | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, CAPULIN 49-503, COL. DE VALLE, DISTRITO FEDERAL 3100   MEXICO |
| WANG, JIANXIA | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 2-16-807 AN HUA XI LI, CHAO YANG DISTRICT, BEIJING 100011  CHINA |
| WANG, JIANXIA | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 2-16-807 AN HUA XI LI, CHAO YANG DISTRICT, BEIJING 100011  CHINA |
| WEINMANN, AVIVA | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 12 HACARMEL ST., APT. 45, GANEY TIQUA 5691612  ISRAEL |
| WEINMANN, AVIVA | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, 12 HACARMEL ST., APT. 45, GANEY TIQUA 5591612  ISRAEL |
| WONG CHI KWONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 1205, NEW WORLD TOWER 1, 18, QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| WONG MAN YEE WENDY | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, HOUSE D, 3 SHOUSON HILL ROAD, SHOUSON HILL  HONG KONG |
| WONG, WAI YU AMELIA | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, RM 1108, 11/F, COSCO TOWER, 185 QUEEN'S ROAD, CENTRAL, HONG KONG  HONG KONG |
| WU, RWEI-BIN | TRANSFEROR: KGI SECURITIES CO. LTD., 10F-3, NO. 50, LN. 21, SEC. 3, DALIAN RD., BEITUN DIST., TAICHUNG CITY 406035  TAIWAN |
| YUNG, LEUNG TUNG DANIEL & YAU, MANNA | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, FLAT B, 15/F, BLOCK C, THE CRESCENT, 11 HOMANTIN HILL ROAD, HO HAN TIN, HONG KONG  HONG KONG |
| YUNG, PETER LEUNG | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, 11B LA VOGUE COURT, 29 VILLAGE ROAD, HAPPY VALLEY, HONG KONG  HONG KONG |
| ZUFFEREY, ARMAND | TRANSFEROR: BANQUE PICTET & CIE SA, 6A AVENUE DE HONEX, CHENE-BOURG 1225 SWITZERLAND |
| ZUO, XIAOYU | TRANSFEROR: CITIBANK (HONG KONG) LIMITED, FLAT A, 9/F, BLOCK 2, AMALFI 8 AMAFI DRIVE, DISCOVERY BAY LANTAU NT, HONG KONG  HONG KONG |

**Total Creditor Count 154**