**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- x
                                                              :   Chapter 11
In re                                                         :
                                                              :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :
                                                              :   (Jointly Administered)
                                 Debtors.                     :
                                                              :   Ref. Docket Nos. 61219,
                                                              :   61223, 61241, 61247, 61277,
                                                              :   61278, & 61281
------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                            ) ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2021, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
3rd day of September, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000200431848 ***         LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129330

BANKINTER, SA
ATTN: ANA ISABEL CASUSO ROMERO
PASEO DE LA CASTELLANA, 29
28046 MADRID
 SPAIN

ALVAREZ REGUERAS, MARIA CONCEPCION
N/A
N/A
 N/A

**Your transfer of claim # 64024-03 is defective for the reason(s) checked below:**

Address Missing

Docket Number   61247         Date:  08/19/2021

/s/ Andrea Speelman

---

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# Exhibit B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALVAREZ REGUERAS, MARIA CONCEPCION | N/A, N/A  N/A |
| ALVAREZ REGUERAS, MARIA CONCEPCION | N/A, N/A  N/A |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| GOMEZ PEREZ, JUAN | N/A, N/A  N/A |
| GOMEZ PEREZ, JUAN | N/A, N/A  N/A |
| HIJOS DE VICENTE SEVILLA S.L. | N/A, N/A  N/A |
| LUIS AREVALO | N/A, N/A  N/A |
| LUIS AREVALO | N/A, N/A  N/A |
| SILES, VICENTE CHRIS LT | N/A, N/A  N/A |

**Total Creditor Count 16**