B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Hijos DE Vicente Sevilla S.L          BANKINTER S.A.
Name of Transferee                    Name of Transferor

Name and Address where notices to transferee should be sent: JUAN CARLOS SEVILLA VICEDO
C/ALMANSA 115-A   03206 ELCHE
ALICANTE - ESPAÑA

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CLAIM NUMBER: 64024
CLAIM AMOUNT: 46,714.14 €
ISIN: XS0342637872

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 08 - 23 - 2021
   Transferee/Transferee's Agent              MM   DD    YYYY

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.