B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings, Inc_   Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Ho Kwong Yee_  
Name of Transferee

_Citibank, N.A. ABN 34 072 814 058_  
Name of Transferor

Name and Address where notices to transferee should be sent:  
_Flat F, 3/F, Blk 8, Site 3_  
_Whampoa Garden, Hong Kong_

Court Claim # (if known): _55847_  
Amount of Claim: _45,0000_  
Date Claim Filed: _____

Phone: _pangmhk@hotmail.com_  
Last Four Digits of Acct #: _____

Phone: _____  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):  
_Ming Kei Ho_  
_(Address is the same as above)_  
Phone: _+852 91700544_  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ming Kei Ho_   Date: _30-8-2021_  
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



SEP - 7 2021  
U.S. BANKRUPTCY COURT  
SO. DIST OF NEW YORK