UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 61250
: & 61294
:
:
:
:
------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                                            )  ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated September 7, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          /s/ Angharad Bowdler
          Angharad Bowdler

Sworn to before me this
9th day of September, 2021
/s/ Amy E. Lewis

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

BANQUE PICTET & CIE SA
ATTN: DENIS LIECHTI
ROUTE DES ACACIAS 60
CH-1211 GENEVA 73
SWITZERLAND

Please note that your claim # 64249-42 in the above referenced case and in the amount of $576,093.71 allowed at $576,156.95 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000200587916 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000195286



LIBERENE LIMITED
TRANSFEROR: BANQUE PICTET & CIE SA
112 BONADIE ST
TRUST HOUSE
KINGSTOWN 04
ST VINCENT AND THE GRENADINES

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        61250        in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/07/2021                    Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 7, 2021.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73   SWITZERLAND |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS, 390 GREENWICH ST 5TH FL, NEW YORK, NY 10013 |
| HONTANAR INVESTMENTS SP | TRANSFEROR:  CITIBANK, N.A., C/O CITITRUST (SWITZERLAND)LIMITED, PRIME TOWER, P.O. BOX 20, CH-8010, ZURICH, SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 67, |
| LIBERENE LIMITED | TRANSFEROR: BANQUE PICTET & CIE SA, 112 BONADIE ST, TRUST HOUSE, KINGSTOWN 04 ST VINCENT AND THE GRENADINES |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: LEHMAN BROTHERS FINANCE AG IN LIQUIDATION, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |

**Total Creditor Count 9**