B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __Lehman brothers__ .    Case No. __08 13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Sunnyland holdings Pty Ltd__
Name of Transferee

__Citibank, N.A - ABN34072814058__
Name of Transferor

Name and Address where notices to transferee should be sent: __30 monash Ave, Balwyn VIC3103, Aus Australia.__

Court Claim # (if known): __55847__
Amount of Claim: __404845.77__
Date Claim Filed: ~~23/08/2021~~

Phone: ~~04~~ __+61 450 300 613__
Last Four Digits of Acct #: _____

Phone: __bwmproductsupport@citi.com__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: __+61 450 300 613__
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____    Date: __23/08/2021__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

