

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re *LEHMAN BROTHERS HOLDINGS*   Case No. *08-13555*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

*ANA BELLA MATUTE BENITO*
Name of Transferee

*BANKINTER SA*
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: *(34) 639 123443*
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*CLAIM NUMBER: 64024*

*CLAIM AMOUNT: 0128/0440/47/1136462*

Phone: _____
Last Four Digits of Acct #: _____

*ISIN: XS030J547542*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____   Date: *08-02-221*
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.