

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc , Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Susann Grosskopf | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Susann Grosskopf, Ehrenberger Strasse 28, 42389 Wuppertal, Germany

Court Claim # (if known): 545221.01
Amount of Claim: $42,573.17
Date Claim Filed: 10/29/2009

Phone: +49 176 24183058, troplady@googl
Last Four Digits of Acct #: _____

Phone: +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Stadtsparkasse Wuppertal, Filiale Langerfeld, Schwelmer Str. 26, 42389 Wuppertal

IBAN DE43 3305 0000 0003 0237 69, WUPSDE33XXX

Phone: +49 202 4884075
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Susann Grosskopf  /s/ S. Grosskopf     Date: 06/03/2021
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Susann Grosskopf** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of USD 42'573.17 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th September 2021.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities departement                        Securities departement

Union Bancaire Privée, UBP SA · Siège social
Rue du Rhône 96-98 · Case Postale 1320
1211 Genève 1 · Suisse
T +41 58 819 21 11 · F +41 58 819 22 00 · www.ubp.com

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0290588572<br><br>Lehman Brothers due 02.04.2010 | 545221.01 | 26th October 2009 | Lehman Brothers Treasury BV | USD 42'573.17 | N/A |