WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

**NOTICE REGARDING TWENTY-THIRD DISTRIBUTION PURSUANT TO
THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 23023],[1] will commence on October 7, 2021 (the "Twenty-Third Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that Lehman Brothers Holdings Inc. will distribute to holders of Allowed Claims as well as the cumulative percentage recovery distributed to holders of Allowed Claims in each Class under the Plan (other than secured, administrative or priority claims). The amounts on Exhibit A exclude the "Final Distributions" made pursuant to the *Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief*, dated July 1, 2021 [ECF No. 61161].

Attached hereto as Exhibit B is a summary of the aggregate amount of Allowed Claims eligible for Distributions on the Twenty-Third Distribution Date, listed by Plan Class. In aggregate, approximately 4,350 creditors which represent 84% of all record holder creditors of Lehman Brothers Holdings Inc. will receive a Final Distribution on the Twenty-Third Distribution Date.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the plan.

The aggregate amount that will be distributed on the Twenty-Third Distribution Date will total approximately $122.5 million, including approximately $8.4 million in Final Distributions.

Dated: September 30, 2021
      New York, New York

                                                /s/ *Garrett A. Fail*
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of its Affiliates

**Exhibit A**

**Exhibit A**

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Twenty-third Distribution on 10/7/2021 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Holdings Inc.** | | | | | |
| Class | 3 | Senior Unsecured | 46.409090% | 0.063903% | 46.472993% |
| Class | 4A | Senior Affiliate Claims | 37.371780% | 0.052937% | 37.424717% |
| Class | 4B | Senior Affiliate Guarantee | 36.467396% | 0.051765% | 36.519161% |
| Class | 5 | Senior Third-Party Guarantee | 29.178258% | 0.041412% | 29.219670% |
| Class | 6A | Convenience Claims | 26.000000% | N/A | 26.000000% |
| Class | 6B | Guarantee Convenience Claims | 17.000000% | N/A | 17.000000% |
| Class | 7 | General Unsecured | 43.446459% | 0.059602% | 43.506061% |
| Class | 8 | Affiliate Claims | 34.335117% | 0.048636% | 34.383753% |
| Class | 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 27.465285% | 0.038909% | 27.504194% |
| Class | 9B | Third Party Guarantee Claims of the RACERS Trusts | 16.697783% | 0.023665% | 16.721448% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Brothers Special Financing Inc. [4]** | | | | | |
| Class | 3 | Convenience Claims | 32.000000% | N/A | 32.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 40.402650% | N/A | 40.402650% |
| Class | 4B | General Unsecured Claims of Designated Entities | 20.486104% | N/A | 20.486104% |
| Class | 5A | Affiliate Claims of LBHI [3] | 40.993800% | N/A | 40.993800% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 33.681570% | N/A | 33.681570% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 39.901580% | N/A | 39.901580% |
| **Lehman Commercial Paper Inc. [4]** | | | | | |
| Class | 3 | Convenience Claims | 60.000000% | N/A | 60.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 77.637057% | N/A | 77.637057% |
| Class | 4B | General Unsecured Claims of Designated Entities | 66.212950% | N/A | 66.212950% |
| Class | 5A | Affiliate Claims of LBHI [3] | 82.037995% | N/A | 82.037995% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 66.212950% | N/A | 66.212950% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 71.178922% | N/A | 71.178922% |
| **Lehman Brothers OTC Derivatives Inc. [4]** | | | | | |
| Class | 3 | Convenience Claims | 34.000000% | N/A | 34.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| **BNC Mortgage LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Commodity Services Inc. [4]** | | | | | |
| Class | 3 | Convenience Claims | 55.000000% | N/A | 55.000000% |
| Class | 4 | General Unsecured Claims | 82.188514% | N/A | 82.188514% |
| Class | 5A | Affiliate Claims of LBHI [3] | 95.568039% | N/A | 95.568039% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | N/A | N/A | N/A |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 82.188514% | N/A | 82.188514% |

**Exhibit A**

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Twenty-third Distribution on 10/7/2021 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Commercial Corporation** [4] | | | | | |
| Class | 3 | Convenience Claims | 40.000000% | N/A | 40.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| **Structured Asset Securities Corporation** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 88.856933% | N/A | 88.856933% |
| Class | 4A | Affiliate Claims of LBHI [3] | 88.856933% | N/A | 88.856933% |
| Class | 4B | Affiliate Claims other than those of LBHI | 88.856933% | N/A | 88.856933% |
| **Lehman Brothers Derivative Products Inc.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Financial Products Inc.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Scottish Finance LP** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Rose Ranch LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 71.169788% | N/A | 71.169788% |
| **Merit LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 33.822175% | N/A | 33.822175% |
| **East Dover Limited** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB 745 LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

**Exhibit A**
## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Twenty-third Distribution on 10/7/2021 [1] | Cumulative Distributions [1] |
| **PAMI Statler Arms LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 47.254213% | N/A | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **CES Aviation LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **CES Aviation V LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 36.302126% | N/A | 36.302126% |
| Class | 4A | Affiliate Claims of LBHI [3] | 36.302126% | N/A | 36.302126% |
| Class | 4B | Affiliate Claims other than those of LBHI | 36.302126% | N/A | 36.302126% |
| **CES Aviation IX LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 64.323989% | N/A | 64.323989% |
| Class | 4A | Affiliate Claims of LBHI [3] | 64.323989% | N/A | 64.323989% |
| Class | 4B | Affiliate Claims other than those of LBHI | 64.323989% | N/A | 64.323989% |
| **LB 2080 Kalakaua Owners LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

*Notes:*

[1] *"N/A" indicates either $0 Available Cash for Distributions, $0 in Allowed Claims within the specific class or classes that were satisfied in the previous Distributions. Excludes final distribution percentages pursuant to the Order Authorizing a Voluntary Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief (Docket No. 61161).*

[2] *Distributions reallocated in accordance with Section 6.4 of the Plan.*

[3] *In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended.*

[4] *These Debtors' Chapter 11 cases were closed pursuant to final decrees entered by the Bankruptcy Court (Docket Nos. 51920, 54163, 58257, 59472, 60623 and 61162).*

**Exhibit B**

08-13555-mg    Doc 61325    Filed 09/30/21    Entered 09/30/21 06:54:02    Main Document
Pg 7 of 8

**Exhibit B**

**Allowed Claims Eligible for the Twenty-third Distribution (October 7, 2021)**

*$ in millions*

| Debtor | Class | Designation | Allowed Claims Eligible for Distributions at D22 [1] | Allowed Claims Satisfied in Full & Other [2] | Allowed Claims Participating in Voluntary Final Distribution [3] | Allowed Claims Eligible for Distributions at D23 [4] |
|---|---|---|---|---|---|---|
| **Lehman Brothers Holdings Inc.** | | | | | | |
| | 3 | Senior Unsecured | $83,744.0 | $0.0 | ($20.3) | $83,723.7 |
| | 4A | Senior Affiliate Claims | 58,816.1 | (0.0) | (10.8) | 58,805.2 |
| | 4B | Senior Affiliate Guarantee | 10,221.1 | (148.2) | (0.2) | 10,072.7 |
| | 5 | Senior Third-Party Guarantee | 31,938.1 | (1.0) | (1,144.4) | 30,792.7 |
| | 7 | General Unsecured | 5,884.4 | (0.0) | (312.3) | 5,572.1 |
| | 8 | Affiliate Claims | 497.8 | - | - | 497.8 |
| | 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 19,477.4 | 0.0 | (332.3) | 19,145.1 |
| | 9B | Third Party Guarantee Claims of the RACERS Trusts | 1,947.7 | - | - | 1,947.7 |
| | 10A | Subordinated Class 10A Claims | 3,399.1 | - | - | 3,399.1 |
| | 10B | Subordinated Class 10B Claims | 10,330.4 | - | - | 10,330.4 |
| | 10C | Subordinated Class 10C Claims | 1,492.9 | - | - | 1,492.9 |
| | | **Total** | **$227,749.1** | **($149.2)** | **($1,820.3)** | **$225,779.6** |

[1] "Allowed" claims as reported on Exhibit D of the Twenty-second Distribution Notice filed on March 25, 2021 (Docket No. 61102).

[2] Represents allowed claims that were satisfied in full through the combination of the primary obligor and guarantee distributions from LBHI. Also includes previously allowed claims that have been reclassified, withdrawn or reinstated subsequent to the Twenty-second Distribution.

[3] Pursuant to the Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief (Docket No. 61161), certain creditors will receive a voluntary final distribution in full and final satisfaction of these Allowed Claims concurrent with the Twenty-third Distribution.

[4] LBHI is the holder of Allowed Claims against itself of approximately $31.1 billion, including: $1.2 billion of Class 3 Claims, $25.3 billion of Class 4A Claims, $0.6 billion of Class 4B Claims, $0.2 billion of Class 5 Claims, $0.6 billion of Class 7 Claims, $1.2 billion of Class 9A Claims, and $1.9 billion of Class 9B Claims.