UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         ::
                                                               ::
LEHMAN BROTHERS HOLDINGS INC.,                                 ::   Chapter 11
                                                               
                         Debtor.                               x   Case No. 08-13555 (SCC)
---------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Ellen M. Halstead hereby respectfully withdraws her appearance as counsel for Morgan Stanley & Co. Incorporated and all of its affiliates (collectively, "Morgan Stanley") in the above-captioned chapter 11 proceedings and requests the Court remove her from the Court's CM/ECF electronic notification list and service list.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal is limited to Ms. Halstead and does not impact the representation of Morgan Stanley by other attorneys from Cadwalader, Wickersham & Taft LLP.

Dated:  New York, New York
        October 7, 2021

                                          CADWALADER, WICKERSHAM & TAFT LLP

                                          By: */s/ Ellen M. Halstead*
                                               Howard R. Hawkins, Jr.
                                               Mark C. Ellenberg
                                               Ellen M. Halstead
                                               200 Liberty Street
                                               New York, NY 10281
                                               Telephone:  (212) 504-6000
                                               Facsimile:  (212) 504-6666
                                               Email:  howard.hawkins@cwt.com
                                                       mark.ellenberg@cwt.com
                                                       ellen.halstead@cwt.com

                                          *Attorneys for Morgan Stanley*

USActive 56764492.1