**Christopher Wossilek**
**10687 Addison Ct**
**Highlands Ranch, CO 80126**
**303-330-9942**
**cwoss@protonmail.com**

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings INC., et al,** ) | **Case No.: 08-13555 (SCC)** |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |
| ) | **Docket #61013, #60986, #60984, #61197 and** |
| ) | **#61168** |
| ) | |
| ) | |
| ) | |
| ———————————————— ) | |

## SUGGESTION OF DEATH UNDER THE RECORD and MOTION TO STAY THE MATTER

SUGGESTION OF DEATH UPON THE RECORD, Brother and Co-Plaintiff for Phillip Wossilek in the above-referenced actions gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Christopher Wossilek announces the death of Phillip Wossilek, a plaintiff in this action. Phillip Wossilek passed away on September 22, 2021. His Death Certificate is attached as Exhibit A.

A 90-day temporary stay of the matter is requested to allow probate court and the Estate to properly identify a representative to substitute Phillip Wossilek.  The 90-day temporary stay reflects the amount of time allowed to secure a proper representative to represent the Phillip Wossilek Estate under Rule25(a)(1).  A Motion for Substitution is forthcoming pursuant to Rule 25(a)(1).

Respectfully Submitted,

Dated this 17th day of October, 2021

_____

Christopher P. Wossilek
10687 Addison Ct
Highlands Ranch, CO 80126

EXHIBIT A

# STATE OF COLORADO
### CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER   1052021033432

| DECEDENT'S LEGAL NAME | | | | |
|---|---|---|---|---|
| PHILLIP    WOSSILEK | | | | DATE OF DEATH: SEPTEMBER 22, 2021 |

| SEX | SOCIAL SECURITY NUMBER | AGE-Last Birthday (Years) | UNDER 1 YEAR | UNDER 1 DAY | DATE OF BIRTH (Mo/Day/Yr) | BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|---|---|---|
| MALE | | 53 | Months / Days | Hours / Minutes | FEBRUARY 29, 1968 | OHIO |

| IF DEATH OCCURRED IN HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | | |
|---|---|---|---|
| INPATIENT | | | |

| Facility Name (If not institution, give street & number) | CITY, TOWN OR LOCATION OF DEATH | COUNTY OF DEATH |
|---|---|---|
| UNIVERSITY OF COLORADO HOSPITAL AUTHORITY | AURORA | ADAMS |

| RESIDENCE - STREET AND NUMBER | | APT. NO. | ZIP CODE | INSIDE CITY LIMITS |
|---|---|---|---|---|
| 6833 S HARVEST COURT | | | 80016 | YES |

| RESIDENCE STATE | COUNTY | CITY OR TOWN |
|---|---|---|
| COLORADO | ARAPAHOE | AURORA |

| DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | KIND OF BUSINESS/INDUSTRY | DECEDENT'S EDUCATION |
|---|---|---|
| DIRECTOR | TELECOMMUNICATIONS | BACHELOR'S DEGREE |

| DECEDENT OF HISPANIC ORIGIN | DECEDENT'S RACE |
|---|---|
| NO | White |

| EVER IN US ARMED FORCES | MARITAL STATUS AT TIME OF DEATH | SPOUSE/PARTNER NAME (if wife give name prior to first marriage) |
|---|---|---|
| NO | MARRIED | KRISTIN L. MORGAN |

| FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| CHARLES WOSSILEK | JEAN A. NEWELL |

| INFORMANT'S NAME | INFORMANT'S RELATIONSHIP TO DECEASED |
|---|---|
| KRISTIN WOSSILEK | SPOUSE |

| NAME OF FUNERAL HOME | CITY AND STATE OF FUNERAL HOME | WAS CORONER NOTIFIED |
|---|---|---|
| NEWCOMER CREMATIONS AND FUNERAL - EAST METRO | AURORA COLORADO | YES |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY, COUNTY, STATE |
|---|---|---|
| CREMATION | FUNERAL DIRECTOR'S SERVICE LLC | DENVER DENVER COLORADO |

| INJURY AT WORK | IF TRANSPORTATION RELATED, SPECIFY | DATE OF INJURY | TIME OF INJURY |
|---|---|---|---|
| | | | |

| PLACE OF INJURY |
|---|
| |

| LOCATION OF INJURY (Street & Number, Apt. No., City or Town, County, State, ZipCode) |
|---|
| |

| DESCRIBE HOW INJURY OCCURRED |
|---|
| |

| WAS DECEDENT UNDER HOSPICE CARE | ACTUAL OR PRESUMED TIME OF DEATH | DATE PRONOUNCED DEAD (MO/DAY/YR) | TIME PRONOUNCED DEAD |
|---|---|---|---|
| | 21:04 MIL | SEPTEMBER 22, 2021 | 21:04 MIL |

| MANNER OF DEATH | WAS AN AUTOPSY PERFORMED | WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? |
|---|---|---|
| NATURAL | NO | |

## CAUSE OF DEATH

PART I    Enter the chain of events—diseases, injuries, or complications—that directly caused the death.

| | IMMEDIATE CAUSE (Final disease or condition resulting in death) | | Approximate interval: Onset to death |
|---|---|---|---|
| | | a ▬▬▬▬▬ | 1 WEEK |
| | Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) | b ▬▬▬▬▬ | 1 WEEK |
| | | c ▬▬▬▬▬ | 4 WEEKS |
| | | d ▬▬▬▬▬ | 5 WEEKS |

PART II  Enter other  significant conditions contributing to death but not resulting in the underlying cause given in PART I
SEVERE GASTROINTESTINAL HEMORRHAGE REQUIRING MASSIVE TRANSFUSION, CLOSTRIDIUM DIFFICILE COLITIS

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN | DATE SIGNED |
|---|---|
| MUHAMMAD AFTAB DR 12605 E 16TH AVENUE AURORA CO 80045 | SEPTEMBER 23, 2021 |

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER | DATE SIGNED |
|---|---|
| | |

| DATE FILED BY REGISTRAR |
|---|
| SEPTEMBER 29, 2021 |

DATE ISSUED    **SEPTEMBER 29, 2021**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

A. ALEX QUINTANA
STATE REGISTRAR

REV 01/19

*010294632*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE