NIXON PEABODY LLP
Christopher M. Desiderio
55 W 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com
and
Amanda D. Darwin
Exchange Place
53 State Street, Suite 2901
Boston, MA 02109-2835
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com

*Counsel to Deutsche Bank Trust*
*Company Americas, as Trustee for various trusts, and*
*Deutsche Bank National Trust Company,*
*as Trustee and Indenture Trustee of various trusts, as applicable*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et. a* | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT** the mailing addresses of the New York, New York and Boston, Massachusetts offices of the law firm of Nixon Peabody LLP have changed.

4871-5078-0928.2

Nixon Peabody LLP hereby requests pursuant to Bankruptcy Rule 9010, all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

| | |
|---|---|
| Christopher M. Desiderio<br>Nixon Peabody LLP<br>55 W 46th Street<br>New York, New York 10036<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111<br>Email: cdesiderio@nixonpeabody.com | Amanda D. Darwin<br>Nixon Peabody LLP<br>Exchange Place<br>53 State Street, Suite 2901<br>Boston, MA 02109-2835<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>Email: adarwin@nixonpeabody.com |

| | |
|---|---|
| Dated: October 22, 2021<br>New York, NY | */s/ Christopher M. Desiderio*<br>NIXON PEABODY LLP<br>Christopher M. Desiderio<br>55 W 46th Street<br>New York, NY 10036<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111<br>Email: cdesiderio@nixonpeabody.com<br><br>and<br>Amanda D. Darwin<br>Exchange Place<br>53 State Street, Suite 2901<br>Boston, MA 02109-2835<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>Email: adarwin@nixonpeabody.com |

*Counsel to Deutsche Bank Trust*
*Company Americas, as Trustee for various trusts, and*
*Deutsche Bank National Trust Company,*
*as Trustee and Indenture Trustee of various trusts, as applicable*

4871-5078-0928.2