Ho Ming Kei
3F, Block 8, Site 3
Whampoa Garden
Hung Hom
Hong Kong



12 October 2021

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Inc
One Bowling Green
New York
NY 10004-1408

Reference no.: Docket Number – 61313

Dear Sir or Madam:

This letter is to instruct the claims agent, Epiq, and the Court to withdraw the transfer request for the abovementioned claim and not to process the filing further. Hence, we would prefer to remain with the Citibank claim and continue to receive distributions over time via Citibank.

Please feel free to contact myself for any questions.

Sincerely,

Ming Ho