# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

October 27, 2021

*BY ECF and EMAIL*

The Honorable Shelly C. Chapman
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004-1408
SCC.Chambers@nysb@uscourts.gov

    Re:    *Lehman Brothers Holdings Inc.*, Case No. 08-13555
             *Lehman Brothers Holdings Inc. v. Suburban Mortgage, Inc.*,
             Adv. Proc. Nos.: 16-01295 & 18-01825

Dear Judge Chapman:

    We represent Lehman Brothers Holdings Inc. ("LBHI") and are writing in response to the Letter *re Extension of Time to Respond to LBHI's October 21, 2021 Motion* filed by Suburban Mortgage Inc. ("Suburban") on October 26, 2021 (Case No. 08-13555, ECF No. 61338). Counsel for Suburban and I have met and conferred regarding Suburban's request and agreed upon the following proposed briefing schedule for LBHI's Motion, subject to the Court's approval:

- Suburban Response due on November 19;
- Lehman Reply ("Reply") due on December 3; and
- Hearing on the Motion during the week of December 6 or December 13.

    The parties are considering the possibility, subject to the Court's approval, of submitting the motion on papers without a hearing; and will, if the Court is amenable, inform the Court of their position on this shortly after service of the Reply.

Please let us know if you have questions or world like to discuss this matter further.

Respectfully submitted,

/s/ *Adam M. Bialek*
Adam M. Bialek

Cc: Lani Adler, Esq. (via email)