**Presentment Date: November 16, 2021, at Noon (Prevailing Eastern Time)**
**Objection Deadline: November 15, 2021 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: To be Scheduled Only if an Objection is Filed**

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Bennett S. Silverberg
Gerard T. Cicero

*Counsel to Serta Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No. 08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

--------------------------------------------------------------------- x

## NOTICE OF PRESENTMENT OF MOTION TO WITHDRAW
## AS COUNSEL FOR SERTA CAPITAL LLC

**PLEASE TAKE NOTICE** that Serta Capital LLC will present the annexed Motion to
Withdraw as Counsel for Serta Capital LLC (the "Motion") filed by Brown Rudnick LLP to the
Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District
of New York, Courtroom 623, One Bowling Green, New York, New York 10004 (the
"Bankruptcy Court") on **November 16, 2021 at Noon (Prevailing Eastern Time)** (the
"Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in
writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the
Bankruptcy Court for the Southern District of New York, shall set forth the name of the
objection party, the basis for the objection and the specific grounds thereof, shall be filed with
the Bankruptcy Court electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable Portable Document Format (PDF) (with a hard copy hand delivered directly to the Chambers of the Honorable Shelley C. Chapman at the United States Bankruptcy Court for the Southern District of New York, Courtroom 623, One Bowling Green, New York, New York 10004), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and any objections must further be served upon Counsel to Serta Capital LLC, Brown Rudnick LLP. Seven Times Square, New York, New York 10036, Attn: Bennett S. Silverberg, Esq. and Gerard T. Cicero, Esq., so as to be so filed and received by no later than **November 15, 2021 at 4:00 PM (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought.

Dated: November 2, 2021
New York, New York

BROWN RUDNICK LLP

By: /s/ Bennett S. Silverberg
Bennett S. Silverberg
Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801

Counsel to Serta Capital LLC

2

**Presentment Date: November 16, 2021, at Noon (Prevailing Eastern Time)**
**Objection Deadline: November 15, 2021 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: To be Scheduled Only if an Objection is Filed**

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Bennett S. Silverberg
Gerard T. Cicero

*Counsel to Serta Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------------ x

## MOTION TO WITHDRAW AS COUNSEL FOR SERTA CAPITAL LLC

Pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern
District of New York (the "Local Rules"), Brown Rudnick LLP ("Brown Rudnick") respectfully
seeks to withdraw as counsel for Serta Capital LLC in the above-captioned bankruptcy
proceeding and states as follows:

1.      Serta Capital LLC has instructed Brown Rudnick to conclude its representation in
the proceeding, without any substitution of counsel.

2.      Based on the foregoing, good cause exists to permit Brown Rudnick to withdraw
as counsel of record under Local Rule 2090-1(e).

**WHEREFORE**, Brown Rudnick respectfully requests that the Court enter an order in
the form attached hereto as Exhibit A.

Dated:  November 2, 2021
        New York, New York

                              **BROWN RUDNICK LLP**


                              By: /s/ *Bennett S. Silverberg*
                              Bennett S. Silverberg
                              Gerard T. Cicero
                              Seven Times Square
                              New York, NY 10036
                              Telephone: (212) 209-4800
                              Facsimile:  (212) 209-4801

                              *Counsel to Serta Capital LLC*

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **Case No. 08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------- x

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL FOR SERTA CAPITAL LLC

Upon consideration of the Motion to Withdraw as Counsel for Serta Capital LLC (the "Motion") filed by Brown Rudnick LLP pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Case Management Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and no objection having been filed by the objection deadline of November 15, 2021; and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: _____, 2021
    New York, New York

                                          _____
                                          HONORABLE SHELLEY C. CHAPMAN
                                          UNITED STATES BANKRUPTCY JUDGE

64177964 v1