**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PACHER PRIVATSTIFTUNG | Credit Suisse Lux S.A. Zweigniederlassung Österreich |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PACHER PRIVATSTIFTUNG
Prielstraße 12
A-4600 Wels

Phone: 0043 (0)732 784331-0

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Erste Bank der oesterreichischen Spakassen AG
att. Mag. Jörg Mosgieler
Am Belvedere 1, A-1100 Wien

Phone: 05 0100 - 11747

Last Four Digits of Acct #: _____

Court Claim # (if known): 55818
Date Claim Filed: 10/29/2009
Amount of Claim: This is a partial transfer of claim.
Portion of Claim Transferred (see Schedule I): _____

Phone: _____

Last Four Digits of Acct. #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 11. 03. 2021

Transferee/Transferee's Agent

PACHER PRIVATSTIFTUNG

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Luxembourg) S.A. Zweigniederlassung Oesterreich** ("Transferor") unconditionally and irrevocably transferred **to Pacher Privatstiftung** (Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55818** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON NOVEMBER 10, 2021.

**CREDIT SUISSE (LUXEMBOURG) S.A.**

By:_____
Name: Danielle Adam-Van Engelgem
Title:   Assistant Vice President

By:_____
Name:  Daniel Segler
Title:   Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS1932636159 | 55818 | October 29, 2009 | Lehman Brothers  Holdings Inc | USD 599'901.00 |