**Response Deadline: November 17, 2021 at 4:00 p.m. (Eastern Time)**
**Hearing Date: December 2, 2021 at 11:00 a.m. (Eastern Time)**

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Adam M. Bialek
Brant D. Kuehn
Christopher J. Lucht

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>WALL STREET MORTGAGE BANKERS, LTD.,<br><br>Defendant. | Adversary Proceeding<br>No. 18-01746 (SCC) |

### NOTICE OF MOTION OF LEHMAN BROTHERS HOLDINGS INC. FOR SANCTIONS PURSUANT TO GENERAL ORDER #M-452 AND THE COURT'S ADR ORDERS

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator for the entities in the above referenced chapter 11 cases (the "Debtors"), for sanctions pursuant to General Order #M-452 and the Court's ADR Orders, as more fully described in the Motion, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on December 2, 2021 **at 11:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that Defendant's Opposition to the Motion for Sanctions Pursuant to General Order #M-452 and the Court's ADR Orders, shall be served on or before November 17, 2021 at 4:00 pm (Eastern Time), (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no response or opposition is timely filed and served regarding the Motion or any relief requested therein, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard offered to any party.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
November 10, 2021

    */s/ Brant D. Kuehn*
William A. Maher
Adam M. Bialek
Brand D. Kuehn
Christopher J. Lucht

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*