WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Adam M. Bialek
Brant D. Kuehn
Christopher J. Lucht

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
FOR LEAVE TO AMEND AND EXTEND THE SCOPE OF THE
ALTERNATIVE DISPUTE RESOLUTION PROCEDURES
ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTOR AGAINST
<u>MORTGAGE LOAN SELLERS</u>**

**PLEASE TAKE NOTICE** that on October 21, 2021, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "<u>Plan Administrator</u>") filed the Motion for Leave to Amend and Extend the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 61335] (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was initially scheduled to be heard on November 18, 2021 at 11:00 a.m., has been adjourned to a time and date to be determined by the Court.

Dated: New York, New York
November 15, 2021

/s/ Adam M. Bialek
William A. Maher
Adam M. Bialek
Brant D. Kuehn
Christopher J. Lucht

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*