WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Adam M. Bialek
Brant D. Kuehn
Christopher J. Lucht

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. |  |

**NOTICE OF ADJOURNMENT OF HEARING ON LBHI'S
MOTION FOR SANCTIONS PURSUANT TO GENERAL
ORDER #M-452 AND THE COURT'S ADR ORDERS**

**PLEASE TAKE NOTICE** that on November 10, 2021, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator") filed the Motion for Sanctions Pursuant to General Order #M-452 and the Court's ADR Orders [Dkt. No. 61345] (the "Motion") against Defendant Wall Street Mortgage Bankers, Ltd.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to be heard on December 2, 2021 at 11:00 a.m., has been adjourned to a time and date to be determined by the Court.

Dated: New York, New York
      November 17, 2021

/s/ Adam M. Bialek
William A. Maher
Adam M. Bialek
Brant D. Kuehn
Christopher J. Lucht

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:   (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*