**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Stephanie R. Sweeney

*Counsel to Credit Suisse AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :     Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,,    :
                                                               :     Case No. 08-13555 (SCC)
                    Debtors.                                 :
                                                               :     (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that, through its undersigned counsel, Credit Suisse AG ("Transferor") hereby withdraws its Evidence of Partial Transfer of Claim (Claim No. 55829, ISIN XS0186883798) filed on November 11, 2021 (Docket No. 61346) from Transferor to Pacher Privatstiftung ("Transferee") in the amount of USD 120,000.

Dated: November 22, 2021

KLESTADT WINTERS JURELLR
SOUTHARD & STEVENS, LLP

By:  */s/ Stephanie Sweeney*
Stephanie R. Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
(212)-972-3000