# EXHIBIT A

-----Original Message-----
From: Lani Adler <ladler@laniadlerpartners.com>
Sent: Tuesday, February 9, 2021 12:34 PM
To: Lawlor, James <JLawlor@WMD-LAW.com>; Bialek, Adam <ABialek@WMD-LAW.COM>; Kuehn, Brant <BKuehn@wmd-law.com>
Subject: FW: Mediator

Thanks, Jim. I was confused by your statement that your firm does not have any direct connection to the mediator. Does it have an indirect connection to him??

I am amenable to calling Mr. Baugher with Adam or Brant or sending a joint email to set up a call for us with Mr. Baugher. I do want to confirm, though, that LBHI is going to pay for the mediator as you had earlier said. And I'd also like LBHI to provide substantive responses to my individual interrogatories; those responses were due last August. As I mentioned, we are not available for mediation until the latter part of March.

Adam or Brant, why doesn't one of you call or email me if you want to take the next steps and arrange a call with Mr. Baugher? Thanks, Lani

Lani A. Adler
LANI ADLER PARTNERS
(646) 732-3260 . ladler@laniadlerpartners.com


-----Original Message-----
From: Lawlor, James <JLawlor@WMD-LAW.com>
Sent: Monday, February 8, 2021 10:52 AM
To: Lani Adler <ladler@laniadlerpartners.com>
Subject: Mediator

Lani,

LBHI is agreeable to using Mr. Baugher if he is willing. We do not have any direct connection to the mediator to the best of our knowledge. Adam Bialek and Brant Kuehn will likely be the attorneys that will be handling the mediation for LBHI, so if the idea is to contact the mediator, they should be included in those communications.

Thanks.

Regards, Jim

_____
James N. Lawlor
Wollmuth Maher & Deutsch LLP
90 Washington Valley Road
Bedminster, NJ  07921
- and -
500 Fifth Avenue
New York, NY 10110
Email: jlawlor@wmd-law.com
Phone: 212-382-3300

1

Fax: 973-741-2398
Cell: 917-716-6763
https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wmd-law.com%2F&amp;data=04%7C01%7Cvrupp%40submort.com%7Ca3c43d356794467c417c08d8cd1dc396%7Ccf60a8a410854cdfb17606eb3eaa5584%7C0%7C0%7C637484875009080162%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=ElAo6fcXeofPnaZgXbJ%2FohDZaOufXFp7DnD5s3kVSkU%3D&amp;reserved=0

This Electronic Message contains privileged client attorney communications from the law firm of Wollmuth Maher & Deutsch LLP. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

-----Original Message-----
From: Lani Adler [mailto:ladler@laniadlerpartners.com]
Sent: Friday, January 29, 2021 2:24 PM
To: Lawlor, James <JLawlor@WMD-LAW.com>
Subject: following up on our telephone conversationt

Jim -- as you requested, here are two names of possible mediators. Each was highly recommended to me. Neither I or my client knows, or has had any experience with, either Ms. Marshall or Mr. Baugher, and I have not reached out to either -- in order, in the event that Suburban Mortgage and LBHI explore mediating before one or both, to make certain that neither party has any ex parte contact with them. If your client is interested in finding out more about either, then I propose we call them together -- unless you, your firm or your client knows or has worked before with either Ms. Marshall or Mr. Baugher.

As I said to you and to Brandt a month ago or so, neither my client or I can schedule a mediation to take place before March.

This email is sent subject to Suburban Mortgage, Inc.'s reservation of all rights.

Lani


Lani A. Adler
LANI ADLER PARTNERS
(646) 732-3260 . ladler@laniadlerpartners.com