**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------- x | |
| : | **Chapter 11** |
| **In re** : | |
| : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | **Ref. Docket Nos. 61307,** |
| : | **61308, 61312, 61316, 61318,** |
| : | **61321, 61322, 61323, 61329,** |
| : | **61332, 61342, 61346, 61347,** |
| : | **61353, 61357, 61358, 61359,** |
| : | **61360, 61361, 61362, 61363,** |
| ------------------------------------------------------------------- x | **61364, & 61365** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT      )
                                            )  ss.:
COUNTY OF MIDDLESEX      )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 1, 2021, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 1, 2021, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _/s/ Angharad Bowdler_____
                                                    Angharad Bowdler

Sworn to before me this
7th day of December, 2021
_/s/ Amy E. Lewis_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000202612200 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000161302



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC,
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN / ANTE JAKIC
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 66515 in the above referenced case and in the amount of
$2,598,644.03 allowed at $2,300,000.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        61332        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/01/2021                     Vito Genna, Clerk of Court

                                      /s/Andrea Speelman
                                      _____

                                      Epiq Corporate Restructuring, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 1, 2021.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY,, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY,, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SAC ARBITRAGE FUND, LLC, C/O BANK OF AMERICA MERRILL LYNCH; BOA TOWER, ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN, ANTE JAKIC, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SAC ARBITRAGE FUND, LLC, C/O BANK OF AMERICA MERRILL LYNCH; BOA TOWER, ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN, ANTE JAKIC, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC,, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC,, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GLOBAL STRATEGIC INVESTMENT PARTNERS MASTER LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GLOBAL STRATEGIC INVESTMENT PARTNERS MASTER LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: LATAJ GROUP, LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS, 390 GREENWICH ST 5TH FL, NEW YORK, NY 10013 |
| CITIBANK, N.A. ABN 34 072 814 058 | ATTN: JOSIAH LI, 2 PARK STREET, SYDNEY 2000 AUSTRALIA |
| CITIBANK, N.A. ABN 34 072 814 058 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| GROSSKOPF, SUSANN | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, EHRENBERGER STRASSE 28, 42389 WUPPERTAL  GERMANY |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HIJOS DE VICENTE SEVILLA S.L. | TRANSFEROR: BANKINTER, SA, JUAN CARLOS SEVILLA VICEDO, C/ ALMANSA 115-A, 03206 ELCHE ALICANTE  SPAIN |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| KIGUTI, PEDRO YUKIO | TRANSFEROR: CITIBANK, N.A., RUA DAS ARAUCARIAS, 155, CONDOMINIO VALE DO SOL, TREMEMBE - SAO PAULO, SP  BRAZIL |
| LATAJ GROUP, LLC | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LEVY, PETER EMANUEL | TRANSFEROR: CREDIT SUISSE, SCALETTASTRASSE 6, 7270 DAVOS PLATZ  SWITZERLAND |
| LIN, LE YAO | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 15 F, NO. 117, QUYUN RD., BANQUIAO DIST., NEW TAIPEI CITY 22065  TAIWAN (R.O.C.) |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| ORTIZ REINA, MANUEL | TRANSFEROR: BANKINTER, SA, CALLE SANTA TERESA, 16, 5TO PISO, 30005 MURCIA SPAIN |
| PACHER PRIVATSTIFTUNG | TRANSFEROR: CREDIT SUISSE, PRIELSTRASSE 12, A-4600 WELS   AUSTRIA |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: NOTENSTEIN PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT | SER 2004-3 REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT | SER 2004-3 REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT | SER 2004-3 REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVEST LN TRUST MTG P/T CERT | SER 2004-3 REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| SUNNYLAND HOLDINGS PTY LTD. | TRANSFEROR: CITIBANK, N.A. ABN 34 072 814 058, 30 MONASH AVE, BALWYN, VIC 3103 MELBOURNE   AUSTRALIA |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE | CERTIFICATES, SERIES 2003-35, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-3XS, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-3XS, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-33H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-33H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-15, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WIRZ, EDWIN | TRANSFEROR: CREDIT SUISSE, SCHWYZERSTR. 5, 8832 WOLLERAU  SWITZERLAND |

**Total Creditor Count 189**