UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 61305, 61317, & 61344 |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2021, I caused to be served the *customized* "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
7th day of December, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000202612517 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 12298

To:



CREDIT SUISSE (LUXEMBOURG) S.A.
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
ATTN: RICHARD LEVIN
825 EIGHTH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE (LUXEMBOURG) S.A.
ZWEIGNIEDERLASSUNG OSTERREICH
ATTN: PAUL GILMORE
ELEVEN MADISON AVE
NEW YORK, NY 10010

PACHER PRIVATSTIFTUNG
PRIELSTRASSE 12
A-4600 WELS
 AUSTRIA

**Your transfer of claim # 55818 is defective for the reason(s) checked below:**

Other ISIN ON TRANSFER FORM IS NOT RELATED TO CLAIM 55818

Docket Number   61344          Date:  11/10/2021

/s/ Andrea Speelman

Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 1, 2021.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| ALVAREZ REGUERAS, MARIA CONCEPCION | N/A, N/A  N/A |
| ANNA BELLA MATOTE BENITO | N/A, N/A  N/A |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO, PASEO DE LA CASTELLANA, 29, 28046 MADRID SPAIN |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ZWEIGNIEDERLASSUNG OSTERREICH, ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ADVISORY AND ORDER FULFILMENT (SEBL 4), 56, GRAND RUE, PO BOX 40, LUXEMBOURG 2010 LUXEMBOURG |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| PACHER PRIVATSTIFTUNG | PRIELSTRASSE 12, A-4600 WELS  AUSTRIA |

**Total Creditor Count 9**