# IN THE UNITED STATES BANKRUTCY COURT
# FOR THE SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| In re: | **Case No. 08-13555** |
| LEHMAN BROTHERS HOLDINGS INC., et al., | **Chapter 11** |
| Debtor(s). | **(Jointly Administered)** |

## WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM

Counsel to Contrarian Funds, LLC hereby withdraws the Notice of Transfer of Claim Other Than For Security [Docket No. **61375**] filed on December 13, 2021.

Dated: December 14, 2021                                     RIMON, P.C.

By:   */s/Douglas Schneller*
Douglas Schneller
RIMON, P.C.
245 Park Ave., 39th Floor
New York, NY  10167
douglas.schneller@rimonlaw.com

*Counsel to*
**CONTRARIAN FUNDS, LLC**