IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:      203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**CCM PENSION-A, LLC**
Name of Transferor

**Name and Current Address of Transferor:**

CCM Pension-A, LLC
411 West Putnam Ave., Suite 425
Greenwich, CT 06830
Attn: Trade Claims Group
Phone:  203-862-8259
Fax:      203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| **Claim No. 58649** | CCM Pension-A, LLC | $526,789.12 | Lehman Brothers Holdings Inc. | **08-13555** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ */s/ Alpa Jimenez*_____     Date: November 29, 2021
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

**CCM PENSION-A, LLC**, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (jointly administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

| Schedule/Claim No. | Creditor Name | Allowed Amount | Debtor | Case No. |
|---|---|---|---|---|
|  |  |  |  |  |
| Claim No. 58649 | CCM PENSION-A, LLC | $526,789.12 | Lehman Brothers Holdings Inc. | 08-13555 |

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 29th day of November, 2021.

**CCM PENSION-A, LLC**
By Contrarian Capital Management, L.L.C.,
as Managing Member

By: _____
Name: Janice Stanton
Title: Member

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C.,
as Manager

By: _____
Name: Janice Stanton
Title: Member

## SCHEDULE
## TO
## EVIDENCE OF TRANSFER OF CLAIM
(CCM Pension A to Contrarian Funds)

**Lehman Program Securities Related to Transferred Portion of Claim:**

| Claim No. | ISIN | Allowed Amount | Debtor | Case No. |
|---|---|---|---|---|
| 58649.32 | ANN521338452 | $526,789.12 | Lehman Brothers Holdings Inc. | 08-13555 |