Amjad M. Khan
*amjad@bnsklaw.com*
Erika L. Shapiro
*erika@bnsklaw.com*
Rowennakete P. Barnes
*kete@bnsklaw.com*
BROWN NERI SMITH & KHAN, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890
F: (310) 593-9980

Attorneys for Defendants
PMAC LENDING SERVICES, INC.,
PMC BANCORP, RELIANT
MORTGAGE COMPANY, LLC and
AMWEST FUNDING CORP.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>PMAC LENDING SERVICES, INC., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC, and PMC BANCORP, f/k/a Professional Mortgage Corp., individually, and RELIANT MORTGAGE COMPANY, LLC, individually,<br><br>Defendants. | **Adv. Proc. No. 16-01019-SCC**<br><br><br>**DEFENDANTS' SECOND REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Counsel for Defendants PMAC Lending Services, Inc., PMC Bancorp, Reliant Mortgage Company, LLC, and AmWest Funding Corp. (collectively, the "Defendants") submits this second request to the Clerk of the Court remove the them from this case's CM/ECF electronic service list and any other mailing matrix. The claims between Plaintiff Lehman Brothers Holdings, Inc. and Defendants have been resolved. Defendants first request was submitted on April 1, 2021, as docket number 61114.

The names and contact information of counsel to be removed from the CM/ECF service list are:

> Amjad M. Khan
> Erika L. Shapiro
> Rowennakete P. Barnes
> BROWN NERI SMITH & KHAN, LLP
> 11601 Wilshire Blvd., Ste. 2080
> Los Angeles, CA 90025
> amjad@bnsklaw.com
> erika@bnsklaw.com
> kete@bnsklaw.com

Dated: December 20, 2021            BROWN NERI SMITH & KHAN, LLP

By:   /s/    Amjad M. Khan

*Attorneys for Defendants,*
*PMAC Lending Services, Inc., PMC Bancorp,*
*Reliant Mortgage Company, LLC, and AmWest*
*Funding Corp*