UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.  Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this notice and evidence of transfer.

| Transferee<br>**CVI CVF II LUX MASTER S.A.R.L.** | Transferor<br>**CVF II LUX FINCO, LLC** |
|---|---|
| Name and address where notices to transferee payments should be sent:<br>c/o Carval Investors, LP<br>1601 Utica Avenue South, Suite 1000<br>Minneapolis, MN 55416<br><br>Name and Address where transferee payments should be sent (if different from Above) | **Court Claim #:** See attached Schedule<br>**Amount of Claim**: See attached Schedule<br>**Debtors**: Lehman Brothers Special Financing Inc. and Lehman Brothers Holding, Inc. as described on attached Schedule 1. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**CVI CVF II LUX MASTER S.A.R.L.**
By: Carval Investors, LP
Its Attorney-in-Fact

By: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

1

EVIDENCE OF TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

Transfer of Claims

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CVF II LUX FINCO, LLC** ("Transferor") hereby unconditionally and irrevocably sells, transfers and assigns to **CVI CVF II LUX MASTER S.A.R.L.** ("Transferee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the claims and in the amounts listed on the attached schedule (the "Claims") against the debtors listed on the attached schedule (the "Debtor"), in the case pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the Claims to Transferee.

Transferor hereby waives any objection to the transfer of the Claims to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Claims, recognizing Transferee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of December, 2021.

| Transferor | Transferee |
|---|---|
| **CVF II LUX FINCO, LLC** | **CVI CVF II LUX MASTER S.A.R.L.** |
| By: Carval Investors, LP | By: Carval Investors, LP |
| Its Attorney-in-Fact | Its Attorney-in-Fact |
| By: _____ | By: _____ |
| Name:  Jeremiah Gerhardson | Name:  Jeremiah Gerhardson |
| Title:  Authorized Signer | Title  Authorized Signer |

Schedule of Claims

| LBSF Claim No. | LBHI Claim No. | Claim Amount |
| --- | --- | --- |
| 20149 | | $39,696,491.20 |
| | 20121 | $39,697,528.17 |