# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*        Case No. 08-13555 (SCC) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **SEAPORT LOAN PRODUCTS LLC** | **VÄRDE INVESTMENT PARTNERS, L.P.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

360 Madison Avenue
New York, New York 10017
Telephone: (212) 616-7700
Attention: General Counsel

Last Four Digits of Acct. #: N/A

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

(1) with respect to Claim No. 66890, the sum of $3,445,890.00;
(2) with respect to Claim No. 14870, the sum of $3,600,600.00;
(3) with respect to Claim No. 17718, the sum of $17,592,840.00;
(4) with respect to Claim No. 18074, the sum of $32,268,000.00;
(5) with respect to Claim No. 67346, the sum of $2,636,000.00;
(6) with respect to Claim No. 27141, the sum of $27,083,009.20;
(7) with respect to Claim No. 29735, the sum of $18,824,000.00;
(8) with respect to Claim No. 17424, the sum of $26,227,866.77;
(9) with respect to Claim No. 29058, the sum of $6,277,780.00; and
(10) with respect to Claim No. 20522, the sum of  $6,364,375.28.

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SEAPORT LOAN PRODUCTS LLC**

By: _____        Date: _____    12/29/21
Name:
Title:        Jonathan Silverman
            General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

119-2454/6531712.4

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$3,445,890.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **66890** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:        Jonathan Silverman
              General Counsel

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$3,600,600.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **14870** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Matthew Mach
Title:   Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:   Jonathan Silverman
         General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$17,592,840.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **17718** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:        Jonathan Silverman
              General Counsel

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$32,268,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **18074** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Matthew Mach
Title:   Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:   Jonathan Silverman
Title:   General Counsel

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$2,636,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **67346** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:     Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:    Jonathan Silverman
Title:      General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$27,083,009.20** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **27141** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:    Jonathan Silverman
Title:    General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$18,824,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **29735** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:    Jonathan Silverman
Title:    General Counsel

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$26,227,866.77** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **17424** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:    Jonathan Silverman
          General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$6,277,780.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **29058** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Matthew Mach
Title:    Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:        Jonathan Silverman
              General Counsel

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$6,364,375.28** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **20522** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature page follows]*

119-2454/6531712.4

IN WITNESS WHEREOF, dated as of the _29th__ day of December, 2021.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:    Matthew Mach
Title:     Managing Director

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:          Jonathan Silverman
                 General Counsel