# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.  Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **STONEHILL MASTER FUND LTD.** | **SEAPORT LOAN PRODUCTS LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Master Fund Ltd.,
c/o Stonehill Capital Management LLC
320 Park Avenue, 26th Floor
City, State, Zip Code: New York, New York 10022 USA
Attn: OPS Department,
Telephone Number: +1-212-739-7474
Fax Number: +1-212-838-2291
E-Mail Address: ops@stonehillcap.com

Last Four Digits of Acct. #: N/A

Court Claim No: 68032

Amount of Claim: $3,171,210.65 (as more specifically set forth on the attached Evidence of Transfer of Claim).

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL MASTER FUND LTD.**

By:   STONEHILL CAPITAL MANAGEMENT
       LLC, its Investment Adviser

By: _____/s/_____    Date: 12/29/21
Name: Steven Nelson
Title: CFO

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

159-997/6582630.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Seaport Loan Products LLC ("Transferor") does hereby certify that it has transferred and assigned to Stonehill Master Fund Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $3,171,210.65 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (Jointly Administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $3,171,210.65 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:   Jonathan Silverman
Title:    General Counsel
Date:

**STONEHILL MASTER FUND LTD.**

By:   STONEHILL CAPITAL MANAGEMENT
      LLC, its Investment Adviser

By: _____
Name:
Title:
Date:

17

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Seaport Loan Products LLC ("Transferor") does hereby certify that it has transferred and assigned to Stonehill Master Fund Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $3,171,210.65 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (Jointly Administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $3,171,210.65 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:
Date:

**STONEHILL MASTER FUND LTD.**

By:   STONEHILL CAPITAL MANAGEMENT
      LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO
Date: 12/29/21

17

159-997/6582630.2