# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*    Case No. 08-13555 (SCC) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**
Name of Transferee

**SEAPORT LOAN PRODUCTS LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Stonehill Institutional Partners, L.P.,
c/o Stonehill Capital Management LLC
320 Park Avenue, 26h Floor
New York, New York  10022 USA
Attn: OPS Department
Telephone Number:  +1-212-739-7474
Fax Number:  +1-212-838-2291
E-Mail Address:  ops@stonehillcap.com

Last Four Digits of Acct. #: N/A

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

(1) with respect to Claim No. 15949, the sum of $375,882.24;
(2) with respect to Claim No. 16711, the sum of $18,826.29;
(3) with respect to Claim No. 16715, the sum of $27,901.19;
(4) with respect to Claim No. 16721, the sum of $30,984.40;
(5) with respect to Claim No. 16713, the sum of $39,328.07; and
(6) with respect to Claim No. 16719, the sum of $58,881.10.

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:     STONEHILL CAPITAL MANAGEMENT
        LLC, its Investment Adviser

By:     */s/ Steven Nelson*                Date:  12/29/21
Name:  Steven Nelson
Title:   CFO

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$375,882.24** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **15949** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: STONEHILL CAPITAL MANAGEMENT
    LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$18,826.29** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16711** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:   STONEHILL CAPITAL MANAGEMENT
      LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$27,901.19** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16715** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: STONEHILL CAPITAL MANAGEMENT
    LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$30,984.40** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16721** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:  STONEHILL CAPITAL MANAGEMENT
     LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$39,328.07** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16713** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:  STONEHILL CAPITAL MANAGEMENT
     LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title:  CFO

159-996/6582782.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SEAPORT LOAN PRODUCTS LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL INSTITUTIONAL PARTNERS, L.P. ("**Buyer**"), **$58,881.10** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16719** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of December, 2021.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: STONEHILL CAPITAL MANAGEMENT
LLC, its Investment Adviser

By: _____
Name: Steven Nelson
Title: CFO

Type text here

159-996/6582782.2