Scott A. Lewis
Chapman and Cutler LLP
320 South Canal Street
Chicago, IL 60606
Telephone: 312-845-3010
Facsimile: 312-516-3210
Email: slewis@chapman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | 08-13555 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF FRANKLIN H. TOP III, ESQ.**

PLEASE TAKE NOTICE that effective immediately, Franklin H. Top III, Esq. withdraws as attorney for U.S. Bank National Association, as Trustee, (the *"Trustee"*), and should be removed from receiving all correspondence, service copies of pleadings, orders, notices, and other documents filed with the Court in this action; and other materials related to this action.

PLEASE TAKE FURTHER NOTICE that the Trustee will continue to be represented in this action by Scott A. Lewis and Chapman and Cutler LLP who are counsel of record for the Trustee in this action, and the Trustee should continue to be served with all pleadings, orders, notices, and other documents in this action through Scott A. Lewis and Chapman and Cutler LLP whose contact information, which reflects an updated address, is as follows:

> CHAPMAN AND CUTLER LLP
> Attn: Scott A. Lewis
> 320 South Canal Street
> Chicago, Illinois  60606
> Telephone: (312) 845-3010
> Email: slewis@chapman.com

Dated:  Chicago, Illinois
January 5, 2022

Respectfully submitted,

By /s/ Scott A. Lewis
Scott A. Lewis (admitted *pro hac vice*)
Chapman and Cutler LLP
320 South Canal Street
Chicago, IL 60606
Telephone: 312-845-3010
Facsimile: 312-516-3210
Email: slewis@chapman.com