UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (SCC)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
---------------------------------------------------------------x   Ref. Docket Nos. 61415 & 61416

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2021, I caused to be served the:

    a. "Quarterly Financial Report," dated December 30, 2021 [Docket No. 61415], and

    b. "November 2021 Post-Effective Operating Report," dated December 30, 2021 [Docket No. 61416],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
3rd day of January, 2022
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

Lehman Brothers Holdings Inc., *et al.*,
Case No. 08-13555
First-Class Mail Parties

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc., et al.,
Case No. 08-13555
Additional First-Class Mail Party

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| adiamond@diamondmccarthy.com |
| adk@msf-law.com |
| agold@herrick.com |
| aisenberg@saul.com |
| akadish@dtklawgroup.com |
| akolod@mosessinger.com |
| alexander.lorenzo@alston.com |
| ali.olia@ropesgray.com |
| alum@ftportfolios.com |
| amartin@sheppardmullin.com |
| amcmullen@bradley.com |
| amh@amhandlerlaw.com |
| andrew.joseph@dbr.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| anthony_boccanfuso@aporter.com |
| aostrow@beckerglynn.com |
| arainone@bracheichler.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@abernathy-law.com |
| bankruptcy@goodwin.com |
| bankruptcy@morrisoncohen.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| bbisignani@postschell.com |
| bcarlson@co.sanmateo.ca.us |
| bdemay@hsgllp.com |
| bdk@schlamstone.com |
| benjamin.mintz@apks.com |
| bguiney@pbwt.com |
| agupta@mofo.com |
| boneill@kramerlevin.com |
| brosenblum@jonesday.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bsellier@rlrpclaw.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgoldstein@stcwlaw.com |
| chad.husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| chemrick@thewalshfirm.com |
| chipford@parkerpoe.com |
| chris.donoho@hoganlovells.com |
| christopher.greco@kirkland.com |
| claude.montgomery@dentons.com |
| clynch@reedsmith.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cparyse@contrariancapital.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com |
| cschreiber@winston.com |
| cshore@whitecase.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| cszyfer@stroock.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| david.bennett@tklaw.com |
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| david.wender@alston.com |
| davidwheeler@mvalaw.com |
| dbarber@sbbolaw.com |
| dbesikof@loeb.com |
| dblack@hsgllp.com |
| dcimo@gjb-law.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgoldberg@hsgllp.com |
| dhayes@mcguirewoods.com |
| dhealy@hsgllp.com |
| dheffer@foley.com |
| dhw@dhclegal.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dpegno@dpklaw.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| drosner@kasowitz.com |
| dschiefelbein@mckoolsmith.com |
| dshaffer@wtplaw.com |
| dsullivan@hsgllp.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| ebcalvo@pbfcm.com |
| ecohen@russellinvestments.com |
| edelucia@hsgllp.com |
| edward.flanders@pillsburylaw.com |
| efisher@binderschwartz.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enid.stuart@ag.ny.gov |
| enkaplan@kaplanlandau.com |
| eobrien@sbchlaw.com |
| etillinghast@sheppardmullin.com |
| evanhorn@grosspolowy.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| farrington.yates@kobrekim.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |
| gbray@milbank.com |
| gcacuci@law.nyc.gov |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| goldenberg@ssnylaw.com |
| gspilsbury@jsslaw.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| heiser@chapman.com |
| top@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |
| howard.seife@nortonrosefulbright.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| info@pwlawyers.com |
| ipetersen@johnstonthomas.com |
| irethy@stblaw.com |
| jacobsonn@sec.gov |
| james.berg@piblaw.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbrody@johnstonthomas.com |
| jcarberry@cl-law.com |
| jcdebaca@mayerbrown.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdyas@halperinlaw.net |
| jean-david.barnea@usdoj.gov |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@united.com |
| jeffrey.katz@ropesgray.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |
| jennifer.gore@shell.com |
| jerry@blbglaw.com |
| jg5786@att.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| jgenovese@gjb-law.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |
| jlevitin@cahill.com |
| jmaddock@mcguirewoods.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmr@msf-law.com |
| john.beck@hoganlovells.com |
| john.goodchild@morganlewis.com |
| john.monaghan@hklaw.com |
| john.mule@state.mn.us |
| jonathan.goldblatt@bnymellon.com |
| jorbach@hahnhessen.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrapisardi@omm.com |
| jrosa@mayerbrown.com |
| jrosenthal@mhlawcorp.com |
| jrsmith@hunton.com |
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keith.simon@lw.com |
| kelly.kleist@solidcounsel.com |
| ken.coleman@allenovery.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |
| kiplok@hugheshubbard.com |
| kkolbig@mosessinger.com |
| klynch@formanlaw.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| kreynolds@mklawnyc.com |
| krosen@lowenstein.com |
| ksebaski@hsgllp.com |
| kurt.rademacher@morganlewis.com |
| ladler@laniadlerpartners.com |
| landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| lee.stremba@troutmansanders.com |
| lee.whidden@dentons.com |
| leo.crowley@pillsburylaw.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| ljkotler@duanemorris.com |
| lkatz@ltblaw.com |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lspell@abernathy-law.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| maofiling@cgsh.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.dendinger@bracewell.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.salzberg@squirepb.com |
| mark.sherrill@sutherland.com |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbienenstock@proskauer.com |
| mbloemsma@offitkurman.com |
| mbossi@thompsoncoburn.com |
| mcarthurk@sullcrom.com |
| mcaruso@csglaw.com |
| mccarthyj@sullcrom.com |
| mcolomar@diazreus.com |
| mcordone@stradley.com |
| mcyganowski@oshr.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhanin@kasowitz.com |
| mhopkins@cov.com |
| michael.kelly@monarchlp.com |
| michael.kraut@morganlewis.com |
| michael.mccrory@btlaw.com |
| michael.solow@apks.com |
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.berger@squirepb.com |
| mjedelman@vedderprice.com |
| mlahaie@akingump.com |
| mlandman@lcbf.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| mlynch2@travelers.com |
| mmorreale@us.mufg.jp |
| monica.lawless@brookfieldproperties.com |
| mpackman@fisherbrothers.com |
| mparry@mosessinger.com |
| mrosenthal@gibsondunn.com |
| msegarra@mayerbrown.com |
| mshiner@tuckerlaw.com |
| mshuster@hsgllp.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| munno@sewkis.com |
| mvenditto@reedsmith.com |
| mwarren@mtb.com |
| n.shah@dubaiic.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| ned.schodek@shearman.com |
| neilberger@teamtogut.com |
| ngueron@cgr-law.com |
| nicholas.zalany@squirepb.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| nlieberman@hsgllp.com |
| notice@bkcylaw.com |
| nyrobankruptcy@sec.gov |
| otccorpactions@finra.org |
| patrick.miller@faegrebd.com |
| pbattista@gjb-law.com |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.meisels@wilsonelser.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| psp@njlawfirm.com |
| rachel.obaldo@oag.texas.gov |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhamburg@mayerbrown.com |
| richard.lear@hklaw.com |
| richard@rwmaplc.com |
| rick.murphy@sutherland.com |
| rmatzat@hahnhessen.com |
| rnetzer@willkie.com |
| robert.yalen@usdoj.gov |
| robin.keller@Lovells.com |
| roger@rnagioff.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rthomas@johnstonthomas.com |
| russj4478@aol.com |
| rweiss@johnstonthomas.com |
| ryaspan@yaspanlaw.com |
| sabin.willett@morganlewis.com |
| sabramowitz@velaw.com |
| sally.henry@skadden.com |
| scargill@lowenstein.com |
| schager@ssnylaw.com |
| schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scousins@armstrongteasdale.com |

# LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| sdnyecf@dor.mo.gov |
| sehlers@armstrongteasdale.com |
| sfalanga@thewalshfirm.com |
| sfineman@lchb.com |
| sfisher@mckoolsmith.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| sharbeck@sipc.org |
| skatona@polsinelli.com |
| sleo@bm.net |
| slerman@ebglaw.com |
| slerner@ssd.com |
| sloden@diamondmccarthy.com |
| smillman@stroock.com |
| snewman@katskykorins.com |
| soneal@cgsh.com |
| sory@fdlaw.com |
| squsba@stblaw.com |
| sree@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sstarr@starrandstarr.com |
| stephen.cowan@dlapiper.com |
| stephen.hessler@kirkland.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |
| szuber@csglaw.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| tgrinsell@hsgllp.com |
| thenderson@americanmlg.com |
| timothy.harkness@freshfields.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tpachman@sju.edu |
| tsalter@blankrome.com |
| uitkin@kasowitz.com |
| ustp.region02@usdoj.gov |
| villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| wfoster@milbank.com |
| will.sugden@alston.com |
| william.hao@alston.com |
| wisotska@pepperlaw.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wswearingen@beckerglynn.com |
| wtaylor@mccarter.com |
| yuwatoko@mofo.com |

COUNT: 474