UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,          Case No.          08-13555 (SCC)
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **HO SHIOW CHUNE** | **The Hongkong and Shanghai Banking Corporation Limited** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: 7F-1 NO 96 HEPING 1ST ROAD, KAOHSIUNG CITY, TAIWAN

Court Claim # (if known): [ 56669 ]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: **+886-955 005 881**

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

Last Four Digits of Acct. #: Nil

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 5 January 2022

Transferee/Transferee's Agent
Name:  HO SHIOW CHUNE

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.323247 -

RESTRICTED

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM .

TO: Clerk, United States Bankruptcy Court, Southern District of New York

    **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED** ("**Transferor**"), does hereby certify that, as of 3 August 2021, it has unconditionally and irrevocably transferred and assigned to [HO SHIOW CHUNE] ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56669] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|------|--------|-----------|------------------------------|
| XS0308734242 | Lehman Brothers Treasury Co B.V 2Y STK UBSN-63.5375 BNPP-74.2305 14% 09JUL2009 | LEHMAN BROTHERS HOLDINGS INC | EUR100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

    Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

    IN WITNESS WHEREOF, dated as of the 5th day of January 2022

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED**

By: _____
    For and on behalf of
    The Hongkong and Shanghai Banking Corporation Limited

Name: _____
Title: _____
    Terry Lam
    Head of Private Banking Operations
Tel.: _____
    Private Banking Division

**HO SHIOW CHUNE**

By: _____

Name: HO SHIOW CHUNE
Title: N/A
Tel.: +886-955 005 881

E2.323247 -

RESTRICTED