WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (SCC)
                                                :
                        Debtors.                :   (Jointly Administered)
                                                :
------------------------------------------------------------x
```

**NOTICE OF CHANGE OF ADDRESS OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that the corporate headquarters of the Debtors in the above-referenced chapter 11 cases is at the address set forth below.  Any notices to the Debtors shall be served upon the following address:

> c/o Lehman Brothers Holdings Inc.
> 110 East 42nd Street, Suite 820
> New York, New York 10017
> Attention:  Kristine Dickson

Dated:    February 14, 2022
          New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates
