ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Email: akadish@archerlaw.com

*Counsel for BAC Florida Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtor. | (Jointly Administered) |

-------------------------------------------------------------x

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Allen G. Kadish, of the firm Archer & Greiner, P.C., hereby withdraws his appearance as counsel for BAC FLORIDA BANK[1] in the captioned matter. The undersigned requests the Court remove the undersigned from its CM/ECF electronic mailing list and service lists in this case.

| | |
|---|---|
| Dated: New York, New York<br>February 16, 2022 | ARCHER & GREINER, P.C.<br><br>By:  /s/ Allen G. Kadish  <br>     Allen G. Kadish<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com<br><br>*Counsel for BAC Florida Bank* |

223478123v1

---

[1] Allen G. Kadish of DiConza Traurig LLP ("DT") originally filed a Notice of Appearance on behalf of BAC Florida Bank [Docket No. 41039]. Effective February 1, 2018, Allen G. Kadish joined, and the practice of DT's successor, DiConza Traurig Kadish LLP, was merged, into Archer & Greiner, P.C.