**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
**In re** :
: Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: (Jointly Administered)
Debtors. :
:
: Ref. Docket Nos. 61434,
: 61435, 61440, & 61441
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                        ) ss.:
COUNTY OF MIDDLESEX     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2022, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 2, 2022, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
4th day of May, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000205861689 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5455829-17 in the above referenced case and in the amount of $0.00 allowed at $133,479.61 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO LTD
TRANSFEROR: CREDIT SUISSE
ATTN: PATRICK ROOS
BAHNHOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     61434     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/02/2022                Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 2, 2022.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC, C/O CARVAL INVESTORS, LLC, 1601 UTICA AVENUE SOUTH, SUITE 1000, MINNEAPOLIS, MN 55416 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC, C/O CARVAL INVESTORS, ATTN: GCS OPERATIONS, 1601 UTICA AVE SOUTH, STE 1000, MINNEAPOLIS, MN 55416 |
| WIND DOWN LTD. | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD; ATTN: JESS SHAKESPEARE, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |
| WIND DOWN LTD. | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CRESTBRIDGE CAYMAN LTD; ATTN: JESS SHAKESPEARE, PO BOX 258, 18 FORUM LANE, CAMANA BAY KY1-1104 CAYMAN ISLANDS |

**Total Creditor Count 10**