## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Ayesha Suresh Sawlani, Plot 20, 6A Street, Satwa behind Diyafah Road, PO Box 53944 Dubai, United Arab Emirates** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **42069**) in the **nominal amount of USD 1'000'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29 day of April 2022.

**Bank Julius Baer & Co. Ltd.**

Fabian Burckhardt
Executive Director

Fabio Hurni
Executive Director

RECEIVED MAY -9 2022

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0351261127 | 42069 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 1'000'000 |
|  |  |  |  |  |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc.,            ,                Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ayesha Suresh Sawlani                                             Bank Julius Baer & Co. Ltd.
Name of Transferee                                                  Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): 42069
should be sent: Plot 20, 6A Street, Satwa                    Amount of Claim: This is a partial transfer of claim. See attached
behind Diyafah Road, PO Box 53944                             Date Claim Filed: Evidence of Transfer of Claim
Dubai, United Arab Emirates                                         29/10/2009
ayeshasawlani@hotmail.com

Phone:  +971506591217                                              Phone: _____
Last Four Digits of Acct #: n/a                                   Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Ayesha S. Sawlani_                                Date: APR 29, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.