31 May 22, 18:11                                                                                          p.1

UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,          Case No.      08-13555 (SCC)
                                                                    (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NG CHUNG KEUNG DAVID | The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

RM 1511, TELFORD HOUSE
16 WANG HOI ROAD
KOWLOON BAY, HONG KONG

Phone: +852-9125-7275

Court Claim # (if known): 56669

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

Last Four Digits of Acct. #: Nil

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 30 May 2022
Transferee/~~Transferee's Agent~~
Name: NG CHUNG KEUNG DAVID

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.323247 -

31 May 22, 18:08                                                                                       p.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("**Transferor**"), does hereby certify that, as of 3 August 2021, it has unconditionally and irrevocably transferred and assigned to [ NG CHUNG KEUNG DAVID ] ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56669] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0336416051 | LEHMAN BROTHERS TREASURY CO. B.V. 2Y CDA HSBC STK-109.6014KO-122.0561 16% 24DEC2009 | LEHMAN BROTHERS HOLDINGS INC | USD500,000 |
| XS0305084591 | LEHMAN BROTHERS TREASURY CO. B.V. 2Y CDA HSBC STK-123.0172KO-131.0401 10% 18JUN2009 | LEHMAN BROTHERS HOLDINGS INC | USD200,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 30th day of May 2022

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _/s/ Raymond Ng_
Name: Raymond Ng
Title: Director
Tel.: 852 3604 7645

E2.323247 -
RESTRICTED

**ULTRA SUCCESS LIMITED**

By: _____

Name: CHEN DICK YU JUDY
Title: DIRECTOR
Tel.: +852 9125 1423

E2.323247 -