

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn : Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



Geneva, 24.06.2022
Our ref: 3012/MG

Re :   Lehman Brothers Holding Inc., et al., Debtors
      Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
      TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number 55855-87 filled in the name of Bank J. Safra Sarasin AG (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee.

- Form B 2100A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (mgoetschi@pictet.com), fax (+41583232050), telephone (+41583233012) or post to the attention of Ms. Maureen Goetschi

Should you require any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Julien Boulin                                    Maureen Goetschi

Banque Pictet & Cie SA
Route des Acacias 60
1211 Genève 73
Suisse
+41 58 323 2323 — TÉL
+41 58 323 2324 — FAX
groupe.pictet



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank J. Safra Sarasin Ltd, Basel ("Transferor") unconditionally and irrevocably transferred to Banque Pictet & Cie, Geneva ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55855-87) in the nominal amount of 150'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this June 16, 2022.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Managing Director

Frank Link
Executive Director

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.com                          1 | 2



**Sustainable Swiss Private Banking since 1841**

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Currency and Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0334732491 | 55855-87 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | USD 150'000 out of USD 150'000 |

2 | 2

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.          ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Pictet & Cie SA | Bank J. Safra Sarasin AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Corpac, Route des Acacias 60
CH - 1211 Genève 73

Court Claim # (if known):  55855-87
Amount of Claim:  $150,000.00
Date Claim Filed:  10/29/2009

Phone:  +41 58 323 3012
Last Four Digits of Acct #: _____

Phone:  +41 58 317 4444
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
same as above

Phone:  same as above
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Banque Pictet & Cie SA                                Date:  06/24/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# SignatureNet

# PICTET 1805

**Banque Pictet & Cie SA**

**Banque Pictet & Cie SA, Genève**

60, route des Acacias
1211 Genève 73 - Suisse

**BOULIN Julien**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature regulation**

Members of the Board of Directors, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Deputy Vice-Presidents and Assistant Vice-Presidents are empowered to sign jointly within one another or with an Officer.

Officers are empowered to sign jointly with a Member of the Board of Directors, Executive Vice-President, Senior Vice-President, Vice-President, Deputy-Vice President or Assistant Vice-President. They are not empowered to commit the Bank in relation to bills of exchange, irrespective of with whom they sign.

Special rules apply to correspondence conducted by certain printed forms and are set out thereon.

Page displayed on: June 24 2022, 12:54:38 (UTC)
Page displayed for: Maureen GOETSCHI (mgoetschi)
Data record last changed on: April 9 2019, 10:02:05 (UTC)



# SignatureNet

**Banque Pictet & Cie SA**

**Banque Pictet & Cie SA, Genève**

60, route des Acacias
1211 Genève 73 - Suisse

**GOETSCHI Maureen**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature regulation**

Members of the Board of Directors, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Deputy Vice-Presidents and Assistant Vice-Presidents are empowered to sign jointly within one another or with an Officer.

Officers are empowered to sign jointly with a Member of the Board of Directors, Executive Vice-President, Senior Vice-President, Vice-President, Deputy-Vice President or Assistant Vice-President. They are not empowered to commit the Bank in relation to bills of exchange, irrespective of with whom they sign.

Special rules apply to correspondence conducted by certain printed forms and are set out thereon.

Page displayed on: June 24 2022, 12:55:06 (UTC)
Page displayed for: Maureen GOETSCHI (mgoetschi)
Data record last changed on: July 10 2019, 05:08:25 (UTC)