UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
                                                                   :   Chapter 11
    In re                                                          :
                                                                   :   Case No. 08-13555 (SCC)
    LEHMAN BROTHERS HOLDINGS INC., et al.,                         :
                                                                   :   (Jointly Administered)
                                      Debtors.                     :
                                                                   :
                                                                   :   Ref. Docket Nos. 61456,
                                                                   :   61463, 61464, 61465, 61469,
------------------------------------------------------------------ x   61470, & 61476
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2022, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 20, 2022, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Geoff Zahm</u>
Geoff Zahm

Sworn to before me this
21st day of July, 2022
<u>/s/ Regina Amporfro</u>
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2025

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000206923588 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5455829-19 in the above referenced case and in the amount of $0.00 allowed at $303,636.99 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO LTD
TRANSFEROR: CREDIT SUISSE
ATTN: PATRICK ROOS
BAHNHOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    61465    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/20/2022    Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 20, 2022.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, CH-8027 ZURICH   SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | FRANK LINK & PATRICK GRIBI, ELISABETHSTRASSE 62, P.O. BOX, CH-4002 BASEL   SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK J. SAFRA SARASIN LTD., ATTN: CORPAC, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73   SWITZERLAND |
| BANQUE PICTET & CIE SA | ATTN: DENIS LIECHTI, ROUTE DES ACACIAS 60, CH-1211 GENEVA 73   SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| EGGER, ANDREA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, 17 AVENUE DE L'ANNONCIADE, MC 98000 MONACO |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| NG CHUNG KEUNG DAVID | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, RM 1511, TELFORD HOUSE, 16 WANG HOI ROAD, KOWLOON BAY   HONG KONG |
| PAU WAI SHING | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 11/F, BLOCK 41, BAGUIO VILLA, 550 VICTORIA ROAD, POK FU LAM   HONG KONG |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |

**Total Creditor Count 19**