WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE REGARDING CERTAIN UK LITIGATION**

As previously announced, the Court of Appeal of England and Wales gave judgment on October 20, 2021, relating to the ranking of claims held by Lehman Brothers Holdings Inc. ("LBHI") and one of its affiliates in the insolvency proceedings of Lehman Brothers Holdings PLC (in administration) and LB Holdings Intermediate 2 Limited (in administration) (the "UK Judgment"). In a decision published today, the Supreme Court of the United Kingdom declined LBHI's request to hear an appeal of the UK Judgment. A copy of the decision is attached hereto.

Dated: August 8, 2022
      New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

## Exhibit A

WEIL:\98757915\2\58399.0011



IN THE SUPREME COURT OF THE UNITED KINGDOM

8 AUGUST 2022

UKSC 2021/0219

*Before:*

Lord Briggs
Lord Sales
Lord Burrows

**In the matter of Lehman Brothers Holdings plc (in administration) and others (Respondents)** *v*
**Lehman Brothers Scottish LP 3 and another (Appellants)**

AFTER CONSIDERATION of the application filed on behalf of the Appellants seeking permission to appeal the order made by the Court of Appeal on 21 October 2021 and of the notices of objection filed by the First, Second and Fourth Respondents

THE COURT ORDERED that

(1) permission to appeal be REFUSED because the application does not raise a point of law of general public importance on the ranking issues. No arguable point of law on the rectification issue. The double proof issue is therefore academic

(2) the Appellants pay the First, Second and Fourth Respondents' costs of the application and, where the First, Second and Fourth Respondents apply for costs, the costs to be awarded be assessed.

Deputy Support Registrar
8 August 2022