# EXHIBIT 3

| | |
|---|---|
| **From:** | Christopher R. Dyess <cdyess@schlamstone.com> |
| **Sent:** | Friday, December 10, 2021 11:01 AM |
| **To:** | Leonard, Claire |
| **Subject:** | RE: [external email:] IKB International v Wells Fargo |

The deadline for 3rd party discovery in all the cases (US Bank and Wells included) is May 20, 2022.

Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Friday, December 10, 2021 12:56 PM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Ok, could you also let me know what the deadline is for discovery in the US Bank case? I understand it is May 30, 2022 for the Wells Fargo one.

Thanks,
Claire

Claire Leonard
Lehman Brothers Holdings Inc.
Claire.Leonard@lehmanholdings.com
+1 (646) 285-9361

**From:** Christopher R. Dyess <cdyess@schlamstone.com>
**Sent:** Friday, December 10, 2021 12:54 PM
**To:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

I am.  My understanding is the below trusts relate to all of the cases we are working on.  Let me confirm.

Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Friday, December 10, 2021 12:51 PM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Thanks Chris.

I had also reached out to Niall on subpoeans related to the IKB v. US Bank case. Are you also involved with this?

Claire Leonard
Lehman Brothers Holdings Inc.
Claire.Leonard@lehmanholdings.com
+1 (646) 285-9361

**From:** Christopher R. Dyess <cdyess@schlamstone.com>
**Sent:** Friday, December 3, 2021 3:52 PM
**To:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Hello Claire,

Here are the trusts and the associated entities.

Have a nice weekend.

Chris

| | |
|---|---|
| SASC 2002-AL1 | Lehman Capital & Lehman Brothers Bank, FSB |
| FFML 2005-FFH2 SARM 2006-5 | Lehman Brothers Holdings, Inc. |
| SARM 2006-5 | Lehman Brothers Bank |
| FFML 2005-FFH3 | Aurora Loan Services, LLC |
| SASC 2002-AL1 | Aurora Loan Services, LLC |

| | |
|---|---|
| BAYV 2006-A<br>FFML 2005-FFH2<br>SARM 2006-5<br>SASC 2005-GEL1<br>SASC 2005-WF4<br>SASC 2006-EQ1A<br>SASC 2006-WF2<br>SASC 2006-WF3 | Aurora Loan Services, LLC |

Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Thursday, December 2, 2021 11:25 AM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Great, appreciate it.

**From:** Christopher R. Dyess [mailto:cdyess@schlamstone.com]
**Sent:** Wednesday, December 01, 2021 12:01 PM
**To:** Leonard, Claire
**Cc:** David J. Goldsmith
**Subject:** RE: [external email:] IKB International v Wells Fargo

I will try to get you a list.  I will need to have a paralegal pull the info.

Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Wednesday, December 1, 2021 12:00 PM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

I do but I imagine you have a single consolidated list somewhere?

**From:** Christopher R. Dyess [mailto:cdyess@schlamstone.com]
**Sent:** Wednesday, December 01, 2021 11:58 AM
**To:** Leonard, Claire
**Cc:** David J. Goldsmith
**Subject:** RE: [external email:] IKB International v Wells Fargo

I believe they are identified in the subpoenas we sent.  Do you not have the subpoenas?

Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Wednesday, December 1, 2021 11:54 AM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Thanks Chris. Could you also please identify the trusts at issue?

Claire

**From:** Christopher R. Dyess [mailto:cdyess@schlamstone.com]
**Sent:** Wednesday, December 01, 2021 11:48 AM
**To:** Leonard, Claire
**Cc:** David J. Goldsmith
**Subject:** RE: [external email:] IKB International v Wells Fargo

Thanks for the call, Claire,

As discussed, I am putting this email together to summarize what we discussed.

For the subpoenas issued to the Lehman and Aurora entities, we have cut back the documents we are seeking to three categories.  First, we would like all of the underwriting guidelines for the loans in the trusts at issue.  Second, we are seeking the loan files for those trusts.  As I mentioned, our expert is going to doing some work early next year to identify the specific loans we would like loan files for.  I understand that you are in the middle of a liquidation so to the extent you need to, please preserve the loan files for the loans until our expert can complete their work.

Finally, we are also seeking the loan tapes for the underlying loans to the extent we are not able to get these from another source.

As discussed, if you could provide us with itemized cost estimates for producing these documents, please do so and we will run it by the client to get approval.  As I mentioned, there are some costs the client is willing to pay and others they are not and it is best that we iron out those issues before you start producing documents.

Chris


Main: 212 344-5400
Direct: 212 612-0691
cdyess@schlamstone.com



This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

---

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Wednesday, December 1, 2021 11:33 AM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>; Christopher R. Dyess <cdyess@schlamstone.com>; Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] IKB International v Wells Fargo

Hi Chris,
I am not able to log in – it says  my "input is invalid" after I enter the access code.

You can call me directly on 610-547-4931 if that's easier.

Claire

-----Original Appointment-----
**From:** Christopher R. Dyess [mailto:cdyess@schlamstone.com]
**Sent:** Tuesday, November 23, 2021 1:22 PM
**To:** Christopher R. Dyess; Leonard, Claire
**Cc:** David J. Goldsmith
**Subject:** [external email:] IKB International v Wells Fargo
**When:** Wednesday, December 01, 2021 11:30 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (646) 923-8100; Access: 914-466-895

---

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Tuesday, November 23, 2021 1:09 PM
**To:** Christopher R. Dyess <cdyess@schlamstone.com>
**Cc:** David J. Goldsmith <dgoldsmith@schlamstone.com>
**Subject:** RE: [external email:] RE: IKB International v Wells Fargo


Thanks Chris.


Tomorrow is difficult for me – lets try after the holiday. Im pretty free Wednesday the 1st or the morning of the 2nd.


Thanks & happy Thanksgiving


Claire


**From:** Christopher R. Dyess [mailto:cdyess@schlamstone.com]
**Sent:** Tuesday, November 23, 2021 7:55 AM
**To:** Leonard, Claire
**Cc:** David J. Goldsmith
**Subject:** [external email:] RE: IKB International v Wells Fargo


Good morning Claire,


Let me know a good time to speak.  I am tied up today, but can talk tomorrow through the early afternoon and then next week after the holiday.


Chris

Main: 212 344-5400

Direct: 212 612-0691

cdyess@schlamstone.com

cid:image001.png@01D7E06C.FE7BB950

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Seth D. Allen
**Sent:** Monday, November 22, 2021 11:46 AM
**To:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Cc:** Christopher R. Dyess <cdyess@schlamstone.com>
**Subject:** RE: IKB International v Wells Fargo

Claire- Thanks for reaching out.  My colleague, Chris (copied here) will be in touch in the next couple of days.  Thanks.

Best,

Seth

**From:** Leonard, Claire <claire.hallowell@lehmanholdings.com>
**Sent:** Monday, November 22, 2021 11:04 AM
**To:** Seth D. Allen <sallen@schlamstone.com>
**Subject:** IKB International v Wells Fargo

Seth,

I hope you are well. I am in receipt of subpoenas sent to Lehman Brothers Holdings Inc. and Aurora in the above-referenced case. I had emailed Niall O'Murchada on these and never received a response. The defendant's attorney, Brian Morgan, also sent subpoenas for the information and suggested I get in touch with you.

As I said to Brian, we are a liquidating bankruptcy estate and while I understand there may not be a ton of time pressure on your side, I would like to make sure we can get the information to you in a timely manner, especially given our limited resources. We will need to be reimbursed for costs in searching for the documents and it probably makes sense for both parties to coordinate that so there isnt a duplication of efforts or expenses. Please let me know how you'd like to proceed.

Thank you,

Claire Leonard


Claire Leonard

Lehman Brothers Holdings Inc.

110 East 42nd Street, Suite 820-8th Floor

New York, NY 10017

(646) 285-9361

(610) 547 – 4931 (mobile)

[Claire.Leonard@lehmanholdings.com](mailto:Claire.Leonard@lehmanholdings.com)


Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.
<< File: image001.png >>

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.