UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                    Debtors.

------------------------------------------------------------------- x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
:
: Ref. Docket No. 61482
:

## AFFIDAVIT OF SERVICE

STATE OF OHIO             )
                                  ) ss.:
COUNTY OF FRANKLIN   )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2022, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 29, 2022, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
30th day of August, 2022
*/s/ Rosalyn DeMattia*

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH
ATTN: RAYMOND NG
LEVEL 13 & 14
1 QUEEN'S ROAD CENTRAL
HONG KONG
HONG KONG

Please note that your claim # 56669-92 in the above referenced case and in the amount of $200,000.00 allowed at $149,363.17 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000207264877 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000195693



WONG LI WINNIE MEI-WAN
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
5524 BEAUDRY ST, APT #D
EMERYVILLE, CA 94608-2653

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     61482     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/29/2022            Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 29, 2022.

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| WONG LI WINNIE MEI-WAN | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, 5524 BEAUDRY ST, APT #D, EMERYVILLE, CA 94608-2653 |

**Total Creditor Count 2**