## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rex Wu,**  )  <br> vs.  ) <br> **Lehman Brothers Holdings Inc., et al,**  ) <br> **Debtors.**  ) | **Case No.: 08-13555 (SCC)** <br><br> **(Jointly Administered)** |

### Proof of Service

On September 6th, 2022, I caused to be served the **"Notice of Appeal,"** (Exhibit A) Docket No. 59801, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via priority mail to:

c/o Lehman Brothers Holdings Inc.
110 E 42nd St. Suite 820
New York, NY 10017
Attn: Kristine Dickson

And

US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: William Harrington Esq, Susan Golden Esq and Andrea Schwartz Esq

Respectfully Submitted,

/s/ Rex Wu

_____

Rex Wu
Pro Se
September 6th, 2022

<u>**Exhibit A**</u>

