# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 61490** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2022, I caused to be served the "July 2022 Post-Effective Operating Report," dated August 30, 2022 [Docket No. 61490], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Andrea Speelman*
                                                    Andrea Speelman

Sworn to before me this
31st day of August, 2022
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

Lehman Brothers Holdings Inc., et al.
Case No. 08-13555
First Class Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc., et al.
Case No. 08-13555
First Class Mail Additional Service List

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| adiamond@diamondmccarthy.com |
| adk@msf-law.com |
| agold@herrick.com |
| agupta@mofo.com |
| aisenberg@saul.com |
| akolod@mosessinger.com |
| alexander.lorenzo@alston.com |
| ali.olia@ropesgray.com |
| alum@ftportfolios.com |
| amartin@sheppardmullin.com |
| amcmullen@bradley.com |
| amh@amhandlerlaw.com |
| andrew.joseph@dbr.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| anthony_boccanfuso@aporter.com |
| aostrow@beckerglynn.com |
| arainone@bracheichler.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@abernathy-law.com |
| bankruptcy@goodwin.com |
| bankruptcy@morrisoncohen.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| bbisignani@postschell.com |
| bdemay@hsgllp.com |
| bdk@schlamstone.com |
| benjamin.mintz@apks.com |
| boneill@kramerlevin.com |
| brosenblum@jonesday.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bsellier@rlrpclaw.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgoldstein@stcwlaw.com |
| chad.husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles_malloy@aporter.com |
| chemrick@thewalshfirm.com |
| chipford@parkerpoe.com |
| chris.donoho@hoganlovells.com |
| christopher.greco@kirkland.com |
| claude.montgomery@dentons.com |
| clynch@reedsmith.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cparyse@contrariancapital.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |
| cschreiber@winston.com |
| cshore@whitecase.com |
| cszyfer@stroock.com |
| cward@polsinelli.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| david.bennett@tklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| davidwheeler@mvalaw.com |
| dbarber@sbbolaw.com |
| dbesikof@loeb.com |
| dblack@hsgllp.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgoldberg@hsgllp.com |
| dhayes@mcguirewoods.com |
| dhealy@hsgllp.com |
| dheffer@foley.com |
| dhw@dhclegal.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dpegno@dpklaw.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| drosner@kasowitz.com |
| dschiefelbein@mckoolsmith.com |
| dshaffer@wtplaw.com |
| dsullivan@hsgllp.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| ebcalvo@pbfcm.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| ecohen@russellinvestments.com |
| edelucia@hsgllp.com |
| edward.flanders@pillsburylaw.com |
| efisher@binderschwartz.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enid.stuart@ag.ny.gov |
| enkaplan@kaplanlandau.com |
| eobrien@sbchlaw.com |
| etillinghast@sheppardmullin.com |
| evanhorn@grosspolowy.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| farrington.yates@kobrekim.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |
| gbray@milbank.com |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |
| goldenberg@ssnylaw.com |
| gspilsbury@jsslaw.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| heiser@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| howard.seife@nortonrosefulbright.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| info@pwlawyers.com |
| ipetersen@johnstonthomas.com |
| irethy@stblaw.com |
| jacobsonn@sec.gov |
| james.berg@piblaw.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbrody@johnstonthomas.com |
| jcarberry@cl-law.com |
| jcdebaca@mayerbrown.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdyas@halperinlaw.net |
| jean-david.barnea@usdoj.gov |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@united.com |
| jeffrey.katz@ropesgray.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |
| jennifer.gore@shell.com |
| jerry@blbglaw.com |
| jg5786@att.com |
| jgenovese@gjb-law.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |
| jlevitin@cahill.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| jmaddock@mcguirewoods.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmr@msf-law.com |
| john.beck@hoganlovells.com |
| john.goodchild@morganlewis.com |
| john.monaghan@hklaw.com |
| john.mule@state.mn.us |
| jonathan.goldblatt@bnymellon.com |
| jorbach@hahnhessen.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrapisardi@omm.com |
| jrosa@mayerbrown.com |
| jrosenthal@mhlawcorp.com |
| jrsmith@hunton.com |
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keith.simon@lw.com |
| kelly.kleist@solidcounsel.com |
| ken.coleman@allenovery.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| kiplok@hugheshubbard.com |
| kkolbig@mosessinger.com |
| klynch@formanlaw.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| kreynolds@mklawnyc.com |
| krosen@lowenstein.com |
| ksebaski@hsgllp.com |
| kurt.rademacher@morganlewis.com |
| ladler@laniadlerpartners.com |
| landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| lee.stremba@troutmansanders.com |
| lee.whidden@dentons.com |
| leo.crowley@pillsburylaw.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| ljkotler@duanemorris.com |
| lkatz@ltblaw.com |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lspell@abernathy-law.com |
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| maofiling@cgsh.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.dendinger@bracewell.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.salzberg@squirepb.com |
| mark.sherrill@sutherland.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbienenstock@proskauer.com |
| mbloemsma@offitkurman.com |
| mbossi@thompsoncoburn.com |
| mcarthurk@sullcrom.com |
| mcaruso@csglaw.com |
| mcolomar@diazreus.com |
| mcordone@stradley.com |
| mcyganowski@oshr.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhanin@kasowitz.com |
| mhopkins@cov.com |
| michael.kelly@monarchlp.com |
| michael.kraut@morganlewis.com |
| michael.mccrory@btlaw.com |
| michael.solow@apks.com |
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.berger@squirepb.com |
| mjedelman@vedderprice.com |
| mlahaie@akingump.com |
| mlandman@lcbf.com |
| mlynch2@travelers.com |
| mmorreale@us.mufg.jp |
| monica.lawless@brookfieldproperties.com |
| mpackman@fisherbrothers.com |
| mparry@mosessinger.com |
| mrosenthal@gibsondunn.com |
| mshiner@tuckerlaw.com |
| mshuster@hsgllp.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| munno@sewkis.com |
| mwarren@mtb.com |
| n.shah@dubaiic.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| neilberger@teamtogut.com |
| ngueron@cgr-law.com |
| nicholas.zalany@squirepb.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| nlieberman@hsgllp.com |
| notice@bkcylaw.com |
| nyrobankruptcy@sec.gov |
| otccorpactions@finra.org |
| patrick.miller@faegrebd.com |
| pbattista@gjb-law.com |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.meisels@wilsonelser.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| psp@njlawfirm.com |
| rachel.obaldo@oag.texas.gov |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhamburg@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| richard.lear@hklaw.com |
| rnetzer@willkie.com |
| robert.yalen@usdoj.gov |
| robin.keller@Lovells.com |
| roger@rnagioff.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rthomas@johnstonthomas.com |
| russj4478@aol.com |
| rweiss@johnstonthomas.com |
| ryaspan@yaspanlaw.com |
| sabin.willett@morganlewis.com |
| sabramowitz@velaw.com |
| scargill@lowenstein.com |
| schager@ssnylaw.com |
| schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scousins@armstrongteasdale.com |
| sdnyecf@dor.mo.gov |
| sehlers@armstrongteasdale.com |
| sfalanga@thewalshfirm.com |
| sfineman@lchb.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| skatona@polsinelli.com |
| sleo@bm.net |
| slerman@ebglaw.com |
| slerner@ssd.com |
| slewis@chapman.com |
| sloden@diamondmccarthy.com |
| smillman@stroock.com |
| snewman@katskykorins.com |
| soneal@cgsh.com |
| sory@fdlaw.com |
| squsba@stblaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
|---|
| sree@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sstarr@starrandstarr.com |
| stephen.cowan@dlapiper.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |
| szuber@csglaw.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| tgrinsell@hsgllp.com |
| thenderson@americanmlg.com |
| timothy.harkness@freshfields.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tpachman@sju.edu |
| tsalter@blankrome.com |
| ustp.region02@usdoj.gov |
| villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| will.sugden@alston.com |
| william.hao@alston.com |
| wisotska@pepperlaw.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wswearingen@beckerglynn.com |
| wtaylor@mccarter.com |
| yuwatoko@mofo.com |