FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: (303) 333-9810
Michael A. Rollin
mrollin@fostergraham.com

*Attorneys for the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | **Chapter 11 Case No.** |
| | ) | |
| **Lehman Brothers Holdings Inc., et al.;** | ) | **08-13555 (SCC)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 61483**

The undersigned hereby certifies that on August 10, 2022, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), filed and served the Motion for an Order Authorizing the Abandonment of Debtor Records (the "Motion"). According to the Notice of Motion of the Plan Administrator for an Order Authorizing the Abandonment of Debtor Records (Docket No. 61483), the objection deadline to the Motion was August 29, 2022. The undersigned further certifies that, as the date hereof, he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon or has been received.

It is hereby respectfully requested that the Order attached to the Plan Administrator's Motion be entered by the Court and that the hearing currently scheduled on September 15, 2022 at 11:00 a.m. be vacated.

Dated: September 13, 2022

        */s/ Michael A. Rollin*
Michael A. Rollin
FOSTER GRAHAM MILSTEIN &
CALISHER, LLP
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: (303) 333 -9810
mrollin@fostergraham.com

*Attorneys for the Plan Administrator*

## CERTIFICATE OF SERVICE

I, Michael A. Rollin, hereby certify that on this 13th day of September, 2022, I caused a true and correct copy of the **Certification Of No Objection Regarding Docket No. 61483**, to be served on the parties listed in CM/ECF.

*/s/ Michael A. Rollin*
Michael A. Rollin

4871-4487-8386, v. 2