## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

IN RE

LEHMAN BROTHERS HOLDINGS INC.,
et al,

         Debtor.

REX WU

         Appellant,

   v.

LEHMAN BROTHERS HOLDINGS INC.
         Appellee.

Bankr. No.    08-13555(SCC)

Docket #61493

## Designation of Items to be Included in the Record on Appeal

REX WU, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby

designates the following items to be included in the record on appeal:

1.    Order Denying Motion For An Order Enforcing The Modified Third Amended Joint

    Chapter 11 Plan of Lehman Brothers Holdings Inc. And Affiliated Debtors for Purpose of

    Distribution.  [SDNY Bankruptcy Court ECF #59801

2.    Transcripts of Hearing June 19th, 2019

3.    Motion to Approve Motion For An Order Enforcing The Modified Third Amended

    Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. And Affiliated Debtors for

    Purpose of Distribution.  [SDNY Bankruptcy Court ECF #59614]

4.	Order Denying (I) Motion for Reconsideration (ECF NO. [61168]), (II) Motion to Compel (ECF NO. [60984]); (III) Motion to Join Rex Wu Pursuant to Rule 19(A) (ECF NO. [61003]); and (IV) Motion for Summary Judgment (ECF NO. [61013]. [SDNY Bankruptcy Court ECF # 61352]

5.	Motion for Summary Judgment for the Motion for Reconsideration. [SDNY Bankruptcy Court ECF # 61197]

6.	Letter (related document(s) [61168]). [SDNY Bankruptcy Court ECF #61180]

7.	Motion to Reconsider FRCP 60 or FRBP 3008 on a Limited Basis for the Order Authorizing Final Distribution for Certain of Lehman Brothers Holdings Inc. and Granting Related Relief (related document(s) [61161]. [SDNY Bankruptcy Court ECF #61168]

8.	Memorandum of Law in Support of Rex Wu to Join Their Motion Under Rule 19(A) of The Federal Rules of Civil Procedures. [ SDNY Bankruptcy Court ECF #61003]

9.	Certificate of Service / Proof of Service. [SDNY Bankruptcy Court ECF #60989]

10.	Motion to Join the Motion to Compel Filing of The Important Covenants of LBH Annual Certificates. [SDNY Bankruptcy Court ECF # 60988]

11.	Letter to the Honorable Shelley C. Chapman, In re: Important Covenants of LBH. [SDNY Bankruptcy Court ECF #60976]

12.	Letter Filed by Rex Wu. [SDNY Bankruptcy Court ECF #60887]

13.	Notice Regarding the Important Covenant(s) of Lehman Brothers Holdings, Inc. and Certain UK Litigation(s). [SDNY Bankruptcy Court ECF #60874]

14.	Designation of Contents (appellant). and Statement of Issues (related document(s) [60727]). [SDNY Bankruptcy Court ECF #60750]

15.     Statement Re: In the Matter of Lehman Brothers International (Europe) (In Administration) and in the matter of The Insolvency Act of 1986 case #7942 of 2008 CR-2008-000012. [SDNY Bankruptcy Court ECF #60746]

16.     Affidavit Communication to LBIE and High Court Re Distribution. [SDNY Bankruptcy Court ECF #60707]

17.     Affidavit: LBHI and LBHI2 Distributions RE Important Covenants to Lehman Brothers Holdings Communication. [SDNY Bankruptcy Court ECF #60699]

18.     Notice of Appeal. [SDNY Bankruptcy Court ECF #60727]

19.     Letter to the Honorable Shelley C. Chapman. [SDNY Bankruptcy Court ECF #60685]

20.     Affidavit: Important Covenants to Lehman Brothers Holdings Communication. [SDNY Bankruptcy Court ECF #60680]

21.     Letter to the Honorable Shelley C. Chapman. [SDNY Bankruptcy Court ECF #60656]

22.     Letter to Judge Chapman. [SDNY Bankruptcy Court ECF #60655]

23.     Certificate of Service (related document(s) [60337]). [SDNY Bankruptcy Court ECF #60408]

24.     Letter to Judge Chapman (related document(s) [60337]). [SDNY Bankruptcy Court ECF #60400]

25.     Affidavit of Service (related document(s) [60337]). [SDNY Bankruptcy Court ECF #60349]

26.     Statement Joinder of Rex Wu to Motion to Reclassify (related document(s) [60337]). [SDNY Bankruptcy Court ECF #60348]

27.     Certificate of Service of Notice of Appeal. [SDNY Bankruptcy Court ECF #59851]

28.     Certificate of Service of Notice of Appeal. [SDNY Bankruptcy Court ECF #59834]

29.     Statement Joinder to Notice of Appeal. [SDNY Bankruptcy Court ECF #59833]

30.   Certificate of Service (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59785]

31.   Certificate of Service (related document(s) [59756]). [SDNY Bankruptcy Court ECF #59786]

32.   Motion to Approve Motion to Demand Service. [SDNY Bankruptcy Court ECF #59773]

33.   Objection to the Timing of the Early Distribution (related document(s) [59756]). [SDNY Bankruptcy Court ECF #59772]

34.   Certificate of Service (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59758]

35.   Response to the Plan Administrators Objection to Notice of Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions (related document(s) [59738], [59614]). [SDNY Bankruptcy Court ECF #59751]

36.   Motion to Join the Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59755]

37.   Motion to Join the Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59753]

38.   Motion to Join the Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59741]

39.    Joinder of Julie Lanello to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions. [SDNY Bankruptcy Court ECF #59736]

40.    Motion to Approve / Notice of Presentment of Motion of Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors filed by Garrett A. Fail on behalf of Lehman Brothers Holdings Inc. Responses due by 6/21/2019. [SDNY Bankruptcy Court ECF #59756]

41.    Objection: Plan Administrators Objection to Motion to Allow Late Claim (related document(s) [59735], [59659], [59736], [59715], [59614]) filed by Garrett A. Fail on behalf of Lehman Brothers Holdings Inc. [SDNY Bankruptcy Court ECF #59738]

42.    Joinder of Dan Lanello to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions. [SDNY Bankruptcy Court ECF #59735]

43.    Letter re: Joinder to Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions. [SDNY Bankruptcy Court ECF #59715]

44.    Certificate of Service (related document(s) [59614]). [SDNY Bankruptcy Court ECF #59681]

45.    Statement Notice of Errata re: Rex Wu's Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions. [SDNY Bankruptcy Court ECF #59680]

46.    Motion to Join Joinder to Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s) [59614]) filed by Rickey Gregory. [SDNY Bankruptcy Court ECF #59659]

47.    Certificate of Service (related document(s) [59614]). [SDNY Bankruptcy Court ECF No. 59454]

48.    Notice of Hearing re: Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s) [59614]) with hearing to be held on 5/30/2019 at 11:00 AM at Courtroom 623. [SDNY Bankruptcy Court ECF No. 59635]

49.    United States District Court, Southern District of New York. [Case #20-cv-05823, Docket Numbers 1 through 30]

50.    United States District Court, Southern District of New York. Case #19-cv-06397, Docket Numbers 1 through 15]

51.    Motion to Reclassify Shares, filed by Joseph J. Waske. [SDNY Bankruptcy Court ECF #60337]

52.    Certificate of Service / Proof of Service, (related document(s) [60337]). [SDNY Bankruptcy Court ECF #60363]

53.   Statement Joinder to Motion to Reclassify Shares filed by Joseph J. Waske (related document(s) [60337]) filed by Elizabeth Harrison.  [SDNY Bankruptcy Court ECF #60379]

54.   Statement Joinder to Motion to Reclassify Shares filed by Joseph J. Waske (related document(s) [60337]) filed by Glenn Blaze.  [SDNY Bankruptcy Court ECF #60381]

55.   Response to Plan Administrators Objection to Motion to Reclassify (related document(s) [60378]).  [SDNY Bankruptcy Court ECF #60403]

56.   Certificate of Service (related document(s) [60403]).  [SDNY Bankruptcy Court ECF #60413]

57.   Objection / Plan Administrators Objection to Motion to Reclassify (related document(s) [60337], [60348], [60354]) filed by Garrett A. Fail on behalf of Lehman Brothers Holdings Inc.  [SDNY Bankruptcy Court ECF #60378]

58.   Motion to Reserve for Motion to Reclassify.  [SDNY Bankruptcy Court ECF #60448]

59.   Certificate of Service.  [SDNY Bankruptcy Court ECF #60449]

60.   Letter in Support of Motion by Joseph Waske (related document(s)60337).  [SDNY Bankruptcy Court ECF #60478]

61.   Letter in Support of Motion by Joseph Waske (related document(s)60337) Filed by Brian L. Linse.  [SDNY Bankruptcy Court ECF #60479]

62.   Motion for Summary Judgment (related document(s) [60448]).  [SDNY Bankruptcy Court ECF #60484]

63.   Letter to Judge Chapman (related document(s) [60498]).  [SDNY Bankruptcy Court ECF #60507]

64.   Response to Objection to Motion to Reserve, (related document(s) [60482].  [SDNY Bankruptcy Court ECF #60542]

65.    Objection to Motion / Plan Administrators Objection to Motion to Reserve (related document(s) [60337], [60448]). [SDNY Bankruptcy Court ECF #60482]

66.    Certificate of Service / Proof of Service, (related document(s) [60542]). [SDNY Bankruptcy Court ECF #60543]

67.    Certificate of Service / Proof of Service. [SDNY Bankruptcy Court ECF No. 60626]

68.    Response to Plan Administrators Objection to Motion for Summary Judgment. [SDNY Bankruptcy Court ECF No. 60642]

69.    Certificate of Service / Proof of Service, (related document(s) [60642]). [SDNY Bankruptcy Court ECF No. 60643]

70.    Notice of Agenda of Matters Scheduled for the Hearing on June 3rd, 2020 at 10:00 AM EST, filed by Joseph Waske,]). [SDNY Bankruptcy Court ECF #60653]

71.    Notice of Appeal (related document(s) [60678]). [SDNY Bankruptcy Court ECF #60687]

72.    Designation of Contents (appellant). and Statement of Issues, (related document(s) [60687]). [SDNY Bankruptcy Court ECF #60740]

73.    Certificate of Service / Proof of Service of Designation of Contents and Statement of Issues (related document(s) [60740]). [SDNY Bankruptcy Court ECF #60743]

74.    Motion to Reconsider FRCP 60 or FRBP 3008 on a Limited Basis for the Order Authorizing Final Distribution for Certain of Lehman Brothers Holdings Inc. and Granting Related Relief (related document(s) [61161]) filed by Rex Wu, Phillip Wossilek, Christopher Wossilek, Joseph Waske. [SDNY Bankruptcy Court ECF #61168]

75.    Letter (related document(s) [61168]). [SDNY Bankruptcy Court ECF #61172]

76.  Motion for Summary Judgment for the Motion for Reconsideration. [SDNY Bankruptcy Court ECF #61197]

77.  United States District Court, Southern District of New York. [Case #20-cv-05083, Docket Numbers 1 through 14]

78.  The Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"). [SDNY Bankruptcy Court ECF No. 22737]

79.  Lehman Brothers Holdings Inc Capital Trust III claim #21805 with Prospectus

80.  Lehman Brothers Holdings Inc Capital Trust VI claim #67753 with Prospectus

81.  Lehman Brothers Holdings Inc Capital Trust IV claim #22122 with Prospectus

82.  Lehman Brothers Holdings Inc Capital Trust V claim #22123 with Prospectus

83.  Witness Statement of Russell Downs, 08.02.2013

84.  Mission Product Holdings Inc. Vs. Tempnology LLC NKA Old Cold LLC. [Supreme Court Ruling No. 17-1657]

85.  Guarantee of Lehman Brothers Inc Standard and Poors Rating Service Letter. [SDNY Bankruptcy Court ECF #53107 page 39]

86.  Statement Reservation of Rights of 605 Third Avenue Fee LLC Respecting Motion to Approve the Sale and the Assumption and Assignment of Certain Contracts Related to the Sale of the Neuberger Berman Investment Management Division. [SDNY Bankruptcy Court ECF #2280]

87.  Motion to Approve: Debtors Motion to (A) Establish Sales Procedures; (B) Approve a Seller Termination Fee and a Reimbursement Amount; and (C) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets filed by Lori R. Fife on behalf of Lehman Brothers Holdings Inc... (Attachments: # (1) Exhibit 1 - Amended and Restated Purchase Agreement# (2) Exhibit

2 - Proposed Bidding Procedures Order# (3) Exhibit 3 - Proposed Sale Order). [SDNY

Bankruptcy Court ECF # 694]

88.   Supplemental Response to Motion Supplement to Reservation of Rights of 605 Third

Avenue Fee LLC Respecting Motion to Approve the Sale and the Assumption and

Assignment of Certain Contracts Related to the Sale of the Neuberger Berman

Investment Management Division. [SDNY Bankruptcy Court ECF # 2341]

89.   Motion for Omnibus Objection to Claim(s) / Debtors Two Hundred and Eighteenth

Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim. [SDNY

Bankruptcy Court ECF # 20107]

90.   Order Signed on 12/7/2011 Granting Debtors Two Hundred Eighteenth Omnibus

Objection to Disallow and Expunge Certain Claims. [SDNY Bankruptcy Court ECF #

23049]

91.   Motion to Reconsider. [United States District Court SDNY No. 20-cv-05823]

92.   Anton Valukas Examiner's Report. [SDNY Bankruptcy Court ECF #8307]

93.   Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the

Monetization of Equity Interests in Neuberger Berman Group LLC. [SDNY Bankruptcy

ECF #23348]

94.   Motion to Authorize / Debtors Motion Pursuant to Sections 105 and 363 of the

Bankruptcy Code for Authorization to Monetize Equity Interests in Neuberger Berman

Group. [SDNY Bankruptcy Court ECF # 21847]

95.   Lehman Brothers Holdings Inc. Board of Directors' Guarantee

96.   Motion to Compel Filing of the Important Covenants of LBH Annual Certificates filed by

Christopher P. Wossilek. Claims. [SDNY Bankruptcy Court ECF #60984]

97.    Certificate of Service / Proof of Service Filed by Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #60990]

98.    Certificate of Service / Proof of Service, (related document(s) [60984]) Filed by Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #60991]

99.    Motion to Join / Joinder of Alex Olivo to the Motion and Arguments of Christopher P. Wossilek and Phillip Wossilek Motion to Compel the Filing of The Important Covenants of LBH Annual Certificates, (related document(s) [60984]).  [SDNY Bankruptcy Court ECF #60992]

100.    Memorandum of Law in Support of Rex Wu to Join Their Motion Under Rule 19(A) of The Federal Rules of Civil Procedures (related document(s) [60988]) filed by Philip Wossilek, Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61003]

101.    Motion for Summary Judgment for the Motion to Compel Filing of the Important Covenants of LBH Annual Certificates, (related document(s) [60984]) filed by Phillip Wossilek, Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61013]

102.    Motion for Summary Judgment for the Motion to Compel Filing of the Important Covenants of LBH Annual Certificates, (related document(s) [60984]).  [SDNY Bankruptcy Court ECF #61013]

103.    Certificate of Service / Proof of Service, (related document(s) [61013]) Filed by Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61014]

104.    Order Authorizing Final Distribution for Certain Creditors of Lehman Brothers Holdings Inc. and Granting Related Relief (Related Doc # [61143]).  [SDNY Bankruptcy Court ECF #61161]

105.    Letter / Notice of Errata in Relations to Motion for Reconsideration, (related document(s) [61168]) Filed by Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61173]

106.    Certificate of Service /Proof of Service Re: Notice of Errata in Relations to Motion for
Reconsideration (related document(s) [61173]) Filed by Christopher P. Wossilek.
(Cantrell, Deirdra).  [SDNY Bankruptcy Court ECF #61177]

107.    Motion for Summary Judgment for the Motion for Reconsideration, (related document(s)
[61168]) filed by Joseph Waske, Philip Wossilek, Christopher P. Wossilek, Rex Wu.
[SDNY Bankruptcy Court ECF #61197]

108.    Certificate of Service / Proof of Service (related document(s) [61197]) Filed by
Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61198]

109.    Motion to Stay / Suggestion of Death Under the Record and Motion to Stay the Matter,
filed by Christopher P. Wossilek.  [SDNY Bankruptcy Court ECF #61333]

110.    Response to Order Granting Motion for Authorization for Lehman Brothers Special
Financing Inc. and Lehman Brothers Commercial Corporation to invest disputed claims
reserves for claim numbers 66455 and 66476 (related document(s) [46276]) filed by
Rickey Gregory.  [SDNY Bankruptcy Court ECF #46304]

111.    Order signed on 9/10/2014 Granting Motion for Authorization for Lehman Brothers
Special Financing Inc. and Lehman Brothers Commercial Corporation to invest disputed
claims reserves for claim numbers 66455 and 66476.  [SDNY Bankruptcy Court ECF
#46276]

112.    Letter in Support of Joint Liquidators Motion for an Order Enforcing the Modified Third
Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated
Debtors for Purposes of Distributions (related document(s) [59409]) Filed by Rickey
Gregory.  [SDNY Bankruptcy Court ECF # 59555]

113.    Motion to Authorize / Joint Liquidators Motion for an Order Enforcing the Modified
Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors for Purposes of Distributions filed by David R. Seligman on behalf of RSM Restructuring Advisory LLP. [SDNY Bankruptcy Court ECF # 59409]

114. Motion to Join Joinder to Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s) [59614]) filed by Rickey Gregory. [SDNY Bankruptcy Court ECF # 59659]

115. Certificate of Mailing Filed by Rickey Gregory. [SDNY Bankruptcy Court ECF # 59688]

116. Certificate of Mailing (related document(s) [59659]) Filed by Rickey Gregory. [SDNY Bankruptcy Court ECF # 59691]

117. CastlePoint Nat'l Ins. Co (2021) 65 Cal.App.5th 668.- Decision and Order. [NYSCEF Doc no. 294, Index No. 655881/2017 Motion Sequence No. 007]

118. CastlePoint Nat'l Ins. Co (2021) 65 Cal.App.5th 668.- Amendment to Decision. [NYSCEF Doc no. 295, Index No. 655881/2017 Motion Sequence No. 007]

119. Motion to Authorize: Debtors Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets Barclays. [SDNY Bankruptcy Court ECF # 60]

120. Order Signed on 9/20/2008 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases. [SDNY Bankruptcy Court ECF # 258]

121. Statement / Second Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, dated October 6, 2008 (related document(s) [628]). [SDNY Bankruptcy Court ECF # 710]

Respectfully Submitted,

Dated: September 16th, 2022
Rex Wu
6315 N Campbell
Chicago, IL 60659
312.785.0348
rex_wu@live.com