## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rex Wu,** | Case No.: 08-13555 (SCC) |
| vs. | (Jointly Administered) |
| **Lehman Brothers Holdings Inc., et al,** | |
| **Debtors.** | |

### Proof of Service

On September 20th, 2022, I caused to be served the "Designation of Records" and "Statement of Issues," (Exhibit A) Docket No. 59801, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via priority mail to:

c/o Lehman Brothers Holdings Inc.
110 E 42nd St. Suite 820
New York, NY 10017
Attn: Kristine Dickson

And

US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: William Harrington Esq, Susan Golden Esq and Andrea Schwartz Esq

Respectfully Submitted,

/s/ Rex Wu

_____

Rex Wu
Pro Se
September 21st, 2022

**Exhibit A**

