**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Lehman Brothers Holdings Inc.                CASE NO.: 08–13555–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 11
13–3216325

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Martin Glenn on September 30, 2022 for administration. Please style all future captions with the appropriate judicial suffix (mg ).

Dated: September 30, 2022                               Vito Genna
                                                       Clerk of the Court