# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Lehman Brothers Holdings Inc.                    CASE NO.: 08–13555–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
13–3216325

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Martin Glenn on September 30, 2022 for administration. Please style all future captions with the appropriate judicial suffix (mg ).

Dated: September 30, 2022                    Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                    Case No. 08-13555-mg

Lehman Brothers Holdings Inc.                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                          User: admin                                          Page 1 of 297
Date Rcvd: Sep 30, 2022                    Form ID: 144                                    Total Noticed: 1386

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lehman Brothers Holdings Inc., 745 Seventh Avenue, New York, NY 10019-6801 |
| aty | + | Arthur J. Margulies, Jones Day, 222 East 41st Street, New York, NY 10017-6739 |
| aty | + | Daniel Steven Lubell, Hughes Hubbard & Reed, LLP, One Battery Park Plaza, New York, NY 10004-1471 |
| aty | + | Diane Harvey, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Thomas T. Janover, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, U.S.A. 10036-2714 |
| 5989403 | + | 111 Huntington Avenue, Boston MA 02199-7610 |
| 6659670 | + | 1EE LLC, c/o Thomas M. Mullaney, 489 Fifth Avenue, New York, NY 10017-6109 |
| 4621297 | + | 250 East Borrower, LLC, c/o Platzer, Swergold et al., 1065 Avenue of the Americas, 18th Floor, New York, NY 10018-0690 |
| 5150414 | | 469 Bergman Properties LLC, 1984 E. 1st St., Brooklyn, NY 11223-2943 |
| 4656429 | + | A. Brent Truitt, 245 Park Avenue, Suite 3962, New York, NY 10167-0002 |
| 5788337 | | A. De Heer Reghers, Guido Gezellelaan 84, 2870 Puurs, BELGIUM |
| 6152078 | | ABN AMRO Bank NV, Jersey Branch, PO Box 255, 7 Castle Street, St. Heiler, Jersey UK, |
| 5231773 | + | AES Eastern Energy L.P., Attention: Tom Spencer, 130 East Seneca Street, Suite 505, Ithaca, NY 14850-4378 |
| 5695798 | | AFCO Cargo PIT LLC, c/o Aviation Facilities Company, Inc., P.O. Box 16860, Washington, DC 20041-6860 |
| 4674884 | | AIM Funds and their affiliate, Invesco Aim Advisor, c/o Paul Patterson, Esquire, Stradley Ronon Stevens & Young, LLP 2600, Phialdelphia, PA 19103 |
| 4691663 | + | ALAN J. FRIEDMAN, ESQ., KERRI LYMAN, ESQ., IRELL & MANELLA LLP, 840 NEWPORT CENTER DRIVE, SUITE 400, NEWPORT BEACH, CA 92660-6396 |
| 6466191 | + | ALCANTAR LAW PLLC, Attn: Jose Raul Alcantar Villagran, Esq., 22 Cortlandt Street, 16th Floor, New York, New York 10007-3139 |
| 6369941 | | ALCOR S.A., JUNCAL 1327, APARTAMENTO 1801, MONTEVIDEO,, URUGUAY |
| 4667678 | + | ALLEN & OVERY LLP, Counsel for Aozora Bank, Ltd., 1221 Avenue of the Americas, New York, NY 10020, Attention: Daniel Guyder 10020-1001 |
| 4648913 | + | ALLEN & OVERY LLP, Counsel for Bank of Taiwan, 1221 Avenue of the Americas, New York, NY 10020, Attention: Ken Coleman 10020-1001 |
| 4648912 | + | ALLEN & OVERY LLP, Counsel for First Commercial, Bank Co., Ltd. New York Agency, 1221 Avenue of the Americas, New York, NY 10020 Attention: Ken Coleman 10020-1001 |
| 7317787 | | ALSTON & BIRD LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424 |
| 7317786 | + | ALSTON & BIRD LLP, 90 Park Avenue, New York, New York 10016-1387 |
| 4900019 | | AM International E Mac 63 Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 6972537 | + | AMERICAN MORTGAGE LAW GROUP, P.C., Attn: James W. Brody, Esq., 75 Rowland Way, Suite 350, Novato, CA 94945-5057 |
| 6972536 | + | AMERICAN MORTGAGE LAW GROUP, P.C., Attn: Tracy Lee Henderson, Esq., 75 Rowland Way, Suite 350, Novato, CA 94945-5057 |
| 4628316 | + | ANDREW M. CUOMO, Attorney General of the, State of New York Attorney, for The New York State Department, 120 Broadway - 24th Floor New York, New York 10271-0042 |
| 4629386 | + | ANDREW M. CUOMO, Attorney General of the State of New Yor, Attorney for The New York State, Department of Taxation and Finance, 120 Broadway - 24th Floor New York, New York 10271-0042 |
| 4628077 | | ANZ Banking Group Limited,, 18th Floor Kyobo Building, 1 Chongro 1 Ku, Chongro Ka,, Seoul Korea |
| 4708255 | + | ARIEL PIERRE CALONNE, CITY OF SAN BUENAVENTURA, 501 POLI STREET, VENTURA, CA 93001-2632 |
| 6479960 | + | ASA New York Tax Advantaged Fund L.P., c/o ASA New York Managers LLC, 601 Carlson Parkway, Suite 610, Minnetonka, MN 55305-5215 |
| 5723561 | | ASSAM BEJOS, VIVIAN & JORGE RODRIGO ASSAM BEJOS, BOSQUE DE CIDROS #60-2A, BOSQUE DE LAS LOMAS, |

08-13555-mg    Doc 61509    Filed 10/02/22    Entered 10/03/22 00:08:57    Imaged
Certificate of Notice    Pg 3 of 298
District/off: 0208-1                                    User: admin                                    Page 2 of 297
Date Rcvd: Sep 30, 2022                                Form ID: 144                                  Total Noticed: 1386

MEXICO D.F., 05120, MEXICO

| | | |
|---|---|---|
| 4625249 | + | Aaron L. Hammer, Esq., Devon 1. Eggert, Esq., Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Ilinois 60606-6679 |
| 4627723 | + | Abigail Snow, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169-1199 |
| 4628140 | + | Abraham Gesser (AG-7531), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4625222 | + | Accenture LLP, c/o Aaron L. Hammer, Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Illinois 60606-6679 |
| 5829071 | | Adam Brezine, Esq., HOLME ROBERTS & OWEN LLP, 560 Mission Street, 25th Floor, San Francisco, CA 94105-2994 |
| 4674928 | + | Adam H. Isenberg, Esquire, SAUL EWING LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 4643468 | + | Aditi Technologies Private Limited, c/o Mark D. Northrup, Graham & Dunn PC, 2801 Alaskan Way Suite 300, Seattle WA 98121-1128 |
| 5709302 | + | Agricultural Bank of Taiwan, c/o Sheppard Mullin Richter &Hampton LLP, Attn: Malani J. Cademartori, Esq., 30 Rockefeller Plaza, New York, NY 10112-0079 |
| 4850522 | + | Agustin Delgado Solis TOD Rosalinda Ramirez Rivas, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 5185589 | | Ahorro Corporacion Financiera. S.V., S.A., Attention: Isabel Bastante/Ana Jiminez, Paseo de la Castellana, 89, 10th Floor, 28046 Madrid, Spain |
| 4629237 | + | Aileen Venes, WHITE & CASE LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard Miami, Florida 33131-2346 |
| 4625352 | + | Alan Dalsass, 875 Third Ave, 5th Floor, New York, NY 10022-7228 |
| 5265935 | | Alan E. Marder and Jil Mazer-Marino, MEYER, SUOZZI, ENGLISH & KLEIN, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194 |
| 4645581 | + | Alan E. Marder, Esq., Jil Mazer-Marino, Esq., Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, Garden City, New York 11530-9882 |
| 5319757 | | Alan E. Marder, Jil Mazer-Marino, MEYER, SUOZZI, ENGLISH & KLEIN, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194 |
| 5320272 | + | Alec P. Ostrow, Becker, Glynn, Melamed & Muffly LLP, 299 Park Avenue, New York, New York 10171-3898 |
| 4685789 | + | Alejandro C. Torres, Esq., General Counsel, InfoSpace, Inc., 601 108th Avenue, NE, Bellvue, Washington 98004-4383 |
| 4643510 | + | Aliant Bank, c/o Porzio Bromberg & Newman P.C., Attn: John S. Mairo, Esq., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 5697791 | + | Alissa M. Nann, Esq., Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 4677143 | + | Allan D. Diamond, Esq., Stephen T. Loden, Esq., DIAMOND MCCARTHY LLP, 909 Fannin, Suite 1500, Houston, Texas 77010-1026 |
| 4625225 | + | Ameren Corporation and its subsidiaries, c/o Steven N. Cousins and Susan K. Ehler, Armstrong Teasdale LLP, One Metropolitan Square, Suite 2600, St. Louis, Missouri 63102-2742 |
| 4781544 | | American Express Travel Related Services Company,I, c/o William M. O'Connor, Esq. & Bruce J., 490 Madison Avenue, New York, New York 10022 |
| 4623649 | + | Amit K. Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4643370 | + | Amit Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4649119 | | Amy R. Wolf (AW-6646), Harold S. Novikoff, Esq. (HN-3898), Joshua A. Feltman, Esq. (JF-9486), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street New York, NY 10019-6150 |
| 4628571 | | AmyWolf, Esq. (AW-6646), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5071820 | + | Andreas Seuffert, Esq., Gilmartin, Poster & Shalfto LLP, 845 Third Avenue, New York, New York 10022-6612 |
| 4623974 | + | Andrew C. Lourie, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 5071775 | + | Andrew C. Quale, Jr., Esq., Alan M. Unger, Esq., SIDLEY AUSTIN LLP, 787 Seventh Avenue, New York, NY 10019-6088 |
| 4628321 | + | Andrew K. Glenn, Esq., Kasowitz, Benson, Torres, & Friedman LLP, 1633 Broadway, New York, New York 10019-6708 |
| 4625481 | + | Andrew Rosenblatt, Esq., CHADBOURNE & PARKE LLP, 30 Rockefeller Plaza, New York, New York 10112-0015 |
| 6425269 | | Andrew Wideman, 5406 S. Florence Ct., Greenwood Village, CO 80111-3665 |
| 5078646 | + | Andrews Kurth LLP, Counsel to EPCO Holdings, Inc., 600 Travis, Ste. 4200, Houston, TX 77002-2929 |
| 5078648 | + | Andrews Kurth LLP, Counsel to EPCO Holdings, Inc., 600 Travis, Ste. 4200, Houston, TX 77002-2929, Attn: Robin Russell, Esq. |
| 6366438 | | Anmapa De Inversiones Sicav, Alberto Del Riego Orta, Serrano 88 5 Planta, Madrid, Spain 28006 |
| 4626262 | #+ | Ann E. Acker, CHAPMAN AND CUTLER LLP, 111 West Monroe Street, Chicago IL 60603-4022 |
| 4628573 | + | Ann Menard, Esq., Ned Bannon, Tishman Speyer Properties, L.P., 45 Rockefeller Plaza, New York, New York 10111-0100 |
| 4678320 | + | Anne E. Beaumont, FRIEDMAN KAPLAN SEILER & ADELMAN LLP, 1633 Broadway, 46th Floor, New York, NY 10019-7846 |
| 4658974 | + | Anne F. O'Berry, Esq., Berman DeValerio Pease Tabacco, Burt & Pucillo, Esperante Bldg., Suite 900, 222 Lakeview Avenue West Palm Beach, FL 33401-6145 |
| 4642242 | + | Anne F. O'Berry, Esq., Berman DeValerio Pease, et al, Esperante Bldg., Suite 900, 222 Lakeview Avenue, West Palm Beach, FL 33401-6145 |
| 6431341 | + | Anne M. Palazzolo, FLEMMING ZULACK WILLIAMSON ZAUDERER LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 4777457 | + | Anthony D. Boccanfuso, Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022-4614 |
| 6105380 | + | Anthony M. Rainone, Esq., Eric Magnelli, Esq., BRACH EICHLER LLC, 101 Eisenhower Parkway, Roseland, New Jersey 07068-1053 |
| 5444405 | + | Anthony Paduano, Paduano & Weintraub LLP, 1251 Avenue of the Americas--Ninth Floor, New York, New York 10020-1104 |
| 4623970 | + | Antonia Golianopoulos, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 5741631 | | Appenzeller Kantonalbank, Bankgasse 2, Appenzell CH 9050, Switzerland, |
| 4620083 | + | Arapahoe County Treasurer, 5334 S. Prince Street, Littleton, CO 80166-0001 |
| 5154008 | | Arlington Partners, L.P., 124 Madison Plaza, suite 1500, Madison, MS 39110 |
| 4986221 | | Asian SBC Hedge Fund, 2 International Finance Center, Room 3311-3313 Central, Hong Kong SAR |
| 4989223 | + | Aspen Creek Financial Advisors, 520 Madison Avenue, 18th Floor, New York, NY 10022-4213, Attn: Romulo Garza |
| 4669684 | + | Asurion Corporation, c/o Peter M. Gilhuly, Latham & Watkins LLP, 355 South Grand Ave., Los Angeles, CA 90071-3104 |
| 4624947 | + | Attn: Vicky Namken, IBM Corporation, 13800 Diplomat Dr, Dallas, TX 75234-8812 |
| 4644428 | | Attorneys For Constellation Place, LLC, Advanced P, SunGard Business Integration (UK) Ltd.; |

District/off: 0208-1                          User: admin                                              Page 3 of 297
Date Rcvd: Sep 30, 2022                    Form ID: 144                                         Total Noticed: 1386

| | | |
|---|---|---|
| 4621837 | + | Audrey D. Wisotsky, Esq., Suite 400, 301 Carnegie Center, Princeton, New Jersey 08540-6589 |
| 4672268 | + | Austin L. McMullen, Boult, Cummings, Conners & Berry,PLC, 1600 Division Street, Suite 700, P. O. Box 340025, Nashville, Tennessee 37203-0025 |
| 4628091 | | Australia National Bank, 1177 Avenue of the, Americas, 6th Fl., New York, NY 10036 |
| 4628089 | | Australia and New Zealand, Banking Group Limited,, Melbourne Office, Level 6, 100 Queen Street Victoria, Melbourne, VIC 3000 Australia |
| 4628742 | + | Avaya, Inc., c/o Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068-1725, Attn: Vincent A. D'Agostino, Esq. |
| 5107466 | + | B Y Partners, L.P., c/o Brahman Capital Corp., Attn: Richard Grossman, 655 Third Avenue, 11th Floor, New York, NY 10017-9107 |
| 6383529 | + | BAC Florida Bank, c/o DiCecco Traurig LLP, Attn: Allen G. Kadish, Esq., 630 Third Avenue, 7th Floor, New York, New York 10017-6941 |
| 5164283 | | BAKER BOTTS L.L.P., 910 Louisiana Street, Houston, Texas 77002-4995, Attn: Tony M. Davis |
| 4704689 | + | BARBARA R. PARLIN, ESQ., HOLLAND & KNIGHT LLP, 195 BROADWAY, 24TH FLOOR, NEW YORK, NY 10007-3189 |
| 4758920 | + | BARBRA R. PARLIN, ESQ., HOLLAND & KNIGHT LLP, 195 BROADWAY, 24TH FLOOR, NEW YORK, NY 10007-3189 |
| 4623635 | ++++ | BATS HOLDINGS, INC., C/O DANIEL J. FLANIGAN, POLSINELLI SHALTON FLANIGAN SUELTHAUS PC, 7 PENN PLZ FL 6B, NEW YORK NY 10001-0017 address filed with court:, BATS Holdings, Inc., c/o Daniel J. Flanigan, Polsinelli Shalton Flanigan Suelthaus PC, 7 Penn Plaza, Suite 600, New York, NY 10001 |
| 4960752 | + | BCP Voyager Master Fund SPC, Ltd,, for Event Arb Seg Port, c/o BroadStreet Capital Partners, LP, 712 Fifth Avenue, New York, New York 10019-4108 |
| 5299636 | + | BEINT, LLC, P.O. Box 8342, New York, NY 10150-8342 |
| 6164510 | | BIJSTERVELD, MEVROUW H.M.C., BARON SLOETKADE 329, 7321 ZZ APELDOORN, , NETHERLANDS |
| 6683786 | | BINDER & SCHWARTZ LLP, Attn: Neil S. Binder, 28 West 44th Street, 7th Floor, New York, New York 10036 |
| 7358360 | + | BINDER & SCHWARTZ LLP, Attn: Neil S. Binder, 366 Madison Avenue, 6th Floor, New York, New York 10017-7108 |
| 4643191 | | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, 399 Park Avenue, New York, NY 10022-4689 |
| 4641621 | | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, Ronald J. Silverman, Joshua Dorchak, 399 Park Avenue New York, NY 10022-4689 |
| 4623638 | | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, Ronald J. Silverman, Steven Wilamowsky, 399 Park Avenue New York, NY 10022-4689 |
| 4684706 | | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin Ronald J., Silverman Steven Wilamowsky, Carol Weiner Levy, 399 Park Avenue New York, NY 10022-4689 |
| 4643193 | | BINGHAM McCUTCHEN LLP, Joshua Dorchak, 399 Park Avenue, New York, NY 10022-4689 |
| 4643192 | | BINGHAM McCUTCHEN LLP, Ronald J. Silverman, 399 Park Avenue, New York, NY 10022-4689 |
| 4684707 | | BINGHAM McCUTCHEN LLP, P. Sabin Willett One Federal, Street Boston, MA 02110-1726 |
| 4623639 | | BINGHAM McCUTCHEN LLP, P. Sabin Willett, One Federal Street, Boston, MA 02110-1726 |
| 4633885 | + | BINGHAM McCUTCHEN LLP, Mark W. Deveno, One State Street, Hartford, CT 06103-3102 |
| 4717937 | + | BLANKA K. WOLFE, ESQ., SHEPPARD MULLIN RICHTER & HAMPTON, LLP, 30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112-0086 |
| 4628053 | + | BNP Paribas, 787 7th Avenue, New York, NY 10019-6083 |
| 6187842 | | BOL-RAAP, G., KAM. ONNESSTRAAT 12, VLAARDINGEN, 3132 RS, NETHERLANDS, |
| 4718700 | + | BRIAN N. SPECTOR, ESQ., JENNINGS, STROUSS & SALMON, P.L.C., THE COLLIER CENTER, 11TH FLOOR, 201 EAST WASHINGTON STREET, PHOENIX, AZ 85004-2428 |
| 5212439 | + | BROAD HOLDINGS, INC., 115 E PUTNAM AVE, GREENWICH, CT 06830-5643 |
| 5053640 | | BUNGE SA, ROUTE DE FLORISSANT 13, 1211 GENEVA 12, SWITZERLAND |
| 5941869 | | Banca Popolare dell'Alto Adige Soc.Coop., Financial Back Office, Frasnelli Verena, via Siemens 18, 39100 Bolzano, Italy |
| 5315376 | | Banco Popular Espanol SA, Administracion de Tesoreria, Att: Mr Carlos Viva Sotilloa, c/ Jose Ortega T Gasset 29, 1A Planta, Madrid 20086 SPAIN |
| 5184197 | | Bank Julius Baer & Co. Ltd., Bahnofstrasse 36, CH-8010 Zurich, Switzerland |
| 4638790 | + | Bank of America, N.A., c/o Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022-3506, Attn: Ana M. Alfonso, Esq. |
| 4628073 | + | Bank of China, New, York Branch, 410 Madison Avenue, New York, NY 10017, Attention: Chief Loan Officer 10017-1174 |
| 4625971 | + | Bank of Montreal, Floor 12 West, 111 West Monroe Street, Chicago, IL 60603-4020 |
| 4628085 | + | Bank of Taiwan, New, York Agency, 100 Wall Street,, 11th Floor, New York, NY 10005-3763 |
| 5098436 | + | Bankers Life and Casualty Company, c/o 40/86 Advisors, Inc., Atten: Jeffrey M. Stautz, General Counse, 535 N. College Drive, Carmel, IN 46032-5622 |
| 4643464 | | Bankruptcy Administration, IKON Financial Services, 1738 Bass Road, P.O. Box 13708, Macon, GA 31208-3708 |
| 5132539 | + | Barbara Hatton Decker, 295 Shirley Avenue, Staten Island, New York 10312-5458 |
| 4648714 | + | Barlow Garsek & Simon, LLP, Henry W. Simon, Jr., 3815 Lisbon Street, Fort Worth, Texas 76107-5601 |
| 4775586 | + | Basil A. Umari, Esq., Andrews Kurth LLP, 600 Travis, Suite 4200, Houston, Texas 77002-2929 |
| 4758337 | + | Basso Capital, 1266 East Main Street, Stanford, CT 06902-3546 |
| 7546979 | + | Bentham Syndicated Loan Fund f/k/a, Bentham Wholesale Syndicated Loan Fund, 11 Madison Avenue, F/K/A CREDIT SUISSE SYNDICATED LOAN FUND, New York, NY 10010-3643 |
| 6147180 | | Bes Hippoliet, Winkelstap 23/3, Schoten, 2900, BELGIUM |
| 4636259 | + | Beverly Weiss Manne, Esquire, Bradley S. Tupi, Esquire, Michael A. Shiner, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place Pittsburgh, PA 15222-5413 |
| 5723563 | | Beyeler, Hoins, Larchenstr. 13, Birmensdorf, CH-8903, SWITZERLAND |
| 5880348 | + | Bill Brick, 5864 Versailles Avenue, Frisco, TX 75034-5956 |
| 4628082 | + | Bill Hughes, Standard Chartered Bank, 1 Madison Ave., New York, NY 10010-3603 |
| 4628080 | | Bill Hughes SVP-FIG, Standard Chartered Bank, One Madison Avenue, New York, NY 10010 - 3603 |
| 6385187 | + | Black Diamond Offshore Ltd., Angela J. Somers, Esq., REID COLLINS & TSAI LLP, One Penn Plaza, 49th Floor, New York, New York |

| | | |
|---|---|---|
| | | 10119-0033 |
| 4665702 | + | BlackRock Financial Management, Inc., C/O: Skadden, Arps, Slate, Meagher & Flo, Attn: Sally McDonald Henry, Four Times Square, New York, New York 10036-6522 |
| 6328473 | | Blackwell Partners, LLC, c/o DUMAC, Inc., 280 South Mangum Street, Suite 210, Durham, NC 27701-3675, Attn: Jannine Lall |
| 6711420 | | Blackwell Partners, LLC - Series A, c/o DUMAC, Inc., 280 South Mangum Street, Suite 210, Durham, NC 27701-3675, Attn: Jannine Lall |
| 4715340 | + | Blanka K. Wolfe, Esq., Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza Suite 2400, New York, NY 10112-0079 |
| 5192625 | + | Blue Mountain Equity Alternatives, Master Fund, L.P., Att: David Rubenstein, CFO/GC, 280 Park Ave, 5th Fl. East, New York, NY 10017-1217 |
| 5274807 | + | Bosque Power Company, LLC, c/o PurEnergy Management Services, LLC, Attn: Stephen Parker, 1732 West Genese Street, Syracuse, NY 13204-1902 |
| 4809177 | + | Bosque Power Company, LLC, c/o Fulcrum Power Services, L.P., Attn: Fred E. Reed, Jr., 5120 Woodway, Suite 10010, Houston, TX 77056-1725 |
| 4915856 | + | Bracewell & Giuliani LLP, 711 Louisiana, Suite 2300, Houston, TX 77002-2849 |
| 4630415 | + | Bradford E. Dempsey, Esq., Holme Roberts & Owen LLP, 1700 Lincoln, Suite 4100, Denver, Colorado 80203-4541 |
| 4628574 | + | Bradley Turk, Esq., Tishman Speyer Properties, L.P., 45 Rockefeller Plaza, New York, NY 10111-0100 |
| 5107467 | + | Brahman C.P.F. Partners, LP, c/o Brahman Capital Corp., Attn: Richard Grossman, 655 Third Avenue, 11th Floor, New York, NY 10017-9107 |
| 5107468 | + | Brahman Investments I (SPVP), Ltd., c/o Brahman Capital Corp., Attn: Richard Grossman, 655 Third Avenue, 11th Floor, New York, NY 10017-9107 |
| 4643351 | + | Brian Trust, Esq., Amit K. Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4620779 | + | Brian Trust, Esq., Jeffrey G. Tougas, Esq., Amit Trehan, Esq., Mayer Brown LLP, 1675 Broadway New York, NY 10019-5889 |
| 4623646 | + | Brian Trust, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4623981 | + | Brian W. Bisignani, Esquire, Post & Schell, P.C., 17 North 2nd Street, 12th Floor, Harrisburg, PA 17101-1638 |
| 5541763 | + | Bricklayers International Pension Fund, c/o Ira R. Mitzner, Esq., DICKSTEIN SHAPIRO LLP, 1825 Eye Street, N.W., Washington, D.C. 20006-5417 |
| 4643367 | + | Brookfield Properties One WFC Co. LLC, Attn: Monica Lawless, Three World Financial Center, 200 Vesey Street, New York, NY 10281-5525 |
| 4629478 | + | Brookfield Properties One WFC Co. LLC, Attn: Monica Lawless, Vice President, Leasing Counsel New York, Three World Financial Center, 200 Vesey Street New York, NY 10281-5525 |
| 4635057 | + | Brown & Connery, LLP, Atty for Business Objects Americas, Donald K. Ludman, Esq., 6 North Broad Street, Suite 100 Woodbury, NJ 08096-4635 |
| 4635058 | + | Brown & Connery, LLP, Atty for Frictionless Commerce, Inc., Donald K. Ludman, Esq., 6 North Broad Street, Suite 100 Woodbury, NJ 08096-4635 |
| 4635046 | + | Brown & Connery, LLP, Donald K. Ludman, Esq., 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 4656426 | + | Bruce Bennett, HENNINGAN, BENNETT & DORMAN LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017-2576 |
| 5320393 | + | Bruce E. Clark, Esq., Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498 |
| 4785111 | + | Bruce J. Zabarauskas, Esq., Crowell & Moring LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 5788336 | | Brunhilde Reuter, Joseph Haydnstrasse 3, Gunseldsdorf,A 2525, AUSTRIA |
| 5764585 | | Burgerlijke Maatschap Familie Versele, Sigrid & Er, Heren Boslaan 48, 2500 Lier, BELGIUM |
| 4634651 | + | Business Objects Americas, c/o Brown & Connery, LLP, Donald K. Ludman, Esquire, 6 N. Broad St., Suite 100, Woodbury, NJ 08096-4635 |
| 4809178 | | C.V.I G.V.F. (Lux) Master S.a.r.l., 11-13 Boulevard de la Foire, L 1528, Luxembourg |
| 4847663 | | C.V.I G.V.F. (Lux) Master S.a.r.l., c/o CarVal Investors UK Limited, Knowle Hill Park,Farimile Lane, Cobham, Surrey KT11 2PD United Kingdom |
| 4637022 | + | CAHILL GORDON & REINDEL LLP, Joel H. Levitin, Stephen J. Gordon, Eighty Pine Street, New York, New York 10005-1702 |
| 4620659 | + | CARROLLTON-FARMERS BRANCH, INDEPENDENT SCHOOL DISTRICT, c/o Andrea Sheehan, Esq., 4411 N. Central Expressway, Dallas, Texas 75205-4210 |
| 5056766 | | CASAM ADI CB Arbitrage Fund Ltd, inc. under the laws of Cayman Island, c/o Credit Agricole, 91-93 boulevard Pasteur, 75710 Paris, France |
| 6173884 | | CASSA DI RISPARMIO DI PISTOIA E, PESCIA S.P.A, ATTN: TEMPESTINI ALBERTO, VIA ROMA, 3, PISTOIA, 5100, ITALY |
| 4635632 | + | CB RICHARD ELLIS, INC., 200 Park Avenue, 17th floor, New York, New York 10166-0004 |
| 5107470 | + | CBARB, A Segregated Account of, Geode Capital Master Fund Ltd, Attn: Lisa Lampert, General Counsel, One Post Office Square, 28th Floor, Boston, MA 02109-2106 |
| 4744830 | + | CHRISTOPHER R. MOMJIAN, 21 S. 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA 19107-3604 |
| 4822837 | | CIBC Bank and Trust Co Cayman), CIBC Financial Centre, 11 Dr. Roy's Drive, P.O. Box 694 GT,, Grand Cayman, Cayman Islands |
| 7162762 | + | CLARICK GUERON REISBAUM LLP, 220 Fifth Avenue, 14th Floor, New York, New York 10001-7708 |
| 4658641 | | CLIFFORD CHANCE US LLP, Andrew Brozman, Esq., Sara M. Tapinekis, Esq., 31 West 52nd Street, New York, NY 10019-6131 |
| 4677418 | | CLIFFORD CHANCE US LLP, Andrew Brozman, Esq., Wendy Rosenthal, Esq., 31 West 52nd Street, New York, NY 10019-6131 |
| 4667573 | + | COLE, SCHOTZ, MEISEL, FORMAN &, LEONARD, P.A., 900 Third Avenue, 16th Floor, New York, NY 10022-4728, Attn: Laurence May, Esq. |
| 4667574 | + | COLE, SCHOTZ, MEISEL, FORMAN &, LEONARD, P.A., A Professional Corporation, 900 Third Avenue, 16th Floor, New York, NY 10022-4728 Attn: John H. Drucker, Esq. |
| 6416300 | + | CONNELL FOLEY LLP, 888 Seventh Avenue, 9th Floor, New York, NY 10106, Attn: Stephen V. Falanga, Christopher M. Hemrick 10106-0001 |
| 6408605 | + | CRT Special Investments LLC, Attn: Joseph Sarachek, 262 Harbor Drive, Stamford, CT 06902-7438 |
| 5401158 | | CVF Lux Securities Trading S.a.r.l., c/o CarVal Investors UK Limited, Knowle Hill Park, Fairmile Lane, Cobham, Surrey KT11 2PD United Kingdom |

| | | |
|---|---|---|
| 6111261 | | CVI CVF II Lux Master S.a.r.l., 11-13 Boulevard de la Foire, Luxembourg, L-1528 Luxembourg |
| 5321596 | | CVI GVF (Lux) Master S.a.r.l., c/o CarVal Investors UK Limited, Knowle Hill Park, Fairmile Lane, Cobham, Surrey KT11 2PD United Kingdom |
| 5397364 | | CVI GVF Luxembourg Twelve S.a.r.l, c/o CarVal Investors UK Limited, Knowle Hill Park, Fairmile Lane, Cobham, Surrey KT11 2PD, United Kingdom |
| 5320982 | | CVI GVF Luxembourg Twelve S.a.r.l, c/o CarVal Investors UK limited, Knowle Hill Park, Fairmile Lane, Cohbam, Surrey KT11 2PD United Kingdom |
| 5164013 | + | Cahn & Cahn LLP, Daniel K. Cahn, 22 High Street, Suite 3, Huntington, NY 11743-7602 |
| 6421414 | + | Caitrin Una McKiernan, Esq., Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022-4664 |
| 4847662 | | Canadian Imperial Bank of Commerce, Att: J.S. McMurray, General Manager, 199 Bay Street, 6th Floor, Toronto, Ontario M5L 1A2, CANADA |
| 4900021 | | Canyon Realization Mac 18 Ltd, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 4626143 | + | Capgemini Financial Services USA, Inc., c/o Winston & Strawn LLP, Attn: Daniel J. McGuire Esq., 35 W. Wacker Drive, Chicago, ILL 60601-1695 |
| 4628129 | + | Capgemini Financial Services USA, Inc., c/o Winston & Strawn LLP, Attn: Myja K. Kjaer, Esq., 35 W. Wacker Drive, Chicago, ILL 60601-1695 |
| 4631074 | + | Capital Moving & Storage Co., Inc., 97 Burma Road, Jersey City, NJ 07305-4601 |
| 4626255 | + | Carey D. Schreiber (CS 3896), WINSTON & STRAWN LLP, 200 Park Avenue, New York, New York 10166-4002 |
| 4667498 | + | Carlton Willard Homes, Inc., 100 Old Billerica Road, Bedford, MA 01730-1283 |
| 4683466 | + | Carmine D. Boccuzzi Jr., Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| 4675615 | + | Carmine D. Boccuzzi Jr., Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 4684709 | + | Carmine D. Boccuzzi Jr., Esq., Thomas A. Moloney, Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza New York, New York 10006-1404 |
| 4621198 | + | Carren Shulman, Esq., Russell Reid, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, 24th Floor, New York, New York 10112-0086 |
| 4619960 | + | Carrollton-Farmers Branch ISD, c/o Andrea Sheehan, Law Offices of Robert E. Luna, P.C., 4411 N. Central Expwy., Dallas, Texas 75205-4210 |
| 5007434 | + | Carter, Ledyard & Milburn LLP, 2 Wall Street, New York, New York 10005, Attention: Aaron R. Cahn 10005-2072 |
| 4854529 | + | Centerbridge Credit Partners LP, c/o Lovells LLP, 590 Madison Avenue, New York NY 10022-2524 |
| 4854530 | + | Centerbridge Credit Partners Master LP, c/o Lovells LLP, 590 Madison Avenue, New York NY 10022-2524 |
| 7090022 | + | Chadbourne & Parke LLP, Attorneys for BNP Paribas and its Affili, Attn: Howard S. Beltzer, Esq., 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4777458 | | Charles A. Malloy, Arnold & Porter LLP, Washington, D.C. 20004 |
| 4624790 | + | Charles J. Filardi, Jr., Filardi Law Offices LLC, 65 Trumbull Street, Second Floor, New Haven, CT 06510-1031 |
| 5378547 | + | Charles L. Kuykendall, 6573 Eagle Ridge Drive, Bettendorf, IA 52722-6266 |
| 4643611 | + | Charles M. Tatelbaum, Esq., Adorno & Yoss LLP, 350 E. Las Olas Blvd., Suite 1700, Ft. Lauderdale, FL 33301-4217 |
| 4621049 | | Charles R. Ekberg, Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101-2338 |
| 7133287 | | Chase Issuance Trust, 270 Park Avenue, NewYork, NY 10017-2070 |
| 7369955 | + | Cherokee Debt Acquisition, LLC, 1325 Avenue of the Americas, 28th Floor, New York, NY 10019-6583, Attn: Vladimir Jelisavcic |
| 5165025 | + | Chester B. Salomon, Becker, Glynn, Melamed & Muffly LLP, 299 Park Avenue, New York, New York 10171-3898 |
| 4665687 | + | Chicago Mercantile Exchange Inc., New York Mercant, C/o: Skadden, Arps, Slate, Meagher & Flo, Attn: Sally McDonald Henry, Four Times Square, New York, New York 10036-6522 |
| 6804357 | + | Chiesa Shahinian & Giantomasi PC, Attorneys for Arch Insurance Company, Attn. Scott A. Zuber, Esq., One Boland Drive, West Orange, New Jersey 07052-3686 |
| 5575589 | + | China Development Industrial Bank, c/o Moses & Singer LLP, The Chrysler Bldg., 405 Lexington Avenue, New York, NY 10174-1299, Attn: James Sullivan, Esq. |
| 6425268 | + | Christian E. Stevens, 2940 Rockbridge Way, Highlands Ranch, CO 80129-1551 |
| 5693682 | + | Christiane Schuster, c/o Olshan Grundman Frome Rosenzweig & W, 65 East 55th Street, New York, New York 10022-3219, Attn: Jordanna L. Nadritch, Esq. |
| 5072759 | + | Christopher D. Loizides, Esq., LOIZIDES, P.A., 1225 King Street, Suite 800, Wilmington, DE 19801-3246 |
| 4628228 | + | Christopher M. Desiderio, NIXON PEABODY, LLP, 437 Madison Avenue, New York, NY 10022-7039 |
| 4967403 | | Christopher Peck, Annupuri Village K.K., 432-8 Niseko, Niseko-Cho, Abuta-Gun, Hokkaido, Japan, 048-1511 |
| 4649120 | + | Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq., Abigail Snow, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue New York, New York 10169-1199 |
| 4624059 | + | Christopher R. Belmonte, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169-1199 |
| 4623983 | + | Christopher R. Donoho III, Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4628051 | | Citibank N.A. Hong Kong Branch, Financial Institutions, Group Asia Pacific, 44/F, Citibank Tower, 3, Garden Rd,Central,Hong Kong |
| 6555057 | + | Citigroup Financial Products Inc, Attn: Brian Broyles, 1615 Brett Road, Bldg 3, New Castle, DE 19720-2425 |
| 5963634 | + | Citigroup Financial Products Inc., 1615 Brett Road, Building 3, New Castle, DE 19720-2425 |
| 4625373 | + | Claude Montgomery, Esq., Salans, 620 Fifth Avenue, New York, New York 10020-2400 |
| 4687618 | + | Claudia L. Hammerman, PAUL, WEISS, RIFKIND,, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 4629479 | + | Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Lindsee P. Granfield, Esq. |
| 4629480 | + | Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Lisa M. Schweitzer, Esq. |
| 4950032 | | Clyde Briggs and Jeanne Briggs, c/o Peter Spindel, Esq., PA, P.O. Box 166245, Miami, FL 33116-6245 |
| 4638466 | + | Colin B. Albaugh, Esq., Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Washington, D.C. |

District/off: 0208-1 | User: admin | Page 6 of 297
Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

| | | |
|---|---|---|
| | | 20005-4026 |
| 4620969 | + | Collins Building Services, Inc., Court Square Place, 24-01 44th Road, Long Island City, NY 11101-4605 |
| 4676969 | + | Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Attention: Jonathan P. Guy, Esq. 20005-1723 |
| 4900024 | | Concordia Mac 29 Ltd, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 5331361 | | Confederacion Espaola de Cajas de Ahorros, Attn: Legal Dept., Alcala, 27-5 Planta, Madrid, 28014, SPAIN |
| 5213927 | + | Corre Opportunities Fund, L.P., 1370 Avenue of Americas, 29th Floor, New York, NY 10019, Attn: Claims Processing (Bankruptcy), USA 10019-0118 |
| 5963632 | + | Corre Opportunities Fund, L.P., 1370 Avenue of the Americas, 29th Floor, New York, NY 10019-0118, Attn: Kevin Barrett - Bankruptcy Claim P |
| 5213965 | + | Corre Opportunities Fund, L.P., 1370 Avenue of the Americas, 29th Floor, New York, NY 10019, USA 10019-0118 |
| 6701235 | + | Corre Opportunities II Master Fund, LP, 1370 Avenue of the Americas, 29th Floor, New York, NY 10019-0118 |
| 6485635 | + | Corre Opportunities Qualified Master Fund, LP, 1370 Avenue of the Americas, 29th Floor, New York, NY 10019-0118, Attn: Claims Processing (Bankruptcy) |
| 5836776 | + | County of DuPage, Illinois, 421 N. County Farm Rd, Wheaton, IL 60187-3978 |
| 5836781 | + | County of DuPage, Illinois (2), 421 N. County Farm Rd, Wheaton, IL 60187-3978 |
| 4621205 | + | Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attention: Amanda Raboy 10018-1618 |
| 4621204 | + | Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attention: Dianne F. Coffino 10018-1618 |
| 4621203 | + | Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attention: Michael B. Hopkins 10018-1618 |
| 4758923 | + | Craig D. Moreshead, Esq., AVP & Senior Counsel, Lincoln Financial Group, One Granite Place, Concord, NH 03301-3271 |
| 5189240 | + | Craig Goldblatt, Lisa Ewart, Wilmer Cutler Picking Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006-3642 |
| 6453990 | | Credican, C.A., Attn: Carlos F. Gonzalez, Diaz Reus & Targ, LLP, 100 S. E. 2nd St./3400 Miami Tower, Miami, FL 33131 |
| 4619988 | + | Credit Suisse, 11 Madison Avenue, New York, NY 10010-3629 |
| 5697339 | + | Crowell & Moring LLP, Attn: Mark S. Lichtenstein, Esq., Attys for City Employee Welfare Fund Loc, 590 Madison Avenue, New York, New York 10022-2524 |
| 5672603 | + | Crowell & Moring LLP, Attn: Mark S. Lichtenstein, Esq., ATTN: Steven B. Eichel, Esq., 590 Madison Avenue, New York, New York 10022-2524 |
| 5673372 | + | Current Comminucations &, 2600 W. 23rd Street, Broadview, IL 60155-4108 |
| 4966131 | + | Cynthia Swabsin et al, c/o Rene S. Roupinian, Jack A. Raisner, 3 Park Ave., 29th Fl, New York, NY 10016-5902 |
| 4847282 | + | D. Farrington Yates, Esquire, Jillian Gutman Mann, Esquire, Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 4710339 | + | DAVID ANZISKA, ESQ., BERGER & MONTAGUE P.C., 1622 LOCUST STREET, PHILADELPHIA, PA 19103-6365 |
| 4711530 | + | DAVID FEUREISEN, BARTELS & FEUREISEN, LLP, 925 WESTCHESTER AVENUE, SUITE 304, WHITE PLAINS, NY 10604-3564 |
| 4624066 | + | DAVID N. RAVIN, ESQ., Wolff & Samson PC, The Offices At Crystal Lake, One Boland Drive, West Orange, NJ 07052-3686 |
| 4703707 | | DCFS Trust, Trustee Payment Dept., P.O. Box 9001683, Louisville, Kentucky 40290-1683 |
| 6140121 | | DE SPOELBERCH, SYBILLE, 1 AD, De Spoelberchlaan, Wespelaar, 3150, Belgium, |
| 5720236 | | DELMEIRE, FRANCOIS, MICHIELSSENDREED 54, BRASSCHAAT, 2930, BELGIUM, |
| 4987125 | | DEPFA BANK plc, Attn: 1 Commons Street, Dublin 1, Ireland |
| 5072749 | | DILWORTH PAXSON LLP, Anne M. Aaronson, Catherine G. Pappas, 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania 19102-2101 |
| 4677125 | + | DLA PIPER LLP (US), 1251 Avenue of the Americas,, 27th Floor, New York, NY 10020-1104, Attn.: Thomas R. Califano John P. McNicholas 10020-1104 |
| 4677126 | + | DLA PIPER LLP (US), 550 South Hope Street, Suite 2300, Los Angeles, CA 90071, Attn.: Karol Denniston,, Deborah J. Saltzman 90071-2678 |
| 4675618 | + | DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-1104, Attn.: Thomas R. Califano, Esq. |
| 6159629 | | DORREPAAL, A., WEIPOORTSEWEG 2-B, ZOETERWOUDE, 2381 NA, NETHERLANDS, |
| 4740147 | + | DOUGLAS R. SCHWARTZ, ESQ., SCOTT R. LOVERNICK, ESQ., SCHWARTZ & CERA LLP, 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO, CA 94104-4823 |
| 4733406 | + | DUNCAN E. BARBER, BIEGING SHAPIRO & BURRUS LLP, 4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650, DENVER, COLORADO 80237-2686 |
| 4672276 | + | Daniel B. Besikof, Esq., Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-1895 |
| 4621932 | + | Daniel J. Flanigan, Polsinelli Shalton Flanigan Suelthaus PC, 700 W. 47th Street, Suite 1000, Kansas City, Missouri 64112-1805 |
| 4626256 | + | Daniel J. McGuire, Myja K. Kjaer, WINSTON & STRAWN LLP, 35 West Wacker Drive, Chicago, Illinois 60601-1695 |
| 4710753 | + | Daniel R. Murray, JENNER & BLOCK LLP, 330 N. Wabash Ave., Chicago, IL 60611, dmurray@jenner.com 60611-3586 |
| 7193197 | + | Danielle Gordon, 7060 Brook Lane, Chesterland, Ohio 44026-1202 |
| 5696801 | | Danneels Gert, Poekevoetweg 15, Ruiselede, 8755, BELGIUM 8755 |
| 6408744 | + | Darian Cohen, Law Office of A. James Boyajian, 355 S. Grand Ave Suite 2450, Los Angeles, CA 90071-9500 |
| 5071927 | + | Darrell W. Clark, Pro Hac Vice, STINSON MORRISON HECKER LLP, 1150 18thStreet, NW; Suite 800, Washington, DC 20036-3845 |
| 5843154 | + | David A. Littlefield, 81740 Camino Montevideo, Indio, CA 92203-7753 |
| 4687523 | + | David A. Rosenzweig, Fulbright & Jaworski LLP., 666 Fifth Avenue, New York, New York 10103-3101 |
| 4777925 | + | David C. Cimo, Esq., GENOVESE, JOBLOVE & BATTISTA, P.A., Bank of America Tower at, International Place, 100 S.E. 2nd Street, Suite 4400 Miami, Florida 33131-2118 |
| 5320383 | + | David H. Joseph, Stradley Ronon Stevens & Young LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |

| | | |
|---|---|---|
| 6371235 | + | David H. Wander, Esq., DAVIDOFF HUTCHER & CITRON LLP, 605 Third Avenue, 34th Floor, New York, New York 10158-3499 |
| 4635669 | + | David I. Swan, Kenneth M. Misken, McGuireWoods LLP, 1750 Tysons Blvd., Suite 1800, McLean, VA 22102-4231 |
| 6580796 | + | David J. Mark, Esq., Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019-6708 |
| 4625480 | + | David LeMay Esq., CHADBOURNE & PARKE LLP, 30 Rockefeller Plaza, New York, New York 10112-0015 |
| 4630890 | | David M. Bennett, Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201-2533 |
| 4628319 | + | David M. Friedman, Esq., Kasowitz, Benson, Torres, & Friedman LLP, 1633 Broadway, New York, New York 10019-6708 |
| 4775841 | + | David M. Grimes, Esq., REED SMITH LLP, 599 Lexington Avenue, New York, NY 10022, dgrimes@reedsmith.com 10022-7684 |
| 4641611 | + | David R. Stickney, Esq., Bernstein Litowitz Berger, & Grossmann LLP, 12481 High Bluff Drive, Suite 300 San Diego, CA 92130-3583 |
| 4622197 | + | David S. Heller, Latham & Watkins LLP, 233 South Wacker Dr. Ste. 5800, Chicago, IL 60606-6362 |
| 4628320 | + | David S. Rosner, Esq., Kasowitz, Benson, Torres, & Friedman LLP, 1633 Broadway, New York, New York 10019-6708 |
| 6061842 | + | David Y. Livshiz, Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 6421415 | + | David Y. Livshiz, Esq., Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022-4664 |
| 5682457 | | De Jong, J. De, Varenkamp 13,, Barneveld, NETHERLANDS |
| 6140120 | | De Kunst, Marianka, Lysterstraat 73, Willebroek, 2830, Belgium, |
| 4681898 | + | Deere & Company, One John Deere Place, Moline, IL 61265-8098 |
| 5471854 | | Deka Investment GmbH, Mainzer Landstrae 16, Postfach 11 05 23, 60325 Frankfurt, Germany |
| 5435407 | | DekaBank Deutsche Girozentrale, Maizer Landstrasse 16, 60325 Frankfurt am Main, Germany |
| 4647235 | + | Delaware Management Holdings, Inc., c/o Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4713703 | + | Delta Air Lines, Inc., c/o Lisa Bittle Tancredi, Esquire, Venable LLP, 750 East Pratt Street, Sutie 900, Baltimore, MD 21202-3142 |
| 4628099 | + | Denis Graham, KBC Bank, 125 W. 55th St., New York, NY 10019-5369 |
| 4687642 | + | Dennis F. Dunne, Luc A. Despins, Wilbur F. Foster, Jr., MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza New York, New York 10005-1402 |
| 4643341 | + | Dennis F. Dunne, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 4648910 | + | Dennis J. Drebsky, Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022-7039 |
| 4620775 | + | Deryck A. Palmer, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 5677385 | + | Deutsche Bank AG, c/o Moses & Singer LLP, 405 Lexington Avenue, New York, NY 10174-1299, Attn:Alan Kolod,Esq.,Mark N. Parry,Esq., |
| 4915211 | + | Deutsche Bank, London Branch, Attn: Vikas Madan, 60 Wall Street, 3rd Floor, New York, NY 10005-2865 |
| 4987126 | | Deutsche Pfandbriefbank AG, Attn: Corporate Department, Freisinger Str. 5, 85716 Unterschleissheim, Germany |
| 6409521 | + | DiConza Traurig LLP, 630 Third Avenue, 7th Floor, New York, New York 10017-6941, Attn: Allen G. Kadish, Esq. |
| 4622187 | + | Dion W. Hayes, McGUIREWOODS LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4063 |
| 5727243 | + | Dirk Gosda, c/o Duncan Barber, Bieging Shapiro & Barber LLP, 4582 So. Ulster St. Pkwy, #1650, Denver, CO 80237-2686 |
| 4625169 | + | Dirk S. Roberts, SDNY Bar No. DR 8331, Deputy Chief Counsel, Litigation, Office of Thrift Supervision, 1700 G Street, N.W. Washington, D.C. 20552-0003 |
| 4628087 | | DnB NOR Bank ASA, Postal address: NO-0021,, Oslo, Norway, Office: Stranden 21,, Aker Brygge |
| 6120886 | | Dobay Trade S.A., Arenales 2336, Piso 6 Dept. 24, Buenos Aires, 1124, Argentina |
| 5007439 | + | Donald A. Workman, BAKER & HOSTETLER LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5318 |
| 5575592 | + | Dotson Investments Limited, c/o Moses & Singer LLP, The Chrysler Bldg., 405 Lexington Avenue, New York, NY 10174-1299, Attn: James Sullivan, Esq. |
| 5508517 | | Dotson Investments Limited, BES SFE- ES Ave Miguel Dantas- Edificio, 4930-678 Valenea Do Minito, Portugal 00351 |
| 4643371 | | Douglas B. Rosner, Esq. (DR-5690), Gregory O. Kaden, Esq. (GK-9610), GOULSTON & STORRS, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 |
| 5166590 | + | Douglas E. Spelfogel, Olya Petukhova, FOLEY & LARDNER LLP, 90 Park Ave., 20th Floor, New York, New York 10016-1301 |
| 4685806 | + | Douglas R. Davis, PAUL, WEISS, RIFKIND,, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 4635228 | + | Douglas S. Heffer, FOLEY & LARDNER LLP, 90 Park Avenue, New York, New York 10016-1301 |
| 4628523 | + | Dov Kleiner, Esq., Vinson & Elkins LLP, 666 Fifth Avenue, 26th Floor, New York, NY 10103-2600 |
| 5403126 | + | Dover Master Fund, L.P., c/o Longacre Management LLC, 810 Seventh Avenue, Floor 33, New York, NY 10019-5869, Attn: Vladimir Jelisavcic |
| 5506507 | + | Dr. Jrgen Grossmann, c/o Hogan Lovells US LLP, Attn: Christopher R. Donoho III, Esq., 875 Third Avenue, New York, NY 10022-6225 |
| 4628226 | + | Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, NJ 07932-1047, Douglas J. McGill, Esq. 07932-1024 |
| 4628225 | + | Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, NJ 07932-1047, Robert K. Malone, Esq. 07932-1024 |
| 4638731 | + | Duke Energy Ohio, Inc., c/o Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, NY 11530-9194 Attn: Thomas R. Slome, Esq. |
| 4701644 | + | Duke Energy Ohio, Inc., c/o Melissa Zelen Neier, Ivey, Barnum & O'Mara, LLC, 170 Mason Street, Greenwich, CT 06830-6644 |
| 4633889 | + | Duncan E. Barber, Steven T. Mulligan, Bieging Shapiro & Burrus LLP, 4582 South Ulster Street Parkway, Suite 1650 Denver, Colorado 80237-2686 |
| 6975234 | + | Dwayne C Hans, 1065 Avenue of the Americas, 18th Floor, New York, NY 10018-0690 |
| 5802590 | | E.J.H Peek-Heesters, Weeshuislaan 67, Zeist, 3701 JV,, NETHERLANDS 3701 |
| 5079017 | + | EAC Partners Master Fund, Ltd, 654 Madison Avenue, Suite 801, New York, NY 10065-8437 |
| 6334232 | | EFETnet B.V., Keizersgracht 62-64, Amersdam, 1015 Netherlands |
| 4621856 | + | EHMD, LLC, c/o Daniel J. Flanigan, Polsinelli Shalton Flanigan Suelthaus PC, 700 W. 47th Street, Suite 1000, Kansas City, MO 64112-1805 |
| 4649121 | + | ENTWISTLE & CAPPUCCI LLP, 280 Park Avenue, 26th Floor West, New York, New York 10017-1274, Attn: Andrew J. Entwistle |

District/off: 0208-1                          User: admin                                    Page 8 of 297
Date Rcvd: Sep 30, 2022                   Form ID: 144                            Total Noticed: 1386

| | | |
|---|---|---|
| 4649122 | + | ENTWISTLE & CAPPUCCI LLP, 280 Park Avenue, 26th Floor West, New York, New York 10017, Johnston de F. Whitman, Jr. 10017-1274 |
| 4649124 | + | ENTWISTLE & CAPPUCCI LLP, 280 Park Avenue, 26th Floor West, New York, New York 10017, Jonathan H. Beemer 10017-1274 |
| 4649123 | + | ENTWISTLE & CAPPUCCI LLP, 280 Park Avenue, 26th Floor West, New York, New York 10017, Joshua K. Porter 10017-1274 |
| 4685788 | + | EPSTEIN BECKER & GREEN, P.C., 1227 25th Street, N.W., Suite 700, Washington, D.C. 20037-1175, Attn: David B. Tatge, Esq. |
| 6392351 | + | EVO Feeder Fund, 2425 Olympic Blvd., suite 120E, Santa Monica, CA 90404-4083 |
| 4621299 | + | East 46th Borrower, LLC, c/o Platzer, Swergold et al., 1065 Avenue of the Americas, 18th Floor, New York, NY 10018-0690 |
| 4621960 | + | Eduardo J. Glas, Esq., McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 4675617 | + | Edward H. Tillinghast, III, Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza, 24th Floor, New York, New York 10112-0086 |
| 4621298 | + | Edward J. LoBello, Esq., Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174-1497 |
| 4621218 | + | Edward J. LoBello, Esquire, Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174-1497 |
| 5320394 | + | Edward M. Grauman, Esq., Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498 |
| 5071708 | + | Eli R. Mattioli, Esq., Elizabeth M. Harris, Esq., K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022-7615 |
| 5327394 | + | Elizabeth Colon Lopez 2 South End Avenue, 7M, New York, NY 10280-1087 |
| 4643581 | + | Elizabeth L. Rose, Esq., Herrick, Feinstein LLP, 2 Park Avenue, New York, New York 10016-9302 |
| 4643365 | + | Elizabeth Page Smith, Esq., DEWEY & LEBOEUF LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4638310 | + | Ellen A. Friedman, Esq., Friedman Dumas & Springwater LLP, 150 Spear Street, Suite 1600, San Francisco, CA 94105-1541 |
| 4629460 | + | Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 5508080 | + | Elliot J. Blumenthal, Buchanan Ingersoll & Rooney P.C., 1290 Avenue of the Americas, 30th Floor, New York, NY 10104-3000 |
| 5111468 | | Emirates National Oil Company, (Singapore) Private Limited, 3 Temasek Avenue, #24-02 Centennial Tower, Singapore 039010 |
| 4900017 | | Empiricurve Fund Limted, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 6184057 | + | Equity Trust Company Custodian, FBO 109806 & 109595 IRAs, c/o Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023-0028 |
| 6184061 | + | Equity Trust Company Custodian, FBO Victor Knox IRA, 50% Undivided Inter, and Fredric Glass IRA, 50% Undivided Int, c/o Fair Harbor, LLC, PO Box 237037 New York, NY 10023-0028 |
| 4630891 | + | Eric B. Fisher, Esq., Butzel Long, a professional Corporation, 380 Madison Avenue, 22nd Floor, New York, New York 10017-2517 |
| 5072358 | + | Eric Lopez Schnabel, Esq., Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-0001 |
| 5464307 | + | Erin S. Levin, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020-1104 |
| 4629238 | + | Ethan Schwartz, Contrarian Capital Management, L.L.C., 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6281 |
| 4672267 | + | Eugene Chang, Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716 |
| 4628086 | + | Eunice S.J. Yeh, Senior Vice President &, General Manager, 100 Wall Street, 11th Floor, New York, NY 10005-3763 |
| 4793131 | | Evelyn J. Meltzer, Esq., Pepper Hamilton LLP, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709 |
| 4845763 | | Evelyn J. Meltzer, Esq., Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709 Wilmington, DE 19899-1709 |
| 6392350 | + | Evolution Master Fund Ltd. SPC, Segregated Portfol, 2425 Olympic Blvd., Suite 120E, Santa Monica, CA 90404-4083 |
| 4634244 | + | Executive Fliteways, Inc., c/o McBreen & Kopko, 500 North Broadway, Suite 129, Jericho, New York 11753-2128 |
| 4634087 | + | Exegy Incorporated, c/o Stinson Morrison Hecker LLP, Attn: Darrell W. Clark, Esq., 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845 |
| 4850523 | + | FERNANDO YARZA Y CIA SC, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 6136040 | | FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV, POSTBUS 9101 3301AC, NOORDHOEVENLAAN 60, DORDRECHT, 3319 CH, NETHERLANDS |
| 6393017 | | FINANZASA, S.A., CALLE CORAZON DE MARIA, 7-1 H, MADRID, 28002, SPAIN |
| 6431204 | + | FLEMMING ZULACK WILLIAMSON ZAUDERER LLP, Attorneys for Banque Privee Edmond de, Rothschild S.A., Attn: John F. Zulack, One Liberty Plaza New York, New York 10006-1404 |
| 4700483 | | FPB International Bank, Inc., c/o Lawrence J. Kotler, Esquire, DUANE MORRIS LLP, 1540 Broadway, New York, NY 10036-4086 |
| 5491077 | + | FRANCIS J. LAWALL,ESQ., NINA M. VARUGHESE,ESQ., PEPPER HAMILTON LLP, 3000 TWO LOGAN SQUARE, PHILADELPHIA,PA 19103-2799 |
| 6062052 | | FRIEDMAN KAPLAN SEILER & ADELMAN LLP, Lance J. Gotko, Anne E. Beaumont, Nora Bojar, 7 Times Square, New York, New York 10036-6524 |
| 6606325 | + | Fabio Liotti, c/o STAMELL & SCHAGER, LLP, Attn: Richard J. Schager, Jr., 555 Fifth Avenue, Ste. 1400, New York, New York 10017-9257 |
| 4825812 | + | FactSet Research Systems Inc., c/o Christopher J. Major, Esq., Robinson & Cole LLP, 885 Third Avenue, 28th Floor, New York, NY 10022-4834 |
| 6413308 | | Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90, South Seventh Street, Minneapolis, MN 55402-3901 |
| 5682458 | + | Fair Harbor Capital, LLC, Ansonia Finance Station, PO Box 237037, New York, NY 10023-0028 |
| 4900041 | | Fairway Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU, United Kingdom |
| 5158562 | + | Farallon Capital Institutional Partners, L.P., c/o Farallon Partners, L.L.C., One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3511 |
| 5158597 | + | Farallon Capital Offshore Investors II, L.P., c/o Farallon Partners, L.L.C., One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3511 |
| 5158560 | + | Farallon Capital Partners, L.P., c/o Farallon Partners, L.L.C., One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3528 |
| 4624659 | + | Federal Express Corporation, William B. Seligstein, Performance & Planning Analyst, 3965 Airways Blvd., Module G 3rd Fl., Memphis, Tennessee 38116-5017 |
| 6770699 | + | Federal Home Loan Bank of Cincinnati, 221 East Fourth Street, Atrium Two, Cincinnati, Ohio 45202-4124 |
| 6770703 | + | Federal Home Loan Bank of Cincinnati, 221 East Fourth Street 600 Atrium Two, Cincinnati Ohio 45202-4124 |

District/off: 0208-1 | User: admin | Page 9 of 297
Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

| | | |
|---|---|---|
| 4636121 | + | Federal Home Loan Bank of Pittsburgh, c/o Beverly Weiss Manne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 4682878 | | Federal Home Loan Mortgage Corporation, Mclean, VA |
| 5237762 | + | Fernwood Associates LLC, c/o Intermarket Corporation, 1370 Avenue of the Americas, New York, NY 10019-4602 |
| 5237761 | + | Fernwood Foundation Fund LLC, c/o Intermarket Corporation, 1370 Avenue of the Americas, New York, NY 10019-4602 |
| 5237763 | + | Fernwood Restructurings Limited, c/o Intermarket Corporation, 1370 Avenue of the Americas, New York, NY 10019-4602 |
| 5861749 | | Fifty-Ninth Street Investors LLC, 110 East 59th Street, 34th Floor, New York, NY 10022-1308 |
| 4628083 | + | First Commercial Bank, Co., Ltd, New York Agency, 750 3rd Avenue, 34th floor, New York, NY 10017-2714 |
| 4920631 | + | FirstBank Puerto Rico, c/o Eli R. Mattioli, Esq., K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022-7615 |
| 5740082 | | Flemington Mall, LLC, C/o Eastern States Properties, 6 Colonial Drive, Suite D, Lawrenceville, NJ 08648 |
| 5186916 | | Fondiaria-Sai S.p.A., Via Senigalia, 20161 Milan, Italy |
| 5079018 | | Forest Hills Trading Ltd., c/o Curacao International Trust Company, Kaya Flamboyan 9, PO Box 812, Netherlands, Antilles |
| 4793130 | | Francis J. Lawall, Esq., Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania 19103-2799 |
| 4845762 | | Francis J. Lawall, Esq., Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvannia 19103-2799 |
| 5071528 | + | Frank C. DellAmore, Esq., Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, New York 11530-3333 |
| 4620656 | + | Frank F. McGrinn, Bartlett Hackett Feinberg, P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| 4628054 | + | Frank Sodano, BNP Paribas, 787 7th Ave., New York, NY 10019-6083 |
| 4669631 | + | Franklin American Mortgage Company, c/o Austin L. McMullen, Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, Nashville, TN 37203-2771 |
| 4669633 | + | Franklin American Mortgage Company, c/o Roger G. Jones, Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, Nashville, TN 37203-2771 |
| 4689966 | + | Franklin Balanced Fund, c/o Mark J. Dorval, Esquire, Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4626261 | #+ | Franklin H. Top, III, James Heiser, CHAPMAN AND CUTLER LLP, 111 West Monroe Street, Chicago IL 60603-4022 |
| 4785109 | + | Franois Janson, Esq., Arthur E. Rosenberg, Esq., Holland & Knight LLP, 195 Broadway, New York, NY 10007-3100 |
| 4633901 | + | Frederick B. Polak, Esq., POST, POLAK, GOODSEL., MACNEILL & STRAUCHLER, P.A., 575 Madison Avenue, New York, New York 10022-2511 |
| 4672271 | + | Frederick Black, Tara B. Annweiler, Greer, Herz & Adams, LLP, One Moody Plaza, 18th Floor, Galveston, Texas 77550-7998 |
| 4643350 | + | Frederick D. Hyman, Esq., Amit K. Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4620780 | + | Frederick D. Hyman, Esq., Amit Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4623647 | + | Frederick D. Hyman, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4634652 | + | Frictionless Commerce, Inc., c/o Brown & Connery, LLP, Donald K. Ludman, Esquire, 6 N. Broad St., Suite 100, Woodbury, NJ 08096-4635 |
| 4822616 | + | Fryberger, Buchanan, Smith, & Frederick, P. A., Martha M. Markusen, 302 West Superior Street, Suite 700 Duluth, MN 55802-5150 |
| 5696593 | + | Fulton County Tax Commissioner, 141 Pryor St. Ste 1113, Atlanta, GA 30303-3566 |
| 4626118 | + | GE Capital Information Technology Solutions, Inc., d/b/a IKON Financial Services, c/o J. Cory Falgowski, Esq., Reed Smith, 1201 Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 4692204 | + | GE Corporate Financial Services, Inc., c/o Richard A. Levy, Esq., Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, IL 60606-6362 |
| 4713245 | + | GEORGE C. SPILSBURY, ESQ., JENNINGS, STROUSS & SALMON, P.L.C., THE COLLIER CENTER, 11TH FLOOR, 201 EAST WASHINGTON STREET, PHOENIX, AZ 85004-2428 |
| 4633877 | | GIBBONS P.C., One Gateway Center, Newark, New Jersey 07102-5310, Attn: David N. Crapo, Esq. |
| 6184056 | | GIL BENEDITO, JOAQUIN, AV FRANCISCO LA ROCHE 45 7 C, SANTA CRUZ DE TENERIFE, 38001, SPAIN, |
| 4622537 | + | GLG Partners LP and its funds, c/o Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112-0015 |
| 5738446 | + | GPC 79, LLC, c/o Guggenheim Advisors, LLC, 135 East 57th Street, New York, NY 10022-2050 |
| 4641620 | + | GREENBERG TRAURIG, LLP, 200 Park Avenue, New York, NY 10166-1400, Attn: John W. Weiss, Esq. |
| 4678323 | | GSEF Al Nawras (Cayman) Limited, c/o Nasreen Bulos, Legal Counsel,Global, Equities Dubai International Capital LLC, DIFC Building 2, 4th Floor, Sheikh Zayed Road P.O.Box 72888,Dubai,United Arab Emirates |
| 5229886 | + | GUSRAE, KAPLAN, BRUNO &, NUSBAUM PLLC, Brian D. Graifman (BG5636), Attorneys for Mark Glasser, 120 Wall Street New York, NY 10005-3904 |
| 4628098 | + | Gail Douglas, Svenska Handelsbanken, 153 E. 53rd St 37th Floor, New York, NY 10022-4646 |
| 4900038 | | Galileo Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 4635146 | | Gartner, Inc., Gartner UK Limited, and Computer Fi, c/o Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 4620778 | + | Gary D. Ticoll, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4619735 | | General Electric Capital Corporation, c/o Paul, Hastings, Janofsky & Walker LL, Attn: Harvey A. Strickon, 75 East 55th Street, New York, NY 10022-3205 |
| 4762401 | | General Helicopters International, LLC, Attn: James Heiser, c/o Chapman and Cutler LLP, 18th Floor, Chicago, IL 60603 |
| 4620777 | + | George A. Davis, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4643373 | + | George Kielman, Litigation Federal Home, Loan Mortgage Corporation, 8200 Jones Branch Drive, MS202, McLean, Virginia 22102-3107 |
| 4628068 | + | George Neofitidis, Director Financia Institutions Group, One Liberty Plaza, New York, New York 10006-1404 |
| 4620655 | + | George Rosenberg, Arapahoe County Attorney?s Office, 5334 S. Prince Street, Littleton, CO 80166-0001 |
| 5398565 | | Georgetown University, c/o Mark N. Berman, NIXON PEABODY, LLP 100, Summer Street, Boston, MA 02110 |
| 4673695 | + | Georgetown University, c/o Christopher Giaimo, Arent Fox LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036-5369 |

| | | |
|---|---|---|
| 6369341 | | Gescafondo FI/ Alberto Del Riego Orta, Serrano 88 5 Planta, Madrid, Spain 28006 |
| 4681922 | | Gesconsult S.A. SG LLC, Raimundo Perez-Hernandez, Plaza Marques De Salamancia, 28002 Madrid (Spain) |
| 5666285 | | Gibbons P.C., David N. Crapo, One Gateway Center, Newark, New Jersey 07102-5310 |
| 6516439 | | Gibbons P.C., Attn: Daniel F. Markham, Esq., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701 |
| 4633886 | + | Glenn E. Siegel, Donald M. Badaczewski, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797 |
| 5320386 | + | Glenn S. Gitomer, Esq., McCausland, Keen & Buckman, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| 5319753 | + | Glenn S. Gitomer, Esquire, McCausland, Keen & Buckman, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| 5050470 | + | Good Steward Trading SPC, c/o Loeb Arbitrage Management LLC, Attn: Alexander McMillan, Esq., 31 Broadway, New York, NY 10006-3001 |
| 5732095 | | Gordijn-Ploegmakers, JM, Berje Wolffstraat 7, Schijndel, 5482 KP, NETHERLANDS |
| 5721294 | | Goverts , H D, GASTHUISSTRAAT 6-B, UTRECHT, 3581 GE, NETHERLANDS, |
| 4625369 | | Green Tree Servicing LLC, 345 St. Peter Street, 11000 Landmark Towers, Saint Paul, MN 55102-1639 |
| 5587726 | + | Greenfield's OTP LLC, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor,, New York, N.Y. 10016-1101 |
| 7211356 | + | Greta Marie Wong, 1917 SE 171st Ave, Portland, OR 97233-4417 |
| 4652822 | + | Guy B. Moss, Esq., Alan L. Braunstein, Esq., Alexander G. Rheaume, Esq., Riemer & Braunstein LLP, Three Center Plaza Boston, Massachusetts 02108-2091 |
| 5729723 | | H.W. & P.I.A. Wieringa-Van Devener, Koningshoflei 3, Schoten 2900, Belgium |
| 5788335 | | HAFNER-STROHER, SVEN-MARTIN, Tuttlinger Str. 117, Stuttgart, GERMANY 70619 |
| 5243132 | | HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG, UNITED KINGDOM |
| 5243125 | | HARMONIC CURRENCY MASTER FUND, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG, UNITED KINGDOM |
| 5243109 | | HARMONIC DIVERSIFIED MASTER FUND, (FORMERLY THE HARMONIC FIXED INCOME MAST, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG UNITED KINGDOM |
| 5243167 | | HARMONIC GLOBAL FUND, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG, UNITED KINGDOM |
| 4682734 | + | HODGSON RUSS LLP, Attn: Garry M. Graber, Esq., Deborah J. Piazza, Esq., 60 E. 42nd Street, 37th Floor, New York, New York 10165-0006 |
| 4682762 | + | HODGSON RUSS LLP, Attn: Deborah J. Piazza, Esq., Maureen T. Bass, Esq., 60 E. 42nd Street, 37th Floor, New York, New York 10165-0006 |
| 7165550 | + | HOLWELL SHUSTER & GOLDBERG LLP, Attn: Daniel P. Goldberg, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7165809 | + | HOLWELL SHUSTER & GOLDBERG LLP, Attn: Lani A. Perlman, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7227208 | + | HOLWELL SHUSTER & GOLDBERG LLP, Attn: Timothy W. Grinsell, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7223196 | + | HOLWELL SHUSTER & GOLDBERG LLP, Attn: Benjamin F. Heidlage, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7193672 | + | HOLWELL SHUSTER & GOLDBERG LLP, Attn: Eileen M. DeLucia, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 6833548 | + | HOMER BONNER JACOBS, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131-3439 |
| 6836170 | + | HOMER BONNER JACOBS, Attention: Adam L. Schwartz, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131-3439 |
| 4667474 | + | HSBC Realty Credit Corporation(USA), 1441 Brickell Avenue, 16th Floor, Miami, FL 33131-3358 |
| 4704691 | + | HUNTON & WILLIAMS LLP, ATTN: J.R. SMITH, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219-4040 |
| 4704690 | + | HUNTON & WILLIAMS LLP, ATTN: RICHARD P. NORTON, 200 PARK AVENUE, NEW YORK, NY 10166-0091 |
| 4621302 | + | Hale Avenue Borrower, LLC, c/o Platzer, Swergold et al., 1065 Avenue of the Americas, 18th Floor, New York, NY 10018-0690 |
| 4629459 | + | Hanh V. Huynh, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 5727245 | + | Hansen Construction, Inc., c/o Duncan Barber, Bieging Shapiro & Barber LLP, 4582 So. Ulster St. Pkwy, #1650, Denver, CO 80237-2686 |
| 4756482 | + | Harold A. Olsen, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 |
| 4620647 | | Harold S. Novikoff, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 4643337 | | Harold S. Novikoff, Esq. (HN-3898), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5150438 | #+ | Harold Shamah, 125 Exeter St., Brooklyn, NY 11235-3723 |
| 4900015 | | Hartfield Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 4628097 | | Head Office: No. 36, Sec, 3, Nanking, East Rd,, Taipei, Taiwan |
| 4634025 | + | Headstrong Services, LLC, c/o Brent C. Strickland, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul Street, Baltimore, Maryland 21202-1697 |
| 4642410 | + | Health Care Service Corporation, 300 E. Randolph, Chicago, IL 60601-5099 |
| 4642357 | + | Health Care Service Corporation, 300 E. Randolph Street, Chicago, IL 60601-5099 |
| 4623887 | + | Henegan Construction Co., Inc., c/o Halperin Battaglia Raicht, LLP, 555 Madison Avenue - 9th Floor, New York, NY 10022-3423, Attn: Walter Benzija, Esq. |
| 6386783 | + | Herrick, Feinstein LLP, 2 Park Avenue, New York, NY 10016-9302 |
| 4635825 | + | Herrick, Feinstein LLP, Attn: Andrew C. Gold, Two Park Avenue, New York, New York 10016-9302 |
| 6366439 | | Hispana Dos Sicav/, Alberto Del Riego Orta, Serrano 88 5 Planta, Madrid, Spain 28006 |
| 4698763 | + | Hite Fusion Fund I, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698764 | + | Hite Fusion Fund II, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698765 | + | Hite Fusion Fund III, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698767 | + | Hite Fusion Fund IV, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698768 | + | Hite Fusion Fund V, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |

District/off: 0208-1 | User: admin | Page 11 of 297
Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

| | | |
|---|---|---|
| 4698769 | + | Hite Fusion Fund VI, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698770 | + | Hite Fusion Fund VII, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698771 | + | Hite Fusion Fund VIII, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4698760 | + | Hite Fusion Fund, LLC, Hite Capital Management LLC, 432 Park Avenue So., 12th Floor, New York, NY 10016-8013 |
| 4646776 | + | Hogan & Hartson LLP, Dena C. Kaufman (DC-9222), 875 Third Avenue, New York, NY 10022-6225 |
| 4645626 | + | Hogan & Hartson LLP, Attn: Ira S. Greene (IG-2315), 875 Third Avenue, New York, NY 10022-6225 |
| 4646775 | + | Hogan & Hartson LLP, Attn: Scott Golden (SG-6663), 875 Third Avenue, New York, NY 10022-6225 |
| 4643348 | + | Hogan & Hartson LLP., 875 Third Avenue, New York, NY 10022-6225, Attn: Ira S. Greene (IG-2315), Attn: Dena C. Kaufman (DC 9222) |
| 4635735 | + | Holme Roberts & Owen LLP, Attn: Bradford E. Dempsey, 1700 Lincoln St., Ste. 4100, Denver, CO 80203-4541 |
| 7090304 | + | Holwell Shuster & Goldberg LLP, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7037753 | + | Holwell Shuster & Goldberg LLP, Attorneys for U.S. Bank N.A., Attn: Karen A. Sebaski, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7194039 | + | Holwell Shuster & Goldberg LLP, Attn: Dorit Ungar Black, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7090305 | + | Holwell Shuster & Goldberg LLP, Attn: Dwight A. Healy, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 7161589 | + | Holwell Shuster & Goldberg LLP, Attn: Neil R. Lieberman, 750 Seventh Avenue, 26th Floor, New York, NY 10019-6977 |
| 4674459 | + | Hope Greenfield, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor, New York, New York 10016-1101 |
| 5587727 | + | Hope Greenfield and Greenfield's OTP LLC, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor, New York, N.Y. 10016-1101 |
| 4648584 | + | Howard J. Weg, Esq., David B. Shemano, Esq., Peitzman, Weg & Kempinsky LLP, 10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067-4115 |
| 4620967 | + | Howard R. Hawkins, Jr. Esq., Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4629458 | + | Howard R. Hawkins, Jr., Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4653367 | + | Howard R. Hawkins, Jr.., Esq., Jason Jurgens, Esq., Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center New York, New York 10281-1003 |
| 5320273 | + | Howard S. Beltzer, Esq., Jeffrey G. Tougas, Esq., Christine A. Walsh, Esq., Mayer Brown LLP, 1675 Broadway New York, New York 10019-5889 |
| 4626264 | + | Howard S. Beltzer, Esq., MORGAN, LEWIS & BOCKIUS LLP, 101 Park Avenue, New York, New York 10178-0060 |
| 4623583 | + | Howard Seife, Esq., CHADBOURNE & PARKE LLP, 30 Rockefeller Plaza, New York, New York 10112-0015 |
| 4628072 | | Hua Nan Commercial, Bank, Ltd, 38 Chung-King South, Road Section 1, Taipei, Taiwan |
| 4731271 | + | Humberto G. Merchand Lopez, c/o Joseph L. Fox, Esq., 60 East 42d Street, Suite 2231, New York, NY 10165-6232 |
| 4730982 | + | Humberto G. Merchand Lopez, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 4626329 | + | IKON Office Solutions, Inc., c/o J. Cory Falgowski, Esquire, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 4621708 | + | ING BANK, FSB, c/o Pepper Hamilton LLP, Attn: Deborah Kovsky-Apap, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 4641625 | + | INGRAM YUZEK GAINEN CARROLL, & BERTOLOTTI LLP;, Attorneys for 50 Broadway Realty Corp, 250 Park Avenue, New York, New York 10177-0001 Attn: Cory L. Weiss, Esq. |
| 6380769 | | INMOBILIARIA LAS GAVIOTAS S.A, LUIS RODRIGUEZ VELASCO 4717-OFC 02, Santiago, Chile |
| 4702515 | + | IVEY, BARNUM, AND O'MARA, LLC, MELISSA ZELEN NEIER, ESQ, 170 MASON STREET, GREENWICH, CT 06830-6644 |
| 4623976 | + | Ian N. Levy, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 4626460 | + | Informal Noteholder Group, Akin Gump Strauss Hauer & Feld LLP, Attn: Michael Stamer, 590 Madison Avenue, New York, NY 10022-2524 |
| 5056776 | + | Inst. Benchmarks Series (Master Feeder), LTD-acting soley In Re: Augustus Global, c/o Credit Agricole, 1301 Avenue of Americas, 38th Floor, New York, NY 10019-6022 |
| 5056778 | + | Inst. Benchmarks Series (Master Feeder), LTD-acting soley in re: Centaur Seg. Acc, c/o Credit Agricole, 1301 Avenue of Americas, 38th Floor, New York, NY 10019-6022 |
| 5056777 | + | Inst. Benchmarks Series (Master Feeder), LTD-acting soley in re:CentaurSeg. Accou, c/o Credit Agricole, 1301 Avenue of Americas, 38th Floor, New York, NY 10019-6022 |
| 5056779 | + | Inst. Benchmarks Series (Master Feeder), LTD-acting soley in respect of its, Augustus Convert. Series Seg. Account, c/o Credit Agricole Structured, 1301 Avenue of Americas, 38th Floor New York, NY 10019-6022 |
| 5056775 | + | Inst.Benchmarks Series (Master Feeder), LTD-acting soley in respect of Taks, Seg c/o Credit Argicole, 1301 Avenue of Americas, 38th Floor, New York, NY 10019-6022 |
| 4620966 | | Interactive Data Corporation, c/o Douglas B. Rosner, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 |
| 6369342 | | Intercontinental De Cartera Sicav/ Alberto Del Rie, Serrano 88 5 Planta, Madrid, Spain 28006 |
| 4635313 | + | Ipreo Holdings, LLC, 1359 Broadway, 2nd Floor, New York, New York 10018-7123 |
| 4621378 | | Ira L. Herman, Demetra L. Liggins, THOMPSON & KNIGHT LLP, 919 Third Avenue, 39th Floor, New York, New York 10022-3915 |
| 4630889 | | Ira L. Herman, Demetra L. Liggins, Thompson & Knight LLP, 919 Third Avenue, 39th Floor, New York, New York 10022-3915 |
| 4626271 | + | Ira M. Levee, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725 |
| 4626270 | + | Ira M. Levee, Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020-1104 |
| 5150428 | + | Ira Wertentiel, P.O. Box 247, Oak Creek, CO 80467-0247 |
| 4690019 | + | Irell & Manella LLP, Attorneys for Party-in-Interest, Attn: Kerri A. Lyman, Esq., 840 Newport Center Dr., Suite 400, Newport Beach, CA 92660-6396 |
| 4625484 | + | Irena M. Goldstein, Esq., Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4619981 | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Bartlett Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| 4729864 | + | Ironbridge Aspen Collection, LLC, P.O. Box 10493, Aspen, CO 81612-7329 |
| 4729866 | + | Ironbridge Homes, LLC, P.O. Box 10493, Aspen, CO 81612-7329 |

District/off: 0208-1                                            User: admin                                            Page 12 of 297
Date Rcvd: Sep 30, 2022                                  Form ID: 144                                      Total Noticed: 1386

| | | |
|---|---|---|
| 5727265 | + | Ironbridge Management LLC, c/o Duncan E. Barber, Bieging Shapiro & Barber LLP, 4582 S. Ulster St. Pkwy, #1650, Denver, CO 80237-2686 |
| 4729865 | + | Ironbridge Mountain Cottages, LLC, P.O. Box 10493, Aspen, CO 81612-7329 |
| 4980599 | + | Ironbridge Property Owners Association, c/o Connolly, Rosania & Lofstedt, P.C., 950 Spruce Street, Suite 1C, Louisville, CO 80027-1977 |
| 5150437 | | Isaac Shamah, 219 N. Broadway, Nyack, NY 10960-1618 |
| 4845765 | | Iskender H. Catto, Esq., Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611 |
| 4621835 | + | Israel Dahan, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4622198 | + | J. Douglas Bacon, Latham & Watkins LLP, 233 South Wacker Dr. Ste. 5800, Chicago, IL 60606, douglas.bacon@lw.com 60606-6362 |
| 4622136 | + | J. Fred Berg, Jr., Esq., Russin, Vecchi, Berg & Bernstein LLP, 380 Lexington Avenue, Suite 1518, New York, NY 10168-1599 |
| 5164838 | + | J. Robert Stoll, Andrew Shaffer, Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4703919 | + | J.R. SMITH, HUNTON & WILLIAMS LLP, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219-4074 |
| 4643358 | + | J.R. Smith, HUNTON & WILLIAMS LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219-4074 |
| 4710334 | + | JAMES A. HIGGINS, 124 EAST FOURTH STREET, OLD CITY HALL, TURSA, OK 74103-5027 |
| 4691662 | + | JAMES N. LAWLOR, ESQ., WOLLMUTH MAHER & DEUTSCH LLP, 500 FIFTH AVENUE, NEW YORK, NY 10110-1292 |
| 4691661 | + | JAMES N. LAWLOR, ESQ., WOLLMUTH MAHER & DEUTSCH LLP, ONE GATEWAY CENTER, NINTH FLOOR, NEWARK, NJ 07102-5310 |
| 4722658 | + | JAMES P. FINERTY, PFEIFER & REYNOLDS, LLP, 765 THE CITY DRIVE SOUTH, SUITE 380, ORANGE, CA 92868-6917 |
| 4740148 | | JEFFREY J. MCMAHAN, ESQ., DINSE, KNAPP & MCANDREW, P.C., 209 BATTERY STREET, PO BOX 988, BURLINGTON, VT 05402-0988 |
| 5776419 | | JF Pring, Oosatweg 2, Horssen, 6631 KT, NEtherlands |
| 4987128 | + | JMG Capital Partners, LP, Attn: c/o JMG Capital Management, LLC, 11601 Wilshire Boulevard, Suite 2180, Los Angeles, CA 90025-1757 |
| 4987129 | + | JMG Triton Offshore Fund Limited, Attn: c/o Pacific Assets Management, LLC, 11601 Wilshire Boulevard, Suite 2180, Los Angeles, CA 90025-1757 |
| 4900013 | + | JMG Triton Offshore Fund Limited, c/o Pacific Assets Management, LLC, 11601 Wilshire Boulevard, Suite 2180, Los Angeles, CA 90025-1757 |
| 4649956 | + | JOAN S. HUH (Calf. State Bar No. 225724), FELDERSTEIN FITZGERALD, WILLOUGHBY & PASCUZZI LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434 |
| 4705416 | + | JOHN H. MADDOCK III, JOSEPH S. SHEERIN, MCGUIREWOODS LLP, ONE JAMES CENTER, 901 EAST CAREY STREET RICHMOND, VA 23219-4063 |
| 7519398 | + | JOHNSTON THOMAS, Attorneys at Law, PC, Attorneys for Commerce Home, Mortgage, LLC, 1400 N. Dutton Avenue, Suite 21, Santa Rosa, CA 95401-4643 |
| 4733410 | + | JOSEPH L. FOX, ESQ., ATTORNEY FOR HUMBERTO G. MERCHAND LOPEZ, 60 EAST 42ND STREET, SUITE 2231, NEW YORK, NY 10165-6232 |
| 5321597 | + | JQS Investment Advisors S.A., c/o Phillips Nizer LLP, Attention: Peter Harutunian, 666 Fifth Avenue, New York, NY 10103-0001 |
| 4733407 | + | JULIE M. WILLIAMSON, BIEGING SHAPIRO & BURRUS LLP, 4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650, DENVER, COLORADO 80237-2686 |
| 5698815 | | Jabbour, Lamita, Villa Jabbour, Tallet Srour, Zone Rouge N 78, Naccache, Lebanon |
| 4966079 | + | Jack A. Raisner, Esq., Outten & Golden LLP, 3 Park Ave., 29th Fl, New York, NY 10016-5902 |
| 5072758 | + | Jack A. Raisner, Esq., Ren S. Roupinian , Esq., Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, NY 10016-5902 |
| 5274814 | + | Jacqueline W. Edelman, P.O. Box 4914, Incline Village, NV 89450-4914 |
| 5265934 | + | James A. Timko, SHUTTS & BOWEN LLP, 300 South Orange Ave. Suite 1000, Orlando, Fl. 32801-5403 |
| 4633891 | + | James C. Tecce, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES,LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4623965 | + | James E. Bird, Polsinelli Shalton Flanigan Suelthaus PC, 700 W. 47th Street, Suite 1000, Kansas City, Missouri 64112-1805 |
| 4626260 | #+ | James E. Spiotto, CHAPMAN AND CUTLER LLP, 111 West Monroe Street, Chicago IL 60603-4022 |
| 4620968 | | James F. Wallack, Esq. (JW-4078), Douglas B. Rosner, Esq. (DR-5690), Gregory O. Kaden, Esq. (GK-9610), GOULSTON & STORRS, P.C., 400 Atlantic Avenue Boston, MA 02110-3333 |
| 4626263 | #+ | James Heiser, CHAPMAN AND CUTLER LLP, 111 West Monroe Street, Chicago IL 60603-4022 |
| 4628142 | + | James I. McClammy (JM-5592), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 5319754 | + | James J. Tancredi, Esq., Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103-1212 |
| 4955668 | + | James Joyce, Esq., Dressler & Peters, LLC, 111 W. Washington Street, Suite 1900, Chicago, IL 60602-2703 |
| 4652825 | + | James L. Bromley, Esq., Sean A. O'Neal, Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| 4847288 | + | James M. Ringer, MEISTER SEELIG & FEIN LLP, 2 Grand Central Tower, 19th Floor, 140 East 45th Street, New York, NY 10017-3144 |
| 4621202 | + | Janet M. Weiss, Esq., Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-4799 |
| 4628084 | | Jason C. Lee, Deputy General Manager, First Commercial Bank Co.,, Ltd, New York Agency, 34th floor, 750, 3rd Avenue, New York, NY 10017 |
| 4652080 | | Jason Siner, 3508 Palais Terrace, Lake Worth, FL 33449-8063 |
| 4643359 | + | Jason W. Harbour, HUNTON & WILLIAMS LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219-4074 |
| 4680367 | + | Jay B. Solomon, Attorney for Creditor, Hope Greenfield, 275 Madison Avenue, 11th Floor, New York, NY 10016-1101 |
| 4717629 | + | Jay Hurst, Assistant Attorney General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 4677448 | + | Jay Teitelbaum, 3 Barker Avenue, 3rd Floor, White Plains, New York 10601-1509 |
| 4687702 | | Jayna Partain Lamar, MAYNARD COOPER & GALE, PC, 1901 Sixth Avenue North, 2400 Regions/Harbert Plaza, Birmingham, Alabama 35203 |
| 4962309 | + | Jeanes Hospital, c/o James Wellons, Senior Counsel, Temple University Health Systems, Inc., 2450 W. Hunting Park Ave., Philadelphia, PA 19129-1398 |

District/off: 0208-1                                    User: admin                                    Page 13 of 297
Date Rcvd: Sep 30, 2022                          Form ID: 144                                    Total Noticed: 1386

| | | |
|---|---|---|
| 4689418 | + | Jeff Wittig, Continental Airlines, Inc., 1600 Smith, Dept. HQ56G, Houston, TX 77002-7362 |
| 4684583 | + | Jeffrey A. Rosenthal, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| 4677345 | + | Jeffrey A. Rosenthal, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 6180073 | #+ | Jeffrey G. Close (pro hac vice pending), Jeremy D. Schreiber (pro hac vice pendin, CHAPMAN AND CUTLER LLP, 111 West Monroe Street, Chicago IL 60603-4022 |
| 4643349 | + | Jeffrey G. Tougas, Esq., Amit K. Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4623648 | + | Jeffrey G. Tougas, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4635824 | + | Jeffrey Kurtzman, Esq., KLEHR, HARRISON, HARVEY,, BRANZBURG & ELLERS, LLP, 260 S. Broad Street, Philadelphia, PA 19102-5012 |
| 4640703 | + | Jeffrey L. Schwartz, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Fl., New York, NY 10022-5717 |
| 4641603 | + | Jeffrey L. Schwartz, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Floor, New York, New York 10022-5717 |
| 4852703 | + | Jeffrey S. Sabin, 399 Park Avenue, New York, New York 10022-4614 |
| 6081238 | | Jeffrey T. Scott, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, New York 10004-2498 |
| 4964881 | + | Jeffrey Vanderbeek, c/o Wasserman, Jurista & Stolz, 225 Millburn Ave., P.O. Box 1029, Millburn, NJ 07041-1029 |
| 5075102 | + | Jenner & Block LLP, 353 N. Clark St., Chicago, IL 60654-5474 |
| 4672382 | + | Jenner's Pond Inc, 2000 Greenbriar Lane, West Grove, PA 19390-9485 |
| 4658642 | | Jeremy D. Eiden, Esq., Office of the Minnesota, Attorney General, 445 Minnesota Street, Suite 900, St. Paul, Minnesota 55101-2127 |
| 4644075 | + | Joanne K. Lipson, WSBA #13204, J. Todd Tracy, WSBA #17342, CROCKER KUNO PLLC, 720 Olive Way, Suite 1000, Seattle, WA 98101-1881 |
| 4641612 | + | John A. Kehoe, Esq., Benjamin J. Hinerfeld, Esq., Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087-5181 |
| 6413717 | + | John Bateman, CPMG, Inc., 2000 McKinney Ave., Suite 2125, Dallas, TX 75201-2169 |
| 6043130 | + | John C. Weitnauer, Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424 |
| 4642231 | + | John D. Lovi, Esq., Lara E. Romansic, Esq., Steptoe & Johnson LLP, 750 Seventh Avenue, New York, NY 10019-6834 |
| 4672266 | + | John E. Jureller, Jr., Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, NY 10017-6314 |
| 4689417 | #+ | John E. West, Steven M. Abramowitz, Vinson & Elkins L.L.P., 1001 Fannin Street, Suite 2500, Houston, TX 77002-6710 |
| 4627991 | + | John F. Carberry, Esq., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901-2704 |
| 4777923 | + | John H. Genovese, Esq., GENOVESE, JOBLOVE & BATTISTA, P.A., Bank of America Tower at, International Place, 100 S.E. 2nd Street, Suite 4400 Miami, Florida 33131-2118 |
| 4793132 | | John H. Schanne II, Esq., Pepper Hamilton LLP, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709 |
| 4845764 | | John H. Schanne II, Esq., Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709 Wilmington, DE 19899-1709 |
| 4667642 | + | John J. Monaghan, Esq., HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| 4620776 | + | John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4777452 | + | John L. Scott, Esq., David M. Grimes, Esq., Rizwan A. Qureshi, Esq., REED SMITH LLP, 599 Lexington Avenue New York, NY 10022-7684 |
| 4775840 | + | John L. Scott, Esq., REED SMITH LLP, 599 Lexington Avenue, New York, NY 10022, jlscott@reedsmith.com 10022-7684 |
| 6977965 | + | John L. Scott, Inc., c/o David L. Tillem, Wilson Elser, 1133 Westchester Ave, White Plains, NY 10604-3516 |
| 4684288 | | John P. Melko, Gardere Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002-5011 |
| 4641610 | + | John P. Sean Coffey, Esq., Bernstein Litowitz Berger, & Grossmann LLP, 1285 Avenue of the Americas, New York, New York 10019-6031 |
| 4645624 | + | John R. Ashmead, Esq., Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004-1485 |
| 4677099 | + | John R. Merva, Esq., Associate Counsel and VP, Fulton Ban, One Penn Center, PO Box 4887 Lancaster, P A 17604-4887 |
| 4643584 | + | John S. Mairo, Esq., Terri Jane Freedman, Esq., PORZIO, BROMBERG & NEWMAN, P.C., (Delivery to) 156 West 56th Street, New York, NY 10019-3800 |
| 4643583 | + | John S. Mairo, Esq., Terri Jane Freedman, Esq., PORZIO, BROMBERG & NEWMAN, P.C., (Delivery to) 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 4643582 | | John S. Mairo, Esq., Terri Jane Freedman, Esq., PORZIO, BROMBERG & NEWMAN, P.C., (Mail to) P.O. Box 1997, Morristown, NJ 07962-1997 |
| 4648712 | + | John Sosnowski, The Seaport Group LLC, 360 Madison Avenue, 22nd Floor, New York, NY 10017-7121 |
| 5072798 | + | Joli A. Lofstedt, Colo. Bar #21946, Connolly Rosania & Lofstedt, P.C., 950 Spruce Street, Suite 1C, Louisville, CO 80027-1977 |
| 6004750 | + | Jonathan D. Schiller, 575 Lexington Avenue, 7th Floor, New York, NY 10022-6138 |
| 6659668 | + | Jonathan Hoffman, c/o Thomas M. Mullaney, 489 Fifth Avenue, New York, NY 10017-6109 |
| 4847236 | + | Jonathan L. Flaxer, Esq., Golenbock Eiseman Assor, Bell & Peskoe LLP, 437 Madison Avenue, New York, NY 10022-7001 |
| 6004751 | + | Jonathan Sherman, 5301 Wisconsin Ave. NW, Suite 800, Washington, D.C. 20015-2000 |
| 4621931 | + | Joseph E. Shickich, Jr., Riddell Williams P.S., 1001 4th Ave, Ste 4500, Seattle, WA 98154-1065 |
| 5071776 | + | Joseph Horgan, PHOENIX AMERICAN FINANCIAL SERVICES, INC, 2401 Kerner Boulevard, San Rafael, CA 94901-5569 |
| 4640704 | + | Joseph Orbach, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Fl., New York, NY 10022-5717 |
| 4641604 | + | Joseph Orbach, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Floor, New York, New York 10022-5717 |
| 4640707 | + | Joseph Scordato, Esq., Dresdner Bank, A.G., 1301 Ave. of the Americas, New York, NY 10019-6022 |
| 4620649 | | Joshua A. Feltman, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 4643335 | | Joshua A. Feltman, Esq. (JF-9486), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 4656428 | + | Joshua D. Morse, HENNINGAN, BENNETT & DORMAN LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017-2576 |
| 4852704 | + | Joshua Dorchak, 399 Park Avenue, New York, New York 10022-4614 |
| 6081239 | | Joshua Fritsch, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, New York 10004-2498 |

| | | |
|---|---|---|
| 5319755 | + | Joshua W. Cohen, Esq., Day Pitney LLP, One Audubon Street, New Haven, CT 06511-6432 |
| 5274800 | + | Joyce L. Rehorst, 2123 Fox Creek Road, Berwyn, PA 19312-2117 |
| 5930620 | + | Juda J. Epstein, Esq. ct 08704, 3543 Main Street, Second Floor, Bridgeport, CT 06606-3626 |
| 5746935 | + | Judson, c/o Starr & Starr, PLLC, 260 Madison Ave., 17th Fl., New York, NY 10016-2410 |
| 4676924 | + | Judy Hamilton Morse, CROWE & DUNLEVY, P.C., 20 North Broadway, Suite 1800, Oklahoma City, OK 73102-9213 |
| 4635227 | + | Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 5320382 | + | Julie M. Murphy, Esq., Stradley Ronon Stevens & Young LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 5703195 | + | Julien & Schlesinger, P.C., Michael S. Schlesiger, One Whitehall Street, 17th Floor, New York, NY 10004-2147 |
| 5703237 | + | Julien & Schlesinger, P.C., Michelle L. Pomerantz, One Whitehall Street, 17th Floor, New York, NY 10004-2147 |
| 5703214 | + | Julien & Schlesinger, P.C., One Whitehall Street, 17th Floor, New York, NY 10004-2147 |
| 5829114 | + | Justin A. Kuehn (JK 5853), BRAGAR WEXLER EAGEL & SQUIRE, P.C., 885 Third Avenue Suite 3040, New York, NY 10022-4834 |
| 6929582 | + | K&L GATES LLP, Attorneys for iFreedom Direct Corp., (f/k/a New Freedom Mortgage Corporation), Attn: Lani A. Adler, 599 Lexington Avenue New York, NY 10022-6030 |
| 6929583 | + | K&L GATES LLP, Attorneys for iFreedom Direct Corp., (f/k/a New Freedom Mortgage Corporation), Attn: Robert T. Honeywell, 599 Lexington Avenue New York, NY 10022-6030 |
| 4628062 | + | KBC Bank, 125 W. 55th St., New York, NY 10019-5369 |
| 7062275 | + | KEVIN KERVENG TUNG, P.C., Attorneys for Family Mortgage, Inc., 136-20 38th Avenue, Suite 3D, Flushing, New York 11354-4232 |
| 4719518 | + | KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP, 1111 BRICKELL AVENUE, SUITE 2500, MIAMI, FL 33131-3155 |
| 6370625 | + | KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022-4643 |
| 5164976 | + | KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022, Attn: James H. M. Sprayregen, James.Sprayregen@kirkland.com 10022-4643 |
| 4676962 | + | KLEIN & SOLOMON, LLP, Jay B. Solomon (JBS-3855), Attorneys for Creditor, HOPE GREENFIELD, 275 Madison Avenue, 11th Floor New York, New York 10016-1101 |
| 5792278 | | KODDE, M.W., ANTOON DER KINDERENLAAN 6, 'S-HERTOGENBOSCH, 5212 AA, NETHERLANDS, |
| 4626662 | + | Karen E. Wagner (KW-3451), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4676929 | + | Karen E. Wagner (KW-3451), James I. McClammy (JM-5592), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4621961 | + | Katharine L. Mayer, Esq., McCarter & English, LLP, Renaissance Centre, 405 North King Street, Wilmington, DE 19801-3715 |
| 4643580 | + | Katsky Korins LLP, 605 Third Avenue, 16th Floor, New York, New York 10158, ( 10158-1699, Attn: Steven H. Newman, Esq. |
| 4622196 | + | Keith A. Simon, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, keith.simon@lw.com 10022-4874 |
| 5166591 | | Keith C. Owens, FOLEY & LARDNER LLP, 555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411 |
| 4635037 | + | Kenneth A. Reynolds, Esq., McBreen & Kopko, 500 North Broadway, Suite 129, Jericho, New York 11753-2128 |
| 4685787 | + | Kenneth J. Kelly, Esq., EPSTEIN BECKER & GREEN, P.C., 250 Park Avenue, New York, New York 10177-0001 |
| 4626274 | + | Kevin M. Lippman, Munsch Hardt Kopf & Harr, P.C., 3800 Lincoln Plaza, 500 North Akard Street, Dallas, TX 75201-3302 |
| 4625407 | | Kevin M. Lippman, Munsch Hardt Kopf & Harr, P.C., 500 N. Akard Street, Suite 3800, Dallas, TX 75201-6659 |
| 6665246 | + | KfW, (a.k.a.Kreditanstalt fur Wiederaufbau), c/o Austin D. Kim, MEISTER SEELIG & FEIN LLP, 125 Park Avenue, 7th Floor New York, New York 10017-5627 |
| 6680800 | | Kiwoom Asset Management Co., Ltd., 18, yeouinaru-ro4-gil, Yeongdeungpo-gu, Seoul, Korea 150-886 |
| 5838991 | + | Klestadt & Winters, LLP, Carrie V. Hardman, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314 |
| 5776418 | | Knechtle, Arnold, Deutenberg 57 B, Worb, 3076, Switzerland |
| 5133750 | | Knightsbridge Guarding Ltd, 4th Floor 28 Throgmorton St, London EC2N 2AN, United Kingdom |
| 4641629 | | Korea Investment & Securities Co., LTD., 27-1, Yoido-dong, Youngdungpo-gu, Seoul, 150-745, Korea |
| 5071856 | + | Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Thomas Moers Mayer, Esq., Daniel M. Eggermann, Esq. 10036-2714 |
| 5058825 | | Kraus Partner Investment Sol., AG in its Capacity a Manager, to the Altea SICAV-FIS and, Acting for Altea SICAV-FIS-Global One, Limmatquai 122 CH-8001 Zurich,SWITZERLAND |
| 4641617 | + | Kristin K. Going, Esq., DRINKER BIDDLE & REATH LLP, 1500 K. St., NW - Suite 1100, Washington, DC 20005-1207 |
| 4684708 | + | Kurt A. Mayr, Bracewell & Giuliani LLP, Goodwin Square, 225 Asylum Street, Suite 2600 Hartford, Connecticut 06103-1534 |
| 4626667 | + | Kurt F. Gwynne, Esq., J. Cory Falgowski, Esq., REED SMITH LLP, 1201 N. Market Street, Suite 1500 Wilmington, DE 19801-1163 |
| 4626257 | + | Kurt F. Gwynne, Esquire, J. Cory Falgowski, Esquire, REED SMITH LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 7419276 | + | LANI ADLER PARTNERS LLC, Attorneys for Hometrust Mortgage Co., 275 West 96th Street, Suite 15G, New York, NY 10025-0206 |
| 4705022 | | LATHAM & WATKIKNS LLP, ATTN: ADAM J. GOLDBERG, SEARS TOWER, SUITE 5800, CHICAGO, IL 60606 |
| 4705023 | | LATHAM & WATKIKNS LLP, ATTN: AMY A. HIJJAWI, SEARS TOWER, SUITE 5800, CHICAGO, IL 60606 |
| 4705021 | | LATHAM & WATKIKNS LLP, ATTN: DOUGLAS BACON, SEARS TOWER, SUITE 5800, CHICAGO, IL 60606 |
| 4630894 | + | LAW OFFICES OF GABRIEL DEL VIRGINIA, 641 Lexington Avenue-21st Floor,, New York, New York 10022. 10022-4573, Attn.: Gabriel Del Virginia, Esq. |
| 4699243 | + | LAW OFFICES OF NEIL MOLDOVAN, P.C., ATTN: ELLEN ZWEIG, ONE OLD COUNTRY ROAD, SUITE 270, CARLE PLACE, NY 11514-1855 |
| 4710337 | + | LAWRENCE J. LEDERER, ESQ., BERGER & MONTAGUE P.C., 1622 LOCUST STREET, PHILADELPHIA, PA 19103-6365 |
| 5320980 | | LEHMAN BROTHERS (LUXEMBOURG), EQUITY FINANCE S.A., C/O JACQUES DELVAUX & LAURENT FISCH., 2, RUE DE LA CHAPELLE, LUXEMBOURG, L-1325 LUXEMBOURG |
| 4677034 | + | LEVI LUBARSKY & FEIGENBAUM LLP, Walter E. Swearingen, 1185 Avenue of the Americas, 17th Floor, New York, New York 10036-2601 |
| 4722659 | + | LIBBY WONG, PFEIFER & REYNOLDS, LLP, 765 THE CITY DRIVE SOUTH, SUITE 380, ORANGE, CA 92868-6917 |
| 4626269 | + | LINEBARGER GOGGAN, BLAIR & SAMPSON, LLP, 1949 South I.H. 35 (78741), P.O. Box 17428, Austin, Texas 78760-7428 |

| | | |
|---|---|---|
| 5273635 | | LONDON DIVERSIFIED FUND LIMITED, 10 GROSVENOR STREET, LONDON, UK, W1K 4QB |
| 4733409 | | LOUIS A. SCARCELLA, FARREL FRITZ, P.C., 1320 REXCORP PLAZA, UNIONDALE, NY 11556-1320 |
| 4672273 | + | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725 |
| 4629252 | + | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725, Attn: Eric H. Horn |
| 4672272 | + | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725, Attn: Jeffrey Prol, Esq. |
| 4629239 | + | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725, Attn: Kenneth A. Rosen, Esq. |
| 4629251 | + | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725, Attn: Vincent A. D'Agostino, Esq. |
| 5255826 | | LYXOR ASSET MANAGEMENT S.A., AS SUB-MANAGER OF THE LYXOR/JULIUS BAER, FUND LIMITED, ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE, PARIS - LA DEFENSE CEDEX, 92987 FRANCE |
| 5335853 | | LYXOR ASSET MANAGEMENT S.A., AS SUB-MANaGER LYXOR/HARMONIC CURRENCY, ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE, PARIS-LA DEFENSE CEDEX, 92987 FRANCE |
| 5317245 | | LYXOR ASSET MANAGEMENT S.A., SUB-MANAGER LYXOR/JANDAKOT FUND LTD, ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE, PARIS - LA DEFENSE CEDEX, 92987 FRANCE |
| 5731000 | | La Serenissima Ltd, 4209 Tower One, Lippo Centre, 89 Queensway Admiralty, Hong Kong |
| 6740579 | + | LaMONICA HERBST & MANISCALCO, LLP, Attorneys for The Locator, Services Group Ltd., Attn: Holly R. Holecek, Esq., 3305 Jerusalem Avenue Wantagh, New York 11793-2028 |
| 4900042 | | Laplace Fund Equities Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU, United Kingdom |
| 6180074 | | Laura Appleby (LA 4879), CHAPMAN AND CUTLER LLP, 1270 Avenue of the Americas, 30th Floor, New York, New York 10020-1708 |
| 4960321 | + | Laurel Cove Development, c/o Stagg Terenzi Confusione & Wabnik, L, 401 Franklin Avenue, Garden City, New York 11530-5942 |
| 6606932 | + | Law Debenture Trust Company of New York, solely in, c/o Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004, USACounty: NEW YORK-NY 10004-1405 |
| 6425358 | + | Law Office of A. James Boyajian, 355 S. Grand Ave. Ste. 2450, Los Angeles, California 90071-9500 |
| 6064336 | + | Law Offices of Lisa M. Solomon, 305 Madison Avenue, Suite 4700, New York, New York 10165-0043, Attn: Lisa M. Solomon, Esq. |
| 6431455 | + | Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Suite 4700, New York, New York 10165-0043, Attn: Lisa M. Solomon, Esq. |
| 6380593 | | Law Offices of Lisa M. Solomon, 305 Madison Avenue, Suite 4700, One Grand Central Place, New York, New York 10165, Attn: Lisa M. Solomon, Esq. |
| 4698759 | + | Law Offices of Neil Moldovan, P,C, Ellen Zweig, One Old Country Road, Suite 270, Carle Place, New York 11514, ( 11514-1855 |
| 4700910 | + | Law Offices of Neil Moldovan, P.C., One Old Country Road, Suite 270, Carle Place, New York 11514-1855, Attn: Ellen Zweig |
| 6835745 | + | Law Offices of Robert M. Yaspan, Attorneys for American Dream Realty Inc., 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367-7593 |
| 4756483 | | Lawrence J. Kotler, Esquire, Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086 |
| 4682735 | + | Lawrence M. Handelsman, Esq., Denise K. Wildes, Esq., Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 |
| 4624039 | + | Lee D. Powar, Esq., Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| 5730999 | | Lee Kwok Wing Laurie, Flat B, 11/F, Fook Wan Mansion, 79 Fuk Wa Street, Hong Kong |
| 4658644 | + | Legal Department, QVT Financial LP, 1177 Avenue of the Americas, 9th Floor, New York NY 10036-2714 |
| 6431999 | + | Leslie Steppel Weisbrod (2), Nixon Peabody LLP - Adam, Gilbert Esq., 437 Madison Ave 18th Floor, New York, NY 10022-7035 |
| 6115922 | + | Leslie Steppel Weisbrod Trust, DTD 6/27/1990, 369 Whippoorwill Road, Chappaqua, NY 10514-2312 |
| 4624135 | + | Lewtan Technologies, Inc., 300 Fifth Avenue, Waltham, MA 02451-8778 |
| 5164043 | + | Libyan Arab Foreign, c/o Keith C. Owens, Foley & Lardner LLP, 555 S. Flower Street, 35th Floor, Los Angeles, CA 90071-2300 |
| 5795493 | | Liley Tran, 18 Wyatt Avenue, Burwood, AUSTRALIA NSW 2134 |
| 4622137 | + | Linda Boyle, Time Warner Telecom, Inc., 10475 Park Meadows Drive, #400, Littleton, CO 80124-5454 |
| 4845774 | | Litton Loan Servicing, LP, P. O. Box 829009, Dallas, Texas 75382-9009 |
| 4793102 | + | Litton Loan Servicing, LP., PO BOX 829009, Dallas, TX 75382-9009 |
| 4628071 | + | Lloyds Bank, 1251 Avenue of the, Americas, 39th Fl.,, P.O. Box 4873, New York, NY 10163-4873 |
| 6664874 | + | Lloyds TSB Bank plc, c/o Hogan Lovells US LLP, 875 Third Avenue, New York,NY 10022-6225 |
| 5423257 | | Lloyds TSB Bank plc (Geneva Branch),, On behalf of Capital Growth SA, 2-4 Rue de Hollande, 1204 Geneva, Switzerland |
| 5403127 | + | Longacre Institutional Opportunity Fund, LP., 810 Seventh Avenue, Floor 33, New York, NY 10019-5869, Attn: Vladimir Jelisavcic |
| 5053639 | + | Longacre Master Fund II, L.P., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869, Attn: Vladimir Jelisavcic |
| 6158373 | + | Longshore CDO Funding 2007-3, LTD, c/o Nixon Peabody LLP, Attn: Chris Desiderio, 437 Madison Avenue, New York, NY 10022-7039 |
| 4758916 | | Louis A. Scarcella, Farrell Fritz, P.C., 1320 RexCorp Plaza, Uniondale, New York 11556-1320 |
| 5617226 | + | Louisiana Sheriff's Pension and Relief Fund, c/o Richard W. Martinez, Richard W. Martinez, APLC, 228 St. Charles Ave., Suite 1310, New Orleans, LA 70130-2932 |
| 4621893 | + | Luc A. Despins, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 6134095 | | Lui Lai Ling Anita, Rom 1301 Tai Sang Bank Building, 130-132 Des Voeux Road, Central, Hong Kong |
| 4626258 | + | Luma Al-Shibib, Reed Smith LLP, 599 Lexington Avenue, 30th Floor, New York, New York 10022-6033 |
| 4629549 | + | M. Arthur Gensler Jr. & Associates Inc., Gensler-Architecture, Design & Planning, c/o Bradford E. Dempsey, Holme Roberts & Owen LLP, 1700 Lincoln Street, Suite 4100 Denver, CO 80203-4541 |
| 4710342 | + | MADLYN GLEICH PRIMOFF, ESQ., LAUREN ATTARD, ESQ., KAYE SCHOLER LLP, 425 PARK AVENUE, NEW YORK, NY 10022-3506 |
| 4710341 | + | MARK V. BOSSI, ONE US BANK PLAZA, ST. LOUIS, MISSOURI 63101-1612 |
| 5320384 | + | MARTIN S. SIEGEL, BROWN RUDNICK LLP, Seven Times Square, New York, NY 10036-6548 |
| 6173885 | | MERIVAN TRADE LTR, DEXIE DANQUE INTERNATIONALE A LUXEMBOURG, SOCIETE ANONYME, 69, ROUTE D'ESCH, |

LUXEMBOURG, L-2953,LUXEMBOURG

| | | |
|---|---|---|
| 4710336 | + | MERRILL G. DAVIDOFF, ESQ., BERGER & MONTAGUE P.C., 1622 LOCUST STREET, PHILADELPHIA, PA 19103-6365 |
| 4758921 | + | MEYER, SUOZZI, ENGLISH & KLEIN, P.C., Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103-2168 |
| 4721857 | | MICHAEL D. GORDON, BRIGGS AND MORGAN, P.A., 2200 SOUTH 8TH STREET, MINNEAPOLIS, MN 55402 |
| 4691660 | + | MICHAEL J. CORDONE, ESQ., PAUL A. PATTERSON, ESQ., MARK J. DORVAL, ESQ., STRADLEY RONON STEVENS & YOUNG, LLP, 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103-7018 |
| 4722657 | + | MICHAEL R. PFEIFER, PFEIFER & REYNOLDS, LLP, 765 THE CITY DRIVE SOUTH, SUITE 380, ORANGE, CA 92868-6917 |
| 6339854 | + | MORGAN, LEWIS & BOCKIUS LLP, Attorneys for U.S. Bank N.A., 101 Park Avenue, New York, New York 10178-0060 |
| 6339855 | + | MORGAN, LEWIS & BOCKIUS LLP, Attorneys for U.S. Bank N.A., 1701 Market St., Philadelphia, PA 19103-2903 |
| 4676932 | + | MORITT HOCK HAMROFF, HOROWITZ LLP, Leslie A. Berkoff, 400 Garden City Plaza, Garden City, New York 11530-3336 |
| 4674121 | + | MORITT HOCK HAMROFF & HOROWITZ LLP, 400 Garden City Plaza, Garden City, NY 11530-3327, Attn: Leslie Ann Berkoff |
| 4635230 | + | MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104-4199 |
| 4637021 | + | MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104-4199, Attn: Brett H. Miller, Esq. |
| 4629477 | + | MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104-4199, Attn: John A. Pinatarelli, Esq. |
| 4635819 | + | MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Karen Ostad, Esq., Todd M. Goren, Esq. 10104-0101 |
| 4629232 | | MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Jordan A. Wishnew, Esq. |
| 4624064 | + | Mack-Cali Realty LP, c/o Wolff & Samson PC, One Boland Drive, West Orange, NJ 07052-3686 |
| 6064008 | | Madelyn Antoncic, 3413 Dent Place, NW, Washington, D.C. 20007-2715 |
| 4676934 | + | Madlyn Gleich Primoff, Esq., Lauren Attard, Esq., Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022-3506 |
| 4623966 | + | Madlyn Gleich Primoff, Esq., Scott D. Talmadge, Esq., Lauren Attard, Esq., KAYE SCHOLER LLP, 425 Park Avenue New York, New York 10022-3506 |
| 4643347 | + | Madyln Gleich Primoff, Esq., Scott D. Talmadge, Esq., Lauren Attard, Esq., KAYE SCHOLER LLP, 425 Park Avenue New York, New York 10022-3506 |
| 4758421 | + | Magnetar Capital LLC, 623 Fifth Avenue, 26th Floor, New York, NY 10022-6939 |
| 4900018 | | Majestic Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 5562715 | + | Makola 2005, S.L., c/o Sheppard Mullin Richter &Hampton LLP, Attn: Edward T. Tillinghast, III, 30 Rockefeller Plaza, New York, NY 10112-0079 |
| 4675616 | + | Malani Cademartori, Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza, 24th Floor, New York, New York 10112-0086 |
| 4675619 | + | Malani J. Cademartori, SHEPPARD MULLIN RICHTER & HAMPTON LLP?, 30 Rockefeller Plaza, 24th Floor?, New York, New York 10112-0079 |
| 4677127 | + | Malani J. Cademartori, Esq., Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza, 24th Floor, New York, New York 10112-0086 |
| 5730998 | | Manfred Wechsberg, Leonding, A-4060, Im Blumengrund 9, Austria |
| 4623984 | + | Marc Chait, Standard Chartered Bank, 1 Madison Avenue, 3rd Floor, New York, N.Y. 10010-3663 |
| 4638735 | + | Margolis Edelstein, 750 Shipyard Drive, Suite 102, Wilmington, Delaware 19801-5161 |
| 4639619 | + | Margot B. Schonholtz, Ana M. Alfonso, KAYE SCHOLER LLP, 425 Park Avenue, New York, New York 10022-3506 |
| 6128539 | + | Mark A. Speiser, Claude G.Szyfer, Sherry J. Millman, STROOCK & STROOCK & LAVAN LLP, 180 Maiden Lane New York, New York 10038-4982 |
| 4621838 | + | Mark A. Speiser, Sherry J. Millman, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 |
| 4626663 | + | Mark C. Ellenberg, Esq., CADWALADER, WICKERSHAM &, TAFT LLP, 1201 F Street N.W., Suite 1100, Washington, DC 20004-1218 |
| 6174125 | + | Mark C. Ellenberg, Esq., Pro Hac Vice, Cadwalader, Wickersham & Taft LLP, 700 Sixth Street, N.W., Washington, DC 20001-3980 |
| 4648156 | + | Mark J. Dorval, Esquire, Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 5336833 | + | Mark Mazzatta & Michele McHugh-Mazzatta, c/o Bragar Wexler Eagel & Squire, 885 Third Ave., Suite 3040, New York, New York 10022, ph: (212) 308-5858 fax 10022-4218 |
| 4682896 | | Mark S. Landman, Landman Corsi Ballaine, & Ford, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 6449073 | + | Mark T. Power, Esq. Jeffrey Zawadzki, Esq., HAHN & HESSEN LLP, 488 Madison Avenue, 15th Floor, New York, New York 10022-5717 |
| 5740074 | | Mark VanVoorden, 61 Yorkville Avenue, Suite 815, Toronto, ON M5R-1B7 |
| 4847522 | | Mark W. Warren, Esq., Manufacturers and Trader, Trust Company, One M&T Plaza, 12th Floor, Buffalo, New York 14203 |
| 4625972 | + | Marshall Funds, Inc. and, Marshall & Ilsley Trust Co., N.A., c/o Timothy F. Nixon, Godfrey & Kahn, S., 780 North Water Street, Milwaukee, WI 53202-3512 |
| 4623631 | + | Martin J. Bienenstock, Esq., Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4621199 | + | Martin J. Bienenstock, Esq., Judy G.Z Liu, Esq., Timothy Q. Karcher, Esq., DEWEY & LEBOEUF LLP, 1301 Avenue of the Americas New York, NY 10019-6022 |
| 4625377 | | Martin Jefferson Davis, Senior Trial Attorney, Office of Thrift Supervision, Northeast Region, Harborside Financial Center Plaza Five..Jersey City, NJ 07311 |
| 4625168 | | Martin Jefferson Davis, Senior Trial Attorney, Office of Thrift Supervision, Northeast Region, Harborside Financial Center Plaza Five Jersey City, New Jersey 07311 |
| 4675053 | + | Mary Jane DaPuzzo, c/o Levi Lubarsky & Feigenbaum LLP, 1185 Avenue of the Americas, 17th Floor, New York, New York 10036-2601 |
| 5162091 | + | Mary Joanne Dowd, Esq., Arent Fox LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036-5369 |
| 5598643 | + | Mason Capital Management LLC, 110 East 59th Street, 30th Floor, New York, New York 10022-1324 |
| 5071408 | + | Matthew P. Morris, Esq., Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4628100 | + | Matthew Tuck, Lloyds Bank, 1251 Avenue of the Americas,, 39th Fl., P.O. Box 4873, New York, NY 10020-1104 |
| 4623582 | + | Maureen Cronin, My Chi To, Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022-3916 |

| | | |
|---|---|---|
| 7214093 | + | Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 5693944 | | Mayer, Klaus, Bergstrasse 86, Aurachtal, GERMANY D91086 |
| 7704606 | + | McKool Smith, P.C., Attorneys for Nover Ventuers, LLC, One Manhattan West, 395 Ninth Avenue, 50th Floor, New York, New York 10001-8603 |
| 4625549 | + | McLennan County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO BOX 17428, Austin, TX 78760-7428 |
| 5740079 | | Meerman, E.A. Berlijn, Maria Wesselingstr. 239, 3065 GD, ROTTERDAM, Netherlands |
| 4700196 | | Mercuria Energy Trading S.A., Mercuria Energy Trading PTE Limited, 50 Rue Du Rhone, CH-1204 Geneva, Switzerland |
| 4626666 | | Meredith A. Lahaie, AKIN GUMP STRAUSS HAUER & FELD LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 5213926 | + | Meridian Diversified Fund Management LLC, Assignee of Meridian Diversified Portabl, 20 Corporate Woods Boulevard, 4th Floor, Albany, NY 12211, USA 12211-2396 |
| 5240679 | + | Merrill Lynch Credit Products, LLC, c/o Bank of America Merrill Lynch, Global Distressed Products, Bank of America Tower- 3rd Floor, One Bryant Park New York, NY 10036-6728 |
| 4674570 | + | Metavante Corporation, c/o Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, WI 53202-3837 |
| 4989655 | + | Metavante Corporation, c/o Donald A. Workman, Esq., Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W. Washington, DC 20036-5318 |
| 4989654 | + | Metavante Corporation, c/o Richard Bernard, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 4656427 | + | Michael A. Morris, HENNINGAN, BENNETT & DORMAN LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017-2576 |
| 4628572 | + | Michael Benner, Esq., Tishman Speyer Properties, L.P., 45 Rockefeller Plaza, New York, NY 10111-0100 |
| 4628092 | | Michael Halevi, Australia National Bank, 1177 Avenue of the Americas, 6th Fl., New York, NY 10036 |
| 4628078 | + | Michael Halevi, Director, Financial, Institutions, ANZ Banking Group, 1177 Avenue of Americas New York, NY 10036-2714 |
| 4648157 | + | Michael J. Cordone, Esquire, Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4666310 | + | Michael J. McGinnis, Senior Attorney, El Paso Corporation, 1001 Louisiana, Suite E1943A, Houston, TX 77002-5089 |
| 4658973 | + | Michael J. Pucillo, Esq., Berman DeValerio Pease Tabacco, Burt & Pucillo, Esperante Bldg., Suite 900, 222 Lakeview Avenue West Palm Beach, FL 33401-6145 |
| 4642240 | + | Michael J. Pucillo, Esq., Berman DeValerio Pease, et al, Esperante Bldg., Suite 900, 222 Lakeview Avenue, West Palm Beach, FL 33401-6145 |
| 4635821 | | Michael L. Schleich, Esq., Fraser Stryker PC LLO, 500 Energy Plaza, 409 South 17th Street, Omaha, Nebraska 68102 |
| 4635379 | + | Michael L. Schleich, Esq., Fraser Stryker PC LLO, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102-2603 |
| 6425539 | + | Michael Lawsky, c/o Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Ste 4700, New York, NY 10165-0043 |
| 4628052 | + | Michael Mauerstein, MD - FIG, 388 Greenwich Street, New York, NY 10013-2362 |
| 4648911 | | Michael P. Murphy, County Counsel, County of San Mateo, 400 County Center, Redwood, CA 94063-1662 |
| 4672265 | + | Michael R. Dal Lago, Esq., Morrison Cohen LLP, 909 Third Avenue, New York, New York 10022-4784 |
| 4621201 | + | Michael Rosenthal, Esq., Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-4799 |
| 4679308 | | Michael Ruetzel, Ulf Kreppel, Katarina Stahl, WHITE & CASE LLP, Bockenheimer Landstrasse 20, 60323 Frankfurt am Main, Germany |
| 4641607 | + | Michael S. Etkin, Esq., S. Jason Teele, Esq., Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725 |
| 5077969 | + | Michael S. Etkin, Esq., Scott Cargill, Esq., Sean E. Quigley, Esq., Lowenstein Sandler PC, 65 Livingston Avenue Roseland, New Jersey 07068-1725 |
| 4641608 | + | Michael S. Etkin, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020-1104 |
| 4641606 | + | Michael S. Etkin, Esq., S. Jason Teele, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor New York, New York 10020-1104 |
| 5077968 | + | Michael S. Etkin, Esq., Scott Cargill, Esq., Sean E. Quigley, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor New York, New York 10020-1104 |
| 4645582 | | Michael S. Greger, Esq., James A. Timko, Esq., Allen Matkins Leck Gamble & Mallory LLP, 1900 Main Street, Fifth Floor, Irvine, CA 92614-7321 |
| 4623972 | + | Michael S. Kim, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 6380098 | + | Michael S. Kim, Danielle L. Rose, Scott K. McCulloch, Phil Huynh, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 5952232 | + | Michael S. Schlesinger, One Whitehall Street, 17th Floor, New York, NY 10004-2147 |
| 4626664 | | Michael S. Stamer, AKIN GUMP STRAUSS HAUER & FELD LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 5720363 | + | Michael S. Stamer and Natalie E. Levine, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036-6730 |
| 6375504 | + | Michele Bareggi, c/o Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Suite 4700, New York, NY 10165-0043 |
| 4642524 | + | Michelle A. Mendez, Hunton & Williams LLP, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202-2755 |
| 6421413 | + | Michelle Young Suh Park, Esq., Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022-4664 |
| 4621857 | + | Microsoft Corporation/Licensing, GP, c/o Joseph E. Shickich, Jr., Riddell Williams P.S., 1001 - 4th Avenue, Suite 4500, Seattle, WA 98154-1065 |
| 5186915 | | Milano Assucurazioni S.p.A., Via Senigallia, 18/2, 20161 Milan, Italy |
| 5334916 | | Millennium Marketing & Management Pty, Ltd., c/o Holme Roberts & Owen LLP, Attn: Adam Brezine, Esq., 560 Mission Street, 25th Floor, San Francisco, CA 94105-2994 |
| 5390181 | + | Millennium Marketing & Management Pty, Ltd., c/o Holme Roberts & Owen LLP, Attn: Kerry Moynihan, 800 W. Olympic Blvd., 4th Floor, Los Angeles, CA 90015-1360 |
| 4966071 | + | Miron Berenshteyn, c/o Rene S. Roupinian, Jack A. Raisner, Outten & Golden LLP, 3 Park Ave, 29th Fl New York, NY 10016-5902 |
| 4630587 | + | Missouri Department of Revenue, Attn: Steven A. Ginther, P.O Box 475, Jefferson City, MO 65101, ( 65101-0475 |
| 4758435 | + | Mitsui & Co. Energy Risk Management (U.S.A.), Inc., 200 Park Avenue, New York, NY 10166-0005 |
| 4628063 | | Mizuho Corporate Bank Ltd., 1-3-3, Marunouchi, Chiyoda-ku, TKY, 100-8210 Japan |

District/off: 0208-1                                    User: admin                                    Page 18 of 297
Date Rcvd: Sep 30, 2022                        Form ID: 144                                Total Noticed: 1386

| | | |
|---|---|---|
| 4628049 | | Mizuho Corporate Bank,Ltd., Global Syndicated Finance Division, 1-3-3, Marunouchi,Chiyoda-ku, Tokyo, Japan 100-8210 |
| 6371629 | | Mizuho International plc, c/o Stroock & Stroock & Lavan LLP, Attn: Mark Speiser, Claude Szyfer & Sher, 180 Maiden Lane, New York, NY 10038-4982 |
| 6371632 | | Mizuho Securities Co., Ltd, c/o Stroock & Stroock & Lavan LLP, Attn: Mark Speiser, Claude Szyfer & Sher, 180 Maiden Lane, New York, NY 10038-4982 |
| 4635094 | + | Morelli & Gold LLP, The Chanin Building - Suite 4400, 380 Lexington Avenue, New York, NY 10168-0002, Attn: Richard L. Gold, Esq. |
| 5328746 | | Morrar, Emad, 12 Stormont Road, London N64NL, United Kingdom |
| 5474346 | + | Movants as defined in motion, c/o Perkins Coie LLP, 30 Rockefeller Center, 25th Floor, New York, NY 10112-0086 |
| 5740080 | | Mr. Bauwens, A.E., Guana Bay Drive, PO Box 262, Philipsburg, Sint Maarten, Netherlands Antilles |
| 6606262 | | Mr. Fabio Liotti, 74 York Mansions, Prince of Wales Drive, London SW11 4BW, UNITED KINGDOM |
| 4622142 | + | Mr. Ken Higman, Sr. Default & Recovery Analyst, Hewlett-Packard Company, 2125 E. Katella Ave., Suite 400 Anaheim, CA 92806-6075 |
| 6351899 | | Mrs Wendy John, 6 Windsor Court, Windsor Road, Douglas, Isle of Man IM1 3JA British Isles |
| 5716297 | | Mrs. S.A.B. Van Rooy, DVM and LLM, Schoonouwenseweg 24, 2821 NX STOLWIJK, The Netherlands |
| 4622141 | + | Ms. Anne Marie Kennelly, Corporate Counsel, Hewlett-Packard Company, 3000 Hanover St., M/S 1050, Palo Alto, CA 94304-1185 |
| 4622140 | + | Ms. Ramona Neal, Corporate Counsel, Hewlett-Packard Company, 11311 Chinden Blvd., Mailstop 314 Bosie, ID 83714-1021 |
| 4633895 | + | My Chi To, Maureen A. Cronin, Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022-3916 |
| 4622372 | + | My Chi To, Maureen Cronin, Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022-3916 |
| 4628315 | + | NEAL S. MANN (NM-0617), Assistant Attorney General, 120 Broadway - 24th Floor, New York, New York 10271-0042 |
| 6431246 | + | Nachiketa Das, c/o Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Suite 4700, New York, NY 10165-0043 |
| 4700484 | | National Agricultural Cooperative Federation, c/o Lawrence J. Kotler, Esquire, DUANE MORRIS LLP, 1540 Broadway, New York, NY 10036-4086 |
| 4675540 | | National Agricultural Cooperative Federation, Kwangwoong Park, Cooperative Investment Banking / NACF, 4th Floor, annex to NACF,, 75, Chungjeongro-1 Ga, Jung-Gu Seoul, Republic of Korea 100-707 |
| 4628093 | + | National Australia Bank, 245 Park Ave. 28th, Fl., New York, NY 10167-2800 |
| 4626006 | + | National Australia Bank Limited, 245 Park Avenue, Floor 28, New York, NY 10167-2800 |
| 5218691 | | National Economic Research Associates, PO Box 29677, New York, NY 10087-9677 |
| 4628575 | + | Ned Bannon, Tishman Speyer Properties, L.P., 45 Rockefeller Plaza, New York, NY 10111-0100 |
| 4642525 | + | Neil E. Herman, Esq., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178-0060 |
| 4669683 | + | NetApp, Inc., c/o Peter M. Gilhuly, Latham & Watkins LLP, 355 South Grand Ave., Los Angeles, CA 90071-3104 |
| 4698774 | | New Jersey Manufacturers Casualty Company, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 4698775 | | New Jersey Manufacturers Indemnity Company, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 4698772 | | New Jersey Manufacturers Insurance Company, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 4698773 | | New Jersey Manufacturers Reinsurance Company, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 4638069 | + | Newedge USA, LLC, 550 West Jackson Blvd, Suite 500, Chicago, IL 60661, Attention: Susan M. Schultz, Group Gener 60661-578 |
| 4639625 | + | Newedge USA, LLC, Attn: Susan M. Schultz, Group Deputy General, Counsel, Newedge, 550 West Jackson Blvd, Suite 500 Chicago, IL 60661-5781 |
| 4648733 | + | Newstart Factors, Inc., 2 Stamford Plaza - Suite 1501, 281 Tresser Boulevard, Stamford, Connecticut 06901-3284, Attn: Gregory Vadasdi |
| 5951519 | + | Nicholas P. Howard, 114 West Road, New Canaan, CT 06840-3013 |
| 6425522 | + | Nikki Marshall, c/o Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Ste 4700, New York, NY 10165-0043 |
| 4642243 | | Nissin Fire & Marine, Insurance Co., Ltd., Attention: Investment Department, 3 Kanda-Surugadai 2 Chome, Chiyada-ku, Tokyo 101-8329 Japan |
| 4641050 | + | Nomura Holding America, Inc., Two World Financial Center, Building B, 22nd Floor, New York, NY 10281-1008, Attn: Penny Tehrani |
| 4641619 | + | Nomura Holding America, Inc., Two World Financial Center, Building B, 22nd Floor, New York, New York 10281-1008, Attn: Penny Tehrani |
| 5071581 | | Norma Delepine, 705 Westfield Road, Scotch Plains, NJ 07076-2121 |
| 6599396 | + | Norman Siegel, 550 N. Kingsbury, #R08, Chicago, IL 60654-5755 |
| 4621830 | + | Normandy Hill Capital, L.P., 150 East 52nd Street, 10th Floor, New York, NY 10022-6017, Attn: Matthew A. Cantor, Esq. |
| 4621768 | + | Normandy Hill Capital, L.P., 150 East 52nd Street- 10th floor, New York, NY 10022-6017 |
| 4857313 | + | OCM Opportunities Fund VII Delaware, L.P., c/o Oaktree Capital Management, L.P., 333 South Grand Ave. 28th Floor, Los Angeles, CA 90071-1530 |
| 6954868 | | OFFIT KURMAN, Attorneys for Skyline Financial Corp., Attn: APRIL RANCIER, 300 E. Lombard Street, Baltimore, Maryland 21202-3219 |
| 4633882 | + | ORRICK HERRINGTON & SUTCLIFFE LLP, 666 Fifth Avenue, New York, NY 10103-0001, Attention: Raniero D'Aversa, Jr., Esq., Courtney M. Rogers, Esq. 10103-0001 |
| 4636290 | + | OTTERBOURG, STEINDER, HOUSTON & ROSEN, P.C., Attn: Willaim M. Silverman, Esq., Attn: Peter Feldman, Esq., 230 Park Avenue, New York, New York 10169-0005 |
| 4687646 | + | OTTERBOURG, STEINDLER,, HOUSTON & ROSEN, P.C., Attn: William M. Silverman, Esq., Peter Feldman, Esq., 230 Park Avenue New York, New York 10169-0005 |
| 5299340 | + | OVERSEA-CHINESE BANKING CORPORATION LTD, C/O MORRISON & FOERSTER LLP, ATTN: KAREN OSTAD, 1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104-4199 |
| 4621937 | + | Occidental Energy Marketing, Inc., c/o McCarter & English, LLP, P.O. box 652, Newark, NJ 07101-0652 |
| 5071572 | + | Office of Charlene M. Indelicato, Westchester County Attorney, Attn: Melissa-Jean Rotini, Esq., 148 Martine Avenue, 6th Floor, White Plains, NY 10601-3311 |
| 6334292 | | Olivera Whyte, A. Javier & Montevechio, Nora P., Gral. Arq. Alfredo Alfredo Baldomir 2425, Montevideo 11300, Uruguay |
| 5188259 | + | Omeca N. Nedd, Esq., LOVELLS LLP, 590 Madison Avenue, New York, NY 10022-2524 |

| | | |
|---|---|---|
| 4632327 | + | Oracle USA, Inc., c/o Shawn M. Christianson, Buchalter Nemer, 333 Market St., 25th Fl., San Francisco, CA 94105-2126 |
| 5181956 | + | Orange Capital, LLC, c/o Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004-1405, Attn: Justin L. Shearer, Esq. |
| 5133752 | + | Oranje-Nassau Energie BV, F/K/A Oranje-Nassau (U.K.) Limited, c/o Lisa Beckerman, Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park New York, NY 10036-6730 |
| 5186524 | + | Oranje-Nassau Energie BV, c/o Lisa Beckerman, Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park, New York, NY 10036-6730 |
| 6836171 | + | Otterbourg, P.C., Attention: Peter Feldman, Esq., Erik B. Weinick, Esq., 230 Park Avenue, New York, New York 10169-0005 |
| 5320397 | + | Otterbourg, Steindler, Houston & Rosen, P.C., Counsel for the Federal Deposit Insuranc, 230 Park Avenue, New York, NY 10169-0005 |
| 5309140 | + | Otterbourg, Steindler, Houston & Rosen, P.C., Attention: Peter Feldman, Esq., Counsel for Federal Deposit Insurance Co, as Receiver of Westernbank Puerto Rico, 230 Park Avenue New York, New York 10169-0005 |
| 4668566 | + | Overstock.com, Inc., c/o Stein & Lubin LLP, Eugene Chang, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716 |
| 4643364 | + | P. Bruce Wright, Esq., DEWEY & LEBOEUF LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4621583 | + | P. Bruce Wright, Esq., Elizabeth Page Smith, Esq., DEWEY & LEBOEUF LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 7076946 | + | PARKER IBRAHIM & BERG LLC, Attorneys for Santander Bank, N.A., 270 Davidson Avenue, Somerset, New Jersey 08873-4150 |
| 4702516 | + | PARKER POE ADAMS & BERNSTEIN LLP, KIAH T. FORD IV, THREE WACHOVIA CENTER, 401 S. TRYON STREET, SUITE 3000, CHARLOTTE, NC 28202-1942 |
| 4667624 | | PATTERSON BELKNAPWEBB&TYLER LLP, Attorneys for Asbury Atlantic, Inc., and Asbury-Solomons, Inc., David W. Dykhouse, 1133 Avenue of the Americas New York, New York 10036-6710 |
| 6721171 | | PAUL HASTINGS LLP, Attn: John J. Ramirez, Esq., Park Avenue Tower, 75 East 55th Street, First Floor, New York, New York 10022 |
| 4649957 | + | PAUL J. PASCUZZI (Calif. State Bar No. 148810), FELDERSTEIN FITZGERALD, WILLOUGHBY & PASCUZZI LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434 |
| 4676925 | ++ | PAUL M SINGER, 225 FIFTH AVE, STE 1200, PITTSBURGH PA 15222-2716 address filed with court:, Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219, Attention: Eric A. Schaffer, Esq. |
| 4620660 | + | PAUL, HASTINGS, JANOFSKY & WALKER LLP, 75 East 55th Street, New York, NY 10022-3205, Attention: Harvey A. Strickon (HS5210) 10022 |
| 4621836 | | PEPPER HAMILTON LLP, Kay Standridge Kress (P39339), Deborah Kovsky-Apap (P68258), 100 Renaissance Center,Suite 3600, Detroit, MI 48243-1157 |
| 4758919 | | PETER S. PEARLMAN, ESQ., JEFFREY W. HERRMANN, ESQ., COHN LIFLAND PEARLMAN HERRMANN, & KNOPF LLP, PARK 80 PLAZA WEST-ONE SADDLE BROOK, NJ 07663 |
| 4710340 | | PETER S. PERLMAN, ESQ., JEFFREY W. HERRMAN, ESQ., COHN LIFLAND PERLMAN HERRMAN & KNOPF LLP, PARK 80 PLAZA WEST-ONE, SADDLE BROOK, NJ 07663-4039 |
| 4633878 | | PILLSBURY WINTHROP SHAW PITTMAN LLP, David A. Crichlow, Esq. (DC 2116), 1540 Broadway, New York, New York 10036-4039 |
| 4635823 | + | PJM Interconnection, L.L.C., c/o Jeffrey Kurtzman, Esquire, Klehr, Harrison, Harvey, Branzburg & Ell, 260 S. Broad Street, Philadelphia, PA 19102-5012 |
| 6369683 | | POTHITOS, DAMASKINOS, 22 PSIXARI STR., 15451 N PSIXICO, ATHENS,, GREECE |
| 4743057 | | PRINCE ALTEE THOMAS, ESQUIRE, FOX ROTHSCHILD LLP, 2000 MARKET STREET, TENTH FLOOR, PHILADELPHIA, PA 19103-3291 |
| 4624789 | + | PRYOR CASHMAN LLP, Robert M. Fleischer (RF-9099), Mark R. Jacobs (MJ-6248), 410 Park Avenue, New York, New York 10022-4407 |
| 6062794 | + | PRYOR CASHMAN LLP, Robert M. Fleischer (RF-9099), 7 Times Square, New York, New York 10036-6569 |
| 4624061 | + | Pamela A. Bosswick, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169-1199 |
| 4648715 | + | Pamela Cocalas Wirt, Assistant General Counsel, First Trust Portfolios L.P., 120 E. Liberty Drive, Suite 400, Wheaton, Illinois 60187-5455 |
| 4685784 | + | Patricia Williams Prewitt, Locke Lord Bissell & Liddell LLP, 3400 JPMorgan Chase Tower, 600 Travis Street, Houston, Texas 77002-2914 |
| 4847283 | + | Patrick C. Maxcy, Esquire, Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606-7147 |
| 4685906 | + | Patrick J. Potter, Pillsbury Winthrop, Shaw Pittman LLP, 2300 N Street, NW, Washington, D.C. 20037-1122 |
| 4710752 | #+ | Patrick J. Trostle, JENNER & BLOCK LLP, 919 Third Ave., 37th Floor, New York, NY 10022-3908, ptrostle@jenner.com 10022-3915 |
| 4622186 | + | Patrick L. Hayden, McGUIREWOODS LLP, 1345 Avenue of the Americas, Seventh Floor, New York, NY 10105-0302 |
| 4677098 | + | Paul A. Patterson, Esq., Michael 1. Cordone, Esq., Mark 1. Dorval, Esq., Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square Philadelphia, PA 19103-7018 |
| 4677096 | + | Paul A. Patterson, Esq., Michael J. Cordone, Esq., Mark J. Dorval, Esq., Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square Philadelphia, PA 19103-7018 |
| 4676974 | + | Paul A. Patterson, Esq., Michael J. Cordone, Esq., Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4648158 | + | Paul A. Patterson, Esquire, Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4621895 | + | Paul Aronzon, Gregory A. Bray, MILBANK, TWEED, HADLEY & McCLOY LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017-5704 |
| 4777924 | + | Paul J. Battista, Esq., GENOVESE, JOBLOVE & BATTISTA, P.A., Bank of America Tower at, International Place, 100 S.E. 2nd Street, Suite 4400 Miami, Florida 33131-2118 |
| 6145983 | + | Paulson Enhanced Ltd., c/o Paulson & Co., 1251 Avenue of the Americas, 50th Floor, New York, NY 10020-1122 Attn: James Olivo |
| 6145984 | + | Paulson Partners Enhanced, L.P., c/o Paulson & Co., 1251 Avenue of the Americas, 50th Floor, New York, NY 10020-1122 Attn: James Olivo |
| 5764584 | | Peetermans, Joseph, Rue Gretry N 2, Grace-Hollopne, BELGIUM |
| 4726854 | | Pennsylvania Department Of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4770088 | | People's United Bank, ABA #221122186, c/o Elizabeth J. Austin, Esq., Pullman & Comley, LLC, 850 Main Street, P.O. Box 7006 Bridgeport, CT 06601-7006 |

District/off: 0208-1                          User: admin                                    Page 20 of 297
Date Rcvd: Sep 30, 2022                       Form ID: 144                              Total Noticed: 1386

| | | |
|---|---|---|
| 4624345 | + | Peter A. Chapman, Bankruptcy Creditors' Service, Inc., 572 Fernwood Lane, Fairless Hills, PA 19030-3804 |
| 4621670 | + | Peter A. Zisser, Esq., Holland & Knight LLP, 195 Broadway, New York, NY 10007-3100 |
| 5274755 | | Peter Berman, 105 South 12th Street, Unit 305, Philadelphia, PA 19107-4826 |
| 4675052 | + | Peter J. DaPuzzo, c/o Levi Lubarsky & Feigenbaum LLP, 1185 Avenue of the Americas, 17th Floor, New York, New York 10036-2601 |
| 5189239 | + | Peter J. Macdonald, Jeannette K. Boot, Charu Chandrasekhar, Wilmer Cutler Picking Hale and Dorr LLP, 399 Park Avenue New York, NY 10022-4614 |
| 4672270 | + | Peter M. Gilhuly, LATHAM & WATKINS LLP, 355 South Grand Avenue, Los Angeles, California 90071-3104 |
| 4643356 | + | Peter S. Partee, Sr., HUNTON & WILLIAMS LLP, 200 Park Avenue, New York, New York 10166-0091 |
| 5954588 | | Philip A. Wells, ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 4626665 | | Philip C. Dublin, AKIN GUMP STRAUSS HAUER & FELD LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 4629235 | + | Philip John Nichols, WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2711 |
| 4704452 | | Philip Morris Finance S.A., Avenue de Rhodanie 50, Lausanne 1007 Switzerland |
| 5838873 | + | Philip R. Byrnes, Deputy City Attorney, Las Vegas City of Attorney's Office, 495 South Main Street, 6th Floor, Las Vegas, NV 89101-6318 |
| 4922161 | + | Phoenix American Financial Services,Inc., 2401 Kerner Boulevard, San Rafael, CA 94901-5569, Attn: Joseph Horgan |
| 5142759 | + | Phoenix Life Limited, c/o Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524, ATTN: Matthew P. Morris |
| 5363733 | | Phoenix Life Limited, 1 Wythall Green Way, Wythall,, Birmingham B47 6WG, United Kingdom |
| 4900023 | | Pioneer Europe Mac 70 Ltd, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 4621301 | + | Platzer, Swergold, Karlin,, Levine, Goldberg & Jaslow, LLP, Counsel for East 46th Borrower, LLC, 1065 Avenue of the Americas, 18th Floor, New York, New York 10018-0690 Attn: Sydney G. Platzer, Esq. |
| 4621303 | + | Platzer, Swergold, Karlin, Levine,, Goldberg & Jaslow, LLP, Counsel for 250 East Borrower, LLC, 1065 Avenue of the Americas, 18th Floor, New York, New York 10018-0690 Attn: Sydney G. Platzer, Esq. |
| 4621304 | + | Platzer, Swergold, Karlin, Levine,, Goldberg & Jaslow, LLP, Counsel for Hale Avenue Borrower, LLC, 1065 Avenue of the Americas, 18th Floor, New York, New York 10018-0690 Attn: Sydney G. Platzer, Esq. |
| 4621300 | + | Platzer, Swergold, Karlin, Levine, Goldberg & Jasl, Counsel for East 46th Borrower, LLC, 1065 Avenue of the Americas, 18th Floor, New York, New York 10018-0690, Attn: Sydney G. Platzer, Esq. |
| 5534957 | + | Port of Tacoma, c/o K&L Gates LLP (Attn: David C. Neu), 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158 |
| 5529157 | | President Securities (Hong Kong) Limited, Units 2603-6, 26/F, Infinitus Plaza, 199 Des Voeux Road Central, Hong Kong |
| 4836580 | + | Primeshares, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| 4683083 | + | ProFund Advisors LLC, 7501 Wisconsin Ave., Suite 1000, Bethesda, MD 20814-6527 |
| 4684710 | + | ProFund Advisors LLC, Attn: Barry Pershkow, 7501 Wisconsin Avenue, Suite 1000, Bethesda, MD 20814-6527 |
| 5593689 | + | Procesos Controlodas Se De CV, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 6770917 | + | Proskauer Rose LLP, Attorneys for Federal Home Loan Bank, of Cincinnati, Attn: David A. Picon, Eleven Times Square New York, New York 10036-6600 |
| 6770918 | + | Proskauer Rose LLP, Attorneys for Federal Home Loan Bank, of Cincinnati, Attn: Massiel Pedreira-Bethencourt, Eleven Times Square New York, New York 10036-6600 |
| 4634805 | + | Proskauer Rose, LLP, 1585 Broadway, New York, NY 10036-8200, Attn: Jeffrey W. Levitan |
| 6365257 | | Prosperitas Stiftung, Landstrasse 11/ PO Box 167, LI-9495 Triesen, , LIECHTENSTEIN |
| 4622127 | + | Pursuit Capital Partners Master (Cayman) Ltd., 333 Ludlow Street, North Tower, 4th Floor, Stamford, CT 06902, Attention:?Lisa Roberts 06902-6991 |
| 4622120 | + | Pursuit Capital Partners Master (Cayman) Ltd., 333 Ludlow Street, North Tower, 4th Flr., Stamford, CT 06902, Attention:?Lisa Roberts 06902-6991 |
| 4622129 | + | Pursuit Opportunity Fund I Master Ltd., 333 Ludlow Street, North Tower, 4th Floor, Stamford, CT 06902, Attention:?Lisa Roberts 06902-6991 |
| 4622121 | + | Pursuit Opportunity Fund I Master Ltd., 333 Ludlow Street, North Tower, 4th Flr., Stamford, CT 06902, Attention:?Lisa Roberts 06902-6991 |
| 4622122 | + | Pursuit Opportunity Fund I Master Ltd., C/O Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, Attention: Michael J. Edelman, Esq. 10019-6708 |
| 4622133 | + | Pursuit Partners, 333 Ludlow Street, North Tower, 4th Floor, Stamford, CT 06902, Attention: Lisa Roberts 06902-6991 |
| 5007436 | + | Pyrrhuloxia, LP, c/o, Mr. John Bateman, CPMG, Inc., 2100 McKinney Avenue, Suite 1770, Dallas, Texas 75201. 75201-2121 |
| 4987127 | | Quinlan Private European, Strategic Property Fund, LP, Attn: c/o Quilan Private, 8 Raglan Road, Ballsbridge Dublin 4, Ireland |
| 4626327 | + | Qwest Corp. and Qwest Communications Corp., c/o J. Cory Falgowski, Esquire, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 6367745 | + | R.R. Donnelley Receivables Inc., 75 Park Place, New York, NY 10007-2549 |
| 4693195 | + | RICHARD A. LEVY, LATHAN & WATKINS LLP, SEARS TOWER, SUITE 5800, 233 SOUTH WACKER DRIVE, CHICAGO, IL 60606-7147 |
| 4703918 | + | RICHARD P. NORTON, HUNTON & WILLIAMS LLP, 200 PARK AVENUE, NEW YORK, NY 10166-0091 |
| 4710338 | + | ROBIN SWITZENBAUM, ESQ., BERGER & MONTAGUE P.C., 1622 LOCUST STREET, PHILADELPHIA, PA 19103-6365 |
| 7264882 | | ROPES & GRAY LLP, Attorneys for Baupost Group, Securities, L.L.C., 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 6954492 | + | ROTTENBERG LIPMAN RICH, P.C., Attn: Bertrand C. Sellier, Esq., 369 Lexington Avenue, 16th Floor, New York, NY 10017-6525 |
| 5791638 | | RUPPERT, DIETER, BUBENHALDENSTRASSE 53, STUTTGART, DE 70469, GERMANY |
| 4642230 | + | Rabinowitz, Lubetkin & Tully, L.L.C., 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711, Attn: Barry J. Roy |
| 4626272 | + | Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711, Attn: Jonathan I. Rabinowitz |
| 5730997 | | Rainbow Associates, SA, 4209 Tower One, Lippo Centre, 89 Queensway Admiralty, Hong Kong |
| 5878036 | | Raniero D'Aversa, Jr., Esq., Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019-6142 |
| 5704943 | + | Ravert PLLC, 116 West 23rd Street, Fifth Floor, New York, NY 10011-2599, Attn: Gary O. Ravert |

| | | |
|---|---|---|
| 4676926 | + | Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022, Attention: Michael J. Venditto, Esq. 10022-7684 |
| 4621179 | + | Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022, Attention: Paul A Rachmuth, Esq. 10022-7684 |
| 4652477 | + | Region Marche, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Sally McDonald Henry, Four Times Square, New York, New York 10036-6522 |
| 5450938 | + | Restoration Holdings LTD, 325 Greenwich Ave. - 3rd Floor, Greenwich, CT 06830, Attn: Claims Processing (Bankruptcy), USA 06830-6549 |
| 5648959 | + | Restoration Holdings LTD, 325 Greenwich Ave - 3rd Floor, Greenwich, CT 06830-6549, Attn: Claims Processing (Bankruptcy) |
| 7721647 | | Rex Wu, 6315 N Caqrbell, Chicago, IL 60659 |
| 4624329 | + | Rhett G. Campbell, Mitchell E. Ayer, THOMPSON & KNIGHT LLP, 333 Clay Street, Suite 3300, Houston, TX 77002-4104 |
| 4621379 | + | Rhett G. Campbell, THOMPSON & KNIGHT LLP, 333 Clay Street, Suite 3300, Houston, TX 77002-4104 |
| 6062069 | + | Rich Michaelson Magaliff Moser, LLP, 340 Madison Avenue, 19th Floor, New York, NY 10173-1921, Attn: Howard P. Magaliff, Esq. |
| 4815863 | + | Richard French, c/o Hewitt & O'Neil LLP, 19900 MacArthur Blvd, Suite 1050, Irvine, CA 92612-8414, Attn: Lawrence J. Hilton |
| 4620648 | | Richard G. Mason, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5007438 | + | Richard J. Bernard, BAKER & HOSTETLER LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5936307 | + | Richard J. Bernard, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 6430608 | + | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, One Liberty Plaza, 23rd Floor, New York, New York 10006-1452 |
| 6602404 | + | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, 555 Fifth Avenue, Ste. 1400, New York, New York 10017-9257 |
| 6360262 | + | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, One Liberty Plaza, 35th Floor, New York, New York 10006-1459 |
| 4630895 | + | Richard J. Stahl, Esq., STAHL ZELOE, P.C., 11350 Random Hills Road, Suite 700, Fairfax, Virginia 22030-6044 |
| 4635040 | + | Richard L. Gold, LLP, 380 Lexington Avenue, Suite 4400, New York, NY 10168-4499 |
| 4648154 | + | Richard L. Wynne, Esq., Kirkland & Ellis LLP, 777 South Figueroa Street, 37th Floor, Los Angeles,California 90017-5800 |
| 4643375 | + | Richard Levin, Esquire, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475 |
| 4620657 | + | Richard Levin, Esquire, Robert H. Trust, Esquire, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue New York, NY 10019-7475 |
| 6425537 | + | Richard Noble, c/o Law Offices of Lisa M. Solomon, One Grand Central Place, 305 Madison Avenue, Ste 4700, New York, NY 10165-0043 |
| 4756568 | + | Richard P. Norton, HUNTON & WILLIAMS LLP, 200 Park Avenue, New York, New York 10166-0091 |
| 5150432 | + | Richard Witten, 1445 Flagler Dr., Mamaroneck, NY 10543-4606 |
| 4639718 | + | River Capital Advisors, Inc., c/o Timothy W. Brink/Matthew T. Klepper, DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601-1263 |
| 4775842 | + | Rizwan A. Qureshi, Esq., REED SMITH LLP, 599 Lexington Avenue, New York, NY 10022, rqureshi@reedsmith.com 10022-7684 |
| 5162125 | + | Robert A. Johnson, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| 4624067 | + | Robert E. Nies, Esq., Wolff & Samson PC, The Offices At Crystal Lake, One Boland Drive, West Orange, NJ 07052-3686 |
| 4777922 | + | Robert F. Elgidely, Esq. (RE-0512), GENOVESE, JOBLOVE & BATTISTA, P.A., Bank of America Tower at, International Place, 100 S.E. 2nd Street, Suite 4400 Miami, Florida 33131-2118 |
| 6413719 | + | Robert Franz, 6 Bayer Lane, Boonton, NJ 07005-9443 |
| 5802254 | | Robert Gordon Brandwood, 34 Ariel Court Opal Street, SE11 4HS London, UK |
| 4643374 | + | Robert H. Trust, Esquire, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475 |
| 4710754 | + | Robert L. Byman, JENNER & BLOCK LLP, 330 N. Wabash Ave., Chicago, IL 60611, rbyman@jenner.com 60611-3586 |
| 4642232 | + | Robert L. Itkin, Esq., Katherine C. Piper, Esq., Steptoe & Johnson, LLP, 2121 Avenue of the Stars, Suite 2800 Los Angeles, California 90067-5052 |
| 5881770 | + | Robert Lieberberg, 120 East End Avenue, Apt. #4B, New York, NY 10028-7552 |
| 4629329 | + | Robert M. Fleischer (RF-9099), Mark R. Jacobs (MJ-6248), David C. Rose (DR-7876), 410 Park Avenue, New York, New York 10022-4407 |
| 4623968 | + | Robert M. Hirsh, George P. Angelich, ARENT FOX LLP, 1675 Broadway, New York, New York 10019-5820 |
| 6836169 | + | Robert M. Yaspan, Law Offices of Robert M. Yaspan, 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367-7593 |
| 4630892 | + | Robert Sidorsky, Esq., Butzel Long, a professional Corporation, 380 Madison Avenue, 22nd Floor, New York, New York 10017-2517 |
| 4623973 | + | Robert W. Henoch, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 4658643 | + | Robin E. Keller, Esq., LOVELLS LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4629234 | + | Robinson B. Lacy (RL 8282), SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| 4965802 | + | Roger B. Nagioff, c/o Watson, Farley & Williams, 1133 Avenue of the Americas, New York, NY 10036-6710 |
| 4672269 | + | Roger G. Jones, Boult, Cummings, Conners & Berry,PLC, 1600 Division Street, Suite 700, P. O. Box 340025, Nashville, Tennessee 37203-0025 |
| 4628088 | | Rolf Nagel Dahl, SVP International Financial, Institutions, Postal address: NO-0021,, Oslo, Norway Office: Stranden 21, Aker Brygge |
| 4648585 | + | Rosanne Thomas Matzat, Esq., Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022-5702 |
| 4628094 | + | Rosemarie O?Canto, National Australia Bank, 245 Park Ave. 28th, Fl., New York, NY 10167-2800 |
| 4900022 | | Rothorn Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 4680317 | + | Roy H. Carlin, PC, Of Counsel, Breslow & Walker, LLP, 767 Third Avenue, New York, NY 10017-2023 |
| 4626273 | + | Russell L. Munsch, Munsch Hardt Kopf & Harr, P.C., One American Center, 600 Congress Avenue, Suite 2900, Austin, TX 78701-3057 |
| 4715339 | + | Russell L. Reid, Jr., Esq., Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza Suite 2400, New York, NY 10112-0079 |
| 4639622 | + | Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103-2168 |
| 5261118 | + | Rutland Hospital, Inc., 160 Allen Street, Rutland, VT 05701-4595 |

| | | |
|---|---|---|
| 5142757 | + | SABMiller PLC, c/o Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524, ATTN: Matthew P. Morris, Esq. |
| 5990475 | + | SANKATY ADVISORS, LLC., C/O BOIES SCHILLER & FLEXNER,LLP, 575 LEXINGTON AVE 7TH FL, NEW YORK, NY 10022-6138 |
| 5990476 | + | SANKATY ADVISORS, LLC., C/O BOIES SCHILLER & FLEXNER,LLP, 5301 WISCONSIN AVE. N.W., STE.800, WASHINGTON, DE 20015-2000, ATTN: JONATHAN SHERMAN |
| 5299339 | | SC LOWY FINANCIAL (HK) LIMITED, 14/F NINE QUEENS ROAD, SUITE 1403, CENTRAL, HONG KONG |
| 4703920 | | SCHIFF HARDIN LLP, ATTN: EUGENE J. GEEKIE, JR., 6600 SEARS TOWER, CHICAGO, IL 60606 |
| 5072752 | + | SILVERMANACAMPORA LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753-2702, Attn: Ronald J. Friedman |
| 6399376 | | SJAH BUDIN, SJAHRIZAL, TAMAN GAMDARIA BLOK F.17/18, KEBAYORAN LAMA, JAKARTA, 12240, INDONESIA |
| 5072686 | + | STAGG, TERENZI, CONFUSIONE & WABNIK, LLP, Attorneys for Laurel Cove Development, 401 Franklin Avenue, Garden City, New York 11530, Attention: Ronald M. Terenzi, Esq. Cara M. Goldstein, Esq. 11530-5942 |
| 5320385 | + | STEVEN B. LEVINE, BROWN RUDNICK LLP, One Financial Center, Boston, MA 02111-2600 |
| 4649958 | + | STEVEN H. FELDERSTEIN, (Calif. State Bar No. 056978), FELDERSTEIN FITZGERALD, WILLOUGHBY & PASCUZZI LLP, 400 Capitol Mall, Suite 1450 Sacramento, CA 95814-4434 |
| 5079262 | + | STEVEN J. BAUM, P.C., Attorneys for Secured Creditor, GMAC, Ehret A. Van Horn, Esq., 220 Northpointe Parkway Amherst, NY 14228-1894 |
| 4733408 | + | STEVEN T. MULLIGAN, BIEGING SHAPIRO & BURRUS LLP, 4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650, DENVER, COLORADO 80237-2686 |
| 4620965 | + | STEVENS & LEE, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022, Attn: Chester B. Salomon, Esq., Constantine D. Pourakis, Esq. 10022-5813 |
| 4634806 | + | STINSON MORRISON HECKER LLP, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845 |
| 6372046 | + | STROOCK & STROOCK & LAVAN LLP, Mark A. Speiser, Claude E. Szyfer, Sherry J. Millman, 180 Maiden Lane New York, New York 10038-4925 |
| 6167616 | + | STUTMAN, TREISTER & GLATT, P.C., William P. Weintraub, Kizzy L. Jarashow, 675 Third Avenue, Suite 2216, New York, New York 10017-5714 |
| 5845663 | | SUTHERLAND ASBILL & BRENNAN LLP, P. Bruce Wright, Esq., 1114 Avenue of the Americas, New York, NY 10036-7703 |
| 5721598 | | Sagues Mestre, Francesc, JAUME VIDAL, 9, ST. FELIU DE LLOBREGAT, 08980, SPAIN, |
| 4652824 | + | Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522 |
| 4643195 | + | Sandra E. Mayerson, Esq., Holland & Knight LLP, 195 Broadway, New York, NY 10007-3100 |
| 4638465 | + | Sara B. Eagle, Esq., Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Washington, D.C. 20005-4026 |
| 5320395 | + | Sarah D. Carlson, Esq., Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498 |
| 4643366 | + | Sarah L. Trum, Esq., DEWEY & LEBOEUF LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 5071819 | + | Schlam Stone & Dolan LLP, Bennette D. Kramer, 26 Broadway, New York, New York 10004-1703 |
| 6125586 | + | Schulte Roth & Zabel LLP, 919 Third Ave, New York, NY 10022, Attn: Lawrence V. Gelber, Meghan M. Breen 10022-3921 |
| 6126329 | + | Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022-3921 |
| 6599397 | + | Schwab, Steven, 25 Kent Road, Scarsdale, NY 10583-2303 |
| 5704937 | + | Scotia Capital (USA) Inc., c/o The Bank of Nova Scotia, One Liberty Plaza, 26th Floor, New York, New York 10006-1404, Attn: Hector Becil |
| 4633890 | + | Scott C. Shelley, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES,LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4643357 | + | Scott H. Bernstein, HUNTON & WILLIAMS LLP, 200 Park Avenue, New York, New York 10166-0091 |
| 5043740 | + | Sea Port Group Securities, LLC, 360 Madison Avenue, 22nd Floor, New York, NY 10017-7111 |
| 5177833 | + | Sea Port Group Securities, LLC, 360 Madison Avenue, New York, NY 10017-7111 |
| 5401160 | | Seaspraie Holdings LLC, c/o Ospraie Management, LL, 320 Park Avenue, 27th Avenue, Att: Daniel Fabien, Director, New York, NY 10022 |
| 6672269 | | Serengeti Asset Management, LP, KRAMER LEVIN NAFTALIS & FRANKEL, Attn: Fabien Carruzzo, 1177 Avenue of the Americas, New York, New York 10036-2714 |
| 5150435 | #+ | Shamah 2000 Family Trust, C/O Harold Shamah, 125 Exeter St., Brooklyn, NY 11235-3723 |
| 5903398 | + | Shannon Nagle, Esq., Richard Tisdale, Esq., Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, NY 10004-1980 |
| 4621834 | | Shari D. Leventhal, Assist General Counsel, Senior VP, Federal Reserve Bank of New York, 33 Liberty Street, New York, New York 10045-0001 |
| 5541993 | + | Shashank Agrawal, c/o Bruce Duke, Esq., 4201 Grenwich Lane, Mount Laurel, NJ 08054-6725 |
| 4633880 | | Shawn M. Christianson, esq., Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126 |
| 4641613 | + | Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022-6069, Attn: Fredric Sosnick, Esq. |
| 4641614 | + | Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022-6069, Attn: James L. Garrity, Jr., Esq. |
| 4641615 | + | Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022-6069, Attn: Ned S. Schodek, Esq. |
| 6113664 | + | Shehadi, Frederick S. Jr., 4000 Gulfshore Blvd. N. #300, Naples, FL 34103-3428 |
| 4672279 | + | Shell Trading (US) Company, Attn: Jennifer Gore, 910 Fannin, Plaza Level 1, Houston, TX 77002 |
| 4652760 | + | Shenwick & Associates, James H. Shenwick, 655 Third Avenue, 20th Floor, New York, New York 10017-5621 |
| 4620970 | + | Shenwick & Associates, James H. Shenwick, Esq., 655 Third Avenue, 20th Floor, New York, New York 10017-5621 |
| 4628065 | | Shinkin Central Bank, 8-1, Kyobashi 3-Chome, Chuo-Ku, Tokyo 104-, 0031, Japan |
| 4628055 | | Shinsei Bank Ltd., 1-8, Uchisaiwaicho, 2-Chome Chiyoda - Ku,, Tokyo 100-8501 Japan |
| 4628443 | | Shinsei Bank, Limited, 1-8, Uchisaiwaicho 2-Chome,, Chiyoda-ku, Tokyo 100-850 1, Japan |
| 4628066 | | Shuji Yamada, Deputy General Manager, Financial Institutions Dept., Shinkin Central Bank, 3-7, Yaesu 1-chome, Chuo-Ku, Tokyo 104-0028, Japan |

| | | |
|---|---|---|
| 4922162 | + | Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Andrew C. Quale, Esq., Alan M. Unger, Esq. 10019-6088 |
| 5732809 | | Siebke, Gunter, Pferdemunlendamm 11, Bad Bederkesa, 27624, Germany |
| 5732336 | | Simmler, Dietmar, Velsstr. 91,, Bochum, GERMANY 44803 |
| 4667472 | | Singapore Airlines, Limited, 08-D Airline House, 25 Airline House, Singapore 819820 |
| 4713181 | + | Smith Dollar, PC, 404 Mendocino Ave., 2nd Fl, Santa Rosa, CA 95401-6360 |
| 4900039 | | Smolansky Fund Limited, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 6450383 | + | Solus Recovery Fund III Master LP, c/o Solus Alternative Asset Management L, 410 Park Avenue, 11th Floor, New York, NY 10022-9436 |
| 6479959 | + | Sonar Credit Partners III, LLC, Attn: Michael Goldberg, P.O. Box 727, Armonk, NY 10504-0727 |
| 4628096 | + | Sophia J.H. Jing, FVP & General Manager, Taipei Fubon Bank,, New York Agency, 100 Wall Street, 14th Floor, New York, NY 10005-3701 |
| 4682894 | | Sophia Ree, Landman Corsi Ballaine, & Ford, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 4757918 | | Sophie Ree, LANDMAN CORSI BALLAINE & FORD, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 6962906 | + | Squire Patton Boggs (US) LLP, Attorneys for Buckeye Tobacco, Settlement Financing Authority, Attn: Mitchell R. Berger, 2550 M Street, NW Washington, DC 20037-1301 |
| 4632591 | | Standard & Poor's, c/o Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 4628081 | + | Standard Chartered Bank, 1 Madison Ave., New York, NY 10010-3603 |
| 4628079 | | Standard Chartered Bank, One Madison Avenue, New York, NY 10010 ? 3603 |
| 5092653 | | Standard Chartered Bank (Hong Kong) Limited, 21 /F Standard Chartered Tower, 388 Kwun Tong Road, Hong Kong |
| 4855466 | + | State Bank of Long Island, c/o Frank Dell'Amore, Esq., 300 Garden City Plaza, Garden City, New York 11530, ( 11530-3302 |
| 6159690 | + | State Street Custodial Services (Ireland) Limited,, c/o Nixon Peabody LLP, Attn: Chris Desiderio, 437 Madison Avenue, New York, NY 10022-7039 |
| 4689476 | #+ | Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, 31st Floor, New York, New York 10017-5721, Attn: Edmond P. O'Brien, Esq. |
| 4638464 | + | Stephanie Thomas, Assistant Chief Counsel, Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W. Washington, D.C. 20005-4026 |
| 4641616 | + | Stephanie Wickouski, Esq., DRINKER BIDDLE & REATH LLP, 140 Broadway, 39th Floor, New York, New York 10005-1165 |
| 4635826 | + | Stephen D. Lerner (SL 7598), Squire, Sanders & Dempsey L.L.P., 221 E. Fourth Street, Suite 2900, Cincinnati, Ohio 45202-4095 |
| 5274813 | + | Stephen J. Edelman, P.O. Box 4914, Incline Village, NV 89450-4914 |
| 4685807 | + | Stephen J. Shimshak, PAUL, WEISS, RIFKIND,, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 4628058 | | Stephen Small Vice President, Head of Financial Institutions, Bank of Tokyo-Mitsubishi, UFJ Trust Company, 1251 Avenue of the Americas New York, New York 10020-1104 |
| 5165170 | + | Stephen Zide, Esq., KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036-2714 |
| 5727244 | + | Steven A. Hansen, c/o Duncan E. Barber, Bieging Shapiro & Barber LLP, 4582 So. Ulster St. Pkwy, #1650, Denver, CO 80237-2686 |
| 4643612 | + | Steven D. Ginsburg, Esq., Adorno & Yoss LLP, 2525 Ponce de Leon Blvd., Suite 400, Miami, FL 33134-6044 |
| 5849663 | + | Steven D. Usdin, Esquire, Flaster/Greenberg, P.C., 4 Penn Center, 2nd Floor, 1600 J.F.K. Boulevard, Philadelphia, PA 19103-2852 |
| 4643585 | | Steven E. Fineman, Esq., Lieff, Cabraser, Heiman, & Bernstein, LLP, 780 Third Avenue, 48th Floor, New York, NY 10017-2024 |
| 4642702 | | Steven E. Fineman, Esq., Lieff, Cabraser, Heimann, & Bernstein, LLP, 780 Third Avenue, 48th Floor, New York, NY 10017-2024 |
| 4625248 | + | Steven N. Cousins, Esq., Susan K. Ehlers, Esq., Armstrong Teasdale LLP, One Metropolitan Square, Suite 2600 St. Louis, MO 63102-2742 |
| 4644355 | + | Steven T. Gubner, Esq., Corey R. Weber, Esq., Ezra Brutzkus Gubner LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911 |
| 4623975 | + | Steven W. Perlstein, KOBRE & KIM LLP, 800 Third Avenue, New York, New York 10022-7775 |
| 4847315 | + | Steven Wolowitz, Brian Trust, Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4644427 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, NY 10022, Attn: Alec P. Ostrow, Constantine Pourakis 10022-5813 |
| 4620854 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, NY 10022, Attn: Chester B. Salomon, Esq., Constantine D. Pourakis, Esq. 10022-5813 |
| 4648749 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, NY 10022-5813, Attn: Alec P. Ostrow |
| 5807037 | | Stichting Vrienden Van Radar, MAASBOULEVARD 1, Maastricht, 6211 JW, NETHERLANDS |
| 5045683 | + | Stone Lion Portfolio L.P., Stone Lion Capital Partners L.P., 461 5th Avenue, 14th Floor, New York, NY 10017-7719 |
| 4757905 | + | Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982, Attention: Harold A. Olsen, Esq. 10038-4982 |
| 6625355 | + | Sullivan & Cromwell LLP, Attn: Kenneth M. Raisler, 125 Broad Street, New York, New York 10004-2498 |
| 5309139 | + | Sullivan & Cromwell LLP, Attention: Bruce E. Clark, Esq., Edward M. Grauman, Esq., 125 Broad Street, New York, New York 10004-2400 |
| 6625356 | + | Sullivan & Cromwell LLP, Attn: Kathleen S. McArthur, 1700 New York Ave. N.W., Washington, D.C. 20006-5201 |
| 4629482 | + | Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004-2498, Attn: Hydee R. Feldstein, Esq. |
| 4629481 | + | Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004-2498, Attn: Robin B. Lacy, Esq. |
| 4643354 | + | Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004-2498, Attn: Robinson B. Lacy, Esq. |
| 5150427 | | Summit Capital Partners, LP, 1984 E. 1st St., Brooklyn, NY 11223-2943 |
| 5133751 | + | Summit Petroleum Limited, F/K/A Oranje-Nassau (U.K.) Limited, c/o Lisa Beckerman, Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park New York, NY 10036-6730 |
| 5450937 | | Sunset Partners, 227 Sunset AVB, Ringewood, NJ 07450-2420, USA 07450-2420 |
| 4633892 | + | Susheel Kirpalani, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES,LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4679320 | + | Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC 20004-2415 |

| | | |
|---|---|---|
| 4678376 | + | Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC 20004-2415, Attn: Mark D. Sherrill |
| 4672278 | + | Sutherland Asbill & Brennan LLP, Attn: Mark D. Sherrill, 1275 Pennsylvania Avenue, NW, Washington, DC 20004-2415 |
| 4672277 | | Sutherland Asbill & Brennan LLP, Attn: Paul B. Turner, Two Houston Center, 919 Fannin, Suite 2200, Houston, Texas 77010 |
| 4674624 | + | Suzanne M. Klar, Esq., 80 Park Plaza, T5D, Newark, New Jersey 07102-4109 |
| 4628061 | + | Svenska Handelsbanken, 153 E. 53rd St 37th Floor, New York, NY 10022-4646 |
| 4751523 | + | Swedbank AB, New York Branch, c/o DLA Piper LLP (US), John McNicholas, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 5673716 | + | Syncora Guarantee, Inc., 825 Eighth Avenue, 24th Floor, New York, New York 10019-7570 |
| 5186918 | | Systema Vita Compagnia di Assicurazioni S.p.A., Via Semiglia, 20161 Milan, Italy |
| 6436586 | + | TAMIA ALLEN, 3661 MONTICELLO ST, DOUGLASVILLE, GA 30135-7721 |
| 5788966 | | TANG, CHE KWAN, ROOM 12 7/F BOUNDARY BUILDING, 2 BOUNDARY STREET, KoWLOON, HONG KONG |
| 4676975 | ++++ | TERESA A. OXFORD, ESQ, INVESCO AIM MANAGEMENT GROUP, INC., 11 GREENWAY PLZ STE 1000, HOUSTON TX 77046-1147 address filed with court:, Teresa A. Oxford, Esq., Invesco Aim Management Group, Inc., 11 Greenway Plaza. Suite 100, Houston, Texas 77046-1173 |
| 4710335 | + | THOMAS G. MACAULEY, ESQ., VIRGINIA WHITEHILL GULDI, ESQUIRE, ZUCKERMAN SPAEDER LLP, 919 MARKET STREET, SUITE 990, P.O. BOX 1028 WILMINGTON, DE 19899-1028 |
| 4658639 | + | TROUTMAN SANDERS LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn.: Hollace T. Cohen, Esq. Paul H. Deutch, Esq. 10174-0002 |
| 4646707 | + | TROUTMAN SANDERS LLP, Attn: Paul H. Deutch, Esq., The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-0002 |
| 4642233 | + | TROUTMAN SANDERS LLP, Attn: Hollace T. Cohen, Esq., The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-0002 |
| 4628095 | + | Taipei Fubon Bank, New, York Agency, 100 Wall Street, 14th, Floor, NY NY 10005-3701 |
| 4631749 | | Telecom Italia Capital S.A., c/o Raniero D'Aversa, Jr., Esq., Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103-0001 |
| 4962310 | + | Temple Health System Transport Team, Inc., c/o James Wellons, Senior Counsel, Temple University Health Systems, Inc., 2450 W. Hunting Park Ave., Philadelphia, PA 19129-1398 |
| 4962311 | + | Temple Physicians, Inc., c/o James Wellons, Senior Counsel, Temple University Health Systems, Inc., 2450 W. Hunting Park Ave., Philadelphia, PA 19129-1398 |
| 4962313 | + | Temple University Health Systems, Inc., c/o James Wellons, Senior Counsel, Temple University Health Systems, Inc., 2450 W. Hunting Park Ave., Philadelphia, PA 19129-1398 |
| 4962312 | + | Temple University Hospital, c/o James Wellons, Senior Counsel, Temple University Health Systems, Inc., 2450 W. Hunting Park Ave., Philadelphia, PA 19129-1398 |
| 4628056 | | Tetsuhiro Tomata, General Manager, Financial Institutions, Business Div. 2 Shinsei Bank Ltd., 1-8, Uchisaiwaicho 2-Chome, Chiyoda-Ku,Tokyo 100-8501,Japan |
| 5320381 | + | Thaler & Gertler, LLP, Attorneys for The August '86 Trust, 90 Merrick Avenue; Suite 400, East Meadow, New York 11554-1500 |
| 5290622 | + | The August'86 Trust, c/o Thaler & Gertler, LLP, 90 Merrick Avenue; Suite 400, East Meadow, New York 11554-1500 |
| 4628046 | + | The Bank of New York, Mellon Corporation, 101 Barclay Street, New York, NY 10286-0001, Attn: Chris O'Mahoney |
| 4628067 | | The Bank of Nova Scotia, Singapore Branch, 1 Raffles Quay #20-01, One Raffles Quay North Tower, Singapore 048583 |
| 4626254 | + | The Bank of Tokyo-Mitsubishi UFJ, Ltd., 1251 Avenue of the Americas, New York, NY 10020-1168, Attn: Monique L. Morreale, Esq. |
| 4643878 | + | The Central Puget Sound Regional Transit Authority, c/o Joanne K. Lipson, Crocker Kuno PLLC, 720 Olive Way, Suite 1000, Seattle, WA 98101-1881 |
| 5441036 | + | The City of New York, New York City Law Department, 100 Church Street, New York, New York 10007-2668 |
| 5441829 | + | The City of New York, New York City Law Department, Attn: Joshua M. Wolf, 100 Church Street, Room 5-199, New York, New York 10007-2601 |
| 5717975 | + | The Commonwealth of Puerto Rico, and Puerto Rico Sales Tax Financing Corp, c/o NIXON PEABODY, LLP (Attn: Mark N. Be, 437 Madison Avenue, New York, NY 10022-7001 |
| 4676908 | + | The Kiyo Bank, Ltd., c/o Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, TX 77010-1026 |
| 4676909 | + | The Kyoei Fire & Marine Insurance Company, Ltd., c/o Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, TX 77010-1026 |
| 6740555 | + | The Locator Services Group Ltd., 280 Summer Street, Suite 400, Boston, Massachusetts 02210-1131, Attn: Kim Sawyer |
| 4665631 | + | The NASDAQ OMX Group, Inc. and its subsidiaries an, C/o: Skadden, Arps, Slate, Meagher & Flo, Attn: Sally McDonald Henry, Four Times Square, New York, New York 10036-6522 |
| 5177832 | + | The Varde Fund VIII, L.P., 8500 Normandale Lake Blvd., Suite 500, Minneapolis, MN 55437-3813 |
| 4629236 | + | Thomas E. MacWright Jr., WHITE & CASE LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard Miami, Florida 33131-2346 |
| 4642701 | + | Thomas J. Moloney, Esq., Cleary Gottlieb Steen, & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 4686732 | + | Thomas J. Moloney, Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| 5878037 | | Thomas J. Welsh, Esq., Orrick, Herrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento, CA 95814-4497 |
| 5301289 | + | Thomas John Wright, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, New York 10004-2498 |
| 4687737 | + | Thomas L. Kent, Esq., Lawrence MittmaN, Esq,, PAUL HASTINGS JANOFSKY & Walker LLP, 75 East 55th Street, New York, NY 10022 Thomaskent@paulhastings.com 10022 |
| 4688168 | | Thomas L. Kent, Esq., Lawrence Mittman, Esq., Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022 |
| 5188328 | + | Thomas P. Ogden, Alicia Llosa Chang, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017-3982 |
| 5189023 | + | Thomas P. Ogden, James I. McClammyAlicia Llosa Chang, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4639620 | | Thomas R. Slome (TS-0957), Jil Mazer-Marino (JM-6470), Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194 Garden City, New York 11530-9194 |
| 4622135 | + | Thomas R. Slome, Esq., Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, Garden City, New York 11530-9882 |

| | | |
|---|---|---|
| 5139400 | + | Thomas R. Trowbridge, III (TT 7164), BAKER BOTTS L.L.P., 30 Rockefeller Plaza, New York, New York 10112-4498, Telephone: 212.408.2500 Facsimile: 212.408. 10112-4498 |
| 4643340 | + | Tiger Asia Fund, L.P. & Overseas Fund, Ltd., c/o Evan C. Hollander, Esq., WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2711 |
| 4687638 | + | Tiger Asia Fund, L.P. and, Tiger Asia Overseas Fund, Ltd., C/o Evan C. Hollander, Esq., White & Case LLP, 1155 Avenue of the Americas New York, New York 10036-2711 |
| 4634807 | + | Tiger Asia Fund, L.P. and, Tiger Asia Overseas Fund, Ltd., c/o Evan C. Hollander, Esq., White & Case LLP, 1155 Avenue of the Americas New York, NY 10036-2711 |
| 6147181 | | Tillema H., Margrietlaan 21, Baflo,, 9953 PB, NETHERLANDS |
| 4626259 | + | Timothy F. Nixon, Esq., GODFREY & KAHN, S.C., 780 North Water Street, Milwaukee, WI 53202-3512 |
| 6421412 | + | Timothy P. Harkness, Esq., Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022-4664 |
| 4641623 | + | Timothy R. Wheeler, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, NY 10020-1104 |
| 4624060 | + | Timothy T. Brock, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169-1199 |
| 4641618 | + | Timothy W. Brink, Matthew T. Klepper, DLA Piper LLP (US), 203 North LaSalle Street, Suite 1900 Chicago, Illinois 60601-1263 |
| 4628050 | | Timothy White Managing Director, Head of Originations Corporate, and Investment Banking Department, 1251 Avenue of the Americas,32nd Floor, New York, NY 10020-1104 |
| 5021612 | + | Tobin & Tobin, John P. Christian, Esq., 500 Sansome Street, 8th Floor, San Francisco, California 94111-3224 |
| 4677417 | + | Todd E. Duffy, Esq., James E. Atkins, Esq., Duffy & Atkins LLP, Seven Penn Plaza, Suite 420, New York, NY 10001-0023 |
| 5696802 | | Todiks, NV, Weertersteenweg 93,, Maaseik, 3680, , BELGIUM 3680 |
| 5710454 | + | Todtman, Nachamie, Spizz & Johns, P.C., 425 Park Avenue, New York, NY 10022, Attn: Wesley Chen, Arthur Goldstein,, Jill Makower 10022-3506 |
| 5940606 | | Trilantic Capital Partners IV (Europe) LP, 35 Portman Square, London, England W1H 6LR |
| 4634654 | + | Triple Point Technology, Inc., 301 Riverside Avenue, Westport, CT 06880-4806 |
| 4635095 | + | Triple Point Technology, Inc., c/o Gregory B. Schiller, Esq., Zeisler & Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605-1701 |
| 4621200 | + | Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-0002, Attn: Hollace T. Cohen, Esq. Attn: Paul H. Deuthch, Esq. |
| 4641628 | | True Friend 4th Securitization Specialty Co., LTD., 27-1, Yoido-dong, Youngdungpo-gu, Seoul, 150-745, Korea |
| 5066313 | + | Turnberry Leveraged Credit Master LP, c/o Seward & Kissel LLP, Attn: Justin L. Shearer, Esq, One Battery Park Plaza, New York, NY 10004-1485 |
| 4819165 | + | Twisted Pair Solutions Inc., 3131 Elliot Avenue, Suite 200, Seattle, WA 98121-3044 |
| 4753072 | + | U.S. Department of Health and Human Services, c/o AUSA Danna Drori, U.S. Attorney's Office, 86 Chambers St., 3rd floor, New York, NY 10007-2632 |
| 4628057 | | UFJ Bank Limited, 2-7-1,Marunouchi Chiyoda-ku, TKY 100-8388 Japan |
| 5740078 | | URS Schlep and Joanna Sohiz, Hoeheweg 37, CH-3053, Muenchem Badser, Germany |
| 6362929 | + | US Debt Recovery V, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085 |
| 5731001 | | Ulrich Westphal, Oberst. 19, 45468 Mulheim / Ruhr, Germany |
| 4705520 | + | Utah State Bar, c/o Katherine A. Fox, 645 South 200 East, Salt Lake City, Ut 84111-3837 |
| 6371390 | | VALENZUELA MARIN, MARIA L. & PEDRO LUIS & JORGE HU, LUIS RODERIGUEA VEKLASCO 4717 OFC.02, Santiago, Chile |
| 5793013 | | VAN DEN HEUVEL, B.J.M., DE BEETHOF 11, NUENEN, 5673 LV, NETHERLANDS, |
| 5807511 | | VAN DUINKERKEN, J. & VAN DUINKERKEN-PROPER, G., OUDE LAGEWEG 167, AMERSFOORT, 3821 CG, NETHERLANDS, |
| 5613409 | + | VINING-SPARKS IBG, LIMITED PARTNERSHIP, 775 Ridge Lake Boulevard, Memphis, TN 38120-9459 |
| 4672275 | + | Vadim J. Rubinstein, Esq., Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-1895 |
| 5711390 | | Valkenborgs, Roger, Schansstraat 95, Heusden-Zolder 3550, BELGIUM |
| 5711389 | | Van Der Eynde Meysder, Virgiweide 22, Borgerhout 2140, BELGIUM |
| 4639624 | + | Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019-6708, Attn: Erin Zavalkoff-Babej, Esq. |
| 4622132 | + | Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019-6708, Attn: Michael J. Edelman, Esq. |
| 4639623 | | Vedder Price P.C., 222 N. LaSalle Street, Chicago, Illinois 60601-1003 |
| 4643339 | + | Venable LLP, Rockefeller Center, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020-1806 |
| 4758917 | + | Venable LLP, 750 East Pratt Street, Sutie 900, Baltimore, MD 21202-3142, Attn: Lisa Bittle Tancredi, Esq. |
| 4649115 | + | Venable LLP, Rockefeller Center, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, Attention: Edward A. Smith, Esq. 10020-1700 |
| 5723562 | | Vermin, J.M.N., Schubertlaan 118, Maassluis,, Netherlands |
| 4678321 | + | Vinson & Elkins L.L.P., 666 Fifth Avenue, 27th Floor, New York, New York 10103-0001, Attn: Steven M. Abramowitz |
| 6425267 | + | Virgilio Casuple, 57 Edgar Place, Nutley, NJ 07110-1747 |
| 5897436 | + | Vlasic Investments, L.L.C., C/o Michael Vlasic, 38710 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304-5073 |
| 4628448 | + | Vollers Excavating & Construction, Inc., 3311 U.S. Hwy 22, North Branch, NJ 08876, c/o Sheak & Korzun, PC, 1 Washington Crossing Road Pennington, NJ 08534-3506 |
| 4628451 | + | Vollers Excavating & Construction, Inc., 3311 U.S. Hwy. 22, North Branch, NJ 08867, c/o Sheak & Korzun, PC, 1 Washington Crossing Road Pennington, NJ 08534-3506 |
| 4628638 | + | Vollers Excavating & Construction, Inc., 3311 U.S. Hwy. 22, North Brancn, NJ 08876, c/o Sheak & Korzun, PC, 1 Washington Crossing Road Pennington, NJ 08534-3506 |
| 4819164 | #+ | VonWin Capital Management, LP, Attn: Roger Von Spiegel, Managing Direc, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| 5214718 | + | W. Timothy Miller, Esq., Taft Stettinius & Hollister LLP, 425 Walnut Street, Ste. 1800, Cincinnati, OH 45202-3920 |
| 4676933 | + | WIGGIN AND DANA LLP, 185 Asylum Street, Hartford, CT 06103-3458 |
| 6159630 | | WONG, YAU LAP PAULA, E3, CASA PARADIZO, 83, SAN TAM ROAD, YUEN LONG, N.T.,, HONG KONG, |

District/off: 0208-1                          User: admin                                          Page 26 of 297
Date Rcvd: Sep 30, 2022                       Form ID: 144                                   Total Noticed: 1386

| | | |
|---|---|---|
| 5253301 | + | Walter B. Stuart, Esq., Patrick D. Oh, Esq., Freshfields Bruckhaus Deringer US LLP, 520 Madison Avenue, 34th Floor, New York, NY 10022-4329 |
| 4623967 | + | Walter Benzija, Esq., Julie D. Dyas, Esq., HALPERIN BATTAGLIA RAICHT, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022-3423 |
| 4672274 | + | Walter H. Curchack, Esq., Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-1895 |
| 4670637 | + | Walter H. Curchack, Esq., Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154-1895 |
| 5906853 | + | Walter Yetnikoff, 181 East 90th Street, Apt 24B, New York, NY 10128-2395 |
| 5098438 | + | Washington National Insurance Company, c/o 40/86 Advisors, Inc., Jeffrey M. Stautz, General Counsel, 535 N. College Drive, Carmel, IN 46032-5622 |
| 6492688 | + | Waters, A. Mr., 2300 Durwood Road, Little Rock, AR 72207-3431 |
| 4900016 | | Waterstone Market Neutral Mac 51 Ltd, c/o Prime Brokerage & Trading, Man, Inves, Lower Thames Street, Attention: Kirsten Rogers, London, EC3R 6DU United Kingdom |
| 5072755 | + | Watson, Farley & Williams (New York) LLP, Christopher P. Belisle, Jane Freeberg Sarma, 1133 Avenue of the Americas, New York, NY 10036-6710 |
| 5398563 | | Wellington Management Company, LLP, c/o Mark N. Berman, NIXON PEABODY, LLP 100, Summer Street, Boston, MA 02110 |
| 4658972 | + | Wendy H. Zoberman, Esq., Berman DeValerio Pease Tabacco, Burt & Pucillo, Esperante Bldg., Suite 900, 222 Lakeview Avenue West Palm Beach, FL 33401-6145 |
| 4642241 | + | Wendy H. Zoberman, Esq., Berman DeValerio Pease, et al, Esperante Bldg., Suite 900, 222 Lakeview Avenue, West Palm Beach, FL 33401-6145 |
| 5218371 | + | West Palm Beach Police Pension Fund, c/o Luis E. Lorenzana, Scott+Scott LLP, 600 B Street, Suite 1500, San Diego, CA 92101-4596 |
| 4902104 | + | Westchester County, 148 Martine Avenue, White Plains, NY 10601-3311 |
| 4621892 | + | Wilbur F. Foster, Jr., MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 4625485 | + | William C. Heuer, Esq., Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4625220 | + | William F. Taylor, Jr., Esq., McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801-3715 |
| 4625247 | + | William F. Taylor, Jr., Esquire, McCarter & English, LLP, Renaissance Centre, 8th Floor, 405 North King Street, Wilmington, DE 19801-3715 |
| 4682895 | | William G. Ballaine, Landman Corsi Ballaine, & Ford, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 4785110 | + | William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 5764873 | | William P. Weintraub, Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, NY 10036-6516 |
| 4628074 | + | William Warren Smith, Chief Loan Officer, Deputy, General Manager, Bank of China, New York Branch, 410 Madison Avenue New York, NY 10017-1174 |
| 4626277 | | Willkie Far & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |
| 4651779 | + | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attention: Marc Abrams, Esq. 10019-6099 |
| 4621833 | | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Benito Romano, Esq. |
| 4639618 | | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Dan C. Kozusko, Esq. |
| 4621831 | | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Mark Abrams, Esq. |
| 4639617 | | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Roger Netzer, Esq. |
| 4621832 | | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Shelley Chapman, Esq. |
| 4621206 | + | Wilmington Trust Company, 520 Madison Avenue, 33rd Floor, New York, New York 10022, Attention: James J. McGinley 10022-4330 |
| 4621154 | + | Wilmington Trust Company, 520 Madison Avenue, 33rd Floor, New York, New York 10022-4330 |
| 6041696 | + | Wilmington Trust Company, as Trustee, c/o John C. Weitnauer, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| 4621207 | + | Wilmington Trust FSB, 8400 Normandale Lake Blvd., Suite 925, Bloomington, Minnesota 55437, Attention: Julie J. Becker 55437-1085 |
| 6978506 | + | Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Attorneys for John L. Scott, Inc., 1133 Westchester Avenue, White Plains, NY 10604-3516 |
| 5730996 | | Wim Koppenberg, 37 B Academy Street, PO Box 607, Franschhoek, 7690 South Africa |
| 5723718 | + | Xavier University, c/o Nixon Peabody LLP, Mark N. Berman, 437 Madison Avenue, New York, NY 10022-7001 |
| 5786417 | | YIU LUI YEUNG, HONG KONG GARDEN, TSING LUNG TAU, TSUEN WAN, NT,, HONG KONG, |
| 4628060 | + | Yas Imai, Senior Vice President, Head of Financial Institutions Group, Sumitomo Mitsui Banking Corporation, 277 Park Avenue, New York, NY 10172-0077 |
| 5682360 | + | Year Up, Inc., 99 Summer Street, 5th Floor, Boston, MA 02110-1213, Attn: S. Meehan |
| 5384611 | + | York Multi-Strategy Master Fund, L.P., 767 Fifth Avenue, 17th Floor, New York, NY 10153-0028 |
| 6158374 | + | Zais Investment Grade Limited II, c/o Nixon Peabody LLP, Attn: Chris Desiderio, 437 Madison Avenue, New York, NY 10022-7039 |
| 5731002 | | Zurbaran Ltd, 4209 Tower One, Lippo Centre, 89 Queensway Admiralty, Hong Kong |
| 5732810 | | Zurbaran Ltd, Room 4209, Tower One, Lippo Centre, 89 Queensway, Admiralty, Hong Kong |
| 5273732 | + | c/o James J. Tancredi, Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103-1212 |
| 7076782 | + | c/o James P. Berg, Esq., Parker Ibrahim & Berg LLC, 270 Davidson Avenue, Somerset, NJ 08873-4150 |
| 4628528 | | c/o Paul, Hastings, Janofsky & Walker LLP, Attn: Harvey A. Strickon, 75 East 55th Street, New York, NY 10022-3205 |
| 4635320 | + | i-Deal LLC, C/O Meister Seelig & Fein LLC, 2 Grand Central Tower, New York, New York 10017-5684 |
| 4635310 | + | i-Deal LLC, 1359 Broadway, 2nd Floor, New York, New York 10018-7123 |

TOTAL: 1299

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2022 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Sep 30 2022 18:47:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 30 2022 18:47:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 30 2022 18:47:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Sep 30 2022 18:47:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 5276724 | + | Email/Text: jteichman@lightstonegroup.com | Sep 30 2022 18:47:00 | 1407 Broadway Real Estate LLC, c/o The Lightstone Group, 1985 Cedar Bridge Ave., Suite 1, Lakewood, NJ 08701-7031, Attn: Joseph Teichman |
| 7743163 | + | Email/Text: dpick@picklaw.net | Sep 30 2022 18:47:00 | AIM Mortgage LLC, c/o Pick & Zabicki LLP, 369 Lexington Ave., 12th Fl., New York, NY 10017-6527 |
| 4676927 | + | Email/Text: andrew.silfen@arentfox.com | Sep 30 2022 18:47:00 | ARENT FOX LLP, Christopher J. Giaimo, Esq., 1050 Connecticute Avenue, NW, Washington, DC 20036-5369 |
| 4687524 | + | Email/Text: g17768@att.com | Sep 30 2022 18:47:00 | AT&T Services Inc., Law Group Counsel, One AT&T Way, Room 3A218, Bedminster, New Jersey 07921-2693, Attn: James W. Grudus |
| 5311053 | + | Email/Text: collectionsteam@alpinebank.com | Sep 30 2022 18:47:00 | Alpine Bank, 0350 Highway 133, Carbondale, CO 81623-1596 |
| 4959527 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2022 18:54:52 | American Express Travel Related Services Co Inc, Corp Card, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4676928 | + | Email/Text: andrew.silfen@arentfox.com | Sep 30 2022 18:47:00 | Arent Fox LLP, Hunter T. Carter, Esq., 1675 Broadway, New York, New York 10019-5820 |
| 4633984 | + | Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | Arlington ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 7115483 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2022 18:54:48 | Attn: BMW Bank of North America Department, Ascension Capital Group, Account: XXXX7888, P.O. Box 165028, Irving, TX 75016-5028 |
| 4633986 | + | Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | Burleson ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 4728621 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 18:54:53 | Citibank (South Dakota) N.A., DBA:, 4740 121St St., Urbandale, IA 50323 |
| 4917281 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 18:54:45 | Citibank South Dakota NA, DBA, 4740 121st St, Urbandale, IA 50323 |
| 4628780 | | Email/Text: CreditNotices@contrariancapital.com | Sep 30 2022 18:47:00 | Contrarian Capital Management, LLC, Attn: Ethan Schwartz, 411 West Putnam Ave., Ste. 425, Greenwich, CT 06830 |
| 4648192 | + | Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | California Independent Systems Operator Corp., c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, N.W., Washington, DC 20005-1723 |
| 4626142 | + | Email/Text: dneier@winston.com | Sep 30 2022 18:47:00 | Capgemini Financial Services USA, Inc., c/o Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002, Attn: Carey D. Schreiber, Esq. |

District/off: 0208-1                        User: admin                                              Page 28 of 297
Date Rcvd: Sep 30, 2022                     Form ID: 144                                          Total Noticed: 1386

| | | | |
|---|---|---|---|
| 4628044 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 18:54:49 | Citibank, NA, 399 Park Avenue, New York, NY 10043-0001, Attn: Wafaa Orfy |
| 4633987 | + Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | City of Burleson, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 4633982 | + Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | City of Farmers Branch, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5098437 | + Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 18:54:44 | Conseco Life Insurance Company, c/o 40/86 Advisors, Inc., Jeffrey M. Stautz, General Counsel, 535 N. College Drive, Carmel, IN 46032-5622 |
| 6458141 | Email/Text: M74banko@mercedes-benz.com | Sep 30 2022 18:47:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 4620084 | + Email/Text: dallas.bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | Dallas County, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson LLP, 2323 Brayn Street, Suite 1600, Dallas, TX 75201-2637 |
| 4627990 | Email/Text: bkrfilings@agg.com | Sep 30 2022 18:47:00 | Darryl S. Laddin, Frank N. White, Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, Georgia 30363-1031 |
| 4643194 | Email/Text: davidwheeler@mvalaw.com | Sep 30 2022 18:47:00 | David B. Wheeler, Esquire, Moore & Van Allen PLLC, 40 Calhoun Street, Suite 300, Post Office Box 22828, Charleston, SC 29413-2828 |
| 4677314 | + Email/Text: dneier@winston.com | Sep 30 2022 18:47:00 | David Neier, WINSTON & STRAWN LLP, 200 Park Avenue, New York, New York 10166-4002 |
| 6425359 | + Email/Text: dsanginari@daypitney.com | Sep 30 2022 18:47:00 | Day Pitney LLP, One Jefferson Road, Parsippany, New Jersey 07054-2891, Attn: Margarita Y. Ginzburg, Esq. |
| 6425360 | + Email/Text: dsanginari@daypitney.com | Sep 30 2022 18:47:00 | Day Pitney LLP, One International Place, Boston, MA 02110-3179, Attn: Daniel J. Carragher, Esq. |
| 5766215 | + Email/Text: vlazo@dyckoneal.com | Sep 30 2022 18:47:00 | Dyck-O'Neal, Inc., P.O. Box 13370, Arlington, TX 76094-0370 |
| 4633884 | + Email/Text: pdelrio@emmetmarvin.com | Sep 30 2022 18:47:00 | Emmet, Marvin & Martin, LLP, 120 Broadway, New York, New York 10271-3291, Attn: Edward P. Zujkowski, Esq. |
| 4758918 | Email/Text: sory@fdlaw.com | Sep 30 2022 18:47:00 | FREDERIC DORWART, LAWYERS, SAMUEL S. ORY, 124 EAST FOURTH STREET, OLD CITY HALL, TURSA, OKLAHOMA 74103 |
| 4626573 | + Email/Text: bankruptcy_notices@freddiemac.com | Sep 30 2022 18:47:00 | Federal Home Loan Mortgage Corporation, 8200 Jones Branch Drive - MS202, McLean, VA 22102-3107 |
| 4675624 | Email/Text: fblegalcounseling@firstbankpr.com | Sep 30 2022 18:47:00 | FirstBank of Puerto Rico, 1519 Ponce de Leon Ave.; Stop 23, PO Box 9146, San Juan, PR 00908-0146 |
| 7544514 | Email/Text: ecfnotices@grosspolowy.com | Sep 30 2022 18:47:00 | Gross Polowy, LLC, Attorneys for Rushmore Loan Management, Services, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, New York 14221 |
| 4986215 | + Email/Text: arapoport@haincapital.com | Sep 30 2022 18:47:00 | Hain Capital Group, LLC, 301 Route 17, North, 7th Floor, Rutherford, NJ 07070-2575 |
| 4986273 | + Email/Text: arapoport@haincapital.com | Sep 30 2022 18:47:00 | Hain Capital Group, LLC, 301 Route 17, North, Rutherford, NJ 07070-2575 |
| 5154009 | + Email/Text: arapoport@haincapital.com | Sep 30 2022 18:47:00 | Hain Capital Holdings, Ltd., 301 Route 17 N, 7th Floor, Rutherford, NJ 07070-2575 |
| 4625281 | + Email/Text: houston_bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | Harris County, c/o John Dillman, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 3064, Houston, TX 77253-3064 |

User: admin
Form ID: 144

| | | | |
|---|---|---|---|
| 4633983 | + Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | Johnson County, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5071925 | + Email/Text: LAWOFFICESJJE@AOL.COM | Sep 30 2022 18:47:00 | Juda J. Epstein, Esq., Law Office of Juda J. Epstein, 3543 Main Street, Second Floor, Bridgeport, CT 06606-3626 |
| 4847289 | + Email/Text: kaf@msf-law.com | Sep 30 2022 18:47:00 | Kevin Fritz, MEISTER SEELIG & FEIN LLP, 2 Grand Central Tower, 19th Floor, 140 East 45th Street, New York, NY 10017-3144 |
| 4620654 | + Email/Text: dallas.bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, 2323 BRYAN STREET SUITE 1600, DALLAS, TX 75201-2637 |
| 5293464 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 30 2022 18:47:00 | MCCALLA RAYMER, LLC, Lureece D. Lewis, Esq., Georgia Bar No. 520077, 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 4643190 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 30 2022 18:47:00 | MCCALLA RAYMER, LLC, Matthew Dyer, Esq., 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 5244150 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 30 2022 18:47:00 | America's Servicing Company, c/o McCALLA RAYMER, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076 |
| 4643076 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 30 2022 18:47:00 | America?s Servicing Company, c/o McCalla, Raymer, et al., Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 4705417 | + Email/Text: wire@mwe.com | Sep 30 2022 18:47:00 | MCDERMOTT WILL & EMERY LLP, COUNSEL FOR MARIE PAPILLON, ATTENTION: NATHAN F. COCO, 227 WEST MONROE STREET, SUITE 4400, CHICAGO, IL 60606-5058 |
| 4633985 | + Email/Text: ebcalvo@pbfcm.com | Sep 30 2022 18:47:00 | Mansfield ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder,et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 4834770 | Email/Text: camanagement@mtb.com | Sep 30 2022 18:47:00 | Manufacturers and Traders Trust Company, Attn: Mark W. Warren, Esq., One M&T Plaza, 12th Floor, Buffalo, New York 14203 |
| 4756676 | + Email/Text: wire@mwe.com | Sep 30 2022 18:47:00 | McDERMOTT WILL & EMERY LLP, Counsel for Marie Papillon, Attention: Gary O. Ravert, 340 Madison Avenue, New York, New York 10173-0002 |
| 5694213 | Email/Text: houston_bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | McLellan County, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 4974723 | Email/Text: ECF@SHERMETA.COM | Sep 30 2022 18:47:00 | Mercedes-Benz Credit Corporation, c/o Shermeta, Adams & Von Allmen, P.C., P.O. Box 80908, Rochester Hills, MI 48308-0908 |
| 4630893 | Email/Text: ecfnotices@dor.mo.gov | Sep 30 2022 18:47:00 | Missouri Department of Revenue, Bankruptcy Unit, Attn: Steven A. Ginther, P.O. Box 475,, Jefferson City, MO 65105-0475 |
| 4650184 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 30 2022 18:47:00 | NYS DEPT OF TAX AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY NY 12205-0300 |
| 4843092 | Email/Text: bankruptcy@njeda.com | Sep 30 2022 18:47:00 | New Jersey Economic Development Authority, 36 West State Street, PO Box 990, Trenton, NJ 08625-0990 |
| 4848374 | Email/Text: nlepore@schnader.com | Sep 30 2022 18:47:00 | Nicholas J. LePore, III, Esq., Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286 |
| 4658637 | + Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Washington, DC 20005-1706, Attention: Debra L. Felder, Esq. 20005-1723 |
| 4648908 | + Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Attention: Jonathan P. Guy, Esq. 20005-1723 |
| 4658634 | + Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Attention: Roger Frankel, Esq. 20005-1723 |
| 4658635 | + Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Attention: Richard H. Wyron, Esq. 20005-1723 |
| 4648909 | + Email/Text: bankruptcynotice@orrick.com | Sep 30 2022 18:47:00 | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Kathleen A. Orr, Esq. 20005-1723 |
| 4657512 | Email/Text: james.canaday@ag.state.mn.us | Sep 30 2022 18:47:00 | Office of the Minnesota Attorney General, Assistant AG Jeremy D. Eiden, 445 Minnesota Street, Ste 900, St. Paul, MN 55101-2127, Attnys for MN State Board of Investment |
| 5766915 | + Email/Text: schristianson@buchalter.com | Sep 30 2022 18:47:00 | Oracle America, Inc., c/o Shawn M. Christianson, Buchalter Nemer PC, 55 2nd St., 17th Fl., San Francisco, cA 94105-3493 |
| 4633879 | + Email/Text: kathy.jorrie@pillsburylaw.com | Sep 30 2022 18:47:00 | PILLSBURY WINTHROP SHAW PITTMAN LLP, William B. Freeman, Esq., Mark D. Houle, Esq., 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406 |
| 6554954 | + Email/Text: ecfbnc@aldridgepite.com | Sep 30 2022 18:47:00 | PennyMac Loan Services, LLC, c/o Aldridge Connors LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 6557800 | + Email/Text: ecfbnc@aldridgepite.com | Sep 30 2022 18:47:00 | PennyMac Loan Services, LLC, c/o Aldridge Connors LLP, Bankruptcy Department, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1627 |
| 4637300 | + Email/Text: bncctnotifications@pbgc.gov | Sep 30 2022 18:47:00 | Pension Benefit Guaranty Corporation, 1200 K Street, N.W., Washington, D.C. 20005-4026 |
| 5929115 | + Email/Text: LAWOFFICESJJE@AOL.COM | Sep 30 2022 18:47:00 | Plymouth Park Tax Services, LLC d/b/a Xspand, c/o Juda J. Epstein, Esq., 3543 Main Street, Second Floor, Bridgeport, CT 06606-3626 |
| 4643054 | + Email/Text: davidwheeler@mvalaw.com | Sep 30 2022 18:47:00 | Public Service of North Carolina, c/o David B. Wheeler, Esq., Moore & Van Allen PLLC, PO Box 22828, Charleston, SC 29413-2828 |
| 4710333 | + Email/Text: sory@fdlaw.com | Sep 30 2022 18:47:00 | SAMUEL S. ORY, 124 EAST FOURTH STREET, OLD CITY HALL, TULSA, OK 74103-5027 |
| 4672280 | + Email/Text: lindsey.springer@shell.com | Sep 30 2022 18:47:44 | Shell Energy North America (US),L.P., Attn: Ann Reynaud, 909 Fannin, Plaza Level 1, Houston, TX 77010-1014 |
| 4644898 | Email/Text: bkrfilings@agg.com | Sep 30 2022 18:47:00 | SunTrust Banks, Inc., c/o Darryl S. Laddin, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363-1031 |
| 4707903 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 30 2022 18:54:52 | T Mobile USA Inc, Attn: Bankruptcy Dept., PO Box 53410, Bellevue, Wa 98015-3410 |
| 5731007 | Email/Text: legal@tannorpartners.com | Sep 30 2022 18:47:00 | Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601 |
| 4665349 | + Email/Text: AGBankRevenue@ag.tn.gov | Sep 30 2022 18:47:00 | TN Dept. of Revenue, c/o TN Attorney General, |

District/off: 0208-1 | User: admin | Page 31 of 297

Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

| Recip ID | | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 20207, Nashville, TN 37202-4015 |
| 5613408 | + | Email/Text: tross@trcmllc.com | Sep 30 2022 18:47:00 | TRC MASTER FUND LLC, 336 Atlantic Avenue Suite 302, East Rockaway, NY 11518-1124 |
| 4620085 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | Tarrant County, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson LLP, 2323 Brayn Street, Suite 1600, Dallas, TX 75201-2637 |
| 4667578 | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 30 2022 18:47:00 | Tennessee Department of Revenue, c/oTN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 4667577 | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 30 2022 18:47:00 | Tennessee Department of Revenue, c/oTN Attorney General's Office, Bankrup, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 5694088 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 30 2022 18:47:00 | Texas Taxing Authorities, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 4625973 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 30 2022 18:47:00 | U.S. Bank National Association, 60 Livingston Avenue, Mailcode EP-MN-WS3D, St. Paul, MN 55107 |
| 4667473 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 30 2022 18:47:00 | U.S. Bank National Association, Mail Station EP-MN-WSID, 60 Livingston Avenue, St. Paul, MN 55107 |
| 4937964 | + | Email/Text: LAWOFFICESJJE@AOL.COM | Sep 30 2022 18:47:00 | Water Pollution Control Authority for the City of, c/o Juda J. Epstein, Esq., 3543 Main Street, Second Floor, Bridgeport, CT 06606-3626 |
| 4688911 | + | Email/Text: dneier@winston.com | Sep 30 2022 18:47:00 | Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193, Attn: David Neier, Esq., dneier@winston.com 10166-0005 |

TOTAL: 87

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | James W. Giddens, as Trustee for the SIPA Liquidat |
| 4627758 | | 8 Sound Shore Associates LLC |
| 4635755 | | AEW Capital Management, LP and Lyon Capital Ventur |
| 4621763 | | AIG Financial Products Corporation |
| 4621764 | | AIG Global Investment Corporation |
| 4628047 | | AOZORA, 1-3-1 Kudan-Minami,, Chiyoda-ku, Tokyo,, 102-8660 |
| 4675541 | | Aberdeen Asset Management, Inc. |
| 4675567 | | Aberdeen Asset Management, Inc. |
| 4675641 | | Airlie CDO I. |
| 4675636 | | Airlie LCDO I (Aviv LCDO 2006-3) |
| 4675637 | | Airlie LCDO II (Pebble Creek 2007-1) |
| 6425254 | | Amit K. Sarkar |
| 6425273 | | Andrew Wideman |
| 4666968 | | Asbury Atlantic, Inc. |
| 4666969 | | Asbury-Solomons, Inc. |
| 4631075 | | Australia and New Zealand Banking Group Limited |
| 4675634 | | Aviv LCDO 2006-1 |
| 4675635 | | Aviv LCDO 2006-2 |
| 4673653 | | BNY Corporate Trustee Services Limited |
| 4619974 | | BP Canada Energy Company |
| 4619973 | | BP Energy Company |
| 5299634 | | Beint, LLC |
| 6091956 | | Brach Eichler LLC, counsel for Thomas Blakeslee |
| 4822836 | | C.V.I G.V.F (Lux) Master S.a.r.l, c/o Carval Investors UK Limited, Knowle Hill Park, Fairmile Lane, Cobham, Surrey KT112PD, United Kingdsom |
| 4649495 | | California Public Employees Retirement System |

| | |
|---|---|
| 4649498 | California Public Employees Retirement System |
| 4620766 | Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets Inc. |
| 4640963 | Charles River Brokerage, LLC |
| 6425270 | Christian E. Stevens |
| 6599390 | Christiane Schuster, Flat 5, 25 Elvaston Place, London SW7 5NL, United Kingdon |
| 4628069 | Chuo Mitsui Trust &, Banking, 3-33-1 Shiba, Minato-ku,, Tokyo, 105-0014 |
| 5691741 | Citibank, N.A. Agency & Trust |
| 4620753 | Citigroup Inc. |
| 4671166 | City and County of Denver, Colorado |
| 4643541 | City of Long Beach |
| 4642227 | Cognizant Technology Solutions |
| 4966130 | Cynthia Swabsin et al |
| 5877494 | Depfa Bank plc |
| 4627402 | Deutsche Bank Securities Inc. |
| 4627433 | Deutsche Bank Securities Inc. |
| 4622082 | Dresdner Kleinwort Group Holdings LLC |
| 6334234 | EFETnet B.V. |
| 4685465 | ElectroScientific Industries Inc. |
| 5476154 | Essex Equity Holdings USA, LLC. |
| 4675627 | Exum Ridge CB0 2006-I |
| 4675628 | Exum Ridge CBO 2006-2 |
| 4675629 | Exum Ridge CBO 2006-4 |
| 4675630 | Exum Ridge CBO 2006-5 |
| 4675631 | Exum Ridge CBO 2007-1 |
| 4675632 | Exum Ridge CBO 2007-2 |
| 4689965 | FTIF Franklin Strategic Income Fund |
| 4625547 | Factiva, Inc. |
| 4621756 | Federal Reserve Bank of New York |
| 4771993 | Fernanda Canales Gonzalez and Rocio Gonzalez De Ca |
| 6156017 | First Trust Strategic High Income Fund II |
| 5601511 | Florida Power & Light Company, and NextEra Energy |
| 4658608 | Florida State Board of Administration |
| 5471912 | Fortis Investment Management Belgium N.V./S.A. |
| 4689964 | Franklin Low Duration Total Return Fund |
| 4689963 | Franklin Total Return Fund |
| 4675568 | Fulton Bank |
| 4677434 | GSEF Al Nawras (Cayman) Limited |
| 7063881 | Hain Capital Holdings, Ltd. |
| 4634054 | Headstrong Services, LLC |
| 4619975 | IGI Resources, Inc. |
| 6922474 | ILLIQUIDX SECURITES LIMITED 80 FLEET STREET LONDON |
| 5551870 | INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOP. |
| 4635151 | IPC Systems, Inc. |
| 5189153 | Intel Corporation |
| 6368347 | International Assets Advisory, LLC |
| 6368349 | International Assets Advisory, LLC |
| 5707786 | International Domestic Balanced Fund |
| 5912147 | J.P. Morgan Securities plc |
| 5912153 | J.P. Morgan Securities plc |
| 5261204 | James A. Timko, Shutts & Bowen LLP, Alan Marder & Jil Mazer-Marino, Meyer Suozzi English & Klein PC |
| 5320387 | James J. Tancredi, Esq., Day Pitney LLP, 242 Trumbull Street |
| 6455633 | Junta Administradora de Credican, C.A. |
| 4667676 | Koji Nomura, Joint General Manager, Financial Institutions Division, Aozora Bank, Ltd., 1-3-1 Kudan Minami, Chiyoda-Ku Tokyo, 102-8660 |
| 4628048 | Koji Nomura, Joint General Manager, Financial Institutions Div., Aozora Bank, Ltd., 1-3-1 Kudan-Minami,, Chiyoda-ku, Tokyo,102-8660 |
| 4658640 | Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attention: Thomas Moers Mayer, Esq., Philip Bentley, Esq., Gordon Z. Novod, Esq. |
| 6425216 | Lars P. Jacobson |
| 6425253 | Mary Langevin |
| 5046323 | Merrill Lynch International |
| 6569687 | Michigan Department of Treasury |
| 5600985 | Monarch Alternative Capital LP |

| | |
|---|---|
| 4621614 | Monument Realty LLC |
| 6366440 | Multigestores FI/, Alberto Del Riego Orta, Serrano 88 5 Planta, Madrid, |
| 4625717 | National Bank of Canada Inc., National Bank of Can |
| 4628075 | Nippon Life Insurance Co., 1-6-6, Marunouchi,, Chiyoda-ku, Tokyo, 100-8288? |
| 4628070 | Noriyuki Tsumura, Chuo Mitsui Trust & Banking, 3-33-1 Shiba, Minato-ku,, Tokyo, 105-0014 |
| 4676968 | ORRICK HERRINGTON & SUTCLIFFE LLP, 666 Fifth Avenue, New York, NY 10103-0001, Attention: Raniero D?Aversa, Jr., Esq., Weston T. Eguchi, Esq., Courtney M. Rogers, Esq. |
| 4658638 | ORRICK, HERRINGTON & SUTCLIFFE LLP, 666 Fifth Avenue, New York, NY 10103-0001, Attention: Lorraine S. McGowen, Esq., Raniero D'Aversa, Jr., Esq., Courtney M. Rogers, Esq. |
| 4640344 | Parsec Trading Corp. |
| 5944456 | Paulson Credit Opportunities Master Ltd. |
| 4675638 | Pebble Creek LCDO 2006-1 |
| 4675642 | Pebble Creek LCDO 2007-2, LLC |
| 4675639 | Pebble Creek LCDO 2007-3 |
| 4675625 | Pentwater Capital Management, LP |
| 5363290 | Phoenix Life Limited |
| 4658827 | Pietro Ferrero |
| 4643015 | Public Service of North Carolina |
| 4682954 | Pyrrhuloxia, LP |
| 4656653 | Rizal Commercial Banking Corporation |
| 4675633 | SGS HYCredit Fund I (Exum Ridge CBO 2006-3) |
| 5072751 | SILVERMANACAMPORA LLP, 100 Jericho Quadrangle, Suite 300, Attn: Ronald J. Friedman |
| 5216980 | SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG, SLB Leasing-Fonds GmbH & Co Uranus KG |
| 4620768 | SOCIETE GENERALE |
| 4623949 | SP4 190 S. LaSalle, L.P. |
| 4652184 | Salem Five Cents Savings Bank |
| 5989402 | Sankaty Advisors, LLC, Sankaty Credit Opportunities I, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Special Situations I, L.P. |
| 5989406 | Sankaty Advisors, LLC, Sankaty Credit Opportunities I, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Special Situations I, L.P. |
| 6672048 | Serengeti Asset Management, LP |
| 4669769 | Shell Energy North America (US), L.P. |
| 4669720 | Shell Energy North America (US), LP |
| 4669718 | Shell Trading (US) Company |
| 4669768 | Shell Trading (US) Company |
| 6125237 | Sorensn, Ossur, Dalatrod 9, Postbox 1163, Torshavn, FO-110, Faroe Islands, |
| 4682222 | Stamford Associates L.P. |
| 6403059 | Sterne Agee UK LLP, 11 Ironmonger Lane, London EC2V 8EY |
| 5697402 | Stibbe N.V. |
| 5697405 | Stibbe N.V. |
| 4628059 | Sumitomo Mitsubishi, Banking Corp, 13-6 Nihobashi-, Kodenma-Cho, Chuo-ku,, Tokyo, 103-0001 |
| 4620767 | Sumitomo Mitsui Banking Corporation, SMBC Capital Markets, Inc., Sumitomo Mitsui Banking Corporation Brus |
| 4667675 | Susan Minehan, Senior Counsel, Aozora Bank, Ltd., 1-3-1 Kudan Minami, Chiyoda-Ku Tokyo, 102-8660 |
| 4625278 | Svenska Handelsbanken AB (publ) |
| 5593307 | Swift Master Auto Recievables Trust |
| 5249245 | TPG Opportunity Fund I, L.P. |
| 5249246 | TPG Opportunity Fund III, L.P. |
| 4628076 | Takayuki Murai, Deputy General Manager, Corporate Finance Dept. #1, Nippon Life Insurance Co., 1-6-6, Marunouchi, Chiyodaku,, Tokyo, 100-8288 |
| 4631750 | Telecom Italia Capital S.A. |
| 4631876 | Telecom Italia Capital S.A. |
| 4631879 | Telecom Italia Capital S.A. |
| 4631886 | Telecom Italia Capital S.A. |
| 4689961 | Templeton Global Bond Fund |
| 4689962 | Templeton Global Total Return Fund |
| 4628045 | The Bank of New York, One Canada Square, Canary Wharf, London E14 5AL, Attn: Raymond Morison |
| 4621126 | The Bank of New York Mellon |
| 4761526 | The Nishi-Nippon City Bank, Ltd. |
| 5725593 | The United Company c/o Teitelbaum & Baskin, LLP |
| 6091994 | Thomas Blakeslee |
| 6104829 | Thomas P. Blakeslee |
| 4625970 | Timothy F. Nixon, Esq., Jennifer B. Herzog, Esq., Godfrey & Kahn, S.C., 780 North Water Street |
| 4643237 | Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC |

| | | |
|---|---|---|
| 5692484 | | United Church Of Christ Retirement Community, Inc. |
| 5694892 | | United Church of Christ Retirement Community, Inc. |
| 5696729 | | United Church of Christ Retirement Community, Inc. |
| 4924693 | | Versorgungswerk der Apothekerkammer Nordrhein |
| 4678322 | | Vinson & Elkins RLLP, City Point, 33rd Floor, One Ropemaker Street,, London EC2Y 9UE, Attn: Jeffrey E. Eldredge |
| 6425272 | | Virgilio Casuple |
| 4622789 | | Washington Mutual Bank and, Washington Mutual, Inc. |
| 5689705 | | West Corporation |
| 4675640 | | White Marlin CDO 2007-1 |
| 5691742 | | Wilmington Trust |
| 5067339 | | Wolf |
| 5273730 | | c/o Day Pitney LLP |
| aty | *+ | Thomas T. Janover, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, U.S.A. 10036-2714 |
| 5989407 | *+ | 111 Huntington Avenue, Boston MA 02199-7610 |
| 4625375 | *+ | Aaron L. Hammer, Esq., Devon 1. Eggert, Esq., Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Ilinois 60606-6679 |
| 4646737 | *+ | Abraham Gesser (AG-7531), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4676976 | *+ | Adam H. Isenberg, Esquire, SAUL EWING LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 5320390 | * | Alan E. Marder & Jil Mazer-Marino, MEYER, SUOZZI, ENGLISH & KLEIN, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194 |
| 4677144 | *+ | Allan D. Diamond, Esq., Stephen T. Loden, Esq., DIAMOND MCCARTHY LLP, 909 Fannin, Suite 1500, Houston, Texas 77010-1026 |
| 4628317 | *+ | Amanda Darwin, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 4626268 | *+ | Amit K. Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4687645 | * | Amy R. Wolf (AW-6646), Harold S. Novikoff, Esq.(HN-3898), Joshua A. Feltman, Esq.(JF-9486), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5107469 | *+ | B Y Partners, L.P., c/o Brahman Capital Corp., Attn: Richard Grossman, 655 Third Avenue, 11th Floor, New York, NY 10017-9107 |
| 4649118 | * | BINGHAM McCUTCHEN LLP, Joshua Dorchak, 399 Park Avenue, New York, NY 10022-4689 |
| 4641622 | * | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, Ronald J. Silverman, Joshua Dorchak, 399 Park Avenue, New York, NY 10022-4689 |
| 4687648 | * | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, Ronald J. Silverman, Joshua Dorchak, 399 Park Avenue, New York, NY 10022-4689 |
| 4687649 | * | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, Ronald J. Silverman, Joshua Dorchak, 399 Park Avenue, New York, NY 10022-4689 |
| 4649117 | * | BINGHAM McCUTCHEN LLP, Ronald J. Silverman, 399 Park Avenue, New York, NY 10022-4689 |
| 4649116 | * | BINGHAM McCUTCHEN LLP, Jeffrey S. Sabin, 399 Park Avenue, New York, NY 10022-4689 |
| 4635817 | *+ | Bradford E. Dempsey, Esq., Holme Roberts & Owen LLP, 1700 Lincoln, Suite 4100, Denver, Colorado 80203-4541 |
| 4626265 | *+ | Brian Trust, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4643368 | *+ | Brian Trust, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 5179958 | *+ | Brian W. Bisignani, Esquire, Post & Schell, P.C., 17 North 2nd Street, 12th Floor, Harrisburg, PA 17101-1638 |
| 4635820 | *+ | CB RICHARD ELLIS, INC., 200 Park Avenue, 17th floor, New York, New York 10166-0004 |
| 4678377 | * | CLIFFORD CHANCE US LLP, Andrew Brozman, Esq., Wendy Rosenthal, Esq., 31 West 52nd Street, New York, NY 10019-6131 |
| 6408606 | *+ | CRT Special Investments LLC, Attn: Joseph Sarachek, 262 Harbor Drive, Stamford, CT 06902-7438 |
| 6408607 | *+ | CRT Special Investments LLC, Attn: Joseph Sarachek, 262 Harbor Drive, Stamford, CT 06902-7438 |
| 4667663 | *+ | Carlton Willard Homes, Inc., 100 Old Billerica Road, Bedford, MA 01730-1283 |
| 4677124 | *+ | Carmine D. Boccuzzi Jr., Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7369966 | *+ | Cherokee Debt Acquisition, LLC, 1325 Avenue of the Americas, 28th Floor, New York, NY 10019-6583, Attn: Vladimir Jelisavcic |
| 5165168 | *+ | Chester B. Salomon, Becker, Glynn, Melamed & Muffly LLP, 299 Park Avenue, New York, New York 10171-3898 |
| 4628318 | *+ | Christopher M. Desiderio, NIXON PEABODY, LLP, 437 Madison Avenue, New York, NY 10022-7039 |
| 6182670 | *+ | Christopher M. Desiderio, NIXON PEABODY, LLP, 437 Madison Avenue, New York, NY 10022-7039 |
| 6184738 | *+ | Christopher M. Desiderio, NIXON PEABODY, LLP, 437 Madison Avenue, New York, NY 10022-7039 |
| 4687650 | *+ | Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq., Abigail Snow, Esq., Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169-1199 |
| 4643353 | *+ | Cleary Gottlieb Steen, & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Lisa M. Schweitzer, Esq. |
| 4643352 | *+ | Cleary Gottlieb Steen, & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Lindsee P. Granfield, Esq. |
| 4645625 | * | Darryl S. Laddin, Frank N. White, Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, Georgia 30363-1031 |
| 4635818 | *+ | David I. Swan, Kenneth M. Misken, MCGUIREWOODS LLP, 1750 Tysons Blvd., Suite 1800, McLean, VA 22102-4231 |
| 4677419 | *+ | David Neier, WINSTON & STRAWN LLP, 200 Park Avenue, New York, New York 10166-4002 |
| 4689398 | *+ | David Neier, WINSTON & STRAWN LLP, 200 Park Avenue, New York, New York 10166-4002 |
| 6425960 | *+ | Day Pitney LLP, One Jefferson Road, Parsippany, New Jersey 07054-2891, Attn: Margarita Y. Ginzburg, Esq. |
| 6425961 | *+ | Day Pitney LLP, One International Place, Boston, MA 02110-3179, Attn: Daniel J. Carragher, Esq. |

| | | |
|---|---|---|
| 5071414 | *+ | Dennis J. Drebsky, Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022-7039 |
| 4625378 | *+ | Dirk S. Roberts, SDNY Bar No. DR 8331, Deputy Chief Counsel, Litigation, Office of Thrift Supervision, 1700 G. Street, N.W., Washington, D.C. 20552-0003 |
| 5869826 | *+ | Douglas R. Davis, PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 6334233 | * | EFETnet B.V., Keizersgracht 62-64, Amerstdam, 1015, Netherlands |
| 4685804 | *+ | EPSTEIN BECKER & GREEN, P.C., 1227 25th Street, N.W., Suite 700, Washington, D.C. 20037-1175, Attn: David B. Tatge, Esq. |
| 4675620 | *+ | Edward H. Tillinghast, III, SHEPPARD MULLIN RICHTER & HAMPTON LLP?, 30 Rockefeller Plaza, 24th Floor?, New York, New York 10112-0079 |
| 4643346 | *+ | Eliot Cohen, Russell Investments, 909 A Street, Tacoma, Washington 98402-5111 |
| 4687644 | *+ | Eliot Cohen, Russell Investments, 909 A Street, Tacoma, Washington 98402-5111 |
| 4639621 | *+ | Ellen A. Friedman, Esq., Friedman Dumas & Springwater LLP, 150 Spear Street, Suite 1600, San Francisco, CA 94105-1541 |
| 4643361 | *+ | Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4687655 | *+ | Eugene Chang, Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716 |
| 4682888 | * | Federal Home Loan Mortgage Corporation, Mclean, VA |
| 4682890 | * | Federal Home Loan Mortgage Corporation, Mclean, VA |
| 4643338 | *+ | Frederick D. Hyman, Esq., Amit Trehan, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4626266 | *+ | Frederick D. Hyman, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 5263003 | *+ | GUSRAE, KAPLAN, BRUNO &, NUSBAUM PLLC, Brian D. Graifman (BG5636), Attorneys for Mark Glasser, 120 Wall Street, New York, NY 10005-3904 |
| 4643345 | *+ | Glenn E. Siegel, Donald M. Badaczewski, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797 |
| 4687643 | *+ | Glenn E. Siegel, Donald M. Badaczewski, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797 |
| 5587875 | *+ | Greenfield's OTP LLC, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor, New York, N.Y. 10016-1101 |
| 5587910 | *+ | Greenfield's OTP LLC, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor, New York, N.Y. 10016-1101 |
| 5243160 | * | HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG, UNITED KINGDOM |
| 5243172 | * | HARMONIC CURRENCY MASTER FUND, C/O HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON, EC2N 2DG, UNITED KINGDOM |
| 4667660 | *+ | HSBC Realty Credit Corporation(USA), 1441 Brickell Avenue, 16th Floor, Miami, FL 33131-3358 |
| 4986222 | *+ | Hain Capital Group, 301 Route 17 North, 7th Floor, Rutherford, NJ 07070-2575 |
| 4986277 | *+ | Hain Capital Group, LLC, 301 Route 17 North, 7th Floor, Rutherford, NJ 07070-2575 |
| 4986274 | *+ | Hain Capital Group, LLC, 301 Route 17, North, Rutherford, NJ 07070-2575 |
| 4643362 | *+ | Hanh V. Huynh, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4643363 | *+ | Hanh V. Huynh, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4620650 | * | Harold S. Novikoff, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5189656 | *+ | Hayman Capital Master Fund, LP, 2101 Cedar Springs Road, Suite 1400, Dallas, TX 75201-2134 |
| 6366458 | * | Hispana Dos Sicav/, Alberto Del Riego Orta, Serrano 88 5 Planta, Madrid, Spain 28006 |
| 4674623 | *+ | Hope Greenfield, c/o Klein & Solomon, LLP, 275 Madison Avenue, 11th Floor, New York, New York 10016-1101 |
| 4677141 | *+ | Howard R. Hawkins, Jr. Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4637023 | *+ | Howard R. Hawkins, Jr., Esq., Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4637024 | *+ | Howard R. Hawkins, Jr., Esq., Ellen M. Halstead, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4643360 | *+ | Howard R. Hawkins, Jr., Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281-1003 |
| 4730985 | *+ | Humberto G. Merchand Lopez, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 4624328 | * | Ira L. Herman, Demetra L. Liggins, THOMPSON & KNIGHT LLP, 919 Third Avenue, 39th Floor, New York, New York 10022-3915 |
| 4756569 | *+ | J.R. Smith, HUNTON & WILLIAMS LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219-4074 |
| 4763427 | *+ | JAMES HEISER, CHAPMAN AND CUTLER LLP, 111 WEST MONROE STREET, CHICAGO, IL 60603-4022 |
| 5319756 | *+ | James A. Timko, SHUTTS & BOWEN LLP, 300 South Orange Ave. Suite 1000, Orlando, Fl. 32801-5403 |
| 5320389 | *+ | James A. Timko, SHUTTS & BOWEN LLP, 300 South Orange Ave. Suite 1000, Orlando, Fl. 32801-5403 |
| 4687641 | *+ | James C. Tecce, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4646739 | *+ | James I. McClammy (JM-5592), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4621247 | *+ | Janet M. Weiss, Esq., Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-4799 |
| 4687653 | *+ | Jason W. Harbour, HUNTON & WILLIAMS LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219-4074 |
| 4677420 | *+ | Jeffrey A. Rosenthal, Cleary Gottlieb Steen, & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 4684704 | *+ | Jeffrey A. Rosenthal, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 4626267 | *+ | Jeffrey G. Tougas, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4643369 | *+ | Jeffrey G. Tougas, Esq., Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4640705 | *+ | Jeffrey L. Schwartz, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Fl., New York, NY 10022-5717 |
| 4687654 | *+ | John E. Jureller, Jr, Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, NY 10017-6314 |

District/off: 0208-1                 User: admin                         Page 36 of 297

Date Rcvd: Sep 30, 2022             Form ID: 144                     Total Noticed: 1386

| | | |
|---|---|---|
| 4667645 | *+ | John J. Monaghan, Esq., HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| 4667659 | *+ | John J. Monaghan, Esq., HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| 4667662 | *+ | John J. Monaghan, Esq., HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| 4667668 | *+ | John J. Monaghan, Esq., HOLLAND & KNIGHT LLP, 10 St. James Avenue, Boston, MA 02116-3889 |
| 4651039 | *+ | John R. Ashmead, Esq., Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004-1485 |
| 4640706 | *+ | Joseph Orbach, Esq., Hahn & Hessen LLP, 488 Madison Avenue, 15th Fl., New York, NY 10022-5717 |
| 4641605 | *+ | Joseph Scordato, Esq., Dresdner Bank A.G., 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 4621399 | * | Joshua A. Feltman, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 4643336 | * | Joshua A. Feltman, Esq. (JF-9486), Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| 5320388 | *+ | Joshua W. Cohen, Esq., Day Pitney LLP, One Audubon Street, New Haven, CT 06511-6432 |
| 5748200 | *+ | Judson, c/o Starr & Starr, PLLC, 260 Madison Ave., 17th Fl., New York, NY 10016-2410 |
| 5952233 | *+ | Kaplan Landau, LLP, Eugene Neal Kaplan, Patrick Train-Gutierrez, 1065 Avenue of the Americas, 27th Floor, New York, New York 10018-0161 |
| 4643372 | *+ | Karen E. Wagner (KW-3451), Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017-3982 |
| 4635039 | *+ | Kenneth A. Reynolds, Esq., McBreen & Kopko, 500 North Broadway, Suite 129, Jericho, New York 11753-2128 |
| 4685803 | *+ | Kenneth J. Kelly, Esq., EPSTEIN BECKER & GREEN, P.C., 250 Park Avenue, New York, New York 10177-0001 |
| 4673692 | *+ | LOWENSTEIN SANDLER PC, 65 Livingston Avenue, Roseland, New Jersey 07068-1725, Attn: Jeffrey Prol, Esq. |
| 6425361 | *+ | Law Office of A. James Boyajian, 355 S. Grand Ave. Ste. 2450, Los Angeles, California 90071-9500 |
| 6427129 | * | Law Offices of Lisa M. Solomon, 305 Madison Avenue, Suite 4700, One Grand Central Place, New York, New York 10165, Attn: Lisa M. Solomon, Esq. |
| 4625372 | *+ | Linebarger Goggan Blair &, Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 4643342 | *+ | Luc A. Despins, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 5294217 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, MCCALLA RAYMER, LLC, Lureece D. Lewis, Esq., Georgia Bar No. 520077, 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 5320391 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, MCCALLA RAYMER, LLC, Lureece D. Lewis, Esq., Georgia Bar No. 520077, 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 5320396 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, MCCALLA RAYMER, LLC, Lureece D. Lewis, Esq., Georgia Bar No. 520077, 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 5244164 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, America's Servicing Company, c/o McCALLA RAYMER, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076 |
| 5622914 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, America's Servicing Company, c/o McCALLA RAYMER, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076 |
| 4850524 | *+ | Madlyn Gleich Primoff, Esq., Lauren Attard, Esq., KAYE SCHOLER LLP, 425 Park Avenue, New York, New York 10022-3506 |
| 4852167 | *+ | Madlyn Gleich Primoff, Esq., Lauren Attard, Esq., KAYE SCHOLER LLP, 425 Park Avenue, New York, New York 10022-3506 |
| 4683258 | * | Mark S. Landman, Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 4674580 | *+ | Metavante Corporation, c/o Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, WI 53202-3837 |
| 4628090 | *+ | Michael Halevi, Director, Financial Institutions, ANZ Banking Group, 1177 Avenue of Americas, New York, NY 10036-2714 |
| 4621246 | *+ | Michael Rosenthal, Esq., Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-4799 |
| 4641624 | *+ | Michael S. Etkin, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020-1104 |
| 4641609 | *+ | Michael S. Etkin, Esq., S. Jason Teele, Esq., Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020-1104 |
| 4966072 | *+ | Miron Bershteyn, c/o Rene S. Roupinian, Jack A. Raisner, Outten & Golden LLP, 3 Park Ave, 29th Fl, New York, NY 10016-5902 |
| 4658636 | *+ | ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1706, Attention: Richard H. Wyron, Esq. 20005-1723 |
| 4687505 | *+ | Patrick J. Potter, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, D.C. 20037-1122 |
| 4677142 | *+ | Paul A. Patterson, Esq., Michael J. Cordone, Esq., Mark J. Dorval, Esq., Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4758922 | *+ | Paul A. Patterson, Esq., Michael J. Cordone, Esq., Mark J. Dorval, Esq., Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7018 |
| 4643344 | *+ | Paul Aronzon, Gregory A. Bray, MILBANK, TWEED, HADLEY & McCLOY LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017-5704 |
| 4667641 | *+ | Peter A. Zisser, Esq., HOLLAND & KNIGHT LLP, 195 Broadway, New York, NY 10007-3100 |
| 4667644 | *+ | Peter A. Zisser, Esq., HOLLAND & KNIGHT LLP, 195 Broadway, New York, NY 10007-3100 |
| 4667658 | *+ | Peter A. Zisser, Esq., HOLLAND & KNIGHT LLP, 195 Broadway, New York, NY 10007-3100 |
| 4667661 | *+ | Peter A. Zisser, Esq., HOLLAND & KNIGHT LLP, 195 Broadway, New York, NY 10007-3100 |
| 4667667 | *+ | Peter A. Zisser, Esq., HOLLAND & KNIGHT LLP, 195 Broadway, New York, NY 10007-3100 |
| 4687651 | *+ | Peter S. Partee, Sr., HUNTON & WILLIAMS LLP, 200 Park Avenue, New York, New York 10166-0091 |
| 5593710 | *+ | Procesos Controladas Se De CV, c/o Joseph L. Fox, Esq., 60 East 42nd Street, Suite 2231, New York, NY 10165-6232 |
| 4622128 | *+ | Pursuit Opportunity Fund I Master Ltd., c/o Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, Attention: Michael J. Edelman, Esq. 10019-6708 |
| 4621398 | * | Richard G. Mason, Esq., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |

| | | |
|---|---|---|
| 5939200 | *+ | Richard J. Bernard, FOLEY & LARDNER LLP, 90 Park Ave., New York, NY 10016-1301 |
| 6602807 | *+ | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, 555 Fifth Avenue, Ste. 1400, New York, New York 10017-9257 |
| 6604425 | *+ | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, 555 Fifth Avenue, Ste. 1400, New York, New York 10017-9257 |
| 6433034 | *+ | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, One Liberty Plaza, 23rd Floor, New York, New York 10006-1452 |
| 6434444 | *+ | Richard J. Schager, Jr., Andrew R. Goldenberg, STAMELL & SCHAGER, LLP, One Liberty Plaza, 23rd Floor, New York, New York 10006-1452 |
| 5188258 | *+ | Robin E. Keller, Esq., LOVELLS LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4676961 | *+ | Robin E. Keller, Esq., Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4676965 | *+ | Robin E. Keller, Esq., Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4677100 | *+ | Robin E. Keller, Esq., Lovells LLP, 590 Madison Avenue, New York, NY 10022-2524 |
| 4667669 | *+ | SBA Communications Corporation, 5900 Broken Sound Parkway NW, Boca Raton, FL 33487-2797 |
| 4629393 | *+ | SHEAK & KORZUN, P.C., 1 Washington Crossing Road, Pennington, New Jersey 08534-3506 |
| 4634100 | *+ | SHEAK & KORZUN, P.C., 1 Washington Crossing Road, Pennington, New Jersey 08534-3506 |
| 4735288 | *+ | SUTHERLAND ASBILL & BRENNAN LLP, ATTN: MARK D. SHERRILL, 1275 PENNSYLVANIA AVENUE, NW, WASHINGTON , DC 20004-2415 |
| 4667613 | *+ | Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522 |
| 5188641 | *+ | Schlam Stone & Dolan LLP, Bennette D. Kramer, 26 Broadway, New York, New York 10004-1703 |
| 5189058 | *+ | Schlam Stone & Dolan LLP, Bennette D. Kramer, 26 Broadway, New York, New York 10004-1703 |
| 4687639 | *+ | Scott C. Shelley, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4687652 | *+ | Scott H. Bernstein, HUNTON & WILLIAMS LLP, 200 Park Avenue, New York, New York 10166-0091 |
| 5186919 | *+ | Sea Port Group Securities, LLC, 360 Madison Avenue, 22nd Floor, New York, NY 10017-7111 |
| 4667643 | * | Singapore Airlines, Limited, 08-D Airline House, 25 Airline House, Singapore 819820 |
| 4683256 | * | Sophia Ree, Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079 |
| 4625374 | *+ | Steven N. Cousins, Esq., Susan K. Ehlers, Esq., Armstrong Teasdale LLP, One Metropolitan Square, Suite 2600, St. Louis, MO 63102-2742 |
| 4621426 | *+ | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, NY 10022, Attn: Chester B. Salomon, Esq., Constantine D. Pourakis, Esq. 10022-5813 |
| 5045701 | *+ | Stone Lion Portfolio L.P., Stone Lion Capital Partners L.P., 461 5th Avenue, 14th Floor, New York, NY 10017-7719 |
| 4771138 | *+ | Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982, Attention: Harold A. Olsen, Esq. 10038-4982 |
| 4643355 | *+ | Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004-2498, Attn: Hydee R. Feldstein, Esq. |
| 4687640 | *+ | Susheel Kirpalani, Esq., QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 4684711 | *+ | Sutherland Asbill & Brennan LLP, 1275 Pennsylvania Avenue, NW, Washington, DC 20004-2415 |
| 4681808 | *+ | TROUTMAN SANDERS LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn.: Hollace T. Cohen, Esq., Paul H. Deutch, Esq. 10174-0002 |
| 5694108 | * | Texas Taxing Authorities, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 5441108 | *+ | The City of New York, New York City Law Department, 100 Church Street, New York, New York 10007-2668 |
| 5972309 | *+ | Thomas John Wright, SULLIVAN&CROMWELL LLP, 125 Broad Street, New York, New York 10004-2498 |
| 4628064 | * | Timothy White Managing Director, Head of Originations Corporate, and Investment Banking Department, 1251 Avenue of the Americas, 32nd Floor, New York, NY 10020-1104 |
| 4667646 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Mail Station EP-MN-WSID, 60 Livingston Avenue, St. Paul, MN 55107 |
| 4706350 | *+ | Utah State Bar, c/o Katherine A. Fox, 645 South 200 East, Salt Lake City, UT 84111-3837 |
| 4714771 | *+ | Utah State Bar, c/o Katherine A. Fox, 645 South 200 East, Salt Lake City, UT 84111-3837 |
| 4687647 | *+ | Venable LLP, Rockefeller Center, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020-1806 |
| 4628659 | *+ | Vollers Excavating & Construction, Inc., 3311 U.S. Hwy. 22, North Branch, NJ 08876, c/o Sheak & Korzun, PC, 1 Washington Crossing Road, Pennington, NJ 08534-3506 |
| 5320392 | *+ | W. Timothy Miller, Esq., Taft Stettinius & Hollister LLP, 425 Walnut Street, Ste. 1800, Cincinnati, OH 45202-3920 |
| 4621894 | *+ | Wilbur F. Foster, Jr., MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 4643343 | *+ | Wilbur F. Foster, Jr., MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1402 |
| 4625376 | *+ | William F. Taylor, Jr., Esquire, McCarter & English, LLP, Renaissance Centre, 8th Floor, 405 North King Street, Wilmington, DE 19801-3715 |
| 4683257 | * | William G. Ballaine, Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271-0079 |
| 4785112 | *+ | William M. O'Connor, Esq., Crowell & Moring LLP, 590 Madison Avenue, New York, New York 10022-2524 |
| 6182669 | ##+ | Amanda Darwin, Richard C. Pedone, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 4628227 | ##+ | Amanda Darwin, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 6401290 | ##+ | BedRok Securities LLC, 555 Theodore Fremd Ave., Suite C-301, Rye, NY 10580-1455 |
| 6401289 | ##+ | CapRok Capital LLC, 555 Theodore Fremd Ave., Suite C-301, Rye, NY 10580-1455 |
| 4628111 | ##+ | Deutsche Bank Traust Company Americas, c/o Nixon Peabody LLP, Attn: Amanda Darwin, 100 Summer Street, Boston MA 02110-2131 |

| | | |
|---|---|---|
| 5669017 | ##+ | Dorothea Douglas, 177-11 136th Avenue, Jamaica, NY 11434-4013 |
| 4633887 | ##+ | Eliot Cohen, Russell Investments, 909 A Street, Tacoma, Washington 98402-5111 |
| 5177850 | ##+ | Hayman Capital Master Fund, LP, 2101 Cedar Springs Road, Suite 1400, Dallas, TX 75201-2134 |
| 4636625 | ##+ | Howard S. Steel, Esq., Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178-3099 |
| 5673267 | ##+ | James G. Lister, 4 Mayfair Road, St. Louis, MO 63124-1663 |
| 4620658 | ##+ | James S. Carr, Esq., Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178-3099 |
| 4635229 | ##+ | Joanne Lee, FOLEY & LARDNER LLP, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 5703196 | ##+ | Kaplan Landau, LLP, Eugene Neal Kaplan, Patrick Train-Gutierrez, 1065 Avenue of the Americas, 27th Floor, New York, New York 10018-0161 |
| 4643290 | ##+ | Katsky Korins LLP, 605 Third Avenue, 16th Floor, New York, New York 10158-1699, Attn: Steven H. Newman, Esq. |
| 4676967 | ##+ | Mark N. Berman, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 4762466 | ##+ | RONALD S. BEACHER, ESQ., DAY PITNEY LLP, 7 TIMES SQUARE, NEW YORK, NY 10036-6553 |
| 4687602 | ##+ | Regions Bank, c/o Jayna Partain Lamar, MAYNARD COOPER & GALE, PC, 1901 Sixth Avenue North, Ste. 2400, Birmingham, Alabama 35203-4604 |
| 6184737 | ##+ | Richard C. Pedone, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 5951387 | ##+ | Richard S. Levine, c/o Eugene Kaplan, Esq., Kaplan Landau LLP, 1065 Avenue of the Americas, New York NY 10018-0161 |
| 4667500 | ##+ | SBA Communications Corporation, 5900 Broken Sound Parkway NW, Boca Raton, FL 33487-2797 |
| 4628736 | ##+ | SHEAK & KORZUN, P.C., 1 Washington Crossing Road, Pennington, New Jersey 08534-3506 |
| 5720364 | ##+ | Sarah Link Schultz, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201-4624 |
| 5920464 | ##+ | Tal M. Unrad, Esquire, Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110-1677 |
| 4635120 | ##+ | Trading Technologies International, Inc., c/o Foley & Lardner LLP, Joanne Lee, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 4677425 | ##+ | Victor G. Milione, NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 |
| 5919690 | ##+ | ZPR International, Inc., c/o Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Attention: Tal M. Unrad 02110-1677 |

TOTAL: 155 Undeliverable, 185 Duplicate, 26 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Javian | |
| | on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) ajavian@reedsmith.com aaron-javian-9000@ecf.pacerpro.com |
| Aaron Javian | |
| | on behalf of Defendant MBAM Investor Limited ajavian@reedsmith.com  aaron-javian-9000@ecf.pacerpro.com |
| Aaron A. Romney | |
| | on behalf of Creditor Children's Healthcare of Atlanta  Inc. aromney@zeislaw.com |
| Aaron Fong Jaroff | |
| | on behalf of Defendant Gateway Bank  F.S.B ajaroff@mcguirewoods.com, ajaroff@mcguirewoods.com |
| Aaron G. McCollough | |
| | on behalf of Defendant Ford Global Treasury  Inc. amccollough@mcguirewoods.com |
| Aaron L. Hammer | |
| | on behalf of Creditor Accenture LLP ahammer@hmblaw.com  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com |
| Aaron L. Hammer | |

on behalf of Creditor Mercer (US) Inc. ahammer@hmblaw.com  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Aaron R. Cahn

on behalf of Unknown Empyrean LHMN SPV  LP cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Solus Opportunities Fund 2 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Hana Bank  as trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY
Dual Star Derivative Derivatives Fund D-1 cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown GFI Group  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Solus Recovery Fund III Master LP cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Kyobo Securities Co.  Ltd. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Punjab National Bank (International) Limited cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Empyrean Investments  LLC cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Empyrean Investments LLC cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Transferee Empyrean Investments  LLC cahn@clm.com,
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Dongbu Securities Co.  Ltd. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Julia Kaufman cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Solus Opportunities Fund 5 LP cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Solus Opportunities Fund 3 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown GFI Group  Inc cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Empyrean Investments  LLC cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor Solus Opportunities Fund 1 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Unknown Empyrean Capital Partners  LP cahn@clm.com,
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor James Heron cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Defendant GFI Group Inc. cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn

on behalf of Creditor T.E.M. Incorporated cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Abbey Walsh

on behalf of Defendant Shield Securities Ltd  abbey.walsh@srz.com

Abbey Walsh

on behalf of Creditor Elliott International L.P. abbey.walsh@srz.com

Abbey Walsh

on behalf of Creditor Elliott Associates  L.P. abbey.walsh@srz.com

Abbey Walsh

on behalf of Creditor CommerzBank A.G. abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Provendor Liquidity LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Empyrean Capital Fund  LP abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Warwickshire Holdings LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Elliott Management Corp. abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Marshgate Investments  LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Empyrean Capital Overseas Fund  Ltd. abbey.walsh@srz.com

Abigail Snow
on behalf of Unknown Latshaw Drilling Company  LLC aesnow@duanemorris.com

Abigail Snow
on behalf of Attorney Satterlee Stephens Burke & Burke LLP aesnow@duanemorris.com

Abigail Snow
on behalf of Creditor Moody's Corporation aesnow@duanemorris.com

Abigail Snow
on behalf of Unknown International Business Machines Corporation aesnow@duanemorris.com

Abigail Snow
on behalf of Unknown Moody's Investors Service aesnow@duanemorris.com

Abraham L. Zylberberg
on behalf of Unknown Certain Members and Customers of the Members of the Deutscher Sparkassen und Giroverband
mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Interested Party Commerzbank AG  New York and Grand Cayman Branches
mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown Korea Development Bank mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Pohjola Bank plc mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown Tiger Asia Overseas Fund  Ltd. mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Fortissimo Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Frank Messenzehl mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Sparkasse Hannover mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown Tiger Asia Fund  L.P. mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Commerzbank AG  New York and Grand Cayman Branches
mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Adagio Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Wucher Spezialbau GmbH mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Andante Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Creditor Encore Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Sparkasse Starkenburg mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Interested Party Certain Members and Customers of the Members of the Deutscher Sparkassen- und Giroverband

mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown The Deutscher Sparkassen Und Giroverband mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Frankfurter Sparkasse mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown Symphony Asset Management LLC mcosbny@whitecase.com;jdisanti@whitecase.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC adam.harris@srz.com
ecf-1822127e5d6b@ecf.pacerpro.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC  as investment advisor adam.harris@srz.com,
ecf-1822127e5d6b@ecf.pacerpro.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC and certain managed funds and accounts
adam.harris@srz.com  ecf-1822127e5d6b@ecf.pacerpro.com

Adam D. Cole
on behalf of Unknown Florida Power & Light Company  and NextEra Energy Power Marketing, LLC colea@gtlaw.com

Adam H. Isenberg
on behalf of Interested Party The Pennsylvania Convention Center Authority aisenberg@saul.com

Adam J. Goldberg
on behalf of Unknown Latham & Watkins LLP adam.goldberg@lw.com
adam-goldberg-3218@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

Adam Louis Schwartz
on behalf of Unknown Credican  C.A. Banco Canarias de Venezula, C.A. aschwartz@homerbonner.com,
jgonzalez-valdes@homerbonner.com

Adam Louis Schwartz
on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios aschwartz@homerbonner.com
jgonzalez-valdes@homerbonner.com

Adam Louis Schwartz
on behalf of Unknown Credican  C.A. aschwartz@homerbonner.com, jgonzalez-valdes@homerbonner.com

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Derivative Products Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Special Financing Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Unknown Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holding Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings  Inc. abialek@wmd-law.com, LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Defendant Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. abialek@wmd-law.com, LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Debtor Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M. Feinmesser
on behalf of Transferee Monarch Master Funding Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
on behalf of Unknown Drawbridge OSO Securities LLC afeinmesser@esbinalter.com

Adam M. Feinmesser
on behalf of Unknown FCOF UB Securities LLC afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Drawbridge Special Opportunities Fund LP afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Drawbridge Special Opportunities Fund Ltd. afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Opportunities Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Alternative Solutions Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Anthony Nahum afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Research Alpha Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Oakford MF Limited afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown P Monarch Recovery Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Capital Master Partners II LP afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Debt Recovery Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown FCOF UB Investments LLC afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Cayman Fund Limited afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Capital Master Partners LP afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown King Street Capital Master Fund  Ltd. afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Elisha Shahmoon afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown KING STREET ACQUISITION COMPANY  L.L.C. afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Odeon Capital Group LLC afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown FTS SIP L.P. afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Capital Master Partners II-A LP afeinmesser@esbinalter.com

Adam M. Feinmesser
                    on behalf of Unknown Monarch Master Funding Ltd afeinmesser@esbinalter.com

Adrienne Walker
                    on behalf of Creditor Massachusetts State College Building Authority adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Defendant Commonwealth of Massachusetts adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Creditor Teva Pharmaceuticals USA  Inc adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Interested Party SL Green Realty Corp. adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Interested Party Wells Fargo Bank  National Association, as Indenture Trustee adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Creditor SL Green Realty Corp adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Creditor Belmont Insurance Company adrienne.walker@lockelord.com

Adrienne Walker
on behalf of Interested Party Mintz Levin Cohn Ferris Glovsky and Popeo  P.C. adrienne.walker@lockelord.com

Adrienne Walker
on behalf of Interested Party Teva Pharmaceutical Works Company adrienne.walker@lockelord.com

Aileen McTiernan
on behalf of Defendant Homeservices Lending  LLC aileen.mctiernan@lockelord.com

Alan Kolod
on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S. Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss jbonteque@mosessinger.com

Alan Kolod
on behalf of Interested Party Deutsche Bank AG jbonteque@mosessinger.com

Alan Kolod
on behalf of Unknown Deutsche Bank Trust Company Americas  As Indenture Trustee jbonteque@mosessinger.com

Alan Kolod
on behalf of Creditor General Ore International Corporation Ltd.  Neu Holdings Corporation Neu Foundation of California, Amy Patrick Neu and Janice K. Moss jbonteque@mosessinger.com

Alan Kolod
on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS jbonteque@mosessinger.com

Alan Lungen
on behalf of Interested Party Bay Harbour Management LC alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party BHCO Master  Ltd. alungen@kasowitz.com, alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party MSS Distressed & Opportunites 2 alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party Bay Harbour Management L.C. alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party MSS Distressed & Opportunities 2 alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party Trophy Hunter Investments Ltd alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party Bay Harbour Master Ltd. alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interpleader-def. Lloyds TSB Bank plc alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party BHCO Master Ltd alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party Trophy Hunter Investments  Ltd. alungen@kasowitz.com, alungen@kasowitz.com

Alan Lungen
on behalf of Interested Party Institutional Benchmarks alungen@kasowitz.com  alungen@kasowitz.com

Alan D. Halperin
on behalf of Creditor BTR Global Prospector II Trading Limited lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor BTR Global Arbitrage Trading Limited lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor BTR Global Growth Trading Limited lgu@halperinlaw.net

Alan D. Halperin
on behalf of Interested Party 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor Bouef Limited lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor ESOPUS Creek Value LP lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor Lilith Ventures  Ltd. lgu@halperinlaw.net

Alan D. Halperin
on behalf of Unknown BTR Global Opportunity Trading Limited lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Creditor BTR Global Prospector Trading Limited lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Creditor Henegan Construction Co.  Inc. lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Creditor EMC Corporation lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Unknown Halperin Battaglia Raicht  LLP lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Creditor BTR Global Opportunity Trading Limited lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Creditor Dunn & Bradstreet lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Unknown Empire Office  Inc. lgu@halperinlaw.net

Alan D. Halperin
      on behalf of Unknown Mapco Express  Inc. and Delek US Holdings, Inc. lgu@halperinlaw.net

Alan E. Marder
      on behalf of Creditor Assent LLC a/k/a SunGard Assent lgomez@msek.com

Alan E. Marder
      on behalf of Creditor SunGard Reference Data Solutions Inc. lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Securities Finance LLC lgomez@msek.com

Alan E. Marder
      on behalf of Unknown Constellation Place  LLC lgomez@msek.com

Alan E. Marder
      on behalf of Creditor Assent LLC lgomez@msek.com

Alan E. Marder
      on behalf of Unknown Automated Securities Clearance LLC  successor in interest to Automated Securiteis Clearance Ltd. d/b/a
      SunGard Trading Systems lgomez@msek.com

Alan E. Marder
      on behalf of Creditor SunGard Asset Management Systems lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc. lgomez@msek.com

Alan E. Marder
      on behalf of Creditor SunGard Availability Services LP lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Asset Management Systems LLC lgomez@msek.com

Alan E. Marder
      on behalf of Creditor Automated Securities Clearance LLC lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Institutional Brokerage  Inc. lgomez@msek.com

Alan E. Marder
      on behalf of Creditor MicroHedge LLC lgomez@msek.com

Alan E. Marder
      on behalf of Creditor Wall Street Concepts LLC lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Expert Solutions LLC lgomez@msek.com

Alan E. Marder
      on behalf of Creditor SunGard Kiodex  Inc. lgomez@msek.com

Alan E. Marder
      on behalf of Unknown SunGard Availability Services LP lgomez@msek.com

Alan E. Marder
      on behalf of Creditor Advanced Portfolio Technologies  Inc. lgomez@msek.com

Alan E. Marder
      on behalf of Creditor SunGard Kiodex lgomez@msek.com

Alan E. Marder

on behalf of Creditor SunGard Securities Finance LLC lgomez@msek.com

Alan E. Marder

on behalf of Creditor SunGard Investment Systems  LLC lgomez@msek.com

Alan E. Marder

on behalf of Creditor SunGard Data Reference Solutions LLC lgomez@msek.com

Alan E. Marder

on behalf of Unknown SunGard Business Integration Ltd. lgomez@msek.com

Alan E. Marder

on behalf of Creditor Monis Software lgomez@msek.com

Alan E. Marder

on behalf of Creditor SunGard Institutional Brokerages  Inc. lgomez@msek.com

Alan E. Marder

on behalf of Creditor SunGard Assent LLC lgomez@msek.com

Alan F. Kaufman

on behalf of Unknown Freedom Mortgage Corporation alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan R. Glickman

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Alan R. Glickman

on behalf of Unknown Recovery Partners Holdings I  LLC alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Alan R. Glickman

on behalf of Unknown CCP Credit Acquisition Holdings  LLC alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Albena Petrakov

on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant APPROVED FUNDING CORP. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant Oaktree Funding Corp. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant Congressional Bancshares  Inc. (successor-in-interest) apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant FIRST MORTGAGE CORPORATION apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant Sun West Mortgage Company  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant RESIDENTIAL HOME FUNDING CORP. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant MEGA CAPITAL FUNDING  INC. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant New Fed Mortgage Corp. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant The Mortgage Firm  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov

on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.
apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage
> Corporation apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Creditor Stibbe N.V. apetrakov@offitkurman.com  janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant OAKTREE FUNDING CORP. apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Sun American Mortgage Company apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Ross Mortgage Corporation apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant American Bank apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Unknown Luxury Mortgage Corp. apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Goldwater Bank  N.A., as successor to Community Banks of Colorado apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant First Mortgage Corporation apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant NEW FED MORTGAGE  CORP. apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Mega Capital Funding  Inc. apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant LHM Financial Corporation apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Broadview Mortgage Corporation apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Interested Party Goldwater Bank  N.A. as successor to Community Banks of Colorado apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Arlington Capital Mortgage Corporation apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Republic Mortgage Home Loans LLC apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant Approved Funding Corp. apetrakov@offitkurman.com
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant 1st Advantage Mortgage  L.L.C. apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
> on behalf of Defendant City First Mortgage Services  L.L.C. apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albert Togut
> on behalf of Debtor Aurora Commercial Corp. altogut@teamtogut.com
> alcourt@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;astolp@teamtogut.com

Alec P. Ostrow
on behalf of Unknown SMBC Nikko Securities Inc. aostrow@beckerglynn.com
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Creditor Royal Bank America aostrow@beckerglynn.com
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Unknown Alpine Bank aostrow@beckerglynn.com
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Plaintiff Royal Bank America  formerly known as Royal Bank of Pennsylvania aostrow@beckerglynn.com,
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Interested Party Royal Bank America aostrow@beckerglynn.com
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Unknown Becker  Glynn, Melamed & Muffly LLP aostrow@beckerglynn.com,
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Interested Party Institutional Investors aostrow@beckerglynn.com
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
on behalf of Attorney Stevens & Lee  P.C. aostrow@beckerglynn.com,
mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alex J. Kaplan
on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund  L.P. ajkaplan@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;alex-kaplan-0620@ecf.pacerpro.com

Alexander Aiken
on behalf of Defendant Credit Suisse International aaiken@cravath.com  mao@cravath.com

Alexander Aiken
on behalf of Defendant Credit Suisse Energy LLC aaiken@cravath.com  mao@cravath.com

Alexander Aiken
on behalf of Defendant Credit Suisse AG aaiken@cravath.com  mao@cravath.com

Alexander Aiken
on behalf of Defendant Credit Suisse Loan Funding LLC. aaiken@cravath.com  mao@cravath.com

Alexander Aiken
on behalf of Defendant Credit Suisse Securities aaiken@cravath.com  mao@cravath.com

Alexander B. Lees
on behalf of Counter-Claimant JPMORGAN CHASE BANK  N.A. calert@wlrk.com

Alexander B. Lees
on behalf of Defendant JPMORGAN CHASE BANK  N.A. calert@wlrk.com

Alexander Gary Rheaume
on behalf of Creditor Salem Five Cents Savings Bank arheaume@mofo.com

Alexander S. Lorenzo
on behalf of Defendant LaSalle Bank National Association alexander.lorenzo@alston.com

Alexander S. Lorenzo
on behalf of Defendant Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
on behalf of Plaintiff Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
on behalf of Counter-Defendant Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
on behalf of Defendant Bank Of America  N.A. alexander.lorenzo@alston.com

Alfredo R. Perez
on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l. alfredo.perez@weil.com
Chris.lopez@weil.com;alfredo-perez-1218@ecf.pacerpro.com

Alissa L. Poynor
on behalf of Defendant Salem Five Mortgage Company  LLC apoynor@riemerlaw.com

Alissa M. Nann

|  |  |
|---|---|
|  | on behalf of Unknown ACCESS GROUP INC. SERIES 2005-A anann@foley.com  alissa-nann-1605@ecf.pacerpro.com |
| Allan S. Brilliant |  |
|  | on behalf of Unknown Dr. H.C. Tschira Beteiligungs GmbH & Co. KG allan.brilliant@dechert.com  brett.stone@dechert.com |
| Allan S. Brilliant |  |
|  | on behalf of Defendant Dr HC Tschira Beteiligungs GmbH & Co KG allan.brilliant@dechert.com  brett.stone@dechert.com |
| Allan S. Brilliant |  |
|  | on behalf of Unknown Klaus Tschira Stiftung gGmbH allan.brilliant@dechert.com  brett.stone@dechert.com |
| Allan S. Brilliant |  |
|  | on behalf of Unknown Stonehill Institutional Partners  L.P. allan.brilliant@dechert.com, brett.stone@dechert.com |
| Allan S. Brilliant |  |
|  | on behalf of Defendant Klaus Tschira Stiftung GGmbH allan.brilliant@dechert.com  brett.stone@dechert.com |
| Allen G. Kadish |  |
|  | on behalf of Creditor BAC Florida Bank akadish@archerlaw.com lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com |
| Allison Michelle Holubis |  |
|  | on behalf of Unknown John L. Scott  Inc. allison.holubis@wilsonelser.com |
| Allison Michelle Holubis |  |
|  | on behalf of Defendant Response Mortgage Services  Inc. allison.holubis@wilsonelser.com |
| Allison Michelle Holubis |  |
|  | on behalf of Unknown Response Mortgage Services  Inc. allison.holubis@wilsonelser.com |
| Allison Michelle Holubis |  |
|  | on behalf of Defendant RESPONSE MORTGAGE SERVICES  INC. allison.holubis@wilsonelser.com |
| Amanda Devereux |  |
|  | on behalf of Defendant Standard Pacific Mortgage  Inc. Amanda.Devereux@cwt.com, nyecfnotice@cwt.com |
| Amanda Devereux |  |
|  | on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc. Amanda.Devereux@cwt.com, nyecfnotice@cwt.com |
| Amanda Devereux |  |
|  | on behalf of Defendant Universal American Mortgage Company  LLC Amanda.Devereux@cwt.com, nyecfnotice@cwt.com |
| Amanda Raboy |  |
|  | on behalf of Creditor Wilmington Trust Company  as Indenture Trustee araboy@cov.com |
| Amanda Segal |  |
|  | on behalf of Unknown Morgan Stanley Senior Funding  Inc. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Javano Management  L.L.C. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Morgan Stanley & Co. LLC mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Wilmot Yards  L.L.C. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Varde Investment Partners  L.P. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Altuned Holdings LLC mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Goldman Sachs Lending Partners  LLC mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Bernese Capital  L.L.C. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Oriole Birch  L.L.C. mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Serengeti Multi-Series Master  LLC - Series HH mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Goldman Sachs Lending Partners LLC mschneider@rkollp.com |
| Amanda Segal |  |
|  | on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com |
| Amanda Segal |  |

on behalf of Unknown Morgan Stanley & Co. International plc mschneider@rkollp.com

Amanda Segal

on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Amanda Segal

on behalf of Unknown Astatine III  L.L.C. mschneider@rkollp.com

Amanda Segal

on behalf of Unknown Wingspan Master Fund  LP mschneider@rkollp.com

Amanda Segal

on behalf of Transferee Serengeti Lycaon MM L.P. mschneider@rkollp.com

Amanda Segal

on behalf of Unknown Goldman  Sachs & Co. mschneider@rkollp.com

Amanda Raines Lawrence

on behalf of Defendant DITECH FINANCIAL LLC  as successor to merger to DITECH MORTGAGE CORP., f/k/a HOME CAPITAL FUNDING, d/b/a SECURITY ONE LENDING alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant CMG MORTGAGE  INC. alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant SECURITY ONE LENDING. alawrence@buckleyfirm.com docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Unknown DITECH FINANCIAL LLC alawrence@buckleyfirm.com docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant CMG MORTGAGE SERVICES  INC. alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant CMG Mortgage  Inc. alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant RBC Mortgage Company alawrence@buckleyfirm.com docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant Home Capital Funding  d/b/a Security One Lending alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Interested Party FLAGSTAR BANK  FSB alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

on behalf of Defendant FLAGSTAR BANK  FSB alawrence@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amelia Temple Redwood Starr

on behalf of Unknown NATIXIS Environnement & Infrastructures astarr@davispolk.com  ecf.ct.papers@davispolk.com

Amish R. Doshi

on behalf of Creditor Oracle Corporation  BEA Systems, Inc., PeopleSoft USA, Inc. and Siebel amish@doshilegal.com

Amish R. Doshi

on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. amish@doshilegal.com

Amish R. Doshi

on behalf of Creditor Oracle USA  Inc. amish@doshilegal.com

Amish R. Doshi

on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. amish@doshilegal.com

Amish R. Doshi

on behalf of Defendant The Mortgage Firm  Inc. amish@doshilegal.com

Amjad M. Khan

on behalf of Defendant AMWest Funding Corp. amjad@bnsklaw.com  kete@bnsklaw.com

Amjad M. Khan

on behalf of Defendant PMC Bancorp amjad@bnsklaw.com  kete@bnsklaw.com

Amjad M. Khan
on behalf of Defendant Reliant Mortgage Company LLC amjad@bnsklaw.com, kete@bnsklaw.com

Amy A. Zuccarello
on behalf of Creditor US Bank National Association, as Trustee azuccarello@sandw.com, jdarcey@sandw.com

Amy A. Zuccarello
on behalf of Creditor Finlandia Group plc azuccarello@sandw.com jdarcey@sandw.com

Amy A. Zuccarello
on behalf of Unknown U.S. Bank National Association as a member of the Committee and as Indenture Trustee azuccarello@sandw.com, jdarcey@sandw.com

Amy A. Zuccarello
on behalf of Unknown Jeanne P. Darcey azuccarello@sandw.com jdarcey@sandw.com

Amy R. Wolf
on behalf of Creditor JP Morgan Chase Bank N.A. arwolf@wlrk.com calert@wlrk.com

Amy R. Wolf
on behalf of Defendant JPMorgan Chase arwolf@wlrk.com calert@wlrk.com

Amy R. Wolf
on behalf of Defendant JPMORGAN CHASE BANK N.A. arwolf@wlrk.com, calert@wlrk.com

Amy R. Wolf
on behalf of Attorney Wachtell Lipton, Rosen & Katz arwolf@wlrk.com, calert@wlrk.com

Amy R. Wolf
on behalf of Creditor Tishman Speyer Properties L.P. arwolf@wlrk.com, calert@wlrk.com

Amy R. Wolf
on behalf of Unknown JPMORGAN CHASE BANK N.A. arwolf@wlrk.com, calert@wlrk.com

Amy R. Wolf
on behalf of Creditor J.P. Morgan Securities Ltd. arwolf@wlrk.com, calert@wlrk.com

Ana M. Alfonso
on behalf of Unknown Kaye Scholer LLP maosbny@willkie.com aalfonso@willkie.com

Ana M. Alfonso
on behalf of Interested Party BANK OF AMERICA N.A. maosbny@willkie.com, aalfonso@willkie.com

Andrea Pincus
on behalf of Unknown Boultbee (Helsinki) AB apincus@reedsmith.com

Andrea Pincus
on behalf of Interested Party Wintrust Mortgage Company apincus@reedsmith.com

Andrea Pincus
on behalf of Interested Party SGB Corp. now known as Wintrust Mortgage apincus@reedsmith.com

Andrea Pincus
on behalf of Transferee Macquarie Bank Limited apincus@reedsmith.com

Andrea Pincus
on behalf of Creditor Janus Capital Management LLC apincus@reedsmith.com

Andrea Pincus
on behalf of Creditor Windermere VII CMBS p.l.c. apincus@reedsmith.com

Andrea Pincus
on behalf of Unknown Intesa Sanpaolo S.p.A. apincus@reedsmith.com

Andrea Pincus
on behalf of Unknown Wockhardt USA (Swiss) Holding AG now known as Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited apincus@reedsmith.com

Andrea Pincus
on behalf of Interested Party State of Hawaii Employees' Retirement System apincus@reedsmith.com

Andrea Pincus
on behalf of Defendant Embrace Home Loans Inc apincus@reedsmith.com

Andrea Pincus
on behalf of Defendant SGB Corporation apincus@reedsmith.com

Andrea Pincus
on behalf of Unknown University of Pittsburgh apincus@reedsmith.com

Andrea Pincus
on behalf of Defendant Wintrust Mortgage Corporation apincus@reedsmith.com

Andrea Pincus
        on behalf of Creditor Banco di Napoli S.p.A. apincus@reedsmith.com

Andrea Beth Schwartz
        on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov

Andrew Hammond
        on behalf of Creditor SRM Global Master Fund Limited Partnership ahammond@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Andrew Hammond
        on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors ahammond@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Andrew Jones
        on behalf of Transferee The Canyon Value Realization Master Fund  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Citi Canyon Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Creditor Canyon-SL Value Fund andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Farallon Capital Institutional Partners II  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon Distressed Opportunity Master Fund  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Unknown Canyon Value Realization MAC 18 Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon Balanced Master Fund  Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee HF Canyon Master  Ltd andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee P Canyon IE  a fund of Permal Managed Account Platform ICAV andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon-ASP Fund  LP andrew@ajoneslaw.com

Andrew Jones
        on behalf of Creditor Long Beach Holdings  L.L.C. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon Blue Credit Investment Fund L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee AAI Canyon Fund Plc andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Permal Canyon Fund Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Farallon Capital Institutional Partners III  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon-GRF Master Fund II  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Permal Canyon IO Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Farallon Capital Offshore Investors II  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Farallon Capital Institutional Partners  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Noonday Offshore  Inc. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Creditor Farallon Capital Partners  L.P. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee EP Canyon Ltd. andrew@ajoneslaw.com

Andrew Jones
        on behalf of Transferee Canyon Value Realization Fund  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Creditor Farallon Capital (AM) Investors  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canpartners Investments IV  LLC andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital AA Investors  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee HF Canyon Master Fund Ltd. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital Partners  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon-TCDRS Fund  LLC andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon-SL Value Fund  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Unknown P Canyon IE  a fund of Permal Managed Account Platform ICAV andrew@ajoneslaw.com

Andrew B. Eckstein

on behalf of Creditor Italease Finance S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Creditor Simpson Meadows aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Capital Automotive L.P. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Unknown Och-Ziff Capital Management Group  LLC aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Blank Rome LLP  Attorneys for Capital Automotive L.P. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Blank Rome LLP  Attorneys for Iconix Brand Group, Inc. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Attorneys for Italease Finance S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Interested Party Delaware River Port Authority aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Creditor New Jersey Housing and Mortgage Finance Agency aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Unknown Citibank N.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Creditor Banca Italease S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Capital Automotive LP aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Iconix Brand Group  Inc. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Blank Rome LLP aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Banca Italease S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Unknown CITIBANK  N.A. aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Creditor Atlantic County Utilities Authority aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Delaware River Port Authority aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Interested Party Jenner's Pond aeckstein@blankrome.com

Andrew B. Eckstein

on behalf of Attorney Blank Rome LLP  Attorneys for the Delaware River Port Authority, aeckstein@blankrome.com

Andrew B. Kratenstein
   on behalf of Defendant Cannington Funding  Ltd. akratenstein@mwe.com, mco@mwe.com

Andrew C Baak
   on behalf of Unknown Mortgage Guaranty Insurance Corp. andrew.baak@bartlit-beck.com

Andrew C. Gold
   on behalf of Unknown Serrano Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
   on behalf of Unknown Holcomb Bridge Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
   on behalf of Unknown AEW Capital Management  LP agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
   on behalf of Unknown Lyon Capital Ventures agold@herrick.com  courtnotices@herrick.com

Andrew C. Gold
   on behalf of Unknown Marietta Crossing Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew D. Shaffer
   on behalf of Creditor Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers Commercial Corporation
   Asia Limited (in liquidation) shaffer@butzel.com

Andrew D. Shaffer
   on behalf of Unknown Mayer Brown LLP shaffer@butzel.com

Andrew D. Shaffer
   on behalf of Unknown Lehman Hong Kong Liquidators shaffer@butzel.com

Andrew E. Balog
   on behalf of Unknown Investment Strategies Fund LP aeb@gtlaw.com

Andrew E. Gelfand
   on behalf of Unknown Canary Wharf Management Ltd. s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
   on behalf of Unknown Heron Quays(HQ2) T1 Limited s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
   on behalf of Unknown Heron Quays (HQ2) T1 Limited s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
   on behalf of Unknown Canary Wharg Management Ltd. s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
   on behalf of Unknown Heron Quays (HQ2) T2 Limited s&cmanagingclerk@sullcrom.com

Andrew Howard Sherman
   on behalf of Attorney Sills Cummis & Gross P.C. asherman@sillscummis.com

Andrew Howard Sherman
   on behalf of Other Prof. Alfred H. Siegel asherman@sillscummis.com

Andrew J Frisch
   on behalf of Creditor American National Insurance Company afrisch@andrewfrisch.com

Andrew J. Entwistle
   on behalf of Interested Party Public Employees' Retirement Association of Colorado aentwistle@entwistle-law.com
   efilings@entwistle-law.com;jporter@entwistle-law.com;rarnall@entwistle-law.com;asher@entwistle-law.com

Andrew J. Rossman
   on behalf of Debtor Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
   andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
   on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Itself and Lehman
   Brothers Special Financing Inc. andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
   on behalf of Creditor Committee Official Committee of Unsecured Creditors andrewrossman@quinnemanuel.com
   andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
   on behalf of Plaintiff Lehman Brothers Commodity Services Inc. andrewrossman@quinnemanuel.com
   andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
   on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
   andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Counter-Defendant Lehman Brothers Commodity Services Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.
andrewrossman@quinnemanuel.com  andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Lehman Brothers Commercial Corporation andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Counter-Defendant Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Counter-Defendant Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Lehman Brothers Commercial Corp. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Counter-Defendant Lehman Brothers Commercial Corp. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Lehman Brothers Special Financing Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew K. Glenn

on behalf of Plaintiff Parkes Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Guyra Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff G & F Yukich Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Eurobodalla Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Sashimi Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Bay Harbour Master Ltd. aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Wingecarribee Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Dante Noteholders aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Panorama Ridge Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Belmont Park Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Belreef Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

District/off: 0208-1                              User: admin                                      Page 55 of 297
Date Rcvd: Sep 30, 2022                          Form ID: 144                                     Total Noticed: 1386

Andrew K. Glenn

on behalf of Interested Party Altum Capital Management LLC aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Gosford City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Statewide Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Southern Finance Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Broken Hill City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party BHCO Master  Ltd. aglenn@glennagre.com, mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Orient Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Sashimi Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Saba Capital Management LP aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor City of Swan aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G.James Australia Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Ambulance Victoria aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Orient Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Statewide Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff The Cootharinga Society of North Queensland aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Santander Asset Management SGFIM SA aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Newcastle City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Andbanc Grup Agricol Reig aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff G.James Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Creditor Ramius LLC aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Indian Pacific Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Eurobodalla Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Belmont Park Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G.James Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Guyra Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff G.James Australia Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Belmont Noteholders aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G & F Yukich Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Fire and Emergency Services Superannuation Board aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Lifeplan Australia Friendly Society Limited aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Lifeplan Australia Friendly Society Limited aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Parkes Shire Council aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Newcastle City Council aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Ambulance Victoria aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Lloyds TSB Bank plc aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Gippsland Secured Investments Ltd aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Dante Noteholders aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff City of Swan aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Wingecarribee Shire Council aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Panorama Ridge Pty Ltd aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Gippsland Secured Investments Ltd aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Southern Finance Limited aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Broken Hill City Council aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Gosford City Council aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Indian Pacific Limited aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Fire and Emergency Services Superannuation Board aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Belreef Holdings Pty Ltd aglenn@glennagre.com mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor The Cootharinga Society of North Queensland aglenn@glennagre.com mao@glennagre.com

Andrew P. Brozman

on behalf of Interested Party Credit Agricole Corporate and Investment Bank andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party TriOptima AB andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Kommunalbank Deutschland AG andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Banque Internationale a Luxembourg SA andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Calyon Securities (USA) Inc. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Pacific Investment Management Company LLC andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Banque Belgique SA andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Defendant iStar Financial Inc. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Banif-Banco de Investimento  S.A. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Defendant Credit Agricole Corporate and Investment Bank (F/K/A Calyon) andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Calyon andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Calyon andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Unknown FirstBank of Puerto Rico andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Finantia Securities Limited andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party KFW Bankengruppe andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party M&G Investment Management Limited andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Credit Local andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Unknown Brigade Leveraged Capital Structures Fund  Ltd. andrew.brozman@cliffordchance.com

Andrew P. Propps

on behalf of Transferee NGA Institutional LIBOR Fund SPV  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Serengeti Lycaon MM L.P. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor PCI Fund L.L.C. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee MSD Credit Opportunities Master Fund  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Lloyds Bank Corporate Markets plc apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee TRC Master Fund LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Macquarie Bank Limited apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Serengeti Multi-Series Master  LLC- Series E11 apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PBC Financing LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Anchorage Capital Master Offshore  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee CC ARB SIF I  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Taconic Capital Advisors LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee GRF Master Fund  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Interested Party TR Capital Management  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PP Opportunities LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Partners Enhanced LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson International LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Centerbridge Credit Advisors  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Canyon Capital Advisors LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson & Co. Inc. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Partners LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Barclays Bank PLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PBC 1 Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Centerbridge Partners  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PP Opportunities Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Serengeti Opportunities MM L.P. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Chase Lincoln First Commercial Corporation apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Macquarie Bank Limited apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee GRF Master Fund II  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Howard Hughes Medical Institute apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Rapax OC Master Fund  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee TR Capital Management  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Enhanced LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Interested Party Barclays Bank PLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Paulson Credit Opportunities Master Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Canyon Capital Advisors LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Serengeti Asset Management LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Bank of Panhsin apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Centerbridge Special Credit Advisors II  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew R Goldenberg
on behalf of Unknown Wendy M Uvino goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Hugh M. McGee goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Michael K. McCully goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Maria Anagnostopoulos goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor John D Marzonie goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Helmut Olivier goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Paola Biraschi goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Paul C Acerra goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor John J. Dmuchowski goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Dana Feller goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Paul Gasparro goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Robert Jakobsze goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Patricia Salles goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor John Dmuchowski goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael J Mullen goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Luigi Zeppetelli goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael K. McCully goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Sandra M. Hahn-Colbert goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Bridget E O'Connor goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael Whang goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Jennifer Becker goldenberg@glawnyc.com

District/off: 0208-1                                    User: admin                                        Page 60 of 297
Date Rcvd: Sep 30, 2022                              Form ID: 144                                    Total Noticed: 1386

Andrew R Goldenberg
                    on behalf of Creditor Alvaro Santodomingo Martel goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Michael J. Petrucelli goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Sandy Fleischman Richman goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Milan Veleba goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Michael Gran goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Joseph G. D'amadeo goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Paola Birashi goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Lawrence E. McCarthy goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Andrea Sullivan goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor John Laurino goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Craig O Benson goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Yeruchim Levilev goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor GUILLEMETTE CALLIES goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Jennifer Adler goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Judith Winchester goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Ian A. Neville goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Timothy B. Wilkinson goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Colin S.A. Welch goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Ross Shapiro goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Gregg Somma goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Steven D Christie goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Martin Patterson goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown David Brooks goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Peter G Kollydas goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Guillemette Callies goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Christiane Schuster goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Pierluigi Volini goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor William S Broadbent goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Brian Seward goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Craig Kornett goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor GREGG W. HAWES goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Jakobsze A Robert goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Christiane Schuster goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Harriet Chan King goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Gregory D. Feller goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Michael Thomas Engle goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Steven Engel goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Margaret E. Smith goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Jack L. Rivkin goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Michael Gran goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Steven Schwab goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Nestor De Jesus goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Tal Lev Ari goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Louise Goldberg goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Sara Minsteris goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Wendy M Uvino goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Karen M. Simon Krieger goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Stephen J Snelling goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Neil Dubrow goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Adrian Graves goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor John B Quattrocchi goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Harriet Chan King goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Thomas O'Sullivan goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Blayne M Ross goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Unknown Paul N. Shotton goldenberg@glawnyc.com

Andrew R Goldenberg
                    on behalf of Creditor Kathleen Ann Wojcik goldenberg@glawnyc.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin

Form ID: 144

Page 62 of 297

Total Noticed: 1386

Andrew R Goldenberg
on behalf of Creditor Roberto Frazao goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown David J. Brooks goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Karen M. Simon Krieger goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Nicholas P Howard goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Patricia M. Luken goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Charles B Rudnick goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Julian Iragorri goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Dana A Feller goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Kenneth F Kollar goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Antoinette E La Belle goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Karen H. Brewer goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Robert W Lazarus goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Richard Peters goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Barry Porter goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Anshuman Goyal goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Jeffrey Wecker goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Norman Siegel goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Fabio Liotti goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Peter Ward goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Ian W. Anderson goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Gregg Somma goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Patrick Cremin goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor David J. Brooks goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Sarah J Lewis goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Nancy J Stanton goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael Collier goldenberg@glawnyc.com

Andrew R. Gottesman
on behalf of Broker SecondMarket  Inc. gottesman@mintzandgold.com, gottesman@mintzandgold.com

Andrew S. Muller
on behalf of Creditor David Livingston amuller@platzerlaw.com  lgibbs@platzerlaw.com

District/off: 0208-1                                              User: admin                                              Page 63 of 297
Date Rcvd: Sep 30, 2022                                          Form ID: 144                                         Total Noticed: 1386

Andrew Stuart Corkhill
                    on behalf of Plaintiff Lehman Brothers Special Financing Inc. andrewcorkhill@quinnemanuel.com
                    andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. andrewcorkhill@quinnemanuel.com  andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
                    on behalf of Plaintiff Lehman Brothers Commercial Corp. andrewcorkhill@quinnemanuel.com
                    andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
                    on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
                    andrewcorkhill@quinnemanuel.com, andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
                    on behalf of Plaintiff Lehman Brothers Commodity Services Inc. andrewcorkhill@quinnemanuel.com
                    andy-corkhill-4117@ecf.pacerpro.com

Andrew T. Solomon
                    on behalf of Unknown Acta Asset Management ASA asolomon@solomoncramer.com  rlombardo@sandw.com

Angela Jennifer Somers
                    on behalf of Interested Party Double Black Diamond Offshore Ltd. asomers@rctlegal.com
                    lbroussard@rctlegal.com;jwingerter@reidcollins.com

Angela Jennifer Somers
                    on behalf of Interested Party Black Diamond Offshore Ltd. asomers@rctlegal.com
                    lbroussard@rctlegal.com;jwingerter@reidcollins.com

Angela Z. Miller
                    on behalf of Creditor HSBC Mortgage Services Inc. amiller@phillipslytle.com  agioeli@phillipslytle.com

Angelina E. Lim
                    on behalf of Creditor Mark W. Hein angelinal@jpfirm.com  minervag@jpfirm.com;katherineb@jpfirm.com

Anjna R. Kapoor
                    on behalf of Defendant JPMORGAN CHASE BANK  N.A. akapoor@kelleydrye.com, docketing@kelleydrye.com

Ann E. Acker
                    on behalf of Creditor U.S. Bank National Association acker@chapman.com

Ann E. Acker
                    on behalf of Attorney Chapman and Cutler LLP acker@chapman.com

Ann E. Acker
                    on behalf of Creditor National Australia Bank Limited acker@chapman.com

Ann E. Acker
                    on behalf of Creditor U.S. Bank National Association  as Trustee acker@chapman.com

Ann E. Acker
                    on behalf of Creditor Bank Of Montreal acker@chapman.com

Ann E. Acker
                    on behalf of Creditor US Bank  National Association, as Trustee acker@chapman.com

Anna Kornikova
                    on behalf of Creditor Federal Home Loan Mortgage Corporation akornikova@lcbf.com

Anne Miller-Hulbert
                    on behalf of Creditor US Bank  National Association, as Trustee rocbkcourt@logs.com

Anne Miller-Hulbert
                    on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee rocbkcourt@logs.com

Anne Miller-Hulbert
                    on behalf of Creditor Wells Fargo Bank  NA as Trustee rocbkcourt@logs.com

Anne Miller-Hulbert
                    on behalf of Creditor U.S. Bank National Association rocbkcourt@logs.com

Anne Miller-Hulbert
                    on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1 rocbkcourt@logs.com

Anne E. Beaumont
                    on behalf of Interested Party Malaysian Airline System Berhad abeaumont@fklaw.com  mclerk@fklaw.com

Anne E. Beaumont
                    on behalf of Creditor Lazard Freres & Co. LLC abeaumont@fklaw.com  mclerk@fklaw.com

Anne E. Beaumont
                    on behalf of Unknown Bank Of Montreal abeaumont@fklaw.com  mclerk@fklaw.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 64 of 297
Total Noticed: 1386

Anne E. Beaumont
on behalf of Unknown Lazard Freres & Co. LLC abeaumont@fklaw.com  mclerk@fklaw.com

Anne M. Peterson
on behalf of Creditor HSBC Bank USA  National Association anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com

Anne Marie Aaronson
on behalf of Creditor Temple University Health Systems  Inc., for itself and as Agent aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Anne Marie Aaronson
on behalf of Creditor Temple Health System Transport Team  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Anne Marie Aaronson
on behalf of Creditor Temple Physicians  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Anne Marie Aaronson
on behalf of Creditor Jeanes Hospital aaaronson@dilworthlaw.com  ctomlin@dilworthlaw.com

Anson B. Frelinghuysen
on behalf of Liquidating Trustee Christopher K. Kiplok  Trust Administrator for the LBI Liquidating Trust frelingh@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Anson B. Frelinghuysen
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. frelingh@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Anthony Balsamo
on behalf of Unknown Arthur Boor balesq1948@yahoo.com

Anthony Ford
on behalf of Defendant AmeriCredit Automobile Receivables Trust 2007 B-F dcunsolo@winston.com

Anthony Ford
on behalf of Defendant Americredit Financial Services Inc. dcunsolo@winston.com

Anthony Ford
on behalf of Defendant AmeriCredit Automobile Receivables Trust 2007 D-F dcunsolo@winston.com

Anthony D. Boccanfuso
on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank Anthony.Boccanfuso@apks.com ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Unknown Adventist Health System/Sunbelt  Inc. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Creditor Adventist Health System/Sunbelt  Inc. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Defendant Williams Lea Inc. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party American Capital  Ltd. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Danske Bank A/S Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Woodlands Commercial Bank Anthony.Boccanfuso@apks.com ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Unknown Federal Housing Finance Agency  as conservator for the Federal Home Loan Mortgage Corporation Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Sampo Bank PLC Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Defendant Westpac Banking Corp. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Williams Lea Inc. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Westpac Banking Corporation Anthony.Boccanfuso@apks.com ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Interested Party Mizrahi Tefahot Bank  Ltd. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                on behalf of Defendant Westpac Banking Corporation Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony I. Giacobbe, Jr.
                on behalf of Creditor SecureWorks  Inc. f/k/a LURHQ Corp. agiacobbe@zeklaw.com

Anthony M. Rainone
                on behalf of Creditor Thomas P Blakeslee arainone@bracheichler.com  palonso@bracheichler.com;jmartin@bracheichler.com

Anthony M. Vassallo
                on behalf of Transferee Solus MAGA Trust amvassallo@gmail.com  tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Creditor Solus Opportunities Fund 3 LP amvassallo@gmail.com  tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Unknown Solus Opportunities Fund 5 LP amvassallo@gmail.com  tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Creditor Ultra Master Ltd. amvassallo@gmail.com  tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Creditor Solus Opportunities Fund 1 LP amvassallo@gmail.com  tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Unknown Solus Recovery Fund  LP amvassallo@gmail.com, tony@amvasslaw.com

Anthony M. Vassallo
                on behalf of Transferee Ultra NB LLC amvassallo@gmail.com  tony@amvasslaw.com

Anthony V. Narula
                on behalf of Defendant First Equity Mortgage Bankers  Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula
                on behalf of Defendant Standard Pacific Mortgage  Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula
                on behalf of Defendant Mortgage Capital Associates  Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula
                on behalf of Defendant Eagle Home Mortgage  LLC anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula
                on behalf of Defendant Crestline Funding Corp. anthony@axslawgroup.com  alex@axslawgroup.com

April Rancier
                on behalf of Unknown Unknown arancier@offitkurman.com

April J. Theis
                on behalf of Creditor Arizona State Retirement System april.theis@azag.gov  hua.qin@azag.gov;BankruptcyUnit@azag.gov

April J. Theis
                on behalf of Creditor State of Arizona april.theis@azag.gov  hua.qin@azag.gov;BankruptcyUnit@azag.gov

April J. Theis
                on behalf of Creditor Arizona State Treasurer april.theis@azag.gov  hua.qin@azag.gov;BankruptcyUnit@azag.gov

Armen James Boyajian
                on behalf of Creditor Amit K. Sarkar jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Unknown Lars Jacobson jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Unknown Mary E. Langevin jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Unknown Darian Cohen jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Creditor Christian Stevens jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Creditor Jeffery K. Wardell jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Creditor Andrew Wideman jamesboyajian@gmail.com

Armen James Boyajian
                on behalf of Unknown Virgilio Casuple jamesboyajian@gmail.com

Arnold I Kalman
                on behalf of Unknown Irakli Glonti arnoldkalman@arnoldkalmanlaw.com

Arnold I Kalman

on behalf of Unknown David Dateshidze arnoldkalman@arnoldkalmanlaw.com

Arthur Goldstein

on behalf of Creditor SecurityNational Mortgage Company agoldstein@tarterkrinsky.com  snobles@tarterkrinsky.com

Arthur E. Rosenberg

on behalf of Interested Party Caisse de depot et placement du Quebec arthur.rosenberg@hklaw.com

Arthur G. Baumeister, Jr.

on behalf of Unknown Michael Alexis Coleman  Sr. abaumeister@amigonesanchez.com

Arthur Jay Steinberg

on behalf of Unknown Lehman Commercial Paper Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg

on behalf of Unknown Lehman Brothers Holdings Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates asteinberg@kslaw.com
sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg

on behalf of Debtor Lehman Brothers Holdings Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

August C. Venturini

on behalf of Creditor Lamita Jabbour acv@venturini-law.com

Austin D Kim

on behalf of Interested Party KfW adk@msf-law.com

Autumn D. Highsmith

on behalf of Creditor BP Capital Energy Fund  L.P. autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor T. Boone Pickens autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor Steven G. Holder Living Trust autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor BP Capital Energy Equity Fund  L.P. autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor American Airlines  Inc. autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor BP Cap. Energy Equity Intl. Hldgs. I  LP autumn.highsmith@haynesboone.com

Autumn D. Highsmith

on behalf of Creditor BP Cap. Energy Equity Fund Master II  LP autumn.highsmith@haynesboone.com

Barbara Whipple

on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company bwhipple@rasflaw.com
bwhipple@rasflaw.com

Barbara E. Locklin

on behalf of Creditor UMWA 1974 Pension Trust blocklin@umwafunds.org

Barbra R. Parlin

on behalf of Creditor PriceWaterhouseCoopers LLP barbra.parlin@hklaw.com
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin

on behalf of Creditor Singapore Airlines Ltd. barbra.parlin@hklaw.com
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin

on behalf of Creditor Teachers' Retirement System of the State of Illinois barbra.parlin@hklaw.com
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin

on behalf of Creditor Kantatsu Co. Ltd. barbra.parlin@hklaw.com
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barry J Roy

on behalf of Interested Party Somerset Properties SPE  LLC broy@rltlawfirm.com

Barry J Roy

on behalf of Unknown Somerset Properties SPE  LLC broy@rltlawfirm.com

Barry R. Kleiner

on behalf of Creditor Shinsei Bank  Limited dkleiner@kkwc.com

District/off: 0208-1                    User: admin                              Page 67 of 297
Date Rcvd: Sep 30, 2022                 Form ID: 144                      Total Noticed: 1386

Barry R. Kleiner

    on behalf of Unknown Shinsei Bank  Limited dkleiner@kkwc.com

Barry R. Kleiner

    on behalf of Unknown Vinson & Elkins LLP dkleiner@kkwc.com

Barry R. Kleiner

    on behalf of Creditor Bimini Investments S.a r.l. dkleiner@kkwc.com

Benay L. Josselson

    on behalf of Interested Party Issuers josselson@sewkis.com

Benay L. Josselson

    on behalf of Defendant Liberty Square CDO II  Ltd. josselson@sewkis.com

Benay L. Josselson

    on behalf of Defendant Mulberry Street CDO  Ltd. josselson@sewkis.com

Benay L. Josselson

    on behalf of Defendant Liberty Square CDO I  Ltd. josselson@sewkis.com

Benjamin Blaustein

    on behalf of Creditor Tullett Prebon Holdings Corporation blaustein@sewkis.com

Benjamin Blaustein

    on behalf of Creditor The Juilliard School blaustein@sewkis.com

Benjamin Rosenblum

    on behalf of Plaintiff Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Unknown Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Plaintiff Lehman Brothers Commodity Services Inc. brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Plaintiff Lehman Brothers Holdings Inc.  brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Plaintiff Woodlands Commercial Corporation brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Debtor Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum

    on behalf of Plaintiff Lehman Brothers Special Financing Inc. brosenblum@jonesday.com

Benjamin C. Wolf

    on behalf of Transferee Serengeti Asset Management LP bwolf@kramerlevin.com

Benjamin F Heidlage

    on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts bheidlage@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Benjamin F Heidlage

    on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust bheidlage@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Benjamin P. McCallen

    on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  bmccallen@willkie.com

Benjamin S. Kaminetzky

    on behalf of Defendant Ford Credit Auto Owner Trust 2007-B kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

    on behalf of Creditor Bank Leumi le-Israel  Ltd. kaminet@dpw.com, ecf.ct.papers@davispolk.com

Bennett Scott Silverberg

    on behalf of Creditor Serta Capital LLC bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg

    on behalf of Creditor Banesco Banco Universal S.A.C.A bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg

    on behalf of Creditor Avignon Capital Ltd. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg

    on behalf of Creditor Spring Star Corp. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg

    on behalf of Creditor Bellair Development Group S.A. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennette D. Kramer

on behalf of Unknown Cascade Investment L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development (as trustee of the Staff Retirement Plan and Trust) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor Natixis Financial Products Inc. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown FIG Entities bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Global Investments  LTD. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development (as trustee of the Retired Staff Benefits Plan and Trust) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown GE Financial Markets bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development for the Post-Employment Benefits Plan bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Global Investments  LTD. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant LM Moore LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Natixis bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Energy Investments Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Equity Fund Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Alphadyne International Master Fund  Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown United Technologies Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court  S.D.N.Y. bdk@schlamstone.com

District/off: 0208-1                               User: admin                                    Page 69 of 297
Date Rcvd: Sep 30, 2022                            Form ID: 144                                    Total Noticed: 1386

Bennette D. Kramer

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor International Bank for Reconstruction and Development bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Global Investments  LTD. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Kendall Family Investments  LLC bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor Moore Capital Management  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Federal Home Loan Bank of Indianapolis bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown LM Moore LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Glencore Commodities Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Bill & Melinda Gates Foundation Trust bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Convexity Capital Master Fund L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Equity Master Fund Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown HBK Master Fund L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Casterligg Master Investments Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Fund  L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Natixis Financial Products Inc. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer
    on behalf of Plaintiff LM Moore LP bdk@schlamstone.com

Bertin C. Emmons
    on behalf of Creditor Sovereign Bank bemmons@sovereignbank.com

Bertrand C. Sellier
    on behalf of Creditor QVT Financial LP bsellier@rlrpclaw.com

Bertrand C. Sellier
    on behalf of Creditor QVT Fund LP bsellier@rlrpclaw.com

Bertrand C. Sellier
    on behalf of Creditor Quintessence Fund L.P. bsellier@rlrpclaw.com

Bertrand J. Choe
    on behalf of Transferee JPMORGAN CHASE BANK  N.A. NYC.bknotices@kattenlaw.com

Bertrand J. Choe
    on behalf of Unknown Banc of America Credit Products  Inc. NYC.bknotices@kattenlaw.com

Bertrand J. Choe
    on behalf of Creditor Banc of America Credit Products  Inc. NYC.bknotices@kattenlaw.com

Beth A Bryan
    on behalf of Unknown Federal Home Loan Bank of Cincinnati bryan@taftlaw.com  docket@taftlaw.com

Beverly Weiss Manne
    on behalf of Creditor Kimberly A. Reed bmanne@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Creditor Federal Home Loan Bank of Pittsburgh bmanne@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh bmanne@tuckerlaw.com

Blair C. Fensterstock
    on behalf of Interested Party SecurityNational Mortgage Company gprice@mackeyprice.com

Blanka K. Wolfe
    on behalf of Unknown Evangelical Christian Credit Union bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe
    on behalf of Unknown Norton Gold Fields Limited bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe
    on behalf of Creditor Agricultural Bank of Taiwan bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe
    on behalf of Unknown Makola 2005  S.L. bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Boaz S. Morag
    on behalf of Defendant Barclays Capital  Inc. bmorag@cgsh.com, maofiling@cgsh.com

Boaz S. Morag
    on behalf of Interested Party Barclays Capital  Inc. bmorag@cgsh.com, maofiling@cgsh.com

Boaz S. Morag
    on behalf of Defendant Barclays Bank PLC bmorag@cgsh.com  maofiling@cgsh.com

Boaz S. Morag
    on behalf of Defendant Barclays Capital Inc. bmorag@cgsh.com  maofiling@cgsh.com

Boaz S. Morag
    on behalf of Interested Party Barclays Capital Inc. bmorag@cgsh.com  maofiling@cgsh.com

Bonnie Steingart
    on behalf of Unknown FMR LLC steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Bonnie Steingart
    on behalf of Unknown Goldman  Sachs & Co. steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Bonnie Steingart
    on behalf of Unknown Bonnie Steingart steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Bonnie Steingart
    on behalf of Unknown Tradeweb Markets LLC steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Boris I. Mankovetskiy
    on behalf of Creditor Alfred H. Siegel bmankovetskiy@sillscummis.com

Brad Jeffrey Axelrod
    on behalf of Plaintiff Lehman Brothers Holdings  Inc. baxelrod@wmd-law.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 71 of 297
Total Noticed: 1386

Brad Jeffrey Axelrod
on behalf of Plaintiff Lehman Brothers Holdings Inc. baxelrod@wmd-law.com

Bradford E. Dempsey
on behalf of Unknown Gensler Architecture  Design & Planning, P.C. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Bradford E. Dempsey
on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants brad.dempsey@faegrebd.com candee.smith@faegrebd.com

Bradford E. Dempsey
on behalf of Creditor M. Arthur Gensler Jr. & Associates  Inc. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Bradford E. Dempsey
on behalf of Creditor Gensler and Associates/Architecture  Inc. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Brady C. Williamson
on behalf of Interested Party Fee Committee bwilliamson@gklaw.com

Brandon Johnson
on behalf of Transferee Botticelli  LLC brandon.johnson@pillsburylaw.com

Brandon Johnson
on behalf of Creditor Banc of America Credit Products  Inc. brandon.johnson@pillsburylaw.com

Brandon Johnson
on behalf of Transferee AG Centre Street Partnership  L.P. brandon.johnson@pillsburylaw.com

Brant Kuehn
on behalf of Plaintiff Lehman Brothers Holdings Inc. bkuehn@wmd-law.com

Brant Kuehn
on behalf of Plaintiff Lehman Brothers Holdings  Inc. bkuehn@wmd-law.com

Brant Kuehn
on behalf of Debtor Lehman Brothers Holdings Inc. bkuehn@wmd-law.com

Brendan M. Scott
on behalf of Plaintiff Massachusetts Water Resources Authority bscott@klestadt.com

Brendon DeMay
on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain Mortgage-Backed Securities Trusts bdemay@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Brendon DeMay
on behalf of Interested Party Wilmington Trust Company and Wilmington Trust Association  solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts bdemay@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Brent C. Strickland
on behalf of Interested Party Headstrong Services  LLC bstrickland@wtplaw.com

Brent C. Strickland
on behalf of Unknown Monarch Alternative Capital LP bstrickland@wtplaw.com

Brett D. Goodman
on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk brett.goodman@afslaw.com

Brett H. Miller
on behalf of Creditor AB Bankas SNORAS bmiller@willkie.com  maosbny@willkie.com

Brett H. Miller
on behalf of Unknown Chinatrust Commercial Bank  et al. bmiller@willkie.com, maosbny@willkie.com

Brett H. Miller
on behalf of Creditor Farglory Life Insurance Co. Ltd. bmiller@willkie.com  maosbny@willkie.com

Brian Trust
on behalf of Interested Party Canadian Imperial Bank of Commerce btrust@mayerbrown.com

Brian Trust
on behalf of Interested Party CypressTree Investment Management  LLC, As Subadvisor To Primus CLO I, Ltd. btrust@mayerbrown.com

Brian Trust
on behalf of Defendant LaSalle Bank National Association btrust@mayerbrown.com

Brian Trust
on behalf of Unknown Mayer Brown LLP btrust@mayerbrown.com

Brian Trust
on behalf of Plaintiff Libra CDO Limited btrust@mayerbrown.com

Brian Trust

District/off: 0208-1                          User: admin                          Page 72 of 297
Date Rcvd: Sep 30, 2022                        Form ID: 144                        Total Noticed: 1386

on behalf of Creditor National Bank of Canada Inc.  National Bank of Canada Financial Inc., and National Bank Financial Inc. btrust@mayerbrown.com

Brian Trust

on behalf of Interested Party FirstCaribbean International Bank (Bahamas) Limited btrust@mayerbrown.com

Brian Trust

on behalf of Creditor SOCIETE GENERALE btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Societe Generale Asset Management Banque btrust@mayerbrown.com

Brian Trust

on behalf of Defendant Libra CDO Limited btrust@mayerbrown.com

Brian Trust

on behalf of Defendant Bank Of America  N.A. btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Libra CDO Limited btrust@mayerbrown.com

Brian Trust

on behalf of Plaintiff Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Swift Master Auto Receivables Trust btrust@mayerbrown.com

Brian Trust

on behalf of Creditor National Bank of Canada btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Federal Home Loan Bank of Boston btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Capital Partners Securities Co.  Ltd. btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust

on behalf of Creditor The Vantagepoint Funds btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Societe Generale btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Societe Generale Bank & Trust btrust@mayerbrown.com

Brian Trust

on behalf of Defendant Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Societe Generale Asset Management Banque btrust@mayerbrown.com

Brian Trust

on behalf of Creditor SOGECAP btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Washington Mutual Bank and Washington Mutual  Inc. btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Sumitomo Mitsui Banking Corporation  SMBC Capital Markets, Inc., and Sumitomo Mitsui Banking Corporation Brussels Branch btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Canadian Imperial Bank Commerce btrust@mayerbrown.com

Brian Trust

on behalf of Creditor Societe Generale Bank & Trust btrust@mayerbrown.com

Brian Trust

on behalf of Unknown Societe Generale btrust@mayerbrown.com

Brian D. Koosed

on behalf of Defendant AllianceBernstein L.P. f/k/a Alliance Capital Management L.P. brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA  S.A. brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Financial  Inc. brian.koosed@klgates.com

Brian D. Koosed

Brian D. Koosed

on behalf of Defendant AXA Assurances Vie Mutuelle brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Assurances I.A.R.D. Mutuelle brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Courtage Assurance Mutuelle brian.koosed@klgates.com

Brian D. Pfeiffer

on behalf of Plaintiff HWA 555 Owners  LLC , jdisanti@whitecase.com;mco@whitecase.com

Brian D. Pfeiffer,

on behalf of Interested Party HWA 555 Owners  LLC brian.pfeiffer@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com

Brian D. Pfeiffer,

on behalf of Creditor HWA 555 Owners  LLC brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

Brian Edward O'Connor

on behalf of Creditor Duquesne Capital Management L.L.C. maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Small Cap Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Sigma Fixed Income Fund  Ltd. maosbny@willkie.com, boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Value Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Opportunity maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Equity Income Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor S.A.C. Strategic Investments  LLC maosbny@willkie.com, boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Fund /VA maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Small and Mid Cap Value Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Capital Income Fund maosbny@willkie.com  boconnor@willkie.com

Brian James Rooder

on behalf of Transferee Finepoint Capital Partners II LP brian.rooder@ropesgray.com

Brian James Rooder

on behalf of Transferee Finepoint Capital Partners I LP brian.rooder@ropesgray.com

Brian James Rooder

on behalf of Creditor Schroder Investment Management Limited  on behalf of certain current and former Schroder entities
brian.rooder@ropesgray.com

Brian Matthew Margolies

on behalf of Plaintiff Allied World Assurance Company (U.S.) Inc. bmargolies@traublieberman.com

Brian W. Harvey

on behalf of Unknown Clayton Services  Inc. bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Brigitte Rose

on behalf of Unknown Wells Fargo Bank  National Association brose@hahnhessen.com

Brijesh P. Dave,

on behalf of Debtor Lehman Brothers Holdings Inc. brijesh.dave@lehmanholdings.com

Bruce Bennett

on behalf of Unknown DCP Parties bbennett@jonesday.com

Bruce Sabados

on behalf of Defendant Brown Brothers Harriman & Co. mark.ciani@kattenlaw.com

Bruce A. Schoenberg

on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation
bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown The Mortgage Link  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION bschoenberg@moritthock.com rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Merrimack Mortgage Company  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Nova Financial and Investment Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown American Capital Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant First Home Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Perl Mortgage  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Interested Party Gateway Bank  FSB bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown North Atlantic Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Union Mortgage Group  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown GMFS LLC bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Advisors Mortgage Group  LLC bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown North American Savings Bank  F.S.B. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Mason McDuffie Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant The Mortgage House  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Nova Financial & Investment Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Jersey Mortgage Company of New Jersey  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant North Atlantic Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Merrimack Mortgage Company  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Access National Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown First Option Mortgage bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant First Credit Union bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Gateway Bank  F.S.B bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce E. Clark

on behalf of Interested Party Sullivan & Cromwell LLP clarkb@sullcrom.com s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark

on behalf of Creditor Giants Stadium LLC clarkb@sullcrom.com

s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Defendant Giants Stadium LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Unknown Baupost Group LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Counter-Claimant Giants Stadium LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce G. Arnold
on behalf of Unknown Bruce G. Arnold barnold@whdlaw.com

Bruce G. Arnold
on behalf of Creditor Metavante Corporation barnold@whdlaw.com

Bruce G. MacIntyre
on behalf of Creditor Puget Sound Energy  Inc. bmacintyre@perkinscoie.com

Bruce G. MacIntyre
on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incoporated bmacintyre@perkinscoie.com

Bruce J. Duke
on behalf of Unknown William Conners brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Unknown Shashank Agrawal brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor William Connors brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Unknown Joanna Barecivic brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Committee Joanna Baricevic brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Rick Gabelman brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor James Gardner brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Municipal Securities Rulemaking Board brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Rudolph Hlavek brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Shashank Agrawal brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Btzalel Hirschhorn
on behalf of Interested Party Emile & Carlos Diaz Bhirschhorn@sbagk.com
manderson@sbagk.com,cpersaud@sbagk.com,gguarino@sbagk.com,hirschhornbr66086@notify.bestcase.com,etaylor@sbagk.com

CRG Financial LLC
on behalf of Creditor Claims Recovery Group LLC notices@CRGfinancial.com

Caitrin Una McKiernan
on behalf of Unknown Shield Securities Limited caitrin.mckiernan@freshfields.com

Caitrin Una McKiernan
on behalf of Defendant Shield Securities Ltd  caitrin.mckiernan@freshfields.com

Caleb Durling
on behalf of Plaintiff Lehman Brothers Holding Inc. cdurling@foxrothschild.com

Caleb Durling
on behalf of Plaintiff Lehman Brothers Holdings Inc. cdurling@foxrothschild.com

Carey D. Schreiber
on behalf of Unknown Capgemini Financial Services USA  INC cschreiber@winston.com,
carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Transferee AG Super Fund International Partners  L.P. cschreiber@winston.com,
carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Unknown Banc of America Credit Products Inc. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Creditor Capgemini Financial Services USA Inc. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Transferee AG Centre Street Partnership L.P. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Transferee Botticelli LLC cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Interested Party Intralot S.A. cschreiber@winston.com  carey-schreiber-2307@ecf.pacerpro.com

Carl E Black
on behalf of Defendant LendingTree Inc. ceblack@jonesday.com

Carl E Black
on behalf of Defendant LendingTree LLC ceblack@jonesday.com

Carl M. Greenfeld
on behalf of Creditor Cerberus Partners L.P. and Cerberus International, Ltd. cgreenfeld@lowenstein.com

Carla O. Andres
on behalf of Interested Party Fee Committee candres@gklaw.com  kboucher@gklaw.com

Carmine Boccuzzi
on behalf of Interested Party Goldman Sachs Asset Management L.P. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs Japan Co. Ltd. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs & Co. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Unknown Cleary Gottlieb Steen & Hamilton LLP cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Interested Party Goldman Sachs Asset Management L.P., as Investment Manager to GMT LIBOR Alpha Cayman Unit Trust cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor GS European Performance Fund Limited cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Defendant Goldman Sachs International cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs International Bank cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Nordic Investment Bank cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Interested Party Finmeccanica S.p.A. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Interested Party The Goldman Sachs Group Inc. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs Credit Partners L.P. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor J. Aron & Company cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Zwinger Opco 6 BV cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs Capital Markets L.P. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs (Asia) Finance cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Creditor Goldman Sachs International cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
on behalf of Defendant Goldman Sachs & Co. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 77 of 297
Total Noticed: 1386

on behalf of Creditor Goldman Sachs (Japan) Ltd. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carolee A. Hoover

on behalf of Defendant Gateway Bank  F.S.B choover@mcguirewoods.com

Caroline Djang

on behalf of Creditor LINC-Redondo Beach Seniors  Inc. cdjang@buchalter.com, laurie.verstegen@bbklaw.com

Caroline K. Eisner

on behalf of Defendant CMG Mortgage  Inc. ceisner@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant CMG MORTGAGE SERVICES  INC. ceisner@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant RBC Mortgage Company ceisner@buckleyfirm.com docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant CMG MORTGAGE  INC. ceisner@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant FLAGSTAR BANK  FSB ceisner@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com

Carollynn H.G. Callari

on behalf of Unknown Preston Patagonia-AM LLC ccallari@venable.com

Carollynn H.G. Callari

on behalf of Creditor Danske Bank A/S  London Branch ccallari@venable.com

Carollynn H.G. Callari

on behalf of Unknown Sumatra-AM LLC ccallari@venable.com

Carren B. Shulman

on behalf of Unknown Bank of New York Mellon cshulman@sheppardmullin.com ny-docketing@sheppardmullin.com

Carren B. Shulman

on behalf of Unknown Sheppard Mullin Richter & Hampton  LLP cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com

Carrie V. Hardman

on behalf of Plaintiff European Credit Management Limited chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff European Credit (Luxembourg) S.A. chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Relative European Value S.A. chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Term Loans Europe plc chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Leveraged Loans Europe plc chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman,

on behalf of Unknown European Credit Management Limited chardman@winston.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman,

on behalf of Creditor Southdene Investments Ltd chardman@winston.com  carrie-hardman-4684@ecf.pacerpro.com

Casey B. Howard

on behalf of Unknown Arsago Strategies SPC choward@lockelord.com

Casey B. Howard

on behalf of Counter-Claimant Wells Fargo Bank  N.A., Trustee choward@lockelord.com

Casey B. Howard

on behalf of Creditor Plaza Harbour Mezz Holdings LLC choward@lockelord.com

Casey B. Howard

on behalf of Unknown Stephen Nash Hurley choward@lockelord.com

Casey B. Howard

on behalf of Unknown Southern Community Financial Corporation choward@lockelord.com

Casey B. Howard

on behalf of Unknown Southern Community Bank and Trust choward@lockelord.com

Casey B. Howard

on behalf of Unknown Carolina First Bank choward@lockelord.com

Casey B. Howard

on behalf of Defendant Wells Fargo Bank  N.A., Trustee choward@lockelord.com

Casey B. Howard

on behalf of Unknown Reynolds American Defined Benefit Master Trust choward@lockelord.com

Casey B. Howard

on behalf of Plaintiff Southern Community Bank and Trust choward@lockelord.com

Casey B. Howard

on behalf of Plaintiff Southern Community Financial Corporation choward@lockelord.com

Casey B. Howard

on behalf of Plaintiff Carolina First Bank choward@lockelord.com

Casey B. Howard

on behalf of Defendant Illinois Mutual Life Insurance Co. choward@lockelord.com

Casey B. Howard

on behalf of Defendant Wells Fargo Bank  National Association choward@lockelord.com

Cassandra L. Coleman

on behalf of Creditor The Treasurer of Garfield County  Colorado ccoleman@garfield-county.com

Catherine V. LoTempio

on behalf of Unknown Rita Shapiro lotempio@sewkis.com

Charles Malloy

on behalf of Defendant Westpac Banking Corporation charles.malloy@aporter.com

Charles Quinn

on behalf of Unknown Stonehill Institutional Partners  L.P. cvquinn@cvquinn-law.com

Charles Quinn

on behalf of Unknown Stonehill Master Fund Ltd. cvquinn@cvquinn-law.com

Charles A. Lyman

on behalf of Creditor James L. Knipp tmk@soslaw.com

Charles E. Boulbol

on behalf of Unknown Russell Reynolds Associates  Inc. rtrack@msn.com

Charles E. Boulbol

on behalf of Unknown Russell Reynolds Associates Limited rtrack@msn.com

Charles E. Simpson

on behalf of Unknown Windels Marx Lane & Mittendorf  LLP csimpson@windelsmarx.com,
mmartir@windelsmarx.com;cdinapoli@windelsmarx.com

Charles J. Filardi, Jr.

on behalf of Creditor Federal Express Corporation cfilardi@rrlawpc.com  abothwell@rrlawpc.com

Charles Martin Tatelbaum

on behalf of Creditor GMAC Mortgage  LLC cmt@trippscott.com, hbb@trippscott.com

Charles R. Ekberg

on behalf of Creditor Fred Hutchinson Cancer Research Center ekbergc@lanepowell.com
intlekofert@lanepowell.com;Docketing-SEA@lanepowell.com

Charles R. Ekberg

on behalf of Defendant Lake Forest Business Center ekbergc@lanepowell.com
intlekofert@lanepowell.com;Docketing-SEA@lanepowell.com

Chaya F. Weinberg-Brodt

on behalf of Unknown CRE Capital LLC chaya.weinberg@withers.us.com

Chester B. Salomon

on behalf of Creditor Richard Witten chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Emerson Investment Management  Inc. chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown The Lapidus Trust U/A/D 6/17/02 chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Richard Witten chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Interested Party Institutional Investors chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor 1301 Properties Owner  LP c/o Paramount Group, Inc. chestersalomon355@gmail.com,
                    s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor Harold Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor Isaac Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Unknown Nancy Oring chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor Ira Wertentiel chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Transferee Harold Shamah 2010 Family Trust chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor Summit Capital Partners  LP chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor 469 Bergman Properties LLC chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor Shamah 2000 Family Trust chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Unknown Isaac Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Creditor 1301 Properties Owner  L.L.C. chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Unknown Robert Perl chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
                    on behalf of Unknown Harold Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Christine Walsh
                    on behalf of Creditor MSREF Turque S.A.R.L. cwalsh@mayerbrown.com

Christine Walsh
                    on behalf of Creditor BNP Paribas cwalsh@mayerbrown.com

Christine Walsh
                    on behalf of Creditor BGL BNP Paribas S.A. cwalsh@mayerbrown.com

Christine M. Tobin-Presser
                    on behalf of Unknown Kline Galland Center ctobin@bskd.com
                    psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com

Christopher Carlsen
                    on behalf of Unknown Sunny Bank Ltd. christopher.carlsen@clydeco.us  michelle.mullen@clydeco.us

Christopher Carrington
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. chris@richardscarrington.com  dyanna@richardscarrington.com

Christopher Combest
                    on behalf of Creditor United Parcel Service  Inc. christopher.combest@quarles.com, faye.feinstein@quarles.com

Christopher Harris
                    on behalf of Interested Party Veyance Technologies  Inc. Christopher.harris@lw.com,
                    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris
                    on behalf of Unknown ACTS Retirement-Life Communities  Inc. Christopher.harris@lw.com,
                    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris
                    on behalf of Plaintiff Veyance Technologies  Inc. Christopher.harris@lw.com,
                    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Joralemon
                    on behalf of Defendant The Related Companies Inc. cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Joralemon
                    on behalf of Defendant Richard O'Toole cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Joralemon
                    on behalf of Defendant Rosegreen Trust cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Loizides
on behalf of Plaintiff Miron Berenshteyn loizides@loizides.com

Christopher A. LaVoy
on behalf of Defendant loanDepot.com  LLC clavoy@hclawgroup.com,
asst@hclawgroup.com,3614656420@filings.docketbird.com

Christopher A. LaVoy
on behalf of Defendant LoanDepot.com  LLC clavoy@hclawgroup.com,
asst@hclawgroup.com,3614656420@filings.docketbird.com

Christopher F. Graham
on behalf of Unknown McKenna Long & Aldridge LLP grahamc@whiteandwilliams.com

Christopher F. Graham
on behalf of Spec. Counsel McKenna Long & Aldridge LLP grahamc@whiteandwilliams.com

Christopher J Lucht
on behalf of Plaintiff Lehman Brothers Holdings  Inc. clucht@wmd-law.com

Christopher J Lucht
on behalf of Plaintiff Lehman Brothers Holdings Inc. clucht@wmd-law.com

Christopher J Lucht
on behalf of Plaintiff Lehman Brothers Special Financing Inc. clucht@wmd-law.com

Christopher J Lucht
on behalf of Debtor Lehman Brothers Holdings Inc. clucht@wmd-law.com

Christopher J. Battaglia
on behalf of Unknown Bouef Limited cbattaglia@halperinlaw.net  cessenfeld@halperinlaw.net

Christopher J. Giaimo, Jr.
on behalf of Creditor Transaction Network Services  Inc. christopher.giaimo@squirepb.com,
sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Houpt
on behalf of Defendant Bank Of America  N.A. choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Unknown CitiBank  NA choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Creditor Threadneedle Management Luxembourg S.A. choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Creditor Citibank  N.A. choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Defendant LaSalle Bank National Association choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Interested Party CITIBANK  N.A. choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Unknown Citibank N.A. choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Plaintiff Societe Generale  New York Branch choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Defendant Libra CDO Limited choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Interested Party The International Swaps and Derivatives Association  Inc. choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Defendant Societe Generale  New York Branch choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Creditor Threadneedle Asset Managment Ltd. choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt

on behalf of Plaintiff Libra CDO Limited choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt

on behalf of Interested Party The Securities Industry and Financial Markets Association choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Major

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Creditor FactSet Research Systems  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Plaintiff Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Plaintiff Turnberry/Centra Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry West Construction cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Counter-Claimant Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Plaintiff Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry/Centra Office SUB  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry/Centra SUB LLC cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Creditor Clayton Fixed Income Services  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Soffer Turnberry/South Strip  llc cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Defendant Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry Residential Limited Partner LP cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Turnberry/Centra Sub  LLC, Turnberry/Centra Office Sub, LLC, Turnberry Retail Holding, L.P., Jacquelyn
Soffer and Jeffrey Soffer cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Counter-Claimant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Plaintiff Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Defendant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Counter-Defendant Turnberry/Centra Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Fontainebleau Las Vegas  LLC cjm@msf-law.com, bm@msf-law.com

Christopher K. Kiplok
on behalf of Attorney Hughes Hubbard & Reed LLP kiplok@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok
on behalf of Interested Party Lehman Brothers Inc. kiplok@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok
on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok
on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers Inc. kiplok@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Tahbaz
on behalf of Defendant AIA International Ltd. cktahbaz@debevoise.com  mao-bk-ecf@debevoise.com

Christopher Lee Wilson
on behalf of Defendant LendingTree  LLC clwilson@jonesday.com, nydocket@jonesday.com

Christopher Lee Wilson
on behalf of Defendant LendingTree  Inc. clwilson@jonesday.com, nydocket@jonesday.com

Christopher M. Desiderio
on behalf of Creditor CVF Lux Finco  LLC cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor Stone Lion Portfolio L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor SL Liquidation Fund L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Unknown Stone Lion Portfolio L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor CVI CVF II Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant Syncora Guarantee Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant GreenPoint Mortgage Funding  Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant Deutsche Bank Trust Company Americas  As Indenture Trustee cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Unknown CVF Lux Securities Trading S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor CVF Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant State Street International Ireland Limited cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Unknown Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company
cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant State Street Bank and Trust Company as Trustee for Cheyne CLO Investment I Ltd.
cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor Longshore CDO Funding 2007-3  LTD cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Defendant ZAIS Investment Grade Limited X cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Unknown Nixon Peabody LLP cdesiderio@nixonpeabody.com

District/off: 0208-1                          User: admin                                    Page 83 of 297
Date Rcvd: Sep 30, 2022                       Form ID: 144                              Total Noticed: 1386

Christopher M. Desiderio

on behalf of Creditor Stone Lion Capital Partners L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Permal Stone Lion Fund Ltd. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor CVIC Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown CVF Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor CVF II LUX FINCO  LLC cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor CVI GVF Luxembourg Twelve S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant U.S. Bank National Association cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant State Street Bank and Trust Company cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown Permal Stone Lion Fund Ltd. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown State Street Custodial Services (Ireland) Limited  in its role as Trustee of Strategic Global Fund (Strategic Global (Putnam) Managed Trust Fund) cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant ZAIS Investment Grade Limited II cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant Deutsche Bank Trust Company Americas as Trustee for Mulberry Street CDO  Ltd., cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant State Street Global Advisors cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown Zais Investment Grade Limited II cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant Deutsche Bank Trust Company Americas cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Commonwealth of Peurto Rico cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Kaupthing hf. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown CVI CVF II Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher P. Hall

on behalf of Defendant PTO Holdings LLC new-york-bankruptcy-5401@ecf.pacerpro.com

Christopher P. Hall

on behalf of Defendant LCOR Alexandria L.L.C. new-york-bankruptcy-5401@ecf.pacerpro.com

Christopher P. Schueller

on behalf of Creditor Greenbriar Minerals  LLC , timothy.palmer@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Christopher R. Donoho, III

on behalf of Unknown Piney Branch Park Inc. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III

on behalf of Unknown Barclays Bank SA chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III

on behalf of Unknown Jurgen Grossmann chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III

on behalf of Unknown DekaBank Deutsche Girozentrale chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Standard Chartered Bank (Hong Kong) Limited chris.donoho@hoganlovells.com
tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Quintessence Fund L.P. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Jurgen Grossman chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Standard Chartered Bank chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Thomas Marsoner chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown Lloyds TSB Bank plc (Geneva Branch) chris.donoho@hoganlovells.com
tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown Lovells LLP chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown LRI Invest  S.A. chris.donoho@hoganlovells.com, tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Italease Finance S.p.A. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Banca Italease S.p.A. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor QVT Fund LP chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown Christopher Donoho QVT Financial LP chris.donoho@hoganlovells.com
tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Interested Party Carlton Communications Limited chris.donoho@hoganlovells.com
tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Creditor Lloyds TSB Bank plc chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown The Seaport Group LLC chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
    on behalf of Unknown Berner Kantonalbank AG chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Heinrich
    on behalf of Creditor Nebraska Investment Council and State of Nebraska cheinrich@hslegalfirm.com

Christopher R. Momjian
    on behalf of Creditor Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

Christopher Robert Belmonte
    on behalf of Attorney Satterlee Stephens Burke & Burke LLP crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
    on behalf of Unknown Latshaw Drilling Company  LLC crbelmonte@duanemorris.com,
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
    on behalf of Unknown International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
    on behalf of Unknown IBM Personal Pension Plan Trust crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
    on behalf of Creditor Moody's Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
    on behalf of Creditor International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte

on behalf of Unknown Moody's Investors Service crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christy Rivera

on behalf of Creditor GLG Partners LP christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor Brooke Financial Services Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor GLG Partners (Cayman) Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Unknown Brooke Financial Services Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor Portafolio de Inversiones C2-34 C.A. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Unknown Smith Rocke Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor Credican  C.A. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Unknown Objecting Parties christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Interested Party Serta Capital LLC christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Interested Party Horizon II International Limited christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor Avignon Capital Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)
christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor GLG Investments VI plc: Sub-fund GLG European Equity (UCITS III) Fund
christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Interested Party Smith Rocke Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor AIG Markets  Inc. (f/k/a AIG CDS, Inc.) christy.rivera@nortonrosefulbright.com

Christy Rivera

on behalf of Creditor Minardi Capital Corp. christy.rivera@nortonrosefulbright.com

Chrystal P Mauro

on behalf of Attorney Reed Smith LLP cpmauro15@gmail.com

Cindi Giglio

on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
cgiglio@curtis.com, nyc.bknotices@kattenlaw.com

Cindi Giglio

on behalf of Debtor Lehman Brothers Holdings Inc. cindi.giglio@kattenlaw.com  nyc.bknotices@kattenlaw.com

Ciro A. Mestres

on behalf of Creditor PennyMac Loan Services  LLC mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com

Claude Szyfer

on behalf of Creditor Goldman Sachs Emerging Markets Opportunities Fund Offshore LLC cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

Claude Szyfer

on behalf of Creditor Mitsui & Co. Commodity Risk Management Limited cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

Claude Szyfer

on behalf of Creditor Goldman Sachs Emerging Markets Opportunities Fund LLC cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

Claude F. Kolm

on behalf of Creditor Alameda County Treasurer-Tax Collector Donald R. White claude.kolm@acgov.org  jamartinez@acgov.org

Clinton E. Blanck

on behalf of Creditor Robert Nelson Imbody cblanck@blancklegal.com

Clinton E. Blanck

on behalf of Creditor Gary Brian Plunkitt cblanck@blancklegal.com

Conrad Chiu

on behalf of Creditor SPCP Group L.L.C. cchiu@pryorcashman.com  docketing@pryorcashman.com

Constantine Pourakis

on behalf of Plaintiff Royal Bank America  formerly known as Royal Bank of Pennsylvania cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Harvey Gaffen cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Edward Leshin cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Attorney Stevens & Lee  P.C. cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Ira Robb cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Unknown Raiffeisen Zentralbank Osterreich Aktiengesellschaft cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Robert J. Abt Irrevocable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor 1301 Properties Owner  LP c/o Paramount Group, Inc. cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Andrew T. Berlin Recoverable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Royal Bank America cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Seymour Taxman Revocable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor RAIFFEISENLANDESBANK N-WEIN AG cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Diakon Lutheran Social Ministries cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor SLF PPIC I LLC Series 61G cp@stevenslee.com

Corey Whiting

on behalf of Defendant AIA International Ltd. cswhiting@debevoise.com  mao-bk-ecf@debevoise.com

Corey J Longhurst

on behalf of Plaintiff Lehman Brothers Holdings Inc. clonghurst@rbf.law

Corey R. Weber

on behalf of Unknown The City of Long Beach ecf@ebg-law.com

Craig Kelley

on behalf of Unknown Merit Floors  Inc. bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com

Craig Kelley

on behalf of Creditor Merit Floors  Inc. bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com

Craig Price

on behalf of Defendant U.S. Bank National Association  as Trustee cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank Trsut National Association cprice@chapman.com

Craig Price

on behalf of Creditor U.S. Bank National Association cprice@chapman.com

Craig Price

on behalf of Creditor Bank Of Montreal cprice@chapman.com

Craig Price

on behalf of Creditor U.S. Bank National Association  as Trustee cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank Trust National Association cprice@chapman.com

Craig Price
on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Klio III Funding Corp. cprice@chapman.com

Craig Price
on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Class V Funding III Ltd. cprice@chapman.com

Craig Price
on behalf of Unknown BMO Harris Bank National Association  as successor to Marshall & Ilsley Trust Company N.A. cprice@chapman.com

Craig Price
on behalf of Defendant U.S. Bank National Association  as Trustee with respect to Whitehawk CDO Funding cprice@chapman.com

Craig Price
on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Klio II Funding Corp. cprice@chapman.com

Craig Price
on behalf of Creditor US Bank  National Association, as Trustee cprice@chapman.com

Craig Price
on behalf of Creditor National Australia Bank Limited cprice@chapman.com

Craig Price
on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Putnam Structured Products CDO 2003-1 Ltd. cprice@chapman.com

Craig Price
on behalf of Attorney Chapman and Cutler LLP cprice@chapman.com

Craig Price
on behalf of Unknown Scott A. Lewis cprice@chapman.com

Craig Reimer,
on behalf of Unknown Mayer Brown LLP creimer@mayerbrown.com  2682298420@filings.docketbird.com

Craig J. Albert
on behalf of Creditor Edward J. Agostini Living Trust Dated May 12  2000 Craig@AlbertPLLC.com, Craig@AlbertPLLC.com

Craig J. Albert
on behalf of Creditor Edward J Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig J. Albert
on behalf of Unknown Sylvia Agostini Living Trust Dated May 12  2000 Craig@AlbertPLLC.com, Craig@AlbertPLLC.com

Craig J. Albert
on behalf of Creditor Sylvia Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig J. Albert
on behalf of Creditor Edward J. Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig V. Rasile
on behalf of Unknown HBK Master Fund L.P. new-york-bankruptcy-5401@ecf.pacerpro.com;Rachel.nanes@dlapiper.com;craig-rasile-5253@ecf.pacerpro.com

D. Ross Martin
on behalf of Unknown Loomis Street  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Loomis St. LLC ross.martin@ropesgray.com

D. Ross Martin
on behalf of Defendant President and Fellows of Harvard College ross.martin@ropesgray.com

D. Ross Martin
on behalf of Transferee Baupost Group Securities  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Creditor Stanford Hospital and Clinics ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown FFI Fund Ltd. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Olifant Fund  Ltd. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Whatley Place  L.L.C. ross.martin@ropesgray.com

D. Ross Martin

D. Ross Martin
    on behalf of Unknown Putnam Investments ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Defendant Franklin W. Olin College of Engineering  Inc. ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Unknown Lazaret Partners  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Unknown FYI Ltd. ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Transferee Newtonville Partners  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Unknown Massachusetts Housing Finance Agency ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Unknown Newtonville Partners L.L.C. ross.martin@ropesgray.com

D. Ross Martin
    on behalf of Transferee Newtonville Partners L.L.C. ross.martin@ropesgray.com

Dale C. Christensen, Jr.
    on behalf of Defendant BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14 christensen@sewkis.com

Damien J. Marshall
    on behalf of Defendant HSBC Bank PLC dmarshall@kslaw.com  damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
    on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited dmarshall@kslaw.com
    damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
    on behalf of Defendant HSBC France dmarshall@kslaw.com  damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
    on behalf of Defendant HSBC Bank USA  National Association dmarshall@kslaw.com,
    damien-marshall-8116@ecf.pacerpro.com

Dan Shaked
    on behalf of Creditor Moshe & Hanna Shram ShakedLawGroup@gmail.com

Dan J. Schulman
    on behalf of Creditor Eze Castle Software LLC dschulman@schulmanblackwell.com

Dan J. Schulman
    on behalf of Creditor Eze Castle Transaction Services LLC dschulman@schulmanblackwell.com

Daniel Egan
    on behalf of Creditor Hatteras Financial Corp. daniel.egan@dlapiper.com

Daniel Eggermann
    on behalf of Creditor Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
    deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
    on behalf of Unknown NPD Group Inc. deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
    on behalf of Unknown Mobius Management Systems  Inc. deggermann@kramerlevin.com,
    corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
    on behalf of Creditor The Lehman Singapore Liquidators deggermann@kramerlevin.com
    corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
    on behalf of Interested Party Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
    deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
    on behalf of Creditor Rutger Schimmelpenninck and Frederic Verhoeven as Trustees for Lehman Brothers Treasury Co. B.V.
    deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Slifkin
    on behalf of Defendant Credit Suisse Energy LLC dslifkin@cravath.com  mao@cravath.com

Daniel Slifkin
    on behalf of Defendant Credit Suisse International dslifkin@cravath.com  mao@cravath.com

Daniel Slifkin
    on behalf of Defendant Credit Suisse Securities dslifkin@cravath.com  mao@cravath.com

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 89 of 297 |
| Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386 |

Daniel Slifkin
on behalf of Defendant Credit Suisse AG dslifkin@cravath.com  mao@cravath.com

Daniel A. Fliman
on behalf of Creditor Tricadia Capital Management  LLC danfliman@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Prophet Capital Asset Management danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Poet Advisors danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Unknown FYI Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Unknown FFI Fund Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Strongbow Fund Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Unknown Olifant Fund  Ltd. danfliman@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Creditor BlueMountain Capital Management LLC and Affiliates danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Lowenthal
on behalf of Creditor Training the Street  Inc. dalowenthal@pbwt.com,
mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com

Daniel A. Lowenthal
on behalf of Creditor Hilliard Farber & Co.  Inc. dalowenthal@pbwt.com,
mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com

Daniel B. Besikof
on behalf of Interested Party Thomas Cook AG dbesikof@loeb.com
NYBKDocket@loeb.com;dbesikof@ecf.courtdrive.com;nydocket@loeb.com

Daniel E. Guzman
on behalf of Trustee/Not Bankrupt Law Debenture Trust Company of New York  solely in its capacity as Separate Trustee for
Certain Mortgage-Backed Securities Trusts guzman@sewkis.com

Daniel F. Markham
on behalf of Unknown DHI Mortgage Company  Ltd. dmarkham@gibbonslaw.com

Daniel H. Oliner
on behalf of Defendant Alderus Funding & Investments LLC doliner@curranantonelli.com

Daniel J. Carragher
on behalf of Creditor Fabio Liotti djcarragher@daypitney.com  djcarragher@ecf.inforuptcy.com

Daniel J. Flanigan
on behalf of Interested Party BATS Holdings  Inc. dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party The Standard Register Company dflanigan@polsinelli.com
tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party EHMD  LLC dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party Abraham Kamber & Company LLC dflanigan@polsinelli.com
tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Guyder
on behalf of Creditor Sumitomo Mitsui Trust Bank  Limited daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;toby.mann@allenovery.com;courtnotices@allenovery.com

Daniel J. Guyder
on behalf of Creditor DBS Bank Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com;toby.mann@allenovery.com;courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC Bank PLC daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Trustee (C.I.) Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC France daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banco Popolare Societa Coopertiva daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Bank PLC daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Popolare di Milano Societa Coopertiva a r.l. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor The Stock Exchange of Hong Kong Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Bank USA  National Association daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC Bank USA  National Association daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Monte dei Paschi di Seina S.p.A. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown International Vision Investments Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor Aozora Bank  Ltd. daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor Ceskoslovenska Obchodna Banka  A.S. daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Mediolanum Vita S.p.A daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Akros S.p.A. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC France daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel K. Cahn

on behalf of Creditor US Bank National Association  Trustee Lehman Brothers Securitization Name-Structured Asset Investment
Loan Trust dcahn@cahnlaw.com

Daniel K. Cahn

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Securitization Name Structured Asset
Investment Loan Trust dcahn@cahnlaw.com

Daniel Martin Sullivan

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust dsullivan@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Daniel Martin Sullivan
on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts dsullivan@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Daniel P Cunningham
on behalf of Plaintiff Lehman Brothers Special Financing Inc. danielcunningham@quinnemanuel.com
dan-cunningham-3146@ecf.pacerpro.com

Daniel P Cunningham
on behalf of Plaintiff Lehman Brothers Commercial Corporation danielcunningham@quinnemanuel.com
dan-cunningham-3146@ecf.pacerpro.com

Daniel P Cunningham
on behalf of Plaintiff Lehman Brothers Holdings Inc. danielcunningham@quinnemanuel.com
dan-cunningham-3146@ecf.pacerpro.com

Daniel P Goldberg
on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel P Goldberg
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel S Weinberger
on behalf of Unknown DHI Mortgage Company  Ltd. dweinberger@gibbonslaw.com

Daniel S. Bleck
on behalf of Interested Party Wells Fargo Bank  National Association, as Indenture Trustee dbleck@mintz.com

Daniel S. Hefter
on behalf of Defendant Chicago Bancorp  Inc. dhefter@hefter-law.com

Daniel S. Jo
on behalf of Creditor James G. Lister djo@liddlerobinson.com

Danske Bank A/S, London Branch
ccallari@venable.com

Darin P McAtee
on behalf of Defendant Credit Suisse International dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
on behalf of Defendant Credit Suisse Loan Funding LLC. dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
on behalf of Defendant Credit Suisse Securities dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
on behalf of Defendant Credit Suisse AG dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
on behalf of Defendant Credit Suisse Energy LLC dmcatee@cravath.com  mao@cravath.com

Darren Elliot Bernstein
on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors bernsted@lbitrustee.com

Darren S. Klein
on behalf of Counter-Claimant Eldon Street Holdings Limited (in administration)
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Creditor Silver Point Capital Fund  L.P.
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of 3rd Pty Defendant Lehman Brothers Holdings PLC (in administration)
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Counter-Claimant Lehman Brothers Limited (in administration)
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Defendant MBAM Investor Limited
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein

on behalf of Counter-Claimant LB Holdings Intermediate 2 Limited (in administration)
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darryl J. Alvarado

on behalf of Unknown Ka Kin Wong dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Sing Heung dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Yin Yin Leung dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Siu Lui Ching dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Chun Ip dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Lai Mei Chan dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado

on behalf of Unknown Jin Liu dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl S. Laddin

on behalf of Unknown SunTrust Robinson Humphrey  Inc. bkrfilings@agg.com

Daryl L. Diesing

on behalf of Unknown Daryl L. Diesing daryl.diesing@huschblackwell.com  sherri.fonte@huschblackwell.com

David Dunn

on behalf of Interested Party Westernbank Puerto Rico david.dunn@hoganlovells.com

David Liebenstein

on behalf of Transferee Hayman Capital Master Fund  L.P. david.liebenstein@haynesboone.com

David Liebov

on behalf of Interested Party Barclays Capital  Inc. liebovd@sullcrom.com,
S&Cmanagingclerk@sullcrom.com,david-liebov-6829@ecf.pacerpro.com

David Neier

on behalf of Creditor Mariner Investment Group  LLC dneier@winston.com

David Neier

on behalf of Unknown Fannie Mae dneier@winston.com

David Neier

on behalf of Creditor RTE-CNES dneier@winston.com

David Neier

on behalf of Creditor Nomura Securities CO.  LTD dneier@winston.com

David Neier

on behalf of Unknown Federal National Mortgage Association dneier@winston.com

David Neier

on behalf of Creditor Tricadia Capital Management  LLC dneier@winston.com

David Neier

on behalf of Interested Party Deutsche Hypothekenbank (Actien Gesellschaft) dneier@winston.com

David Neier

on behalf of Interested Party Piper Jaffray & Co. dneier@winston.com

David Neier

on behalf of Creditor Mariner-Tricadia Credit Strategies Master Fund Ltd. dneier@winston.com

David Neier

on behalf of Creditor Pentwater Capital Management  LP dneier@winston.com

David Wolnerman

on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios dwolnerman@wwlawgroup.com

David A. Crichlow

on behalf of Unknown Union Bank of California  N.A. david.crichlow@kattenlaw.com

David A. Rosenzweig

on behalf of Creditor AT&T Inc. david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig

on behalf of Unknown National Rural Utilities Cooperative Finance Corporation david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig

David A. Sullivan

on behalf of Unknown Federal Home Loan Bank of Dallas david.rosenzweig@nortonrosefulbright.com

David A. Sullivan

on behalf of Unknown Fir Tree Capital Opportunity Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Creditor TLLB2002 International Limited david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Unknown Fir Tree Value Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Unknown SEB Enskilda  Inc. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Interested Party Nomura International PLC david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Interested Party Banco Mercantil Del Norte S.A. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Interested Party Fir Tree Value Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Plaintiff SEB Enskilda  Inc. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Interested Party Anthracite Balanced Company (Discover 1) Ltd. david.sullivan@cliffordchance.com

David A. Sullivan

on behalf of Unknown FirstBank of Puerto Rico david.sullivan@cliffordchance.com

David A. Wender

on behalf of Defendant Synovus Mortgage Corp. david.wender@alston.com  david-wender-6495@ecf.pacerpro.com

David B. Wheeler

on behalf of Creditor Public Service of North Carolina davidwheeler@mvalaw.com

David B. Wiles

on behalf of Defendant Directors Mortgage  Inc. dbwiles@wileslawgroup.com,
cmsdavis@wileslawgroup.com;mcharvey@wileslawgroup.com

David D. Farrell

on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
California and Janice K. Moss dfarrell@thompsoncoburn.com,
kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David D. Farrell

on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
California, Janice K. Moss dfarrell@thompsoncoburn.com, kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David D. Farrell

on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss dfarrell@thompsoncoburn.com,
kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David Emanuel Miller

on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista dmiller@rakowerlaw.com

David Farrington Yates

on behalf of Unknown Lehman Brothers Bankhaus AG (in Insolvenz) farrington.yates@kobrekim.com

David Farrington Yates

on behalf of Interested Party Dr. Michael C. Frege farrington.yates@kobrekim.com

David Farrington Yates

on behalf of Other Prof. Dr. Michael C. Frege  in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in
Insolvenz) farrington.yates@kobrekim.com

David G. Januszewski

on behalf of Defendant HSBC BANK USA mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski

on behalf of Defendant Scott Aitken mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski

on behalf of Defendant Cereita Lawrence mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant Sarah Coombs mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant Janet Crawshaw mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant HSBC USA  INC. mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant Pacific international Finance Limited mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant HSBC Holdings PLC mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant HSBC Bank USA  National Association mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant HSBC Bank PLC mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
    on behalf of Defendant Sylvia Lewis mmcloughlin@cahill.com;nmarcantonio@cahill.com

David H. Lee
    on behalf of Unknown JPMORGAN CHASE BANK  N.A. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company
dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Stone Lion Portfolio L.P. dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Defendant Deutsche Bank Trust Company of Americas dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Merrill Lynch Credit Products  LLC dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown AG Super Fund International Partners  L.P. dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown State Street Bank and Trust Company  as Trustee of Ares XII CLO Ltd. dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Wellington Management Company  LLP dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Georgetown University dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Botticelli  L.L.C. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Defendant Deutsche Bank Trust Company Americas dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Creditor Merrill Lynch Credit Products  LLC dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Nixon Peabody LLP dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Defendant Deutsche Bank Trust Company Americas  As Indenture Trustee dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Creditor Bank Of America  N.A. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Orozco
                on behalf of Unknown Joint Administrators of UK Administration Companies dorozco@susmangodfrey.com

David H. Wander
                on behalf of Unknown The Joint Administrators of LB Holdings Intermediate 2 Ltd. dwander@tarterkrinsky.com
                tpatterson@tarterkrinsky.com

David J. Adler
                on behalf of Defendant Security Benefit Life Insurance Co. dadler@mccarter.com

David J. Adler
                on behalf of Plaintiff Douglas Gouey-Guy dadler@mccarter.com

David J. Adler
                on behalf of Creditor Occidental Power Services  Inc. dadler@mccarter.com

David J. Adler
                on behalf of Creditor Occidental Energy Marketing  Inc. dadler@mccarter.com

David J. Karp
                on behalf of Transferee Alden Global Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp
                on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. david.karp@srz.com

David J. Karp
                on behalf of Unknown Spectrum Opportunities Master Fund Ltd. david.karp@srz.com

David J. Karp
                on behalf of Creditor Spectrum Opportunities Master Fund Ltd. david.karp@srz.com

David J. Karp
                on behalf of Unknown CVI GVF (Lux) Master S.a.r.l. david.karp@srz.com

David J. Karp
                on behalf of Unknown Magnetar Global Event Driven Master Fund Ltd david.karp@srz.com

David J. Karp
                on behalf of Unknown Echo Investments I Limited david.karp@srz.com

David J. Karp
                on behalf of Unknown TCA SPV I LLC david.karp@srz.com

David J. Karp
                on behalf of Transferee N7522AALLC david.karp@srz.com

David J. Karp
                on behalf of Creditor Aleiter Holdings LLC david.karp@srz.com

David J. Karp
                on behalf of Unknown Blackwell Partners LLC Series A david.karp@srz.com

David J. Karp
                on behalf of Unknown Alden Global Distressed Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp
                on behalf of Unknown Liquidation Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp
                on behalf of Unknown TCA Event Investments S.a.r.l. david.karp@srz.com

David J. Karp
                on behalf of Transferee Magnetar Global Event Driven Master Fund Ltd. david.karp@srz.com

David J. Karp
                on behalf of Creditor Magnetar Capital Master Fund  Ltd david.karp@srz.com

David J. Karp
                on behalf of Transferee Wilshire Institutional Master Fund II SPC on behalf of Wilshire Alden Global Event Driven Opportunities
                Segregated Portfolio david.karp@srz.com

David J. Karp
                on behalf of Transferee Liquidation Opportunities Master Fund  LP david.karp@srz.com

David J. Karp
                on behalf of Creditor Morgan Stanley Senior Funding  Inc. david.karp@srz.com

David J. Karp
                on behalf of Unknown Compass HTV LLC david.karp@srz.com

David J. Karp
                on behalf of Transferee Blackwell Partners LLC david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global ADFERO BPI Fund  Ltd. david.karp@srz.com

David J. Karp

on behalf of Creditor Blackwell Partners LLC david.karp@srz.com

David J. Karp

on behalf of Creditor Compass HTV LLC david.karp@srz.com

David J. Karp

on behalf of Transferee Wilshire Alden Global Event Driven Opportunities Segregated Portfolio david.karp@srz.com

David J. Karp

on behalf of Unknown Wilshire Institutional Master Fund II SPC on behalf of Wilshire Alden Global Event Driven Opportunities
Segregated Portfolio david.karp@srz.com

David J. Karp

on behalf of Unknown Magnetar Capital Master Fund  LTD david.karp@srz.com

David J. Karp

on behalf of Unknown Compass Offshore HTV PCC Limited david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Global Event Driven Master Fund david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Global Event Driven Master Fund Ltd. david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Distressed Opportunities Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Hedged Opportunities Master Fund LP david.karp@srz.com

David J. Karp

on behalf of Unknown Alden Global Value Recovery Master Fund  L.P. david.karp@srz.com

David J. Karp

on behalf of Unknown Alden Global Hedged Opportunities Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Capital Master Fund Ltd. david.karp@srz.com

David J. Karp

on behalf of Transferee Turnpike Limited david.karp@srz.com

David J. Karp

on behalf of Transferee Magnetar Capital Master Fund  Ltd david.karp@srz.com

David J. Karp

on behalf of Creditor Compass Offshore HTV PCC Limited david.karp@srz.com

David J. Karp

on behalf of Unknown Turnpike Limited david.karp@srz.com

David J. Karp

on behalf of Unknown Liquidation Opportunities Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Value Recovery Master Fund  LP david.karp@srz.com

David J. Marck

on behalf of Defendant BEAR STEARNS FOREX INC dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JPMORGAN CHASE BANK  N.A. dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JP MORGAN CHASE AND CO dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JPMorgan Bank Dublin PLC dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant J.P. Morgan Securities Ltd. dmarck@kelleydrye.com

David J. Marck

District/off: 0208-1                                          User: admin                                          Page 97 of 297
Date Rcvd: Sep 30, 2022                                   Form ID: 144                                        Total Noticed: 1386

on behalf of Defendant J.P. Morgan Markets Limited dmarck@kelleydrye.com

David J. Mark

on behalf of Creditor Jeffrey Frase dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

on behalf of Creditor Thomas P. Blakeslee dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

on behalf of Creditor Roy J. Salame dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

on behalf of Creditor Thomas P Blakeslee dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

on behalf of Creditor Richard S. Hajdukiewicz dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

on behalf of Unknown Souad Salame dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Theising

on behalf of Unknown Bell Trace Obligated Group dtheising@harrisonmoberly.com

David J. Woll

on behalf of Interested Party MortgageIT  Inc. dwoll@stblaw.com

David John Hoffman

on behalf of Creditor J. Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Daniel P. Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Diego Marcelo Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Daniel Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Hipotecas de America  SA djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Jaime Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

on behalf of Creditor Dader Investment Corp. djhoffman@djhoffmanlaw.com

David L. Barrack

on behalf of Unknown Canadian National Resources Limited dbarrack@wsmblaw.com

David L. Tillem

on behalf of Unknown John L. Scott  Inc. tillemd@wemed.com

David L. Tillem

on behalf of Defendant RESPONSE MORTGAGE SERVICES  INC. tillemd@wemed.com

David L. Tillem

on behalf of Unknown Response Mortgage Services  Inc. tillemd@wemed.com

David L. Tillem

on behalf of Defendant Republic Mortgage Home Loans LLC tillemd@wemed.com

David L. Tillem

on behalf of Defendant Response Mortgage Services  Inc. tillemd@wemed.com

David M. LeMay

on behalf of Creditor Minardi Capital Corp. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor HSBC Bank USA  National Association david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Amber Capital Investment Management david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Bellair Development Group S.A david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Defendant AIG  Inc. david.lemay@nortonrosefulbright.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 98 of 297
Total Noticed: 1386

David M. LeMay

on behalf of Creditor Totalbank Curacao N.V. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Unknown Objecting Parties david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Bayview Opportunity Master Fund  L.P. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Multiple Creditors Represented By Chadbourne & Parke LLP david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor AIG Markets  Inc. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor GLG Partners LP david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Credican  C.A. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Interested Party Banesco Banco Universal david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Juan Maldonado david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Banco Canarias De Venezuela Banco Universal C.A. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor AIG Global Services  Inc., f/k/a AIG Technologies, Inc. david.lemay@nortonrosefulbright.com

David M. Marcus

on behalf of Creditor Paulson Credit Opportunities Master Ltd. david.marcus@morganlewis.com

David M. Posner

on behalf of Defendant Syncora Guarantee Inc. dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com;kmoynihan@kilpatricktownsend.com;sagreen@kilpatricktownsend.com;mwilliams@kilpatrickt
ownsend.com

David N. Cinotti

on behalf of Unknown T.K. Narayan dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Unknown Goran Puljic dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Gatex Properties Inc. dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Garadex Inc. dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC dncinotti@venable.com
NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Unknown Scott Snell dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Crapo

on behalf of Creditor Standard & Poor's dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Defendant Gateway Bank dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Defendant Gateway Bank  F.S.B dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Interested Party Standard & Poor's dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Interested Party Tobacco Settlement Financing Corporation dcrapo@gibbonslaw.com

David P. Langlois

on behalf of Interested Party Shell Energy North America (US)  L.P. david.langlois@sablaw.com

David P. Langlois

on behalf of Interested Party Shell Trading (US) Company david.langlois@sablaw.com

David R. Hurst

on behalf of Unknown Parasram Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst
                on behalf of Unknown Nikesh P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst
                on behalf of Unknown Neelam P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst
                on behalf of Unknown Vikas P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Seligman
                on behalf of Foreign Representative Lehman Brothers Australia Limited david.seligman@kirkland.com
                ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman
                on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited david.seligman@kirkland.com
                ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman
                on behalf of Unknown RSM Restructuring Advisory LLP david.seligman@kirkland.com
                ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman
                on behalf of Creditor Magnetar Capital LLC david.seligman@kirkland.com
                ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman
                on behalf of Unknown Smurfit Kappa Acquisitions david.seligman@kirkland.com
                ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David S Mader
                on behalf of Plaintiff Lehman Brothers Holdings Inc. davidmader@quinnemanuel.com  ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader
                on behalf of Plaintiff Lehman Brothers Special Financing Inc. davidmader@quinnemanuel.com
                ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader
                on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
                davidmader@quinnemanuel.com, ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader
                on behalf of Plaintiff Lehman Brothers Commodity Services Inc. davidmader@quinnemanuel.com
                ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader
                on behalf of Plaintiff Lehman Brothers Commercial Corp. davidmader@quinnemanuel.com
                ecf-6aeb501d773d@ecf.pacerpro.com

David S. Cohen
                on behalf of Plaintiff Lehman Brothers Holdings Inc.  as Plan Administrator dcohen2@milbank.com,
                nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen
                on behalf of Plaintiff Lehman Brothers Special Financing Inc. dcohen2@milbank.com
                nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen
                on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
                dcohen2@milbank.com, nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen
                on behalf of Creditor Committee Official Committee of Unsecured Creditors dcohen2@milbank.com
                nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen
                on behalf of Debtor Lehman Brothers Holdings Inc. dcohen2@milbank.com
                nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen
                on behalf of Creditor Committee Official Committee Of Unsecured Creditors dcohen2@milbank.com
                nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Leinwand
                on behalf of Creditor Avenue TC Fund  LP dleinwand@avenuecapital.com

David S. Leinwand
                on behalf of Creditor Avenue TC Fund  L.P. dleinwand@avenuecapital.com

David S. Leinwand
                on behalf of Creditor Avenue Blue TC Fund  LP dleinwand@avenuecapital.com

David S. Pegno
                on behalf of Unknown David J. Brooks dpegno@dpklaw.com

David S. Rosner
on behalf of Plaintiff Sola Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Trophy Hunter Investments Ltd courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party MSS Distressed & Opportunities 2 courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Master Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Management LC courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Trophy Hunter Investments  Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Institutional Benchmarks courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party MSS Distressed & Opportunites 2 courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party BHCO Master  Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party BHCO Master Ltd courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Management L.C. courtnotices@kasowitz.com

David V. Weicht
on behalf of Defendant Longwood at Oakmont  Inc. dweicht@leechtishman.com, adabaldo@leechtishman.com

David V. Weicht
on behalf of Defendant Presbyterian SeniorCare dweicht@leechtishman.com  adabaldo@leechtishman.com

David W Lampl
on behalf of Defendant Longwood at Oakmont  Inc. dlampl@leechtishman.com, adabaldo@leechtishman.com

David W Lampl
on behalf of Defendant Presbyterian SeniorCare dlampl@leechtishman.com  adabaldo@leechtishman.com

David W Lampl,
on behalf of Creditor Presbyterian SeniorCare dlampl@leechtishman.com  adabaldo@leechtishman.com

David W Parham
on behalf of Creditor Cathay United Bank david.parham@akerman.com
laura.taveras@akerman.com;teresa.barrera@akerman.com

David W. Dykhouse
on behalf of Transferee Ambac Assurance Corporation dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Interested Party Asbury-Solomons  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Interested Party Asbury Atlantic  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Creditor Syncora Guarantee  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David Y. Livshiz
on behalf of Attorney Freshfields Bruckhaus Deringer US LLP david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Defendant Shield Securities Ltd  david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Unknown Shield Securities Limited david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Creditor Ian Lowitt david.livshiz@freshfields.com

Deborah Kovsky-Apap
on behalf of Interested Party ING BANK  FSB deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Newman
on behalf of Interested Party Shinhan Bank deborahnewman@quinnemanuel.com
nymco@akingump.com;AGSearch-Lit@akingump.com

Deborah Quinn
on behalf of Creditor The Treasurer of Garfield County  Colorado garcoatt@garfield-county.com

Deborah Skakel
on behalf of Unknown 2138747 Ontario Ltd. deborah.skakel@blankrome.com
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Deborah Skakel
on behalf of Unknown 6785778 Canada Inc. deborah.skakel@blankrome.com
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Deborah D. Williamson
on behalf of Interested Party Tesoro Corporation dwilliamson@dykema.com  rcolbath@dykema.com

Deborah J. Piazza
on behalf of Interested Party Deere & Company dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Deborah J. Piazza
on behalf of Attorney Hodgson Russ LLP dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Deborah J. Piazza
on behalf of Interested Party Gesconsult S.A. SG LLC dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Debra L Felder
on behalf of Unknown Ballyrock ABS CDO 2007-1 Limited dfelder@orrick.com  nymao@orrick.com

Demetra Liggins
on behalf of Creditor Crossmark Investment Advisers  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Crossmark Corporate Investors  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Unknown Direct Energy Business  LLC dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Financial Analytics  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Crossmark Corporate Investors II  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Crossmark Conerstone Partners  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Crossmark Corporate Advisers  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Unknown Energy America LLC dliggins@mcguirewoods.com  hope.daniels@tklaw.com

Demetra Liggins
on behalf of Unknown Chevron U.S.A.  Inc. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins
on behalf of Creditor Crossmark Investment Company  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetri Blaisdell
on behalf of Defendant HSBC Bank USA  National Association dblaisdell@bsfllp.com, demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell
on behalf of Defendant HSBC France dblaisdell@bsfllp.com  demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell
on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited dblaisdell@bsfllp.com
demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell
on behalf of Defendant HSBC Bank PLC dblaisdell@bsfllp.com  demetri-blaisdell-7982@ecf.pacerpro.com

Dena Copulsky
on behalf of Unknown Landwirtschaftliche Rentenbank dlcopulsky@hhlaw.com

Denise Singh Skeete
on behalf of Creditor Carrington Mortgage Services  LLC cmarshall@kosterichlaw.com, dskeete@kosterichlaw.com

Dennis Jose
on behalf of Defendant McCurdy & Candler  LLC ecfnotices@grosspolowy.com, info@ch13kp.com

Dennis E. McKenna
on behalf of Defendant Salem Five Mortgage Company  LLC dmckenna@riemerlaw.com

Dennis J. Drebsky
on behalf of Unknown Mitsui-MOL ddrebsky@nixonpeabody.com  cfong@nixonpeabody.com

Dennis J. Drebsky
on behalf of Unknown County of San Mateo ddrebsky@nixonpeabody.com  cfong@nixonpeabody.com

Dennis J. Drebsky
on behalf of Unknown County of Monterey  California ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com

Dennis J. Drebsky
on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com

Dennis J. Nolan
on behalf of Unknown Essex Equity Holdings USA  LLC dnolan@andersonkill.com

Dennis J. Nolan
on behalf of Creditor Essex Equity Holding USA  LLC dnolan@andersonkill.com

Dennis J. Wickham
on behalf of Unknown Lusardi Construction Company wickham@scmv.com

Dennis J. Wickham
on behalf of Interested Party Lusardi Construction Company wickham@scmv.com

Derek L. Wright
on behalf of Defendant LHM Financial Corporation dwright@mayerbrown.com nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Derek L. Wright
on behalf of Defendant Hometrust Mortgage Company dwright@mayerbrown.com nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Deryck A. Palmer
on behalf of Creditor Citigroup Inc. and all of its affiliates  including Citibank, N.A. deryck.palmer@pillsburylaw.com

Devon Eggert
on behalf of Creditor Accenture LLP deggert@bcblaw.net  pfoster@bcblaw.net

Diane J. Kasselman
on behalf of Creditor Trade Settlement Inc. dkasselman@kasselman-law.com

Diane Lee Cafferata
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata
on behalf of Plaintiff Lehman Brothers Commercial Corporation dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata
on behalf of Plaintiff Lehman Brothers Commercial Corp. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al dianecafferata@quinnemanuel.com, johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata
on behalf of Plaintiff Lehman Brothers Special Financing Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata
on behalf of Plaintiff Lehman Brothers Holdings Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane W. Sanders
on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Dianne F. Coffino
on behalf of Creditor Joy Global Inc. dcoffino@cov.com

Dianne F. Coffino
on behalf of Creditor Wilmington Trust Company  as Indenture Trustee dcoffino@cov.com

Dillon Edward Jackson
on behalf of Unknown OneWest Bank  FSB jackd@foster.com

Dimitri G. Karcazes
on behalf of Unknown Huron Consulting Group  Inc. dimitri.karcazes@goldbergkohn.com

Dion W. Hayes
on behalf of Unknown The Toronto-Dominion Bank dhayes@mcguirewoods.com  kcain@mcguirewoods.com

Donald F. Campbell, Jr.
on behalf of Creditor Jennifer Becker dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
on behalf of Creditor South Jersey Hospital  Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Dorit Ungar Black
on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
dblack@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Dorit Ungar Black
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust dblack@hsgllp.com,
crodriguez@hsgllp.com;managingclerk@hsgllp.com

Dormie Yu Heng Ko
on behalf of Defendant First Integrity Mortgage Services  Inc. dko@carmodymacdonald.com,
ala@carmodymacdonald.com;syd@carmodymacdonald.com

Douglas Bacon
on behalf of Defendant Federal National Mortgage Association chefiling@lw.com  beth.arnold@lw.com

Douglas Bacon
on behalf of Unknown Federal National Mortgage Association chefiling@lw.com  beth.arnold@lw.com

Douglas Koff
on behalf of Unknown Lehman Brothers Special Financing Inc. douglas.koff@srz.com  courtfilings@srz.com

Douglas B. Rosner
on behalf of Creditor Interactive Data Corporation drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Thales UK Pension Scheme
drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor Rogge Global Partners PLC drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor BP 399 Park Avenue LLC drosner@goulstonstorrs.com

Douglas E. Spelfogel
on behalf of Unknown Gateway Funding Diversified Mortgage Services  L.P. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown New FED Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Sterling National Mortgage Company  Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Broadview Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown First California Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown WR Starkey Mortgage  LLP dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown First Options Mortgage dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Loan Simple  Inc. f/k/a Ascent Home Loans, Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Republic Mortgage Home Loans  LLC dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Simonich Corporation D/B/A Commerce Mortgage dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers
USA Value Fund dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

Douglas E. Spelfogel

on behalf of Unknown Sun America Mortgage Company dspelfogel@mayerbrown.com nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

on behalf of Unknown Mountain West Financial  Inc. dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

on behalf of Unknown Arlington Capital Mortgage Corporation dspelfogel@mayerbrown.com nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

on behalf of Unknown Perl Mortgage  Inc. dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

on behalf of Unknown Amerifirst Financial Corp. dspelfogel@mayerbrown.com nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel

on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Global Value Fund dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas J. Lipke

on behalf of Creditor Newedge USA  LLC and Affiliated Entities dlipke@vedderprice.com, ecfdocket@vedderprice.com;doug-lipke-7162@ecf.pacerpro.com;7610@ecf.pacerpro.com

Douglas J. Pick

on behalf of Interested Party AIM Mortgage LLC dpick@picklaw.net  ezabicki@picklaw.net

Douglas Kirk Mayer

on behalf of Unknown The Carlyle Group dkmayer@wlrk.com  calert@wlrk.com

Douglas P. Baumstein

on behalf of Creditor 1EE  LLC. DBaumstein@mintz.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Douglas S. Heffer

on behalf of Creditor Trading Technologies International  Inc. dheffer@foley.com

Duncan E. Barber

on behalf of Creditor Ironbridge Mountain Cottages  LLC dbarber@bsblawyers.com

Duncan E. Barber

on behalf of Creditor Ironbridge Homes  LLC dbarber@bsblawyers.com

Duncan E. Barber

on behalf of Creditor Ironbridge Aspen Collection  LLC dbarber@bsblawyers.com

Dustin Smith

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dwight A. Healy

on behalf of Creditor U.S. Bank National Association  as Trustee dhealy@hsgllp.com, Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Dwight A. Healy

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities as Trustees for Certain Mortgage-Backed Securities Trust dhealy@hsgllp.com, Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Dylan G. Trache

on behalf of Creditor Wiley Rein LLP dylan.trache@nelsonmullins.com  robert.ours@nelsonmullins.com

Edmond P. O'Brien

on behalf of Unknown SLG 220 News Owner LLC eobrien@cszlaw.com

Eduardo J. Glas

on behalf of Creditor Occidental Power Services  Inc. eglas@mccarter.com

Eduardo J. Glas

on behalf of Creditor Cushman & Wakefield  Inc. eglas@mccarter.com

Eduardo J. Glas

on behalf of Creditor Capital Moving & Storage Co.  Inc. eglas@mccarter.com

Eduardo J. Glas

on behalf of Creditor LandAmerica Financial Group  Inc. eglas@mccarter.com

Eduardo J. Glas

on behalf of Creditor Occidental Energy Marketing  Inc. eglas@mccarter.com

Eduardo J. Glas

on behalf of Creditor MSTD  Inc. eglas@mccarter.com

Edward Smith

on behalf of Unknown Aberdeen Fund Management Limited easmith@sbjlaw.com

Edward Smith

on behalf of Unknown Aberdeen Asset Managers Limited easmith@sbjlaw.com

Edward Smith

on behalf of Unknown American Trading and Production Corporation easmith@sbjlaw.com

Edward Smith

on behalf of Interested Party Landesbank Baden-Wurttemberg easmith@sbjlaw.com

Edward Smith

on behalf of Defendant Gatex Properties Inc. easmith@sbjlaw.com

Edward Smith

on behalf of Defendant Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC easmith@sbjlaw.com

Edward Smith

on behalf of Creditor Delta Air Lines  Inc. easmith@sbjlaw.com

Edward Smith

on behalf of Creditor Brevan Howard Master Fund Limited easmith@sbjlaw.com

Edward Smith

on behalf of Unknown Brevan Howard Master Fund Limited easmith@sbjlaw.com

Edward Smith

on behalf of Interested Party LBBW Luxemburg S.A. easmith@sbjlaw.com

Edward Smith

on behalf of Defendant Garadex Inc. easmith@sbjlaw.com

Edward Smith

on behalf of Creditor Standard Bank Plc easmith@sbjlaw.com

Edward Smith

on behalf of Creditor Mitsubishi UFJ Securities International plc easmith@sbjlaw.com

Edward Smith

on behalf of Creditor The Board of the Pension Protection Fund easmith@sbjlaw.com

Edward Smith

on behalf of Unknown Aberdeen Asset Management Investment Services Limited easmith@sbjlaw.com

Edward E. Neiger

on behalf of Creditor Banque Safdie SA eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor ADC Telecommunications  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward J. Estrada

on behalf of Unknown PD Financial Corporation eestrada@reedsmith.com  DocketingECFNYC@ReedSmith.com

Edward L. Schnitzer

on behalf of Unknown Boulder Dam Credit Fund LLC eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Attorney Edward L. Schnitzer eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Unknown Roger Trout eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward N Gewirtz

on behalf of Creditor MARIA EUGENIA MENDEZ chona@bgandg.com  ygreenberg@bgandg.com

Edward P. Grosz

on behalf of Transferee BEINT  LLC egrosz@reitlerlaw.com

Edward P. Zujkowski

on behalf of Cross-Claimant Australia & New Zealand Banking Group LTD. ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Creditor National CineMedia ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 106 of 297
Total Noticed: 1386

Edward P. Zujkowski

on behalf of Unknown CFIP Master Fund  Ltd. ezujkowski@emmetmarvin.com,
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Defendant Australia & New Zealand Banking Group LTD. ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Creditor Australia and New Zealand Banking Group Limited ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Ehret A. Van Horn

on behalf of Creditor Rushmore Loan Management Services  LLC ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com

Ehret A. Van Horn

on behalf of Creditor Rushmore Loan Management Services  LLC as servicing agent for U.S. Bank National Association, not in
its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfnotices@grosspolowy.com,
evanhorn@grosspolowy.com

Eileen Delucia

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust edelucia@hsgllp.com,
Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Eileen Delucia

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
edelucia@hsgllp.com, Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Elaine Victoria Fenna

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
elaine.fenna@morganlewis.com

Elise S. Frejka

on behalf of Defendant Mortgage Services III  LLC efrejka@frejka.com

Elise S. Frejka

on behalf of Unknown Chicago Mercantile Exchange efrejka@frejka.com

Elise S. Frejka

on behalf of Interested Party CME Group Inc. efrejka@frejka.com

Elise S. Frejka

on behalf of Defendant First State Bank efrejka@frejka.com

Elizabeth Austin

on behalf of Creditor Mary Camilli-Bernat ea@pullcom.com

Elizabeth Banda Calvo

on behalf of Creditor Arlington ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Mansfield ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Johnson County rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Burleson rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Farmers Branch rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Burleson ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Coleen Denise Colombo edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Isabel Guajardo edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Sylvia Vega-Sutfin edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Linda Howard-James edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Linda (Weekes) Howard-James edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Cheryl McNeil edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss
           on behalf of Creditor Michelle Seymour edreyfuss@wendel.com

Elizabeth Weller
           on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
           on behalf of Creditor Harris County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
           on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
           on behalf of Creditor Hunt County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
           on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
           on behalf of Creditor c/o Elizabeth Weller Dallas County / Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Bartlett Rao
           on behalf of Defendant Intel Corp. lrao@wc.com

Elizabeth M. Hanly
           on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. ehanly@cgsh.com

Elizabeth Page Smith
           on behalf of Creditor Customer Asset Protection Company esmith@llgm.com

Ellen Zweig
           on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan ezweig@optonline.net

Ellen A. Friedman
           on behalf of Creditor Pacific Gas & Electric Company jquiambao@friedmanspring.com

Elliot Moskowitz
           on behalf of 3rd Pty Defendant Lehman Brothers Holdings PLC (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz
           on behalf of Defendant LB Holdings Intermediate 2 Limited (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz
           on behalf of Defendant Eldon Street Holdings Limited (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz
           on behalf of Defendant Lehman Brothers Limited (in administration) elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot Moskowitz
           on behalf of Defendant MBAM Investor Limited elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot M. Smith
           on behalf of Creditor Buckeye Tobacco Settlement Financing Authority ESmith@beneschlaw.com  docket@beneschlaw.com

Elyssa Suzanne Kates
           on behalf of Creditor Metavante Corporation ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Creditor Linn Energy  LLC ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Creditor Deer Park Road Corporation ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Unknown Baker & Hostetler LLP ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Unknown BOC Energy Services  Inc. n/k/a Linde Energy Services, Inc. ekates@bakerlaw.com,
bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Unknown City View Plaza  S.E. ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates
           on behalf of Unknown Investec Bank (Switzerland) AG ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Creditor Advanced Graphic Printing Inc. ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

Emanuel C. Grillo

on behalf of Unknown Evergreen Solar Inc. emanuel.grillo@BakerBotts.com

Embry J Kidd

on behalf of Defendant Intel Corp. ekidd@wc.com

Emil A. Kleinhaus

on behalf of Defendant JPMORGAN CHASE BANK N.A. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Unknown Merrill Lynch Pierce, Fenner & Smith Inc. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Unknown JPMORGAN CHASE BANK N.A. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Unknown Merrill Lynch International eakleinhaus@wlrk.com calert@wlrk.com

Emre Polat

on behalf of Unknown Pegasus Transport Service Inc emre@akinlaws.com, empolat@gmail.com

Emre Polat

on behalf of Unknown Pegasus Transport Service Inc. emre@akinlaws.com, empolat@gmail.com

Enza Boderone

on behalf of Defendant Bank of England eboderone@bilzin.com eservice@bilzin.com

Enza Boderone

on behalf of Defendant Standard Pacific Mortgage Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Colonial Savings F.A. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Interested Party Shea Mortgage Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Eagle Home Mortgage LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Interested Party CTX Mortgage Company LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Capital Bank Corporation as successor by merger to TIB Bank eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Allied Mortgage Group Inc. eboderone@bilzin.com eservice@bilzin.com

Enza Boderone

on behalf of Interested Party Universal American Mortgage Company LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant CTX Mortgage Company LLC eboderone@bilzin.com eservice@bilzin.com

Enza Boderone

on behalf of Interested Party Standard Pacific Mortgage Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Gateway Mortgage Group LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant REPUBLIC STATE MORTGAGE CO. individually and as successor by merger to Union Trust Mortgage Corporation eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Paramount Residential Mortgage Group Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Mountain West Financial Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Crestline Funding Corp. eboderone@bilzin.com eservice@bilzin.com

Enza Boderone

on behalf of Defendant Republic State Mortgage Co. individually and as successor by merger to Union Trust Mortgage Corporation eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Unknown Luxury Mortgage Corp. eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
    on behalf of Defendant First Equity Mortgage Bankers Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
    eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Luxury Mortgage Corp. eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
    on behalf of Unknown Mountain West Financial  Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Unknown DHI Mortgage Company  Ltd. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Shea Mortgage Inc. eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Freedom Mortgage Corporation eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
    on behalf of Unknown Freedom Mortgage Corporation eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
    on behalf of Defendant DHI Mortgage Company  Ltd. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Universal American Mortgage Company  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
    on behalf of Defendant Crestline Funding Corporation eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
    on behalf of Defendant TBI Mortgage Company f/k/a Westminster Mortgage Corporation eboderone@bilzin.com
    eservice@bilzin.com

Epiq Corporate Restructuring, LLC Claims Agent
    rjacobs@ecf.epiqsystems.com

Eric Fisher
    on behalf of Creditor CVIC Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVIC II Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Unknown CVI HH Investments LP fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Unknown CVF II LUX FINCO  LLC fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher
    on behalf of Unknown CarVal GCF Lux Master S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Interested Party Caixa Geral de Depositos  S.A. efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVF II LUX FINCO  LLC efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVI AV Lux Master S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Unknown CVI CVF II Lux Master S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVI AV Lux Securities S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CarVal GCF Lux Master S.a.r.l efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
    on behalf of Unknown CVI CVF III Lux Master S.a.r.l. fishere@dicksteinshapiro.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVF Lux Master S.a.r.l. efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher
    on behalf of Creditor CVI CVF II Lux Master S.a.r.l. efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI GVF Lux 12 S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CVF III Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CVF II Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVF Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor International Domestic Balanced Fund efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI AA Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVF Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI CHVF Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CHVF Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CHVF Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Carval GCF Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CVF III Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVIC Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVF Lux Finco  LLC efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI AA Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Caixa Geral de Depositos  S.A. efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI AA Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CarVal GCF Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVIC II Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Empyrean Capital Partners  LP fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVF Lux Finco  LLC fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVIC Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVIC II Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Lopez Schnabel

on behalf of Creditor U.S. Bank National Association mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Riversource Investments LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Reliance Globalcom Services  Inc. mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Columbia Management Investment Advisers  LLC f/k/a Riversource Investments, LLC

mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Kenwood Capital Management LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon Trust Co.  National Association eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown BNY Corporate Trustee Services eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown The Bank of New York Mellon Trust Company  N.A. eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York Mellon Corporation eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant BNY Mellon Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Mellon Corporate Trust Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Corporate Trustee Services  Ltd. eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon Corporation eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Mellon Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant BNY Corp. Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown The Bank of New York Mellon  The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Interested Party Blue Cross and Blue Shield of Michigan eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Counter-Claimant BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York Mellon eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric B. Levine

on behalf of Unknown Unknown Filer levine@whafh.com

Eric D. Winston

on behalf of Intervenor Official Committee Of Unsecured Creditors ericwinston@quinnemanuel.com

Eric D. Winston

on behalf of Creditor Committee Official Committee of Unsecured Creditors ericwinston@quinnemanuel.com

Eric J Kiley

on behalf of Unknown SELCO Community Credit Union ekiley@selco.org

Eric J. Wilson

on behalf of Interested Party Fee Committee zraiche@gklaw.com

Eric L. Ruiz
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. eric.ruiz@davispolk.com

Eric L. Ruiz
on behalf of Creditor Silver Point Capital  LP eric.ruiz@davispolk.com

Eric L. Ruiz
on behalf of Creditor Silver Point Capital Fund  L.P. eric.ruiz@davispolk.com

Eric L. Ruiz
on behalf of Unknown Chimney Rock Value Fund  L.P. eric.ruiz@davispolk.com

Eric R. Wilson
on behalf of Unknown International Fund Management S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Creditor Tullett Prebon Holdings Corporation
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Unknown DEKA International S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Creditor DekaBank Deutsche Girozentrale  DEKA International S.A. and International Fund Management S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Unknown DekaBank Deutsche Girozentrale
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Creditor S.W.I.F.T. SCRL (a/k/a Society for Worldwide Interbank Financial Telecommunications)
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Creditor Murphy & Durieu  L.P. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson
on behalf of Defendant J.P. Morgan Chase Bank  N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric T. Moser
on behalf of Creditor EFETnet B.V. emoser@r3mlaw.com

Eric T. Moser
on behalf of Creditor GAM International Management Limited emoser@r3mlaw.com

Eric T. Moser
on behalf of Creditor EFETNet B.V. emoser@r3mlaw.com

Eric T. Moser
on behalf of Creditor Washington State Tabacco Settlement Authority emoser@r3mlaw.com

Eric T. Moser
on behalf of Unknown Rich Michaelson Magaliff Moser  LLP emoser@r3mlaw.com

Erik Schneider
on behalf of Unknown Liquidation Opportunities Master Fund  L.P. eschneider@nixonpeabody.com

Erik Schneider
on behalf of Interested Party Elliott Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider
on behalf of Unknown Alden Global Distressed Opportunites Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider
on behalf of Unknown Turnpike Limited eschneider@nixonpeabody.com

Erik Schneider
on behalf of Creditor Alden Global Hedged Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider
on behalf of Transferee Wilshire Alden Global Event Driven Opportunities Segregated Portfolio eschneider@nixonpeabody.com

Erik Schneider
on behalf of Creditor Elliott International L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Elliott Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Pine River Credit Relative Value Master Fund Ltd. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Pine River Master Fund Ltd. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Distressed Opportunities Master Fund L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Hedged Opportunites Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alston Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Liquidation Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Wilshire Institutional Master Fund II SPC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Serengeti Opportunities Partners LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Turnpike Limited eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Liquidation Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Ashton Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global ADFERO BPI Fund  Ltd. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global Hedged Opportunities Master Fund LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global Distressed Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Hedged Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Liquidation Opportunities Master Fund L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Ashton Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Value Recovery Master Fund  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Elloitt Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown LMA SPC for and on Behalf of MAP 89 Segregated Portfolio eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Serengeti Lycaon MM L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Alston Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Distressed Opportunities Master Fund  L.P. eschneider@nixonpeabody.com

Erik Bradley Weinick

on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios eweinick@otterbourg.com
awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik Bradley Weinick

on behalf of Creditor Credican  C.A. Banco Canarias de Venezula, C.A. eweinick@otterbourg.com,
awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik Bradley Weinick

on behalf of Unknown Credican  C.A. Banco Canarias de Venezula, C.A. eweinick@otterbourg.com,
awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik S. Groothuis

on behalf of Plaintiff LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Macro Markets Fund (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Fund L.P. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Global Investments LTD. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Fund LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP)
egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff SJL Moore Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Macro Fund LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Markets Fund (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Capital Advisors L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant SJL Moore Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown JR Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Macro Fund LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff JR Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Global Investments LTD. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Capital Advisors L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown SJL Moore Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Macro Markets Fund (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

Erik S. Groothuis
on behalf of Plaintiff Moore Capital Advisors  L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis
on behalf of Creditor Moore Capital Management  LP egroothuis@schlamstone.com

Erik S. Groothuis
on behalf of Unknown Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis
on behalf of Counter-Defendant JR Moore  LP egroothuis@schlamstone.com

Erik S. Groothuis
on behalf of Plaintiff Moore Global Investments  LTD. egroothuis@schlamstone.com

Erin Zavalkoff
on behalf of Creditor Newedge USA  LLC and Affiliated Entities ecfnydocket@vedderprice.com

Erin Zavalkoff
on behalf of Creditor Pursuit Capital Partners Master (Cayman) Ltd. ecfnydocket@vedderprice.com

Erin Elizabeth Wietecha
on behalf of Interested Party Northcrest  Inc. erin@wietechalaw.com

Erin Elizabeth Wietecha
on behalf of Attorney Cole Schotz Meisel Forman & Leonard  P.A. erin@wietechalaw.com

Erin L. Eliasen
on behalf of Creditor IHC Health Services Inc. eleliasen@stoel.com  sea_docket@stoel.com;ajbrumble@stoel.com

Erin L. Eliasen
on behalf of Creditor Federal Home Loan Bank of Seattle eleliasen@stoel.com  sea_docket@stoel.com;ajbrumble@stoel.com

Erin L. Eliasen
on behalf of Creditor ElectroScientific Industries  Inc. eleliasen@stoel.com, sea_docket@stoel.com;ajbrumble@stoel.com

Erin P. Severini
on behalf of Interested Party ClearVue Opportunity XVIII  LLC eseverini@fbtlaw.com

Erin S. Levin
on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P elevin@lowenstein.com

Ethan A. Brecher
on behalf of Creditor Mary Annette Ortegon ethan@ethanbrecherlaw.com

Eugene Neal Kaplan
on behalf of Unknown Judith Ann Kenney enkaplan@kaplanlandau.com

Eugene Neal Kaplan
on behalf of Attorney Kaplan Landau LLP enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Seth Finkel enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Jeremy R. Kramer enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Judith Ann Kenney enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Stephanie Stiefel enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Richard J. Glasebrook  III enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Richard Nackenson enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Chris Reynolds enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Henry Ramallo enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown Marvin C. Schwartz enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown David I. Weiner enkaplan@kaplanlandau.com

Evan Glassman
on behalf of Interested Party US Airways  Inc. eglassman@steptoe.com, ehartman@steptoe.com

Evan C. Hollander,
on behalf of Creditor MTR Corporation Limited echollander@orrick.com  jgoldfinger@orrick.com;efua@orrick.com

Evan C. Hollander,
on behalf of Creditor Acumen Fund  Inc. echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com

Evan C. Hollander,
on behalf of Unknown Tiger Asia Overseas Fund  Ltd. echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com

Evan J. Benanti
on behalf of Plaintiff State Street Bank And Trust Company evan.benanti@bingham.com

Evan J. Benanti
on behalf of Defendant State Street Bank & Trust Company evan.benanti@bingham.com

Evan J. Benanti
on behalf of Creditor The Financial Services Compensation Scheme Limited evan.benanti@bingham.com

Evan J. Benanti
on behalf of Unknown State Street Bank and Trust Company evan.benanti@bingham.com

Evans D Prieston
on behalf of Defendant LHM Financial Corporation eprieston@americanmlg.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party First Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Arlington Capital Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Apex LLC mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Directors Mortgage Inc. mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Apex  LLC mbressler.evansdplaw@gmail.com, evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Millennium Mortgage Capital mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Millennium Mortgage Capital mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Gateway Bank  FSB mbressler.evansdplaw@gmail.com, evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Republic State Mortgage Company mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Windsor Capital Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party American Bank mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Oaktree Funding Corp. mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Ezra D. Church
on behalf of Defendant Noteholder Defendants echurch@morganlewis.com

Fletcher W. Strong
on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Commercial Paper  Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Brothers Holdings Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Brothers Derivative Products Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Brothers Special Financing Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. fstrong@wmd-law.com

Francesco Di Pietro
on behalf of Interested Party Carret P.T.  L.P. #2 francesco.dipietro@wg-law.com

Francis J. Lawall
on behalf of Interested Party Pepper Hamilton LLP francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall
on behalf of Unknown Lehman Brothers Holdings Inc. francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall
on behalf of Interested Party EXXONMOBIL GAS MARKETING EUROPE LIMITED francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall
on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis M. Correll, Jr.
on behalf of Defendant Syncora Guarantee Inc. fcorrell@klehr.com

Francis M. Correll, Jr.
on behalf of Creditor Syncora Guarantee  Inc. fcorrell@klehr.com

Francis X Riley, III
on behalf of Creditor PHH Home Loans  LLC friley@saul.com

Frank McGinn
on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frank McGinn
on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com

Frank Top
on behalf of Defendant The Bank of New York Mellon Trust Company  N.A. top@chapman.com

Frank Top
on behalf of Defendant U.S. Bank Trust National Association top@chapman.com

Frank Top
on behalf of Defendant BNY Mellon Corporate Trustee Services Ltd. top@chapman.com

Frank Top
on behalf of Defendant Citibank  N.A. top@chapman.com

Frank Top
on behalf of Defendant The Bank of New York Mellon National Association top@chapman.com

Frank Top
on behalf of Defendant Bank of America National Association top@chapman.com

Frank Top
on behalf of Creditor U.S. Bank National Association  as Trustee top@chapman.com

Frank Top
on behalf of Defendant U.S. Bank National Association  as Trustee top@chapman.com

Frank Top
on behalf of Creditor US Bank  National Association, as Trustee top@chapman.com

Frank Top
on behalf of Defendant Wells Fargo Bank  National Association top@chapman.com

Frank Top
on behalf of Defendant U.S. Bank National Association top@chapman.com

Fred B. Ringel
on behalf of Creditor Eugene Greene fringel@leechtishman.com

Frederick Burnside, I
on behalf of Defendant Cobalt Mortgage  Inc. fredburnside@dwt.com,
christiancervantes@dwt.com;lisabass@dwt.com;jaimewolcott@dwt.com

Frederick B. Polak
    on behalf of Creditor Duke Corporate Education  f/k/a Duke Corporate Education, Inc. fbp@ppgms.com

Frederick D. Hyman
    on behalf of Unknown FirstCarribean International Bank (Bahamas) Ltd. RHyman@duanemorris.com
    AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman
    on behalf of Creditor Sumitomo Mitsui Banking Corporation RHyman@duanemorris.com
    AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman
    on behalf of Transferee Credit Suisse AG  Cayman Islands Branch RHyman@duanemorris.com,
    AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman
    on behalf of Creditor Canadian Imperial Bank of Commerce  CIBC World Markets Corp., and CIBC World Markets Inc.
    RHyman@duanemorris.com, AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman
    on behalf of Interested Party Waterstone Capital Advisors LLC RHyman@duanemorris.com
    AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman
    on behalf of Unknown FirstCarribean International Bank (Cayman) Ltd. RHyman@duanemorris.com
    AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Fredric Sosnick
    on behalf of Plaintiff BANK OF AMERICA  N.A. fsosnick@shearman.com,
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Creditor BANK OF AMERICA  N.A. fsosnick@shearman.com,
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Unknown Merrill Lynch Japan Securities Co. Ltd. fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Creditor Merrill Lynch International fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Creditor Merrill Lynch Capital Corporation fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Creditor Bank of America  N.A., Merrill Lynch & Co., Inc. and Their Respective Affiliates fsosnick@shearman.com,
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of 3rd Pty Defendant Bank of America Trust and Banking Corporation (Cayman) Limited fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Interested Party BANK OF AMERICA  N.A. fsosnick@shearman.com,
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Unknown Bank Of America  N.A. fsosnick@shearman.com,
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Unknown Banc of America Securities LLC fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick
    on behalf of Unknown Merrill Lynch International fsosnick@shearman.com
    Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

G. Christopher Meyer
    on behalf of Creditor The Buckeye Tobacco Settlement Financing Authority cmeyer@ssd.com

G. Ehrich Lenz
    on behalf of Defendant Guild Mortgage Company ehrich@incorlaw.com  Lesley@incorlaw.com

G. Ehrich Lenz
    on behalf of Defendant Guild Mortgage Company individually and as successor in interest to Liberty Financial Group  Inc.
    ehrich@incorlaw.com, Lesley@incorlaw.com

Gabriel Del Virginia, Esq.
    on behalf of Creditor Sofia Frankel gabriel.delvirginia@verizon.net

Gabriel Del Virginia, Esq.
on behalf of Creditor The TAARP Group  LLP gabriel.delvirginia@verizon.net

Gabriel Fischbarg
on behalf of Plaintiff Margaret Bennett fis123@yahoo.com

Gabriel I. Chacon
on behalf of Creditor State of New Jersey  Division of Taxation gabriel.chacon@dol.lps.state.nj.us

Gabriel I. Chacon
on behalf of Creditor New Jersey Economic Development Authority gabriel.chacon@dol.lps.state.nj.us

Gabriel I. Glazer
on behalf of Attorney Gabriel I Glazer gglazer@pszjlaw.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Holdings Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Unknown Lehman Brothers Holdings Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Scottish Finance L.P. garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Plaintiff Lehman Brothers Holdings Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor LB Rose Ranch LLC garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Derivative Products Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Financial Products Inc. garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Gary Lawrence Kaplan
on behalf of Unknown EJF Opportunity Master Fund  LP gary.kaplan@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Gary Lawrence Kaplan
on behalf of Interested Party The 144AMaster Fund  LP gary.kaplan@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Gary Lawrence Kaplan
on behalf of Unknown EJF Long/Short Equity Master Fund  LP gary.kaplan@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Gary O. Ravert
on behalf of Interested Party Marie Papillon gravert@mwe.com  gary.ravertpllc@gmail.com

Gary O. Ravert
on behalf of Creditor Scotia Capital (USA) Inc. gravert@ravertpllc.com  gary.ravertpllc@gmail.com

Gene R. Besen
on behalf of Creditor Hudson City Savings Bank gbesen@grayreed.com  tnoullet@grayreed.com

George Angelich
on behalf of Creditor The Vanguard Group  Inc. george.angelich@afslaw.com,
lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

George A. Zimmerman
on behalf of Plaintiff Prudential Global Funding LLC brian.mcdermott@skadden.com

George E.B. Maguire
on behalf of Unknown Ross Financial Corporation gebmaguire@debevoise.com  mao-bk-ecf@debevoise.com

George E.B. Maguire
on behalf of Unknown Juice Energy  Inc. gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

George W Pratt
on behalf of Creditor ESS SUSA Holdings LLC gpratt@joneswaldo.com

George W Pratt

George W Pratt
      on behalf of Creditor ESS PRISA LLC gpratt@joneswaldo.com

George W Pratt
      on behalf of Creditor c/o George W. Pratt Extra Space Storage  LLC gpratt@joneswaldo.com

George W Pratt
      on behalf of Creditor ESS VRS gpratt@joneswaldo.com

George W Pratt
      on behalf of Creditor ESS PRISA III  LLC gpratt@joneswaldo.com

George W. Shuster, Jr.
      on behalf of Interested Party HVS Westland LP george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Sylvester Catalanello
      on behalf of Unknown Pennsylvania Public School Employees' Retirement System gerard.catalanello@alston.com
gerard.catalanello@alston.com;leslie.salcedo@alston.com

Gifford W. Price
      on behalf of Defendant SECURITYNATIONAL MORTGAGE COMPANY gprice@mackeypricelaw.com

Gifford W. Price
      on behalf of Interested Party SecurityNational Mortgage Company gprice@mackeypricelaw.com

Gifford W. Price
      on behalf of Defendant SecurityNational Mortgage Company gprice@mackeypricelaw.com

Glenn E. Siegel
      on behalf of Interested Party Russell Investment Group  Inc. Glenn.Siegel@morganlewis.com

Glenn E. Siegel
      on behalf of Creditor RIC-OMIGSA Global Bond Fund Glenn.Siegel@morganlewis.com

Glenn S. Gitomer
      on behalf of Creditor Peter Berman ggitomer@mkbattorneys.com

Glenn S. Gitomer
      on behalf of Creditor Stephen J. Edelmann ggitomer@mkbattorneys.com

Glenn S. Gitomer
      on behalf of Creditor Joyce L. Rehorst ggitomer@mkbattorneys.com

Glenn S. Gitomer
      on behalf of Creditor Jacqueline W. Edelmann ggitomer@mkbattorneys.com

Grant A. Premo
      on behalf of Defendant Wellmont Health Systems  Inc. gpremo@babc.com

Grant T. Stein
      on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust gstein@alston.com

Gregg Martin Ficks
      on behalf of Creditor Sally Tischler gficks@coblentzlaw.com

Gregg Martin Ficks
      on behalf of Creditor Openwave Systems  Inc. gficks@coblentzlaw.com

Gregg Martin Ficks
      on behalf of Creditor Pettit Revocable Trust gficks@coblentzlaw.com

Gregg Martin Ficks
      on behalf of Unknown Coblentz  Patch, Duffy & Bass LLP gficks@coblentzlaw.com

Gregg Martin Ficks
      on behalf of Creditor Kevin Kalkhoven gficks@coblentzlaw.com

Gregory Alan Davis
      on behalf of Unknown Imortgage.com  Inc. gregory.davis@squirepb.com, sara.ramirez@squirepb.com

Gregory Alan Davis
      on behalf of Defendant Imortgage.com  Inc. gregory.davis@squirepb.com, sara.ramirez@squirepb.com

Gregory F. Hauser
      on behalf of Defendant LGT Bank in Liechtenstein Ltd. gregory.hauser@wg-law.com

Gregory G. Plotko
      on behalf of Transferee BKM Holdings (Cayman) Ltd. gplotko@crowell.com
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko
      on behalf of Unknown Goldman Sachs International gplotko@crowell.com

RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Interested Party Deutsche Bank AG  London Branch gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Morgan Stanley Senior Funding  Inc. gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Goldman  Sachs & Co. gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Goldman Sachs Lending Partners LLC gplotko@crowell.com
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory LA'Monte Reid, I

on behalf of Creditor Wayne Judkins  Sr glreidesq@gmail.com

Gregory M. Petrick

on behalf of Debtor Lehman Re Ltd. gregory.petrick@cwt.com  nyecfnotice@cwt.com

Gregory M. Petrick

on behalf of Foreign Representative Petition of Dan Schwarzmann and James Ferris  as Joint Provisional Liquidators of LEHMAN
RE LTD. gregory.petrick@cwt.com, nyecfnotice@cwt.com

Gregory M. Starner

on behalf of Creditor SRM Global Master Fund Limited Partnership gstarner@whitecase.com
jdisanti@whitecase.com;mco@whitecase.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Barclays Pension Fund Trustees Ltd.
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor International Bank for Reconstruction and Development gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Southern Company System Master Retirement Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Interactive Data Corporation gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Halifax Regional Municipality Pension Committee
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Metal Box Pension Trustees Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Macquarie Investment Grade Bond Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Butterfield Trust (Bermuda) Ltd for Reid Street
Retirement Global Bond Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Black & Decker Pension Trustee Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer KDDI Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Singapore Management University
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer New Jersey Transit Retirement Plan - UAM  Rogge
Trust (Global Hedged) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer INKA Fonds Vant - RGP (Nordheinische
Arzteversorgung) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Woolworths Group Pension Trust Limited

gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Government Pension Investment Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds de grolsche Bierbrouwen
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Schlumberger Common Investment Fund Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Tyco Electronics UK Pension Plan (Trustees of the)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Australia Reward Investment Alliance
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Prudential Staff pensions Ltd as Trustee of the
Prudential Staff Pension Scheme gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pilkington Brothers Superannuation Trustee Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund Hedged International Aggregate
Bond Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pool Reinsurance gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Private School Employees (TMR)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Aggregate SEK Hedged
Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Tyco UK Common Investment Fund Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Verizon Master Savings Trust (VERZ)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Lloyd's Register Superannuation Fund Association
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor To Rogge Global Partners PLC on behalf of its customer Motorola UK Pension Scheme (Trustees of the)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stanhope Pension Trust Limited as Trustees of the
GEC 1972 Plan gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Aberdeen City Council Superannuation Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund International Aggregate Bond
Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Workers Compensation Board of Alberta
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer WS ATKINS Staff Retirement Benefits Plan
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Credit Euro Hedged Fund

gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer ABN Amro Bank NV (Stichting Pensioenfonds van de) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer City of Edinburgh Council as Administering Authority of the Lothian Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer National Railroad Retirement Investment Trust gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Japan Computer Information Service Employees Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pioneer Investments Kapitalanlagegesellschaft mbH - Munchen I Gaia gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer M-Universal-Fonds for the segment Global Corp - Rogge gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Cadbury Schweppes Pension Trust Limited gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customers gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge High Alpha Index Linked Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor 125 High Street  L.P. gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Cable and Wireless Pension Trustee Limited gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds ENCI gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Trafalgar House Trustees Limited gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Singapore Press Holdings (Lianhe Inv Pte) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge High Alpha Fixed Income Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rexam Pension Plan 2 gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Tokio Marine Rogge Asset Management Limited on behalf of its customer TMA Umbrella Fund - Hedged International Aggregate Bond Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Korea Exchange Bank gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer M-Universal-Fonds for the segment Global Renten - Rogge gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer MTDL re: Morley Investment Funds ICVC - Norwich Global Agg MoM 1 Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Hong Kong Housing Authority

| | |
|---|---|
| | gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Akzo Nobel (UK) Pension Trustee Limited (SP/OBS Pension Scheme) gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pearson Group Pension Trustee Limited gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Marks and Spencer Pension Trust Limited gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer BAA Pension Trust Company Ltd. gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Korea Investment Corporation gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Commonwealth of Pennsylvania Public Schools Retirement - PSERS gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund - Yen Hedged International Aggregate Bond Portfolio gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Sony Pension Fund gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Aggregate GBP Hedged Fund gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds Openbare Apothekers gkaden@goulstonstorrs.com |
| Gregory O. Kaden | |
| | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Kingfisher Pension Trustee Limited gkaden@goulstonstorrs.com |
| H. Kent Munson | |
| | on behalf of Unknown Lutheran Senior Services hkm@stolarlaw.com |
| H. Marc Tepper | |
| | on behalf of Unknown PNC Bank  National Association marc.tepper@bipc.com, donna.curcio@bipc.com |
| H. Marc Tepper | |
| | on behalf of Defendant PNC Bank  National Association marc.tepper@bipc.com, donna.curcio@bipc.com |
| H. Rowan Gaither | |
| | on behalf of Unknown Morgan Stanley Senior Funding  Inc. rgaither@rkollp.com, mschneider@rkollp.com |
| Hamish Hume | |
| | on behalf of Interested Party Barclays Capital Inc. hhume@bsfllp.com |
| Hamish Hume | |
| | on behalf of Interested Party Barclays Capital  Inc. hhume@bsfllp.com |
| Hanh V. Huynh | |
| | on behalf of Defendant Mirabella hhuynh@herrick.com  hhuynh@rubinlawllc.com |
| Harden Alexander Fisch | |
| | on behalf of Creditor TPG-Austin Portfolio Holdings LLC afisch@stutman.com |
| Harold S. Novikoff | |
| | on behalf of Defendant BEAR STEARNS FOREX INC hsnovikoff@wlrk.com  calert@wlrk.com |
| Harold S. Novikoff | |
| | on behalf of Defendant J.P. Morgan Securities Ltd. hsnovikoff@wlrk.com  calert@wlrk.com |
| Harold S. Novikoff | |
| | on behalf of Creditor JP Morgan Chase Bank N.A. hsnovikoff@wlrk.com  calert@wlrk.com |
| Harold S. Novikoff | |
| | on behalf of Defendant JPMorgan Bank Dublin PLC hsnovikoff@wlrk.com  calert@wlrk.com |
| Harold S. Novikoff | |
| | on behalf of Defendant JPMORGAN CHASE BANK  N.A. hsnovikoff@wlrk.com, calert@wlrk.com |

Harold S. Novikoff

on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION hsnovikoff@wlrk.com calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Distressed Debt Master Fund  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor J.P. Morgan International Bank Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant J.P. Morgan Markets Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Clearing Corp. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Markets Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Securities Inc. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Chase Funding Inc. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Securities Ltd. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan (Suisse) SA hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Bank Dublin PLC hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Ventures Energy Corporation hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Securities Japan Co.  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank  N.A. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Fixed Income Opportunity Institutional Fund  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Intermediate Bond Trust  a series of JPMorgan Institutional Trust hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMORGAN CHASE BANK  N.A. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Fixed Income Opportunity Master Fund  L.P. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank  N.A. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan International Bank Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant JP MORGAN CHASE AND CO hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Absolute Return Credit Master Fund Ltd. hsnovikoff@wlrk.com  calert@wlrk.com

Harvey A. Strickon

on behalf of Unknown Trust Company of the West harveystrickon@paulhastings.com

Harvey A. Strickon

on behalf of Creditor European Bank for Reconstruction and Development harveystrickon@paulhastings.com

Harvey A. Strickon

on behalf of Unknown General Electric Capital Corporation harveystrickon@paulhastings.com

Harvey R. Miller

on behalf of Defendant Lehman Brothers Special Financing  Inc. garrett.fail@weil.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 126 of 297
Total Noticed: 1386

Harvey R. Miller
on behalf of Plaintiff Lehman Brothers Special Financing Inc. garrett.fail@weil.com

Harvey R. Miller
on behalf of Debtor Lehman Brothers Holdings Inc. garrett.fail@weil.com

Heath D. Rosenblat
on behalf of Interested Party HD Supply  Inc. Heath.Rosenblat@dbr.com

Heidi Steiger
dwatnick@watnicklaw.com

Heidi L Hamilton
on behalf of Unknown Julian Iragorri heidi@crumbielaw.com

Heidi L Hamilton
on behalf of Creditor Julian Iragorri heidi@crumbielaw.com

Heidi L. Steiger
dwatnick@watnicklaw.com

Helen Ball
on behalf of Creditor Wellmont Health System mtaylor@ba-boult.com

Hemant Sharma
on behalf of Interested Party Securities Investor Protection Corporation hsharma@sipc.org  pwallace@sipc.org

Hemant Sharma
on behalf of Unknown Securities Investor Protection Corporation hsharma@sipc.org  pwallace@sipc.org

Henry A. Efroymson
on behalf of Defendant Standard Life Insurance Company of Indiana henry.efroymson@icemiller.com

Henry A. Efroymson
on behalf of Defendant Standard Life Insurance Co. of Indiana henry.efroymson@icemiller.com

Herbert K. Ryder
on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

Herbert K. Ryder
on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

Hilary B. Bonial
on behalf of Creditor Litton Loan Servicing  LP hbonial@bonialpc.com, hbonial@bonialpc.com;Notices.Bonial@ecf.courtdrive.com

Hillel Ira Parness
on behalf of Creditor Federal Home Loan Bank of Pittsburgh hiparness@rkmc.com

Hollace T. Cohen
on behalf of Creditor Jason Wallace hollace.cohen@fisherbroyles.com

Hollace T. Cohen
on behalf of Unknown Electrabel n.v./s.a. hollace.cohen@fisherbroyles.com

Hollace T. Cohen
on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk hollace.cohen@fisherbroyles.com

Hollace T. Cohen
on behalf of Unknown Erlanger Health System hollace.cohen@fisherbroyles.com

Hollace T. Cohen
on behalf of Unknown RWE Supply & TradingGmbH hollace.cohen@fisherbroyles.com

Howard Koh,
on behalf of Unknown i-Deal LLC hsk@msf-law.com

Howard Koh,
on behalf of Unknown Ipreo Holdings  LLC hsk@msf-law.com

Howard Seife
on behalf of Creditor GLG Partners LP andrew.rosenblatt@nortonrosefulbright.com

Howard Steel
on behalf of Creditor Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP hsteel@brownrudnick.com

Howard Steel
on behalf of Unknown Venor Capital Master Fund Ltd. hsteel@brownrudnick.com

Howard Steel

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 127 of 297
Total Noticed: 1386

Howard Steel

on behalf of Unknown Alandsbanken ABP (Finland)  Svensk Filial hsteel@brownrudnick.com

on behalf of Unknown Map 139 Segregated Portfolio of LMA SPC hsteel@brownrudnick.com

Howard D. Ressler

on behalf of Interested Party Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTE  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party The Kiyo Bank  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party DCI Umbrella Fund PLC hressler@diamondmccarthy.com  sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party The Kyoei Fire & Marine Insurance Company  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard J. Berman

on behalf of Unknown Wilpro Limited and Wilpro Inc. hberman@egsllp.com

Howard J. Grossman

on behalf of Unknown JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee GMO Credit Opportunities Fund howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor J.P. Morgan Securities plc howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities Inc. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown International Assets Advisory  LLC howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor J.P. Morgan Securities  Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee JPMorgan Chase Bank  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor JP Morgan Chase Bank N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee Chenavari Financial Advisors Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown Chase Lincoln First Commercial Corporation howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities LLC howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard P. Magaliff

on behalf of Creditor Donald Boughram hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Unknown Brian Monahan hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Roger Saks hmagaliff@r3mlaw.com hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Unknown Brian W. Monahan hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant SecurityNational Mortgage Company hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant SECURITYNATIONAL MORTGAGE COMPANY hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Interested Party SecurityNational Mortgage Company hmagaliff@r3mlaw.com   hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Henry Morgan Lawrence  III hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Nicole S. Lawrence hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard R. Hawkins, Jr.

on behalf of Creditor Credit Suisse howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Unknown Lehman Brothers CDO Opportunity Fund L.P. howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor WestLB AG  New York Branch howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Defendant Morgan Stanley & Co.  Inc. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Unknown Morgan Stanley & Co. International plc howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Unknown Credit Suisse howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4; howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Morgan Keegan & Co.  Inc. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party Lehman Brothers MLP Opportunity Fund L.P. howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party CHILTON NEW ERA PARTNERS  L.P. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard S. Beltzer

on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Interested Party BGL BNP Paribas SA howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Creditor Julie R. Shapiro howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Interested Party Fortis Bank NV/SA howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Creditor BNP Paribas howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Attorney Morgan  Lewis & Bockius LLP howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Creditor BNP Paribas Wealth Management Hong Kong Branch howard.beltzer@nortonrosefulbright.com

Hugh F. Hill, IV

on behalf of Unknown Barclays Bank SA hugh.hill@hoganlovells.com   ronald.cappiello@hoganlovells.com

Hugh M. McDonald,

on behalf of Spec. Counsel SNR Denton US LLP hugh.mcdonald@pillsburylaw.com   NYDocket@pillsburylaw.com

Hugh M. McDonald,

on behalf of Creditor Hudson City Savings Bank hugh.mcdonald@pillsburylaw.com NYDocket@pillsburylaw.com

Hugh M. McDonald,

on behalf of Attorney Special Counsel to the Debtors hugh.mcdonald@pillsburylaw.com NYDocket@pillsburylaw.com

Hugh R. McCullough

on behalf of Defendant Cobalt Mortgage Inc. hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Hugh R. McCullough

on behalf of Interested Party Cobalt Mortgage Inc. hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Hydee R. Feldstein

on behalf of Interested Party Barclays Capital Inc. s&cmanagingclerk@sullcrom.com;hydee-feldstein-2275@ecf.pacerpro.com

Hyung Joon Stanley Lim

on behalf of Unknown Seaport Global Securities LLC stan@sgl-law.com

Hyung Joon Stanley Lim

on behalf of Creditor Seaport Group Baseball Cards LLC stan@sgl-law.com

Hyung Joon Stanley Lim

on behalf of Creditor Seaport Loan Products LLC stan@sgl-law.com

I-Heng Hsu

on behalf of Defendant Lehman Brothers Special Financing Inc. ihhsu@jonesday.com

I-Heng Hsu

on behalf of Defendant Lehman Brothers Commercial Corporation ihhsu@jonesday.com

I-Heng Hsu

on behalf of Debtor Lehman Brothers Holdings Inc. ihhsu@jonesday.com

I-Heng Hsu

on behalf of Defendant Lehman Brothers Holdings Inc. ihhsu@jonesday.com

Ian Boczko

on behalf of Defendant JP Morgan Securities PLC iboczko@wlrk.com, calert@wlrk.com

Ian Boczko

on behalf of Defendant JP MORGAN CHASE BANK N.A. iboczko@wlrk.com, calert@wlrk.com

Ilan D. Scharf

on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund Ltd. ischarf@pszjlaw.com lcanty@pszjlaw.com

Ilan D. Scharf

on behalf of Unknown Voluntary Liquidators of ICP Strategic Credit Income Master Fund Ltd. ischarf@pszjlaw.com
lcanty@pszjlaw.com

Ingrid Karin Petersen

on behalf of Defendant FSB ipetersen@johnstonthomas.com

Ira A. Reid

on behalf of Unknown Pentwater Growth Fund Ltd. and Pentwater Credit Partners Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Portfolio Green German CMBS GMBH ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Hewlett-Packard Company ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Luzerner Kantonalbank AG ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Jamaica Money Market Brokers Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank AG Hong Kong Branch ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank AG ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown InverCaixa Gestion SGIIC SAU ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Lincore Limited E-Capital Profits Limited, and Cheung Kong Bond Finance Limited
ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Banque Cantonale du Valais ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Himfield Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Rothschild Bank AG ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown CMC Magnetics Corporation ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown E-Capital Profits Limited and Lincore Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Dah Sing Bank  Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown LGT Bank (Singapore) Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown LGT Bank (Switzerland) Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Lincore Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown E-Capital Profits Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Pentwater Growth Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown SMBC Nikko Securities Inc. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown PWCM Master Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Tokyo Gas Co. Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Nikko Cordial Securities Inc. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Defendant Tokyo Gas Co.  Ltd. ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Amrit Sinanan ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown NATIXIS Environnement & Infrastructures ira.reid@bakermckenzie.com

Ira L. Herman
on behalf of Creditor Crossmark Corporate Investors  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Crossmark Investment Advisers  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Crossmark Corporate Advisers  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Crossmark Corporate Investors II  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira M. Levee
on behalf of Unknown Factiva  Inc., Factiva Limited and Dow Jones & Company, Inc. ilevee@lowenstein.com, mseymour@lowenstein.com

Ira M. Levee
on behalf of Creditor Ontario Teachers' Pension Plan Board ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee
on behalf of Unknown Boilermaker-Blacksmith National Pension Trust ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee
on behalf of Unknown Lead Plaintiffs ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee
on behalf of Creditor Boilermaker-Blacksmith National Pension Trust ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee
on behalf of Interested Party Factivia  Inc., Factiva Limited and Dow Jones & Company, Inc. ilevee@lowenstein.com, mseymour@lowenstein.com

Ira S. Greene

on behalf of Interested Party Westernbank Puerto Rico ira.greene@lockelord.com

Ira S. Greene

on behalf of Unknown SAGA 400 LIMITED ira.greene@lockelord.com

Ira S. Greene

on behalf of Unknown Landwirtschaftliche Rentenbank ira.greene@lockelord.com

Ira S. Greene

on behalf of Interested Party Kraft Foods Inc. ira.greene@lockelord.com

Ira S. Greene

on behalf of Unknown Ciena Communications  Inc. ira.greene@lockelord.com

Ira S. Greene

on behalf of Attorney Hogan & Hartson L.L.P. ira.greene@lockelord.com

Ira S. Greene

on behalf of Creditor Italease Finance S.p.A. ira.greene@lockelord.com

Irena M. Goldstein

on behalf of Creditor Elliott International L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Bank of New York Mellon irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor International Equity Index Fund III Accredited  LLLP irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Liverpool Limited Partnership irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Defendant Topdanmark EDB A/S irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Gila River Power  L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Fenway Capital  LLC and Fenway Funding, LLC irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Elliott Associates  L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Springfield Associates LLC irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Interested Party Iberdrola Generacion  S.A. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown American Express Travel Related Services Company  Inc. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Credit Protection Trusts 207 and 283 irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Transferee The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown RBS Securities Inc. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown Allstate Life Insurance Company irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Walt Disney Company irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO.  INC. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Kensington International Limited irenagoldstein@paulhastings.com

Isaac M. Pachulski

on behalf of Interested Party The Baupost Group  L.L.C. ipachulski@stutman.com

Isaac M. Rethy

on behalf of Interested Party MortgageIT  Inc. irethy@stblaw.com

Isabelle Liberman

on behalf of Unknown Knott Partners Offshore Master Fund LP iliberman@akingump.com

Isabelle Liberman

on behalf of Unknown Knott Partners LP iliberman@akingump.com

Isabelle Liberman

on behalf of Unknown Common Fund Hedged Equity Co. iliberman@akingump.com

Israel Dahan

on behalf of Creditor FXCM Holdings  LLC idahan@kslaw.com, jcmccullough@kslaw.com,laaronson@kslaw.com

J. Christopher Shore

on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors cshore@whitecase.com
jdisanti@whitecase.com;mco@whitecase.com

J. Christopher Shore

on behalf of Interested Party DNB NOR BANK ASA cshore@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

J. Eric Ivester

on behalf of Unknown CRC Credit Fund eric.ivester@skadden.com  wendy.lamanna@skadden.com;andrea.bates@skadden.com

J. Gregory St.Clair

on behalf of Unknown Gruss Global Investors Master Fund (Enhanced)  Ltd. Chris.Dickerson@skadden.com

J. Gregory St.Clair

on behalf of Unknown Gruss Global Investors Master Fund  Ltd. Chris.Dickerson@skadden.com

J. Patrick Darby

on behalf of Creditor Wellmont Health System pdarby@babc.com

J. Patrick Darby

on behalf of Defendant Wellmont Health Systems  Inc. pdarby@babc.com

J. Robert Stoll

on behalf of Interested Party The Lehman Hong Kong Liquidators jstoll@mayerbrownrowe.com

J. Ted Donovan

on behalf of Creditor Rocco F. Andriola TDonovan@GWFGlaw.com

Jack Yoskowitz

on behalf of Interested Party Liberty Square CDO I  Ltd. and Liberty Square CDO II, Ltd. yoskowitz@sewkis.com

Jack Yoskowitz

on behalf of Interested Party Israel Discount Bank Limited yoskowitz@sewkis.com

Jack Yoskowitz

on behalf of Defendant Liberty Square CDO I  Ltd. yoskowitz@sewkis.com

Jack Yoskowitz

on behalf of Defendant Mulberry Street CDO  Ltd. yoskowitz@sewkis.com

Jack Yoskowitz

on behalf of Defendant Liberty Square CDO II  Ltd. yoskowitz@sewkis.com

Jack J. Rose

on behalf of Unknown Liquidation Opportunities Master Fund  LP filing@ashurst.com

Jacob Ginsburg

on behalf of Creditor All Distributees of the Estate of Eugene Czin  deceased jg@jacobginsburglaw.com

Jacob Ginsburg

on behalf of Creditor Estate of Eugene Czin  deceased jg@jacobginsburglaw.com

Jacob Ginsburg

on behalf of Creditor Judith  Mrs. Czin jg@jacobginsburglaw.com

Jacob S. Pultman

on behalf of Intervenor-Plaintiff FCCD Limited jacob.pultman@allenovery.com  kurt.vellek@allenovery.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Special Financing Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Counter-Defendant Lehman Brothers Financial Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Holdings Inc. on behalf of itself and as assignee of Lehman Brothers Inc.
jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation V LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Derivative Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor BNC Mortgage LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Financial Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor PAMI Statler Arms LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Commercial Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Commercial Paper Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation IX LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Scottish Finance L.P. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Commercial Paper Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor East Dover Limited jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jahan P. Raissi

on behalf of Creditor Weintraub Capital Management L.P. calendar@sflaw.com, bwolff@sflaw.com

Jake M Greenberg

on behalf of Defendant Gateway Funding Diversified Mortgage Services L.P. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

on behalf of Unknown Gateway Funding Diversified Mortgage Services L.P. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

on behalf of Defendant LHM Financial Corporation jgreenberg@bilzin.com mavin@bilzin.com

Jake M Greenberg

on behalf of Defendant Arlington Capital Mortgage Corporation jgreenberg@bilzin.com mavin@bilzin.com

Jake M Greenberg

on behalf of Defendant REPUBLIC STATE MORTGAGE CO. individually and as successor by merger to Union Trust Mortgage
Corporation jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg
on behalf of Defendant MEGA CAPITAL FUNDING  INC. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg
on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg
on behalf of Defendant Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation jgreenberg@bilzin.com, mavin@bilzin.com

James Addison Wright, III
on behalf of Plaintiff Millennium International  Ltd. james.wright@klgates.com, bobankruptcyecf@klgates.com

James Addison Wright, III
on behalf of Counter-Defendant Millennium International  Ltd. james.wright@klgates.com, bobankruptcyecf@klgates.com

James Tecce
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
jamestecce@quinnemanuel.com

James Tecce
on behalf of Unknown Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
jamestecce@quinnemanuel.com

James Tecce
on behalf of Creditor Committee Official Committee of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. jamestecce@quinnemanuel.com

James Tecce,
on behalf of Creditor Committee Quinn Emanuel Urquhart & Sullivan LLP jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Lehman Brothers Holdings Inc. jamestecce@quinnemanuel.com

James Tecce,
on behalf of Unknown Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Lehman Brothers Commercial Corporation jamestecce@quinnemanuel.com

James Tecce,
on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Attorney Quinn Emanuel Urquhart Oliver & Hedges LLP jamestecce@quinnemanuel.com

James Tecce,
on behalf of Counter-Defendant Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Intervenor Official Committee Of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Creditor Committee Official Committee of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Unknown Quinn Emanuel Urquhart & Sullivan LLP jamestecce@quinnemanuel.com

James Tecce,
on behalf of Attorney Quinn Emanuel Urquhart & Sullivan  LLP jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc
jamestecce@quinnemanuel.com

James Tecce,
on behalf of Plaintiff Lehman Brothers Special Financing Inc. jamestecce@quinnemanuel.com

James Windels
on behalf of Defendant Lehman Brothers Limited (in administration) james.windels@davispolk.com

James Windels

on behalf of Defendant LB Holdings Intermediate 2 Limited (in administration) james.windels@davispolk.com

James Windels

on behalf of Defendant MBAM Investor Limited james.windels@davispolk.com

James Windels

on behalf of Defendant Eldon Street Holdings Limited (in administration) james.windels@davispolk.com

James C Tecce

on behalf of Unknown Lehman Brothers Holdings Inc. jamestecce@quinnemanuel.com

James C. Dugan

on behalf of Unknown Natixis Financial Products LLC maosbny@willkie.com  jdugan@willkie.com

James C. Fitzpatrick

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
managingattorney@hugheshubbard.com

James C. Moore

on behalf of Unknown Jose Carlos Camoes Rosado jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Spanish Holders of Lehman Programs Securities jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Fundacion Rafael del Pino jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Maria Clara Xavier Rocha Gomes Van der Hart jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Antonio Manuel Coutinhas Da Silva Ferreira jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Antonio Manuel Coelho Affonso de Barros jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Rui Manuel Dias Moura Teixeria jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Miguel Lopes de Sousa jcmoore1939@gmail.com

James C. Thoman

on behalf of Interested Party Deere & Company jthoman@hodgsonruss.com
cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Newbold

on behalf of Creditor Illinois Department of Revenue James.Newbold@illinois.gov

James H.M. Sprayregen

on behalf of Unknown Epiq Corporate Restructuring  LLC jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Unknown Liquidators of Lehman Brothers Australia Limited jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Unknown Lehman Re  Ltd. jsprayregen@kirkland.com

James I. McClammy

on behalf of Creditor Natixis Capital Markets Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Julius Baer & Co. AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis Bleichroeder Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Banque Privee Saint Dominique james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Bank Julius Baer & Co. Ltd. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Bank Julius baer & Co. Ltd. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

District/off: 0208-1                          User: admin                                    Page 136 of 297
Date Rcvd: Sep 30, 2022                       Form ID: 144                                    Total Noticed: 1386

James I. McClammy
                    on behalf of Creditor NATIXIS SECURITIES james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor Asset Backed Management Corp. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor Bank Leumi le-Israel  Ltd. james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Unknown Credit Suisse AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor INTERNATIONAL FINANCE CORPORATION james.mcclammy@davispolk.com
                    ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor International Bank for Reconstruction and Development james.mcclammy@davispolk.com
                    ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor Natixis Financial Products Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor Natixis Securities North America Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Unknown Bank Julius Bar & Co AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Unknown Banque Pictet & Cie SA james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                    on behalf of Creditor Ford Credit Auto Owner Trust 2007-B c/o Ford Motor Credit Company LLC  as Administrator on behalf of
                    Ford Credit Auto Owner Trust 2007-B james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James J. Rufo
                    on behalf of Interested Party LeaAnn Perea jrufo@jamesrufolaw.com

James J. Tancredi
                    on behalf of Creditor Fidelity National Title Insurance Company jjtancredi@dbh.com

James J. Vincequerra
                    on behalf of Creditor Simpson Meadows James.Vincequerra@alston.com

James J. Ward
                    on behalf of Defendant Eagle Home Mortgage  LLC mavin@bilzin.com;eservice@bilzin.com

James J. Ward
                    on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
                    mavin@bilzin.com;eservice@bilzin.com

James J. Ward
                    on behalf of Defendant Universal American Mortgage Company  LLC mavin@bilzin.com;eservice@bilzin.com

James L. Bromley
                    on behalf of Interested Party Hellman & Friedman LLC bromleyj@sullcrom.com
                    james-bromley-2240@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

James M. Heiser
                    on behalf of Creditor U.S. Bank National Association heiser@chapman.com

James M. Heiser
                    on behalf of Creditor Bank Of Montreal heiser@chapman.com

James M. Heiser
                    on behalf of Creditor Energy Income and Growth Fund heiser@chapman.com

James M. Heiser
                    on behalf of Attorney Ann E. Acker heiser@chapman.com

James M. Heiser
                    on behalf of Interested Party General Helicopters International  LLC heiser@chapman.com

James M. Heiser
                    on behalf of Creditor National Australia Bank Limited heiser@chapman.com

James M. Heiser
                    on behalf of Defendant U.S. Bank National Association heiser@chapman.com

James M. Heiser
                    on behalf of Creditor U.S. Bank National Association  as Trustee heiser@chapman.com

James M. Heiser

on behalf of Creditor US Bank  National Association, as Trustee heiser@chapman.com

James M. Sullivan

on behalf of Interested Party China Development Industrial Bank jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com

James M. Sullivan

on behalf of Interested Party Dotson Investments Limited jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com

James M. Sullivan

on behalf of Unknown Dotson Investments Limited jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com

James N. Lawlor

on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Plaintiff Lehman Brothers Special Financing Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Creditor Jeffrey and Lauren Sardis jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Unknown Wollmuth Maher & Deutsch LLP jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Creditor Riverside Holdings LLP jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Debtor Lehman Brothers Holdings Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Unknown Sistema Universitario Ana G. Mendez jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Plaintiff Lehman Brothers Holdings Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Creditor JAS Holding Corporation jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Creditor The Estate of Stephen H. Weiss jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Creditor Sistema Universitario Ana G. Mendez  Incorporado jlawlor@wmd-law.com, jgiampolo@wmd-law.com

James N. Lawlor

on behalf of Plaintiff Lehman Brothers Holding Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Truitt

on behalf of Transferee CWD OC 522 Master Fund  Ltd. james.truitt@hoganlovells.com

James N. Truitt

on behalf of Unknown Chase Lincoln First Commercial Corporation james.truitt@hoganlovells.com

James N. Truitt

on behalf of Transferee Candlewood Special Situations Master Fund  Ltd. james.truitt@hoganlovells.com

James N. Truitt

on behalf of Unknown Illiquidx LLP james.truitt@hoganlovells.com

James N. Truitt

on behalf of Unknown EIK Banki Foroya P/F james.truitt@hoganlovells.com

James N. Truitt

on behalf of Creditor Lydian Overseas Partners Master Fund Ltd. james.truitt@hoganlovells.com

James Nicholas Boeving

on behalf of Defendant United States Of America james.n.boeving@usdoj.gov

James O Moore

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts james.moore@morganlewis.com

James P. Berg

on behalf of Defendant Santander Bank  N.A., f/k/a Sovereign Bank, FSB james.berg@piblaw.com, fedfiling@piblaw.com,daniel.schleifstein@piblaw.com,casenotifications@piblaw.com

James P. Berg

on behalf of Interested Party Santander Bank  N.A. james.berg@piblaw.com, fedfiling@piblaw.com,daniel.schleifstein@piblaw.com,casenotifications@piblaw.com

James S. Carr

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC

KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor Tullett Prebon Holdings Corporation
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor Helaba Invest Kapitalanlagegesellschaft mbH
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Plaintiff Turnberry Retail Holding  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor Rock Creek Group LP  as Asset Manager
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Plaintiff Jacquelyn Soffer KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor Claims Recovery Group LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Interested Party The Juilliard School
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Plaintiff Jeffrey Soffer KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Plaintiff BP Energy Company and BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Plaintiff Turnberry/Centra Sub  LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James T. Grogan
    on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. jamesgrogan@paulhastings.com

James William Brody
    on behalf of Defendant LHM Financial Corporation jbrody@americanmlg.com
docket@americanmlg.com;chericourt@americanmlg.com

James William Brody
    on behalf of Defendant Hometrust Mortgage Company jbrody@americanmlg.com
docket@americanmlg.com;chericourt@americanmlg.com

James William Brody, I
    on behalf of Defendant First Credit Union jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Unknown Commerce Home Mortgage  Inc. f/k/a Simonich Corp. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Defendant BWC REAL ESTATE INC. jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Defendant Neighbors Financial Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Defendant Commerce Home Mortgage  Inc. f/k/a Simonich Corp. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Defendant Gateway Bank  F.S.B jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I
    on behalf of Defendant North Atlantic Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 139 of 297
Total Noticed: 1386

James William Brody, I

on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC Real Estate Inc jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Perl Mortgage  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Gateway Bank jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Mortgage Plus Inc jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant First Home Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant The Mortgage House  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Unknown Perl Mortgage  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Green Light Advance Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Nova Financial & Investment Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Merrimack Mortgage Company  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Unknown North Atlantic Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC MORTGAGE SERVICES jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC Mortgage Services jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Union Mortgage Group  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant A.K.T. American Capital  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

Jamie C Krapf

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7 JKRAPF@MWC-LAW.COM

Jan B. Geller

on behalf of Creditor Oceanus Securities  LLC jbgesq@bway.net

Jane M. Freeberg

on behalf of Creditor Emad Morrar jsarma@reedsmith.com

Jane M. Freeberg

on behalf of Unknown Unknown Filer jsarma@reedsmith.com

Jane M. Freeberg

on behalf of Creditor Roger B Nagioff jsarma@reedsmith.com

Jane Rue Wittstein

on behalf of Defendant PCCP Mezzanine Recovery Partners II  L.P. jruewittstein@jonesday.com

District/off: 0208-1                      User: admin                                    Page 140 of 297
Date Rcvd: Sep 30, 2022                    Form ID: 144                              Total Noticed: 1386

Jane Rue Wittstein

on behalf of Defendant Trilantic Capital Partners III L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Fund III  L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Debtor Lehman Brothers Holdings Inc. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Partners II  L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Trilantic Capital Partners IV L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Partners III  L.P. jruewittstein@jonesday.com

Jared D. Zajac

on behalf of Creditor Hospital for Special Surgery jzajac@proskauer.com  erodriguez@proskauer.com

Jared Riley Clark

on behalf of Unknown Highbridge International LLC jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Defendant Lower Murray Water jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Plaintiff Deutsche Bank AG jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Unknown Lower Murray Water jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Interested Party Deutsche Bank AG jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jarman Russell

on behalf of Creditor Citibank  N.A. jrussell@mayerbrown.com, jmarsala@mayerbrown.com

Jason A Nagi

on behalf of Creditor Highland Capital Management  L.P. jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jason A Nagi

on behalf of Creditor Steven G. Holder Living Trust and other Clients listed on Schedule I jason.nagi@offitkurman.com
rona.cohen@offitkurman.com

Jason A Nagi

on behalf of Creditor EXCO Operating Company  LP and other Clients listed on Schedule I jason.nagi@offitkurman.com,
rona.cohen@offitkurman.com

Jason C. Davis

on behalf of Interested Party Yin Ying Leung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Chun IP jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Jin Liu jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Jin Liu jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Lai Mei Chan jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Siu Lui Ching jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Unknown SIU LING CHING jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Chun Ip jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Sing Heung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Interested Party Siu Lui Ching jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Plaintiff Lai Mei Chan jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Plaintiff Sing Heung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Unknown KA KIN WONG jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Unknown Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis
                    on behalf of Plaintiff Yin Ying Leung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason E. Manning
                    on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. FSLECFIntake@troutmansanders.com;megan.burns@troutman.com

Jay Heinrich
                    on behalf of Unknown Stonehill Master Fund Ltd. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Transferee UBS AG  Stamford Branch jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Nomura Corporate Funding Americas  LLC jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown The Varde Fund X (Master) L.P. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Gentrification Ventures  L.L.C. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Varde Investment Partners (Offshore) Master  L.P. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Credit Suisse Securities (Europe) Limited jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown The Varde Fund IX-A  L.P. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Transferee Credit Suisse Loan Funding LLC jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Transferee Varde Investment Partners  L.P. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Nomura Securities International  Inc. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown The Varde Fund VI-A  L.P. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Citigroup Global Markets Inc. jheinrich@mkbllp.com

Jay Heinrich
                    on behalf of Unknown Stonehill Institutional Partners  L.P. jheinrich@mkbllp.com

Jay Teitelbaum
                    on behalf of Creditor The United Company jteitelbaum@tblawllp.com  dcampagne@tblawllp.com

Jay G. Safer
                    on behalf of Plaintiff Southern Community Bank and Trust jsafer@lockelord.com

Jay G. Safer
                    on behalf of Plaintiff Carolina First Bank jsafer@lockelord.com

Jay G. Safer
                    on behalf of Plaintiff Southern Community Financial Corporation jsafer@lockelord.com

Jay M. Goffman
                    on behalf of Transferee Fortress Investment Group  LLC Jay.Goffman@skadden.com,
                    Wendy.LaManna@skadden.com;andrea.bates@skadden.com

Jay M. Goffman
                    on behalf of Creditor H/2 Credit Partners Master Fund LTD Jay.Goffman@skadden.com
                    Wendy.LaManna@skadden.com;andrea.bates@skadden.com

Jay S. Hellman
on behalf of Plaintiff Ceradyne  Inc. jhellman@westermanllp.com

Jay S. Hellman
on behalf of Attorney SilvermanAcampora LLP jhellman@westermanllp.com

Jay S. Hellman
on behalf of Creditor Caisse Des Depots Et Consignations jhellman@westermanllp.com

Jay W. Hurst
on behalf of Creditor Texas Comptroller of Public Accounts jayhurstlaw@gmail.com  sherri.simpson@oag.texas.gov

Jayant W Tambe
on behalf of Plaintiff Woodlands Commercial Corporation jtambe@jonesday.com

Jayant W Tambe
on behalf of Defendant Credit Protection Trust 207 jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Lehman Brothers Holdings Inc. jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Lehman Brothers Special Financing Inc. jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Woodlands Commercial Corporation f/k/a Woodlands Commerical Bank f/k/a Lehman Brothers Commerical
Bank jtambe@jonesday.com

Jayant W Tambe
on behalf of Defendant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation jtambe@jonesday.com

Jayant W Tambe
on behalf of Unknown Lehman Brothers Holdings Inc.  jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Lehman Brothers OTC Derivatives Inc. jtambe@jonesday.com

Jayant W Tambe
on behalf of Defendant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207 jtambe@jonesday.com

Jayant W Tambe
on behalf of Plaintiff Lehman Brothers Holdings Inc.  jtambe@jonesday.com

Jean-David Barnea
on behalf of Creditor INTERNAL REVENUE SERVICE jean-david.barnea@usdoj.gov

Jean-David Barnea
on behalf of Defendant United States Of America jean-david.barnea@usdoj.gov

Jeanne Morton
on behalf of Creditor America's Servicing Company bkmail@prommis.com

Jed Horwitt
on behalf of Creditor Children's Healthcare of Atlanta  Inc. JHorwitt@Zeislaw.com, kjoseph@zeislaw.com

Jed I. Bergman
on behalf of Plaintiff Turnberry/Centra Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Defendant Fontainebleau Resorts  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Counter-Defendant Turnberry/Centra Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Counter-Defendant Jeffrey Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Counter-Defendant Jacquelyn Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Defendant Jeffrey Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman
on behalf of Plaintiff Jeffrey Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Jacquelyn Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Turnberry Retail Holding  L.P. jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Turnberry Retail Holding  L.P. jbergman@kasowitz.com, courtnotices@kasowitz.com

Jeff J. Friedman

on behalf of Unknown York Global Finance BDH  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Candlewood Special Situations Master Fund  Ltd. jeff.friedman@kattenlaw.com,
nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Plaintiff Board of Education of the City of Chicago jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Scoggin International Fund  Ltd jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Royal Bank Of Canada jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Asian Opportunities Investments Master Fund  L.P. jeff.friedman@kattenlaw.com,
nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Permal York  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party BANK OF AMERICA  N.A. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Merrill Lynch Japan Finance Co.  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Taconic Master Fund 1.5 LP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Morgan Stanley Senior Funding  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor SDU Limited jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Contrarian Funds  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Multi-Strategy Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Select Investors Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee TCA SPV I LLC jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown SC Lowy Primary Investments  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party CF Life Compagnia di Assicurazioni Vita S.p.A. jeff.friedman@kattenlaw.com
nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin International Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party Barclays Bank PLC jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Cantor Fitzgerald Europe jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 144 of 297
Total Noticed: 1386

Jeff J. Friedman

on behalf of Unknown Taconic Master Fund 1.5 L.P. jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin Worldwide Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee CWD OC 522 Master Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin Capital Management II LLC jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Candlewood Special Situations Master Fund Ltd. jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Clearbridge Advisors LLC jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Taconic Opportunity Master Fund LP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Select Master Fund  L.P. jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor HFFI  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Flagler Master Fund SPC Ltd. - Class A Portfolio jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Taconic Opportunity Master Fund L.P. jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor RBC DOMINION SECURITIES INC. jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Credit Opportunities Investments Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Bank Of America  N.A. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeffrey Chubak

on behalf of Transferee Front Capital Ltd jchubak@aminillc aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Transferee The Royal Bank of Scotland plc jchubak@aminillc aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Creditor The Boston Company Asset Management  LLC jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey A. Cooper

on behalf of Unknown Stephen H. Thomas jcooper@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Utilities and High Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Intermediate Bond Trust Full Discretion jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Doral Financial Corporation jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund jrosenthal@cgsh.com

maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Income Advantage Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor GS Investment Strategies  LLC acting as investment manager to Goldman Sachs Investment Partners Master
Fund, L.P. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Core Bond Trust Full Discretion jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen International Balanced Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Incorporated jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Equity
Opportunities Fund, LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Multi-Sector Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Equity
Opportunities Fund Plc jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA High Income Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen High Income Fund jrosenthal@cgsh.com
maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor First Clearing  LLC (fka First Clearing Corporation) jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Banco de Mexico jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen International Bond Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market
Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Global Dividend Opportunity Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wachovia Bank  National Association jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Tattersall Advisory Group  acting as agent for various funds jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund jrosenthal@cgsh.com maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Long Duration Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Investment Management Company  LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wells Fargo Securities LLC jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Defendant Wells Fargo Bank National Association jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wachovia Bank  N.A. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Wells Fargo Securities  LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Investment Management Company jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Equity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Opportunities Fund, LLC. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select High Yield Bond Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Sara Fany Gelbert jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Defendant Merrill Lynch International jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Select High Yield Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Wachovia Bank  N.A. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Doral Bank jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor Wachovia Securities International Limited jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Creditor GS Investment Strategies  LLC acting as investment manager to Liberty Harbor Master Fund I, L.P.
jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Evergreen Investment Management Company  LLC, acting as agent for Evergreen Utilities & High
Income Fund jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey D. Prol
on behalf of Interested Party Taipei Fubon Commercial Bank Co.  Ltd. jprol@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Fubon Insurance Co.  Ltd. jprol@lowenstein.com

Jeffrey D. Prol
on behalf of Interested Party Fubon Securities Co.  Ltd. jprol@lowenstein.com

Jeffrey D. Prol
on behalf of Creditor Fubon Bank (Hong Kong) Limited jprol@lowenstein.com

Jeffrey E. Glen
on behalf of Unknown Elliott Management Corporation jglen@andersonkill.com

Jeffrey L. Sapir-13
on behalf of Trustee Jeffrey L. Sapir-13 info@sapirch13tr.com

Jeffrey L. Schwartz
on behalf of Creditor Commerzbank AG and Eurohypo AG
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz
on behalf of Creditor CommerzBank A.G.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz
on behalf of Creditor Commerzbank AG - Group Intensive Care
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz
on behalf of Creditor Dresdner Bank A.G.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey M. Olinsky
on behalf of Interested Party Deutsche Bank AG  London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky
on behalf of Unknown Deutsche Bank AG  London jeffrey.olinsky@db.com,

james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky

on behalf of Creditor Deutsche Bank AG London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky

on behalf of Unknown Deutsche Bank AG London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey Morgan Carbino

on behalf of Defendant Baxter Financial Services Ltd. jcarbino@cohenseglias.com

Jeffrey N. Rich

on behalf of Creditor Structure Tone Inc. jrich@r3mlaw.com

Jeffrey N. Rich

on behalf of Unknown USAA High-Yield Opportunities Fund jrich@r3mlaw.com

Jeffrey R. Coleman

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
coleman@kantordavidoff.com, jeffreyRcoleman11@gmail.com

Jeffrey R. Coleman

on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
coleman@kantordavidoff.com, jeffreyRcoleman11@gmail.com

Jeffrey S. Margolin

on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown Jeffrey Margolin jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Schick & Associates LLC jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Defendant James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown Levine Lee LLP jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors jeff.margolin@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Defendant James W. Giddens jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Bonn Steichen & Partners jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Hughes Hubbard & Reed LLP jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Interested Party Lehman Brothers Inc. jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Steinmetz  Haring, Gurman & Co. jeff.margolin@hugheshubbard.com,

corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Attorney Bancroft PLLC jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Liquidating Trustee Christopher K. Kiplok  Trust Administrator for the LBI Liquidating Trust
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Unknown Norton Rose LLP jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Attorney Chien Yeh Law Offices jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Unknown Steinmetz  Haring, Gurman & Co jeff.margolin@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Attorney City-Yuwa Partners jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
on behalf of Attorney Norton Rose Fulbright LLP jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Posta
on behalf of Defendant Pinnacle Associates  Ltd. jposta@stark-stark.com

Jeffrey S. Posta
on behalf of Unknown Pinnacle Associates  Ltd. jposta@stark-stark.com

Jeffrey S. Sabin
on behalf of Interested Party Harbinger Capital Partners Master Fund I  Ltd. (f/k/a Harbert Distressed Investment Master Fund
Ltd.) jssabin@venable.com

Jeffrey S. Sabin
on behalf of Interested Party Putnam Investments  LLC and Affliates jssabin@venable.com

Jeffrey S. Sabin
on behalf of Interested Party Harbinger Capital Partners Special Situations Fund L.P. jssabin@venable.com

Jeffrey T. Scott
on behalf of Intervenor-Defendant Long Island International Limited scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
on behalf of Interpleader-def. Barclays Bank PLC scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
on behalf of Interested Party Barclays Bank PLC scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
on behalf of Interested Party Long Island International Limited scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Wegner
on behalf of Creditor The Morningside Ministries Foundation  Inc. jeffrey.wegner@kutakrock.com,
marybeth.brukner@kutakrock.com

Jeffrey T. Wegner
on behalf of Creditor Nebraska Investment Finance Authority jeffrey.wegner@kutakrock.com  marybeth.brukner@kutakrock.com

Jeffrey W. Gettleman
on behalf of Unknown Lehman Brothers Australia Limited jgettleman@kirkland.com

Jeffrey W. Levitan
on behalf of Unknown Sixth Gear Funding and Sixth Gear Solutions Corp. jlevitan@proskauer.com
jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Sixth Gear Funding Trust and Sixth Gear Solutions Corp. jlevitan@proskauer.com
jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Markit Group Limited jlevitan@proskauer.com  jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown New Meadowlands Stadium Company  LLC jlevitan@proskauer.com,
jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation jlevitan@proskauer.com
jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Markit Group Limited  Markit Valuations Limited, Swapswire Limited and Markit North America Inc.
jlevitan@proskauer.com, jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Toback
on behalf of Interested Party K & B Capital Corp. jefftoback@gmail.com

Jeffrey W. Toback
on behalf of Defendant K & B Capital Corp. jefftoback@gmail.com

Jenelle C Arnold
on behalf of Creditor Specialized Loan Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Jennifer Premisler
on behalf of Interested Party KfW Jen.Premisler@cliffordchance.com

Jennifer Premisler
on behalf of Creditor Pacific Investment Management Company LLC Jen.Premisler@cliffordchance.com

Jennifer Premisler
on behalf of Unknown Andorra Banc Agricol Reig  S.A. Jen.Premisler@cliffordchance.com

Jennifer A. Christian
on behalf of Creditor R. Kyle Kettler jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor J. Robert Chambers jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Unknown Robert Chambers  P. Mathew Verghese and R. Kyle Kettler jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Barton Creek Senior Living Center  Inc. jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor P. Mathew Verghese jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Terry Foundation jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Howard Terry jennifer.christian@tklaw.com

Jennifer C. DeMarco
on behalf of Creditor Dexia Credit Local S. A. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Pollyson International Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party ING USA Annuity and Life Insurance Company jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Allianz Global Investors Kapitalanlagegesellschaft MbH jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Defendant Unipol Banca S.p.A. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Brigade Capital Management jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party SRM Global Master Fund LP jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Lehman Brothers Bankhaus AG I Ins. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Unknown Pacific Investment Management Company  LLC. jennifer.demarco@cliffordchance.com,

sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Calyon Securities (USA) Inc. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Wincent Investment Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Barclays Global Investors National Association jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown FATAI INVESTMENT LIMITED jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Pacific Investment Management Company LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party ING AM Interfinance Services B.V. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party ING Proprietary Alpha Fund LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Dexia Kommunalbank Deutschland AG jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Defendant UnipolSai Assicurazioni S.p.A. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Zama International Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party KfW jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party KFW Bankengruppe jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party TriOptima AB jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown BlackRock Institutional Trust Company  N.A. jennifer.demarco@cliffordchance.com,
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Andorra Banc Agricol Reig  S.A. jennifer.demarco@cliffordchance.com,
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Gazprombank Mortgage Funding 2 S.A. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party The ING Proprietary Alpha Fund LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Astrea LLC jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Stichting The IAMEX Value Foundation jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Dexia Banque Belgique SA jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Fatai Investment Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party ING Belgium S.A./N.V. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Calyon jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party M&G Investment Management Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party CNP Assurances and Anthracite Investments (Ireland) PLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Swiss Re Financial Products Corporation jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party PIMCO Real Return Fund (M) jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party TriOptima UK Limited jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Halewood Company Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Clifford Chance US LLP jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Dexia Banque Internationale a Luxembourg SA jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Banif-Banco de Investimento  S.A. jennifer.demarco@cliffordchance.com,
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Pacific Investment Management Company LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer L. Rodburg

on behalf of Creditor BREF ONE  LLC jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg

on behalf of Creditor Integrated Core Strategies (Europe) S.a.r.l. jennifer.rodburg@friedfrank.com
managingattorneysdepartment@friedfrank.com

Jennifer M. Jackson

on behalf of Counter-Defendant Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer M. Jackson

on behalf of Unknown Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer M. Jackson

on behalf of Plaintiff Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer Marie Rosa

on behalf of Interested Party CALIBER HOME LOANS  INC. jrosa@mayerbrown.com

Jennifer V. Doran

on behalf of Creditor Citibank  N.A. Agency & Trust jdoran@haslaw.com,
calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran

on behalf of Creditor Wilmington Trust Company  as Indenture Trustee jdoran@haslaw.com,
calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran

on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran

on behalf of Unknown Citibank  N.A., In Its Capacity As Trustee jdoran@haslaw.com,
calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran

on behalf of Creditor Wilmington Trust jdoran@haslaw.com  calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jeremiah Iadevaia

on behalf of Plaintiff Olivia Bam jiadevaia@vladeck.com

District/off: 0208-1                    User: admin                              Page 153 of 297
Date Rcvd: Sep 30, 2022                 Form ID: 144                            Total Noticed: 1386

Jeremy B Reckmeyer
on behalf of Transferee Credit Suisse Loan Funding LLC jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown EPCO Holdings jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown CCP Credit Acquisition Holdings Luxco  SARL jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown David Andrews jeremyreckmeyer@andrewskurth.com

Jeremy D. Eiden
on behalf of Creditor Minnesota State Board of Investment jeremy.eiden@ag.state.mn.us  jeremy.eiden@gmail.com

Jerrold Lyle Bregman
on behalf of Debtor Lehman Brothers Holdings Inc. sgubner@bg.law  jbregman@ebg-law.com

Jesse T. Smallwood
on behalf of Defendant Home Loan Center  Inc. jsmallwood@wc.com, kthomason@wc.com

Jessica Fainman
on behalf of Unknown Anchorage Capital Group  L.L.C. jessica.fainman@barclayscapital.com

Jessica Fainman
on behalf of Interested Party Barclays Bank PLC jessica.fainman@barclayscapital.com

Jessica Deborah Mikhailevich
on behalf of Creditor Marquette Financial Companies jessica.mikhailevich@troutman.com

Jessica G. Berman
on behalf of Creditor Public Service Electric and Gas Company jberman@msek.com

Jil Mazer-Marino
on behalf of Creditor SunGard Investment Systems  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Wall Street Concepts LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Asset Management Systems jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Kiodex  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Securities Finance LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Automated Securities Clearance LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Availability Services LP jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Business Integration Ltd. jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Advanced Portfolio Technologies  Inc. jmazermarino@cullenanddykman.com,  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Asset Management Systems LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Assent LLC a/k/a SunGard Assent jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown Constellation Place  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown Automated Securities Clearance LLC  successor in interest to Automated Securiteis Clearance Ltd. d/b/a SunGard Trading Systems jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Securities Finance LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Assent LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Expert Solutions LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Data Systems Inc. jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Availability Services LP jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Data Reference Solutions LLC jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor MicroHedge LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Trizec Westwood Center  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc.
jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Developers Research  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Kiodex jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Institutional Brokerage  Inc. jmazermarino@cullenanddykman.com,
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown Duke Energy Ohio  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Institutional Brokerages  Inc. jmazermarino@cullenanddykman.com,
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Reference Data Solutions Inc. jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Monis Software jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Assent LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jill L. Makower

on behalf of Creditor Metropolitan Bank & Trust Company jmakower@tarterkrinsky.com
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Joanne K. Lipson

on behalf of Creditor The Central Puget Sound Regional Transit Authority jlipson@crockerlaw.com  ttracy@crockerlaw.com

Joaquin M. C De Baca

on behalf of Unknown Capital Partners Securities Co.  Ltd. jcdebaca@mayerbrown.com, jmarsala@mayerbrown.com

Joaquin M. C De Baca

on behalf of Unknown Plaza Home Mortgage Inc. jcdebaca@mayerbrown.com  jmarsala@mayerbrown.com

Jody Michelle Oster

on behalf of Creditor The Huntington National Bank ECF.Oster@huntington.com

Joel H. Levitin

on behalf of Defendant GreenPoint Mortgage Funding  Inc. JLevitin@cahill.com,
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin

on behalf of Defendant Greenpoint Mortgage Funding  Inc. JLevitin@cahill.com,
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin

on behalf of Creditor HYPO Investmentbank AG JLevitin@cahill.com
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel L Incorvaia

on behalf of Defendant Guild Mortgage Company joel@incorlaw.com  Lesley@incorlaw.com

Joel L Incorvaia

on behalf of Interested Party Guild Mortgage Company joel@incorlaw.com  Lesley@incorlaw.com

John Kibler
on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch
john.kibler@allenovery.com

John Kibler
on behalf of Creditor Stark Master Fund Ltd. john.kibler@allenovery.com

John Kibler
on behalf of Unknown HSBC Private Bank (Suisse) SA  Hong Kong Branch john.kibler@allenovery.com

John Kibler
on behalf of Creditor The Hongkong and Shanghai Banking Corporation john.kibler@allenovery.com

John Kibler
on behalf of Creditor Banca Popolare di Milano S.c.a.r.l. john.kibler@allenovery.com

John Kibler
on behalf of Creditor China Development Bank Corporation john.kibler@allenovery.com

John Kibler
on behalf of Creditor HSH Nordbank AG john.kibler@allenovery.com

John Kibler
on behalf of Creditor KBC Bank NV john.kibler@allenovery.com

John Kibler
on behalf of Unknown HSBC Private Bank (Suisse) SA  Singapore Branch john.kibler@allenovery.com

John Kibler
on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited john.kibler@allenovery.com

John Kibler
on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited john.kibler@allenovery.com

John Leininger
on behalf of Defendant Seattle Bank F/K/A Seattle Savings Bank jcl@os.law

John Leininger
on behalf of Defendant Gateway Mortgage Group  LLC jcl@os.law

John Polich
on behalf of Creditor County of Ventura john.polich@ventura.org

John Scott
on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund jlscott@reedsmith.com

John D Giampolo
on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
jgiampolo@rosenbergestis.com

John D Giampolo
on behalf of Plaintiff Lehman Brothers Special Financing Inc. jgiampolo@rosenbergestis.com

John D Giampolo
on behalf of Debtor Lehman Brothers Holdings Inc. jgiampolo@rosenbergestis.com

John D Giampolo
on behalf of Plaintiff Lehman Brothers Holdings Inc. jgiampolo@rosenbergestis.com

John D Giampolo
on behalf of Unknown Wollmuth Maher & Deutsch LLP jgiampolo@rosenbergestis.com

John D Giampolo
on behalf of Creditor Sistema Universitario Ana G. Mendez  Incorporado jgiampolo@rosenbergestis.com

John D. Penn
on behalf of Defendant Sarah Mickschl jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--1853@ecf.pacerpro.com

John D. Penn
on behalf of Defendant Pamela Willis jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
on behalf of Defendant Julie Pontin jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
on behalf of Defendant J. Christine Amini jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
on behalf of Defendant Steve Mew jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

District/off: 0208-1                              User: admin                                    Page 156 of 297
Date Rcvd: Sep 30, 2022                          Form ID: 144                                    Total Noticed: 1386

on behalf of Defendant Neil Ross jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Daniel Hock jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant The Sohrab Amini Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant James Vidakovish Revocable Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Gary Gray jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant David Ice jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Joseph S. Davis jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Chadwick Micksch jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Thisha McBride jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Charlie Lawson jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Kristin F. Davis jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Vaughan Counts jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Stephanie Mosher jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Tina Rochowiak jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Craig Willis jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Toni Hock jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Brian Alonge jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Kori Mew jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Sarahliz Lawson jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Michael Cryan jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Lisa Ice jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant The Koreich 1981 Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Richard Moore jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Andre Pontin jpenn@perkinscoie.com docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
on behalf of Defendant Patrick M. Nesbitt jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John Douglas Beck
on behalf of Creditor QVT Fund LP john.beck@hoganlovells.com
tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
on behalf of Creditor Quintessence Fund L.P. john.beck@hoganlovells.com
tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
on behalf of Creditor Piney Branch Park Inc. john.beck@hoganlovells.com
tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
on behalf of Creditor QVT Financial LP john.beck@hoganlovells.com
tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John E. Jureller, Jr.
on behalf of Creditor MPH Investments Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Cameron Mackintosh jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Adel Sater jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Sarah Jane Price jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Credit Suisse (Luxembourg) SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Kenray International Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Martin Oates jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Westcott Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Plaintiff European Credit Management Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Blue Bridge Holdings Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the MTS
1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Luca Lapenna jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Marie-Laure Rondeau jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Nicolas Karamaoun jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Summit Hill International Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 February 1988 and known as the TES
1988 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Ursemea Foundation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Junius Holdings Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Overstock.com  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Constantia Investments Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Outlook Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown CIS Happy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Trustees of the Lady Bamford Pension Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Retirement Housing Foundation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown CIS Sophia jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Starglow Ventures Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Taylor Clark PLC jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Ibrahim Abdulkarim jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Avon Rubber Pension Trust Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Credit Suisse jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Golden Moon Capital Corporation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Shareholders of Novastar Financial  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor JC Bamford Lifeplan jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Alchima Finance Holdings SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Plaintiff European Credit (Luxembourg) S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Transferee Credit Suisse (Schweiz) AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Interpulp Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Trustees of the DR CL James Childrens Settlement jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Kenilworth Holdings Enterprises Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Gitesh Parmar jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Bonville Investments Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Rupert Evans jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Coudert Brothers LLP jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown OneWest Bank  FSB jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Stephen D Bullock jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Lucy Roy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the MDS 1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Joe and/or Renee Debbane jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Gefico SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Christian Roy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Klestadt & Winters  LLP jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Siham Catafago jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Plaintiff Term Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Oliver Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Guiseppe Ciardi jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Credit Suisse jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Cahokia Corporation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Pinnacle Trustees Limited as Trustees of DES Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Plaintiff Leveraged Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Carolyn Windebank jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Ernie Donne jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Tayleigh Trust Company Limited as Trustee of a Settlement Dated 26 November 2001 and known as the
Reserve Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Andrea Tolchinsky jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Pierre Opman jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Fondation Syrinx jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Hola SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Rothschild Trust Guernsey  Trustee of the Wyness Settlement (GLG) jjureller@klestadt.com,
jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Mapleton Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Bambridge Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor GM Self-Invested Personal Pension Plan (Acct 0200) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Varian Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown H A Productions jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Ronald Westdorp jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Copperhill Investment Company Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Geoffrey Davies jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Plaintiff Massachusetts Water Resources Authority jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Simon M Powell jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Defendant Metropolitan West Asset Management  LLC jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Derek Taylor jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Dean Brown jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Lumatec SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Interested Party Symantec Corp. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown DMC (HD) Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Credit Suisse (MONACO) SAM jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Securities & Patrimony Active Management Holding SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Mark Cliffe jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Mark Kontkowski jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown European Credit (Luxembourg) S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Elena Foster jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Wimpole Street Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Neue Aargauer Bank AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Pinnacle Trustees Ltd  Trustees of the Vida Amini Trust jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Christian Van-Hoorn jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown R&H Trust Co (Guernsey) Limited as Trustees of the Elizabeth Stevens 1987 Cayman Declaration
                    jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Saffery Champness Trust Corporation M3521 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Jonathan Green jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Fisher Investments jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Teresa E Sackler jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Saskia Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Laura Wolfson Townsley jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor GLG Credit Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Paramount Trust Company Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

John E. Jureller, Jr.

on behalf of Creditor Ginola Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Praxis Trustees Limited as Trustee of Ivan Beswick 2003 Life Suites 13 & 15 jjureller@klestadt.com
jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Leveraged Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Credit Suisse AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GLG No. 50 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GM Self Invested Personal Scheme (Acct 0152) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Trefinance SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Elena Foster jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Canyon Value Realization MAC 18 Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor The Faraway Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor S D Bullock Trust Number 5 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Tsing Tsung & Wei Fong Chao Global Foundation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor GLG No. 2201- Cherry Tree Lodge jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Massachusetts Water Resources Authority jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Credit Suisse AG  Zurich/Switzerland jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Martin McCallum Sub Account A jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Spur Lodge Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Sipi Finance SA (Liq.) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Southdene Investments Ltd jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Ingelsa Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown CIS Canada jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Hyperion (HD) Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Gantes Securities Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the SDS
1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Transferee Credit Suisse AG  Singapore Branch jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Defendant Metropolitan West Total Return Bond Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Interested Party Overstock.com  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Mark Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Metropolitan West Asset Management  LLC jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Patrick Solvay jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Irene Charlotte Harrington jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Medmenham Establishment jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor F.E. & M.E. Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Judy Britten jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor The Autodata Ltd. 2005 Employee Benefit Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown N. Gottesman jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Martin McCallum jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GLG No. 55 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Cahill Enterprises Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Defendant Metropolitan West Low Duration Bond Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Ben Gill jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown European Credit Management Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Rodarbal Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Pileka Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Anthony Reeves jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown CFM Portfolio Corp. (Liq.) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor George Barakat jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown G. Rossdale jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Sam Desimpel jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Jean-Pierre Valluy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Timothy David Llewellyn jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown JM Van Tilburg jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Murena Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Charles Abou Adal jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Dominion Pension Plan Trustees (Jersey) Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Relative European Value S.A. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Iain Anderson jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Transferee Credit Suisse Sucursal en Espana jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Tanamera S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor GML Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Annscroft Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Credit Suisse AG  Hong Kong Branch jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Seven Star Global Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown R&H Trust Co. (Guernsey) Ltd. as Trustees of the Elizabeth Stevens Trust of 1976 jjureller@klestadt.com
jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Stitching Bewaarder BFK Fonds jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Marclaus Corp. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Term Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Laurence McPherson-Young jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Unknown Koral Bay Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Ixworth Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Plaintiff Relative European Value S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor OMX Timber Finance Investments II  L.L.C. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
on behalf of Creditor Diamond Valley Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John F. Carberry
on behalf of Creditor 8 Sound Shore Associates LLC jcarberry@cl-law.com

John G. McCarthy
on behalf of Unknown Heron Quays (HQ2) T1 Limited mccarthyj@sullcrom.com
john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John G. McCarthy
on behalf of Unknown Heron Quays (HQ2) T2 Limited mccarthyj@sullcrom.com
john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John G. McCarthy
on behalf of Unknown Canary Wharf Management Ltd. mccarthyj@sullcrom.com
john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John H. Maddock, III
on behalf of Creditor CSX Transportation  Inc. jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

John H. Snyder
on behalf of Creditor Russell Schreiber john@jhsnyderlaw.com

John H. Snyder
on behalf of Creditor Andrew Weber john@jhsnyderlaw.com

John H. Thompson
on behalf of Unknown Banc of America Credit Products  Inc. john.thompson@akerman.com

John H. Thompson

| | |
|---|---|
| | on behalf of Transferee RBC CAPITAL MARKETS LLC john.thompson@akerman.com |
| John H. Thompson | |
| | on behalf of Transferee Tavira Securities Limited john.thompson@akerman.com |
| John J. Buckley, Jr. | |
| | on behalf of Defendant Intel Corp. jbuckley@wc.com |
| John J. Jolley, Jr. | |
| | on behalf of Creditor City and County of Denver  Department of Revenue jay.jolley@fcsamerica.com |
| John J. Jolley, Jr. | |
| | on behalf of Creditor Financial Security Assurance Inc. jay.jolley@fcsamerica.com |
| John J. Monaghan | |
| | on behalf of Creditor Air Canada Inc. bos-bankruptcy@hklaw.com |
| John J. Rapisardi | |
| | on behalf of Other Prof. Whippoorwill Associates  Inc. jrapisardi@omm.com, john-rapisardi-0496@ecf.pacerpro.com |
| John J. Rapisardi | |
| | on behalf of Creditor Citigroup Inc. and all of its affiliates  including Citibank, N.A. jrapisardi@omm.com, john-rapisardi-0496@ecf.pacerpro.com |
| John K. Crossman | |
| | on behalf of Defendant Webster Bank N.A. jcrossman@zukermangore.com |
| John M Steiner | |
| | on behalf of Defendant Presbyterian SeniorCare jsteiner@leechtishman.com  bankruptcy@leechtishman.com |
| John M Steiner | |
| | on behalf of Defendant Longwood at Oakmont  Inc. jsteiner@leechtishman.com, bankruptcy@leechtishman.com |
| John M Steiner | |
| | on behalf of Creditor Presbyterian SeniorCare jsteiner@leechtishman.com  bankruptcy@leechtishman.com |
| John M. Brennan, Jr | |
| | on behalf of Defendant The Crossfire Financial Network Inc. jack.brennan@gray-robinson.com |
| John M. Callagy | |
| | on behalf of Defendant JPMORGAN CHASE BANK  N.A. jcallagy@kelleydrye.com |
| John M. Callagy | |
| | on behalf of Unknown JPMORGAN CHASE BANK  N.A. jcallagy@kelleydrye.com |
| John P. Dillman | |
| | on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Dallas County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor McLennan County houston_bankruptcy@publicans.com |
| John P. Gleason | |
| | on behalf of Creditor Chauny S A jgleason@gleasonkoatz.com |
| John P. Melko | |
| | on behalf of Creditor Pyrrhuloxia  LP jmelko@foley.com, mriordan@foley.com;ggattis@foley.com;rdiep@foley.com |
| John R. Ashmead | |
| | on behalf of Creditor Global Thematic Opportunities Fund LP  Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Creditor Goldman  Sachs & Co. ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Creditor Mariner LDC ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Interested Party Global Thematic Opportunities Fund LP  Panton Master Fund, L.P.,CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., Turnberrry Leveraged Credit Master Fund, L.P., Investcorp Interla ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Interested Party PB Capital Corporation ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Unknown Seward & Kissel LLP ashmead@sewkis.com |
| John R. Ashmead | |
| | on behalf of Creditor Caspian Capital Partners LP ashmead@sewkis.com |

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 165 of 297
Total Noticed: 1386

John R. Ashmead

on behalf of Creditor Brigade Leveraged Capital Structures Fund  Ltd. ashmead@sewkis.com

John R. Ashmead

on behalf of Attorney Seward & Kissel LLP ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Traxis Fund LP ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Brigade Capital Management  LLC ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Alpha Long Credit Fund  L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Goldman Sachs Lending Partners  LLC ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Traxis Emerging Market Opportunities Fund LP ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Global Thematic Opportunities Fund  LP CFIP Master Fund, Ltd., Turnberry Leveraged Credit
Master Fund, L.P., and Tang Capital Partners, L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Certain Prime Brokerage Customers ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Breen Investors International Fund L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Turnberry Leveraged Credit Master Fund  L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Global Thematic Opportunities Fund LP  Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura
Fixed Income Arbitrage Master Fund, Ltd., Turnberry Leveraged Credit Master Fund, L.P., Investcorp Interla
ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Select Credit Master Fund  Ltd. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Corporate Loan Fund LLC ashmead@sewkis.com

John Richard Hein

on behalf of Defendant Shenandoah Life Insurance Company jhein@hunton.com
backerly@hunton.com;bmulder@hunton.com;rgalbraith@hunton.com

John Richard Hein

on behalf of Unknown Shenandoah Life Insurance Company jhein@hunton.com
backerly@hunton.com;bmulder@hunton.com;rgalbraith@hunton.com

John S. Mairo

on behalf of Unknown Luxor Wavefront LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Capital Partners Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Capital Partners LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown Luxor Capital Partners Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Spectrum Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Wavefront LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown OC 19 Master Fund LP - LCG jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Aliant Bank jsmairo@pbnlaw.com

pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Plaintiff Aliant Bank jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown Luxor Spectrum Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown Luxor Capital Partners LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor OC 19 Master Fund LP - LCG jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jon T. Pearson

on behalf of Defendant First Northern Bank and Trust Company pearsonj@ballardspahr.com

Jon T. Pearson

on behalf of Defendant Utah Housing Corporation pearsonj@ballardspahr.com

Jonathan Chi-Shoong Cho

on behalf of Transferor Bene Banca Credito Cooperativo di Bene Vagienna Societa Cooperativa in a.s.
jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Unknown BANCA MONTE DEI PASCHI DI SIENA S.P.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Unknown HSBC Securities (Japan) Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch
jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor The Stock Exchange of Hong Kong Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor Banca Agricola Commerciale della Repubblica di San Marino S.p.A jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor China Minsheng Banking Corp.  Ltd. jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Unknown Banca Carige S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Bancaperta SpA jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Cassa di Risparmio di Alessandria S.P.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee BNP Paribas Securities Corp. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Credito Valtellinese S.C. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Interested Party China Development Industrial Bank jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Cassa Lombarda S.p.A jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor UniCredit Luxembourg S.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Banca Popolare Pugliese S.c.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor Corbiere Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee BNP Paribas Hong Kong Branch jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor Knowle Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor IAB Limited jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee MPS Capital Services Banca per le Imprese S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Banca Agricola Commerciale della Repubblica di San Marino SpA jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Cassa Lombarda S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor Banca Nazionale del Lavoro S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor Bank of China jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Defendant HSBC Bank USA  National Association jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Unicredit Bank Czech Republic  a.s. jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Credit Agricole Cariparma S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor Hong Kong Securities Clearing Company Ltd. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor Credito Valtellinese S.C. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Cassa di Risparmio di Parma e Piacenza S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Banca di San Marino S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor HSBC Bank PLC jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor Swiss Re Financial Products Corporation jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Unknown The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com

kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Unknown Pacific international Finance Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Banca Carige S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferor The Hongkong and Shanghai Banking Corpoation Limited  Singapore Branch
jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Defendant HSBC France jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Defendant HSBC Bank PLC jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch
jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

on behalf of Transferee Banca Popolare Friuladria S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Hook

on behalf of Transferee Hayman Capital Master Fund  L.P. jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook

on behalf of Creditor Parties Listed on Exhibit "A" jonathan.hook@haynesboone.com
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook

on behalf of Interested Party GSS Master SPC - Hayman Segregated Portfolio jonathan.hook@haynesboone.com
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook

on behalf of Interested Party Lamp Hayman Capital Fund jonathan.hook@haynesboone.com
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook

on behalf of Interested Party Hayman Capital Master Fund  L.P. jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Jenkins

on behalf of Defendant SIERRA PACIFIC MORTGAGE COMPANY  INC. jjenkins@jklitigators.com, ean@jklitigators.com

Jonathan Jenkins

on behalf of Defendant Sierra Pacific Mortgage Company  Inc. jjenkins@jklitigators.com, ean@jklitigators.com

Jonathan Levine

on behalf of Unknown EPCO Holdings jonathan.levine@arnoldporter.com  jonathan.levine@arnoldporter.com

Jonathan Schwalb

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo
Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan Sherman

on behalf of Creditor Sankaty Credit Opportunities III  L.P. jsherman@bsfllp.com

Jonathan Sherman

on behalf of Creditor Sankaty Special Situations I  L.P. jsherman@bsfllp.com

Jonathan Sherman

on behalf of Unknown Sankaty Credit Opportunities I L.P., jsherman@bsfllp.com

Jonathan Warner

on behalf of Unknown Maximilian Coreth jwarner@warnerlawyers.com
jwarner@warnerlawyers.com;atty_jonathan@bluestylus.com;G28706@notify.cincompass.com;alice@warnerlawyers.com;atty_w
arner@trustesolutions.com

Jonathan Zinman

on behalf of Unknown Solus Recovery Fund III Master LP jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor Solus Opportunities Fund 1 LP jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor SOLA LTD jzinman@soluslp.com

Jonathan Zinman
    on behalf of Creditor Solus Opportunities Fund 2 LP jzinman@soluslp.com

Jonathan Zinman
    on behalf of Creditor Solus Opportunities Fund 3 LP jzinman@soluslp.com

Jonathan Zinman
    on behalf of Creditor Solus Alternative Asset Management LP  on behalf of certain funds that it advises jzinman@soluslp.com

Jonathan Adam Grasso
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors jon@piercemccoy.com

Jonathan D. Schiller
    on behalf of Creditor Sankaty Special Situations I  L.P. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Defendant Barclays Capital Inc. jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Interested Party Barclays Capital  Inc. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Interested Party Barclays Bank PLC jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Defendant Barclays Capital  Inc. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Unknown Sankaty Credit Opportunities I L.P., jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Creditor Sankaty Credit Opportunities III  L.P. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan David Warner
    on behalf of Plaintiff Maximilian Coreth jdwarner@warnerandscheuerman.com
jwarner@warnerlawyers.com;atty_jonathan@bluestylus.com;G28706@notify.cincompass.com;alice@warnerlawyers.com;atty_warner@trustesolutions.com

Jonathan Eric Minsker
    on behalf of Defendant Lloyds TSB Bank plc jminsker@minskerlaw.com  courtnotices@kasowitz.com

Jonathan I. Rabinowitz
    on behalf of Interested Party Somerset Properties SPE  LLC jrabinowitz@rltlawfirm.com

Jonathan I. Rabinowitz
    on behalf of Creditor Somerset Associates  LLC jrabinowitz@rltlawfirm.com

Jonathan Mark Agudelo,
    on behalf of Transferee Paulson Credit Opportunities Master Ltd. jonathan.agudelo@ropesgray.com

Jonathan Mark Agudelo,
    on behalf of Transferee PP Oppoortunities  LTD jonathan.agudelo@ropesgray.com

Jonathan S. Henes
    on behalf of Unknown Lehman Brothers Holdings Inc.  jhenes@kirkland.com,
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan S. Henes
    on behalf of Debtor Lehman Brothers Holdings Inc. jhenes@kirkland.com
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan S. Henes
    on behalf of Unknown Dow Corning Corporation jhenes@kirkland.com
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan W Muenz
    on behalf of Defendant PCA Life Assurance Co. Ltd. jmuenz@sidley.com
nyefiling@sidley.com;jon-muenz-5901@ecf.pacerpro.com;emcdonnell@sidley.com

Joon P. Hong
    on behalf of Unknown HLF LP joonhong@chapman.com

Joon P. Hong
    on behalf of Creditor Rapax OC Master Fund  Ltd. joonhong@chapman.com

Joon P. Hong
    on behalf of Unknown CVF Lux Master S.a.r.l. joonhong@chapman.com

Joon P. Hong
    on behalf of Unknown Burlington Loan Management Limited joonhong@chapman.com

Joon P. Hong
                    on behalf of Transferee BKM Holdings (Cayman) Ltd. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown CVIC Lux Master joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Partners  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Goldman Sachs Lending Partners  LLC joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Halcyon Loan Trading Fund LLC joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Fifth Street Station LLC joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Morgan Stanley Senior Funding  Inc. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Morgan Stanley & Co. International plc joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Serengeti Opportunities Partners LP joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Institutional Partners  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Offshore Investors II  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Other Prof. Richards Kibbe & Orbe LLP joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Institutional Partners III  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Serengeti Opportunities MM L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Goldman  Sachs & Co. joonhong@chapman.com

Joon P. Hong
                    on behalf of Transferee Serengeti Rapax MM L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown HCN LP joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Farallon Capital Institutional Patners II  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Institutional Investors II  Inc. joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital (AM) Investors L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown BKM Holdings (Cayman) Ltd. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown HLTS Fund II LP joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Farallon Capital Institutional Partners II  L.P. joonhong@chapman.com

Joon P. Hong
                    on behalf of Unknown Goldman Sachs Lending Partners LLC joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Goldman Sachs International joonhong@chapman.com

Joon P. Hong
                    on behalf of Creditor Noonday Offshore  Inc. joonhong@chapman.com

Jordan Kaye
                    on behalf of Defendant Lehman Brothers Holdings Inc. jkaye@kramerlevin.com

Jordan S. Blask
                    on behalf of Creditor Kimberly A. Reed jblask@fbtlaw.com  agilbert@tuckerlaw.com

Jordanna L. Nadritch
    on behalf of Creditor Christiane Schuster jnadritch@olshanlaw.com  ssallie@olshanlaw.com

Jorian L. Rose
    on behalf of Unknown Banco Finantia International Limited jrose@bakerlaw.com

Jose Constantino Campos
    on behalf of Unknown North Atlantic Mortgage Corporation jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Constantino Campos
    on behalf of Defendant North Atlantic Mortgage Corporation jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Constantino Campos
    on behalf of Plaintiff Lehman Brothers Holdings Inc. jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Raul Alcantar Villagran
    on behalf of Creditor Sankaty Credit Opportunities III  L.P. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
    on behalf of Creditor Sankaty Special Situations I  L.P. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
    on behalf of Creditor Junta Administradora de Credican  C.A. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
    on behalf of Unknown Massachusetts Housing Finance Agency raulalcantar@gmail.com

Joseph Corrigan
    on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph Froehlich
    on behalf of Counter-Claimant Wells Fargo Bank  N.A., Trustee jfroehlich@lockelord.com

Joseph Graham
    on behalf of Unknown RSM Restructuring Advisory LLP joe-graham-0102@ecf.pacerpro.com

Joseph A. Roselius
    on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage joseph.roselius@dlapiper.com docketingchicago@dlapiper.com

Joseph B. Koczko
    on behalf of Unknown Ohio Housing Finance Agency joseph.koczko@thompsonhine.com

Joseph Cono Savino
    on behalf of Creditor Inverell Shire Council savino@larypc.com  fox@larypc.com;gardella@larypc.com

Joseph Daniel Filloy
    on behalf of Interested Party Blue Cross and Blue Shield of Michigan jfilloy@reedsmith.com

Joseph Francis Pacelli
    on behalf of Plaintiff Lehman Brothers Holdings Inc. jpacelli@wmd-law.com

Joseph G. Davis
    on behalf of Debtor Lehman Brothers Holdings Inc. jdavis@willkie.com  maodc1@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Core Opportunities Master Fund Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Sola Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Core Opportunities Master Fund Ltd maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Recovery Fund II Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Core Opportunities LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Unknown Solus Recovery Fund III Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Opportunities Fund 3 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor SOLA LTD maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
    on behalf of Creditor Solus Opportunities Fund 2 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Ultra Master Ltd maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery LH Fund LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund Offshore Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Opportunities Fund 1 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Ultra Master Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund III Master LP maosbny@willkie.com  jminias@willkie.com

Joseph M. Gitto

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Unknown Merrill Lynch Credit Products  LLC jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Creditor Intuition Publishing  Inc. jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Unknown MERRILL LYNCH CREDIT CORPORATION jgitto@nixonpeabody.com

Joseph M. Peltz

on behalf of Defendant Guaranty Bank jpeltz@bcblaw.net  pmitchell@bcblaw.net

Joseph Michael Carey

on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage joe.carey@dlapiper.com
docketingchicago@dlapiper.com

Joseph N. Cordaro

on behalf of Defendant United States Of America joseph.cordaro@usdoj.gov

Joseph N. Cordaro

on behalf of Unknown United States of America joseph.cordaro@usdoj.gov

Joseph Thomas Moldovan

on behalf of Other Prof. Morrison Cohen LLP bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Creditor Edward Park bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Creditor Charles C. Moore bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Creditor Carpenter Group  Inc. bankruptcy@morrisoncohen.com

Joseph W. Dunn

on behalf of Defendant HSBC Bank PLC jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant HSBC France jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant HSBC Bank USA  National Association jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited jdunn@bsfllp.com

Josephine Wang

on behalf of Interested Party Securities Investor Protection Corporation jwang@sipc.org

Josephine Wang

on behalf of Defendant Securities Investor Protection Corporation jwang@sipc.org

Josephine Wang

on behalf of Unknown Securities Investor Protection Corporation jwang@sipc.org

Joshua Dorchak

on behalf of Creditor State Street Custodial Services (Ireland) Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant The Bank of Fukuoka  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Asahi Mutual Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Mark Oland  Successor Trustee f/b/o The Peter M. Nicholas 1979 Irrevocable Family Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge Convertible Arbitrage Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Marsh & McLennan Master Retirement Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Massachusetts Mutual Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam International Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Metropolitan Capital Advisors International  Ltd joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Deutsche Bank Securities Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Crescent I  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Credit Hedge Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus Select Opportunities Master Fund  LTD. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Global Fixed Income Alpha Fund S1 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company  as Trustee of Ares XII CLO joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Modern Woodmen of America  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Puerto Rico Fixed Income Fund V  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Investments joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Mounte LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Global Advisors joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Capital Offshore Partners joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Debtor Lehman Brothers Holdings Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee CRS Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown C.M. Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT International Growth and Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Plaintiff Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Co.  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Harbinger Capital Partners Special Situations Fund L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Income Strategies Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge Asia Strategies Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Income Strategies Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Goldman Sachs Lending Partners  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT International Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Harbinger Capital Partners Master Fund I  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Continental Life Insurance Company of Brentwood Tennessee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor General American Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Investment Holdings  LLC - International Core Concentrated Equity - Institutional Incubated Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown MacKay Shields Credit Strategy Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam International Equity Fund  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus Select Oppurtunity Master Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Floating Rate Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Global Income Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Funds joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Perry Principals LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam High Yield Fixed Income Fund  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Europe Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown CRS Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Perry Principals  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee State Street Bank and Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Deutsche Bank AG  London joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 175 of 297
Total Noticed: 1386

on behalf of Defendant Marsh & McLennan Companies Inc. Stock Investment Plan joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio C joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Funds Trust - Putnam International Growth and Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee CRS Master Fund  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam International (Non U.S. Core) Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Metropolitan Capital Advisors  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Putnam Intermediate Domestic Investment Grade Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Counter-Claimant Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor New England Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Global Growth Equity Fund - Institutional Incubated Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Investment Holdings  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus Select Opportunity Master Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners as Investment Manager joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Reinsurance  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party UBS Securities LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown New York Life Insurance & Annuity Corporation joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Trinity Investments Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Elliott Management Corporation joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Sun Life Assurance Company of Canada  joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Perry Partners  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT High Yield Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Heartland  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor CRS Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor BDIF LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam High Yield Advantage Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam International Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - Commodities Portfolio
joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Attorney Bingham McCutchen LLP joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Standard General Master Fund  L.P. and Standard General Fund, L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown MacKay Shields Credit Strategy Partners joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Bernese Capital  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Perry Partners International  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS Securities LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Icahn Partners LP  Icahn Partners Master Fund, LP, Icahn Partners Master Fund II LP, Icahn Partners Master
Fund III LP, High River Limited Partnership and their affiliates joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Interested Party Putnam Investments  LLC and Affliates joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Interested Party UBS Financial Services Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio
joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS Financial Services Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown MassMutual Asia Limited joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Puerto Rico AAA Portfolio Target Maturity Fund  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Global Funds - Putnam Worldwide Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor In-FP2 LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio A joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Transferee Mount Kellett Master Fund II  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Putnam World Trust - Putnam Global High Yield Bond Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Perry Partners International  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Cyrus Select Opportunities Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Defendant Putnam Dynamic Asset Allocation Funds - Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Oriole Birch  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown CRS Master Fund L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Wells Fargo Bank Northwest  N.A., as Indenture Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Promerica Hedge  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown PIMCO Absolute Return Strategy II Master Fund LDC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Crescent 1  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners Master Fund I  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Percy Principals LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Phoenix Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Alphadyne International Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Jefferies LLC  f/k/a Jefferies & Company, Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Harbert Value Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Robert A. Meister joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Silver Rock financial LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown BROMINE MANAGEMENT  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam New Opportunities (U.S. Aggressive Growth Equity) Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam New Flag Euro High Yield Fund Plc joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam Investment Holdings  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Edge Common Trust Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown MacKay Shields Credit Strategy Partners LP and MacKay Shields Credit Strategy Fund Ltd.
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown New York Life Insurance & Annuity Corporate Private Placement Variable Universal Life Separate
Account 70 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank And Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Capital Qualified  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown The Putnam Advisory Company  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Prudential Hong Kong Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown CRS Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

Joshua Dorchak

on behalf of Unknown Deutsche Bank AG and Affiliates joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio B joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Absolute Return Fixed Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Crescent 1  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Europe Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Canadian Global Trust - Putnam Canadian Fixed Income Long Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Equity Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Balanced Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown MacKay Shields Credit Strategy Partners LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Investor's (U.S. Core Equity) Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor UBS AG  Stamford Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Babson Capital Management LLC  As Advisor to ESP Funding I, LTD
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Dolostone  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners Special Situations Fund  L.P., with Harbinger Capital Partners Special
Situations GP LLC as General Partner joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Cayman Trust Company Limited  as Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Select Opportunities Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor CRS Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Asset Allocation Funds - Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor The Financial Services Compensation Scheme Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam High Yield Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Mass Mutual Life Insurance Company Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Europe Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown SSgA Europe Index Plus Edge Common Trust Fund  by State Street Bank and Trust Company as Trustee
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Trust Company Canada  as Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Select Edge QP Common Trust Fund  by State Street Bank and Trust Company as Trustee

joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor MetLife Insurance Company of Connecticut joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge International LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio B joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor MassMutual Asia Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor DB Energy Trading LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Solus Recovery LH Fund LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Putnam Stable Value Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Attestor Value Master Fund LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Fifth Street Station LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Plaintiff BANK OF AMERICA  N.A. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company Ltd. - Pacific Libor Alpha Cayman Unit Trust
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Sound Point Beacon Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam PSVF Liability Funding Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Shinsei Securities Co.  Ltd joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Emerging Information Sciences Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Deutsche Bank AG Brussels Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Structured Opportunities Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Goldman Sachs Lending Partners LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Financial Services  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT International New Opportunities Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Metropolitan Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Total Return Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Opportunities Master Fund II  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

Joshua Dorchak

on behalf of Creditor Metropolitan Life Insurance Company joshua.dorchak@morganlewis.com

on behalf of Unknown Putnam Total Return Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant PHL Variable Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown ICM Business Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Total Return Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Select Edge QP Common Trust Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Crescent 1 L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Conservative Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio C joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio A joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Capital  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Capital Partners  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2 joshua.dorchak@morganlewis.com

Joshua Fritsch

on behalf of Interested Party Long Island International Limited s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Interested Party Barclays Bank PLC s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Intervenor-Defendant Long Island International Limited s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Interpleader-def. Barclays Bank PLC s&cmanagingclerk@sullcrom.com

Joshua Slocum

on behalf of Debtor Lehman Brothers Holdings Inc. jslocum@wmd-law.com

Joshua Slocum

on behalf of Plaintiff Lehman Brothers Holdings Inc. jslocum@wmd-law.com

Joshua A Rosenthal

on behalf of Defendant Vitek Real Estate Industries Group  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant American Pacific Mortgage Corporation  as successor by merger to All California Mortgage, Inc.
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Parkside Lending  LLC jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Comstock mortgage jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Cornerstone Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Sacramento 1st Mortgage  Inc. individually and as successor by merger to Comstock Mortgage
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Cornerstone Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Santa Cruz Home Finance  a division of American Pacific Mortgage Corporation
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown American Pacific Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Parkside Lending  LLC jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Sacramento 1st Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Kappel Mortgage Group Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Bay Equity  LLC jrosenthal@mhlawcorp.com

Joshua D. Cohn

on behalf of Interested Party The Securities Industry and Financial Markets Association
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Interested Party The International Swaps and Derivatives Association  Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Unknown International Swaps And Derivatives Association Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Interested Party International Swaps and Derivatives Association  Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Johnson

on behalf of Defendant Wellmont Health Systems  Inc. jjohnson@babc.com

Joshua D. Morse

on behalf of Unknown DCP Parties Joshua.morse@dlapiper.com  joshua-morse-0092@ecf.pacerpro.com

Joshua M Bennett

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates joshuabennett@paulhastings.com

Joshua M Bennett

on behalf of Plaintiff Lehman Brothers Holdings Inc. joshuabennett@paulhastings.com

Joshua M Bennett

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. joshuabennett@paulhastings.com

Joshua Matthew Wolf

on behalf of Creditor City Of New York jowolf@law.nyc.gov

Joshua Matthew Wolf

on behalf of Creditor The City of New York jowolf@law.nyc.gov

Joshua R. Blackman

on behalf of Creditor The Foundation of the Catholic Diocese of Columbus Ohio jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Unknown Oregon Laborer-Employers Pension Trust Fund jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Interested Party Pinnacle American Core Plus Bond Fund jBlackman@morganlewis.com

Joshua Samuel Shteierman

on behalf of Unknown Michael D. Kieran j.shteierman@devittspellmanlaw.com

Joshua W. Cohen

on behalf of Defendant RPM Mortgage  Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen

on behalf of Creditor Fidelity National Title Insurance Company jwcohen@daypitney.com  apetranek@daypitney.com

Joshua W. Cohen

on behalf of Defendant Lendus  LLC, as successor by merger to NL, Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Joyce Williams

on behalf of Defendant Cherry Creek Mortgage Co.  Inc. jcwilliams@michaelbest.com,
audra.albright@moyewhite.com;elisabeth.mason@moyewhite.com

Juandisha Harris

on behalf of Creditor State of Michigan  Department of Treasury harrisj12@michigan.gov

Judy G.Z. Liu
on behalf of Creditor The Bank of New York Mellon jliu@proskauer.com  mgiddens@proskauer.com;erodriguez@proskauer.com

Judy Hamilton Morse
on behalf of Creditor Oklahoma Municipal Power Authority judy.morse@crowedunlevy.com  ecf@crowedunlevy.com

Julia S. Kreher
on behalf of Attorney Hodgson Russ LLP rleek@hodgsonruss.com

Julie A. Manning
on behalf of Creditor Tangoe  Inc. bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning
on behalf of Creditor Open Solutions Inc.
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning
on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning
on behalf of Creditor Gartner  Inc., Gartner UK Limited, and Computer Financial Consultants, Inc.
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie Adams Jacobs
on behalf of Creditor Georgia Department Of Revenue jjacobs@law.ga.gov

Justin Aaron Kuehn
on behalf of Unknown Mark Mazzatta jkuehn@moorekuehn.com

Justin M. Sher
on behalf of Creditor Carlos Gorleri jsher@shertremonte.com  mcuccaro@shertremonte.com

Justin M. Sher
on behalf of Creditor Credencial SA jsher@shertremonte.com  mcuccaro@shertremonte.com

Justin M. Sher
on behalf of Creditor Minicreditos SA jsher@shertremonte.com  mcuccaro@shertremonte.com

Kalman Ochs
on behalf of Unknown HWA 555 Owners  LLC ochska@ffhsj.com

Karen Andrea Sebaski
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust ksebaski@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Karen Andrea Sebaski
on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts ksebaski@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Karl Geercken
on behalf of Creditor Aozora Bank  Ltd. kgeercken@alston.com, kgeercken@alston.com

Karl Geercken
on behalf of Unknown Round Table Global Multi-Strategy Fund  LTD kgeercken@alston.com, kgeercken@alston.com

Karon Y. Wright
on behalf of Creditor c/o Karon Y. Wright Travis County karon.wright@co.travis.tx.us  bkecf@co.travis.tx.us

Kate Elizabeth Ohlson
on behalf of Unknown North Atlantic Mortgage Corporation kmanka@johnstonthomas.com

Katherine Geraci
on behalf of Creditor The August '86 Trust geraci@thalergertler.com

Katherine Stadler
on behalf of Interested Party Fee Committee kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
on behalf of Attorney Godfrey & Kahn  S.C. kstadler@gklaw.com, kboucher@gklaw.com

Katherine R. Catanese
on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company kcatanese@foley.com
katie-catanese-8978@ecf.pacerpro.com

Kathleen M. Aiello
on behalf of Attorney Fox Rothschild LLP KAiello@Klestadt.com

Kathleen M. Aiello
on behalf of Defendant Federal Home Loan Bank of New York KAiello@Klestadt.com

Kathleen M. Aiello

District/off: 0208-1                                   User: admin                                       Page 183 of 297
Date Rcvd: Sep 30, 2022                          Form ID: 144                                      Total Noticed: 1386

|  |  |
|---|---|
|  | on behalf of Counter-Claimant Federal Home Loan Bank of New York KAiello@Klestadt.com |
| Kathleen M. Aiello | |
|  | on behalf of Creditor Right Management  Inc. KAiello@Klestadt.com |
| Kathleen M. Aiello | |
|  | on behalf of Defendant Right Management Consultants  Inc. KAiello@Klestadt.com |
| Kathleen S McArthur | |
|  | on behalf of Interested Party Barclays Capital  Inc. MCARTHURK@sullcrom.com, s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com |
| Kathleen S McArthur | |
|  | on behalf of Interested Party Long Island International Limited MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com |
| Kathleen S McArthur | |
|  | on behalf of Interested Party Barclays Bank PLC MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com |
| Kathleen S McArthur | |
|  | on behalf of Interested Party Barclays Capital Inc. MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com |
| Kathleen S McArthur | |
|  | on behalf of Unknown Barclays Bank  PLC MCARTHURK@sullcrom.com, s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com |
| Katrina Lynne Baker | |
|  | on behalf of Defendant Lehman Brothers Holdings Inc. docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Keith A. Simon | |
|  | on behalf of Unknown Fannie Mae keith.simon@lw.com chefiling@lw.com,beth.arnold@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,keith-simon-9700@ecf.pacerpro.com |
| Keith N. Sambur | |
|  | on behalf of Creditor Morgan Stanley Bank International Limited keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Creditor Rapax OC Master Fund  Ltd. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown HCN LP keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Varde Investment Partners  L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Fifth Street Station LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Fifth Street Station LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Apollo Credit Funding I Ltd. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Blue Mountain Credit Alternatives Master Fund L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown BlueMountain Long/Short Credit Master Fund L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown ANS U.S. Holdings Ltd. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Goldman Sachs Lending Partners LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Morgan Stanely Credit Products Japan Co.  Ltd. keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Creditor Aleiter Holdings LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown BlueMountain Long/Short Credit and Distressed Reflection Fund  a sub-fund of AAI BlueMountain Fund PLC keith.sambur@haynesboone.com |
| Keith N. Sambur | |
|  | on behalf of Unknown Serengeti Opportunities MM L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | |

|  |  |
|---|---|
|  | on behalf of Transferee Serengeti Multi-Series Master  LLC Series E keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown The Royal Bank of Scotland plc keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Wilmot Yards  L.L.C. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Morgan Stanley & Co. International plc keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Apollo Credit Strategies Master Fund Ltd. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Creditor Richards Kibbe & Orbe LLP keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Panning Master Fund  LP keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Apollo Franklin Partnership  L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Transferee Serengeti Lycaon MM L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Other Prof. Richards Kibbe & Orbe LLP keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Apollo Value Investment Master Fund  L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown BlueMountain Guadalupe Peak Fund L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Halcyon Loan Trading Fund LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown BlueMountain Montenvers Master Fund SCA SICSV-SIF keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Creditor Serengeti Opportunities MM L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Goldman  Sachs & Co. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown SVP Acquisitions  LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Jefferies International Limited keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Morgan Stanley Senior Funding  Inc. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Delrang Holdings LLC keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown BlueMountain Distressed Master Fund L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Creditor Serengeti Multi-Series Master  LLC- Series E11 keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Royal Bank of Scotland plc keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown Apollo Centre Street Partnership  L.P. keith.sambur@haynesboone.com |
| Keith N. Sambur | on behalf of Unknown BKM Holdings (Cayman) Ltd. keith.sambur@haynesboone.com |
| Kelly A Carrero | on behalf of Plaintiff Lehman Brothers Holdings Inc. kacarrero@jonesday.com |
| Kelly A Carrero | on behalf of Plaintiff Woodlands Commercial Corporation f/k/a Woodlands Commerical Bank f/k/a Lehman Brothers Commerical Bank kacarrero@jonesday.com |

District/off: 0208-1                          User: admin                          Page 185 of 297
Date Rcvd: Sep 30, 2022                       Form ID: 144                          Total Noticed: 1386

Kelly D. Curtin
on behalf of Creditor Samuel E. Belk  IV kdcurtin@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kenneth Caputo
on behalf of Interested Party Securities Investor Protection Corporation kcaputo@sipc.org

Kenneth Caputo
on behalf of Unknown Securities Investor Protection Corporation kcaputo@sipc.org

Kenneth Corey-Edstrom
on behalf of Creditor Heritage Christian Academy kcoreyedstrom@larkinhoffman.com

Kenneth Friedman
on behalf of Unknown Informatica Corporation kfriedman@manatt.com  astaltari@manatt.com

Kenneth A. Reynolds
on behalf of Interested Party Executive Fliteways  Inc. kreynolds@mklawnyc.com, jdelacruz@kareynoldslaw.com

Kenneth E. Chase
on behalf of Creditor Brett Ersoff kchase@shb.com

Kenneth J. Kelly
on behalf of Creditor Intersil Investment Company kkelly@ebglaw.com  nyma@ebglaw.com

Kenneth J. Kelly
on behalf of Creditor Intersil Holding GmbH kkelly@ebglaw.com  nyma@ebglaw.com

Kenneth J. Kelly
on behalf of Creditor Xicor  LLC kkelly@ebglaw.com, nyma@ebglaw.com

Kenneth J. Kelly
on behalf of Creditor Intersil Europe SaRL  Inc. kkelly@ebglaw.com, nyma@ebglaw.com

Kenneth L. Baum
on behalf of Attorney Kenneth Baum kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Highland Credit Strategies Master Fund  L.P., kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Kenneth M Raisler
on behalf of Unknown LCH.Clearnet LLC raislerk@sullcrom.com  kenneth-raisler-4950@ecf.pacerpro.com

Kenneth P. Coleman
on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Interested Party Public Bank Berhad
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Transferee HSBC Trinkaus & Burkhardt (International) S.A.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Defendant HSBC Bank PLC
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Creditor HSBC Bank USA  National Association
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Creditor Bank of Taiwan
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Defendant HSBC France
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Transferee Fortis Bank Hong Kong Branch
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Creditor First Commercial Bank Co.  Ltd. New York Agency
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
on behalf of Unknown Strategic Value Master Fund  Ltd.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Witness ABN AMRO Inc.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor HSBC Bank PLC
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor Bank of China  New York Branch
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Transferee Swiss Re Financial Products Corporation
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant HSBC Securities (USA) Inc.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor Swiss Re Financial Products Corporation
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant HSBC Bank USA  National Association
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth S. Yudell

on behalf of Defendant Monarch Funding Corp. kyudell@aryllp.com

Kent C. Kolbig

on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss kkolbig@mosessinger.com

Kermit A. Rosenberg,

on behalf of Interested Party Satyam Computer Services  Ltd. krosenberg@washglobal-law.com

Kerri A Lyman

on behalf of Attorney Irell & Manella LLP klyman@steptoe.com  #-FirmPSDocketing@Steptoe.com

Kerry Moynihan

on behalf of Creditor Millennium Marketing & Management Pty  Ltd. kerry.moynihan@bryancave.com,
raul.morales@bryancave.com

Kevin Fritz

on behalf of Unknown Rosslyn Investors I  LLC kaf@msf-law.com

Kevin Toole

on behalf of Creditor U.S. Bank National Association as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset
Backed Funding Corporation Asset Backed Certificates  Series 2007-WMC1 ktoole@raslg.com, ktoole@rasboriskin.com

Kevin Toole

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ktoole@raslg.com
ktoole@rasboriskin.com

Kevin J. Biron

on behalf of Unknown Metropolitan Life Insurance Company kevin.biron@morganlewis.com  bryan.goff@morganlewis.com

Kevin J. Biron

on behalf of Defendant MBIA  Inc. kevin.biron@morganlewis.com, bryan.goff@morganlewis.com

Kevin J. Coco

on behalf of Transferee JPMORGAN CHASE BANK  N.A. kevin.coco@jpmorgan.com

Kevin J. Coco

on behalf of Creditor J.P. Morgan Securities plc kevin.coco@jpmorgan.com

Kevin J. Coco

on behalf of Unknown J.P. Morgan Securities LLC kevin.coco@jpmorgan.com

Kevin J. Coco

on behalf of Unknown Chase Lincoln First Commercial Corporation kevin.coco@jpmorgan.com

Kevin J. Larner

on behalf of Creditor The Kroger Co. kevin.larner@aig.com

Kevin J. Nash

on behalf of Creditor Rocco F. Andriola kjnash@gwfglaw.com  kjnash@gwfglaw.com

Kevin K. Tung
on behalf of Unknown Family Mortgage  Inc. ktung@kktlawfirm.com

Kevin L. Keeler
on behalf of Defendant Guaranty Bank kkeeler@bcblaw.net  pmitchell@bcblaw.net

Kevin L. MacMillan
on behalf of Creditor Syncora Guarantee  Inc. kmacmillan@abv.com

Kevin M. Baum
on behalf of Unknown Illiquidx LLP kevin.baum@kattenlaw.com

Kevin M. Baum
on behalf of Unknown York Global Finance BDH  LLC kevin.baum@kattenlaw.com

Kevin M. Baum
on behalf of Creditor Banc of America Credit Products  Inc. kevin.baum@kattenlaw.com

Kevin M. Eckhardt
on behalf of Unknown Knighthead Master Fund  L.P. kevin.eckhardt@gmail.com, keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown BSOF Master Fund L.P. kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Creditor Managed Account Master Fund Services - MAP 15 kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Amundi Alternatives Paulson Enhanced Master Fund kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Partners Enhanced LP kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Partners LP kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Enhanced LTD kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson International LTD kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown LMA SPC for and on behalf of the MAP 84 Segregated Portfolio kevin.eckhardt@gmail.com keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown LMA SPC for and on behalf of Map 84 Segregated Portfolio kevin.eckhardt@gmail.com keckhardt@hunton.com

Kim R. Lynch
on behalf of Unknown John Mahonchak klynch@formanlaw.com  kanema@formanlaw.com

Kimberly Joan Robinson
on behalf of Creditor Piguet Galland & Cie  S.A kim.robinson@bfkn.com

Kiyam Jamal Poulson
on behalf of Creditor US Bank National Association as Trustee for the Structured Asset Securities Corporation  Series 2005-GEL2 kpoulson@poulsonlawpllc.com, kpoulson@pincuslaw.com

Kiyam Jamal Poulson
on behalf of Creditor US Bank National Association  as Trustee for the Structured Asset Investment Loan Trust, 2005-HE3 kpoulson@poulsonlawpllc.com, kpoulson@pincuslaw.com

Kristin Elliott
on behalf of Creditor Washington State Tabacco Settlement Authority kelliott@kelleydrye.com KDWBankruptcyDepartment@Kelleydrye.com

Kristin K. Going
on behalf of Interested Party Richard Hayne kgoing@mwe.com  DNorthrop@mwe.com

Kurt A. Mayr
on behalf of Creditor Banque Lehman Brothers S.A. kurt.mayr@morganlewis.com

Kurt A. Mayr
on behalf of Creditor Lehman Brothers Conseil S.A. kurt.mayr@morganlewis.com

Kurt A. Mayr
on behalf of Creditor Lehman Brothers Services S.N.C. kurt.mayr@morganlewis.com

Kyle T. Unser
on behalf of Defendant United Bank kyle.unser@kutakrock.com  ivy.newton@kutakrock.com

District/off: 0208-1                       User: admin                              Page 188 of 297
Date Rcvd: Sep 30, 2022                    Form ID: 144                             Total Noticed: 1386

L. Matt Wilson
                 on behalf of Stockholder Greg Georgas  et al efile@willaw.com

Lance Mulhern
                 on behalf of Unknown Lisa Marcus lmulhern@velaw.com

Lance Mulhern
                 on behalf of Creditor Shinsei Bank  Limited lmulhern@velaw.com

Lani Aloha Adler
                 on behalf of Defendant iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) ladler@laniadlerpartners.com

Lani Aloha Adler
                 on behalf of Interested Party Suburban Mortgage  Inc. ladler@laniadlerpartners.com

Lani Aloha Adler
                 on behalf of Interested Party IFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)
                 ladler@laniadlerpartners.com

Lani Aloha Adler
                 on behalf of Defendant SUBURBAN MORTGAGE  INC. ladler@laniadlerpartners.com

Lani Aloha Adler
                 on behalf of Interested Party Hometrust Mortgage Company ladler@laniadlerpartners.com

Lani Aloha Adler
                 on behalf of Defendant Suburban Mortgage  Inc. ladler@laniadlerpartners.com

Lani Amster Perlman
                 on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
                 Mortgage-Backed Securities Trusts lperlman@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Lani Amster Perlman
                 on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
                 as Trustees for Certain Mortgage-Backed Securities Trust lperlman@hsgllp.com,
                 managingclerk@hsgllp.com;crodriguez@hsgllp.com

Lara J Fogel
                 on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. lfogel1@levinelee.com

Lara O. Glaesman
                 on behalf of Unknown Pines Edge Value Investors Ltd. lara.glaesman@leonard.com

Larry D. Henin
                 on behalf of Creditor Edward J Lill lhenin@eapdlaw.com

Larry Ivan Glick
                 on behalf of Creditor Banco Sabadell Miami lglick@shutts.com

Laura E. Appleby
                 on behalf of Unknown U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby
                 on behalf of Creditor US Bank  National Association, as Trustee appleby@chapman.com

Laura E. Appleby
                 on behalf of Defendant U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby
                 on behalf of Creditor U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby
                 on behalf of Unknown First Trust Strategic High Income Fund II appleby@chapman.com

Laura E. Neish
                 on behalf of Creditor The State of New Jersey  Department of Treasury, Division of Investment, by Director of the Division of
                 Investment William G. Clark lneish@zuckerman.com

Laura R Hall
                 on behalf of Defendant HSBC Trustee (C.I.) Limited laura.hall@allenovery.com
                 kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
                 on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited laura.hall@allenovery.com
                 kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
                 on behalf of Defendant HSBC Bank USA  National Association laura.hall@allenovery.com,
                 kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
                 on behalf of Defendant HSBC France laura.hall@allenovery.com  kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
on behalf of Defendant HSBC Bank PLC laura.hall@allenovery.com  kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura Washington Sawyer
on behalf of Debtor Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Plaintiff Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Plaintiff Lehman Brothers Special Financing Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. lwsawyer@jonesday.com

Lauren Dorsett
on behalf of Defendant Cobalt Mortgage  Inc. laurendorsett@dwt.com, anitamiller@dwt.com;seadocket@dwt.com

Lauren Catherine Kiss
on behalf of Creditor Retirement Housing Foundation lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridge Mountain Cottages  LLC lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridge Homes  LLC lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridgte Aspen Collection  LLC lkiss@klestadt.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-1 PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail-UK 2007-2NP PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Consumer Unsecured Reperforming Loans (CURL) lauren.macksoud@dentons.com
docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-2BL PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-3NC PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Laurence May
on behalf of Creditor Federal Home Loan Bank of Pittsburgh lmay@eisemanlevine.com

Laurence May
on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh lmay@eisemanlevine.com

Laurie Binder
on behalf of Trustee/Not Bankrupt Deutsche Bank Trust Company Americas  as Indenture Trustee binder@sewkis.com

Laurie Binder
on behalf of Creditor Global Thematic Opportunities Fund LP binder@sewkis.com

Laurie Selber Silverstein
on behalf of Interested Party Genesys Conferencing Europe SAS  Genesys Conferencing Limited, InterCall, Inc., West
Receivables Holdings LLC, and West Receivables LLC bankruptcy@potteranderson.com

Lawrence Bass
on behalf of Unknown National CineMedia lawrence.bass@hro.com

Lawrence Bass
on behalf of Creditor National CineMedia lawrence.bass@hro.com

Lawrence Bass
on behalf of Interested Party National CineMedia  Inc. lawrence.bass@hro.com

Lawrence A. Katz
on behalf of Creditor The United Company lkatz@hirschlerlaw.com  llewis@hirschlerlaw.com

Lawrence E. Tofel
on behalf of Unknown Charles Diccianni letofel@tofellaw.com  mallison@tofellaw.com;jworden@tofellaw.com

Lawrence Evan Jacobs
on behalf of Attorney Davis Polk & Wardwell LLP lawrence.jacobs@davispolk.com

Lawrence F. Carnevale
    on behalf of Plaintiff Declan Kelly bankruptcy@clm.com

Lawrence J. Kotler
    on behalf of Creditor National Agricultural Cooperative Federation ljkotler@duanemorris.com

Lawrence J. Kotler
    on behalf of Creditor FPB International Bank  Inc. ljkotler@duanemorris.com

Lawrence M. Gottlieb
    on behalf of Plaintiff The Brooklyn Hospital Center lgesquire@lmgottlieb.com

Lee Harrington
    on behalf of Interested Party BANK OF AMERICA  N.A. lharrington@nixonpeabody.com

Lee Harrington
    on behalf of Unknown JPMORGAN CHASE BANK  N.A. lharrington@nixonpeabody.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic European Long Short C SP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Partners  LLC on behalf of the Anasazi Systematic Long Short LP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic European Long Short E SP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Partners  LLC on behalf of the Anasazi Market Neutral LP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Market Neutral 2X SP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic Japanese Long Short F SP lsimonson@faegre.com

Leif T. Simonson
    on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Market Neutral 3X SP lsimonson@faegre.com

Leo Muchnik
    on behalf of Unknown Nomura Corporate Research and Asset Management Inc. muchnikl@gtlaw.com

Leo T. Crowley
    on behalf of Unknown Misys IQ LLC leo.crowley@pillsburylaw.com  nydocket@pillsburylaw.com

Leo T. Crowley
    on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP leo.crowley@pillsburylaw.com  nydocket@pillsburylaw.com

Leo T. Crowley
    on behalf of Unknown SUMMIT SYSTEMS  INC. leo.crowley@pillsburylaw.com, nydocket@pillsburylaw.com

Leo T. Crowley
    on behalf of Unknown Keane  Inc. leo.crowley@pillsburylaw.com, nydocket@pillsburylaw.com

Leo V. Leyva
    on behalf of Interested Party 125North10  LLC lleyva@coleschotz.com

Leslie A. Plaskon
    on behalf of Unknown 605 Third Avenue Fee LLC leslieplaskon@paulhastings.com

Leslie Ann Berkoff
    on behalf of Creditor The Hotchkiss School lberkoff@moritthock.com

Lewis J. Liman
    on behalf of Defendant Morgans Financial Limited maofiling@cgsh.com

Lewis J. Liman
    on behalf of Defendant ANZ Nominees Limited maofiling@cgsh.com

Lilit Asadourian
    on behalf of Defendant Branch Banking and Trust Company  as successor by merger to National Penn Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 191 of 297 |
| Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386 |

on behalf of Defendant American Home Bank N.A., a Division of Graystone Tower Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

on behalf of Defendant WINTRUST MORTGAGE CORPORATION as successor by merger to SGB CORPORATION lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

on behalf of Defendant GUARANTEED RATE INC. d/b/a GUARANTEED RATE.COM lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

on behalf of Interested Party Branch Banking and Trust Company as successor by merger to National Penn Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

on behalf of Interested Party American Home Bank N.A., a Division of Graystone Tower Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian

on behalf of Defendant Guaranteed Rate Inc. lasadourian@btlaw.com, salcala@reedsmith.com

Lindsay Unruh

on behalf of Plaintiff Lehman Brothers Holding Inc. lunruh@rbf.law

Lindsay Unruh

on behalf of Plaintiff Lehman Brothers Holdings Inc. lunruh@rbf.law

Lindsee Paige Granfield

on behalf of Defendant Barclays Capital Inc. lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield

on behalf of Interested Party Barclays Bank PLC lgranfield@cgsh.com maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield

on behalf of Interested Party Absa Bank Limited lgranfield@cgsh.com maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield

on behalf of Unknown Barclays Bank PLC lgranfield@cgsh.com maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield

on behalf of Interested Party Barclays Capital Inc. lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lisa Laukitis

on behalf of Plaintiff Lehman Brothers Special Financing Inc. llaukitis@jonesday.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,

on behalf of Unknown George Barclay Perry lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,

on behalf of Unknown Joseph Arena lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,

on behalf of Unknown Roland Hansalik lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Milas

on behalf of Creditor U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1 2005 Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Managment Inc. lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Washington Mutual Bank f/k/a Washington Mutual Bank FA lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Attorneys for Property Asset Mangement Inc. and U.S. Bank National Association as Trustee lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1  2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Managment  Inc. lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee lgadomski@schillerknapp.com  lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Structured Asset Investment Loan Trust SAIL 2005-7 lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor US Bank National Association  Trustee Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Management Inc. lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank  N.A., Trustee for BNC Mortgage Loan Trust 2007-1 lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank  National Association, Trustee for Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa J.P. Kraidin

on behalf of Creditor RBC Dexia Investor Services Bank France SA lisa.kraidin@allenovery.com  kurt.vellek@allenovery.com

Lisa L. Wallace

on behalf of Creditor BAC Home Loans Servicing  LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc. lwallace@mwc-law.com, jonathan@wrplawgroup.com

Lisa M. Schweitzer

on behalf of Interested Party Barclays Capital  Inc. lschweitzer@cgsh.com, maofiling@cgsh.com

Lisa M. Solomon

on behalf of Unknown Andrea T. JAO lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Madelyn Antoncic lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Timothy A. Burke lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Riccardo Banchetti lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Nachiketa Das lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Richard Grant Noble lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Gordon Sweely lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Charles Spero lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Peter Hornick lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Harsh Shah lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Vincent Primiano lisa.solomon@att.net

Lisa M. Solomon
on behalf of Unknown Brian M. Gross lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Philippe Dufournier lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Giancarlo Saronne lisa.solomon@att.net

Lisa M. Solomon
on behalf of Unknown Alexandre Catalao Maia lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Michele Bareggi lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Anke Parr lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Madelyn Antoncic lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Jonathan Sebiri lisa.solomon@att.net

Lisa M. Solomon
on behalf of Unknown Nachiketa Das lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Michael Lawsky lisa.solomon@att.net

Lisa M. Solomon
on behalf of Creditor Nikki A. Marshall lisa.solomon@att.net

Lloyd S. Clareman
on behalf of Defendant Ralph Harary lloyd.clareman@clareman.com

Lloyd S. Clareman
on behalf of Defendant Jacques Moret  Inc. lloyd.clareman@clareman.com

Lloyd S. Clareman
on behalf of Unknown Ralph Harary lloyd.clareman@clareman.com

Locke Randall McMurray
on behalf of Defendant Lehman Brothers Holdings Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Counter-Claimant Lehman Brothers Holdings Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Plaintiff Lehman Brothers Holdings Inc.  and Lehman Brothers Special Financing, Inc. lmcmurray@jonesday.com, ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Counter-Claimant Lehman Brothers Commercial Corporation lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Defendant Lehman Brothers Special Financing Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray
on behalf of Defendant Lehman Brothers Commercial Corporation lmcmurray@jonesday.com  ihhsu@jonesday.com

Lorenzo Marinuzzi
on behalf of Creditor Centerbridge Credit Partners Master LP lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Unknown Royal Bank of Scotland plc lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor GMAC Mortgage  LLC lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Interested Party Merrill Lynch Japan Finance Co.  Ltd. lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Defendant GMAC Mortgage Corporation lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor Centerbridge Credit Partners LP lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Interested Party ING Real Estate Finance (USA) LLC lmarinuzzi@mofo.com
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor The Royal Bank of Scotland plc lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Interested Party BRM Group  Ltd. lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Unknown GMAC Mortgage  LLC lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor Lehman Brothers Japan Inc. lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Unknown RBS Securities Inc. lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Interested Party Brookfield Properties One WFC Co. LLC lmarinuzzi@mofo.com
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor Centerbridge Special Credit Partners  L.P. lmarinuzzi@mofo.com,
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi
on behalf of Creditor Chinatrust Commercial Bank lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lori K. Sapir
on behalf of Creditor Niscayah  Inc. lsapir@sillscummis.com

Lori Noelle Shaw
on behalf of Defendant MEGASTAR FINANCIAL CORP. lshaw@megastarholdings.com

Lori Noelle Shaw
on behalf of Defendant MegaStar Financial Corp. lshaw@megastarholdings.com

Lori Noelle Shaw
on behalf of Unknown MegaStar Financial Corp. lshaw@megastarholdings.com

Lorraine S. McGowen
on behalf of Creditor ICCREA Banca  as Agent lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen
on behalf of Creditor ICCREA Banca SPA lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Unknown New York City Municipal Water Authority lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Unknown ICCREA Banca S.p.A. lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Unknown Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Creditor Golden State Tobacco Securitization Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Attorney Orrick  Herrington & Sutcliffe LLP lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen
on behalf of Defendant Jacques Moret  Inc. and Ralph Harary lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen
on behalf of Creditor ICCREA Banca S.p.A. lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Interested Party Tobacco Settlement Financing Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Creditor Rizal Commercial Banking Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Creditor Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen
on behalf of Unknown Credito Emiliano SPA lmcgowen@orrick.com  dfelder@orrick.com

Louis A. Curcio
on behalf of Creditor Hudson City Savings Bank lcurcio@reedsmith.com

District/off: 0208-1                            User: admin                                    Page 195 of 297
Date Rcvd: Sep 30, 2022                        Form ID: 144                                     Total Noticed: 1386

Alissa.piccione@troutman.com;Andrew.buck@troutman.com

Louis A. Scarcella

on behalf of Unknown Hegemon Fund I LLC lscarcella@farrellfritz.com

Louis A. Scarcella

on behalf of Creditor Capital One N.A. lscarcella@farrellfritz.com

Louis Thomas DeLucia

on behalf of Unknown Lieber Robert C. 2003 Life Insurance Trust U/A/D 4/24/2003 louis.delucia@icemiller.com, john.acquaviva@icemiller.com

Louis Thomas DeLucia

on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003 louis.delucia@icemiller.com john.acquaviva@icemiller.com

Louis Thomas DeLucia

on behalf of Defendant Georgeson Inc. ldelucia@schiffhardin.com  john.acquaviva@icemiller.com

Luc A. Despins

on behalf of Creditor CarVal Investors UK Limited lucdespins@paulhastings.com  fairpoint@bmcgroup.com

Lucian Murley

on behalf of Defendant PHH Home Loans LLC, as successor by merger to Sunbelt Lending Services, Inc., f/k/a Arvida Mortgage Services, Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor BGC Brokers LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor Fitzgerald (Hong Kong) Capital Markets Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Defendant RMR Financial LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Defendant RMR Financial LLC, individually and as successor by merger to Axiom Financial, LLC, f/k/a Axiom Financial, Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor BGC Partners (Australia) PTY Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Interested Party PHH Home Loans LLC d/b/a Sunbelt Lending Services, Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Interested Party PHH Home Loans LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor/BGC Parties luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor Fitzgerald Europe luke.murley@saul.com  robyn.warren@saul.com

Luke A Barefoot

on behalf of Intervenor Oak Hill Strategic Partners L.P. lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot

on behalf of Intervenor Cardinal Investment Sub I L.P. lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Barclays Bank PLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Farallon Capital Management L.L.C. lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Junior Underwriters lbarefoot@cgsh.com  maofiling@cgsh.com

Luke O. Brooks

on behalf of Plaintiff Ka Kin Wong  Siu Lui Ching lukeb@rgrdlaw.com

Ly S Chhay

on behalf of Unknown ACTIV Financial Systems Inc. ly.chhay@activfinancial.com

Lynn P. Harrison, III

on behalf of Plaintiff Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com, BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III

on behalf of Plaintiff Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Debtor Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Unknown Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
    lynn.harrisoniii@dentons.com, BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Plaintiff Lehman Brothers Holding Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Plaintiff Lehman Commercial Paper Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Unknown Lehman Commercial Paper Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Plaintiff Lehman Commerical Paper Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
    on behalf of Plaintiff Lehman Brothers Special Financing Inc. lynn.harrisoniii@dentons.com
    BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

M. William Munno
    on behalf of Unknown TMI Trust Company munno@sewkis.com

M. William Munno
    on behalf of Trustee/Not Bankrupt Law Debenture Trust Company of New York  solely in its capacity as Separate Trustee for
    Certain Mortgage-Backed Securities Trusts munno@sewkis.com

MICHAEL A METCALFE
    on behalf of Defendant Longwood at Oakmont  Inc. adabaldo@leechtishman.com

MICHAEL A METCALFE
    on behalf of Defendant Presbyterian SeniorCare adabaldo@leechtishman.com

Madlyn Gleich Primoff
    on behalf of Unknown Spanish Broadcasting System  Inc. madlyn.primoff@freshfields.com,
    suzanne.alenick@freshfields.com;6188914420@filings.docketbird.com

Madlyn Gleich Primoff
    on behalf of Unknown Galliard Capital Management  Inc., acting as agent for various funds madlyn.primoff@freshfields.com,
    suzanne.alenick@freshfields.com;6188914420@filings.docketbird.com

Madlyn Gleich Primoff
    on behalf of Unknown Caisse De Depot Et Placement Du Quebec madlyn.primoff@freshfields.com
    suzanne.alenick@freshfields.com;6188914420@filings.docketbird.com

Madlyn Gleich Primoff
    on behalf of Unknown WELLS FARGO BANK  N.A. madlyn.primoff@freshfields.com,
    suzanne.alenick@freshfields.com;6188914420@filings.docketbird.com

Maeghan J. McLoughlin
    on behalf of Creditor Atif Khan mmcloughlin@klestadt.com

Maeghan J. McLoughlin
    on behalf of Unknown Andrea Tolchinsky mmcloughlin@klestadt.com

Magdeline D. Coleman
    on behalf of Defendant PNC Bank  National Association donna.curcio@bipc.com

Malani Cademartori
    on behalf of Unknown Norton Gold Fields Limited ny-docketing@sheppardmullin.com

Malani Cademartori
    on behalf of Unknown Bank of New York Mellon ny-docketing@sheppardmullin.com

Malani Cademartori
    on behalf of Creditor Agricultural Bank of Taiwan ny-docketing@sheppardmullin.com

Mara R Lieber
    on behalf of Plaintiff Lehman Brothers Special Financing Inc. mlieber@wmd-law.com
    LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber
on behalf of Plaintiff Lehman Brothers Holdings Inc. mlieber@wmd-law.com
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber
on behalf of Plaintiff Lehman Brothers Holdings  Inc. mlieber@wmd-law.com,
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber
on behalf of Plaintiff Lehman Brothers Holding Inc. mlieber@wmd-law.com
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Marc Abrams
on behalf of Creditor Scout Real Estate Capital LLC and its Affiliates mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Jarden Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor AIG Global Investment Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Bloomberg L.P. mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor QPTF LLC mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor AIG Financial Products Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Bloomberg Finance L.P. mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Green Tree Servicing LLC mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor IntraLinks  Inc. mabrams@wtplaw.com, marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor SEAT Pagine Gialle S.p.A mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Marshall Wace LLP mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Quantum Partners LP mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor Arc Fund Management Ltd mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Unknown SunAmerica Life Insurance Company mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams
on behalf of Creditor ADI Alternative Investments mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Roitman
on behalf of Transferee Baupost Group Securities  L.L.C. marc.roitman@ropesgray.com

Marc E Kasowitz
on behalf of Interested Party Bay Harbour Management LC MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Marc E Kasowitz
on behalf of Plaintiff Jeffrey Soffer MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Marc E Kasowitz
on behalf of Plaintiff Turnberry/Centra Sub  LLC MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

Marc E Kasowitz
on behalf of Plaintiff Turnberry Retail Holding  L.P. MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

Marc E Kasowitz
on behalf of Plaintiff Jacquelyn Soffer MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Marc E Kasowitz
on behalf of Plaintiff Turnberry/Centra Office Sub  LLC MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

Margarita Y. Ginzburg
on behalf of Creditor Fabio Liotti ginzburg.myg@gmail.com

Maria A. Bove
on behalf of Unknown Pachulski Stang Ziehl & Jones LLP mbove@pszjlaw.com  dharris@pszjlaw.com;mbove@pszjlaw.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 198 of 297
Total Noticed: 1386

Maria A. Bove
on behalf of Attorney Special Counsel to the Debtors mbove@pszjlaw.com  dharris@pszjlaw.com;mbove@pszjlaw.com

Maria J. DiConza
on behalf of Unknown Optique Pty Ltd ATF Optique Super Pension Fund mdiconza@omm.com
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Unknown Bridgewater Associates  LP mdiconza@omm.com, maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Unknown Greenberg Traurig LLP mdiconza@omm.com  maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Unknown Franklin W. Olin College of Engineering  Inc. mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Plaintiff Tempe Life Care Village  Inc., d/b/a, Friendship Village of Tempe mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Unknown Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC mdiconza@omm.com
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Interested Party FPL Energy Power Marketing  Inc. and Florida Power & Light Company mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza
on behalf of Unknown Tempe Life Care Village  Inc., d/b/a, Friendship Village of Tempe mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Marian S. Henry
on behalf of Unknown Grace Farrelly mshenry@lshv.org

Marilee P. Dahlman
on behalf of Unknown GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd.
lschwall@kayescholer.com

Marilee P. Dahlman
on behalf of Unknown Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd lschwall@kayescholer.com

Marina I. Zelinsky
on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Goldman Sachs Lending Partners LLC mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown WILMOT YARDS  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Astatine III  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown BKM Holdings (Cayman) Ltd. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Canyon Distressed Opportunity Investing Fund II  L.P. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Wilmot Yards  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Goldman  Sachs & Co. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Morgan Stanley & Co. International plc mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Halcyon Loan Trading Fund LLC mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Morgan Stanley Senior Funding  Inc. mschneider@rkollp.com

Marion H. Little, Jr.

Marion H. Little, Jr.

on behalf of Unknown American Signature  Inc. little@litohio.com

on behalf of Unknown SEI  Inc. little@litohio.com

Maritza Dominguez Braswell

on behalf of Plaintiff Lehman Brothers Holding Inc. mbraswell@foxrothschild.com

Maritza Dominguez Braswell

on behalf of Plaintiff Lehman Brothers Holdings Inc. mbraswell@foxrothschild.com

Mark Kirsch

on behalf of Defendant The Related Companies Inc. mkirsch@gibsondunn.com  mao@gibsondunn.com

Mark Kirsch

on behalf of Defendant Richard O'Toole mkirsch@gibsondunn.com  mao@gibsondunn.com

Mark Kirsch

on behalf of Defendant Rosegreen Trust mkirsch@gibsondunn.com  mao@gibsondunn.com

Mark Landman

on behalf of Creditor Federal Home Loan Mortgage Corporation mlandman@lcbf.com

Mark McDermott

on behalf of Plaintiff Prudential Global Funding LLC Mark.McDermott@skadden.com
wendy.lamanna@skadden.com;andrea.bates@skadden.com

Mark Sherrill

on behalf of Unknown Aviva Italia S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor MidFirst Bank mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor US AgBank  FCB mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Shell Trading International Limited mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Customer Asset Protection Company mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Kraft Foods Finance Europe AG mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Interested Party Shell Energy North America (US)  L.P. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor AgriBank  FCB mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Derivative Questionnaire Respondents mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Interested Party Shell Trading (US) Company mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Aviva Vita S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Aviva S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Philip Morris Finance S.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Aviva Assicurazioni S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Sutherland Asbill & Brennan LLP mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Ultra Russell1000 Growth mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Vining-Sparks IBG  Limited Partnership mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Shell International Eastern Trading Company mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Aviva Insurance Limited mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Previdenza S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor AgFirst Farm Credit Bank mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Italia Holding S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Life S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Tenor Opportunity Master Fund  Ltd. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor ProShares Ultra S&P 500 mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Federal Home Loan Bank of Boston mark.sherrill@sablaw.com

Mark Tsukerman
on behalf of Defendant RMS & Associates mtsukerman@coleschotz.com
ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark A. Broude
on behalf of Unknown Bundesverband deutscher Banken e.V. peter.gilhuly@lw.com

Mark A. Broude
on behalf of Creditor Bundesverband deutscher Banken e.V. peter.gilhuly@lw.com

Mark A. Broude
on behalf of Unknown GE Asset Management Incorporated peter.gilhuly@lw.com

Mark A. Broude
on behalf of Creditor Brickman Group Holdings  Inc. peter.gilhuly@lw.com

Mark A. Broude
on behalf of Unknown Entschdigungseinrichtung deutscher Banken GmbH peter.gilhuly@lw.com

Mark A. Broude
on behalf of Creditor CSP II USIS Holdings  L.P. peter.gilhuly@lw.com

Mark A. Broude
on behalf of Creditor Kilroy Realty  L.P. peter.gilhuly@lw.com

Mark A. Broude
on behalf of Unknown Ares Enhanced Credit Opportunities GP LLC peter.gilhuly@lw.com

Mark A. Broude
on behalf of Unknown Benetton International peter.gilhuly@lw.com

Mark A. Frankel
on behalf of Creditor Citizens Electric Company of Lewisburg  PA and Wellsboro Electric Company mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark A. Speiser
on behalf of Unknown Structured Credit America Ltd. mspeiser@stroock.com
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Creditor American Express Company mspeiser@stroock.com  mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Unknown Mizuho Securities Co.  Ltd. mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Unknown Mizuho Alternative Investments  LLC mspeiser@stroock.com,
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Attorney Stroock & Stroock & Lavan LLP mspeiser@stroock.com
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Unknown Mizuho International plc mspeiser@stroock.com  mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Creditor Mizuho Corporate Bank  Ltd. mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser
on behalf of Cred. Comm. Chair Mizuho Bank Ltd.  formerly known as Mizuho Corporate Bank, Ltd., as Co-Chair of the
Committee mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com

Mark Alan Salzberg

on behalf of Creditor Buckeye Tobacco Settlement Financing Authority mark.salzberg@squirepb.com
khalilah.mckissick@squirepb.com

Mark Alan Salzberg

on behalf of Defendant Buckeye Tobacco Settlement Financing Authority mark.salzberg@squirepb.com
khalilah.mckissick@squirepb.com

Mark C. Ellenberg

on behalf of Creditor Robert Cody Moore mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor Maryann Brelinsky mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown Carlos Torres mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown John Greco mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor Russell Schneider mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor FXCM Holdings  LLC mark.ellenberg@cwt.com, nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown Portigon AG (f/k.a WestLB AG) mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown Invesco Senior Secured Management Inc  mark.ellenberg@cwt.com, nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor CQS ABS Master Fund Limited mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Creditor Oak Hill Credit Partners IV Limited mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown Christopher Dorland mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Attorney Cadwalader  Wickersham & Taft LLP mark.ellenberg@cwt.com, nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown David Wilson mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown The Coast Fund L.P. mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Interested Party International Swaps and Derivatives Association  Inc. mark.ellenberg@cwt.com,
nyecfnotice@cwt.com

Mark C. Ellenberg

on behalf of Unknown Morgan Stanley Investment Management Inc. mark.ellenberg@cwt.com nyecfnotice@cwt.com

Mark E McDonald

on behalf of Defendant Barclays Bank PLC memcdonald@cgsh.com  maofiling@cgsh.com

Mark E McDonald

on behalf of Defendant Barclays Capital Inc. memcdonald@cgsh.com  maofiling@cgsh.com

Mark E. McKane

on behalf of Plaintiff Pulsar Re  Ltd. mmckane@kirkland.com

Mark E. McKane

on behalf of Unknown LBREP Lakeside SC Master I  LLC mmckane@kirkland.com

Mark E. McKane

on behalf of Unknown RSM Restructuring Advisory LLP mmckane@kirkland.com

Mark Edwin Browning

on behalf of Creditor Texas Comptroller of Public Accounts SHERRI.SIMPSON@OAG.STATE.TX.US

Mark Elliott Freedlander

on behalf of Creditor Access Data Corp. mfreedlander@mcguirewoods.com

Mark Elliott Freedlander

on behalf of Creditor CNX Gas Company mfreedlander@mcguirewoods.com

Mark F. Werle

on behalf of Creditor Rutland Hospital Inc. eag@rsclaw.com;maf@rsclaw.com

Mark G. Hanchet

on behalf of Creditor Objecting Claimants mhanchet@mayerbrown.com jmarsala@mayerbrown.com

Mark G. Ledwin

on behalf of Unknown Hartford Investment Management Co. mark.ledwin@wilsonelser.com

Mark G. Ledwin

on behalf of Creditor Hartford Index HLS Fund mark.ledwin@wilsonelser.com

Mark J. Dorval

on behalf of Unknown Morgan Stanley Institutional Fund Trust Municipal Portfolio mdorval@stradley.com

Mark J. Dorval

on behalf of Defendant D&D Securities Inc. mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Franklin Balanced Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Delaware VIP Emerging Markets Series A Series of Delaware VIP Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Delaware Extended Duration Bond Fund a series of Delaware Group Income Funds mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Franklin Total Return Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Stradley Ronon Stevens & Young LLP mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware VIP Diversified Income Series a series of Delaware VIP Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Delaware Management Holdings Inc. mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Lincoln National Corporation and Its Affiliates mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Aberdeen Asset Management Inc. mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Franklin Low Duration Total Return Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen Core Plus Fixed Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Dragon Coer II-D mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Morgan Stanley Alpha Advantage European Fixed Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor SASC 2007-BNC1 LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen V.I. Capital Growth Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Carlyle Mortgage Capital LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor BNC 2007-4 LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen Government Securities Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor SASC 2007-BC4 A4  LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen Equity and Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown AIM V.I. High Yield Fund  AIM High Yield Fund, AIM Libor Alpha Fund, AIM V.I. Diversified Income Fund, AIM V.I. Basic Balanced Fund, AIM Core Bond Fund, AIM Short Term Bond Fund, AIM Income Fund and A mdorval@stradley.com

Mark J. Dorval

on behalf of Defendant Delaware Investment Advisers  a series of Delaware Management Business Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor SASC 2007-BC4 A4 II  LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Management Holdings  Inc. and its Subsidiaries and Affiliates mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Van Kampen Corporate Bond Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Lincoln Variable Insurance Products Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Templeton Global Bond Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Delaware Diversified Income Fund  a series of Delaware Group Adviser Funds mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen U.S. Mortgage Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Investment Advisers  a series of Delaware Management Business Trust, the investment advisers to The Lincoln National Life Insurance Company mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Morgan Stanley Institutional Fund Trust  Municipal Portfolio mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Nationwide Fund Advisors mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen US Mortgage Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Saint Joseph's University mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Fulton Bank mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Delaware Investment Advisors  a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penn's Landing CDO SPC mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Government Securities Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown FTIF Franklin Strategic Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Core Plus Fixed Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Equity and Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Emerging Markets Fund  a Series of Delaware Group Global and International Funds mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Municipal Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Life Investment Trust-Government Portfolio mdorval@stradley.com

Mark J. Dorval

| | |
|---|---|
| | on behalf of Unknown Templeton Global Total Return Fund mdorval@stradley.com |
| Mark J. Dorval | |
| | on behalf of Creditor Delaware Diversified Income Fund  a series of Delaware Group Advisor Funds mdorval@stradley.com |
| Mark L. Lubelsky | |
| | on behalf of Plaintiff LH 1440  L.L.C. mark@mllassociates.com |
| Mark L. Lubelsky | |
| | on behalf of Unknown LH1440 mark@mllassociates.com |
| Mark L. Lubelsky | |
| | on behalf of Intervenor-Defendant LH 1440  L.L.C. mark@mllassociates.com |
| Mark N. Berman | |
| | on behalf of Creditor Metropolitan Transportation Authority 1mberman@comcast.net |
| Mark N. Berman | |
| | on behalf of Creditor Commonwealth of Peurto Rico 1mberman@comcast.net |
| Mark N. Berman | |
| | on behalf of Unknown Wellington Management Company  LLP 1mberman@comcast.net |
| Mark N. Berman | |
| | on behalf of Unknown Xavier University 1mberman@comcast.net |
| Mark Nelson Parry | |
| | on behalf of Transferee Lavine Holdings  L.L.C. mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com |
| Mark Nelson Parry | |
| | on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of California and Janice K. Moss mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com |
| Mark Nelson Parry | |
| | on behalf of Creditor Amy Patricia Neu mparry@mosessinger.com jbonteque@mosessinger.com;mbobian@mosessinger.com |
| Mark Nelson Parry | |
| | on behalf of Transferee Pyrell Fund  L.L.C. mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com |
| Mark Nelson Parry | |
| | on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S. Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com |
| Mark R. Somerstein | |
| | on behalf of Unknown THL Credit Partners  L.P. paul.lang@ropesgray.com;nova.alindogan@ropesgray.com |
| Mark R. Somerstein | |
| | on behalf of Unknown Solstar Partners  L.L.C. paul.lang@ropesgray.com;nova.alindogan@ropesgray.com |
| Mark R. Somerstein | |
| | on behalf of Plaintiff Rye Select Broad Market XL Portfolio Limited paul.lang@ropesgray.com;nova.alindogan@ropesgray.com |
| Mark R. Somerstein | |
| | on behalf of Plaintiff Rye Select Broad Market Portfolio Limited paul.lang@ropesgray.com;nova.alindogan@ropesgray.com |
| Mark S. Bostick | |
| | on behalf of Creditor Linda (Weekes) Howard-James mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Michelle Seymour mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Linda Howard-James mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Isabel Guajardo mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Cheryl McNeil mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Coleen Denise Colombo mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Coleen Denise Colombo mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Bostick | |
| | on behalf of Creditor Sylvia Vega-Sutfin mbostick@fennemorelaw.com  jrose@wendel.com |
| Mark S. Lichtenstein | |
| | on behalf of Creditor Ironbridge Property Owners Association mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com |

Mark S. Lichtenstein
on behalf of Creditor City Employee Welfare Fund Local 3 IBEW mark.lichtenstein@akerman.com
Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Creditor Eric Race mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark T. Power
on behalf of Interested Party The Liquidation Trustee of The C-BASS Liquidation Trust MPower@HahnHessen.com
jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;dreinhart@hahn
hessen.com;MPower@ecf.courtdrive.com

Mark V. Bossi
on behalf of Creditor ARG Funding Corp.  et al. mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Mark W. Deveno
on behalf of Creditor Metropolitan Life Insurance Company mark.deveno@bingham.com

Mark W. Warren
on behalf of Creditor Manufacturers and Traders Trust Company mwarren@mtb.com

Martin Beeler
on behalf of Unknown Wilmington Trust Company  as LBHI Senior Indenture Trustee mbeeler@cov.com

Martin Beeler
on behalf of Creditor Wilmington Trust Company  as Indenture Trustee mbeeler@cov.com

Martin Eisenberg
on behalf of Attorney Martin Eisenberg me@martineisenberglaw.com

Martin Eisenberg
on behalf of Unknown A.M. McGregor Home Martin.Eisenberg@thompsonhine.com

Martin Eisenberg
on behalf of Creditor Grace Brothers  Ltd. me@martineisenberglaw.com

Martin Krolewski
on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant JPMorgan Bank Dublin PLC mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant JP MORGAN CHASE AND CO mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant BEAR STEARNS FOREX INC mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant JPMORGAN CHASE BANK  N.A. mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant J.P. Morgan Securities Ltd. mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant J.P. Morgan Markets Limited mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski
on behalf of Defendant J.P. Morgan Chase Bank  N.A. mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin A. Mooney
on behalf of Creditor DCFS USA LLC subservicer for DCFS Trust Martin.Mooney@ag.ny.gov
lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

Martin G. Bunin
on behalf of Interested Party Municipal Electric Authority of Georgia mbunin@farrellfritz.com
courtnotifications@farrellfritz.com

Martin G. Bunin
on behalf of Interested Party Greywolf Capital Management L.P. mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Interested Party BANK OF AMERICA  N.A. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Interested Party Consolidated Container Company LLC mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Interested Party AG Financial Products  Inc. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Unknown Main Street Natural Gas  Inc. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National
Association mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Creditor Dell Global B.V. mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin J. Bienenstock

on behalf of Unknown The Walt Disney Company and The Walt Disney Retirement Plan Master Trust
mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor The Walt Disney Company mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Interested Party The Royal Bank of Scotland N.V. mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Royal Bank of Scotland  plc mbienenstock@proskauer.com, martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Defendant Federal Home Loan Bank of Cincinnati mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Credit Protection Trusts 207 and 283 mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Springfield Associates LLC mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Kensington International Limited mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor The Royal Bank of Scotland plc mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Elliott International L.P. mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Elliott Associates  L.P. mbienenstock@proskauer.com, martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor The Liverpool Limited Partnership mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin N. Flics

on behalf of Unknown Linklaters LLP martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

on behalf of Unknown The Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

on behalf of Unknown Joint Adminstrators of Lehman Brothers International (Europe) martin.flics@linklaters.com
shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

on behalf of Unknown Lehman Brothers International (Europe) (in administration) martin.flics@linklaters.com

shauin.wang@linklaters.com;casey.bell@linklaters.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Department of Revenue agbanknewyork@ag.tn.gov

Marvin E. Sprouse

on behalf of Creditor Level 3 Communications  LLC msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Mary Joanne Dowd

on behalf of Interested Party Georgetown University mary.dowd@arentfox.com

Mathew W Lauritsen

on behalf of Defendant Directors Mortgage  Inc. mlauritsen@kelrun.com

Matthew Corcoran

on behalf of Defendant LendingTree  Inc. mccorcoran@jonesday.com

Matthew Corcoran

on behalf of Defendant LendingTree  LLC mccorcoran@jonesday.com

Matthew Dyer

on behalf of Creditor America's Servicing Company BkMail@prommis.com

Matthew Olsen

on behalf of Interested Party SCC Entities molsen@morganlewis.com

Matthew A. Schwartz

on behalf of Unknown Baupost Group LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew A. Schwartz

on behalf of Defendant Giants Stadium LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew A. Schwartz

on behalf of Creditor Giants Stadium LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew Allen Feldman

on behalf of Creditor Mountain Special Situations Funds  LLC maosbny@willkie.com, mfeldman@willkie.com

Matthew Allen Feldman

on behalf of Creditor IntraLinks  Inc. maosbny@willkie.com, mfeldman@willkie.com

Matthew C. Ziegler

on behalf of Unknown Trinity Investments Limited matthew.ziegler@morganlewis.com

Matthew J. Gold

on behalf of Creditor Kutchin Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Defendant The Liverpool Limited Partnership mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Provendor Liquidity LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry I LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Elliott International  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry M LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry T LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry K LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry B LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Marshgate International Limited mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Elliott Associates  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry N LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry E LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor The Liverpool Limited Partnership mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Elliott Management Corp. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Cynergi LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Torix Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Lydian Overseas Partners Master Fund Ltd. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry D LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry F LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Interested Party Ashton Investments LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Aleiter Holdings LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Marshgate Investments  LLC mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Warwickshire Holdings LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry C LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Elliott International L.P. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Edgewater Partners  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry J LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Upton E LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Defendant Elliott International  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Bimini Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry H LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry Q LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry G LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Elliot Management Corporation mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry O LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry L LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Upton A LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry P LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Bristol Partners LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew M. Riccardi

on behalf of Unknown The Royal Bank of Scotland plc MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long Short Grasmoor Fund Ltd. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long/Short Credit Master Fund L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Transferee Serengeti Lycaon MM L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long/Short Credit and Distressed Reflection Fund  a sub-fund of AAI BlueMountain Fund PLC MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Panning Master Fund  LP MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Value Investment Master Fund  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Special Opportunities Managed Account  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Kicking Horse Fund L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Timberline Ltd. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Fifth Street Station LLC MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown ANS U.S. Holdings Ltd. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Distressed Master Fund L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Morgan Stanley & Co. International plc MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Varde Investment Partners  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Goldman  Sachs & Co. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Morgan Stanley Senior Funding  Inc. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Franklin Partnership  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Goldman Sachs Lending Partners LLC MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Credit Strategies Master Fund Ltd. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Strategic Credit Master Fund L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Montenvers Master Fund SCA SICSV-SIF MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi

Matthew M. Riccardi
on behalf of Unknown Burlington Loan Management Limited MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi
on behalf of Unknown BKM Holdings (Cayman) Ltd. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi
on behalf of Creditor Rapax OC Master Fund  Ltd. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi
on behalf of Unknown Serengeti Opportunities MM L.P. MRiccardi@perkinscoie.com    RKOManagingClerk@rkollp.com

Matthew M. Riccardi
on behalf of Unknown Strategic Value Master Fund  Ltd. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi
on behalf of Unknown Apollo Centre Street Partnership  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew P. Morris
on behalf of Interested Party BRE Bank SA matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor The Bank of New York Mellon matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor Standard Chartered Bank (Hong Kong) Limited matthew.morris@lovells.com

Matthew P. Morris
on behalf of Plaintiff Phoenix Life Limited matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor SCOR Holding (UK) Limited matthew.morris@lovells.com

Matthew P. Morris
on behalf of Unknown Instituto de Credito Oficial matthew.morris@lovells.com

Matthew P. Morris
on behalf of Unknown Lovells LLP matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor Centerbridge Credit Partners LP matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor Lloyds TSB Bank plc matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor Standard Chartered Bank matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor QVT Financial LP matthew.morris@lovells.com

Matthew P. Morris
on behalf of Interested Party Carlton Communications Limited matthew.morris@lovells.com

Matthew P. Morris
on behalf of Creditor Centerbridge Credit Partners Master LP matthew.morris@lovells.com

Matthew R. Berry
on behalf of Unknown Joint Administrators of UK Administration Companies mberry@susmangodfrey.com

Matthew S Vignali
on behalf of Defendant Guaranty Bank  FSB mvignali@bcblaw.net, pmitchell@bcblaw.net

Matthew S. Melamed
on behalf of Plaintiff Ka King Wong  et. al., MMelamed@rgrdlaw.com

Matthew S. Tamasco
on behalf of Defendant Axioma  Inc. mtamasco@schnader.com, 2417286420@filings.docketbird.com

Matthew S. Tamasco
on behalf of Unknown PJM Interconnection  L.L.C. mtamasco@schnader.com, 2417286420@filings.docketbird.com

Matthew W. Olsen
on behalf of Creditor Chicago Board of Education matthew.olsen@kattenlaw.com  nyc.bknotices@kattenlaw.com

Maureen A. Cronin
on behalf of Interested Party Rockefeller Center North  Inc. mao-ecf@debevoise.com

Maureen A. Cronin
on behalf of Interested Party JFK International Air Terminal LLC mao-ecf@debevoise.com

Maureen A. Cronin
on behalf of Interested Party Rockefeller Group Development Corporation mao-ecf@debevoise.com

Maureen A. Cronin
on behalf of Interested Party Rock-Forty-Ninth LLC mao-ecf@debevoise.com

Maureen A. Cronin
on behalf of Interested Party Rockefeller Center Management Corporation mao-ecf@debevoise.com

Max Katz
on behalf of Unknown Ely Eddi maxmarkuskatz@gmail.com

Max Anderson Moseley
on behalf of Creditor BlueMountain Capital Management LLC and Affiliates mmoseley@bakerdonelson.com

Megan Burns
on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. megan.burns@troutman.com

Melissa Sue DiCerbo
on behalf of Creditor Lehman Brothers Bank  FSB, A Federal Savings Bank nyecfmail@mwc-law.com,
NYECFmail@ecf.courtdrive.com

Melissa Sue DiCerbo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nyecfmail@mwc-law.com  NYECFmail@ecf.courtdrive.com

Melissa Z. Neier
on behalf of Unknown Duke Energy Ohio  Inc. mneier@ibolaw.com

Melissa-Jean Rotini
on behalf of Creditor Westchester County mjr1@westchestergov.com

Melvin A. Brosterman
on behalf of Plaintiff Neuberger Berman LLC mbrosterman@stroock.com  docketing@stroock.com;insolvency@stroock.com

Melvin A. Brosterman
on behalf of Plaintiff Neuberger Berman  LLC mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Melvin A. Brosterman
on behalf of Creditor Basso Capital Management  L.P. mbrosterman@stroock.com,
docketing@stroock.com;insolvency@stroock.com

Menachem M. Bensinger
on behalf of Unknown Elizabeth Colon Lopez mbensinger@mcgrailbensinger.com

Menachem O. Zelmanovitz
on behalf of Unknown SunCal Debtors mendy@zelmlaw.com

Meshach Y Rhoades
on behalf of Defendant Republic Mortgage Home Loans LLC mrhoades@crowell.com  meshach-rhoades-7659@ecf.pacerpro.com

Michael Friedman
on behalf of Creditor M.H. Davidson & Co. friedman@chapman.com

Michael Friedman
on behalf of Transferee Strategic Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown Humerick Environmental Construction  Inc. friedman@chapman.com

Michael Friedman
on behalf of Unknown The Royal Bank of Scotland plc friedman@chapman.com

Michael Friedman
on behalf of Creditor Farallon Capital Partners  L.P. friedman@chapman.com

Michael Friedman
on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incoporated friedman@chapman.com

Michael Friedman
on behalf of Unknown Merrill Lynch Japan Securities Co. Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown ICAP Corporates LLC friedman@chapman.com

Michael Friedman
on behalf of Creditor Royal Bank of Scotland  plc friedman@chapman.com

Michael Friedman
on behalf of Unknown The MRC Foundation friedman@chapman.com

Michael Friedman
on behalf of Unknown Mount Kellet Capital Management LP friedman@chapman.com

Michael Friedman
on behalf of Creditor Serengeti Partners L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown BBVA (Suiza) S.A. friedman@chapman.com

Michael Friedman

on behalf of Unknown TCA Opportunity Investments S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown TCA Event Investments S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Creditor Merrill Lynch International friedman@chapman.com

Michael Friedman

on behalf of Unknown Realclub Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown TCA SPV I LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor The Yamagata Bank friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley Credit Products Japan Co.  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Humerick Environmental Construction  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown JATRALEC CAPITAL LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Davidson Kempner Institutional Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Transferee Mount Kellett Master Fund II  L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman  Sachs & Co. friedman@chapman.com

Michael Friedman

on behalf of Unknown Dolphinsu Capital LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Halcyon Loan Trading Fund LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital Partners II LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Rapax OC Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown CVI GVF Luxembourg Twelve S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley Senior Funding  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Varde Investment Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Successal Group LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Japan Co. Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown TSO LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Opportunities MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Hirakata Shinkin Bank friedman@chapman.com

Michael Friedman

on behalf of Unknown Central Reinsurance Corp. friedman@chapman.com

Michael Friedman

on behalf of Transferee Serengeti Lycaon MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Serengeti Rapax MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown HLTS Fund II LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Choctaw ENE  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown HLF LP friedman@chapman.com

Michael Friedman

on behalf of Other Prof. Richards Kibbe & Orbe LLP friedman@chapman.com

Michael Friedman

on behalf of Unknown Long Beach Holdings  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Taconic Capital Partners 1.5 L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Serengeti Opportunities Partners LP friedman@chapman.com

Michael Friedman

on behalf of Unknown GFA I LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Longacre Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Morgan Stanley Senior Funding  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Banco Espirito Santo S.A.  Sucursal en Espana friedman@chapman.com

Michael Friedman

on behalf of Unknown Hightip Capital LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Barcar Constructors friedman@chapman.com

Michael Friedman

on behalf of Unknown York Global Finance BDH  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown The Japan Bloodhorse Breeders' Association friedman@chapman.com

Michael Friedman

on behalf of Creditor RBS Securities Japan Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs International friedman@chapman.com

Michael Friedman

on behalf of Creditor Serengeti Overseas MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Austarity Group LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown The Master Trust Bank of Japan Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown HCN LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Southeastern Golf  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs SMC Credit Opportunities 2008 Fund  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Etoile Kaito & Co.  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Senator Global Opportunity Master Fund L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Overseas Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Ore Hill Hub Fund Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown CVF Lux Master S.a.r.l. friedman@chapman.com

Michael Friedman
on behalf of Unknown Goldman Sachs Credit Opportunities 2008 Master Fund  L.P. friedman@chapman.com

Michael Friedman
on behalf of Creditor Taconic Opportunity Fund L.P. friedman@chapman.com

Michael Friedman
on behalf of Unknown Hayman Capital Master Fund LP friedman@chapman.com

Michael Friedman
on behalf of Creditor JA Solar Holdings Co.  LTD friedman@chapman.com

Michael Friedman
on behalf of Unknown Goldman  Sachs & Co. friedman@chapman.com

Michael Friedman
on behalf of Unknown CVIC Lux Master friedman@chapman.com

Michael Friedman
on behalf of Unknown The Asahi Shinkin Bank friedman@chapman.com

Michael Friedman
on behalf of Creditor DK Acquisition Partners  L.P. friedman@chapman.com

Michael Friedman
on behalf of Unknown BKM Holdings (Cayman) Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown GHB LLC friedman@chapman.com

Michael Friedman
on behalf of Transferee Serengeti Rapax MM L.P. friedman@chapman.com

Michael Friedman
on behalf of Unknown Nakanishi Gakuen friedman@chapman.com

Michael Friedman
on behalf of Creditor Farallon Capital Institutional Investors II  Inc. friedman@chapman.com

Michael Friedman
on behalf of Creditor Harpen Immobilien GmbH & Co. KG friedman@chapman.com

Michael Friedman
on behalf of Unknown Blue Angel Claims LLC friedman@chapman.com

Michael Friedman
on behalf of Unknown Chewton Capital Ltd. friedman@chapman.com

Michael Friedman
on behalf of Creditor BDF Limited friedman@chapman.com

Michael Friedman
on behalf of Unknown Knight Capital Europe Limited friedman@chapman.com

Michael Friedman
on behalf of Unknown SVMF 48  LLC friedman@chapman.com

Michael Friedman
on behalf of Unknown Strategic Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown Calogy Associates LLC friedman@chapman.com

Michael Friedman
on behalf of Creditor Farallon Capital Offshore Investors  Inc. friedman@chapman.com

Michael Friedman
on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates friedman@chapman.com

Michael Friedman
on behalf of Creditor Harvest SS  Ltd. friedman@chapman.com

Michael Friedman
on behalf of Unknown Sabretooth Master Fund  LP friedman@chapman.com

Michael Friedman
on behalf of Unknown Farallon Capital Management  L.L.C. friedman@chapman.com

Michael Friedman
on behalf of Creditor Bacar Constructors  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities International Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Morgan Stanley Bank International Limited friedman@chapman.com

Michael Friedman

on behalf of Creditor CSS  LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor CVI CVF II Lux Master S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Illiquidx LLP friedman@chapman.com

Michael Friedman

on behalf of Unknown Attestor Value Master Fund LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Davidson Kempner Partners friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Successal Group LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Banc of America Securities Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Yorvik Partners LLP friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley & Co. International plc friedman@chapman.com

Michael Friedman

on behalf of Creditor Rowayton Loan Funding Company friedman@chapman.com

Michael Friedman

on behalf of Creditor Daiwa Securities Capital Markets Co. Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Farallon Capital Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Raiffeisen Zentralbank Osterreich Aktiengesellschaft friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Credit Partners L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Lending Partners  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Lycaon MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown CBW LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown COIF SPV 3/11  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Delrang Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Maxis Corporation friedman@chapman.com

Michael Friedman

on behalf of Unknown Lataj Group LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Jefferies International Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Talamod Master Fund  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Burlington Loan Management Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Third Avenue Focused Credit Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Midtown Acquisitions L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Banc of America Securities LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates friedman@chapman.com

Michael Friedman

on behalf of Unknown Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital Overseas Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities International Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Nihon Parkerizing Co.  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Panning Master Fund  LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Altuned Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Southeastern Golf  Inc. friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital friedman@chapman.com

Michael Friedman

on behalf of Unknown Bacar Constructors  Inc. friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners II  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown LMA SPC for and on Behalf of MAP 89 Segregated Portfolio friedman@chapman.com

Michael Friedman

on behalf of Creditor CommerzBank A.G. friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs Lending Partners LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Shinsei Securities Co.  Ltd friedman@chapman.com

Michael Friedman

on behalf of Creditor Bank of Mexico  S.A., Institucion de Banca Multiple, Grupo Financiero Bank of America friedman@chapman.com

Michael Friedman

on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Creditor BLUE ANGEL CLAIMS  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Alden Global Distressed Opportunities Master Fund  LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Partners LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities Fund LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Aglio Master Fund Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Yorvik Capital Ltd friedman@chapman.com

Michael Friedman

on behalf of Creditor Halcyon Structured Asset Mangement European CLO 2007-I B.V. friedman@chapman.com

Michael Friedman

on behalf of Creditor Special Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs (Japan) Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Davidson Kempner International  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs International friedman@chapman.com

Michael Friedman

on behalf of Unknown EIK Banki Foroya P/F friedman@chapman.com

Michael Friedman

on behalf of Creditor The Royal Bank of Scotland plc friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners III  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Hudson Bay Master Fund Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown RBS Securities Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley Capital Services LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Longacre Capital Partner(QP)  L.P. friedman@chapman.com

Michael Garcia

on behalf of Unknown Delrang Holdings LLC mgarcia@nixonpeabody.com

Michael Garcia

on behalf of Creditor Realclub Holdings LLC mgarcia@nixonpeabody.com

Michael Levine

on behalf of Unknown Henry Grossman ml@levlaw.org

Michael Liberman

on behalf of Unknown Larsen & Toubro Infotech  Ltd. nyma@ebglaw.com

Michael Tenenhaus

on behalf of Defendant Mulberry Street CDO  Ltd. tenenhaus@sewkis.com

Michael Torkin

on behalf of Creditor Ontario Teacher's Pension Plan Board michael.torkin@stblaw.com

Michael Torkin

on behalf of Unknown Fortis Investment Management Belgium NV/SA michael.torkin@stblaw.com

Michael Torkin

on behalf of Creditor IKB International S.A. michael.torkin@stblaw.com

Michael Torkin

on behalf of Unknown DekaBank Deutsche Girozentrale michael.torkin@stblaw.com

Michael Torkin

on behalf of Creditor Silver Point Capital Offshore Fund  Ltd michael.torkin@stblaw.com

Michael A. Cohen,

on behalf of Unknown Dow Corning Corporation jweber@curtis.com

Michael A. Fagone

on behalf of Creditor Hebron Academy Incorporated astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone

on behalf of Creditor Hebron Academy astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone

on behalf of Unknown Citibank  N.A., In Its Capacity As Trustee astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone

on behalf of Unknown Citibank N.A. astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone

on behalf of Creditor Wilmington Trust Company  as Indenture Trustee astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Paskin

on behalf of Defendant Credit Suisse Securities (USA) LLC mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin

on behalf of Defendant Credit Suisse International mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin
                    on behalf of Defendant Credit Suisse AG mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin
                    on behalf of Defendant Credit Suisse (Europe) Ltd. mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin
                    on behalf of Defendant Credit Suisse Energy LLC mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin
                    on behalf of Transferee Credit Suisse AG  Cayman Islands Branch mpaskin@cravath.com, mao@cravath.com

Michael A. Paskin
                    on behalf of Defendant Credit Suisse Securities mpaskin@cravath.com  mao@cravath.com

Michael A. Rollin
                    on behalf of Debtor Lehman Brothers Holdings Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., mrollin@fostergraham.com,
                    amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Debtor Aurora Commercial Corp. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Plaintiff Lehman Brothers Holding Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Defendant American Home Equity Corporation mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin
                    on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates mrollin@fostergraham.com
                    amcclurg@fostergraham.com

Michael A. Rosenthal
                    on behalf of Unknown PricewaterhouseCoopers AG  Zurich mrosenthal@gibsondunn.com

Michael A. Rosenthal
                    on behalf of Foreign Representative Lehman Brothers Finance AG  in Liquidation mrosenthal@gibsondunn.com

Michael A. Shiner
                    on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh mshiner@tuckerlaw.com

Michael C. Lambert
                    on behalf of Creditor Pietro Ferrero mclambert@lawpost-nyc.com

Michael C. Lambert
                    on behalf of Attorney Gilmartin  Poster & Shafto LLP mclambert@lawpost-nyc.com

Michael C. Ledley
                    on behalf of Plaintiff Lehman Brothers Special Financing Inc. mledley@wmd-law.com

Michael C. Lynch
                    on behalf of Defendant JPMORGAN CHASE BANK  N.A. mlynch@kelleydrye.com, docketing@kelleydrye.com

Michael C. Lynch
                    on behalf of Unknown JPMORGAN CHASE BANK  N.A. mlynch@kelleydrye.com, docketing@kelleydrye.com

Michael C. Rakower
                    on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista mrakower@rakowerlaw.com

Michael D. Warner
                    on behalf of Creditor Highland CDO Opportunity Master Fund  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner
                    on behalf of Creditor Highland Crusader Offshore Partners  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner
                    on behalf of Creditor Highland Credit Strategies Master Fund  L.P., mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner
                    on behalf of Creditor Highland Capital Management  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner
                    on behalf of Creditor Longhorn Credit Funding  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner
                    on behalf of Creditor Highland Credit Opportunities CDO  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Highland Credit Strategies Fund mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael E Grenert

on behalf of Creditor Joseph Stefanik mgrenert@grenertlaw.com

Michael E Grenert

on behalf of Creditor James G. Lister mgrenert@grenertlaw.com

Michael E. Petrella

on behalf of Interested Party Standard Pacific Mortgage  Inc. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

on behalf of Interested Party Eagle Mortgage Holdings  LLC et al. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

on behalf of Interested Party Universal American Mortgage Company  LLC michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

on behalf of Defendant Universal American Mortgage Company  LLC michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

on behalf of Defendant Standard Pacific Mortgage  Inc. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Salzman

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors salzman@hugheshubbard.com,
michael.salzman@hugheshubbard.com

Michael E. Salzman

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
salzman@hugheshubbard.com, michael.salzman@hugheshubbard.com

Michael E. Strauch

on behalf of Defendant Capital Bank Corporation  as successor by merger to TIB Bank mstrauch@lashgoldberg.com,
mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant Bank of England mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant Allied Mortgage Group Inc. mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant Crestline Funding Corp. mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant First Equity Mortgage Bankers  Inc. mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael E. Strauch

on behalf of Defendant Eagle Home Mortgage  LLC mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael F. Murphy

on behalf of Unknown Michigan State Housing Development Authority murphym2@michigan.gov  ballingerb1@michigan.gov

Michael F. Murphy

on behalf of Plaintiff Michigan State Housing Development Authority murphym2@michigan.gov  ballingerb1@michigan.gov

Michael G. Burke

on behalf of Creditor Principal Global Investors (Europe) and Prinicipal Global Investors  LLC mgburke@sidley.com,
emcdonnell@sidley.com

Michael G. Burke

on behalf of Unknown Principal Life Insurance Co. mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Interested Party Safety National Casualty Corporation mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Defendant Principal Life Insurance Company mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor Government of Singapore Investment Corporation Pte Ltd. mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor Principal Life Insurance Company mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor Delphi Financial Group  Inc. mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor Government of Singapore Investment Corporation & Bevan Howard Asset Management  LLP
mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke

on behalf of Interested Party Safety National Casualty Corporation and Reliance Standard Life Insurance Company
mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor Brevan Howard Asset Management  LLP mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke

on behalf of Creditor American Municipal Power  Inc. mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Wilson

on behalf of Unknown Merrill Lynch Capital Services  Inc. michaelgwilson@zoho.com

Michael H Greenblatt

on behalf of Transferee Gaius Special Situations Fund LP Laurie.Schwall@kayescholer.com

Michael H Greenblatt

on behalf of Unknown c/o Livia Capital Partners Drusilla LLC Laurie.Schwall@kayescholer.com

Michael H Greenblatt

on behalf of Transferee Paulson Enhanced LTD Laurie.Schwall@kayescholer.com

Michael H Greenblatt

on behalf of Transferee Paulson Credit Opportunities Master Ltd Laurie.Schwall@kayescholer.com

Michael H Greenblatt

on behalf of Transferee Paulson Partners Enhanced LP Laurie.Schwall@kayescholer.com

Michael H Greenblatt

on behalf of Transferee PBC Financing LLC Laurie.Schwall@kayescholer.com

Michael H. Cohn

on behalf of Creditor Accredited Home Lenders  Inc. bankruptcy@cohnroth.com, mcohn@cohnroth.com

Michael J Riela

on behalf of Unknown Latham & Watkins LLP mriela@yahoo.com

Michael J Riela

on behalf of Creditor Aurora Loan Services LLC mriela@yahoo.com

Michael J. Lichtenstein

on behalf of Defendant Wei Mortgage LLC f/k/a Wei Mortgage Corporation mjl@shulmanrogers.com
tlockwood@shulmanrogers.com

Michael J. Lichtenstein

on behalf of Defendant WEI Mortgage Corp. mjl@shulmanrogers.com  tlockwood@shulmanrogers.com

Michael J. Venditto

on behalf of Unknown Beryl Finance Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor The Bank of New York Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Interested Party Branch Banking and Trust Company  as successor by merger to National Penn Bank
mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant Home Capital Funding  d/b/a Security One Lending mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown BNY Corporate Trustee Services mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown Galleon Buccaneer?s Offshore  Ltd mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon  as Trustee mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant The Bank of New York Mellon Trust Co.  National Association mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor AEGON USA Investment Management LLC mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant The Bank of New York Mellon Corporation mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown BNY Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon  The Bank of New York Mellon Trust Company, N.A., and BNY Mellon
Corporate Trustee Services Limited, in their representative capacities mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor The Bank of New York Mellon mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown BNY Mellon Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown Bank of New York Mellon mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNYM Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant BNY Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor Sybase  Inc. mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Attorney Reed Smith LLP mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant BNY Mellon Corporate Trustee Services Ltd. mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon Trust Company  N.A. mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNY Mellon Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant WINTRUST MORTGAGE CORPORATION  as successor by merger to SGB CORPORATION
mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant American Home Bank  N.A., a Division of Graystone Tower Bank mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Cross-Claimant The Bank of New York Mellon Trust Co.  National Association mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant Wintrust Mortgage Corporation mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNY Mellon Corporate Trust Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon  as agent mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Defendant The Bank of New York Mellon National Association mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Interested Party American Home Bank  N.A., a Division of Graystone Tower Bank mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Defendant Branch Banking and Trust Company  as successor by merger to National Penn Bank
mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael James Edelman
on behalf of Creditor Pursuit Opportunity Fund I Master Ltd. mjedelman@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com

Michael K. McCrory
on behalf of Unknown Grace Village Health Care Facilities  Inc. mmccrory@btlaw.com

Michael K. McCrory
on behalf of Unknown National Fellowship Brethren Retirement Homes  Inc. mmccrory@btlaw.com

Michael L. Schein
on behalf of Creditor William E. Noyes mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
on behalf of Creditor Colleen A. Noyes mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schleich
on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited mschleich@fslf.com

Michael L. Schleich
on behalf of Unknown TATA Communications Services (America) Inc.  f/k/a VSNL America, Inc. mschleich@fslf.com

Michael L. Schleich
on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc. mschleich@fslf.com

Michael M. Krauss
on behalf of Creditor Wells Fargo Bank  NA as Trustee michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Creditor Black River Emerging Markets Credit Fund Ltd. michael.krauss@dlapiper.com
Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Attorney Faegre & Benson LLP michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Creditor Santa Fe Partners LLC michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Creditor Wells Fargo  N.A. michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Creditor Black River FIRV Opportunity Master Fund Ltd. michael.krauss@dlapiper.com
Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
on behalf of Unknown Wells Fargo Bank  National Association michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Yi
on behalf of Unknown Meridian Comp Of New York  Inc. D/B/A CHD Meridian Healthcare michaelyi@lacwkrr.com

Michael P. Burke
on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. mburke@wmd-law.com

Michael P. Burke
on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC mburke@wmd-law.com

Michael P. Burke
on behalf of Plaintiff Rosslyn LB Syndication Partner LLC mburke@wmd-law.com

Michael P. Burke
on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. mburke@wmd-law.com

Michael P. Burke
on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. mburke@wmd-law.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 223 of 297
Total Noticed: 1386

Michael P. Burke

on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC mburke@wmd-law.com

Michael P. Burke

on behalf of Plaintiff Lehman Commercial Paper  Inc. mburke@wmd-law.com

Michael P. Burke

on behalf of Plaintiff Lehman Brothers Holdings Inc. mburke@wmd-law.com

Michael P. Guta

on behalf of Defendant Casey Securities  Inc. karlaortega@hill-law-offices.com

Michael P. Richman

on behalf of Unknown Lehman Brothers Holdings Inc. mrichman@steinhilberswanson.com
hstroik@steinhilberswanson.com;5378539420@filings.docketbird.com

Michael P. Richman

on behalf of Unknown Lehman Brothers Special Financing Inc. mrichman@steinhilberswanson.com
hstroik@steinhilberswanson.com;5378539420@filings.docketbird.com

Michael R. Dal Lago

on behalf of Creditor Carmignac Gestion mike@dallagolaw.com

Michael R. Enright

on behalf of Unknown Property & Portfolio Research  Inc. menright@rc.com

Michael R. Enright

on behalf of Unknown Lewtan Technologies  Inc. menright@rc.com

Michael Robert Carney

on behalf of Unknown Athilon Capital Corporation mcarney@carneypllc.com

Michael Robert Carney

on behalf of Interested Party Athilon Capital Corporation mcarney@carneypllc.com

Michael S. Davis

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA mdavis@zeklaw.com, rguttmann@zeklaw.com

Michael S. Davis

on behalf of Defendant American Home Assurance Company mdavis@zeklaw.com  rguttmann@zeklaw.com

Michael S. Davis

on behalf of Unknown Chartis  U.S. mdavis@zeklaw.com, rguttmann@zeklaw.com

Michael S. Etkin

on behalf of Unknown Lead Plaintiff in the Mortgage Backed Securities Litigation metkin@lowenstein.com
mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor First Choice Power  L.P. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Interested Party Ameritas Life Insurance Corporation metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Interested Party Spiral Binding Company  Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor Reliant Energy Services  Inc. and Reliant Energy Power Supply, LLC metkin@lowenstein.com,
mseymour@lowenstein.com

Michael S. Etkin

on behalf of Interested Party LibertyView metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor NRG Energy  Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P metkin@lowenstein.com,
mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor EnergyCo  LLC and EnergyCo Marketing and Trading metkin@lowenstein.com,
mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor LibertyView Capital Management  LLC metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown Andorra Banc Agricol Reig  S.A. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown Lead Plaintiffs metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Interested Party Royal Park Investments SA/NV metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Creditor First Choice Power  L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
on behalf of Unknown Boilermaker-Blacksmith National Pension Trust metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Creditor PNMR Services Company and First Choice Power LP metkin@lowenstein.com mseymour@lowenstein.com

Michael S. Etkin
on behalf of Unknown LibertyView metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Creditor Spiral Binding Company Inc. metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Creditor Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading  LLC) metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
on behalf of Creditor Boilermaker-Blacksmith National Pension Trust metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Interested Party First Choice Power  L.P., Reliant Energy Services, Inc. and Reliant Energy Power Supply, Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
on behalf of Unknown Lead Plaintiffs and the MBS Class metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
on behalf of Unknown Lead Plaintiffs and the Class metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Feldberg
on behalf of Interested Party Barclays Capital  Inc. mfeldberg@reichmanjorgensen.com

Michael S. Kim
on behalf of Interested Party Kobre & Kim LLP michael.kim@kobrekim.com

Michael Steven Shuster
on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain Mortgage-Backed Securities Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities as Trustees for Certain Mortgage-Backed Securities Trust mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster
on behalf of Creditor U.S. Bank National Association  as Trustee mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster
on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster
on behalf of Interested Party Wilmington Trust Company and Wilmington Trust Association  solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael T. Conway
on behalf of Creditor Robert C. Dyer mconway@lpgmlaw.com

Michael T. Driscoll
on behalf of Defendant Mechanics Bank mdriscoll@sheppardmullin.com  ny-docketing@sheppardmullin.com

Michael T. Driscoll
on behalf of Defendant Prospect Mortgage  LLC mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll
on behalf of Defendant American Interbanc Mortgage  LLC mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll
on behalf of Defendant Banc of California  Inc., as successor by merger to Gateway Business Bank mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll

on behalf of Defendant Homebridge Financial Services  Inc. mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Mervis

on behalf of Unknown Markit Group Limited mmervis@proskauer.com
mmervis@proskauer.com,michael-mervis-6970@ecf.pacerpro.com

Michael Y. Kwon,

on behalf of Unknown Recovery Partners Holdings I  LLC mkwon@ovedlaw.com

Michael Y. Kwon,

on behalf of Unknown CCP Credit Acquisition Holdings  LLC mkwon@ovedlaw.com

Michael Y. Kwon,

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. mkwon@ovedlaw.com

Michele Angell

on behalf of Interested Party Strongbow Fund Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown FFI Fund Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown FYI Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Poet Advisors mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Prophet Capital Asset Management mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Whitebox Advisors LLC mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Creditor Tricadia Capital Management  LLC mangell@kasowitz.com, courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown Olifant Fund  Ltd. mangell@kasowitz.com, courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Tilden Park Capital Management LP mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Creditor BlueMountain Capital Management LLC and Affiliates mangell@kasowitz.com
courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Deer Park Road Management Company  LP mangell@kasowitz.com, courtnotices@kasowitz.com

Michelle Goldis

on behalf of Interested Party Quoniam Asset Management GmbH michelle.goldis@wilmerhale.com

Michelle McMahon

on behalf of Defendant St. Regis New York michelle.mcmahon@bryancave.com

Michelle A. Mendez

on behalf of Creditor Health Care Service Corporation mmendez@crb-law.com  kim@crb-law.com

Michelle Young Suh Park

on behalf of Defendant Shield Securities Ltd  michelle.park@freshfields.com

Michelle Young Suh Park

on behalf of Unknown Shield Securities Limited michelle.park@freshfields.com

Mitchell R. Berger

on behalf of Defendant Buckeye Tobacco Settlement Financing Authority mitchell.berger@squirepb.com
mitch-berger-3122@ecf.pacerpro.com

Mitchell R. Berger

on behalf of Creditor Buckeye Tobacco Settlement Financing Authority mitchell.berger@squirepb.com
mitch-berger-3122@ecf.pacerpro.com

Monika S. Wiener

on behalf of Creditor Various LBT Noteholders mwiener@jonesday.com

Monique J. Mulcare

on behalf of Unknown The Joint & Several Liquidators Of Lehman Brothers Asia Capital Company mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferor Lehman Brothers Securities Asia Limited (In Liquidation) mmulcare@mayerbrown.com

Monique J. Mulcare

District/off: 0208-1                                          User: admin                                          Page 226 of 297
Date Rcvd: Sep 30, 2022                                      Form ID: 144                                         Total Noticed: 1386

on behalf of Creditor Lehman Brothers Taiwan Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Lehman Brothers Netherlands Horizons B.V. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Barep Asset Managment (Ireland) Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferee BNP Paribas Securities Corp. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor ING Investment Managment CLO II  Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor The Northern Trust Company mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferee Credit Suisse Credit Strategies Liquidating Trust mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor The Joint & Several Liquidators Of Lehman Brothers Commercial Corporation Asia Limited
mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Unknown BNP Paribas Energy Trading GP mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Castlerigg Master Investments Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor ING Investment Managment CLO I  Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferor HKSCC Nominees Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor BNP Paribas Energy Trading GP mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Bankinter S.A. mmulcare@mayerbrown.com

Motty Shulman

on behalf of Interested Party BNP Paribas  London Branch MSHULMAN@BSFLLP.COM

Motty Shulman

on behalf of Defendant BNP Paribas  London Branch MSHULMAN@BSFLLP.COM

My Chi To

on behalf of Interested Party Rockefeller Group Development Corporation mcto@debevoise.com

My Chi To

on behalf of Interested Party Rockefeller Center North  Inc. mcto@debevoise.com

My Chi To

on behalf of Interested Party Rockefeller Center Management Corporation mcto@debevoise.com

My Chi To

on behalf of Interested Party Rock-Forty-Ninth LLC mcto@debevoise.com

N. Theodore Zink, Jr.

on behalf of Unknown Central Pacific Bank tzink@mccarthyfingar.com

N. Theodore Zink, Jr.

on behalf of Creditor Bayview Finacial  L.P. and Bayview Opportunity Master Fund, L.P. tzink@mccarthyfingar.com

Nathalie Baker

on behalf of Defendant Credit Suisse International nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Energy LLC nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Loan Funding LLC. nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Securities nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse AG nbaker@cravath.com  mao@cravath.com

Nathan Haynes

on behalf of Defendant RJ Capital Services  Inc. haynesn@gtlaw.com

Nathan Haynes
    on behalf of Defendant Raymond James Financial  Inc. haynesn@gtlaw.com

Nathan E. Jones
    on behalf of Creditor US Debt Recovery V  LP info@usdrllc.com

Nava Hazan
    on behalf of Interested Party Roche US DB Plans Master Trust nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Interested Party Mirabella nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Unknown McDermott Will & Emery LLP nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Interested Party Marie Papillon nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Interested Party Eskaton Properties  Incorporated nava.hazan@squirepb.com,
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Interested Party Marie J. Papillon nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
    on behalf of Interested Party Crestview Capital Master LLC nava.hazan@squirepb.com
    sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Neal W. Cohen
    on behalf of Unknown Bouef Limited ncohen@halperinlaw.net

Neil E. Herman
    on behalf of Creditor Intercall  Inc. neil.herman@kirkland.com

Neil E. Herman
    on behalf of Creditor Cognizant Technology Solutions neil.herman@kirkland.com

Neil R Lieberman
    on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
    as Trustees for Certain Mortgage-Backed Securities Trust nlieberman@hsgllp.com,
    crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil R Lieberman
    on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
    Mortgage-Backed Securities Trusts nlieberman@hsgllp.com, crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil R Lieberman
    on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
    nlieberman@hsgllp.com, crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil S. Binder
    on behalf of Creditor CVI AV Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Creditor Banc of America Securities Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Unknown CVIC Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Unknown BKM Holdings (Cayman) Ltd. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Unknown Goldman Sachs Lending Partners LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Creditor BDF Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Creditor CarVal GCF Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Unknown CVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
    on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

District/off: 0208-1                                          User: admin                                                    Page 228 of 297
Date Rcvd: Sep 30, 2022                              Form ID: 144                                              Total Noticed: 1386

Neil S. Binder

on behalf of Creditor DK Acquisition Partners  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown HCN LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Morgan Stanley Bank International Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown Blue Angel Claims LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown HLF LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CarVal GCF Lux Master S.a.r.l nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVF II LUX FINCO  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI HH Investments LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF Lux Finco  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI GVF Lux 12 S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor P. Schoenfeld Asset Management nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Longacre Capital Partners (QP)  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Morgan Stanley Senior Funding  Inc. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CarVal GCF Lux Master S.a.r.l nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CVF III Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI AV Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF II LUX FINCO  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Longacre Capital Partner(QP)  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI AA Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVF Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF III Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CHVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC II Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI AA Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CHVF Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Millenium Management  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Royal Bank of Scotland  plc nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CHVF Lux Master S.a.r.l. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CVF II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVIC II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF II Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI AA Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVF Lux Finco  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown Hightip Capital LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Field Point IV S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF III Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Bank Of America  N.A. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Empyrean Capital Partners  LP nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Longacre Master Fund  Ltd. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil Sheehan Begley

on behalf of Creditor Blackwell Partners LLC neil.begley@srz.com

Neil Sheehan Begley

on behalf of Transferee Alpine Swift Master LP neil.begley@srz.com

Neil Sheehan Begley

on behalf of Unknown Compass HTV LLC neil.begley@srz.com

Neil Sheehan Begley

on behalf of Transferee BKM Holdings (Cayman) Ltd. neil.begley@srz.com

Neil Sheehan Begley

on behalf of Transferee Magnetar Global Event Driven Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley

on behalf of Transferee Blackwell Partners LLC neil.begley@srz.com

Neil Sheehan Begley

on behalf of Unknown Hipparchus Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley

on behalf of Unknown Magnetar Capital Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley

on behalf of Transferee Empyrean Investments  LLC neil.begley@srz.com

Neil Sheehan Begley

on behalf of Unknown Morgan Stanley Senior Funding  Inc. neil.begley@srz.com

Neil Sheehan Begley

on behalf of Unknown Magnetar Global Event Driven Master Fund neil.begley@srz.com

Neil Sheehan Begley

on behalf of Creditor Spectrum Opportunities Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Magnetar Capital Master Fund  Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor N7522AA LLC neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown BKM Holdings (Cayman) Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Compass Offshore HTV PCC Limited neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Magnetar Global Event Driven Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Magnetar Capital Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Wingspan Master Fund  LP neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Hipparchus Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Spectrum Opportunities Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Spectrum Opportunities Master Fund neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Hipparchus Master Fund Ltd neil.begley@srz.com

Neil Yahr Siegel
on behalf of Other Prof. Morrison Cohen LLP bankruptcy@morrisoncohen.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Securities ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Loan Funding LLC. ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse International ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse AG ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Energy LLC ncarullo@cravath.com  Mao@cravath.com

Nicholas M. Miller
on behalf of Interested Party Neal  Gerber & Eisenberg LLP nmiller@mcdonaldhopkins.com, kporter@mcdonaldhopkins.com

Nicholas P. Crowell
on behalf of Defendant UniCredit Bank AG  London Branch ncrowell@sidley.com,
nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Crowell
on behalf of Defendant PCA Life Assurance Co. Ltd. ncrowell@sidley.com
nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Crowell
on behalf of Defendant BlackRock  Inc. ncrowell@sidley.com, nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Zalany
on behalf of Defendant Buckeye Tobacco Settlement Financing Authority nicholas.zalany@squirepb.com

Nicholas P. Zalany
on behalf of Creditor Buckeye Tobacco Settlement Financing Authority nicholas.zalany@squirepb.com

Nickolas Karavolas
on behalf of Unknown Union Bank  N.A. nkaravolas@phillipslytle.com, ddrons@phillipslytle.com

Nickolas Karavolas
on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP nkaravolas@phillipslytle.com  ddrons@phillipslytle.com

Nicole Stefanelli
on behalf of Creditor Wilmington Trust nstefanelli@lowenstein.com  nstefanelli@lowenstein.com

Nicole Stefanelli
on behalf of Creditor U.S. Bank National Association nstefanelli@lowenstein.com  nstefanelli@lowenstein.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 231 of 297
Total Noticed: 1386

Nicole A Leonard

on behalf of Defendant Wilmington Trust  N.A., Trustee to Citibank, NA., as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates nleonard@mdmc-law.com, sshidner@mdmc-law.com

Nicole A Leonard

on behalf of Defendant Nationstar Mortgage LLC nleonard@mdmc-law.com  sshidner@mdmc-law.com

Nicole M. Fulfree

on behalf of Unknown Nationstar Mortgage LLC nfulfree@lowenstein.com

Nicole M. Fulfree

on behalf of Transferee NATIONSTAR MORTGAGE LLC nfulfree@lowenstein.com

Nils Edward Horning

on behalf of Creditor Cantor Fitzgerald Securities nhorning@cantor.com

Nolan E. Shanahan

on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh nshanahan@coleschotz.com  ssallie@coleschotz.com

Nolan E. Shanahan

on behalf of Creditor Federal Home Loan Bank of Pittsburgh nshanahan@coleschotz.com  ssallie@coleschotz.com

Nora Bojar

on behalf of Creditor Bank Of Montreal nbojar@fklaw.com  jshaw@fklaw.com

Oksana G. Wright

on behalf of Defendant Federal Home Loan Bank of New York owright@foxrothschild.com  hwrenn@foxrothschild.com

Olivia Italiano

on behalf of Plaintiff Lehman Brothers Holdings Inc. ojitaliano@norris-law.com

Omar-John C. Chavez

on behalf of Creditor John Dmuchowski ochavez@smithstratton.com

Omid H. Nasab

on behalf of Defendant Credit Suisse Securities onasab@cravath.com  mao@cravath.com

Omid H. Nasab

on behalf of Defendant Credit Suisse Loan Funding LLC. onasab@cravath.com  mao@cravath.com

Omid H. Nasab

on behalf of Defendant Credit Suisse AG onasab@cravath.com  mao@cravath.com

Omid H. Nasab

on behalf of Defendant Credit Suisse Energy LLC onasab@cravath.com  mao@cravath.com

Omid H. Nasab

on behalf of Defendant Credit Suisse International onasab@cravath.com  mao@cravath.com

Oren Buchanan Haker

on behalf of Creditor IHC Health Services Inc. oren.haker@stoel.com  kevin.mckenzie@stoel.com;docketclerk@stoel.com

Paige M Willan

on behalf of Defendant Syncora Guarantee Inc. pwillan@klehr.com

Pamela Rogers Chepiga

on behalf of Counter-Claimant KBC Financial Products USA  Inc. pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Counter-Claimant KBC Financial Products UK Limited pamela.chepiga@newyork.allenovery.com kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Defendant Somers Dublin Ltd. A/C KBC Pledged to Lehman Brothers Finance SA pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Defendant KBC Investments Cayman Islands V Limited pamela.chepiga@newyork.allenovery.com kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Defendant KBC Financial Products UK Limited pamela.chepiga@newyork.allenovery.com kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Defendant KBC Investments Limited pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Defendant KBC Financial Products USA  Inc. pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Counter-Claimant KBC Investments Cayman Islands V Limited pamela.chepiga@newyork.allenovery.com
kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Counter-Claimant KBC Investments Limited pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Rogers Chepiga

on behalf of Counter-Claimant Somers Dublin Ltd. A/C KBC Pledged to Lehman Brothers Finance SA
pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Smith Holleman

on behalf of Attorney Sullivan & Worcester LLP pholleman@eink.com

Pamela Smith Holleman

on behalf of Creditor Finlandia Group plc pholleman@eink.com

Parker J Milender

on behalf of Creditor Morgan Stanley Senior Funding  Inc. parker.milender@srz.com

Parker J Milender

on behalf of Unknown Morgan Stanley & Co. LLC parker.milender@srz.com

Pat Dixon

on behalf of Unknown Fulton County Tax Commissioner pat.dixon@fultoncountyga.gov
Terry1.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov

Patricia Tomasco

on behalf of Defendant RGA Reinsurance Company  Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com

Patricia Tomasco

on behalf of Unknown GDF SUEZ Energy Marketing North America pattytomasco@quinnemanuel.com
barbarahowell@quinnemanuel.com

Patricia H. Heer

on behalf of Creditor Pennsylvania Public School Employees' Retirement System odmclean@duanemorris.com

Patricia H. Heer

on behalf of Creditor Aspecta Assurance International Luxembourg S.A. odmclean@duanemorris.com

Patricia H. Heer

on behalf of Unknown Pennsylvania Public School Employees' Retirement System odmclean@duanemorris.com

Patricia Williams Prewitt

on behalf of Creditor Dynegy Power Marketing  Inc. Patti@pprewittlaw.com

Patrick Collins

on behalf of Unknown John Adair pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor Cargill Investment Group  Ltd. pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor CA  Inc. pcollins@farrellfritz.com

Patrick Maschio

on behalf of Creditor CVIC Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Carval GCF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Unknown York Global Finance BDH  LLC patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CarVal GCF Lux Master S.a.r.l patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVI CVF II Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVF Lux Finco  LLC patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVI CVF III Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Stone Lion Portfolio L.P. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Unknown CVI HH Investments LP patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Wells Fargo Securities LLC patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVI CHVF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor SL Liquidation Fund L.P. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor HHLF L.P. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVIC II Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Unknown Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor LLSM L.P. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor CVI AA Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Permal Stone Lion Fund Ltd. patrick.maschio@rimonlaw.com

Patrick D. Oh

on behalf of Creditor Deutsche Bundesbank patrick.oh@freshfields.com

Patrick D. Oh

on behalf of Attorney Freshfields Bruckhaus Deringer US LLP patrick.oh@freshfields.com

Patrick D. Oh

on behalf of Creditor HIgh Lodge patrick.oh@freshfields.com

Patrick D. Oh

on behalf of Creditor Davy Darren patrick.oh@freshfields.com

Patrick D. Oh

on behalf of Creditor CommerzBank A.G. patrick.oh@freshfields.com

Patrick D. Oh

on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG; SLB Leasing-Fonds GmbH & Co Odin KG; SLB
Leasing-Fonds GmbH & Co Thor KG; SLB Leasing-Fonds GmbH & Co Uranus KG patrick.oh@freshfields.com

Patrick J. Trostle

on behalf of Examiner Anton R. Valukas trostle66@gmail.com  jessica.lopez@tklaw.com

Patrick J. Trostle

on behalf of Attorney Jenner & Block LLP trostle66@gmail.com  jessica.lopez@tklaw.com

Patrick J. Trostle

on behalf of Other Prof. Jenner & Block  LLP trostle66@gmail.com, jessica.lopez@tklaw.com

Patrick L. Hayden

on behalf of Unknown The Toronto-Dominion Bank phayden@mcguirewoods.com

Patrick M. Connorton

on behalf of Creditor Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher pconnorton@cohengresser.com

Paul Kizel

on behalf of Creditor Christopher R. Manning pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor Lehman Brothers Mortgage Backed Securities Litigation Lead Plaintiff pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor BlueMountain Credit Alternatives Master Fund  L.P. pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor BlueMountain Capital Management LLC and Affiliates pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor Herbert W. Kwan pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P pkizel@lowenstein.com

Paul Kizel

on behalf of Unknown Blue Mountain Credit Alternatives Master Fund L.P. pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs pkizel@lowenstein.com

Paul Kizel

on behalf of Creditor Libertyview Capital Management LLC and Certain Affiliated Funds pkizel@lowenstein.com

Paul Rubin

on behalf of Defendant Hamilton Home Loans  Inc. prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Paul Vizcarrondo, Jr.

on behalf of Unknown JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul Vizcarrondo, Jr.

on behalf of Creditor JP Morgan Chase Bank N.A. pvizcarrondo@wlrk.com  calert@wlrk.com

Paul Vizcarrondo, Jr.

on behalf of Defendant JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul Vizcarrondo, Jr.

on behalf of Counter-Claimant JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul A. Batista

on behalf of Creditor Unclaimed Property Recovery Service  Inc. batista007@aol.com

Paul A. Batista

on behalf of Unknown Unclaimed Property Recovery Service  Inc. batista007@aol.com

Paul A. Rachmuth

on behalf of Creditor BCP Voyager Master Funds SPC  Ltd. paul@paresq.com

Paul B. Haskel

on behalf of Unknown Goldman Sachs Lending Partners LLC phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Emery 68  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Fifth Street Station LLC phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown SVP Acquisitions  LLC phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Goldman  Sachs & Co. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Wilmot Yards  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown TCA Event Investments S.a.r.l. phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Fifth Street Station LLC phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Astatine III  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Creditor Jefferies Leveraged Credit Products  LLC phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Oriole Birch  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown TCA Opportunity Investments S.a.r.l. phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Creditor Morgan Stanley Senior Funding  Inc. phaskel@crowell.com,

RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Wingspan Master Fund  LP phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Javano Management  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel

on behalf of Unknown Morgan Stanley Senior Funding  Inc. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. O'Neill

on behalf of Defendant Lehman Brothers Holdings Inc. boneill@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Paul B. O'Neill

on behalf of Debtor Lehman Brothers Holdings Inc. boneill@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Paul B. O'Neill

on behalf of Unknown York Capital Management  L.P. boneill@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Paul Bartholomew Green

on behalf of Plaintiff Lehman Brothers Special Financing Inc. bartgreen@jonesday.com

Paul F Condzal

on behalf of Creditor Miller Advertising Agency  Inc. Paul@Condzal-law.com

Paul H. Silverman

on behalf of Creditor Corporate Park Associates Inc. PSilverman@mclaughlinstern.com

Paul J. Labov

on behalf of Creditor Pacific Life Insurance Company plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Interested Party The Beaver Country Day School plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Interested Party The Charles River School plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Creditor Nicholas W. Lazares plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Interested Party Massachusetts Development Finance Agency plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Creditor Stephen J. Friedman plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Creditor Richard N. Wayne plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Intervenor ERP Operating Limited Partnership plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Creditor OM Financial Life Insurance Company plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov

on behalf of Interested Party Massdevelopment/Saltonstall Building Redevelopment Corporation plabov@pszjlaw.com
plabov@foley.com

Paul J. Ricotta

on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC pjricotta@mintz.com
docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul J. Ricotta

on behalf of Interested Party Teva Pharmaceutical Works Company pjricotta@mintz.com
docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul J. Ricotta

on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company pjricotta@mintz.com
docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul L. Ratelle

on behalf of Creditor Bremer Financial Corporation pratelle@fwhtlaw.com

Paul M. Basta

on behalf of Unknown Adams Mark Mezz Holdings LLC pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown LBREP Lakeside SC Master I  LLC pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II  L.P. pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners II pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown CapStar Copley LLC pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners III pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown Lehman Brothers Real Estate Partners III pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown Lehman Brothers Real Estate Mezzanine Partners  L. P. pbasta@paulweiss.com

Paul N. Silverstein

on behalf of Interested Party Thoroughbred Fund L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Thoroughbred Master Ltd paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Centerbridge Special Credit Partners  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown RBS Securities Inc. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Strategic Value Special Situations Master Fund  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor SPCP Group L.L.C. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CSCP Credit Acquisition Holdings Luxco  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CSCP II ACQUISITION LUXCO  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee Strategic Value Master Fund  Ltd. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee Credit Suisse Loan Funding LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee The Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor KT Credit LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Silver Point Capital Fund  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Credit Suisse International paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CCP Credit Acquisition Holdings  LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Royal Bank of Scotland  plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown The Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Centerbridge Special Credit Partners  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CCP Credit Acquisition Holdings Luxco  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown JPMORGAN CHASE BANK  N.A. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Palomino Fund Limited paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Recovery Partners Holdings I  LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Appaloosa Investment L.P. 1 paulsilverstein@huntonak.com

Paul R. DeFilippo

on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. pdefilippo@wmd-law.com
jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Commercial Paper  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Unknown Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holdings  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Debtor Lehman Brothers Holdings Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Derivative Products Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. pdefilippo@wmd-law.com
jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Unknown IPC Systems  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Sola Ltd. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holding Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Special Financing Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holdings Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. Franke, III

on behalf of Creditor Cherry Creek Mortgage Co Inc paul.franke@moyewhite.com  Vickie.Yeomans@moyewhite.com

Paul R. Franke, III

on behalf of Defendant Cherry Creek Mortgage Co.  Inc. paul.franke@moyewhite.com, Vickie.Yeomans@moyewhite.com

Paul S. Hessler

on behalf of Unknown Lehman Brothers International (Europe) (in administration) paul.hessler@linklaters.com
brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Unknown Storm Funding Limited paul.hessler@linklaters.com  brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) paul.hessler@linklaters.com
brenda.diluigi@linklaters.com

Paul S. Hessler

|  |  |
|---|---|
| | on behalf of Unknown LB UK Financing Limited (in administration) paul.hessler@linklaters.com  brenda.diluigi@linklaters.com |
| Paul S. Hessler | |
| | on behalf of Unknown Unknown paul.hessler@linklaters.com  brenda.diluigi@linklaters.com |
| Paul S. Hessler | |
| | on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) paul.hessler@linklaters.com brenda.diluigi@linklaters.com |
| Paul V. Shalhoub | |
| | on behalf of Creditor S.A.C. Global Macro Fund  LLC maosbny@willkie.com, pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Creditor Millennium International  Ltd. maosbny@willkie.com, pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Creditor Christoph Henkel maosbny@willkie.com  pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Creditor Sigma Fixed Income Fund  Ltd. maosbny@willkie.com, pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Plaintiff Structured Asset Securities Corporation maosbny@willkie.com  pshalhoub@willkie.com |
| Paul V. Shalhoub | |
| | on behalf of Creditor Quantum Partners LP maosbny@willkie.com  pshalhoub@willkie.com |
| Peter Feldman | |
| | on behalf of Interested Party Lloyds TSB Bank plc pfeldman@otterbourg.com awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Unknown The Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Creditor The Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Defendant Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Unknown Federal Deposit Insurance Corporation  as Receiver of Westernbank Puerto Rico pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Unknown FDIC  as Receiver of Westernbank Puerto Rico pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Feldman | |
| | on behalf of Creditor Mitsubishi UFJ Securities International PLC pfeldman@otterbourg.com awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com |
| Peter Jaffe | |
| | on behalf of Defendant Shield Securities Ltd  peter.jaffe@freshfields.com |
| Peter Janovsky | |
| | on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA PJanovsky@zeklaw.com, mantonivich@zeklaw.com |
| Peter Janovsky | |
| | on behalf of Defendant American Home Assurance Company PJanovsky@zeklaw.com  mantonivich@zeklaw.com |
| Peter Munro | |
| | on behalf of Plaintiff Lehman Brothers Special Financing Inc. petermunro@quinnemanuel.com |
| Peter Munro | |
| | on behalf of Plaintiff Lehman Brothers Commodity Services Inc. petermunro@quinnemanuel.com |
| Peter Munro | |
| | on behalf of Plaintiff Lehman Brothers Commercial Corp. petermunro@quinnemanuel.com |
| Peter Munro | |
| | on behalf of Plaintiff Lehman Brothers Holdings Inc. petermunro@quinnemanuel.com |
| Peter Sverd | |
| | on behalf of Defendant Family Mortgage Inc. psverd@sverdlawfirm.com |

Peter A. Ivanick
                    on behalf of Defendant SCOR Reinsurance Company peter.ivanick@hoganlovells.com

Peter A. Ivanick
                    on behalf of Unknown CCP Credit Acquisition Holdings  LLC peter.ivanick@hoganlovells.com

Peter A. Ivanick
                    on behalf of Unknown Centerbridge Special Credit Partners II  L.P. peter.ivanick@hoganlovells.com

Peter Alan Zisser
                    on behalf of Creditor HSBC Realty Credit Corporation(USA) Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor SBA Communications Corporation  U.S. Bank National Association, Singapore Airlines, Limited, HSBC
                    Realty Credit Corporation (USA), Carlton Willard Homes, Inc. Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor SAS Institute  Inc. Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor ITOCHU Corporation Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor U.S. Bank National Association Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor SBA Communications Corporation Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor Singapore Airlines  Limited Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor Monument Realty LLC Lawzisser@twcny.rr.com

Peter Alan Zisser
                    on behalf of Creditor Carlton Willard Homes  Inc. Lawzisser@twcny.rr.com

Peter D. Isakoff,
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. peter.isakoff@weil.com

Peter D. Isakoff,
                    on behalf of Plaintiff Lehman Brothers Commercial Corporation peter.isakoff@weil.com

Peter John Barrett
                    on behalf of Creditor Merrill Lynch Portfolio Management  Inc. and Merrill Lynch Capital Services, Inc.
                    peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter John Barrett
                    on behalf of Defendant Windstream Iowa Communications  Inc., (f/k/a Iowa Telecommunications Services, Inc.),
                    peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter John Barrett
                    on behalf of Unknown Merrill Lynch Portfolio Management  Inc. and Merrill Lynch Capital Services, Inc.
                    peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter L. Simmons
                    on behalf of Creditor Federal Home Loan Bank of Atlanta peter.simmons@friedfrank.com

Peter Michael Wade
                    on behalf of Defendant Richard O'Toole pwade@gibsondunn.com

Peter Michael Wade
                    on behalf of Defendant The Related Companies Inc. pwade@gibsondunn.com

Peter Michael Wade
                    on behalf of Defendant Rosegreen Trust pwade@gibsondunn.com

Peter Nils Baylor
                    on behalf of Creditor Nutter  McClennen & Fish LLP pnb@nutter.com

Peter S. Partee, Sr.
                    on behalf of Creditor Bank of America  National Association, Successor by Merger to LaSalle Bank, N.A. ppartee@huntonak.com

Peter S. Partee, Sr.
                    on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National
                    Association ppartee@huntonak.com

Peter T. Barbur
                    on behalf of Defendant Credit Suisse Loan Funding LLC. pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse Energy LLC pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse International pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse Securities pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse AG pbarbur@cravath.com  mao@cravath.com

Peter V. Pantaleo

on behalf of Unknown Simpson Thacher & Bartlett LLP ppantaleo@stblaw.com

Philip Kaufler

on behalf of Unknown Jeffrey P Eves philip@kauflerlaw.com

Philip Anthony Wells

on behalf of Unknown Merrick Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Sacamano Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 A-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Wooderson Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown BKS Claims LLC philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Chester Square  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Creditor Sankaty Credit Opportunities III  L.P. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Newtonville Partners L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Creditor Sankaty Special Situations I  L.P. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Bretton Notch Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Harrison Pastures  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee RLT Holdings 2008-2  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Whatley Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Baupost Group Securities L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown HB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown PB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Maximilian Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Jackson Canyon Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Eldorado Brothers  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Caturra Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 B-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Seaworth Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- I philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee El Dorado Brothers  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 C-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Swearengen Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Fairley Way  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Sunken Ledge  LLC philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown YB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Maximilian Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Dylan Creek  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Baupost Group Securities  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Mallard Way  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Nelson Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Zombrano Capital  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Hickok Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Vincent Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Creditor ELSF 3 Apollo Blocker Ltd. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Shafer Fund  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- III philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- II philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Redpath Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Lamorak Advisors  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown LBCCO-1  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Lagan Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Tolliver Place  LLC philip.wells@ropesgray.com

Philip D. Anker

on behalf of Interested Party Varde Investment Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Creditor Varde Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Creditor Banque Populaire Cote d'Azur philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022

User: admin
Form ID: 144

Page 242 of 297
Total Noticed: 1386

Philip D. Anker

on behalf of Interested Party International Swaps and Derivatives Association  Inc. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Unknown Varde Investment Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip J. Gross

on behalf of Unknown Nationstar Mortgage LLC pgross@lowenstein.com

Philip John Nichols

on behalf of Creditor President Securities (Hong Kong) Limited pnichols@philipjohnnichols.com

Philip R. Schatz

on behalf of Defendant Buck Institute for Age Research pschatz@wmd-law.com  philip.schatz@mac.com

Philip Rogers Stein

on behalf of Interested Party Direct Mortgage  Corp. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant CTX Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Colonial Savings  F.A. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant SUN AMERICAN MORTGAGE COMPANY pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Eagle Home Mortgage  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Allied Mortgage Group  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Standard Pacific Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Plaintiff Lehman Brothers Holdings Inc. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Patriot Mortgage Co.  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Oaktree Funding Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Sun West Mortgage Company  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Arlington Capital Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Windsor Capital Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Paramount Residential Mortgage Group  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Gateway Mortgage Group  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Unknown Luxury Mortgage Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Eagle Mortgage Holdings  LLC et al. Universal American Mortgage Company LLC, Standard Pacific
Mortgage, Inc. TBI Mortgage , DHI Mortgage Company Ltd., Mountain West Financial, Inc., Shea Mortgage Inc.
pstein@bilzin.com, mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Standard Pacific Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Crestline Funding Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant E*TRADE Bank pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Shea Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant OAKTREE FUNDING CORP. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant TBI Mortgage Company f/k/a Westminster Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage
Corporation pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Capital Bank Corporation  as successor by merger to TIB Bank pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant First Equity Mortgage Bankers  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Luxury Mortgage Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Crestline Funding Corp. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Universal American Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Bank of England pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant DHI Mortgage Company  Ltd. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Mountain West Financial  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party CTX Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant LHM Financial Corporation pstein@bilzin.com

mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant SAAB Financial Corp pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Allied Mortgage Group Inc. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Shea Mortgage Inc. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Freedom Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Southern Oaks Mortgage Inc pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party PrimeLending  a PlainsCapital Company pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Universal American Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Sun American Mortgage Company pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip W. Allogramento, III

on behalf of Creditor Delaware Life Insurance Company pallogramento@connellfoley.com

Phillip W. Bohl

on behalf of Defendant MoneyGram Securities LLC phillip.bohl@lathropgpm.com

Pieter Van Tol

on behalf of Creditor Thomas Marsoner pieter.vantol@hoganlovells.com  marie.ferrara@hoganlovells.com

R. Stephen Painter, Jr.

on behalf of Unknown Commodity Futures Trading Commission spainter@cftc.gov

Rachel Freeman

on behalf of Creditor Melvyn J. Colby rfreeman@dealysilberstein.com

Rachel Izower-Fadde

on behalf of Defendant Mortgage World Bankers  Inc. rizower@izowerfeldman.com, pmarkou@izowerfeldman.com

Rachel G. Skaistis

on behalf of Defendant Credit Suisse International rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis

on behalf of Defendant Credit Suisse AG rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis

on behalf of Defendant Credit Suisse Securities rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis

on behalf of Defendant Credit Suisse Energy LLC rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis

on behalf of Defendant Credit Suisse Loan Funding LLC. rskaistis@cravath.com  mao@cravath.com

Rachel J. Mauceri

on behalf of Defendant Susquehanna Bank rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri

on behalf of Defendant The Lincoln National Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri

on behalf of Defendant First Northern Bank and Trust Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri

on behalf of Defendant Country Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri
                    on behalf of Defendant Lincoln National Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rafael J. Valdes
                    on behalf of Unknown Banco Interior de Sao Paulo  S.A. rvaldes@astidavis.com

Ralph I. Miller
                    on behalf of Counter-Defendant Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman
                    Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Defendant Lehman Brothers Holding Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Defendant Lehman Brothers OTC Derivatives Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Plaintiff Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Plaintiff Lehman Brothers Commodity Services  Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Debtor Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
                    Financing Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Defendant Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Plaintiff Lehman Brothers Financial Products Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Defendant Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Unknown Clerk's Office of the United States Bankruptcy Court ralph.miller@weil.com

Ralph I. Miller
                    on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph M. Stone
                    on behalf of Creditor Karl Ernsdoerfer rstone@lawssb.com

Ralph M. Stone
                    on behalf of Unknown Karolina Bernhard rstone@lawssb.com

Randall Rainer
                    on behalf of Plaintiff Lehman Brothers Special Financing Inc. rrainer@wmd-law.com

Randall Rainer
                    on behalf of Plaintiff Rosslyn LB Syndication Partner LLC rrainer@wmd-law.com

Randall H Romero
                    on behalf of Defendant LHM Financial Corporation rromero@americanmlg.com

Randolph E. White
                    on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios rwhite@wwlawgroup.com
                    randolphewhite@aol.com

Randy Lewis Martin
                    on behalf of Unknown Maverick Fund USA  Ltd. randall.martin@shearman.com,
                    Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
                    om

Randy Lewis Martin
                    on behalf of Unknown Maverick Fund II  Ltd. randall.martin@shearman.com,
                    Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
                    om

Randy Lewis Martin
                    on behalf of Unknown Maverick Neutral Levered Fund  Ltd. randall.martin@shearman.com,
                    Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
                    om

Randy Lewis Martin
                    on behalf of Unknown Maverick Long Enhanced Fund  Ltd. randall.martin@shearman.com,

Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Randy Lewis Martin

on behalf of Unknown Maverick Neutral Fund  Ltd. randall.martin@shearman.com,
Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Randy Lewis Martin

on behalf of Unknown Maverick Fund  L.D.C. randall.martin@shearman.com,
Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Raniero D'Aversa

on behalf of Creditor Depfa Bank plc rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Method Investment and Advisory rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Method Investments & Advisory Ltd rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Shinsei Securities Co.  Ltd rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Amias Berman & Co LLP rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor South Ferry Capital Master Fund Ltd. rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Unknown Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. rdaversa@orrick.com
mperrigino@orrick.com;nymao@orrick.com

Ray A. Mandlekar

on behalf of Interested Party Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Ka Kin Wong e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Chun Ip e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Ka Kin Wong e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Chun IP e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Interested Party Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Interested Party Chun Ip e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Unknown Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Unknown Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Interested Party Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar
　　　　　on behalf of Plaintiff Ka Kin Wong e_file_sd@csgrr.com

Raymond W Verdi, Jr
　　　　　on behalf of Interested Party Barclays Capital  Inc. rwvlaw@yahoo.com

Rebecca A. Rodriguez
　　　　　on behalf of Defendant The Crossfire Financial Network Inc. rebecca.rodriguez@nelsonmullins.com
jenny.sica@gray-robinson.com

Rene S. Roupinian
　　　　　on behalf of Creditor CYNTHIA SWABSIN rsr@raisnerroupinian.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian
　　　　　on behalf of Plaintiff ALEXANDER LEYTMAN rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian
　　　　　on behalf of Plaintiff Miron Berenshteyn rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian
　　　　　on behalf of Plaintiff CYNTHIA SWABSIN rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Richard A. Graham
　　　　　on behalf of Interested Party SRM Global Master Fund LP rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Transferee Sparkasse Hannover rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Unknown Certain Members and Customers of the Members of the Deutscher Sparkassen und Giroverband
rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Transferee Sparkasse Giessen rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Transferee Frankfurter Sparkasse rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Unknown Attestor Capital LLP rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham
　　　　　on behalf of Creditor Acumen Fund  Inc. rgraham@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard B. Levin
　　　　　on behalf of Defendant Credit Suisse AG rlevin@jenner.com

Richard B. Levin
　　　　　on behalf of Defendant Credit Suisse Energy LLC rlevin@jenner.com

Richard B. Levin
　　　　　on behalf of Unknown BLT-39 LLC rlevin@jenner.com

Richard B. Levin
　　　　　on behalf of Defendant Credit Suisse International rlevin@jenner.com

Richard B. Levin

on behalf of Defendant Credit Suisse Securities rlevin@jenner.com

Richard C. Tisdale

on behalf of Creditor Commonwealth Bank of Australia richard.tisdale@friedfrank.com

Richard C. Tisdale

on behalf of Unknown Bridgewater Associates  LP richard.tisdale@friedfrank.com

Richard F. Hahn

on behalf of Unknown The Minami-Nippon Bank Limited rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn

on behalf of Interested Party Parkcentral Global Hub Limited rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn

on behalf of Unknown D.E. Shaw & Co.  L.P. rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn

on behalf of Unknown D.E. Shaw & Co. L.L.C. rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard G. Menaker

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. rmenaker@mhjur.com

Richard G. Menaker

on behalf of Plaintiff James W. Giddens rmenaker@mhjur.com

Richard G. Ziegler

on behalf of Creditor MPC Munchmeyer Petersen Structured Products Gmbh rziegler@mayerbrown.com
rziegler@mayerbrown.com

Richard J Bernard

on behalf of Creditor Metavante Corporation richard.bernard@faegredrinker.com

Richard J Bernard

on behalf of Unknown Investec Bank (Switzerland) AG richard.bernard@faegredrinker.com

Richard J. Flanagan,

on behalf of Unknown Interface Cable Assemblies and Services Corp. a/k/a ICAS rflanagan@flanaganlawny.com

Richard J. McCord

on behalf of Creditor Thomson C. Murray  Jr. RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord

on behalf of Unknown Monti Family Holding Company  Ltd RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. Schager, Jr.

on behalf of Creditor Michael K. McCully schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Unknown Michael K. McCully schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Unknown Patrick Cremin schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Michael Whang schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Nancy J Stanton schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Unknown Wendy M Uvino schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Dana Feller schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Unknown David J. Brooks schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Judith Winchester schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Craig Kornett schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Creditor Ian A. Neville schager@ssnylaw.com

Richard J. Schager, Jr.

on behalf of Unknown Nestor De Jesus schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Adrian Graves schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Kathleen Ann Wojcik schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Michael J. Petrucelli schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Jack L. Rivkin schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Michael J Mullen schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Michael Collier schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Paul Gasparro schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor COLIN S.A. WELCH schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Sarah J Lewis schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Karen M. Simon Krieger schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Barry Porter schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Alvaro Santodomingo Martel schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Maria Anagnostopoulos schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor John B Quattrocchi schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Michael Gran schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Hugh M. McGee schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Neil Dubrow schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Sandra M. Hahn-Colbert schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Paola Biraschi schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Paola Biraschi schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Blayne M Ross schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor William S Broadbent schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Jennifer Becker schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Sandra Hahn-Colbert schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Sara Minsteris schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Karen H. Brewer schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Unknown Paul Nigel Shotton schager@ssnylaw.com

Richard J. Schager, Jr.
                    on behalf of Creditor Louise Goldberg schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor GUILLEMETTE CALLIES schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Yeruchim Levilev schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Fabio Liotti schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Helmut Olivier schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Nicholas P Howard schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Harriet Chan King schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Patricia Salles schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Margaret E. Smith schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Jeffrey Wecker schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Gregory D. Feller schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Craig O Benson schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Steven Schwab schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor John Laurino schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Dana A Feller schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Paul C Acerra schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor John D Marzonie schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Andrea Sullivan schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Karen M. Simon Krieger schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Christiane Schuster schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Stamell & Schager LLP schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Steven D Christie schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Nestor DeJesus schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Timothy B. Wil;kinson schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Norman Siegel schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Ian W. Anderson schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown David Brooks schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Brian Seward schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Kenneth F Kollar schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Tracy A Mullen schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Wendy M Uvino schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Paola Birashi schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Stephen J Snelling schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Joseph G. D'amadeo schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Steven Engel schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Michael Gran schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Richard Peters schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Kathleen R. Sorensen schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Pierluigi Volini schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor GREGG W. HAWES schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Gregg Somma schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor David J. Brooks schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Tal Lev Ari schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Lawrence E. McCarthy schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Anshuman Goyal schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Ross Shapiro schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Roberto Frazao schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Bridget E O'Connor schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Michael Thomas Engle schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Unknown Jennifer Adler schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Robert W Lazarus schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Gregg W. HAWES schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Michael S. Glover schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Gregg Somma schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Luigi Zeppetelli schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Thomas O'Sullivan schager@ssnylaw.com

Richard J. Schager, Jr.
　　　　　on behalf of Creditor Charles B Rudnick schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Harriet Chan King schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Peter Ward schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Patricia M. Luken schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Michael S. Glover schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Margaret L. Smith schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Martin Patterson schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Guillemette Callies schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Antoinette E La Belle schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Julian Iragorri schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Sandy Fleischman Richman schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor John J. Dmuchowski schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Colin S.A. Welch schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Milan Veleba schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Peter G Kollydas schager@ssnylaw.com

Richard J.J. Scarola
    on behalf of Unknown Certain Participants in the Executive and Select Employees Plan of Shearson Lehman Brothers  Inc. rjjs@szslaw.com, az@szslaw.com,mv@szslaw.com,eo@szslaw.com

Richard L. Epling
    on behalf of Unknown Banc of America Credit Products  Inc. richard.epling@pillsburylaw.com

Richard M. Goldman
    on behalf of Unknown Farallon Capital Partners  L.P. rgoldman@ecf.inforuptcy.com

Richard M. Goldman
    on behalf of Unknown FCPLP rgoldman@ecf.inforuptcy.com

Richard M. Meth
    on behalf of Creditor Community Trust Bancorp Inc. msteen@foxrothschild.com

Richard M. Meth
    on behalf of Interested Party MidCountry Bank msteen@foxrothschild.com

Richard P. Norton
    on behalf of Unknown Genworth Financial  Inc. rnorton@hunton.com

Richard P. Norton
    on behalf of Creditor Comerica Bank rnorton@hunton.com

Richard S. Kanowitz
    on behalf of Creditor AboveNet Communications Inc. richard.kanowitz@haynesboone.com  efiling-notice@ecf.pacerpro.com

Richard Steven Miller
    on behalf of Creditor AllianceBernstein L.P. robert.honeywell@klgates.com

Richard Steven Miller
    on behalf of Interested Party FirstBank Puerto Rico robert.honeywell@klgates.com

Richard W. Clary
    on behalf of Defendant Credit Suisse (Europe) Ltd. rclary@cravath.com  mao@cravath.com

Richard W. Clary
    on behalf of Defendant Credit Suisse Securities rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse AG rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Loan Funding LLC. rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Energy LLC rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse International rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Securities (USA) LLC rclary@cravath.com  mao@cravath.com

Richard W. Martinez

on behalf of Creditor Louisiana Sheriff's Pension and Relief Fund claire@rwmaplc.com

Rick Aaron Steinberg

on behalf of Defendant Bridgeview Mortgage Corp. rsteinberg@pricemeese.com

Rishi Zutshi

on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. rzutshi@cgsh.com  maofiling@cgsh.com

Rishi Zutshi

on behalf of Defendant Morgans Financial Limited rzutshi@cgsh.com  maofiling@cgsh.com

Riyaz G. Bhimani

on behalf of Creditor Merchantil Commercebank  N.A. rbhimani@eckertseamans.com

Robert Honeywell

on behalf of Interested Party FirstBank Puerto Rico robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Creditor AllianceBernstein L.P. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant Revelstoke CDO I Limited Canadian Securitization Group robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Interested Party IFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)
robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Creditor FHC Master Fund  Ltd. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant Suburban Mortgage  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Scannell

on behalf of Unknown SunCal Debtors rscannell@morganlewis.com

Robert A. Scher

on behalf of Unknown KPMG LLP rscher@foley.com

Robert Alan Johnson

on behalf of Creditor Dynegy Power Marketing  Inc. rajohnson@akingump.com, nymco@akingump.com

Robert C. Penn, Jr

on behalf of Plaintiff Lehman Brothers Holdings Inc. rpenn@shertremonte.com

Robert C. Yan

on behalf of Creditor Capital One  N.A. ryan@otterbourg.com

Robert C. Yan

on behalf of Creditor CA  Inc. ryan@otterbourg.com

Robert D. Albergotti

on behalf of Creditor Steven G. Holder Living Trust robert.albergotti@haynesboone.com  kim.morzak@haynesboone.com

Robert D. Albergotti

on behalf of Interested Party American Airlines  Inc., BP Capital Energy Equity Fund, L.P., BP Capital Energy Fund, L.P., BP
Cap. Energy Equity Intl. Hldgs. I, LP, BP Cap. Energy Equity Fund Master II, LP, EXCO Operating Company,
robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com

Robert E Eggmann

on behalf of Defendant First Integrity Mortgage Services  Inc. ree@carmodymacdonald.com,
ala@carmodymacdonald.com;syd@carmodymacdonald.com

Robert E. Nies
                    on behalf of Creditor Mack-Cali Realty LP rnies@csglaw.com

Robert E. Pershes
                    on behalf of Creditor Camilo Kuri Con rpershes@bdblaw.com

Robert E. Pershes
                    on behalf of Creditor Jose Kuri Con rpershes@bdblaw.com

Robert E. Tarcza
                    on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund bobt@tglaw.net

Robert F. Elgidely
                    on behalf of Unknown Tim Choy Fung relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Ka Kin Wong relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown FUK SHING Wong relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown SIU KWAN Wong relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Interested Party Lai Mei Chan relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Interested Party Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown YUEN FUN Tang relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Plaintiff Yin Ying Leung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown SAU KING Tse relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Plaintiff Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown LIN TEI TSE relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown SING HEUNG relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown LAI KUEN CHAN relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Yin Ying Leung relgidely@foxrothschild.com
                    BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                    on behalf of Unknown Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Ka Kin Wong relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown Ka Kin Wong relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Coscan Construction  LLC relgidely@foxrothschild.com,
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Yin Ying Leung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Respondent Jamie H. Murcia relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown CHUN IP relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Siu Lui Ching relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Creditor Jamie H. Murcia relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown Yin Ying Leung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Unknown YEE MING Shen relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Plaintiff Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Interested Party Sing Heung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

    on behalf of Plaintiff Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert H. Trust

    on behalf of Creditor Lehman Brothers Europe Limited (in administration) robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shauin.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert H. Trust

    on behalf of Transferor Marble Arch Residential Securitisation No. 4 PLC (in liquidation) robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shauin.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert H. Trust

    on behalf of Creditor Lehman Brothers Europe Limited robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shauin.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert J. Keach

    on behalf of Creditor Hebron Academy Incorporated rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahradka@bernsteinshur.com

Robert J. Lemons

    on behalf of Plaintiff Lehman Brothers Holdings Inc. robert.lemons@weil.com

Robert J. Lemons

    on behalf of Plaintiff Lehman Brothers Holdings Inc.  as Plan Administrator robert.lemons@weil.com

Robert J. Lemons

on behalf of Debtor Merit  LLC robert.lemons@weil.com

Robert J. Lemons

on behalf of Debtor Lehman Brothers Holdings Inc. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Special Financing Inc. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Commercial Corp. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Commodity Services  Inc. robert.lemons@weil.com

Robert J. Rosenberg

on behalf of Interested Party Ernst & Young LLP rachel.feld@lw.com

Robert J. Rosenberg

on behalf of Unknown Latham & Watkins LLP rachel.feld@lw.com

Robert J. Rosenberg

on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB rachel.feld@lw.com

Robert Jeffery Black

on behalf of Plaintiff State Street Bank And Trust Company michael.ableson@bingham.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee of Unsecured Creditors rd@morr-law.com  bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Intervenor Official Committee Of Unsecured Creditors rd@morr-law.com  bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Unknown Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al, rd@morr-law.com,
bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. rd@morr-law.com
bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Attorney Quinn Emanuel Urquhart & Sullivan  LLP rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Unknown Quinn Emanuel Urquhart & Sullivan  LLP rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Gross

on behalf of Plaintiff Maximilian Coreth rgross@evw.com

Robert K. Malone

on behalf of Creditor TSX Inc. rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Unknown Canadian Exchange Group rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Creditor Toronto Stock Exchange rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Creditor Allianz Global Investors AG rmalone@gibbonslaw.com

Robert K. Minkoff

on behalf of Interested Party Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert K. Minkoff

on behalf of Creditor Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert Kline Gross

on behalf of Unknown Maximilian Coreth rgross@barclaydamon.com

Robert M. Fleischer

on behalf of Interested Party John P. Conroy rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Fleischer

| | |
|---|---|
| | on behalf of Interested Party Setai Group  LLC rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com |
| Robert M. Fleischer | |
| | on behalf of Interested Party Jonathan J. Breene rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com |
| Robert M. Fleischer | |
| | on behalf of Interested Party NC Land Corporation rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com |
| Robert M. Fleischer | |
| | on behalf of Interested Party Setai (Turks & Caicos) Ltd. rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com |
| Robert M. Hirsh | |
| | on behalf of Creditor The Vanguard Group  Inc. rhirsh@lowenstein.com |
| Robert M. Novick | |
| | on behalf of Plaintiff Sola Ltd. rnovick@kasowitz.com  courtnotices@kasowitz.com |
| Robert M. Novick | |
| | on behalf of Interpleader-def. Lloyds TSB Bank plc rnovick@kasowitz.com  courtnotices@kasowitz.com |
| Robert M. Novick | |
| | on behalf of Cross-Claimant Lloyds TSB Bank plc rnovick@kasowitz.com  courtnotices@kasowitz.com |
| Robert M. Schechter | |
| | on behalf of Creditor Aadit Seshasayee rmschechter@pbnlaw.com<br>pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Yaspan | |
| | on behalf of Unknown American Dream Realty. Inc. tmenachian@yaspanlaw.com  Court@Yaspanlaw.com |
| Robert Michael Farquhar | |
| | on behalf of Creditor Structure Consulting Group  LLC mfarquhar@winstead.com |
| Robert N. H. Christmas | |
| | on behalf of Creditor Bryant University rchristmas@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com |
| Robert N. H. Christmas | |
| | on behalf of Creditor Intuition Publishing  Inc. rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Robert N. Michaelson | |
| | on behalf of Creditor Henry Morgan Lawrence  III rmichaelson@r3mlaw.com, hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Creditor Brian W. Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Unknown W. Brian Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Unknown Brian Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Creditor Washington State Tabacco Settlement Authority rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Creditor Nicole S. Lawrence rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert N. Michaelson | |
| | on behalf of Creditor Donald Boughram rmichaelson@r3mlaw.com  hcolon@r3mlaw.com |
| Robert Neil Holtzman | |
| | on behalf of Defendant Lehman Brothers Holdings Inc. rholtzman@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Robert Peter Weiss | |
| | on behalf of Unknown North Atlantic Mortgage Corporation rweiss@johnstonthomas.com |
| Robert Peter Weiss | |
| | on behalf of Defendant Gateway Bank rweiss@johnstonthomas.com |
| Robert R. Hall | |
| | on behalf of Creditor State of Arizona robert.hall@azag.gov |
| Robert S. Goodman | |
| | on behalf of Unknown Symphony Asset Management LLC rgoodman@moundcotton.com |
| Robert S. Goodman | |
| | on behalf of Creditor Kreissparkasse Heinsberg rgoodman@moundcotton.com |
| Robert W Wong | |
| | on behalf of Defendant Family Mortgage Inc. rww@fwatty.com |
| Robert W Wong | |
| | on behalf of Unknown Family Mortgage  Inc. rww@fwatty.com |

Robert W. Brundige, Jr.

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
brundige@hugheshubbard.com

Robert W. Brundige, Jr.

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors brundige@hugheshubbard.com

Robert W. Dremluk

on behalf of Creditor Nelson Westerberg  Inc. DBA Atlas Van Lines, Inc. rdremluk@culhanemeadows.com,
rwd1517@gmail.com,grantecf@gmail.com

Robert William Hamburg

on behalf of Interested Party CALIBER HOME LOANS  INC. rhamburg@mayerbrown.com

Robert William Yalen

on behalf of Unknown United States of America robert.yalen@usdoj.gov

Robin A. Henry

on behalf of Defendant BNP Paribas  London Branch rhenry@bsfllp.com

Robin Elizabeth Keller

on behalf of Unknown Piney Branch Park Inc. robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor Pearl Assurance Limited robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor Quintessence Fund L.P. robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor QVT Fund LP robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Unknown QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Unknown Christopher Donoho QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Unknown Babson Capital Management LLC robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor Piney Branch Park Inc. robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Creditor QVT Fund L.P. robin.keller@hoganlovells.com

Robin Elizabeth Keller

on behalf of Unknown Lovells LLP robin.keller@hoganlovells.com

Robinson B. Lacy

on behalf of Interested Party Long Island International Limited Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Interested Party Barclays Bank PLC Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund  L.P. Lacyr@sullcrom.com,
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Intervenor-Defendant Long Island International Limited Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Counter-Defendant Long Hill 2006-1  Ltd. Lacyr@sullcrom.com,
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Creditor Giants Stadium LLC Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Interested Party Barclays Capital Inc. Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Interested Party Barclays Capital  Inc. Lacyr@sullcrom.com,
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Defendant Long Island International Ltd. Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

on behalf of Interpleader-def. Barclays Bank PLC Lacyr@sullcrom.com
s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Rocco A. Cavaliere

on behalf of Creditor Italease Finance S.p.A. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Creditor Banca Italease S.p.A. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Attorney Delaware River Port Authority rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Attorney Iconix Brand Group  Inc. rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Attorney Capital Automotive L.P. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Creditor New Jersey Housing and Mortgage Finance Agency rcavaliere@tarterkrinsky.com
snobles@tarterkrinsky.com

Rochelle R. Weisburg

on behalf of Creditor Hanover Moving & Storage Co. Inc. rochellew@shiboleth.com

Rodd C. Walton

on behalf of Plaintiff Pamela Leonard rwalton@legacy-groups.com

Rodd C. Walton

on behalf of Plaintiff Marie A Walton rwalton@legacy-groups.com

Rodd C. Walton

on behalf of Plaintiff Rodd C. Walton rwalton@legacy-groups.com

Rodd C. Walton

on behalf of Plaintiff William H Walton rwalton@legacy-groups.com

Roger A Cooper

on behalf of Counter-Claimant FSA Administrative Services LLC, as Trustee for the Credit Protection Trust 283
racooper@cgsh.com, maofiling@cgsh.com

Roger A Cooper

on behalf of Counter-Claimant Credit Protection Trust 207 racooper@cgsh.com  maofiling@cgsh.com

Roger A Cooper

on behalf of Counter-Claimant Credit Protection Trust 283 racooper@cgsh.com  maofiling@cgsh.com

Roger A Cooper

on behalf of Defendant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation racooper@cgsh.com
maofiling@cgsh.com

Roger A Cooper

on behalf of Defendant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207 racooper@cgsh.com,
maofiling@cgsh.com

Roger A Cooper

on behalf of Counter-Claimant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207
racooper@cgsh.com, maofiling@cgsh.com

Roger A Cooper

on behalf of Defendant Credit Protection Trust 283 racooper@cgsh.com  maofiling@cgsh.com

Roger A Cooper

on behalf of Defendant Credit Protection Trust 207 racooper@cgsh.com  maofiling@cgsh.com

Roger A Cooper

on behalf of Counter-Claimant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation
racooper@cgsh.com  maofiling@cgsh.com

Roger A Cooper

on behalf of Defendant FSA Administrative Services LLC, as Trustee for the Credit Protection Trust 283 racooper@cgsh.com,
maofiling@cgsh.com

Roger David Netzer

on behalf of Creditor Silver Lake Credit Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor OZ Global Special Investments Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor AIG CDS  Inc. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor OZ Capital Structure Arbitrage Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor OZ Master Fund Limited Re OZ Management maosbny@willkie.com  rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor Fir Tree Value Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor OZ Asia Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer

on behalf of Creditor OZ Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger G. Jones

on behalf of Creditor Franklin American Mortgage Company rjones@bccb.com

Rohit Sabharwal

on behalf of Unknown MAP 98 Segregated Portfolio of LMA SPC sabilaw@aol.com

Rohit Sabharwal

on behalf of Unknown PWCM Master Fund Ltd. sabilaw@aol.com

Rohit Sabharwal

on behalf of Unknown Oceana Master Fund Ltd. sabilaw@aol.com

Rohit Sabharwal

on behalf of Unknown Pentwater Equity Opportunities Master Fund Ltd. sabilaw@aol.com

Roland Gary Jones

on behalf of Defendant Gabriel Financial Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Greenback Funding Inc pacer.rolandjones@gmail.com

Ron Jacobs

on behalf of Claims and Noticing Agent Epiq Corporate Restructuring  LLC Claims Agent rjacobs@ecf.epiqsystems.com

Ron Jacobs

on behalf of Unknown Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Ronald L. Cohen

on behalf of Creditor Global Thematic Opportunities Fund  LP cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Claren Road Credit Master Fund  Ltd cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Zephyr Recovery cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor China Fund (Cayman) Ltd. cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Sound Energy Partners  Inc. cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Investcorp Interlachen Multi-Strategy Master Fund Limited cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Goldman Sachs Lending Partners  LLC cohenr@sewkis.com

Ronald L. Cohen

on behalf of Interested Party The Sumitomo Trust & Banking Co.  Ltd. cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor Alexander Lesin cohenr@sewkis.com

Ronald L. Cohen

on behalf of Creditor China Fund LP cohenr@sewkis.com

Ronald L. Cohen

on behalf of Interested Party Law Debenture Trust Company of New York  as Separate Trustee cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Battenkill Asset Management  LLC cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Froley Revy Alternative Strategies Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Morgan Stanley Bank International Limited cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Breen Investors International Fund  LP cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Claren Road Credit Opportunities Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Nexstar Developing Opportunities Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor CFIP Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Transferee Simmons & Simmons LLP cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Global Thematic Opportunities Fund LP cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Transferee Boussard & Gavaudan Fund PLC cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Tang Capital Partners LP cohenr@sewkis.com

Ronald L. Cohen
                    on behalf of Creditor Claren Road Credit Master Fund Ltd. cohenr@sewkis.com

Ronald M. Terenzi
                    on behalf of Attorney Stagg  Terenzi, Confusione & Wabnik, LLP rterenzi@tcpclaw.com

Ronald M. Terenzi
                    on behalf of Interested Party Laurel Cove Development  LLC rterenzi@tcpclaw.com

Ronald Scott Beacher
                    on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. rbeacher@pryorcashman.com,
                    docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Interested Party Israel Discount Bank Of New York rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Interested Party SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Unknown SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Creditor SPCP Group L.L.C. rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Transferee TRC Master Fund LLC rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Creditor Silver Point Capital  LP rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
                    on behalf of Creditor Michael S. Glover rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronit Berkovich
                    on behalf of Plaintiff Lehman Brothers Holdings Inc. Ronit.Berkovich@weil.com

Rosanne Thomas Matzat
                    on behalf of Interested Party Avista Corporation and Powerex Corp. rmatzat@hahnhessen.com
                    hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart
                    @hahnhessen.com

Ross Eric Morrison
                    on behalf of Defendant FLAGSTAR BANK  FSB ross@yankwitt.com, docket@buckleyfirm.com

Ross G Shank
                    on behalf of Creditor Richard S. Hajdukiewicz rshank@kasowitz.com  courtnotices@kasowitz.com

Ross M. Kwasteniet
                            on behalf of Unknown LBREM II REIT Holdings LLC ross.kwasteniet@kirkland.com

Ross M. Kwasteniet
                            on behalf of Creditor Gables GP Holdings LLC ross.kwasteniet@kirkland.com

Ross M. Kwasteniet
                            on behalf of Unknown Lehman Brothers Real Estate Mezzanine Partners II  L.P. ross.kwasteniet@kirkland.com

Ross M. Kwasteniet
                            on behalf of Creditor PCCP  LLC ross.kwasteniet@kirkland.com

Russell Lowell Reid, Jr.
                            on behalf of Creditor The Bank of New York Mellon bwolfe@sheppardmullin.com

Russell Lowell Reid, Jr.
                            on behalf of Unknown Israel Discount Bank Of New York bwolfe@sheppardmullin.com

Ryan Eric Long
                            on behalf of Creditor Brian W. Monahan rlong@landapllc.com

Ryan F Thomas
                            on behalf of Unknown North Atlantic Mortgage Corporation rthomas@johnstonthomas.com

Ryan F Thomas
                            on behalf of Defendant Gateway Bank rthomas@johnstonthomas.com

Ryan F Thomas
                            on behalf of Defendant 1st Advantage Mortgage  L.L.C. rthomas@johnstonthomas.com

Ryan J Andreoli
                            on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
                            Financing Inc. randreoli@jonesday.com, docketnortheast@jonesday.com

S. Jason Teele
                            on behalf of Interested Party Claimants represented by Lowenstein Sandler LLP steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor Reliant Energy Services  Inc. and Reliant Energy Power Supply, LLC steele@sillscummis.com,
                            mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Bankruptcy Counsel to Certain Claimants steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor First Choice Power  L.P. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading  LLC)
                            steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Interested Party The Class in the Securities Litigation steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor NRG Energy  Inc. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor EnergyCo  LLC and EnergyCo Marketing and Trading steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Securities Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Creditor First Choice Power  L.P., Optim Energy Marketing and Trading, LLC (f/k/a EnergyCo Marketing and
                            Trading, LLC), Reliant Energy Power Supply, LLC and Lead Plaintiffs steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Lead Plaintiff in the Mortgage Backed Securities Litigation steele@sillscummis.com
                            mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Mortgage Backed Securities Litigation Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele
                            on behalf of Unknown Genon  Inc. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele
                            on behalf of Interested Party Lead Plaintiff and the Putative Class steele@sillscummis.com  mco@sillscummis.com

Sally M. Henry

on behalf of Attorney Robert A. Weber Sally.Henry@skadden.com

Sally M. Henry

on behalf of Unknown Chicago Mercantile Exchange Sally.Henry@skadden.com

Sally M. Henry

on behalf of Attorney Skadden  Arps, Slate, Meagher & Flom LLP Sally.Henry@skadden.com

Sally M. Henry

on behalf of Creditor Blackrock Financial Management  Inc. Sally.Henry@skadden.com

Sally M. Henry

on behalf of Unknown NASDAQ OMX Group  Inc. Sally.Henry@skadden.com

Sally M. Henry

on behalf of Defendant American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Sally M. Henry

on behalf of Interested Party American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Sally M. Henry

on behalf of Creditor Region Marche Sally.Henry@skadden.com

Sally M. Henry

on behalf of Attorney Anthony W. Clark Sally.Henry@skadden.com

Sally M. Henry

on behalf of Counter-Claimant American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Samuel G. Mann

on behalf of Defendant Greenpoint Mortgage Funding  Inc. smann@cahill.com

Samuel H. Rudman

on behalf of Plaintiff Chun IP srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Yin Ying Leung srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Siu Lui Ching srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Lai Mei Chan srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Jin Liu srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Interested Party Royal Park Investments SA/NV srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Sing Heung srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Ka Kin Wong srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel L. Butt

on behalf of Plaintiff Moore Macro Markets Fund (Master)  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Global Investments  LTD. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff LM Moore LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Capital Advisors  L.L.C. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Macro Fund  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Macro Fund  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant SJL Moore  Ltd sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Capital Advisors  L.L.C. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Macro Markets Fund (Master) LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Global Investments  LTD. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant JR Moore  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Trade Process Corporation sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant LM Moore LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff JR Moore  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff SJL Moore  Ltd sbutt@schlamstone.com

Samuel S. Kohn

on behalf of Unknown Informal Committee of Noteholders of iStar Financial  Inc. kohn.sam@dorsey.com

Sandra E. Mayerson

on behalf of Interested Party Caisse de depot et placement du Quebec sandy@mhlaw-ny.com

Sara E. Lorber

on behalf of Creditor City of Chicago slorber@wfactorlaw.com  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Sara E. Lorber

on behalf of Interested Party City of Chicago slorber@wfactorlaw.com  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Sara M. Tapinekis

on behalf of Creditor Calyon sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party ING Investment Management Co. sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party ING Quantitative Strategies Master Ltd. sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party The ING Proprietary Alpha Fund LLC sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party Credit Agricole Corporate and Investment Bank sara.tapinekis@cliffordchance.com

Sarah Campbell

on behalf of Interested Party Turkiye Sinai Kalkinma Bankasi A.S. sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Unknown Pacific Investment Management Company LLC sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CenturyLink  Inc. Defined Benefit Master Trust sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CNP Assurances sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CenturyLink  Inc. Defined Contribution Plan Master Trust sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Creditor German Association of Savings Banks sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party PIMCO Cayman Trust: PIMCO Global Aggregate Ex-Japan Income Fund
sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Zama International Limited sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Creditor Pacific Investment Management Company LLC sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Dexia Bank SA sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Wincent Investment Limited sarah.campbell@cliffordchance.com

Sarah Efronson
on behalf of Unknown Epiq Corporate Restructuring  LLC sefronson@jonesday.com

Sarah Efronson
on behalf of Debtor Lehman Brothers Holdings Inc. sefronson@jonesday.com

Sarah K. Loomis Cave
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Unknown James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
cave@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Scarlett Elizabeth Collings
on behalf of Plaintiff Lehman Brothers Special Financing Inc. scarlett.collings@weil.com

Scott Cargill
on behalf of Unknown Cerberus Series Four Holdings  LLC scargill@lowenstein.com

Scott Cargill
on behalf of Creditor Lehman Brothers GTAA Unit Trust 1 scargill@lowenstein.com

Scott Cargill
on behalf of Interested Party Lowenstein Sandler PC scargill@lowenstein.com

Scott Cargill
on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P scargill@lowenstein.com

Scott Cargill
on behalf of Creditor LibertyView Global Risk Arbitrage Fund  L.P. and LibertyView Special Opportunities Fund, L.P.
scargill@lowenstein.com

Scott Cargill
on behalf of Creditor Cerberus Partners  L.P. and Cerberus International, Ltd. scargill@lowenstein.com

Scott Lewis
on behalf of Creditor US Bank  National Association, as Trustee slewis@chapman.com

Scott Talmadge,
on behalf of Creditor Wells Fargo  N.A. scott.talmadge@freshfields.com,
usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com

Scott Talmadge,
on behalf of Creditor Wells Fargo & Co. scott.talmadge@freshfields.com
usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com

Scott A. Zuber
on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund,
Ltd. szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. szuber@csglaw.com,
ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor SPCP Group L.L.C. szuber@csglaw.com  ecf@csglaw.com

Scott C. Shelley
on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates scottshelley@quinnemanuel.com

Scott D. Thomson
on behalf of Unknown Essex Equity Holdings USA  LLC sthomson@cohengresser.com, autodocket@cohengresser.com

Scott Edward Koerner
on behalf of Creditor RR Investment Company  Ltd nymc@troutmansanders.com

Scott Edward Koerner
on behalf of Creditor Rovida Holdings Limited nymc@troutmansanders.com

Scott Edward Koerner
on behalf of Creditor Great Bay Condominium Owners Association nymc@troutmansanders.com

Scott Edward Koerner
on behalf of Other Prof. Dr. Michael C. Frege  in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz) nymc@troutmansanders.com

Scott Edward Koerner
on behalf of Creditor Rakepoll Finance N.V. nymc@troutmansanders.com

Scott G. Greissman
on behalf of Creditor Hana Bank  as trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY Dual Star Derivative Derivatives Fund D-1 sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott G. Greissman
on behalf of Creditor Kookmin Bank  as trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fun sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott G. Greissman
on behalf of Creditor Kookmin Bank  as trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan IBK-Samsung Heavy Industry Equity Linked Derivat sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott Howard Bernstein
on behalf of Creditor Catalana Occidente  F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Interested Party BANK OF AMERICA  N.A. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Unknown HBK Master Fund L.P. scott@scottbernsteinlaw.com  scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor Reaseguros Credito y Caucion  S.A.U. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor CATOC VIDA  Sociedad Anonima de Seguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor Friedman  Billings, Ramsey Group, Inc. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Plaintiff Friedman  Billings, Ramsey Group, Inc. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor Catalana Occidente Prevision  EPSV scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Interested Party E*TRADE Bank scott@scottbernsteinlaw.com  scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Unknown Credit-Based Asset Servicing and Securitization LLC scott@scottbernsteinlaw.com  scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Interested Party Genworth Life Insurance Company  formerly known as General Electric Capital Assurance Corporation scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor DEPSA  Sociedada Anonima de Seguros y Reaseguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein
on behalf of Creditor Nortehispana de Seguros y Reaseguros  S.A. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

|  |  |
|---|---|
| | on behalf of Creditor Catalana Occidente RF1  F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com |
| Scott Howard Bernstein | |
| | on behalf of Creditor Seguros Catalana Occidente  Sociedad Anonima de Seguros y Reaseguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com |
| Scott Howard Bernstein | |
| | on behalf of Creditor Catalana Occidente Empleo 1  F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com |
| Scott I. Davidson | |
| | on behalf of Unknown Lehman Brothers Holdings Inc. sdavidson@kslaw.com  jcmccullough@kslaw.com |
| Scott I. Davidson | |
| | on behalf of Unknown Lehman Commercial Paper Inc. sdavidson@kslaw.com  jcmccullough@kslaw.com |
| Scott I. Davidson | |
| | on behalf of Debtor Lehman Brothers Holdings Inc. sdavidson@kslaw.com  jcmccullough@kslaw.com |
| Scott K. Rutsky | |
| | on behalf of Unknown BT Americas Inc. and Radianz Americas Inc. srutsky@proskauer.com erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com |
| Scott K. Rutsky | |
| | on behalf of Unknown Proskauer Rose LLP srutsky@proskauer.com erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com |
| Scott L. Esbin | |
| | on behalf of Creditor Luminus Energy Partners Master Fund Ltd. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown MZ57  L.L.C. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Dolostone  L.L.C. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Monarch Cayman Fund Limited bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Monarch Opportunities Master Fund Ltd bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Luminus Energy Partners Master Fund Ltd. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Creditor Centerbridge Credit Partners LP bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Monarch Capital Master Partners LP bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Monarch Alternative Solutions Master Fund Ltd bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Transferee Merrill Lynch Credit Products  LLC bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Creditor King Street Capital Master Fund  Ltd. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Oakford MF Limited bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Centerbridge Special Credit Partners  L.P. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown KING STREET ACQUISITION COMPANY  L.L.C. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown BALSA GROVE  L.L.C. bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Transferee ALTMA FUND SICAV PLC in Respect of Rowan Sub Fund bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Monarch Debt Recovery Master Fund Ltd bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Unknown Wilfrid Global Opportunity Fund LP bankruptcyinfo@esbinalter.com |
| Scott L. Esbin | |
| | on behalf of Creditor Centerbridge Special Credit Partners  L.P. bankruptcyinfo@esbinalter.com |

Scott L. Esbin
on behalf of Unknown BROMINE MANAGEMENT  L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Creditor King Street Capital  L.P. bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Caladium Partners  L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Panning Master Fund  LP bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown CCP Credit Acquisition Holdings  LLC bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Transferee Jade Tree I  L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Esbin & Alter  LLP bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Monarch Research Alpha Master Fund Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown P Monarch Recovery Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Scottwood Master LTD bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Drawbridge Special Opportunities Fund LP bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Monarch Capital Master Partners II LP bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Unknown Monarch Capital Master Partners II-A LP bankruptcyinfo@esbinalter.com

Scott L. Esbin
on behalf of Transferee Monarch Master Funding Ltd bankruptcyinfo@esbinalter.com

Scott S. Markowitz
on behalf of Creditor AKF Engineers  LLP smarkowitz@tarterkrinsky.com,
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

Scott Walter Reynolds
on behalf of Defendant SCOR Reinsurance Company sreynolds@sreynoldsllc.com  sreynolds@sreynoldsllc.com

Scott Walter Reynolds
on behalf of Defendant Natixis Financial Products LLC sreynolds@sreynoldsllc.com  sreynolds@sreynoldsllc.com

Scott Walter Reynolds
on behalf of Defendant General Security National Insurance sreynolds@sreynoldsllc.com  sreynolds@sreynoldsllc.com

Sean A. O'Neal
on behalf of Interested Party PB Capital Corporation soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party D.E. Shaw Galvanic Portfolios  L.L.C. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Magnetar Constellation Master Fund II Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Banco Bilbao Vizcaya Argentaria  S.A. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor Goldman Sachs Lending Partners  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Goldman Sachs Bank (USA) soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor SPCP Group L.L.C. soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor Goldman Sachs International soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Intervenor Cardinal Investment Sub I  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

Sean A. O'Neal
on behalf of Interested Party Autonomy Capital Research LLP soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Abu Dhabi Investment Authority soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor EOP Funding Master  Ltd. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Defendant Magnetar Constellation Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Transferor D.E. Shaw Kalon Portfolios  L.L.C. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party AB Svensk Exportkredit soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Autonomy Rochevera One Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Deutsche Postbank AG soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Defendant Magnetar Constellation Master Fund II Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Magnetar Constellation Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Defendant Magnetar Constellation Master Fund III Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Magnetar Constellation Master Fund III Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Autonomy Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Intervenor Oak Hill Strategic Partners  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe
on behalf of Unknown SunCal Debtors sokeefe@okeefelc.com  seanaokeefe@msn.com

Sean F O'Shea
on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
Sean.O'Shea@cwt.com, nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sean F O'Shea
on behalf of Defendant Universal American Mortgage Company  LLC Sean.O'Shea@cwt.com,
nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sean F O'Shea
on behalf of Defendant Standard Pacific Mortgage  Inc. Sean.O'Shea@cwt.com, nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sedgwick M. Jeanite
on behalf of Defendant Marsh & McLennan Master Retirement Trust jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite
on behalf of Unknown Marsh USA Inc. jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite
on behalf of Creditor Robert Franz jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite
on behalf of Creditor Carol Bunevich jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Seth Goldman
on behalf of Creditor Southern California Edison Company seth.goldman@mto.com

Seth A. Moskowitz
on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Plaintiff Turnberry Retail Holding  L.P. smoskowitz@kasowitz.com, courtnotices@kasowitz.com

District/off: 0208-1

District/off: 0208-1 | User: admin | Page 270 of 297
Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

Seth A. Moskowitz

on behalf of Plaintiff Turnberry/Centra Sub LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Defendant Fontainebleau Resorts LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Counter-Defendant Turnberry/Centra Sub LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Defendant Jeffrey Soffer smoskowitz@kasowitz.com courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Counter-Defendant Turnberry Retail Holding L.P. smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Plaintiff Turnberry/Centra Office Sub LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth H. Lieberman

on behalf of Creditor Fifth Third Asset Management slieberman@pryorcashman.com cfrench@pryorcashman.com

Seth H. Lieberman

on behalf of Interested Party Iberdrola Renewables Energies USA Ltd. slieberman@pryorcashman.com,
cfrench@pryorcashman.com

Seth H. Lieberman

on behalf of Interested Party Israel Discount Bank Of New York slieberman@pryorcashman.com cfrench@pryorcashman.com

Seth H. Lieberman

on behalf of Interested Party Iberdrola Renewables Inc., fka PPM Energy, Inc. slieberman@pryorcashman.com,
cfrench@pryorcashman.com

Shai Waisman

on behalf of Debtor Lehman Brothers OTC Derivatives Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Lehman Brothers Finance SA shai.waisman@weil.com

Shai Waisman

on behalf of Plaintiff Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Structured Asset Securities Corporation shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Unknown Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor LB Preferred Somerset LLC shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Lehman Brothers Commodity Services Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor LB Somerset LLC shai.waisman@weil.com

Shai Waisman

on behalf of Plaintiff Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Defendant Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Unknown Clerk's Office of the United States Bankruptcy Court shai.waisman@weil.com

Shai Waisman

on behalf of Debtor PAMI Statler Arms LLC shai.waisman@weil.com

Shai Waisman

on behalf of Interested Party Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor LB 2080 Kalakaua Owners LLC shai.waisman@weil.com

Shai Waisman

on behalf of Plaintiff Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor LB 745 LLC shai.waisman@weil.com

Shai Waisman

on behalf of Defendant Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Defendant Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Interested Party Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman

on behalf of Debtor LB Rose Ranch LLC shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff LB 745 LLC shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Brothers Commodity Services Inc. shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman1

on behalf of Plaintiff Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman2

on behalf of Plaintiff Lehman Brothers Derivative Products Inc. shai.waisman@weil.com

Shai Waisman2

on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shannon Leitner

on behalf of Unknown The Structured Finance Industry Group shannon.leitner@freshfields.com

Shannon Leitner

on behalf of Defendant Shield Securities Ltd  shannon.leitner@freshfields.com

Shannon R. Selden

on behalf of Defendant AIA International Ltd. srselden@debevoise.com  mao-bk-ecf@debevoise.com

Shari D. Leventhal

on behalf of Creditor Federal Reserve Bank of New York shari.leventhal@ny.frb.org

Shari D. Leventhal

on behalf of Unknown Federal Reserve Bank of New York shari.leventhal@ny.frb.org

Sharon R. Markowitz

on behalf of Defendant Sutton Bank sharon.markowitz@stinson.com

Sharon R. Markowitz

on behalf of Interested Party Sutton Bank sharon.markowitz@stinson.com

Sharon R. Markowitz

on behalf of Defendant Summit Mortgage Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz

on behalf of Defendant First Horizon Home Loan Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz

on behalf of Interested Party Texas Capital Bank  Sutton Bank, First Bank, and First Horizon Home Loan Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz

| | |
|---|---|
| | on behalf of Interested Party Texas Capital Bank  N.A. sharon.markowitz@stinson.com |
| Sharon R. Markowitz | |
| | on behalf of Interested Party First Horizon Home Loan Corporation sharon.markowitz@stinson.com |
| Sharon R. Markowitz | |
| | on behalf of Defendant Texas Capital Bank  NA sharon.markowitz@stinson.com |
| Sharon R. Markowitz | |
| | on behalf of Defendant First Bank sharon.markowitz@stinson.com |
| Sharon R. Markowitz | |
| | on behalf of Interested Party First Bank sharon.markowitz@stinson.com |
| Shawn Brenhouse | |
| | on behalf of Unknown PHH MORTGAGE CORPORATION shawn.brenhouse@lockelord.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle USA  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shawn Randall Fox | |
| | on behalf of Creditor Fuller Theological Seminary sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Unknown Meridian Comp Of New York  Inc. D/B/A CHD Meridian Healthcare sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Unknown The Toronto-Dominion Bank sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Defendant Winchester Medical Center  Inc. sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Unknown McGuireWoods LLP sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Counter-Claimant Winchester Medical Center  Inc. sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Creditor Chapel Hill Retirement Center  Inc. sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Unknown Varde Investment Partners  L.P. sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Creditor Commonwealth of Virginia Tobacco Settlement Financing Corporation sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Creditor Oaklawn Psychiatric Center sfox@mcguirewoods.com |
| Shaya M. Berger | |
| | on behalf of Unknown 6785778 Canada Inc. sberger@gulkowitzberger.com |
| Shaya M. Berger | |
| | on behalf of Unknown Great Bay Condominium Owners Association sberger@gulkowitzberger.com |
| Shaya M. Berger | |
| | on behalf of Creditor Interwind Corp. sberger@gulkowitzberger.com |
| Shaya M. Berger | |
| | on behalf of Unknown Rovida Holdings Limited and RR Investment Co. Ltd. sberger@gulkowitzberger.com |
| Shaya M. Berger | |
| | on behalf of Unknown Edgewood Management LLC sberger@gulkowitzberger.com |
| Shaya M. Berger | |
| | on behalf of Unknown 2138747 Ontario Ltd. sberger@gulkowitzberger.com |
| Shelley C. Chapman | |
| | on behalf of Creditor Fir Tree Value Master Fund  L.P. maosbny@willkie.com |
| Shelley C. Chapman | |
| | on behalf of Creditor Bloomberg Finance L.P. maosbny@willkie.com |
| Shelley C. Chapman | |
| | on behalf of Creditor Lexington Insurance Company maosbny@willkie.com |
| Shelley C. Chapman | |
| | on behalf of Creditor Bloomberg L.P. maosbny@willkie.com |

Shelley C. Chapman
on behalf of Unknown SunAmerica Life Insurance Company maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor OppenheimerFunds  Inc., Oppenheimer Strategic Income Fund and Certain Other Funds and Accounts Advised or Sub-Advised by OppenheimerFunds, Inc. and its Affiliates maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor Fir Tree Opportunity Master Fund  L.P. maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor Royal Charter Properties-East  Inc. maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor Quantum Partners LDC maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor HarbourView CDO III  Limited maosbny@willkie.com

Shelley C. Chapman
on behalf of Creditor AIG CDS  Inc. maosbny@willkie.com

Sheron Korpus
on behalf of Creditor Loreley Noteholders courtnotices@kasowitz.com

Shmuel Vasser
on behalf of Unknown Stonehill Institutional Partners  L.P. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Russell Multi-Strategy Global Bond Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Russell Global Unconstrained Bond Pool shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor Aviva Investors North America  Inc. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Stonehill Master Fund Ltd. shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Interested Party Russell Investments shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Defendant Klaus Tschira Stiftung GGmbH shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor RUT The International Bond Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor MainStay High Yield Opportunities Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor RTC-CEBFT Russell International Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Defendant Dr HC Tschira Beteiligungs GmbH & Co KG shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor Victoria Reinsurance Company Ltd. shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Solomon J Noh
on behalf of Unknown Maverick Fund  L.D.C. solomon.noh@shearman.com

Solomon J Noh
on behalf of Transferee HCN LP solomon.noh@shearman.com

Solomon J Noh
on behalf of Unknown Maverick Neutral Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Maverick Neutral Levered Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Creditor CIMB Securities (Singapore) Pte Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Nomura Corporate Funding Americas  LLC solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown HLF LP solomon.noh@shearman.com

Solomon J Noh

on behalf of Creditor E.ON SE (f/k/a E.ON AG) solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Halcyon Loan Trading Fund LLC solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown RWNIH-HAM LLC solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Eton Park Master Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Maverick Fund USA  Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown HLTS Fund II LP solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Eton Park Fund  L.P. solomon.noh@shearman.com

Solomon J Noh

on behalf of Transferee HLF LP solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Maverick Fund II  Ltd. solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown HCN LP solomon.noh@shearman.com

Solomon J Noh

on behalf of Unknown Maverick Long Enhanced Fund  Ltd. solomon.noh@shearman.com

Sophia Ree

on behalf of Creditor Federal Home Loan Mortgage Corporation sree@lcbf.com

Spencer A. Burkholz

on behalf of Plaintiff Ka Kin Wong  Siu Lui Ching spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Steiger Associates L.P.

dwatnick@watnicklaw.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse AG  Hong Kong Branch ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Pacher Privatstiftung ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse AG  Zurich/Switzerland ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Transferee Credit Suisse AG  Singapore Branch ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse Lux SA Zweigniederlassung Osterreich ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Transferee Credit Suisse (Schweiz) AG ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Transferee Credit Suisse Lux S.A. Zweigniederlassung Osterreich ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse AG ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse Securities (Japan) Limited ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Transferee Credit Suisse Sucursal en Espana ssweeney@klestadt.com

Stephanie R Sweeney
on behalf of Unknown Bankhaus Carl Spangler & Co. Aktiengesellschaft ssweeney@klestadt.com

Stephanie R Sweeney
on behalf of Unknown Basellandschaftliche Kantonalbank Liestal ssweeney@klestadt.com

Stephen Dacus
on behalf of Defendant United Bank stephen.dacus@kutakrock.com  elizabeth.hulse@kutakrock.com

Stephen A. Donato
on behalf of Creditor Benisasia Investment and Properties  Ltd. sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

Stephen B. Selbst
on behalf of Unknown TFS UK Cleared sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick

Stephen B. Selbst
on behalf of Creditor MEAG New York Corporation sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor The Nishi-Nippon City Bank  Ltd. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS Derivatives Total sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS Oil sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Defendant Genpact Mortgage Services  Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Compagnie Financiere Tradition SA sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS Oil Floor sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Defendant Mirabella sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Tradition Asiel Securities Inc. sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor Tradition Financial Services Inc. sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS (Germany) sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Standard Credit Group LLC sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS Derivatives Corporation sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS (TX) sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Tradition (North America) Inc. sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS UK sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor OHP Opportunity Limited Trust sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS PWR NG sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown AEW Capital Management  LP sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor OHP Opportunity Limited Partnership sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown TFS-ICAP sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor Old Hill Partners  Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

       on behalf of Unknown TFS Sing sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

       on behalf of Unknown Tradition Services S.A..DE C.V. Mex sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

       on behalf of Unknown Lyon Capital Ventures sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

       on behalf of Creditor Venoco  Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen D. Lerner

       on behalf of Unknown Broadridge Securities Processing Solutions  Inc. stephen.lerner@squirepb.com,
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Stephen D. Lerner

       on behalf of Creditor KeyBank National Association stephen.lerner@squirepb.com
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Stephen E. Turman

       on behalf of Defendant North Atlantic Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant Merrimack Mortgage Company  Inc. sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant First Credit Union sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant Gateway Bank  F.S.B sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant The Mortgage House  Inc. sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant First Home Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant Union Mortgage Group  Inc. sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Defendant Nova Financial & Investment Corporation sturman@turmanlegal.com

Stephen E. Turman

       on behalf of Unknown North Atlantic Mortgage Corporation sturman@turmanlegal.com

Stephen E. Weyl

       on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
sweyl@haslaw.com

Stephen H. Gross

       on behalf of Unknown Vignette Europe Limited shgross5@yahoo.com

Stephen H. Gross

       on behalf of Interested Party Vignette Europe Ltd. shgross5@yahoo.com

Stephen L Dreyfuss

       on behalf of Unknown Antonio Manuel Coutinhas Da Silva Ferreira sldreyfuss@hlgslaw.com efiling@hlgslaw.com

Stephen L Dreyfuss

       on behalf of Unknown Fundacion Rafael del Pino sldreyfuss@hlgslaw.com efiling@hlgslaw.com

Stephen L Dreyfuss

       on behalf of Unknown Antonio Manuel Coelho Affonso de Barros sldreyfuss@hlgslaw.com efiling@hlgslaw.com

Stephen L Dreyfuss

       on behalf of Unknown Miguel Lopes de Sousa sldreyfuss@hlgslaw.com efiling@hlgslaw.com

Stephen L Dreyfuss

       on behalf of Unknown Maria Clara Xavier Rocha Gomes Van der Hart sldreyfuss@hlgslaw.com efiling@hlgslaw.com

Stephen L Dreyfuss

User: admin

Form ID: 144

on behalf of Unknown Rui Manuel Dias Moura Teixeria sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L. Weinstein

on behalf of Interested Party Northgate Minerals Corporation sweinstein@eisemanlevine.com

Stephen Louis Braga

on behalf of Defendant BW Realty Advisors LLC bragalaw@gmail.com  slbraga@msn.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Commercial Corporation sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Commercial Corporation sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Holdings Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Holdings Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Special Financing Inc. sfarrelly@jonesday.com

Stephen T Loden

on behalf of Interested Party The Kiyo Bank  Ltd. sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Creditor KN Asset Management Co. sloden@diamondmccarthy.com
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Unknown JA Hokkaido Shinren sloden@diamondmccarthy.com
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Interested Party The Kyoei Fire & Marine Insurance Company  Ltd. sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen Vincent Falanga

on behalf of Creditor Edward Park sfalanga@connellfoley.com  ntravostino@walsh.law

Steve Jakubowski

on behalf of Unknown Robert A. Schoellhorn Trust sjakubowski@rsplaw.com  docketing@rsplaw.com

Steve Jakubowski

on behalf of Creditor Frank M. Paris sjakubowski@rsplaw.com  docketing@rsplaw.com

Steven Cohn

on behalf of Unknown UNITED NORTHERN MORTGAGE BANKERS  Ltd. scohn@scohnlaw.com, scohn@hvc.rr.com

Steven Cohn

on behalf of Defendant United Northern Mortgage Bankers  LTD scohn@scohnlaw.com, scohn@hvc.rr.com

Steven Cousins

on behalf of Creditor Ameren Corporation and its subsidiaries scousins@armstrongteasdale.com

Steven Wolowitz

on behalf of Defendant Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant Societe Generale  New York Branch swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant LaSalle Bank National Association swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Unknown Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Plaintiff Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant Bank Of America  N.A. swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Plaintiff Societe Generale  New York Branch swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven B. Eichel
on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC. seichel@leechtishman.com

Steven B. Levine
on behalf of Creditor Various LBT Noteholders
dmolton@brownrudnick.com;gcicero@brownrudnick.com;DMoxley@brownrudnick.com;hcohen@brownrudnick.com

Steven D. Usdin
on behalf of Creditor The Irvine Company steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

Steven E. Fineman
on behalf of Unknown Certified Class in Austin et al. v. Chisick, et al. sfineman@lchb.com

Steven E. Fineman
on behalf of Unknown City of Oakland sfineman@lchb.com

Steven H. Newman
on behalf of Creditor Tuxedo TPA Owner LLC snewman@katskykorins.com snewman@katskykorins.com

Steven H. Newman
on behalf of Creditor Tuxedo Reserve Owner LLC snewman@katskykorins.com snewman@katskykorins.com

Steven J. Fink
on behalf of Unknown County of Sacramento California steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown International Swaps and Derivatives Association Inc. steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Defendant BIH ASN LLC steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown California Housing Finance Agency steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown Guam Economic Development Authority steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown The Regents of the University of California steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown Ballyrock ABS CDO 2007-1 Limited steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Creditor Golden State Tobacco Securitization Corporation steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown Securities Industry and Financial Markets Association steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Unknown Guam Power Authority steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Defendant BARCLAYS CAPITAL REAL ESTATE INC. steven.fink@sjfinkpllc.com

Steven J. Fink
on behalf of Defendant ARCHSTONE EQUITY HOLDINGS INC. steven.fink@sjfinkpllc.com

Steven J. Reisman
on behalf of Debtor Lehman Brothers Holdings Inc. sreisman@katten.com nyc.bknotices@katten.com

Steven J. Reisman
on behalf of Unknown Lehman Brothers Holdings Inc. sreisman@katten.com nyc.bknotices@katten.com

Steven J. Reisman
on behalf of Unknown Curtis Mallet-Prevost, Colt & Mosle LLP sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
on behalf of Interested Party NYSE Euronext Inc. and New York Stock Exchange, LLC, f/k/a New York Stock Exchange Inc
sreisman@katten.com, nyc.bknotices@katten.com

Steven M. Abramowitz
on behalf of Creditor Continental Airlines Inc. sabramowitz@velaw.com

Steven M. Abramowitz
on behalf of Creditor GSEF Al Nawras (Cayman) Limited sabramowitz@velaw.com

Steven M. Golub
on behalf of Unknown Gruss Global Investors Master Fund Ltd. sgolub@golublaw.com

Steven M. Golub
on behalf of Creditor Perry Principals L.L.C. sgolub@golublaw.com

Steven T. Gubner
on behalf of Creditor City of Long Beach ecf@ebg-law.com

Steven T. Gubner
on behalf of Unknown Steven T. Gubner ecf@ebg-law.com

Steven T. Mulligan
on behalf of Creditor PayReel Inc. smulligan@bsblawyers.com

Steven T. Mulligan
on behalf of Creditor Ironbridge Property Owners Association smulligan@bsblawyers.com

Steven T. Mulligan
on behalf of Creditor Ironbridge Mountain Cottages LLC smulligan@bsblawyers.com

Steven T. Mulligan
on behalf of Creditor Ironbridge Homes LLC smulligan@bsblawyers.com

Steven T. Mulligan
on behalf of Creditor Ironbridge Aspen Collection LLC smulligan@bsblawyers.com

Steven T. Mulligan
on behalf of Creditor Ironbridgte Aspen Collection LLC smulligan@bsblawyers.com

Steven W. Jelenchick
on behalf of Defendant Guaranty Bank sjelenchick@bcblaw.net pmitchell@bcblaw.net

Steven Z. Jurista
on behalf of Unknown Jeffrey Vanderbeek sjurista@genovaburns.com ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com

Susan K. Ehlers
on behalf of Creditor Ameren Corporation and its subsidiaries sehlers@armstrongteasdale.com

Susan T Alterman
on behalf of Defendant Directors Mortgage Inc. salterman@kelrun.com

Tal Unrad
on behalf of Other Prof. Burns & Levinson LLP tal.unrad@arentfox.com

Tal Unrad
on behalf of Creditor Year Up Inc. tal.unrad@arentfox.com

Tal Unrad
on behalf of Creditor ZPR International Inc. tal.unrad@arentfox.com

Tala Amirfazli
on behalf of Defendant Primary Capital Advisors LC tamirfazli@burr.com, jadams@burr.com

Tally Mindy Wiener
on behalf of Creditor Lionel Dardo Occhione tallymindy@gmail.com

Tally Mindy Wiener
on behalf of Creditor Lionel Dardo Occhione tallymindy@gmail.com

Tally Mindy Wiener
on behalf of Creditor Alex Wong Chin Pang tallymindy@gmail.com

Tara B. Annweiler
on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Terrance W Anderson, Jr
on behalf of Defendant The Crossfire Financial Network Inc. tw.anderson@nelsonmullins.com

Terry E. Hall
on behalf of Creditor Indiana State Teachers Retirement Fund terry.hall@faegrebd.com

The Huntington National Bank
ECF.Oster@huntington.com

Theodore McCombs
on behalf of Creditor Giants Stadium LLC mccombst@sullcrom.com

Theodore O. Rogers, Jr.
on behalf of Defendant Barclays Capital Inc. rogerst@sullcrom.com
s&cmanagingclerk@sullcrom.com;theodore-rogers-5334@ecf.pacerpro.com

Thomas Arena
on behalf of Unknown Milbank Tweed, Hadley & McCloy LLP jbrewster@milbank.com

Thomas Scannell
on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company tscannell@foley.com
thomas-scannell-3441@ecf.pacerpro.com

Thomas Alan Draghi
    on behalf of Unknown CorrectNet Inc. tdraghi@westermanllp.com

Thomas C. White
    on behalf of Defendant Giants Stadium LLC whitet@sullcrom.com
    s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas C. White
    on behalf of Creditor Giants Stadium LLC whitet@sullcrom.com
    s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas C. White
    on behalf of Counter-Claimant Giants Stadium LLC whitet@sullcrom.com
    s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas D. Goldberg
    on behalf of Plaintiff Jonathan Keeney tdgoldberg@dbh.com

Thomas D. Goldberg
    on behalf of Creditor Lehman Brothers European Mezzanine Fund 2003-B L.P., et al tdgoldberg@dbh.com

Thomas E. Chase
    on behalf of Unknown Malayan Banking Berhad tc@bonlaw.com

Thomas J. Fleming
    on behalf of Defendant Mariner LDC tfleming@olshanlaw.com docketclerk@olshanlaw.com

Thomas J. Fleming
    on behalf of Defendant Structured Credit Opportunities Fund II LP tfleming@olshanlaw.com, docketclerk@olshanlaw.com

Thomas J. Fleming
    on behalf of Defendant Tricadia Credit Strategies Master Fund Ltd. tfleming@olshanlaw.com, docketclerk@olshanlaw.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market
    Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Wachovia Securities International Limited tmoloney@cgsh.com
    dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor GS European Performance Fund Limited tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Equity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Select High Yield Bond Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund
    tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Intervenor Oak Hill Strategic Partners L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Income Advantage Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen Utilities and High Income Fund tmoloney@cgsh.com
    dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor J. Aron & Company tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
    on behalf of Creditor Evergreen International Balanced Income Fund tmoloney@cgsh.com

dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Lehman Brothers Special Financing Inc. Working Group tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen International Bond Trust tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party LVFN Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA High Income Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select High Yield Bond Trust tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Barclays Capital  Inc. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Goldman Sachs Bank (USA) tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Oculus Portfolios  L.L.C., tmoloney@cgsh.com,
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Investment Management Company tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Multi-Sector Income Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Composite Portfolios  L.L.C. tmoloney@cgsh.com,
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Long Duration Trust tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Intervenor Cardinal Investment Sub I  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs (Japan) Ltd. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen High Income Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Barclays Capital Inc. maofiling@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman  Sachs & Co. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Capital Markets  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. maofiling@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Core Bond Trust Full Discretion tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Wachovia Bank  N.A. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Oak Hill Strategic Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Claims SPV  L.L.C. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Barclays Bank PLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Intermediate Bond Trust Full Discretion tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Barclays Bank PLC maofiling@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party PB Capital Corporation tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Japan Co. Ltd. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Credit Partners L.P. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund
tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Goldman Sachs International Bank tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Evergreen Global Dividend Opportunity Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Goldman Sachs (Asia) Finance tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund
tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market
Fund tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund
tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor Goldman Sachs International tmoloney@cgsh.com   dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Schell
on behalf of Defendant Bank of America  NA. tjschell@bclplaw.com, dortiz@bclplaw.com

Thomas J. Schell
on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION tjschell@bclplaw.com  dortiz@bclplaw.com

Thomas John Wright
on behalf of Defendant Giants Stadium LLC s&cmanagingclerk@sullcrom.com

Thomas John Wright
on behalf of Creditor Giants Stadium LLC s&cmanagingclerk@sullcrom.com

Thomas M. Gaa
on behalf of Interested Party Sun Microsystems  Inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Gaa
on behalf of Interested Party NetApp  Inc. and Network Appliance Limited tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Gaa
on behalf of Interested Party SuccessFactors  Inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Gaa
on behalf of Creditor Yahoo! Inc. tgaa@bbslaw.com  yessenia@bbslaw.com

Thomas M. Gaa
on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems  Inc. tgaa@bbslaw.com,
yessenia@bbslaw.com

Thomas M. Mullaney
on behalf of Unknown 1EE LLC tmm@mullaw.org

Thomas M. Mullaney
on behalf of Debtor Lehman Brothers Holdings Inc. tmm@mullaw.org

Thomas Moers Mayer
on behalf of Unknown Rutger Schimmelpenninck tmayer@kramerlevin.com
docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;wkane@kramerlevin.com

Thomas R. Califano
on behalf of Creditor Lahde Capital Management  LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Defendant LCOR Alexandria L.L.C. nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Creditor Etihad Airways nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Creditor Osterreichische Volksbanken-Aktiengesellschaft
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Attorney DLA Piper LLP (US) nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Creditor Westport Capital Partners  LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Interested Party Banco Banif  SA, et al. nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Creditor Hank's Living Trust nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Transferee Miriam Bano Coscolla nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Defendant PTO Holdings LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Unknown Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Slome
    on behalf of Creditor Dresdner Kleinwort Group Holdings LLC tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
    on behalf of Unknown Duke Energy Ohio  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas Raymond Rask, III
    on behalf of Defendant Directors Mortgage  Inc. trask@kelrun.com

Thomas S. Marrion
    on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
    tmarrion@haslaw.com

Timothy Grinsell
    on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
    tgrinsell@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Timothy Grinsell
    on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
    as Trustees for Certain Mortgage-Backed Securities Trust tgrinsell@hsgllp.com,
    managingclerk@hsgllp.com;crodriguez@hsgllp.com

Timothy F. Nixon
    on behalf of Interested Party Marshall Funds  Inc. and Marshall & Ilsley Trust Company, N.A. tnixon@gklaw.com,
    kboucher@gklaw.com

Timothy F. Nixon
    on behalf of Interested Party Fee Committee tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon
    on behalf of Unknown Marshall & Ilsley Trust Company N.A. tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon
    on behalf of Unknown Marshall Funds  Inc. and Marshall & Ilsley Trust Company, N.A. tnixon@gklaw.com,
    kboucher@gklaw.com

Timothy J. Carter
    on behalf of Creditor Rogge Global Partners PLC tcarter@goulstonstorrs.com

Timothy M Swanson
    on behalf of Defendant Cherry Creek Mortgage Co.  Inc. tim.swanson@moyewhite.com,
    audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy M Swanson
    on behalf of Defendant CHERRY CREEK MORTGAGE CO.  INC. tim.swanson@moyewhite.com,
    audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy M Swanson
    on behalf of Creditor Cherry Creek Mortgage Co Inc tim.swanson@moyewhite.com
    audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy P Griffin
    on behalf of Defendant Summit Mortgage Corporation timothy.griffin@stinson.com

Timothy P Griffin
    on behalf of Defendant Sutton Bank timothy.griffin@stinson.com

Timothy P Griffin
    on behalf of Interested Party First Bank timothy.griffin@stinson.com

Timothy P Griffin

on behalf of Defendant First Horizon Home Loan Corporation timothy.griffin@stinson.com

Timothy P Griffin

on behalf of Defendant Texas Capital Bank  NA timothy.griffin@stinson.com

Timothy P Griffin

on behalf of Defendant First Bank timothy.griffin@stinson.com

Timothy P. Harkness

on behalf of Unknown Shield Securities Limited timothy.harkness@freshfields.com

Timothy P. Harkness

on behalf of Unknown The Structured Finance Industry Group timothy.harkness@freshfields.com

Timothy P. Harkness

on behalf of Defendant Shield Securities Ltd  timothy.harkness@freshfields.com

Timothy Raymond Wheeler

on behalf of Interested Party Spiral Binding Company  Inc. Timothy.Wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com

Timothy W. Brink

on behalf of Interested Party River Capital Advisors  Inc. tbrink@mpslaw.com, dnichols@mpslaw.com

Timothy William Salter

on behalf of Defendant Ocwen Loan Servicing  LLC as successor to Ocwen Federal Bank, FSB tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Southern Fidelity Mortgage  LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Republic Mortgage Home Loans LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Broadview Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant American Bank tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Luxury Mortgage Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Interested Party Group 2000 Real Estate Services  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant BWC MORTGAGE SERVICES tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant WR Starkey Mortgage  LLP tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant MEGA CAPITAL FUNDING  INC. tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Homeward Residential Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Residential Home Funding Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Sun American Mortgage Company tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Congressional Bancshares  Inc. (successor-in-interest) tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Southern Fidelity Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Group 2000 Real Estate Services  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Southern Fidelity Mortgage  LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Luxury Mortgage Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant WR STARKEY MORTGAGE  LLP tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant CMG Mortgage  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ocwen Loan Servicing  LLC s/h/a Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank,
FSB tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown First Savings Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Sun West Mortgage Company  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ocwen Financial Corporation  as successor to Ocwen Loan Servicing Corp. and PHH Corporation
tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant New Fed Mortgage Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Mega Capital Funding  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ross Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant LHM Financial Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Approved Funding Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant OAKTREE FUNDING CORP. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Citywide Home Loans  A Utah Corp tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Homeward Residential  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Stearns Lending  LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant First Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Commerce Home Mortgage  Inc. f/k/a Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant First California Mortgage Company tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Mortgage Capital Associates  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant RESIDENTIAL HOME FUNDING CORP. tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Avenue Mortgage  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant NEW FED MORTGAGE  CORP. tsalter@mccarter.com

District/off: 0208-1
Date Rcvd: Sep 30, 2022
User: admin
Form ID: 144
Page 287 of 297
Total Noticed: 1386

Timothy William Salter

on behalf of Defendant Ascent Home Loans Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant FIRST MORTGAGE CORPORATION tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Oaktree Funding Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC. tsalter@mccarter.com

Timothy William Salter

on behalf of Interested Party Stearns Lending Inc. tsalter@mccarter.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  LLC tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor Bank of Valletta p.l.c. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor HSBC Bank USA  National Association tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group L.L.C. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Unknown HSBC Bank USA  National Association tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor APS Bank Ltd. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  L.L.C. as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacer pro.com;rleibowitz@perkinscoie.com

Todd Anders Noteboom

on behalf of Defendant First Bank todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant First Horizon Home Loan Corporation todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Summit Mortgage Corporation todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Texas Capital Bank  NA todd.noteboom@stinson.com, jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Sutton Bank todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd E Duffy

on behalf of Creditor Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Unknown South Mississipi Electric Power Association and Coast Electric Power Association Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Interested Party Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher Tduffy@duffyamedeo.com,

damedeo@duffyamedeo.com

Todd E Duffy
on behalf of Creditor Essex Equity Holding USA  LLC Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd E Duffy
on behalf of Creditor Elliott Management Corporation Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy
on behalf of Unknown Elliott Management Corporation Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy
on behalf of Creditor Essex Equity Holdings USA  LLC Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd G. Cosenza
on behalf of Plaintiff Structured Asset Securities Corporation maosbny@willkie.com  tcosenza@willkie.com

Todd G. Cosenza
on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  tcosenza@willkie.com

Todd G. Cosenza
on behalf of Debtor Lehman Brothers Holdings Inc. maosbny@willkie.com  tcosenza@willkie.com

Tracy L. Klestadt
on behalf of Creditor Ironbridge Homes  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Creditor Yakima-Tieton Irrigation District tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Unknown OneWest Bank  FSB tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Creditor Ironbridge Mountain Cottages  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Creditor Ironbridgte Aspen Collection  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy Lee Henderson
on behalf of Defendant Millennium Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Millennium Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant FIRST NATIONAL BANK tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Approved Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Sterling National Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Sterling National Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Ascent Home Loans Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant First Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Windsor Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant SUN AMERICAN MORTGAGE COMPANY tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant WR STARKEY MORTGAGE  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Empire Financial Services  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party First Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Broadview Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Sun American Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party American Bank tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Cranbrook Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Oaktree Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Loan Simple  Inc. f/k/a Ascent Home Loans, Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Millennium Mortgage Capital tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Summit Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC
tracyhendersonlaw@gmail.com, docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Oaktree Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Cranbrook Loans Group  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Finance of America Mortgage  LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Approved Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party Republic State Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Summit Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Ross Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown WR Starkey Mortgage  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Millennium Mortgage Capital tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Mega Capital Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant BWC MORTGAGE SERVICES tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Arlington Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Hartland Mortgage Centers  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant LHM Financial Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant HARTLAND MORTGAGE CENTERS  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant NEW FED MORTGAGE  CORP. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant First California Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Apex Home Loans  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Republic Mortgage Home Loans  LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant WR Starkey Mortgage  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Sun West Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Simonich Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Arlington Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Apex Home Loans  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown New FED Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant OAKTREE FUNDING CORP. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Residential Home Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.
tracyhendersonlaw@gmail.com, docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Hartland Mortgage Centers  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant New Fed Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Ross Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Mega Capital Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant MEGA CAPITAL FUNDING  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Bondcorp Realty Services Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Academy Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Gateway Funding Diversified Mortgage Services  L.P. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Interested Party Directors Mortgage Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown CMG Mortgage  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Commerce Home Mortgage  Inc. f/k/a Simonich Corp. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Hometrust Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant 1st Advantage Mortgage  L.L.C. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Sun America Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown Luxury Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Nationwide Home Mortgage Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Republic Mortgage Home Loans LLC tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
  on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. tracyhendersonlaw@gmail.com,
  docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
  on behalf of Defendant FIRST MORTGAGE CORPORATION tracyhendersonlaw@gmail.com
  docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
  on behalf of Unknown Churchill Mortgage tracyhendersonlaw@gmail.com
  docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
  on behalf of Interested Party Gateway Bank  FSB tracyhendersonlaw@gmail.com,
  docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tricia J. Bloomer,
  on behalf of Defendant Barclays Capital Inc. tbloomer@bsfllp.com

Tricia J. Bloomer,
  on behalf of Cross Defendant Barclays Capital Inc. tbloomer@bsfllp.com

Turner P. Smith
  on behalf of Plaintiff Lehman Brothers Special Financing Inc. jclyne@cm-p.com

Tyler Whitmer
  on behalf of Creditor Committee Official Committee of Unsecured Creditors tylerwhitmer@quinnemanuel.com

United States Trustee
  USTPRegion02.NYECF@USDOJ.GOV

Valdi Licul
  on behalf of Plaintiff Olivia Bam vlicul@vladeck.com

Vincent J. Roldan
  on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
  California, Janice K. Moss vroldan@mblawfirm.com

Vincent J. Roldan
  on behalf of Transferee Ambling Property Investments  LLC vroldan@mblawfirm.com

Vincent J. Roldan
  on behalf of Creditor Osterreichische Volksbanken-Aktiengesellschaft vroldan@mblawfirm.com

Vincent J. Roldan
  on behalf of Transferor Volksbank Ried im Innkreis eG vroldan@mblawfirm.com

Vittal Patel
  on behalf of Defendant Directors Mortgage  Inc. vittal.patel@directorsmortgage.net

W. Timothy Miller
  on behalf of Unknown The Federal Home Loan Bank of Cincinnati miller@taftlaw.com
  docket@taftlaw.com;ljasper@taftlaw.com

Walter Benzija
  on behalf of Creditor Dunn & Bradstreet wbenzija@halperinlaw.net  cessenfeld@halperinlaw.net

Walter Benzija
  on behalf of Creditor Henegan Construction Co.  Inc. wbenzija@halperinlaw.net, cessenfeld@halperinlaw.net

Walter B. Stuart
  on behalf of Creditor Bayerische Landesbank walter.stuart@freshfields.com

Walter B. Stuart
  on behalf of Attorney Freshfields Bruckhaus Deringer US LLP walter.stuart@freshfields.com

Walter B. Stuart
  on behalf of Creditor Deutsche Bundesbank walter.stuart@freshfields.com

Walter B. Stuart
  on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG; SLB Leasing-Fonds GmbH & Co Odin KG; SLB
  Leasing-Fonds GmbH & Co Thor KG; SLB Leasing-Fonds GmbH & Co Uranus KG walter.stuart@freshfields.com

Walter E. Swearingen
  on behalf of Unknown Peter J. DaPuzzo wswearingen@beckerglynn.com

Walter E. Swearingen
  on behalf of Unknown Mary Jane DaPuzzo wswearingen@beckerglynn.com

Walter H. Curchack
  on behalf of Interested Party Thomas Cook AG vrubinstein@loeb.com;NYBKDocket@loeb.com

Walter H. Curchack

on behalf of Creditor Wilmington Trust Company  as Indenture Trustee vrubinstein@loeb.com;NYBKDocket@loeb.com

Walter H. Curchack

on behalf of Attorney Loeb & Loeb LLP vrubinstein@loeb.com;NYBKDocket@loeb.com

Wayne Streibich

on behalf of Unknown Homeward Residential Inc. wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown PHH CORPORATION wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Southern Fidelity Mortgage  LLC wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Ocwen Loan Servicing LLC  as successor to Ocwen Federal Bank, FSB wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Ocwen Financial Corporation  as successor to Ocwen Servicing Corp. wstreibich@blankrome.com

Wayne Streibich

on behalf of Defendant Stearns Lending  LLC wstreibich@blankrome.com

Wendy Mager

on behalf of Creditor John Dmuchowski wmager@smithstratton.com

Wendy G. Marcari

on behalf of Creditor Intersil Investment Company wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Europe SaRL  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party InfoSpace  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Intersil Europe SaRL  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Communications  Inc. f/k/a Intersil Investment Company wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Xicor  LLC wmarcari@ebglaw.com, nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Xicor  LLC wmarcari@ebglaw.com, nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Unknown Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor InfoSpace wmarcari@ebglaw.com  nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

William Hao

on behalf of Interested Party AG Financial Products  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Creditor Dell Global B.V. william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National
Association william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Greywolf Capital Management L.P. william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Unknown Main Street Natural Gas  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Municipal Electric Authority of Georgia william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Consolidated Container Company LLC william.hao@alston.com  leslie.salcedo@alston.com

William Heuer

on behalf of Creditor The Reserve Yield Plus Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor Bruce Bent wheuer@westermanllp.com

William Heuer

on behalf of Unknown Reserve Management Company Inc wheuer@westermanllp.com

William Heuer

on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola wheuer@westermanllp.com

William Heuer

on behalf of Creditor FPB Bank  Inc wheuer@westermanllp.com

William Heuer

on behalf of Unknown c/o Duane Morris LLP Buckeye Partners  L.P. wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Reserve International Liquidity Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Primary Fund of the Reserve Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor Aspecta Assurance International Luxembourg S.A. wheuer@westermanllp.com

William Heuer

on behalf of Trustee/Not Bankrupt Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Travelers Indemnity Company wheuer@westermanllp.com

William Heuer

on behalf of Creditor Resrv Partners  Inc., wheuer@westermanllp.com

William Heuer

on behalf of Unknown Edward Jones wheuer@westermanllp.com

William Heuer

on behalf of Unknown BKW FMB Energie AG  Viktoriaplatz wheuer@westermanllp.com

William Heuer

on behalf of Unknown Arthur c/o Reserve Bent wheuer@westermanllp.com

William Heuer

on behalf of Creditor Bruce Brent II wheuer@westermanllp.com

William Heuer

on behalf of Creditor ACE America Insurance Company  et al., wheuer@westermanllp.com

William A Maher

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC wmaher@wmd-law.com

William A Maher

on behalf of Interested Party Lana Franks Harber wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holdings  Inc. wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holdings Inc. wmaher@wmd-law.com

William A Maher

on behalf of Unknown Lehman Brothers Special Financing Inc. wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Special Financing Inc. wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holding Inc. wmaher@wmd-law.com

District/off: 0208-1 | User: admin | Page 295 of 297
Date Rcvd: Sep 30, 2022 | Form ID: 144 | Total Noticed: 1386

William A Maher

on behalf of Debtor Lehman Brothers Holdings Inc. wmaher@wmd-law.com

William A Maher

on behalf of Unknown Lehman Brothers Australia Limited wmaher@wmd-law.com

William A Maher

on behalf of Unknown Clerk's Office of the United States Bankruptcy Court wmaher@wmd-law.com

William A. Rome

on behalf of Plaintiff Neuberger Berman LLC warome@hpplegal.com

William A. Slaughter

on behalf of Defendant Utah Housing Corporation slaughter@ballardspahr.com

William B. Schiller

on behalf of Creditor Wells Fargo Bank  NA, d/b/a America's Servicing Company as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Series 2005-HE3 wschiller@schillerknapp.com, lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William B. Schiller

on behalf of Creditor Wells Fargo Bank  NA, d/b/a America's Servicing Company as servicer for U.S. Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust, Mortga wschiller@schillerknapp.com, lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William C Sandelands

on behalf of Defendant Aurora Bank FSB wsandelands@sandelandslaw.com

William C. Price

on behalf of Creditor Access Data Corp. wprice@clarkhill.com  aporter@clarkhill.com

William Dean Thomson

on behalf of Defendant First Horizon Home Loan Corporation william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant Sutton Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant First Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant Texas Capital Bank  NA william.thomson@stinson.com, MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Interested Party First Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant Summit Mortgage Corporation william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William F. Dahill

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC wdahill@cwdlaw.com

William F. Dahill

on behalf of Debtor Lehman Brothers Holdings Inc. wdahill@cwdlaw.com

William F. Dahill

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC wdahill@cwdlaw.com

William F. Dahill

on behalf of Plaintiff Lehman Brothers Special Financing Inc. wdahill@cwdlaw.com

William G. Ballaine

on behalf of Creditor Federal Home Loan Mortgage Corporation wballaine@lcbf.com

William J. Factor

on behalf of Creditor City of Chicago wfactor@wfactorlaw.com  nbouchard@wfactorlaw.com

William J. McKenna

on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund wmckenna@foley.com

William J.F. Roll, III

on behalf of Unknown Maverick Long Enhanced Fund  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Plaintiff BANK OF AMERICA  N.A. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Neutral Fund  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Fund II  Ltd. wroll@shearman.com

District/off: 0208-1                        User: admin                                Page 296 of 297
Date Rcvd: Sep 30, 2022                     Form ID: 144                             Total Noticed: 1386

William J.F. Roll, III
    on behalf of Unknown Maverick Neutral Levered Fund  Ltd. wroll@shearman.com

William J.F. Roll, III
    on behalf of Defendant Merrill Lynch Capital Services  Inc. wroll@shearman.com

William J.F. Roll, III
    on behalf of Unknown Maverick Fund  L.D.C. wroll@shearman.com

William J.F. Roll, III
    on behalf of Unknown Maverick Fund USA  Ltd. wroll@shearman.com

William J.F. Roll, III
    on behalf of Creditor Ontario Teacher's Pension Plan Board wroll@shearman.com

William L. Farris
    on behalf of Defendant Barclays Capital Inc. s&cmanagingclerk@sullcrom.com

William M. Moran
    on behalf of Unknown SunCal Debtors wmoran@mccarter.com

William P. Lalor
    on behalf of Unknown M.C. wlalor@earlysullivan.com

William P. Lalor
    on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC wlalor@earlysullivan.com

William P. Lalor
    on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC wlalor@earlysullivan.com

William P. Weintraub
    on behalf of Unknown Boultbee (Vasteras) AB wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Interested Party The Middleby Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Unknown Boultbee (Helsinki) AB wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Creditor Bay Harbour Master Ltd. wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Unknown The Middleby Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William R. Hinchman
    on behalf of Defendant Syncora Guarantee Inc. whinchman@klehr.com

William S. Sugden
    on behalf of Unknown Raiffeisenbank Region Baden eGen will.sugden@alston.com

William S. Sugden
    on behalf of Creditor Frigga Andres will.sugden@alston.com

William S. Sugden
    on behalf of Unknown Sandra Lechmacher (nee Sandra Anita Potscher) will.sugden@alston.com

William S. Sugden
    on behalf of Unknown Nomura Holdings  Inc. will.sugden@alston.com

William S. Sugden
    on behalf of Unknown Gerhard Schuetz will.sugden@alston.com

William S. Sugden
    on behalf of Creditor Aozora Bank  Ltd. will.sugden@alston.com

William Stuart Dornette
    on behalf of Unknown Federal Home Loan Bank of Cincinnati dornette@taftlaw.com  docket@taftlaw.com

William Wade Kannel
    on behalf of Creditor Teva Pharmaceuticals USA  Inc wkannel@mintz.com

William Wade Kannel
    on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company wkannel@mintz.com

William Wade Kannel
    on behalf of Interested Party Teva Pharmaceutical Works Company wkannel@mintz.com

William Wade Kannel
    on behalf of Creditor SL Green Realty Corp wkannel@mintz.com

William Wade Kannel

on behalf of Creditor Belmont Insurance Company wkannel@mintz.com

Wilton A Person

on behalf of Defendant Smart Mortgage Centers Inc. wperson@personlaw.com

Wolfgang A Dase

on behalf of Creditor Banque Privee Edmond de Rothschild S.A. wdase@fzwz.com

Zachary David Rosenbaum

on behalf of Unknown Logan Hotels and Resorts  Mexico, S.A. de C.V. zrosenbaum@lowenstein.com,
claferriere@lowenstein.com;jdelgado@lowenstein.com;cdeleon@lowenstein.com

Zheng Wang

on behalf of Defendant AIA International Ltd. zheng.wang.47@gmail.com  mao-bk-ecf@debevoise.com


TOTAL: 6637