WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gregory Silbert
Garrett Fail

*Attorneys for the Appellee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **Case No. 08-13555 (SCC)** |
| et al., | : | |
| | : | |
| **Debtors.** | : | |

**APPELLEE'S DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Lehman Brothers Holdings Inc. ("**Appellee**") hereby submits its designation of additional items to be included in the record on appeal in connection with appellant Rex Wu's ("**Appellant**") appeal from an order (Case No. 08-13555, ECF No. 59801) entered by this Court (Hon. Shelly C. Chapman), which adjudicated and denied Appellant's *Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plain of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions* and overruled *Related Objections to the Timing of the Eighteenth Distribution* (Case No. 08-13555, ECF No. 59614). The Appellee does not re-designate any items that it may rely upon that have already been designated by the Appellant in its designation of record (Case No. 08-13555, ECF No. 61493) but, rather, will rely on the Appellant's designations. For the avoidance of doubt, for the filings designated by either the Appellee or the Appellant, the Appellee

treats the designations as including **all** exhibits and attachments to such filings, whether listed or not by either the Appellee or the Appellant. Moreover, while the Appellee does not, at this time, object to any items designated by the Appellant, the Appellee does not concede the relevance of any such items.

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL:

| *In re Lehman Brothers Holdings Inc., et al.*, United States Bankruptcy Court for the Southern District of New York (08-13555 (SCC)) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 1. | Transcript of Hearing held on March 13, 2019 regarding Joint Liquidators Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions | 59682 | March 15, 2019 |
| 2. | Debtor's Motion for Objection to Claim(s) / The Plan Administrators Objection to Certain Amended Claims (Reduce and Disallow Claims) | 59622 | April 16, 2019 |
| 3. | Motion to Approve / Notice of Presentment of Motion of Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 59756 | June 7, 2019 |
| 4. | Debtor's Motion for Omnibus Objection to Claim(s) / Debtors Two Hundred and Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim | 20107 | September 16, 2011 |
| 5. | Response to Debtors Two Hundred and Eighteenth Omnibus Objection to Disallow and | 21541 | October 24, 2011 |

| | *In re Lehman Brothers Holdings Inc., et al..*, United States Bankruptcy Court for the Southern District of New York (08-13555 (SCC)) | | |
|---|---|---|---|
| | Expunge Certain Filed Proofs of Claim | | |
| 6. | Response to Debtors Two Hundred and Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim | 22414 | November 10, 2011 |
| 7. | Response to Debtors Two Hundred and Eighteenth Omnibus Objection to Disallow and Expunge Certain, In re: Claim No. 44972 | 22630 | November 16, 2011 |
| 8. | Order Granting Debtors Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Claims | 23049 | December 7, 2011 |
| 9. | Transcript of Hearing Regarding Debtors' Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims | | April 26, 2012 |
| 10. | Supplemental Order Granting Debtors Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Claims | 27630 | April 27, 2012 |
| 11. | Plan Administrator's Objection to Motion for Reconsideration and Related Filings (related document(s)[61168], [61173], [61172], [61180]) | 61194 | August 4, 2021 |
| 12. | Plan Administrator's Objection to Motion to Compel and Related Filings (related document(s)[60984], [60986]) | 61063 | March 5, 2021 |

## STATEMENT OF ISSUES ON APPEAL

The Appellee contests the statement of issues set forth by the Appellant and will address them in briefing on the merits of the appeal.

## RESERVATION OF RIGHTS

The Appellee expressly reserves, and does not waive, the right to amend, supplement, or otherwise modify the foregoing designations, and/or to object to or move to strike the items designated for inclusion in the record on appeal by other parties. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

Dated: October 7, 2022

/s/ *Gregory Silbert*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gregory Silbert
Garrett Fail

*Attorneys for Appellee*