# Notice Recipients

District/Off: 0208−1 | User: admin | Date Created: 10/17/2022
Case: 08−13555−mg | Form ID: tranapl | Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Garrett A. Fail     garrett.fail@weil.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Rex Wu      6315 N Campbell      Chicago, IL 60659
unk     Rex Wu      6315 N Campbell      Chicago, IL 60659

TOTAL: 2