**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08−13555−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−3216325 | CHAPTER: 11 |

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 6, 2022, document number 61493, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 22−cv−8021 assigned to the Honorable Paul A. Engelmayer.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: October 17, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                          Case No. 08-13555-mg

Lehman Brothers Holdings Inc.                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 260 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: tranapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Rex Wu, 6315 N Campbell, Chicago, IL 60659-1901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | *+ | Rex Wu, 6315 N Campbell, Chicago, IL 60659-1901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Javian | on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) ajavian@reedsmith.com aaron-javian-9000@ecf.pacerpro.com |
| Aaron Javian | on behalf of Defendant MBAM Investor Limited ajavian@reedsmith.com  aaron-javian-9000@ecf.pacerpro.com |
| Aaron A. Romney | on behalf of Creditor Children's Healthcare of Atlanta  Inc. aromney@zeislaw.com |
| Aaron Fong Jaroff | on behalf of Defendant Gateway Bank  F.S.B ajaroff@mcguirewoods.com, ajaroff@mcguirewoods.com |

Aaron G. McCollough
on behalf of Defendant Ford Global Treasury  Inc. amccollough@mcguirewoods.com

Aaron L. Hammer
on behalf of Creditor Accenture LLP ahammer@hmblaw.com  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Aaron L. Hammer
on behalf of Creditor Mercer (US) Inc. ahammer@hmblaw.com  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Aaron R. Cahn
on behalf of Creditor Hana Bank  as trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY
Dual Star Derivative Derivatives Fund D-1 cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown GFI Group  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Solus Recovery Fund III Master LP cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Kyobo Securities Co.  Ltd. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Punjab National Bank (International) Limited cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Empyrean Investments  LLC cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Empyrean Investments LLC cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Transferee Empyrean Investments  LLC cahn@clm.com,
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Dongbu Securities Co.  Ltd. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Julia Kaufman cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Solus Opportunities Fund 5 LP cahn@clm.com
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Solus Opportunities Fund 3 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown GFI Group  Inc cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Empyrean Investments  LLC cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Empyrean LHMN SPV  LP cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Solus Opportunities Fund 1 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Unknown Empyrean Capital Partners  LP cahn@clm.com,
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor James Heron cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Defendant GFI Group Inc. cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor T.E.M. Incorporated cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Solus Opportunities Fund 2 LP cahn@clm.com  cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Abbey Walsh
on behalf of Creditor Elliott Associates  L.P. abbey.walsh@srz.com

Abbey Walsh
on behalf of Creditor CommerzBank A.G. abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Provendor Liquidity LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Empyrean Capital Fund  LP abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Warwickshire Holdings LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Defendant Shield Securities Ltd  abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Elliott Management Corp. abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Marshgate Investments  LLC abbey.walsh@srz.com

Abbey Walsh
on behalf of Unknown Empyrean Capital Overseas Fund  Ltd. abbey.walsh@srz.com

Abbey Walsh
on behalf of Creditor Elliott International L.P. abbey.walsh@srz.com

Abigail Snow
on behalf of Attorney Satterlee Stephens Burke & Burke LLP aesnow@duanemorris.com

Abigail Snow
on behalf of Creditor Moody's Corporation aesnow@duanemorris.com

Abigail Snow
on behalf of Unknown International Business Machines Corporation aesnow@duanemorris.com

Abigail Snow
on behalf of Unknown Moody's Investors Service aesnow@duanemorris.com

Abigail Snow
on behalf of Unknown Latshaw Drilling Company  LLC aesnow@duanemorris.com

Abraham L. Zylberg
on behalf of Unknown Korea Development Bank mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Pohjola Bank plc mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Unknown Tiger Asia Overseas Fund  Ltd. mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Unknown Certain Members and Customers of the Members of the Deutscher Sparkassen und Giroverband mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Fortissimo Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Transferee Frank Messenzehl mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Transferee Sparkasse Hannover mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Unknown Tiger Asia Fund  L.P. mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Commerzbank AG  New York and Grand Cayman Branches mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Adagio Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Transferee Wucher Spezialbau GmbH mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Andante Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Creditor Encore Fund mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberg
on behalf of Transferee Sparkasse Starkenburg mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Interested Party Certain Members and Customers of the Members of the Deutscher Sparkassen- und Giroverband mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown The Deutscher Sparkassen Und Giroverband mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Transferee Frankfurter Sparkasse mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Unknown Symphony Asset Management LLC mcosbny@whitecase.com;jdisanti@whitecase.com

Abraham L. Zylberberg
on behalf of Interested Party Commerzbank AG  New York and Grand Cayman Branches mcosbny@whitecase.com;jdisanti@whitecase.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC  as investment advisor adam.harris@srz.com, ecf-1822127e5d6b@ecf.pacerpro.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC and certain managed funds and accounts adam.harris@srz.com  ecf-1822127e5d6b@ecf.pacerpro.com

Adam Craig Harris
on behalf of Unknown Davidson Kempner Capital Management LLC adam.harris@srz.com ecf-1822127e5d6b@ecf.pacerpro.com

Adam D. Cole
on behalf of Unknown Florida Power & Light Company  and NextEra Energy Power Marketing, LLC colea@gtlaw.com

Adam H. Isenberg
on behalf of Interested Party The Pennsylvania Convention Center Authority aisenberg@saul.com

Adam J. Goldberg
on behalf of Unknown Latham & Watkins LLP adam.goldberg@lw.com adam-goldberg-3218@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

Adam Louis Schwartz
on behalf of Unknown Credican  C.A. Banco Canarias de Venezula, C.A. aschwartz@homerbonner.com, jgonzalez-valdes@homerbonner.com

Adam Louis Schwartz
on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios aschwartz@homerbonner.com jgonzalez-valdes@homerbonner.com

Adam Louis Schwartz
on behalf of Unknown Credican  C.A. aschwartz@homerbonner.com, jgonzalez-valdes@homerbonner.com

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holding Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings  Inc. abialek@wmd-law.com, LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Defendant Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special Financing Inc. abialek@wmd-law.com, LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Debtor Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Special Financing Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Plaintiff Lehman Brothers Derivative Products Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M Bialek
on behalf of Unknown Lehman Brothers Holdings Inc. abialek@wmd-law.com  LBHICourtDocs@WMD-LAW.COM

Adam M. Feinmesser
on behalf of Unknown Drawbridge OSO Securities LLC afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown FCOF UB Securities LLC afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Drawbridge Special Opportunities Fund LP afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Transferee Monarch Master Funding Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Drawbridge Special Opportunities Fund Ltd. afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Opportunities Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Alternative Solutions Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Anthony Nahum afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Research Alpha Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Oakford MF Limited afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown P Monarch Recovery Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Capital Master Partners II LP afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Debt Recovery Master Fund Ltd afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown FCOF UB Investments LLC afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Cayman Fund Limited afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Capital Master Partners LP afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown King Street Capital Master Fund  Ltd. afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Elisha Shahmoon afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown KING STREET ACQUISITION COMPANY  L.L.C. afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Odeon Capital Group LLC afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown FTS SIP L.P. afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Capital Master Partners II-A LP afeinmesser@esbinalter.com

Adam M. Feinmesser

on behalf of Unknown Monarch Master Funding Ltd afeinmesser@esbinalter.com

Adrienne Walker

on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company adrienne.walker@lockelord.com

Adrienne Walker

on behalf of Defendant Commonwealth of Massachusetts adrienne.walker@lockelord.com

Adrienne Walker

on behalf of Creditor Teva Pharmaceuticals USA  Inc adrienne.walker@lockelord.com

Adrienne Walker

on behalf of Interested Party SL Green Realty Corp. adrienne.walker@lockelord.com

Adrienne Walker

on behalf of Interested Party Wells Fargo Bank  National Association, as Indenture Trustee adrienne.walker@lockelord.com

Adrienne Walker

on behalf of Creditor SL Green Realty Corp adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Creditor Belmont Insurance Company adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Interested Party Mintz Levin Cohn Ferris Glovsky and Popeo  P.C. adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Interested Party Teva Pharmaceutical Works Company adrienne.walker@lockelord.com

Adrienne Walker
                    on behalf of Creditor Massachusetts State College Building Authority adrienne.walker@lockelord.com

Aileen McTiernan
                    on behalf of Defendant Homeservices Lending  LLC aileen.mctiernan@lockelord.com

Alan Kolod
                    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
                    Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss jbonteque@mosessinger.com

Alan Kolod
                    on behalf of Interested Party Deutsche Bank AG jbonteque@mosessinger.com

Alan Kolod
                    on behalf of Unknown Deutsche Bank Trust Company Americas  As Indenture Trustee jbonteque@mosessinger.com

Alan Kolod
                    on behalf of Creditor General Ore International Corporation Ltd.  Neu Holdings Corporation Neu Foundation of California, Amy
                    Patrick Neu and Janice K. Moss jbonteque@mosessinger.com

Alan Kolod
                    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS jbonteque@mosessinger.com

Alan Lungen
                    on behalf of Interested Party BHCO Master  Ltd. alungen@kasowitz.com, alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party MSS Distressed & Opportunites 2 alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Bay Harbour Management L.C. alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party MSS Distressed & Opportunities 2 alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Trophy Hunter Investments Ltd alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Bay Harbour Master Ltd. alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interpleader-def. Lloyds TSB Bank plc alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party BHCO Master Ltd alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Trophy Hunter Investments  Ltd. alungen@kasowitz.com, alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Institutional Benchmarks alungen@kasowitz.com  alungen@kasowitz.com

Alan Lungen
                    on behalf of Interested Party Bay Harbour Management LC alungen@kasowitz.com  alungen@kasowitz.com

Alan D. Halperin
                    on behalf of Creditor BTR Global Growth Trading Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Interested Party 1407 Broadway Real Estate LLC and PRGS 1407 BWAY LLC lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor Bouef Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor ESOPUS Creek Value LP lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor BTR Global Prospector II Trading Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor Lilith Ventures  Ltd. lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Unknown BTR Global Opportunity Trading Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor BTR Global Prospector Trading Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor Henegan Construction Co. Inc. lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor EMC Corporation lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Unknown Halperin Battaglia Raicht LLP lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor BTR Global Opportunity Trading Limited lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor Dunn & Bradstreet lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Unknown Empire Office Inc. lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Unknown Mapco Express Inc. and Delek US Holdings, Inc. lgu@halperinlaw.net

Alan D. Halperin
                    on behalf of Creditor BTR Global Arbitrage Trading Limited lgu@halperinlaw.net

Alan E. Marder
                    on behalf of Creditor Assent LLC a/k/a SunGard Assent lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor SunGard Reference Data Solutions Inc. lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Securities Finance LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown Constellation Place LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor Assent LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown Automated Securities Clearance LLC successor in interest to Automated Securiteis Clearance Ltd. d/b/a
                    SunGard Trading Systems lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor SunGard Asset Management Systems lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc. lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor SunGard Availability Services LP lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Asset Management Systems LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor Automated Securities Clearance LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Institutional Brokerage Inc. lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor MicroHedge LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor Wall Street Concepts LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Expert Solutions LLC lgomez@msek.com

Alan E. Marder
                    on behalf of Creditor SunGard Kiodex Inc. lgomez@msek.com

Alan E. Marder
                    on behalf of Unknown SunGard Availability Services LP lgomez@msek.com

Alan E. Marder

on behalf of Creditor Advanced Portfolio Technologies  Inc. lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Kiodex lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Securities Finance LLC lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Investment Systems  LLC lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Data Reference Solutions LLC lgomez@msek.com

Alan E. Marder
on behalf of Unknown SunGard Business Integration Ltd. lgomez@msek.com

Alan E. Marder
on behalf of Creditor Monis Software lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Institutional Brokerages  Inc. lgomez@msek.com

Alan E. Marder
on behalf of Creditor SunGard Assent LLC lgomez@msek.com

Alan F. Kaufman
on behalf of Unknown Freedom Mortgage Corporation alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan R. Glickman
on behalf of Unknown Recovery Partners Holdings I  LLC alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Alan R. Glickman
on behalf of Unknown CCP Credit Acquisition Holdings  LLC alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Alan R. Glickman
on behalf of Unknown Centerbridge Special Credit Partners II  L.P. alan.glickman@srz.com,
courtfilings@srz.com;evan.melluzzo@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com

Albena Petrakov
on behalf of Defendant Sun West Mortgage Company  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant APPROVED FUNDING CORP. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant RESIDENTIAL HOME FUNDING CORP. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant MEGA CAPITAL FUNDING  INC. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant New Fed Mortgage Corp. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant The Mortgage Firm  Inc. apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.
apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage
Corporation apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Creditor Stibbe N.V. apetrakov@offitkurman.com  janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
on behalf of Defendant OAKTREE FUNDING CORP. apetrakov@offitkurman.com
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Sun American Mortgage Company apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Ross Mortgage Corporation apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant American Bank apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Unknown Luxury Mortgage Corp. apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Goldwater Bank  N.A., as successor to Community Banks of Colorado apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant First Mortgage Corporation apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant NEW FED MORTGAGE  CORP. apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Mega Capital Funding  Inc. apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant LHM Financial Corporation apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Broadview Mortgage Corporation apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Interested Party Goldwater Bank  N.A. as successor to Community Banks of Colorado apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Arlington Capital Mortgage Corporation apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Republic Mortgage Home Loans LLC apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Approved Funding Corp. apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant 1st Advantage Mortgage  L.L.C. apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant City First Mortgage Services  L.L.C. apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Oaktree Funding Corp. apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Congressional Bancshares  Inc. (successor-in-interest) apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., apetrakov@offitkurman.com,
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Albena Petrakov
 on behalf of Defendant FIRST MORTGAGE CORPORATION apetrakov@offitkurman.com
 janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

District/off: 0208-1                        User: admin                                    Page 10 of 260
Date Rcvd: Oct 18, 2022                     Form ID: tranapl                                Total Noticed: 1

Albert Togut
                    on behalf of Debtor Aurora Commercial Corp. altogut@teamtogut.com
                    alcourt@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;astolp@teamtogut.com

Alec P. Ostrow
                    on behalf of Creditor Royal Bank America aostrow@beckerglynn.com
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Unknown Alpine Bank aostrow@beckerglynn.com
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Plaintiff Royal Bank America  formerly known as Royal Bank of Pennsylvania aostrow@beckerglynn.com,
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Interested Party Royal Bank America aostrow@beckerglynn.com
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Unknown Becker  Glynn, Melamed & Muffly LLP aostrow@beckerglynn.com,
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Interested Party Institutional Investors aostrow@beckerglynn.com
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Attorney Stevens & Lee  P.C. aostrow@beckerglynn.com,
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alec P. Ostrow
                    on behalf of Unknown SMBC Nikko Securities Inc. aostrow@beckerglynn.com
                    mghose@beckerglynn.com;hsenter@beckerglynn.com;hlin@beckerglynn.com

Alex J. Kaplan
                    on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund  L.P. ajkaplan@sidley.com,
                    emcdonnell@sidley.com;nyefiling@sidley.com;alex-kaplan-0620@ecf.pacerpro.com

Alexander Aiken
                    on behalf of Defendant Credit Suisse AG aaiken@cravath.com  mao@cravath.com

Alexander Aiken
                    on behalf of Defendant Credit Suisse Loan Funding LLC. aaiken@cravath.com  mao@cravath.com

Alexander Aiken
                    on behalf of Defendant Credit Suisse Securities aaiken@cravath.com  mao@cravath.com

Alexander Aiken
                    on behalf of Defendant Credit Suisse International aaiken@cravath.com  mao@cravath.com

Alexander Aiken
                    on behalf of Defendant Credit Suisse Energy LLC aaiken@cravath.com  mao@cravath.com

Alexander B. Lees
                    on behalf of Counter-Claimant JPMORGAN CHASE BANK  N.A. calert@wlrk.com

Alexander B. Lees
                    on behalf of Defendant JPMORGAN CHASE BANK  N.A. calert@wlrk.com

Alexander Gary Rheaume
                    on behalf of Creditor Salem Five Cents Savings Bank arheaume@mofo.com

Alexander S. Lorenzo
                    on behalf of Defendant LaSalle Bank National Association alexander.lorenzo@alston.com

Alexander S. Lorenzo
                    on behalf of Defendant Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
                    on behalf of Plaintiff Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
                    on behalf of Counter-Defendant Libra CDO Limited alexander.lorenzo@alston.com

Alexander S. Lorenzo
                    on behalf of Defendant Bank Of America  N.A. alexander.lorenzo@alston.com

Alfredo R. Perez
                    on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l. alfredo.perez@weil.com
                    Chris.lopez@weil.com;alfredo-perez-1218@ecf.pacerpro.com

Alissa L. Poynor
on behalf of Defendant Salem Five Mortgage Company  LLC apoynor@riemerlaw.com

Alissa M. Nann
on behalf of Unknown ACCESS GROUP INC. SERIES 2005-A anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Allan S. Brilliant
on behalf of Defendant Dr HC Tschira Beteiligungs GmbH & Co KG allan.brilliant@dechert.com  brett.stone@dechert.com

Allan S. Brilliant
on behalf of Unknown Klaus Tschira Stiftung gGmbH allan.brilliant@dechert.com  brett.stone@dechert.com

Allan S. Brilliant
on behalf of Unknown Stonehill Institutional Partners  L.P. allan.brilliant@dechert.com, brett.stone@dechert.com

Allan S. Brilliant
on behalf of Defendant Klaus Tschira Stiftung GGmbH allan.brilliant@dechert.com  brett.stone@dechert.com

Allan S. Brilliant
on behalf of Unknown Dr. H.C. Tschira Beteiligungs GmbH & Co. KG allan.brilliant@dechert.com  brett.stone@dechert.com

Allen G. Kadish
on behalf of Creditor BAC Florida Bank akadish@archerlaw.com
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allison Michelle Holubis
on behalf of Unknown John L. Scott  Inc. allison.holubis@wilsonelser.com

Allison Michelle Holubis
on behalf of Defendant Response Mortgage Services  Inc. allison.holubis@wilsonelser.com

Allison Michelle Holubis
on behalf of Unknown Response Mortgage Services  Inc. allison.holubis@wilsonelser.com

Allison Michelle Holubis
on behalf of Defendant RESPONSE MORTGAGE SERVICES  INC. allison.holubis@wilsonelser.com

Amanda Devereux
on behalf of Defendant Standard Pacific Mortgage  Inc. Amanda.Devereux@cwt.com, nyecfnotice@cwt.com

Amanda Devereux
on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
Amanda.Devereux@cwt.com, nyecfnotice@cwt.com

Amanda Devereux
on behalf of Defendant Universal American Mortgage Company  LLC Amanda.Devereux@cwt.com, nyecfnotice@cwt.com

Amanda Raboy
on behalf of Creditor Wilmington Trust Company  as Indenture Trustee araboy@cov.com

Amanda Segal
on behalf of Unknown Morgan Stanley & Co. LLC mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Wilmot Yards  L.L.C. mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Varde Investment Partners  L.P. mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Altuned Holdings LLC mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Goldman Sachs Lending Partners  LLC mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Bernese Capital  L.L.C. mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Oriole Birch  L.L.C. mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Morgan Stanley Senior Funding  Inc. mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Serengeti Multi-Series Master  LLC - Series HH mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Goldman Sachs Lending Partners LLC mschneider@rkollp.com

Amanda Segal
on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Morgan Stanley & Co. International plc mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Astatine III  L.L.C. mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Wingspan Master Fund  LP mschneider@rkollp.com

Amanda Segal

    on behalf of Transferee Serengeti Lycaon MM L.P. mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Goldman  Sachs & Co. mschneider@rkollp.com

Amanda Segal

    on behalf of Unknown Javano Management  L.L.C. mschneider@rkollp.com

Amanda Raines Lawrence

    on behalf of Unknown DITECH FINANCIAL LLC alawrence@buckleyfirm.com
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant CMG MORTGAGE SERVICES  INC. alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant CMG Mortgage  Inc. alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant RBC Mortgage Company alawrence@buckleyfirm.com
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant Home Capital Funding  d/b/a Security One Lending alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant DITECH FINANCIAL LLC  as successor to merger to DITECH MORTGAGE CORP., f/k/a HOME
    CAPITAL FUNDING, d/b/a SECURITY ONE LENDING alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Interested Party FLAGSTAR BANK  FSB alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant FLAGSTAR BANK  FSB alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant CMG MORTGAGE  INC. alawrence@buckleyfirm.com,
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amanda Raines Lawrence

    on behalf of Defendant SECURITY ONE LENDING. alawrence@buckleyfirm.com
    docket@buckleyfirm.com,autodocket@buckleyfirm.com,

Amelia Temple Redwood Starr

    on behalf of Unknown NATIXIS Environnement & Infrastructures astarr@davispolk.com  ecf.ct.papers@davispolk.com

Amish R. Doshi

    on behalf of Creditor Oracle USA  Inc. amish@doshilegal.com

Amish R. Doshi

    on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
    amish@doshilegal.com

Amish R. Doshi

    on behalf of Defendant The Mortgage Firm  Inc. amish@doshilegal.com

Amish R. Doshi

    on behalf of Creditor Oracle Corporation  BEA Systems, Inc., PeopleSoft USA, Inc. and Siebel amish@doshilegal.com

Amish R. Doshi

    on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore
    Fund, Ltd. amish@doshilegal.com

Amjad M. Khan

| | |
|---|---|
| | on behalf of Defendant PMC Bancorp amjad@bnsklaw.com  kete@bnsklaw.com |
| Amjad M. Khan | |
| | on behalf of Defendant Reliant Mortgage Company  LLC amjad@bnsklaw.com, kete@bnsklaw.com |
| Amjad M. Khan | |
| | on behalf of Defendant AMWest Funding Corp. amjad@bnsklaw.com  kete@bnsklaw.com |
| Amy A. Zuccarello | |
| | on behalf of Creditor US Bank  National Association, as Trustee azuccarello@sandw.com, jdarcey@sandw.com |
| Amy A. Zuccarello | |
| | on behalf of Creditor Finlandia Group plc azuccarello@sandw.com  jdarcey@sandw.com |
| Amy A. Zuccarello | |
| | on behalf of Unknown U.S. Bank National Association  as a member of the Committee and as Indenture Trustee azuccarello@sandw.com, jdarcey@sandw.com |
| Amy A. Zuccarello | |
| | on behalf of Unknown Jeanne P. Darcey azuccarello@sandw.com  jdarcey@sandw.com |
| Amy R. Wolf | |
| | on behalf of Defendant JPMORGAN CHASE BANK  N.A. arwolf@wlrk.com, calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Defendant JPMorgan Chase arwolf@wlrk.com  calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Attorney Wachtell  Lipton, Rosen & Katz arwolf@wlrk.com, calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Creditor Tishman Speyer Properties  L.P. arwolf@wlrk.com, calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Unknown JPMORGAN CHASE BANK  N.A. arwolf@wlrk.com, calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Creditor JP Morgan Chase Bank N.A. arwolf@wlrk.com  calert@wlrk.com |
| Amy R. Wolf | |
| | on behalf of Creditor J.P. Morgan Securities  Ltd. arwolf@wlrk.com, calert@wlrk.com |
| Ana M. Alfonso | |
| | on behalf of Interested Party BANK OF AMERICA  N.A. maosbny@willkie.com, aalfonso@willkie.com |
| Ana M. Alfonso | |
| | on behalf of Unknown Kaye Scholer LLP maosbny@willkie.com  aalfonso@willkie.com |
| Andrea Pincus | |
| | on behalf of Interested Party Wintrust Mortgage Company apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Interested Party SGB Corp.  now known as Wintrust Mortgage apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Transferee Macquarie Bank Limited apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Creditor Janus Capital Management LLC apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Creditor Windermere VII CMBS p.l.c. apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Unknown Intesa Sanpaolo S.p.A. apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Unknown Wockhardt USA (Swiss) Holding AG  now known as Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Interested Party State of Hawaii Employees' Retirement System apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Defendant Embrace Home Loans  Inc apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Defendant SGB Corporation apincus@reedsmith.com |
| Andrea Pincus | |
| | on behalf of Unknown University of Pittsburgh apincus@reedsmith.com |
| Andrea Pincus | |

District/off: 0208-1    User: admin    Page 14 of 260

Date Rcvd: Oct 18, 2022    Form ID: tranapl    Total Noticed: 1

on behalf of Defendant Wintrust Mortgage Corporation apincus@reedsmith.com

Andrea Pincus

on behalf of Creditor Banco di Napoli S.p.A. apincus@reedsmith.com

Andrea Pincus

on behalf of Unknown Boultbee (Helsinki) AB apincus@reedsmith.com

Andrea Beth Schwartz

on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov

Andrew Hammond

on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors ahammond@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Andrew Hammond

on behalf of Creditor SRM Global Master Fund Limited Partnership ahammond@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Andrew Jones

on behalf of Transferee HF Canyon Master  Ltd andrew@ajoneslaw.com

Andrew Jones

on behalf of Creditor Canyon-SL Value Fund andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee P Canyon IE  a fund of Permal Managed Account Platform ICAV andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon-ASP Fund  LP andrew@ajoneslaw.com

Andrew Jones

on behalf of Creditor Long Beach Holdings  L.L.C. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon Blue Credit Investment Fund L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee AAI Canyon Fund Plc andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Permal Canyon Fund Ltd. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital Institutional Partners III  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon-GRF Master Fund II  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Permal Canyon IO Ltd. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital Offshore Investors II  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital Institutional Partners  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Noonday Offshore  Inc. andrew@ajoneslaw.com

Andrew Jones

on behalf of Creditor Farallon Capital Partners  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee EP Canyon Ltd. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon Value Realization Fund  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Creditor Farallon Capital (AM) Investors  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Farallon Capital Institutional Partners II  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canyon Distressed Opportunity Master Fund  L.P. andrew@ajoneslaw.com

Andrew Jones

on behalf of Transferee Canpartners Investments IV  LLC andrew@ajoneslaw.com

Andrew Jones

Andrew Jones                on behalf of Transferee Farallon Capital AA Investors  L.P. andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee HF Canyon Master Fund Ltd. andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee Farallon Capital Partners  L.P. andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee Canyon-TCDRS Fund  LLC andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee Canyon-SL Value Fund  L.P. andrew@ajoneslaw.com

Andrew Jones                on behalf of Unknown P Canyon IE  a fund of Permal Managed Account Platform ICAV andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee The Canyon Value Realization Master Fund  L.P. andrew@ajoneslaw.com

Andrew Jones                on behalf of Unknown Canyon Value Realization MAC 18 Ltd. andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee Canyon Balanced Master Fund  Ltd. andrew@ajoneslaw.com

Andrew Jones                on behalf of Transferee Citi Canyon Ltd. andrew@ajoneslaw.com

Andrew B. Eckstein         on behalf of Attorney Capital Automotive L.P. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Unknown Och-Ziff Capital Management Group  LLC aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Blank Rome LLP  Attorneys for Capital Automotive L.P. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Blank Rome LLP  Attorneys for Iconix Brand Group, Inc. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Attorneys for Italease Finance S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Interested Party Delaware River Port Authority aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Creditor New Jersey Housing and Mortgage Finance Agency aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Unknown Citibank N.A. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Creditor Banca Italease S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Capital Automotive LP aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Iconix Brand Group  Inc. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Blank Rome LLP aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Banca Italease S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Unknown CITIBANK  N.A. aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Creditor Atlantic County Utilities Authority aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Delaware River Port Authority aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Interested Party Jenner's Pond aeckstein@blankrome.com

Andrew B. Eckstein         on behalf of Attorney Blank Rome LLP  Attorneys for the Delaware River Port Authority, aeckstein@blankrome.com

Andrew B. Eckstein
on behalf of Creditor Italease Finance S.p.A. aeckstein@blankrome.com

Andrew B. Eckstein
on behalf of Creditor Simpson Meadows aeckstein@blankrome.com

Andrew B. Kratenstein
on behalf of Defendant Cannington Funding  Ltd. akratenstein@mwe.com, mco@mwe.com

Andrew C Baak
on behalf of Unknown Mortgage Guaranty Insurance Corp. andrew.baak@bartlit-beck.com

Andrew C. Gold
on behalf of Unknown Serrano Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
on behalf of Unknown Lyon Capital Ventures agold@herrick.com  courtnotices@herrick.com

Andrew C. Gold
on behalf of Unknown Holcomb Bridge Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
on behalf of Unknown Marietta Crossing Partners  LLC agold@herrick.com, courtnotices@herrick.com

Andrew C. Gold
on behalf of Unknown AEW Capital Management  LP agold@herrick.com, courtnotices@herrick.com

Andrew D. Shaffer
on behalf of Creditor Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers Commercial Corporation
Asia Limited (in liquidation) shaffer@butzel.com

Andrew D. Shaffer
on behalf of Unknown Mayer Brown LLP shaffer@butzel.com

Andrew D. Shaffer
on behalf of Unknown Lehman Hong Kong Liquidators shaffer@butzel.com

Andrew E. Balog
on behalf of Unknown Investment Strategies Fund LP aeb@gtlaw.com

Andrew E. Gelfand
on behalf of Unknown Canary Wharf Management Ltd. s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
on behalf of Unknown Heron Quays (HQ2) T1 Limited s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
on behalf of Unknown Canary Wharg Management Ltd. s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
on behalf of Unknown Heron Quays (HQ2) T2 Limited s&cmanagingclerk@sullcrom.com

Andrew E. Gelfand
on behalf of Unknown Heron Quays(HQ2) T1 Limited s&cmanagingclerk@sullcrom.com

Andrew Howard Sherman
on behalf of Attorney Sills Cummis & Gross P.C. asherman@sillscummis.com

Andrew Howard Sherman
on behalf of Other Prof. Alfred H. Siegel asherman@sillscummis.com

Andrew J Frisch
on behalf of Creditor American National Insurance Company afrisch@andrewfrisch.com

Andrew J. Entwistle
on behalf of Interested Party Public Employees' Retirement Association of Colorado aentwistle@entwistle-law.com
efilings@entwistle-law.com;jporter@entwistle-law.com;rarnall@entwistle-law.com;asher@entwistle-law.com

Andrew J. Rossman
on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Counter-Defendant Lehman Brothers Commodity Services Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Itself and Lehman
Brothers Special Financing Inc. andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.
andrewrossman@quinnemanuel.com  andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Commercial Corporation andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Counter-Defendant Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Commercial Corp. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Counter-Defendant Lehman Brothers Commercial Corp. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Special Financing Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. andrewrossman@quinnemanuel.com, andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Creditor Committee Official Committee of Unsecured Creditors andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Debtor Lehman Brothers Holdings Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew J. Rossman
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. andrewrossman@quinnemanuel.com
andrew-rossman-9067@ecf.pacerpro.com

Andrew K. Glenn
on behalf of Intervenor Statewide Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Intervenor Guyra Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Intervenor Southern Finance Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Intervenor Broken Hill City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Interested Party BHCO Master  Ltd. aglenn@glennagre.com, mao@glennagre.com

Andrew K. Glenn
on behalf of Intervenor Orient Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Plaintiff Sashimi Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Plaintiff G & F Yukich Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn
on behalf of Intervenor Eurobodalla Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Sashimi Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Saba Capital Management LP aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor City of Swan aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G.James Australia Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Ambulance Victoria aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Orient Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Statewide Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff The Cootharinga Society of North Queensland aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Santander Asset Management SGFIM SA aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Newcastle City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Andbanc Grup Agricol Reig aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff G.James Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Creditor Ramius LLC aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Indian Pacific Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Eurobodalla Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Belmont Park Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G.James Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Bay Harbour Master Ltd. aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Guyra Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Wingecarribee Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff G.James Australia Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Belmont Noteholders aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor G & F Yukich Superannuation Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Fire and Emergency Services Superannuation Board aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Lifeplan Australia Friendly Society Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Lifeplan Australia Friendly Society Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Parkes Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Newcastle City Council aglenn@glennagre.com  mao@glennagre.com

District/off: 0208-1                           User: admin                           Page 19 of 260
Date Rcvd: Oct 18, 2022                    Form ID: tranapl                    Total Noticed: 1

Andrew K. Glenn

on behalf of Plaintiff Ambulance Victoria aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Lloyds TSB Bank plc aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Gippsland Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Dante Noteholders aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff City of Swan aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Wingecarribee Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Panorama Ridge Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Gippsland Secured Investments Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Southern Finance Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Broken Hill City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Gosford City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Indian Pacific Limited aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Fire and Emergency Services Superannuation Board aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Belreef Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor The Cootharinga Society of North Queensland aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Unknown Dante Noteholders aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Panorama Ridge Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Belmont Park Investments Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Intervenor Belreef Holdings Pty Ltd aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Interested Party Altum Capital Management LLC aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Gosford City Council aglenn@glennagre.com  mao@glennagre.com

Andrew K. Glenn

on behalf of Plaintiff Parkes Shire Council aglenn@glennagre.com  mao@glennagre.com

Andrew P. Brozman

on behalf of Interested Party Dexia Kommunalbank Deutschland AG andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Banque Internationale a Luxembourg SA andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Calyon Securities (USA) Inc. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Pacific Investment Management Company LLC andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Banque Belgique SA andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Credit Agricole Corporate and Investment Bank andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Defendant iStar Financial Inc. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Banif-Banco de Investimento  S.A. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Defendant Credit Agricole Corporate and Investment Bank (F/K/A Calyon) andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Calyon andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Creditor Calyon andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Unknown FirstBank of Puerto Rico andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Finantia Securities Limited andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party KFW Bankengruppe andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party M&G Investment Management Limited andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party Dexia Credit Local andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Unknown Brigade Leveraged Capital Structures Fund  Ltd. andrew.brozman@cliffordchance.com

Andrew P. Brozman

on behalf of Interested Party TriOptima AB andrew.brozman@cliffordchance.com

Andrew P. Propps

on behalf of Unknown Lloyds Bank Corporate Markets plc apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee TRC Master Fund LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Macquarie Bank Limited apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Serengeti Multi-Series Master  LLC- Series E11 apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PBC Financing LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Anchorage Capital Master Offshore  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee NGA Institutional LIBOR Fund SPV  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee CC ARB SIF I  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Taconic Capital Advisors LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee GRF Master Fund  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Interested Party TR Capital Management  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PP Opportunities LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Partners Enhanced LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson International LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Centerbridge Credit Advisors  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Canyon Capital Advisors LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson & Co. Inc. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Serengeti Lycaon MM L.P. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Partners LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Barclays Bank PLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PBC 1 Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor PCI Fund L.L.C. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Centerbridge Partners  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee PP Opportunities Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Serengeti Opportunities MM L.P. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Chase Lincoln First Commercial Corporation apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Unknown Macquarie Bank Limited apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee GRF Master Fund II  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Howard Hughes Medical Institute apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Creditor Rapax OC Master Fund  Ltd. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee TR Capital Management  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Transferee Paulson Enhanced LTD apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps

on behalf of Interested Party Barclays Bank PLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee MSD Credit Opportunities Master Fund  L.P. apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Paulson Credit Opportunities Master Ltd. apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Canyon Capital Advisors LLC apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Serengeti Asset Management LP apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Bank of Panhsin apropps@sidley.com
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew P. Propps
on behalf of Transferee Centerbridge Special Credit Advisors II  LLC apropps@sidley.com,
emcdonnell@sidley.com;nyefiling@sidley.com;andrew-propps-2698@ecf.pacerpro.com

Andrew R Goldenberg
on behalf of Creditor John Dmuchowski goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael J Mullen goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Luigi Zeppetelli goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Michael K. McCully goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael K. McCully goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Sandra M. Hahn-Colbert goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Bridget E O'Connor goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael Whang goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Jennifer Becker goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Alvaro Santodomingo Martel goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Michael J. Petrucelli goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Maria Anagnostopoulos goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Sandy Fleischman Richman goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Milan Veleba goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael Gran goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Joseph G. D'amadeo goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Paola Birashi goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Lawrence E. McCarthy goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Andrea Sullivan goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor John Laurino goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Craig O Benson goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Yeruchim Levilev goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor John D Marzonie goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor GUILLEMETTE CALLIES goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Jennifer Adler goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Judith Winchester goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Ian A. Neville goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Timothy B. Wilkinson goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Colin S.A. Welch goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Ross Shapiro goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Gregg Somma goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Steven D Christie goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Martin Patterson goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown David Brooks goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Peter G Kollydas goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Guillemette Callies goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Christiane Schuster goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Pierluigi Volini goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor William S Broadbent goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Brian Seward goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Helmut Olivier goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Craig Kornett goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor GREGG W. HAWES goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Jakobsze A Robert goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Christiane Schuster goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Unknown Harriet Chan King goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Gregory D. Feller goldenberg@glawnyc.com

Andrew R Goldenberg
       on behalf of Creditor Michael Thomas Engle goldenberg@glawnyc.com

District/off: 0208-1                                   User: admin                                   Page 24 of 260
Date Rcvd: Oct 18, 2022                         Form ID: tranapl                              Total Noticed: 1

Andrew R Goldenberg

on behalf of Creditor Steven Engel goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Margaret E. Smith goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Jack L. Rivkin goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Michael Gran goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Steven Schwab goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Nestor De Jesus goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Tal Lev Ari goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Louise Goldberg goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Sara Minsteris goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Wendy M Uvino goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Karen M. Simon Krieger goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Stephen J Snelling goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Wendy M Uvino goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Neil Dubrow goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Adrian Graves goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor John B Quattrocchi goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Harriet Chan King goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Thomas O'Sullivan goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Blayne M Ross goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Paul N. Shotton goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Kathleen Ann Wojcik goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Paola Biraschi goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Roberto Frazao goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown David J. Brooks goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Karen M. Simon Krieger goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Unknown Nicholas P Howard goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Hugh M. McGee goldenberg@glawnyc.com

Andrew R Goldenberg

on behalf of Creditor Patricia M. Luken goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Charles B Rudnick goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Julian Iragorri goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Dana A Feller goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Kenneth F Kollar goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Antoinette E La Belle goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Karen H. Brewer goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Robert W Lazarus goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Richard Peters goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Barry Porter goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Anshuman Goyal goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Jeffrey Wecker goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Paul C Acerra goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Norman Siegel goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor John J. Dmuchowski goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Fabio Liotti goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Peter Ward goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Ian W. Anderson goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Gregg Somma goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Unknown Patrick Cremin goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor David J. Brooks goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Sarah J Lewis goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Nancy J Stanton goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Michael Collier goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Dana Feller goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Paul Gasparro goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Robert Jakobsze goldenberg@glawnyc.com

Andrew R Goldenberg
on behalf of Creditor Patricia Salles goldenberg@glawnyc.com

Andrew R. Gottesman
on behalf of Broker SecondMarket  Inc. gottesman@mintzandgold.com, gottesman@mintzandgold.com

Andrew S. Muller
on behalf of Creditor David Livingston amuller@platzerlaw.com lgibbs@platzerlaw.com

Andrew Stuart Corkhill
on behalf of Plaintiff Lehman Brothers Special Financing Inc. andrewcorkhill@quinnemanuel.com
andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
on behalf of Plaintiff Lehman Brothers Holdings Inc. andrewcorkhill@quinnemanuel.com andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
on behalf of Plaintiff Lehman Brothers Commercial Corp. andrewcorkhill@quinnemanuel.com
andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
andrewcorkhill@quinnemanuel.com, andy-corkhill-4117@ecf.pacerpro.com

Andrew Stuart Corkhill
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. andrewcorkhill@quinnemanuel.com
andy-corkhill-4117@ecf.pacerpro.com

Andrew T. Solomon
on behalf of Unknown Acta Asset Management ASA asolomon@solomoncramer.com rlombardo@sandw.com

Angela Jennifer Somers
on behalf of Interested Party Double Black Diamond Offshore Ltd. asomers@rctlegal.com
lbroussard@rctlegal.com;jwingerter@reidcollins.com

Angela Jennifer Somers
on behalf of Interested Party Black Diamond Offshore Ltd. asomers@rctlegal.com
lbroussard@rctlegal.com;jwingerter@reidcollins.com

Angela Z. Miller
on behalf of Creditor HSBC Mortgage Services Inc. amiller@phillipslytle.com agioeli@phillipslytle.com

Angelina E. Lim
on behalf of Creditor Mark W. Hein angelinal@jpfirm.com minervag@jpfirm.com;katherineb@jpfirm.com

Anjna R. Kapoor
on behalf of Defendant JPMORGAN CHASE BANK  N.A. akapoor@kelleydrye.com, docketing@kelleydrye.com

Ann E. Acker
on behalf of Creditor U.S. Bank National Association acker@chapman.com

Ann E. Acker
on behalf of Attorney Chapman and Cutler LLP acker@chapman.com

Ann E. Acker
on behalf of Creditor National Australia Bank Limited acker@chapman.com

Ann E. Acker
on behalf of Creditor U.S. Bank National Association  as Trustee acker@chapman.com

Ann E. Acker
on behalf of Creditor Bank Of Montreal acker@chapman.com

Ann E. Acker
on behalf of Creditor US Bank  National Association, as Trustee acker@chapman.com

Anna Kornikova
on behalf of Creditor Federal Home Loan Mortgage Corporation akornikova@lcbf.com

Anne Miller-Hulbert
on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee rocbkcourt@logs.com

Anne Miller-Hulbert
on behalf of Creditor Wells Fargo Bank  NA as Trustee rocbkcourt@logs.com

Anne Miller-Hulbert
on behalf of Creditor U.S. Bank National Association rocbkcourt@logs.com

Anne Miller-Hulbert
on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1 rocbkcourt@logs.com

Anne Miller-Hulbert
on behalf of Creditor US Bank  National Association, as Trustee rocbkcourt@logs.com

Anne E. Beaumont
on behalf of Creditor Lazard Freres & Co. LLC abeaumont@fklaw.com  mclerk@fklaw.com

Anne E. Beaumont
on behalf of Unknown Bank Of Montreal abeaumont@fklaw.com  mclerk@fklaw.com

Anne E. Beaumont
                    on behalf of Unknown Lazard Freres & Co. LLC abeaumont@fklaw.com  mclerk@fklaw.com

Anne E. Beaumont
                    on behalf of Interested Party Malaysian Airline System Berhad abeaumont@fklaw.com  mclerk@fklaw.com

Anne M. Peterson
                    on behalf of Creditor HSBC Bank USA  National Association anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com

Anne Marie Aaronson
                    on behalf of Creditor Temple Health System Transport Team  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Anne Marie Aaronson
                    on behalf of Creditor Temple Physicians  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Anne Marie Aaronson
                    on behalf of Creditor Jeanes Hospital aaaronson@dilworthlaw.com  ctomlin@dilworthlaw.com

Anne Marie Aaronson
                    on behalf of Creditor Temple University Health Systems  Inc., for itself and as Agent aaaronson@dilworthlaw.com,
                    ctomlin@dilworthlaw.com

Anson B. Frelinghuysen
                    on behalf of Liquidating Trustee Christopher K. Kiplok  Trust Administrator for the LBI Liquidating Trust
                    frelingh@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Anson B. Frelinghuysen
                    on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
                    frelingh@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Anthony Balsamo
                    on behalf of Unknown Arthur Boor balesq1948@yahoo.com

Anthony Ford
                    on behalf of Defendant Americredit Financial Services Inc. dcunsolo@winston.com

Anthony Ford
                    on behalf of Defendant AmeriCredit Automobile Receivables Trust 2007 D-F dcunsolo@winston.com

Anthony Ford
                    on behalf of Defendant AmeriCredit Automobile Receivables Trust 2007 B-F dcunsolo@winston.com

Anthony D. Boccanfuso
                    on behalf of Creditor Adventist Health System/Sunbelt  Inc. Anthony.Boccanfuso@apks.com,
                    ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Defendant Williams Lea Inc. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party American Capital  Ltd. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party Danske Bank A/S Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party Woodlands Commercial Bank Anthony.Boccanfuso@apks.com
                    ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Unknown Federal Housing Finance Agency  as conservator for the Federal Home Loan Mortgage Corporation
                    Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party Sampo Bank PLC Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Defendant Westpac Banking Corp. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party Williams Lea Inc. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Interested Party Westpac Banking Corporation Anthony.Boccanfuso@apks.com
                    ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank Anthony.Boccanfuso@apks.com
                    ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
                    on behalf of Unknown Adventist Health System/Sunbelt  Inc. Anthony.Boccanfuso@apks.com,
                    ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso

on behalf of Interested Party Mizrahi Tefahot Bank Ltd. Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso

on behalf of Defendant Westpac Banking Corporation Anthony.Boccanfuso@apks.com ecf-b9841d808f73@ecf.pacerpro.com

Anthony I. Giacobbe, Jr.

on behalf of Creditor SecureWorks Inc. f/k/a LURHQ Corp. agiacobbe@zeklaw.com

Anthony M. Rainone

on behalf of Creditor Thomas P Blakeslee arainone@bracheichler.com palonso@bracheichler.com;jmartin@bracheichler.com

Anthony M. Vassallo

on behalf of Transferee Solus MAGA Trust amvassallo@gmail.com tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Creditor Solus Opportunities Fund 3 LP amvassallo@gmail.com tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Unknown Solus Opportunities Fund 5 LP amvassallo@gmail.com tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Creditor Ultra Master Ltd. amvassallo@gmail.com tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Creditor Solus Opportunities Fund 1 LP amvassallo@gmail.com tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Unknown Solus Recovery Fund LP amvassallo@gmail.com, tony@amvasslaw.com

Anthony M. Vassallo

on behalf of Transferee Ultra NB LLC amvassallo@gmail.com tony@amvasslaw.com

Anthony V. Narula

on behalf of Defendant First Equity Mortgage Bankers Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula

on behalf of Defendant Standard Pacific Mortgage Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula

on behalf of Defendant Mortgage Capital Associates Inc. anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula

on behalf of Defendant Eagle Home Mortgage LLC anthony@axslawgroup.com, alex@axslawgroup.com

Anthony V. Narula

on behalf of Defendant Crestline Funding Corp. anthony@axslawgroup.com alex@axslawgroup.com

April Rancier

on behalf of Unknown Unknown arancier@offitkurman.com

April J. Theis

on behalf of Creditor State of Arizona april.theis@azag.gov hua.qin@azag.gov;BankruptcyUnit@azag.gov

April J. Theis

on behalf of Creditor Arizona State Treasurer april.theis@azag.gov hua.qin@azag.gov;BankruptcyUnit@azag.gov

April J. Theis

on behalf of Creditor Arizona State Retirement System april.theis@azag.gov hua.qin@azag.gov;BankruptcyUnit@azag.gov

Armen James Boyajian

on behalf of Unknown Mary E. Langevin jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Creditor Amit K. Sarkar jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Unknown Lars Jacobson jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Unknown Darian Cohen jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Creditor Christian Stevens jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Creditor Jeffery K. Wardell jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Creditor Andrew Wideman jamesboyajian@gmail.com

Armen James Boyajian

on behalf of Unknown Virgilio Casuple jamesboyajian@gmail.com

Arnold I Kalman
    on behalf of Unknown Irakli Glonti arnoldkalman@arnoldkalmanlaw.com

Arnold I Kalman
    on behalf of Unknown David Dateshidze arnoldkalman@arnoldkalmanlaw.com

Arthur Goldstein
    on behalf of Creditor SecurityNational Mortgage Company agoldstein@tarterkrinsky.com  snobles@tarterkrinsky.com

Arthur E. Rosenberg
    on behalf of Interested Party Caisse de depot et placement du Quebec arthur.rosenberg@hklaw.com

Arthur G. Baumeister, Jr.
    on behalf of Unknown Michael Alexis Coleman  Sr. abaumeister@amigonesanchez.com

Arthur Jay Steinberg
    on behalf of Unknown Lehman Commercial Paper Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg
    on behalf of Unknown Lehman Brothers Holdings Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg
    on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates asteinberg@kslaw.com sdavidson@kslaw.com;jcmccullough@kslaw.com

Arthur Jay Steinberg
    on behalf of Debtor Lehman Brothers Holdings Inc. asteinberg@kslaw.com  sdavidson@kslaw.com;jcmccullough@kslaw.com

August C. Venturini
    on behalf of Creditor Lamita Jabbour acv@venturini-law.com

Austin D Kim
    on behalf of Interested Party KfW adk@msf-law.com

Autumn D. Highsmith
    on behalf of Creditor BP Capital Energy Fund  L.P. autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor T. Boone Pickens autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor Steven G. Holder Living Trust autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor BP Capital Energy Equity Fund  L.P. autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor American Airlines  Inc. autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor BP Cap. Energy Equity Intl. Hldgs. I  LP autumn.highsmith@haynesboone.com

Autumn D. Highsmith
    on behalf of Creditor BP Cap. Energy Equity Fund Master II  LP autumn.highsmith@haynesboone.com

Barbara Whipple
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company bwhipple@rasflaw.com bwhipple@rasflaw.com

Barbara E. Locklin
    on behalf of Creditor UMWA 1974 Pension Trust blocklin@umwafunds.org

Barbra R. Parlin
    on behalf of Creditor PriceWaterhouseCoopers LLP barbra.parlin@hklaw.com elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Singapore Airlines Ltd. barbra.parlin@hklaw.com elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Teachers' Retirement System of the State of Illinois barbra.parlin@hklaw.com elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Kantatsu Co. Ltd. barbra.parlin@hklaw.com elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barry J Roy
    on behalf of Interested Party Somerset Properties SPE  LLC broy@rltlawfirm.com

Barry J Roy
    on behalf of Unknown Somerset Properties SPE  LLC broy@rltlawfirm.com

Barry R. Kleiner
on behalf of Unknown Vinson & Elkins LLP dkleiner@kkwc.com

Barry R. Kleiner
on behalf of Creditor Shinsei Bank  Limited dkleiner@kkwc.com

Barry R. Kleiner
on behalf of Creditor Bimini Investments S.a r.l. dkleiner@kkwc.com

Barry R. Kleiner
on behalf of Unknown Shinsei Bank  Limited dkleiner@kkwc.com

Benay L. Josselson
on behalf of Interested Party Issuers josselson@sewkis.com

Benay L. Josselson
on behalf of Defendant Liberty Square CDO II  Ltd. josselson@sewkis.com

Benay L. Josselson
on behalf of Defendant Mulberry Street CDO  Ltd. josselson@sewkis.com

Benay L. Josselson
on behalf of Defendant Liberty Square CDO I  Ltd. josselson@sewkis.com

Benjamin Blaustein
on behalf of Creditor Tullett Prebon Holdings Corporation blaustein@sewkis.com

Benjamin Blaustein
on behalf of Creditor The Juilliard School blaustein@sewkis.com

Benjamin Rosenblum
on behalf of Plaintiff Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Unknown Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Plaintiff Lehman Brothers Holdings Inc.  brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Plaintiff Woodlands Commercial Corporation brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Debtor Lehman Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum
on behalf of Plaintiff Lehman Brothers Special Financing Inc. brosenblum@jonesday.com

Benjamin C. Wolf
on behalf of Transferee Serengeti Asset Management LP bwolf@kramerlevin.com

Benjamin F Heidlage
on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts bheidlage@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Benjamin F Heidlage
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust bheidlage@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Benjamin P. McCallen
on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  bmccallen@willkie.com

Benjamin S. Kaminetzky
on behalf of Defendant Ford Credit Auto Owner Trust 2007-B kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Creditor Bank Leumi le-Israel  Ltd. kaminet@dpw.com, ecf.ct.papers@davispolk.com

Bennett Scott Silverberg
on behalf of Creditor Banesco Banco Universal S.A.C.A bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg
on behalf of Creditor Avignon Capital Ltd. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg
on behalf of Creditor Spring Star Corp. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennett Scott Silverberg
on behalf of Creditor Bellair Development Group S.A. bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

District/off: 0208-1
Date Rcvd: Oct 18, 2022

User: admin

Form ID: tranapl

Page 31 of 260

Total Noticed: 1

Bennett Scott Silverberg

on behalf of Creditor Serta Capital LLC bsilverberg@brownrudnick.com  mlinn@faralloncapital.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development for the Post-Employment Benefits Plan
bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Cascade Investment L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Global Investments  LTD. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant LM Moore LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Natixis bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Energy Investments Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Equity Fund Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Alphadyne International Master Fund  Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown United Technologies Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development (as trustee of the Staff Retirement Plan and Trust)
bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court  S.D.N.Y. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor Natixis Financial Products Inc. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor International Bank for Reconstruction and Development bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Global Investments  LTD. bdk@schlamstone.com

User: admin
Form ID: tranapl

Bennette D. Kramer

on behalf of Unknown Kendall Family Investments  LLC bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Trade Process Corporation bdk@schlamstone.com

Bennette D. Kramer

on behalf of Creditor Moore Capital Management  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Counter-Defendant SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Federal Home Loan Bank of Indianapolis bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown LM Moore LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Glencore Commodities Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Bill & Melinda Gates Foundation Trust bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Convexity Capital Master Fund L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown FIG Entities bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Markets Fund (Master)  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Citadel Equity Master Fund Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown HBK Master Fund L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Casterligg Master Investments Ltd. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff Moore Macro Fund  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Macro Fund  L.P. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown JR Moore  LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Natixis Financial Products Inc. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown SJL Moore  Ltd bdk@schlamstone.com

Bennette D. Kramer

on behalf of Plaintiff LM Moore LP bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Global Investments  LTD. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown Moore Capital Advisors  L.L.C. bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown International Bank for Reconstruction and Development (as trustee of the Retired Staff Benefits Plan and Trust) bdk@schlamstone.com

Bennette D. Kramer

on behalf of Unknown GE Financial Markets bdk@schlamstone.com

Bertin C. Emmons

on behalf of Creditor Sovereign Bank bemmons@sovereignbank.com

Bertrand C. Sellier

on behalf of Creditor QVT Financial LP bsellier@rlrpclaw.com

Bertrand C. Sellier

on behalf of Creditor QVT Fund LP bsellier@rlrpclaw.com

Bertrand C. Sellier

on behalf of Creditor Quintessence Fund L.P. bsellier@rlrpclaw.com

Bertrand J. Choe

on behalf of Transferee JPMORGAN CHASE BANK  N.A. NYC.bknotices@kattenlaw.com

Bertrand J. Choe

on behalf of Unknown Banc of America Credit Products  Inc. NYC.bknotices@kattenlaw.com

Bertrand J. Choe

on behalf of Creditor Banc of America Credit Products  Inc. NYC.bknotices@kattenlaw.com

Beth A Bryan

on behalf of Unknown Federal Home Loan Bank of Cincinnati bryan@taftlaw.com  docket@taftlaw.com

Beverly Weiss Manne

on behalf of Creditor Kimberly A. Reed bmanne@tuckerlaw.com

Beverly Weiss Manne

on behalf of Creditor Federal Home Loan Bank of Pittsburgh bmanne@tuckerlaw.com

Beverly Weiss Manne

on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh bmanne@tuckerlaw.com

Blair C. Fensterstock

on behalf of Interested Party SecurityNational Mortgage Company gprice@mackeyprice.com

Blanka K. Wolfe

on behalf of Unknown Norton Gold Fields Limited bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Unknown Evangelical Christian Credit Union bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Creditor Agricultural Bank of Taiwan bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Unknown Makola 2005  S.L. bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Boaz S. Morag

on behalf of Interested Party Barclays Capital  Inc. bmorag@cgsh.com, maofiling@cgsh.com

Boaz S. Morag

on behalf of Defendant Barclays Bank PLC bmorag@cgsh.com  maofiling@cgsh.com

Boaz S. Morag

on behalf of Defendant Barclays Capital Inc. bmorag@cgsh.com  maofiling@cgsh.com

Boaz S. Morag

on behalf of Interested Party Barclays Capital Inc. bmorag@cgsh.com  maofiling@cgsh.com

Boaz S. Morag

on behalf of Defendant Barclays Capital  Inc. bmorag@cgsh.com, maofiling@cgsh.com

Bonnie Steingart

on behalf of Unknown FMR LLC steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Bonnie Steingart

on behalf of Unknown Goldman  Sachs & Co. steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Bonnie Steingart

on behalf of Unknown Bonnie Steingart steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Bonnie Steingart

on behalf of Unknown Tradeweb Markets LLC steinbo@ffhsj.com  nydocketclrk@ffhsj.com

Boris I. Mankovetskiy

District/off: 0208-1                          User: admin                                    Page 34 of 260
Date Rcvd: Oct 18, 2022                       Form ID: tranapl                                Total Noticed: 1

on behalf of Creditor Alfred H. Siegel bmankovetskiy@sillscummis.com

Brad Jeffrey Axelrod

on behalf of Plaintiff Lehman Brothers Holdings  Inc. baxelrod@wmd-law.com

Brad Jeffrey Axelrod

on behalf of Plaintiff Lehman Brothers Holdings Inc. baxelrod@wmd-law.com

Bradford E. Dempsey

on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants brad.dempsey@faegrebd.com candee.smith@faegrebd.com

Bradford E. Dempsey

on behalf of Creditor M. Arthur Gensler Jr. & Associates  Inc. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Bradford E. Dempsey

on behalf of Creditor Gensler and Associates/Architecture  Inc. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Bradford E. Dempsey

on behalf of Unknown Gensler Architecture  Design & Planning, P.C. brad.dempsey@faegrebd.com, candee.smith@faegrebd.com

Brady C. Williamson

on behalf of Interested Party Fee Committee bwilliamson@gklaw.com  kboucher@gklaw.com;sulrich@gklaw.com

Brandon Johnson

on behalf of Creditor Banc of America Credit Products  Inc. brandon.johnson@pillsburylaw.com

Brandon Johnson

on behalf of Transferee Botticelli  LLC brandon.johnson@pillsburylaw.com

Brandon Johnson

on behalf of Transferee AG Centre Street Partnership  L.P. brandon.johnson@pillsburylaw.com

Brant Kuehn

on behalf of Plaintiff Lehman Brothers Holdings Inc. bkuehn@wmd-law.com

Brant Kuehn

on behalf of Plaintiff Lehman Brothers Holdings  Inc. bkuehn@wmd-law.com

Brant Kuehn

on behalf of Debtor Lehman Brothers Holdings Inc. bkuehn@wmd-law.com

Brendan M. Scott

on behalf of Plaintiff Massachusetts Water Resources Authority bscott@klestadt.com

Brendon DeMay

on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain Mortgage-Backed Securities Trusts bdemay@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Brendon DeMay

on behalf of Interested Party Wilmington Trust Company and Wilmington Trust Association  solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts bdemay@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Brent C. Strickland

on behalf of Interested Party Headstrong Services  LLC bstrickland@wtplaw.com

Brent C. Strickland

on behalf of Unknown Monarch Alternative Capital LP bstrickland@wtplaw.com

Brett D. Goodman

on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk brett.goodman@afslaw.com

Brett H. Miller

on behalf of Creditor AB Bankas SNORAS bmiller@willkie.com  maosbny@willkie.com

Brett H. Miller

on behalf of Unknown Chinatrust Commercial Bank  et al. bmiller@willkie.com, maosbny@willkie.com

Brett H. Miller

on behalf of Creditor Farglory Life Insurance Co. Ltd. bmiller@willkie.com  maosbny@willkie.com

Brian Trust

on behalf of Plaintiff Libra CDO Limited btrust@mayerbrown.com

Brian Trust

on behalf of Creditor National Bank of Canada Inc.  National Bank of Canada Financial Inc., and National Bank Financial Inc. btrust@mayerbrown.com

Brian Trust

on behalf of Interested Party FirstCaribbean International Bank (Bahamas) Limited btrust@mayerbrown.com

Brian Trust

on behalf of Creditor SOCIETE GENERALE btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Societe Generale Asset Management Banque btrust@mayerbrown.com

Brian Trust
    on behalf of Defendant Libra CDO Limited btrust@mayerbrown.com

Brian Trust
    on behalf of Defendant Bank Of America  N.A. btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Libra CDO Limited btrust@mayerbrown.com

Brian Trust
    on behalf of Plaintiff Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Swift Master Auto Receivables Trust btrust@mayerbrown.com

Brian Trust
    on behalf of Interested Party Canadian Imperial Bank of Commerce btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor National Bank of Canada btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Federal Home Loan Bank of Boston btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Capital Partners Securities Co.  Ltd. btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor The Vantagepoint Funds btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Societe Generale btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Societe Generale Bank & Trust btrust@mayerbrown.com

Brian Trust
    on behalf of Defendant Societe Generale  New York Branch btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Societe Generale Asset Management Banque btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor SOGECAP btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Washington Mutual Bank and Washington Mutual  Inc. btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Sumitomo Mitsui Banking Corporation  SMBC Capital Markets, Inc., and Sumitomo Mitsui Banking
    Corporation Brussels Branch btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Canadian Imperial Bank Commerce btrust@mayerbrown.com

Brian Trust
    on behalf of Interested Party CypressTree Investment Management  LLC, As Subadvisor To Primus CLO I, Ltd.
    btrust@mayerbrown.com

Brian Trust
    on behalf of Creditor Societe Generale Bank & Trust btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Societe Generale btrust@mayerbrown.com

Brian Trust
    on behalf of Defendant LaSalle Bank National Association btrust@mayerbrown.com

Brian Trust
    on behalf of Unknown Mayer Brown LLP btrust@mayerbrown.com

Brian D. Koosed
    on behalf of Defendant AXA Financial  Inc. brian.koosed@klgates.com

Brian D. Koosed
    on behalf of Defendant AllianceBernstein L.P. f/k/a Alliance Capital Management L.P. brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Assurances Vie Mutuelle brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Assurances I.A.R.D. Mutuelle brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA Courtage Assurance Mutuelle brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant AXA  S.A. brian.koosed@klgates.com

Brian D. Pfeiffer

on behalf of Plaintiff HWA 555 Owners  LLC , jdisanti@whitecase.com;mco@whitecase.com

Brian D. Pfeiffer,

on behalf of Interested Party HWA 555 Owners  LLC brian.pfeiffer@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com

Brian D. Pfeiffer,

on behalf of Creditor HWA 555 Owners  LLC brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Value Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Opportunity maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Equity Income Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Duquesne Capital Management L.L.C. maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor S.A.C. Strategic Investments  LLC maosbny@willkie.com, boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Fund /VA maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Small and Mid Cap Value Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Capital Income Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Oppenheimer Main Street Small Cap Fund maosbny@willkie.com  boconnor@willkie.com

Brian Edward O'Connor

on behalf of Creditor Sigma Fixed Income Fund  Ltd. maosbny@willkie.com, boconnor@willkie.com

Brian James Rooder

on behalf of Transferee Finepoint Capital Partners II LP brian.rooder@ropesgray.com

Brian James Rooder

on behalf of Transferee Finepoint Capital Partners I LP brian.rooder@ropesgray.com

Brian James Rooder

on behalf of Creditor Schroder Investment Management Limited  on behalf of certain current and former Schroder entities
brian.rooder@ropesgray.com

Brian Matthew Margolies

on behalf of Plaintiff Allied World Assurance Company (U.S.) Inc. bmargolies@traublieberman.com

Brian W. Harvey

on behalf of Unknown Clayton Services  Inc. bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Brigitte Rose

on behalf of Unknown Wells Fargo Bank  National Association brose@hahnhessen.com

Brijesh P. Dave,

on behalf of Debtor Lehman Brothers Holdings Inc. brijesh.dave@lehmanholdings.com

Bruce Bennett

on behalf of Unknown DCP Parties bbennett@jonesday.com

Bruce Sabados

on behalf of Defendant Brown Brothers Harriman & Co. mark.ciani@kattenlaw.com

Bruce A. Schoenberg

on behalf of Unknown American Capital Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant First Home Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Perl Mortgage  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Interested Party Gateway Bank  FSB bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown North Atlantic Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Union Mortgage Group  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown GMFS LLC bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Advisors Mortgage Group  LLC bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Merrimack Mortgage Company  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown North American Savings Bank  F.S.B. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Mason McDuffie Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown The Mortgage Link  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant The Mortgage House  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Nova Financial & Investment Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Jersey Mortgage Company of New Jersey  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant North Atlantic Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Merrimack Mortgage Company  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Access National Mortgage Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown First Option Mortgage bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Unknown Nova Financial and Investment Corporation bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant First Credit Union bschoenberg@moritthock.com  rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Gateway Bank  F.S.B bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce A. Schoenberg

on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. bschoenberg@moritthock.com, rgoldstein@moritthock.com

Bruce E. Clark

on behalf of Defendant Giants Stadium LLC clarkb@sullcrom.com

s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Unknown Baupost Group LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Interested Party Sullivan & Cromwell LLP clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Counter-Claimant Giants Stadium LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce E. Clark
on behalf of Creditor Giants Stadium LLC clarkb@sullcrom.com
s&cmanagingclerk@sullcrom.com;bruce-clark-8920@ecf.pacerpro.com

Bruce G. Arnold
on behalf of Unknown Bruce G. Arnold barnold@whdlaw.com

Bruce G. Arnold
on behalf of Creditor Metavante Corporation barnold@whdlaw.com

Bruce G. MacIntyre
on behalf of Creditor Puget Sound Energy  Inc. bmacintyre@perkinscoie.com

Bruce G. MacIntyre
on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incoporated bmacintyre@perkinscoie.com

Bruce J. Duke
on behalf of Creditor William Connors brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Unknown Joanna Barecivic brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Committee Joanna Baricevic brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Rick Gabelman brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor James Gardner brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Municipal Securities Rulemaking Board brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Unknown William Conners brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Rudolph Hlavek brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Creditor Shashank Agrawal brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Bruce J. Duke
on behalf of Unknown Shashank Agrawal brucedukeesq@gmail.com  5720202420@filings.docketbird.com

Btzalel Hirschhorn
on behalf of Interested Party Emile & Carlos Diaz Bhirschhorn@sbagk.com
manderson@sbagk.com,cpersaud@sbagk.com,gguarino@sbagk.com,hirschhornbr66086@notify.bestcase.com,etaylor@sbagk.com

CRG Financial LLC
on behalf of Creditor Claims Recovery Group LLC notices@CRGfinancial.com

Caitrin Una McKiernan
on behalf of Unknown Shield Securities Limited caitrin.mckiernan@freshfields.com

Caitrin Una McKiernan
on behalf of Defendant Shield Securities Ltd  caitrin.mckiernan@freshfields.com

Caleb Durling
on behalf of Plaintiff Lehman Brothers Holding Inc. cdurling@foxrothschild.com

Caleb Durling
on behalf of Plaintiff Lehman Brothers Holdings Inc. cdurling@foxrothschild.com

Carey D. Schreiber
on behalf of Unknown Capgemini Financial Services USA  INC cschreiber@winston.com,
carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Transferee AG Super Fund International Partners  L.P. cschreiber@winston.com,
　　　carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Unknown Banc of America Credit Products  Inc. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Creditor Capgemini Financial Services USA  Inc. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Transferee AG Centre Street Partnership  L.P. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Transferee Botticelli  LLC cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
　　　on behalf of Interested Party Intralot S.A. cschreiber@winston.com  carey-schreiber-2307@ecf.pacerpro.com

Carl E Black
　　　on behalf of Defendant LendingTree  LLC ceblack@jonesday.com

Carl E Black
　　　on behalf of Defendant LendingTree  Inc. ceblack@jonesday.com

Carl M. Greenfeld
　　　on behalf of Creditor Cerberus Partners  L.P. and Cerberus International, Ltd. cgreenfeld@lowenstein.com

Carla O. Andres
　　　on behalf of Interested Party Fee Committee candres@gklaw.com  kboucher@gklaw.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs Japan Co. Ltd. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman  Sachs & Co. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Unknown Cleary Gottlieb Steen & Hamilton LLP cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Interested Party Goldman Sachs Asset Management  L.P., as Investment Manager to GMT LIBOR Alpha Cayman
　　　Unit Trust cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor GS European Performance Fund Limited cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Defendant Goldman Sachs International cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs International Bank cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Nordic Investment Bank cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Interested Party Finmeccanica S.p.A. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Interested Party The Goldman Sachs Group  Inc. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs Credit Partners L.P. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor J. Aron & Company cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Zwinger Opco 6 BV cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs Capital Markets  L.P. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs (Asia) Finance cboccuzzi@cgsh.com  maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Interested Party Goldman Sachs Asset Management  L.P. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi
　　　on behalf of Creditor Goldman Sachs International cboccuzzi@cgsh.com  maofiling@cgsh.com

District/off: 0208-1                          User: admin                          Page 40 of 260
Date Rcvd: Oct 18, 2022                       Form ID: tranapl                     Total Noticed: 1

Carmine Boccuzzi

on behalf of Defendant Goldman  Sachs & Co. cboccuzzi@cgsh.com, maofiling@cgsh.com

Carmine Boccuzzi

on behalf of Creditor Goldman Sachs (Japan) Ltd. cboccuzzi@cgsh.com  maofiling@cgsh.com

Carolee A. Hoover

on behalf of Defendant Gateway Bank  F.S.B choover@mcguirewoods.com

Caroline Djang

on behalf of Creditor LINC-Redondo Beach Seniors  Inc. cdjang@buchalter.com, laurie.verstegen@bbklaw.com

Caroline K. Eisner

on behalf of Defendant CMG Mortgage  Inc. ceisner@buckleyfirm.com, docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant CMG MORTGAGE SERVICES  INC. ceisner@buckleyfirm.com,
docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant RBC Mortgage Company ceisner@buckleyfirm.com
docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant CMG MORTGAGE  INC. ceisner@buckleyfirm.com,
docket@buckleyfirm.com,autodocket@buckleyfirm.com

Caroline K. Eisner

on behalf of Defendant FLAGSTAR BANK  FSB ceisner@buckleyfirm.com,
docket@buckleyfirm.com,autodocket@buckleyfirm.com

Carollynn H.G. Callari

on behalf of Unknown Preston Patagonia-AM LLC ccallari@venable.com

Carollynn H.G. Callari

on behalf of Creditor Danske Bank A/S  London Branch ccallari@venable.com

Carollynn H.G. Callari

on behalf of Unknown Sumatra-AM LLC ccallari@venable.com

Carren B. Shulman

on behalf of Unknown Bank of New York Mellon cshulman@sheppardmullin.com  ny-docketing@sheppardmullin.com

Carren B. Shulman

on behalf of Unknown Sheppard Mullin Richter & Hampton  LLP cshulman@sheppardmullin.com,
ny-docketing@sheppardmullin.com

Carrie V. Hardman

on behalf of Plaintiff European Credit Management Limited chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff European Credit (Luxembourg) S.A. chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Relative European Value S.A. chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Term Loans Europe plc chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Plaintiff Leveraged Loans Europe plc chardman@klestadt.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman,

on behalf of Creditor Southdene Investments Ltd chardman@winston.com  carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman,

on behalf of Unknown European Credit Management Limited chardman@winston.com  carrie-hardman-4684@ecf.pacerpro.com

Casey B. Howard

on behalf of Creditor Plaza Harbour Mezz Holdings LLC choward@lockelord.com

Casey B. Howard

on behalf of Unknown Stephen Nash Hurley choward@lockelord.com

Casey B. Howard

on behalf of Unknown Southern Community Financial Corporation choward@lockelord.com

Casey B. Howard

on behalf of Unknown Southern Community Bank and Trust choward@lockelord.com

Casey B. Howard

on behalf of Unknown Carolina First Bank choward@lockelord.com

District/off: 0208-1                                          User: admin                                          Page 41 of 260
Date Rcvd: Oct 18, 2022                                      Form ID: tranapl                                      Total Noticed: 1

Casey B. Howard
on behalf of Defendant Wells Fargo Bank  N.A., Trustee choward@lockelord.com

Casey B. Howard
on behalf of Unknown Reynolds American Defined Benefit Master Trust choward@lockelord.com

Casey B. Howard
on behalf of Unknown Arsago Strategies SPC choward@lockelord.com

Casey B. Howard
on behalf of Plaintiff Southern Community Bank and Trust choward@lockelord.com

Casey B. Howard
on behalf of Plaintiff Southern Community Financial Corporation choward@lockelord.com

Casey B. Howard
on behalf of Plaintiff Carolina First Bank choward@lockelord.com

Casey B. Howard
on behalf of Defendant Illinois Mutual Life Insurance Co. choward@lockelord.com

Casey B. Howard
on behalf of Defendant Wells Fargo Bank  National Association choward@lockelord.com

Casey B. Howard
on behalf of Counter-Claimant Wells Fargo Bank  N.A., Trustee choward@lockelord.com

Cassandra L. Coleman
on behalf of Creditor The Treasurer of Garfield County  Colorado ccoleman@garfield-county.com

Catherine V. LoTempio
on behalf of Unknown Rita Shapiro lotempio@sewkis.com

Charles Malloy
on behalf of Defendant Westpac Banking Corporation charles.malloy@aporter.com

Charles Quinn
on behalf of Unknown Stonehill Institutional Partners  L.P. cvquinn@cvquinn-law.com

Charles Quinn
on behalf of Unknown Stonehill Master Fund Ltd. cvquinn@cvquinn-law.com

Charles A. Lyman
on behalf of Creditor James L. Knipp tmk@soslaw.com

Charles E. Boulbol
on behalf of Unknown Russell Reynolds Associates Limited rtrack@msn.com

Charles E. Boulbol
on behalf of Unknown Russell Reynolds Associates  Inc. rtrack@msn.com

Charles E. Simpson
on behalf of Unknown Windels Marx Lane & Mittendorf  LLP csimpson@windelsmarx.com,
mmartir@windelsmarx.com;cdinapoli@windelsmarx.com

Charles J. Filardi, Jr.
on behalf of Creditor Federal Express Corporation cfilardi@rrlawpc.com  abothwell@rrlawpc.com

Charles Martin Tatelbaum
on behalf of Creditor GMAC Mortgage  LLC cmt@trippscott.com, hbb@trippscott.com

Charles R. Ekberg
on behalf of Creditor Fred Hutchinson Cancer Research Center ekbergc@lanepowell.com
intlekofert@lanepowell.com;Docketing-SEA@lanepowell.com

Charles R. Ekberg
on behalf of Defendant Lake Forest Business Center ekbergc@lanepowell.com
intlekofert@lanepowell.com;Docketing-SEA@lanepowell.com

Chaya F. Weinberg-Brodt
on behalf of Unknown CRE Capital LLC chaya.weinberg@withers.us.com

Chester B. Salomon
on behalf of Unknown Emerson Investment Management  Inc. chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon
on behalf of Unknown The Lapidus Trust U/A/D 6/17/02 chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
on behalf of Unknown Richard Witten chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon
on behalf of Interested Party Institutional Investors chestersalomon355@gmail.com  s.helenlin@gmail.com

08-13555-mg    Doc 61518    Filed 10/20/22    Entered 10/21/22 00:09:08    Imaged
Certificate of Notice    Pg 43 of 261
District/off: 0208-1                          User: admin                              Page 42 of 260
Date Rcvd: Oct 18, 2022                       Form ID: tranapl                         Total Noticed: 1

Chester B. Salomon

on behalf of Creditor 1301 Properties Owner  LP c/o Paramount Group, Inc. chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Harold Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Isaac Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Nancy Oring chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Ira Wertentiel chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Transferee Harold Shamah 2010 Family Trust chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Summit Capital Partners  LP chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor 469 Bergman Properties LLC chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Shamah 2000 Family Trust chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Isaac Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor 1301 Properties Owner  L.L.C. chestersalomon355@gmail.com, s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Robert Perl chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Unknown Harold Shamah chestersalomon355@gmail.com  s.helenlin@gmail.com

Chester B. Salomon

on behalf of Creditor Richard Witten chestersalomon355@gmail.com  s.helenlin@gmail.com

Christine Walsh

on behalf of Creditor MSREF Turque S.A.R.L. cwalsh@mayerbrown.com

Christine Walsh

on behalf of Creditor BNP Paribas cwalsh@mayerbrown.com

Christine Walsh

on behalf of Creditor BGL BNP Paribas S.A. cwalsh@mayerbrown.com

Christine M. Tobin-Presser

on behalf of Unknown Kline Galland Center ctobin@bskd.com
psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com

Christopher Carlsen

on behalf of Unknown Sunny Bank Ltd. christopher.carlsen@clydeco.us  michelle.mullen@clydeco.us

Christopher Carrington

on behalf of Plaintiff Lehman Brothers Holdings Inc. chris@richardscarrington.com  dyanna@richardscarrington.com

Christopher Combest

on behalf of Creditor United Parcel Service  Inc. christopher.combest@quarles.com, faye.feinstein@quarles.com

Christopher Harris

on behalf of Unknown ACTS Retirement-Life Communities  Inc. Christopher.harris@lw.com,
christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

on behalf of Plaintiff Veyance Technologies  Inc. Christopher.harris@lw.com,
christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

on behalf of Interested Party Veyance Technologies  Inc. Christopher.harris@lw.com,
christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Joralemon

on behalf of Defendant The Related Companies Inc. cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Joralemon

on behalf of Defendant Richard O'Toole cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Joralemon
 on behalf of Defendant Rosegreen Trust cjoralemon@gibsondunn.com  mao@gibsondunn.com

Christopher Loizides
 on behalf of Plaintiff Miron Berenshteyn loizides@loizides.com

Christopher A. LaVoy
 on behalf of Defendant loanDepot.com  LLC clavoy@hclawgroup.com, asst@hclawgroup.com,3614656420@filings.docketbird.com

Christopher A. LaVoy
 on behalf of Defendant LoanDepot.com  LLC clavoy@hclawgroup.com, asst@hclawgroup.com,3614656420@filings.docketbird.com

Christopher F. Graham
 on behalf of Unknown McKenna Long & Aldridge LLP grahamc@whiteandwilliams.com

Christopher F. Graham
 on behalf of Spec. Counsel McKenna Long & Aldridge LLP grahamc@whiteandwilliams.com

Christopher J Lucht
 on behalf of Plaintiff Lehman Brothers Holdings  Inc. clucht@wmd-law.com

Christopher J Lucht
 on behalf of Plaintiff Lehman Brothers Special Financing Inc. clucht@wmd-law.com

Christopher J Lucht
 on behalf of Debtor Lehman Brothers Holdings Inc. clucht@wmd-law.com

Christopher J Lucht
 on behalf of Plaintiff Lehman Brothers Holdings Inc. clucht@wmd-law.com

Christopher J. Battaglia
 on behalf of Unknown Bouef Limited cbattaglia@halperinlaw.net  cessenfeld@halperinlaw.net

Christopher J. Giaimo, Jr.
 on behalf of Creditor Transaction Network Services  Inc. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Houpt
 on behalf of Creditor Threadneedle Management Luxembourg S.A. choupt@mayerbrown.com jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Creditor Citibank  N.A. choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Defendant LaSalle Bank National Association choupt@mayerbrown.com jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Defendant Bank Of America  N.A. choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Interested Party CITIBANK  N.A. choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Unknown Citibank N.A. choupt@mayerbrown.com jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Plaintiff Societe Generale  New York Branch choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Defendant Libra CDO Limited choupt@mayerbrown.com jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Interested Party The International Swaps and Derivatives Association  Inc. choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Defendant Societe Generale  New York Branch choupt@mayerbrown.com, jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
 on behalf of Creditor Threadneedle Asset Managment Ltd. choupt@mayerbrown.com jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Plaintiff Libra CDO Limited choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Interested Party The Securities Industry and Financial Markets Association choupt@mayerbrown.com
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Houpt
on behalf of Unknown CitiBank  NA choupt@mayerbrown.com,
jmarsala@mayerbrown.com,6528061420@filings.docketbird.com

Christopher J. Major
on behalf of Creditor FactSet Research Systems  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Plaintiff Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Plaintiff Turnberry/Centra Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry West Construction cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Plaintiff Turnberry/Centra Office Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Counter-Claimant Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Plaintiff Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry/Centra Office SUB  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry/Centra SUB LLC cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Counter-Defendant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Creditor Clayton Fixed Income Services  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Soffer Turnberry/South Strip  llc cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Defendant Fontainebleau Resorts  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry Residential Limited Partner LP cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Counter-Defendant Jacquelyn Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Unknown Turnberry/Centra Sub  LLC, Turnberry/Centra Office Sub, LLC, Turnberry Retail Holding, L.P., Jacquelyn
Soffer and Jeffrey Soffer cjm@msf-law.com, bm@msf-law.com

Christopher J. Major
on behalf of Counter-Claimant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major
on behalf of Plaintiff Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Defendant Jeffrey Soffer cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Turnberry/Centra Sub  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Unknown Fontainebleau Las Vegas  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

on behalf of Counter-Defendant Turnberry Retail Holding  L.P. cjm@msf-law.com, bm@msf-law.com

Christopher K. Kiplok

on behalf of Attorney Hughes Hubbard & Reed LLP kiplok@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok

on behalf of Interested Party Lehman Brothers Inc. kiplok@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Kiplok

on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers Inc. kiplok@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Christopher K. Tahbaz

on behalf of Defendant AIA International Ltd. cktahbaz@debevoise.com  mao-bk-ecf@debevoise.com

Christopher Lee Wilson

on behalf of Defendant LendingTree  LLC clwilson@jonesday.com, nydocket@jonesday.com

Christopher Lee Wilson

on behalf of Defendant LendingTree  Inc. clwilson@jonesday.com, nydocket@jonesday.com

Christopher M. Desiderio

on behalf of Defendant Syncora Guarantee Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant GreenPoint Mortgage Funding  Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant Deutsche Bank Trust Company Americas  As Indenture Trustee cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown CVF Lux Securities Trading S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor CVF Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant State Street International Ireland Limited cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company
cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant State Street Bank and Trust Company as Trustee for Cheyne CLO Investment I Ltd.
cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Longshore CDO Funding 2007-3  LTD cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Defendant ZAIS Investment Grade Limited X cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Unknown Nixon Peabody LLP cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Stone Lion Capital Partners L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Permal Stone Lion Fund Ltd. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor CVIC Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown CVF Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor CVF II LUX FINCO  LLC cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor CVF Lux Finco  LLC cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor CVI GVF Luxembourg Twelve S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant U.S. Bank National Association cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant State Street Bank and Trust Company cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor Stone Lion Portfolio L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown Permal Stone Lion Fund Ltd. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown State Street Custodial Services (Ireland) Limited  in its role as Trustee of Strategic Global Fund (Strategic
                    Global (Putnam) Managed Trust Fund) cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant ZAIS Investment Grade Limited II cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant Deutsche Bank Trust Company Americas as Trustee for Mulberry Street CDO  Ltd.,
                    cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor SL Liquidation Fund L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant State Street Global Advisors cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown Zais Investment Grade Limited II cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Defendant Deutsche Bank Trust Company Americas cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor Commonwealth of Peurto Rico cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor Kaupthing hf. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown CVI CVF II Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Unknown Stone Lion Portfolio L.P. cdesiderio@nixonpeabody.com

Christopher M. Desiderio
                    on behalf of Creditor CVI CVF II Lux Master S.a.r.l. cdesiderio@nixonpeabody.com

Christopher P. Hall
                    on behalf of Defendant PTO Holdings LLC new-york-bankruptcy-5401@ecf.pacerpro.com

Christopher P. Hall
                    on behalf of Defendant LCOR Alexandria L.L.C. new-york-bankruptcy-5401@ecf.pacerpro.com

Christopher P. Schueller
                    on behalf of Creditor Greenbriar Minerals  LLC , timothy.palmer@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Christopher R. Donoho, III
                    on behalf of Unknown Barclays Bank SA chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Jurgen Grossmann chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

District/off: 0208-1                                    User: admin                                    Page 47 of 260
Date Rcvd: Oct 18, 2022                                 Form ID: tranapl                               Total Noticed: 1

Christopher R. Donoho, III
                    on behalf of Unknown DekaBank Deutsche Girozentrale chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Standard Chartered Bank (Hong Kong) Limited chris.donoho@hoganlovells.com
                    tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Quintessence Fund L.P. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Jurgen Grossman chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Standard Chartered Bank chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Thomas Marsoner chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Lloyds TSB Bank plc (Geneva Branch) chris.donoho@hoganlovells.com
                    tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Lovells LLP chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown LRI Invest  S.A. chris.donoho@hoganlovells.com, tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Italease Finance S.p.A. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Banca Italease S.p.A. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Piney Branch Park Inc. chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor QVT Fund LP chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Christopher Donoho QVT Financial LP chris.donoho@hoganlovells.com
                    tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Interested Party Carlton Communications Limited chris.donoho@hoganlovells.com
                    tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Creditor Lloyds TSB Bank plc chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown The Seaport Group LLC chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Donoho, III
                    on behalf of Unknown Berner Kantonalbank AG chris.donoho@hoganlovells.com  tracy.southwell@hoganlovells.com

Christopher R. Heinrich
                    on behalf of Creditor Nebraska Investment Council and State of Nebraska cheinrich@hslegalfirm.com

Christopher R. Momjian
                    on behalf of Creditor Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

Christopher Robert Belmonte
                    on behalf of Attorney Satterlee Stephens Burke & Burke LLP crbelmonte@duanemorris.com
                    pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
                    on behalf of Unknown Latshaw Drilling Company  LLC crbelmonte@duanemorris.com,
                    pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
                    on behalf of Unknown International Business Machines Corporation crbelmonte@duanemorris.com
                    pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
                    on behalf of Unknown IBM Personal Pension Plan Trust crbelmonte@duanemorris.com
                    pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
                    on behalf of Creditor Moody's Corporation crbelmonte@duanemorris.com
                    pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
on behalf of Creditor International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
on behalf of Unknown Moody's Investors Service crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christy Rivera
on behalf of Creditor GLG Partners (Cayman) Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Unknown Brooke Financial Services Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor GLG Partners LP christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor Portafolio de Inversiones C2-34 C.A. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Unknown Smith Rocke Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor Credican  C.A. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Unknown Objecting Parties christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Interested Party Serta Capital LLC christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Interested Party Horizon II International Limited christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor Avignon Capital Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)
christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor GLG Investments VI plc: Sub-fund GLG European Equity (UCITS III) Fund
christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Interested Party Smith Rocke Ltd. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor AIG Markets  Inc. (f/k/a AIG CDS, Inc.) christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor Minardi Capital Corp. christy.rivera@nortonrosefulbright.com

Christy Rivera
on behalf of Creditor Brooke Financial Services Ltd. christy.rivera@nortonrosefulbright.com

Chrystal P Mauro
on behalf of Attorney Reed Smith LLP cpmauro15@gmail.com

Cindi Giglio
on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
cgiglio@curtis.com, nyc.bknotices@kattenlaw.com

Cindi Giglio
on behalf of Debtor Lehman Brothers Holdings Inc. cindi.giglio@kattenlaw.com  nyc.bknotices@kattenlaw.com

Ciro A. Mestres
on behalf of Creditor PennyMac Loan Services  LLC mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com

Claude Szyfer
on behalf of Creditor Mitsui & Co. Commodity Risk Management Limited cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

Claude Szyfer
on behalf of Creditor Goldman Sachs Emerging Markets Opportunities Fund LLC cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

Claude Szyfer
on behalf of Creditor Goldman Sachs Emerging Markets Opportunities Fund Offshore LLC cszyfer@stroock.com
docketing@stroock.com;insolvency@stroock.com

District/off: 0208-1
Date Rcvd: Oct 18, 2022

User: admin
Form ID: tranapl

Page 49 of 260
Total Noticed: 1

Claude F. Kolm

on behalf of Creditor Alameda County Treasurer-Tax Collector Donald R. White claude.kolm@acgov.org jamartinez@acgov.org

Clinton E. Blanck

on behalf of Creditor Robert Nelson Imbody cblanck@blancklegal.com

Clinton E. Blanck

on behalf of Creditor Gary Brian Plunkitt cblanck@blancklegal.com

Conrad Chiu

on behalf of Creditor SPCP Group L.L.C. cchiu@pryorcashman.com docketing@pryorcashman.com

Constantine Pourakis

on behalf of Plaintiff Royal Bank America formerly known as Royal Bank of Pennsylvania cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Ira Robb cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Unknown Raiffeisen Zentralbank Osterreich Aktiengesellschaft cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Robert J. Abt Irrevocable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor 1301 Properties Owner LP c/o Paramount Group, Inc. cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Andrew T. Berlin Recoverable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Royal Bank America cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Seymour Taxman Revocable Trust cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor RAIFFEISENLANDESBANK N-WEIN AG cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Harvey Gaffen cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Diakon Lutheran Social Ministries cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor SLF PPIC I LLC Series 61G cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Creditor Edward Leshin cp@stevenslee.com

Constantine Dean Pourakis

on behalf of Attorney Stevens & Lee P.C. cp@stevenslee.com

Corey Whiting

on behalf of Defendant AIA International Ltd. cswhiting@debevoise.com mao-bk-ecf@debevoise.com

Corey J Longhurst

on behalf of Plaintiff Lehman Brothers Holdings Inc. clonghurst@rbf.law

Corey R. Weber

on behalf of Unknown The City of Long Beach ecf@ebg-law.com

Craig Kelley

on behalf of Unknown Merit Floors Inc. bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com

Craig Kelley

on behalf of Creditor Merit Floors Inc. bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com

Craig Price

on behalf of Creditor U.S. Bank National Association cprice@chapman.com

Craig Price

on behalf of Creditor Bank Of Montreal cprice@chapman.com

Craig Price

on behalf of Creditor U.S. Bank National Association as Trustee cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank Trust National Association cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Klio III Funding Corp. cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Class V Funding III Ltd. cprice@chapman.com

Craig Price

on behalf of Unknown BMO Harris Bank National Association  as successor to Marshall & Ilsley Trust Company N.A. cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  as Trustee with respect to Whitehawk CDO Funding cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Klio II Funding Corp. cprice@chapman.com

Craig Price

on behalf of Creditor US Bank  National Association, as Trustee cprice@chapman.com

Craig Price

on behalf of Creditor National Australia Bank Limited cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  not individually but solely in its capacity as Trustee for Putnam Structured Products CDO 2003-1 Ltd. cprice@chapman.com

Craig Price

on behalf of Attorney Chapman and Cutler LLP cprice@chapman.com

Craig Price

on behalf of Unknown Scott A. Lewis cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank National Association  as Trustee cprice@chapman.com

Craig Price

on behalf of Defendant U.S. Bank Trsut National Association cprice@chapman.com

Craig Reimer,

on behalf of Unknown Mayer Brown LLP creimer@mayerbrown.com  2682298420@filings.docketbird.com

Craig J. Albert

on behalf of Creditor Edward J. Agostini Living Trust Dated May 12  2000 Craig@AlbertPLLC.com, Craig@AlbertPLLC.com

Craig J. Albert

on behalf of Creditor Edward J Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig J. Albert

on behalf of Unknown Sylvia Agostini Living Trust Dated May 12  2000 Craig@AlbertPLLC.com, Craig@AlbertPLLC.com

Craig J. Albert

on behalf of Creditor Sylvia Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig J. Albert

on behalf of Creditor Edward J. Agostini Craig@AlbertPLLC.com  Craig@AlbertPLLC.com

Craig V. Rasile

on behalf of Unknown HBK Master Fund L.P. new-york-bankruptcy-5401@ecf.pacerpro.com;Rachel.nanes@dlapiper.com;craig-rasile-5253@ecf.pacerpro.com

D. Ross Martin

on behalf of Defendant President and Fellows of Harvard College ross.martin@ropesgray.com

D. Ross Martin

on behalf of Transferee Baupost Group Securities  L.L.C. ross.martin@ropesgray.com

D. Ross Martin

on behalf of Unknown Loomis St. LLC ross.martin@ropesgray.com

D. Ross Martin

on behalf of Creditor Stanford Hospital and Clinics ross.martin@ropesgray.com

D. Ross Martin

on behalf of Unknown FFI Fund Ltd. ross.martin@ropesgray.com

D. Ross Martin

on behalf of Unknown Olifant Fund  Ltd. ross.martin@ropesgray.com

D. Ross Martin

D. Ross Martin
on behalf of Unknown Whatley Place  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Putnam Investments ross.martin@ropesgray.com

D. Ross Martin
on behalf of Defendant Franklin W. Olin College of Engineering  Inc. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Lazaret Partners  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown FYI Ltd. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Transferee Newtonville Partners  L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Massachusetts Housing Finance Agency ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Newtonville Partners L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Transferee Newtonville Partners L.L.C. ross.martin@ropesgray.com

D. Ross Martin
on behalf of Unknown Loomis Street  L.L.C. ross.martin@ropesgray.com

Dale C. Christensen, Jr.
on behalf of Defendant BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14 christensen@sewkis.com

Damien J. Marshall
on behalf of Defendant HSBC France dmarshall@kslaw.com  damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
on behalf of Defendant HSBC Bank PLC dmarshall@kslaw.com  damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
on behalf of Defendant HSBC Bank USA  National Association dmarshall@kslaw.com,
damien-marshall-8116@ecf.pacerpro.com

Damien J. Marshall
on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited dmarshall@kslaw.com
damien-marshall-8116@ecf.pacerpro.com

Dan Shaked
on behalf of Creditor Moshe & Hanna Shram ShakedLawGroup@gmail.com

Dan J. Schulman
on behalf of Creditor Eze Castle Software LLC dschulman@schulmanblackwell.com

Dan J. Schulman
on behalf of Creditor Eze Castle Transaction Services LLC dschulman@schulmanblackwell.com

Daniel Egan
on behalf of Creditor Hatteras Financial Corp. daniel.egan@dlapiper.com

Daniel Eggermann
on behalf of Creditor Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
on behalf of Unknown NPD Group Inc. deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
on behalf of Unknown Mobius Management Systems  Inc. deggermann@kramerlevin.com,
corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
on behalf of Creditor The Lehman Singapore Liquidators deggermann@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
on behalf of Interested Party Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Eggermann
on behalf of Creditor Rutger Schimmelpenninck and Frederic Verhoeven as Trustees for Lehman Brothers Treasury Co. B.V.
deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Daniel Slifkin
on behalf of Defendant Credit Suisse Energy LLC dslifkin@cravath.com  mao@cravath.com

Daniel Slifkin
on behalf of Defendant Credit Suisse International dslifkin@cravath.com  mao@cravath.com

Daniel Slifkin
on behalf of Defendant Credit Suisse Securities dslifkin@cravath.com  mao@cravath.com

Daniel Slifkin
on behalf of Defendant Credit Suisse AG dslifkin@cravath.com  mao@cravath.com

Daniel A. Fliman
on behalf of Unknown FYI Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Creditor Tricadia Capital Management  LLC danfliman@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Unknown FFI Fund Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Strongbow Fund Ltd. danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Unknown Olifant Fund  Ltd. danfliman@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Creditor BlueMountain Capital Management LLC and Affiliates danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Prophet Capital Asset Management danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Fliman
on behalf of Interested Party Poet Advisors danfliman@paulhastings.com
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

Daniel A. Lowenthal
on behalf of Creditor Hilliard Farber & Co.  Inc. dalowenthal@pbwt.com,
mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com

Daniel A. Lowenthal
on behalf of Creditor Training the Street  Inc. dalowenthal@pbwt.com,
mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com

Daniel B. Besikof
on behalf of Interested Party Thomas Cook AG dbesikof@loeb.com
NYBKDocket@loeb.com;dbesikof@ecf.courtdrive.com;nydocket@loeb.com

Daniel E. Guzman
on behalf of Trustee/Not Bankrupt Law Debenture Trust Company of New York  solely in its capacity as Separate Trustee for
Certain Mortgage-Backed Securities Trusts guzman@sewkis.com

Daniel F. Markham
on behalf of Unknown DHI Mortgage Company  Ltd. dmarkham@gibbonslaw.com

Daniel H. Oliner
on behalf of Defendant Alderus Funding & Investments LLC doliner@curranantonelli.com

Daniel J. Carragher
on behalf of Creditor Fabio Liotti djcarragher@daypitney.com  djcarragher@ecf.inforuptcy.com

Daniel J. Flanigan
on behalf of Interested Party The Standard Register Company dflanigan@polsinelli.com
tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party EHMD  LLC dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party Abraham Kamber & Company LLC dflanigan@polsinelli.com
tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan
on behalf of Interested Party BATS Holdings  Inc. dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Guyder
on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor Sumitomo Mitsui Trust Bank  Limited daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC Bank PLC daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Trustee (C.I.) Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC France daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banco Popolare Societa Coopertiva daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Bank PLC daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Popolare di Milano Societa Cooperativa a r.l. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor The Stock Exchange of Hong Kong Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC Bank USA  National Association daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Defendant HSBC Bank USA  National Association daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Monte dei Paschi di Seina S.p.A. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown International Vision Investments Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor Aozora Bank  Ltd. daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor Ceskoslovenska Obchodna Banka  A.S. daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Mediolanum Vita S.p.A daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Unknown Banca Akros S.p.A. daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor HSBC France daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. Guyder

on behalf of Creditor DBS Bank Limited daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel K. Cahn

on behalf of Creditor US Bank National Association  Trustee Lehman Brothers Securitization Name-Structured Asset Investment
Loan Trust dcahn@cahnlaw.com

Daniel K. Cahn

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Securitization Name Structured Asset
Investment Loan Trust dcahn@cahnlaw.com

Daniel Martin Sullivan
　　　　on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
　　　　as Trustees for Certain Mortgage-Backed Securities Trust dsullivan@hsgllp.com,
　　　　managingclerk@hsgllp.com;crodriguez@hsgllp.com

Daniel Martin Sullivan

　　　　on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
　　　　Mortgage-Backed Securities Trusts dsullivan@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Daniel P Cunningham
　　　　on behalf of Plaintiff Lehman Brothers Special Financing Inc. danielcunningham@quinnemanuel.com
　　　　dan-cunningham-3146@ecf.pacerpro.com

Daniel P Cunningham

　　　　on behalf of Plaintiff Lehman Brothers Commercial Corporation danielcunningham@quinnemanuel.com
　　　　dan-cunningham-3146@ecf.pacerpro.com

Daniel P Cunningham

　　　　on behalf of Plaintiff Lehman Brothers Holdings Inc. danielcunningham@quinnemanuel.com
　　　　dan-cunningham-3146@ecf.pacerpro.com

Daniel P Goldberg
　　　　on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
　　　　crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel P Goldberg

　　　　on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
　　　　as Trustees for Certain Mortgage-Backed Securities Trust crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel S Weinberger
　　　　on behalf of Unknown DHI Mortgage Company  Ltd. dweinberger@gibbonslaw.com

Daniel S. Bleck
　　　　on behalf of Interested Party Wells Fargo Bank  National Association, as Indenture Trustee dbleck@mintz.com

Daniel S. Hefter
　　　　on behalf of Defendant Chicago Bancorp  Inc. dhefter@hefter-law.com

Daniel S. Jo
　　　　on behalf of Creditor James G. Lister djo@liddlerobinson.com

Danske Bank A/S, London Branch
　　　　ccallari@venable.com

Darin P McAtee
　　　　on behalf of Defendant Credit Suisse International dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
　　　　on behalf of Defendant Credit Suisse AG dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
　　　　on behalf of Defendant Credit Suisse Energy LLC dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
　　　　on behalf of Defendant Credit Suisse Loan Funding LLC. dmcatee@cravath.com  mao@cravath.com

Darin P McAtee
　　　　on behalf of Defendant Credit Suisse Securities dmcatee@cravath.com  mao@cravath.com

Darren Elliot Bernstein
　　　　on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
　　　　Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors bernsted@lbitrustee.com

Darren S. Klein
　　　　on behalf of 3rd Pty Defendant Lehman Brothers Holdings PLC (in administration)
　　　　bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein

　　　　on behalf of Counter-Claimant Lehman Brothers Limited (in administration)
　　　　bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein

　　　　on behalf of Defendant MBAM Investor Limited
　　　　bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein

　　　　on behalf of Creditor Silver Point Capital Fund  L.P.
　　　　bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein

　　　　on behalf of Counter-Claimant Eldon Street Holdings Limited (in administration)
　　　　bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darren S. Klein
on behalf of Counter-Claimant LB Holdings Intermediate 2 Limited (in administration)
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Darryl J. Alvarado
on behalf of Unknown Ka Kin Wong dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Sing Heung dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Yin Yin Leung dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Siu Lui Ching dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Chun Ip dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Lai Mei Chan dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl J. Alvarado
on behalf of Unknown Jin Liu dalvarado@rgrdlaw.com  e_file_sd@rgrdlaw.com

Darryl S. Laddin
on behalf of Unknown SunTrust Robinson Humphrey  Inc. bkrfilings@agg.com

Daryl L. Diesing
on behalf of Unknown Daryl L. Diesing daryl.diesing@huschblackwell.com  sherri.fonte@huschblackwell.com

David Dunn
on behalf of Interested Party Westernbank Puerto Rico david.dunn@hoganlovells.com

David Liebenstein
on behalf of Transferee Hayman Capital Master Fund  L.P. david.liebenstein@haynesboone.com

David Liebov
on behalf of Interested Party Barclays Capital  Inc. liebovd@sullcrom.com,
S&Cmanagingclerk@sullcrom.com,david-liebov-6829@ecf.pacerpro.com

David Neier
on behalf of Unknown Fannie Mae dneier@winston.com

David Neier
on behalf of Creditor RTE-CNES dneier@winston.com

David Neier
on behalf of Creditor Nomura Securities CO.  LTD dneier@winston.com

David Neier
on behalf of Unknown Federal National Mortgage Association dneier@winston.com

David Neier
on behalf of Creditor Tricadia Capital Management  LLC dneier@winston.com

David Neier
on behalf of Interested Party Deutsche Hypothekenbank (Actien Gesellschaft) dneier@winston.com

David Neier
on behalf of Interested Party Piper Jaffray & Co. dneier@winston.com

David Neier
on behalf of Creditor Mariner-Tricadia Credit Strategies Master Fund Ltd. dneier@winston.com

David Neier
on behalf of Creditor Pentwater Capital Management  LP dneier@winston.com

David Neier
on behalf of Creditor Mariner Investment Group  LLC dneier@winston.com

David Wolnerman
on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios dwolnerman@wwlawgroup.com

David A. Crichlow
on behalf of Unknown Union Bank of California  N.A. david.crichlow@kattenlaw.com

David A. Rosenzweig
on behalf of Creditor AT&T Inc. david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig
    on behalf of Unknown National Rural Utilities Cooperative Finance Corporation david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig
    on behalf of Unknown Federal Home Loan Bank of Dallas david.rosenzweig@nortonrosefulbright.com

David A. Sullivan
    on behalf of Creditor TLLB2002 International Limited david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Interested Party Nomura International PLC david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Unknown Fir Tree Capital Opportunity Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Interested Party Banco Mercantil Del Norte S.A. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Unknown Fir Tree Value Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Interested Party Fir Tree Value Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Plaintiff SEB Enskilda  Inc. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Interested Party Anthracite Balanced Company (Discover 1) Ltd. david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Unknown FirstBank of Puerto Rico david.sullivan@cliffordchance.com

David A. Sullivan
    on behalf of Unknown SEB Enskilda  Inc. david.sullivan@cliffordchance.com

David A. Wender
    on behalf of Defendant Synovus Mortgage Corp. david.wender@alston.com  david-wender-6495@ecf.pacerpro.com

David B. Wheeler
    on behalf of Creditor Public Service of North Carolina davidwheeler@mvalaw.com

David B. Wiles
    on behalf of Defendant Directors Mortgage  Inc. dbwiles@wileslawgroup.com,
cmsdavis@wileslawgroup.com;mcharvey@wileslawgroup.com

David D. Farrell
    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
California and Janice K. Moss dfarrell@thompsoncoburn.com,
kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David D. Farrell
    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
California, Janice K. Moss dfarrell@thompsoncoburn.com, kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David D. Farrell
    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss dfarrell@thompsoncoburn.com,
kknickmeyer@thompsoncoburn.com;jcorrado@thompsoncoburn.com

David Emanuel Miller
    on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista dmiller@rakowerlaw.com

David Farrington Yates
    on behalf of Unknown Lehman Brothers Bankhaus AG (in Insolvenz) farrington.yates@kobrekim.com

David Farrington Yates
    on behalf of Interested Party Dr. Michael C. Frege farrington.yates@kobrekim.com

David Farrington Yates
    on behalf of Other Prof. Dr. Michael C. Frege  in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in
Insolvenz) farrington.yates@kobrekim.com

David G. Januszewski
    on behalf of Defendant Cereita Lawrence mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski

David G. Januszewski
on behalf of Defendant Sarah Coombs mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant Janet Crawshaw mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC USA  INC. mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC BANK USA mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant Pacific international Finance Limited mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC Holdings PLC mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC Bank USA  National Association mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant Scott Aitken mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant HSBC Bank PLC mmcloughlin@cahill.com;nmarcantonio@cahill.com

David G. Januszewski
on behalf of Defendant Sylvia Lewis mmcloughlin@cahill.com;nmarcantonio@cahill.com

David H. Lee
on behalf of Defendant Deutsche Bank Trust Company of Americas dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Merrill Lynch Credit Products  LLC dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown AG Super Fund International Partners  L.P. dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown State Street Bank and Trust Company  as Trustee of Ares XII CLO Ltd. dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown JPMORGAN CHASE BANK  N.A. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Wellington Management Company  LLP dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Georgetown University dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Botticelli  L.L.C. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company
dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Defendant Deutsche Bank Trust Company Americas dlee@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Creditor Merrill Lynch Credit Products  LLC dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Unknown Nixon Peabody LLP dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Lee
on behalf of Defendant Deutsche Bank Trust Company Americas  As Indenture Trustee dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Creditor Bank Of America  N.A. dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

David H. Lee
    on behalf of Unknown Stone Lion Portfolio L.P. dlee@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

David H. Orozco
    on behalf of Unknown Joint Administrators of UK Administration Companies dorozco@susmangodfrey.com

David H. Wander
    on behalf of Unknown The Joint Administrators of LB Holdings Intermediate 2 Ltd. dwander@tarterkrinsky.com
tpatterson@tarterkrinsky.com

David J. Adler
    on behalf of Defendant Security Benefit Life Insurance Co. dadler@mccarter.com

David J. Adler
    on behalf of Plaintiff Douglas Gouey-Guy dadler@mccarter.com

David J. Adler
    on behalf of Creditor Occidental Power Services  Inc. dadler@mccarter.com

David J. Adler
    on behalf of Creditor Occidental Energy Marketing  Inc. dadler@mccarter.com

David J. Karp
    on behalf of Unknown Spectrum Opportunities Master Fund Ltd. david.karp@srz.com

David J. Karp
    on behalf of Creditor Spectrum Opportunities Master Fund Ltd. david.karp@srz.com

David J. Karp
    on behalf of Unknown CVI GVF (Lux) Master S.a.r.l. david.karp@srz.com

David J. Karp
    on behalf of Unknown Magnetar Global Event Driven Master Fund Ltd david.karp@srz.com

David J. Karp
    on behalf of Unknown Echo Investments I Limited david.karp@srz.com

David J. Karp
    on behalf of Unknown TCA SPV I LLC david.karp@srz.com

David J. Karp
    on behalf of Transferee N7522AALLC david.karp@srz.com

David J. Karp
    on behalf of Creditor Aleiter Holdings LLC david.karp@srz.com

David J. Karp
    on behalf of Unknown Blackwell Partners LLC Series A david.karp@srz.com

David J. Karp
    on behalf of Unknown Alden Global Distressed Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp
    on behalf of Unknown Liquidation Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp
    on behalf of Unknown TCA Event Investments S.a.r.l. david.karp@srz.com

David J. Karp
    on behalf of Transferee Magnetar Global Event Driven Master Fund Ltd. david.karp@srz.com

David J. Karp
    on behalf of Creditor Magnetar Capital Master Fund  Ltd david.karp@srz.com

David J. Karp
    on behalf of Transferee Wilshire Institutional Master Fund II SPC on behalf of Wilshire Alden Global Event Driven Opportunities
Segregated Portfolio david.karp@srz.com

David J. Karp
    on behalf of Transferee Liquidation Opportunities Master Fund  LP david.karp@srz.com

David J. Karp
    on behalf of Creditor Morgan Stanley Senior Funding  Inc. david.karp@srz.com

David J. Karp
    on behalf of Unknown Compass HTV LLC david.karp@srz.com

David J. Karp
    on behalf of Transferee Alden Global Opportunities Master Fund  L.P. david.karp@srz.com

David J. Karp

on behalf of Transferee Blackwell Partners LLC david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global ADFERO BPI Fund  Ltd. david.karp@srz.com

David J. Karp

on behalf of Creditor Blackwell Partners LLC david.karp@srz.com

David J. Karp

on behalf of Creditor Compass HTV LLC david.karp@srz.com

David J. Karp

on behalf of Transferee Wilshire Alden Global Event Driven Opportunities Segregated Portfolio david.karp@srz.com

David J. Karp

on behalf of Unknown Wilshire Institutional Master Fund II SPC on behalf of Wilshire Alden Global Event Driven Opportunities Segregated Portfolio david.karp@srz.com

David J. Karp

on behalf of Unknown Magnetar Capital Master Fund  LTD david.karp@srz.com

David J. Karp

on behalf of Unknown Compass Offshore HTV PCC Limited david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Global Event Driven Master Fund david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Global Event Driven Master Fund Ltd. david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Distressed Opportunities Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Hedged Opportunities Master Fund LP david.karp@srz.com

David J. Karp

on behalf of Unknown Alden Global Value Recovery Master Fund  L.P. david.karp@srz.com

David J. Karp

on behalf of Unknown Alden Global Hedged Opportunities Master Fund LP david.karp@srz.com

David J. Karp

on behalf of Creditor Magnetar Capital Master Fund Ltd. david.karp@srz.com

David J. Karp

on behalf of Transferee Turnpike Limited david.karp@srz.com

David J. Karp

on behalf of Transferee Magnetar Capital Master Fund  Ltd david.karp@srz.com

David J. Karp

on behalf of Creditor Compass Offshore HTV PCC Limited david.karp@srz.com

David J. Karp

on behalf of Unknown Turnpike Limited david.karp@srz.com

David J. Karp

on behalf of Unknown Liquidation Opportunities Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Transferee Alden Global Value Recovery Master Fund  LP david.karp@srz.com

David J. Karp

on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. david.karp@srz.com

David J. Marck

on behalf of Defendant BEAR STEARNS FOREX INC dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JPMORGAN CHASE BANK  N.A. dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JP MORGAN CHASE AND CO dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant JPMorgan Bank Dublin PLC dmarck@kelleydrye.com

David J. Marck

on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION dmarck@kelleydrye.com

David J. Marck

    on behalf of Defendant J.P. Morgan Securities Ltd. dmarck@kelleydrye

David J. Marck

    on behalf of Defendant J.P. Morgan Markets Limited dmarck@kelleydrye.com

David J. Mark

    on behalf of Creditor Roy J. Salame dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

    on behalf of Creditor Thomas P Blakeslee dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

    on behalf of Creditor Richard S. Hajdukiewicz dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

    on behalf of Unknown Souad Salame dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

    on behalf of Creditor Jeffrey Frase dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Mark

    on behalf of Creditor Thomas P. Blakeslee dmark@kasowitz.com  courtnotices@kasowitz.com

David J. Theising

    on behalf of Unknown Bell Trace Obligated Group dtheising@harrisonmoberly.com

David J. Woll

    on behalf of Interested Party MortgageIT  Inc. dwoll@stblaw.com

David John Hoffman

    on behalf of Creditor J. Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Daniel P. Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Diego Marcelo Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Daniel Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Hipotecas de America  SA djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Jaime Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Norberto Katz djhoffman@djhoffmanlaw.com

David John Hoffman

    on behalf of Creditor Dader Investment Corp. djhoffman@djhoffmanlaw.com

David L. Barrack

    on behalf of Unknown Canadian National Resources Limited dbarrack@wsmblaw.com

David L. Tillem

    on behalf of Defendant RESPONSE MORTGAGE SERVICES  INC. tillemd@wemed.com

David L. Tillem

    on behalf of Unknown Response Mortgage Services  Inc. tillemd@wemed.com

David L. Tillem

    on behalf of Defendant Republic Mortgage Home Loans LLC tillemd@wemed.com

David L. Tillem

    on behalf of Defendant Response Mortgage Services  Inc. tillemd@wemed.com

David L. Tillem

    on behalf of Unknown John L. Scott  Inc. tillemd@wemed.com

David M. LeMay

    on behalf of Creditor Bellair Development Group S.A david.lemay@nortonrosefulbright.com

David M. LeMay

    on behalf of Defendant AIG  Inc. david.lemay@nortonrosefulbright.com

David M. LeMay

    on behalf of Creditor Totalbank Curacao N.V. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Unknown Objecting Parties david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Bayview Opportunity Master Fund  L.P. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Multiple Creditors Represented By Chadbourne & Parke LLP david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor AIG Markets  Inc. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor GLG Partners LP david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Credican  C.A. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Interested Party Banesco Banco Universal david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Juan Maldonado david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Banco Canarias De Venezuela Banco Universal C.A. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Minardi Capital Corp. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor AIG Global Services  Inc., f/k/a AIG Technologies, Inc. david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor HSBC Bank USA  National Association david.lemay@nortonrosefulbright.com

David M. LeMay

on behalf of Creditor Amber Capital Investment Management david.lemay@nortonrosefulbright.com

David M. Marcus

on behalf of Creditor Paulson Credit Opportunities Master Ltd. david.marcus@morganlewis.com

David M. Posner

on behalf of Defendant Syncora Guarantee Inc. dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com;kmoynihan@kilpatricktownsend.com;sagreen@kilpatricktownsend.com;mwilliams@kilpatrickt
ownsend.com

David N. Cinotti

on behalf of Unknown Goran Puljic dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Gatex Properties Inc. dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Unknown T.K. Narayan dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Garadex Inc. dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Defendant Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC dncinotti@venable.com
NYBankruptcyDocketing@venable.com

David N. Cinotti

on behalf of Unknown Scott Snell dncinotti@venable.com  NYBankruptcyDocketing@venable.com

David N. Crapo

on behalf of Creditor Standard & Poor's dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Defendant Gateway Bank  F.S.B dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Interested Party Standard & Poor's dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Interested Party Tobacco Settlement Financing Corporation dcrapo@gibbonslaw.com

David N. Crapo

on behalf of Defendant Gateway Bank dcrapo@gibbonslaw.com

David P. Langlois

on behalf of Interested Party Shell Energy North America (US)  L.P. david.langlois@sablaw.com

David P. Langlois

    on behalf of Interested Party Shell Trading (US) Company david.langlois@sablaw.com

David R. Hurst

    on behalf of Unknown Parasram Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst

    on behalf of Unknown Nikesh P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst

    on behalf of Unknown Neelam P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Hurst

    on behalf of Unknown Vikas P. Daryani dhurst@mwe.com  dnorthrop@mwe.com

David R. Seligman

    on behalf of Foreign Representative Lehman Brothers Australia Limited david.seligman@kirkland.com
    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman

    on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited david.seligman@kirkland.com
    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman

    on behalf of Unknown RSM Restructuring Advisory LLP david.seligman@kirkland.com
    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman

    on behalf of Creditor Magnetar Capital LLC david.seligman@kirkland.com
    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David R. Seligman

    on behalf of Unknown Smurfit Kappa Acquisitions david.seligman@kirkland.com
    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

David S Mader

    on behalf of Plaintiff Lehman Brothers Holdings Inc. davidmader@quinnemanuel.com  ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader

    on behalf of Plaintiff Lehman Brothers Special Financing Inc. davidmader@quinnemanuel.com
    ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader

    on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
    davidmader@quinnemanuel.com, ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader

    on behalf of Plaintiff Lehman Brothers Commodity Services Inc. davidmader@quinnemanuel.com
    ecf-6aeb501d773d@ecf.pacerpro.com

David S Mader

    on behalf of Plaintiff Lehman Brothers Commercial Corp. davidmader@quinnemanuel.com
    ecf-6aeb501d773d@ecf.pacerpro.com

David S. Cohen

    on behalf of Plaintiff Lehman Brothers Holdings Inc.  as Plan Administrator dcohen2@milbank.com,
    nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen

    on behalf of Plaintiff Lehman Brothers Special Financing Inc. dcohen2@milbank.com
    nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen

    on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
    dcohen2@milbank.com, nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen

    on behalf of Creditor Committee Official Committee of Unsecured Creditors dcohen2@milbank.com
    nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen

    on behalf of Debtor Lehman Brothers Holdings Inc. dcohen2@milbank.com
    nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Cohen

    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dcohen2@milbank.com
    nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com

David S. Leinwand

    on behalf of Creditor Avenue TC Fund  LP dleinwand@avenuecapital.com

David S. Leinwand

    on behalf of Creditor Avenue Blue TC Fund  LP dleinwand@avenuecapital.com

David S. Leinwand
on behalf of Creditor Avenue TC Fund  L.P. dleinwand@avenuecapital.com

David S. Pegno
on behalf of Unknown David J. Brooks dpegno@dpklaw.com

David S. Rosner
on behalf of Plaintiff Sola Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Trophy Hunter Investments Ltd courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party MSS Distressed & Opportunities 2 courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Master Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Management LC courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Trophy Hunter Investments  Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Institutional Benchmarks courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party MSS Distressed & Opportunites 2 courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party BHCO Master  Ltd. courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party BHCO Master Ltd courtnotices@kasowitz.com

David S. Rosner
on behalf of Interested Party Bay Harbour Management L.C. courtnotices@kasowitz.com

David V. Weicht
on behalf of Defendant Presbyterian SeniorCare dweicht@leechtishman.com  adabaldo@leechtishman.com

David V. Weicht
on behalf of Defendant Longwood at Oakmont  Inc. dweicht@leechtishman.com, adabaldo@leechtishman.com

David W Lampl
on behalf of Defendant Longwood at Oakmont  Inc. dlampl@leechtishman.com, adabaldo@leechtishman.com

David W Lampl
on behalf of Defendant Presbyterian SeniorCare dlampl@leechtishman.com  adabaldo@leechtishman.com

David W Lampl,
on behalf of Creditor Presbyterian SeniorCare dlampl@leechtishman.com  adabaldo@leechtishman.com

David W Parham
on behalf of Creditor Cathay United Bank david.parham@akerman.com
laura.taveras@akerman.com;teresa.barrera@akerman.com

David W. Dykhouse
on behalf of Transferee Ambac Assurance Corporation dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Interested Party Asbury-Solomons  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Interested Party Asbury Atlantic  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David W. Dykhouse
on behalf of Creditor Syncora Guarantee  Inc. dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

David Y. Livshiz
on behalf of Defendant Shield Securities Ltd  david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Unknown Shield Securities Limited david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Creditor Ian Lowitt david.livshiz@freshfields.com

David Y. Livshiz
on behalf of Attorney Freshfields Bruckhaus Deringer US LLP david.livshiz@freshfields.com

Deborah Kovsky-Apap

User: admin
Form ID: tranapl                                             Total Noticed: 1

on behalf of Interested Party ING BANK  FSB deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Newman

on behalf of Interested Party Shinhan Bank deborahnewman@quinnemanuel.com
nymco@akingump.com;AGSearch-Lit@akingump.com

Deborah Quinn

on behalf of Creditor The Treasurer of Garfield County  Colorado garcoatt@garfield-county.com

Deborah Skakel

on behalf of Unknown 6785778 Canada Inc. deborah.skakel@blankrome.com
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Deborah Skakel

on behalf of Unknown 2138747 Ontario Ltd. deborah.skakel@blankrome.com
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Deborah D. Williamson

on behalf of Interested Party Tesoro Corporation dwilliamson@dykema.com  rcolbath@dykema.com

Deborah J. Piazza

on behalf of Interested Party Deere & Company dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Deborah J. Piazza

on behalf of Attorney Hodgson Russ LLP dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Deborah J. Piazza

on behalf of Interested Party Gesconsult S.A. SG LLC dpiazza@tarterkrinsky.com  sdineen@tarterkrinsky.com

Debra L Felder

on behalf of Unknown Ballyrock ABS CDO 2007-1 Limited dfelder@orrick.com  nymao@orrick.com

Demetra Liggins

on behalf of Creditor Crossmark Investment Advisers  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Crossmark Corporate Investors  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Unknown Direct Energy Business  LLC dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Financial Analytics  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Crossmark Corporate Investors II  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Crossmark Conerstone Partners  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Crossmark Corporate Advisers  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Unknown Energy America LLC dliggins@mcguirewoods.com  hope.daniels@tklaw.com

Demetra Liggins

on behalf of Unknown Chevron U.S.A.  Inc. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetra Liggins

on behalf of Creditor Crossmark Investment Company  L.P. dliggins@mcguirewoods.com, hope.daniels@tklaw.com

Demetri Blaisdell

on behalf of Defendant HSBC Bank USA  National Association dblaisdell@bsfllp.com, demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell

on behalf of Defendant HSBC France dblaisdell@bsfllp.com  demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited dblaisdell@bsfllp.com
demetri-blaisdell-7982@ecf.pacerpro.com

Demetri Blaisdell

on behalf of Defendant HSBC Bank PLC dblaisdell@bsfllp.com  demetri-blaisdell-7982@ecf.pacerpro.com

Dena Copulsky

on behalf of Unknown Landwirtschaftliche Rentenbank dlcopulsky@hhlaw.com

Denise Singh Skeete

on behalf of Creditor Carrington Mortgage Services  LLC cmarshall@kosterichlaw.com, dskeete@kosterichlaw.com

Dennis Jose

on behalf of Defendant McCurdy & Candler  LLC ecfnotices@grosspolowy.com, info@ch13kp.com

Dennis E. McKenna

on behalf of Defendant Salem Five Mortgage Company  LLC dmckenna@riemerlaw.com

Dennis J. Drebsky

on behalf of Unknown Mitsui-MOL ddrebsky@nixonpeabody.com  cfong@nixonpeabody.com

Dennis J. Drebsky

on behalf of Unknown County of San Mateo ddrebsky@nixonpeabody.com  cfong@nixonpeabody.com

Dennis J. Drebsky

on behalf of Unknown County of Monterey  California ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com

Dennis J. Drebsky

on behalf of Unknown Deutsche Bank Natioanl Trust Company  as Trustee ddrebsky@nixonpeabody.com, cfong@nixonpeabody.com

Dennis J. Nolan

on behalf of Unknown Essex Equity Holdings USA  LLC dnolan@andersonkill.com

Dennis J. Nolan

on behalf of Creditor Essex Equity Holding USA  LLC dnolan@andersonkill.com

Dennis J. Wickham

on behalf of Unknown Lusardi Construction Company wickham@scmv.com

Dennis J. Wickham

on behalf of Interested Party Lusardi Construction Company wickham@scmv.com

Derek L. Wright

on behalf of Defendant LHM Financial Corporation dwright@mayerbrown.com nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Derek L. Wright

on behalf of Defendant Hometrust Mortgage Company dwright@mayerbrown.com nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Deryck A. Palmer

on behalf of Creditor Citigroup Inc. and all of its affiliates  including Citibank, N.A. deryck.palmer@pillsburylaw.com

Devon Eggert

on behalf of Creditor Accenture LLP deggert@bcblaw.net  pfoster@bcblaw.net

Diane J. Kasselman

on behalf of Creditor Trade Settlement Inc. dkasselman@kasselman-law.com

Diane Lee Cafferata

on behalf of Plaintiff Lehman Brothers Commodity Services Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata

on behalf of Plaintiff Lehman Brothers Commercial Corp. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata

on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al dianecafferata@quinnemanuel.com, johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata

on behalf of Plaintiff Lehman Brothers Commercial Corporation dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata

on behalf of Plaintiff Lehman Brothers Special Financing Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane Lee Cafferata

on behalf of Plaintiff Lehman Brothers Holdings Inc. dianecafferata@quinnemanuel.com johnsilva@quinnemanuel.com;diane-cafferata-3583@ecf.pacerpro.com

Diane W. Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Dianne F. Coffino

on behalf of Creditor Joy Global Inc. dcoffino@cov.com

Dianne F. Coffino

on behalf of Creditor Wilmington Trust Company  as Indenture Trustee dcoffino@cov.com

Dillon Edward Jackson

on behalf of Unknown OneWest Bank  FSB jackd@foster.com

Dimitri G. Karcazes

on behalf of Unknown Huron Consulting Group  Inc. dimitri.karcazes@goldbergkohn.com

Dion W. Hayes
on behalf of Unknown The Toronto-Dominion Bank dhayes@mcguirewoods.com  kcain@mcguirewoods.com

Donald F. Campbell, Jr.
on behalf of Creditor Jennifer Becker dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
on behalf of Creditor South Jersey Hospital  Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Dorit Ungar Black
on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
dblack@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Dorit Ungar Black
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust dblack@hsgllp.com,
crodriguez@hsgllp.com;managingclerk@hsgllp.com

Dormie Yu Heng Ko
on behalf of Defendant First Integrity Mortgage Services  Inc. dko@carmodymacdonald.com,
ala@carmodymacdonald.com;syd@carmodymacdonald.com

Douglas Bacon
on behalf of Defendant Federal National Mortgage Association chefiling@lw.com  beth.arnold@lw.com

Douglas Bacon
on behalf of Unknown Federal National Mortgage Association chefiling@lw.com  beth.arnold@lw.com

Douglas Koff
on behalf of Unknown Lehman Brothers Special Financing Inc. douglas.koff@srz.com  courtfilings@srz.com

Douglas B. Rosner
on behalf of Creditor Interactive Data Corporation drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Thales UK Pension Scheme
drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor Rogge Global Partners PLC drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor BP 399 Park Avenue LLC drosner@goulstonstorrs.com

Douglas E. Spelfogel
on behalf of Unknown First California Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown WR Starkey Mortgage  LLP dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown First Options Mortgage dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Loan Simple  Inc. f/k/a Ascent Home Loans, Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Republic Mortgage Home Loans  LLC dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Simonich Corporation D/B/A Commerce Mortgage dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers
USA Value Fund dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Sun America Mortgage Company dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Mountain West Financial  Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Arlington Capital Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Perl Mortgage  Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Amerifirst Financial Corp. dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Global
Value Fund dspelfogel@mayerbrown.com, nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Gateway Funding Diversified Mortgage Services  L.P. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown New FED Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Sterling National Mortgage Company  Inc. dspelfogel@mayerbrown.com,
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas E. Spelfogel
on behalf of Unknown Broadview Mortgage Corporation dspelfogel@mayerbrown.com
nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Douglas J. Lipke
on behalf of Creditor Newedge USA  LLC and Affiliated Entities dlipke@vedderprice.com,
ecfdocket@vedderprice.com;doug-lipke-7162@ecf.pacerpro.com;7610@ecf.pacerpro.com

Douglas J. Pick
on behalf of Interested Party AIM Mortgage LLC dpick@picklaw.net  ezabicki@picklaw.net

Douglas Kirk Mayer
on behalf of Unknown The Carlyle Group dkmayer@wlrk.com  calert@wlrk.com

Douglas P. Baumstein
on behalf of Creditor 1EE  LLC. DBaumstein@mintz.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Douglas S. Heffer
on behalf of Creditor Trading Technologies International  Inc. dheffer@foley.com

Duncan E. Barber
on behalf of Creditor Ironbridge Mountain Cottages  LLC dbarber@bsblawyers.com

Duncan E. Barber
on behalf of Creditor Ironbridge Homes  LLC dbarber@bsblawyers.com

Duncan E. Barber
on behalf of Creditor Ironbridge Aspen Collection  LLC dbarber@bsblawyers.com

Dustin Smith
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dwight A. Healy
on behalf of Creditor U.S. Bank National Association  as Trustee dhealy@hsgllp.com,
Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Dwight A. Healy
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust dhealy@hsgllp.com,
Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Dylan G. Trache
on behalf of Creditor Wiley Rein LLP dylan.trache@nelsonmullins.com  robert.ours@nelsonmullins.com

Edmond P. O'Brien
on behalf of Unknown SLG 220 News Owner LLC eobrien@cszlaw.com

Eduardo J. Glas
on behalf of Creditor Occidental Power Services  Inc. eglas@mccarter.com

Eduardo J. Glas
on behalf of Creditor Cushman & Wakefield  Inc. eglas@mccarter.com

Eduardo J. Glas
on behalf of Creditor Capital Moving & Storage Co.  Inc. eglas@mccarter.com

Eduardo J. Glas
on behalf of Creditor LandAmerica Financial Group  Inc. eglas@mccarter.com

Eduardo J. Glas
on behalf of Creditor Occidental Energy Marketing  Inc. eglas@mccarter.com

Eduardo J. Glas
on behalf of Creditor MSTD  Inc. eglas@mccarter.com

Edward Smith
on behalf of Unknown American Trading and Production Corporation easmith@sbjlaw.com

Edward Smith
on behalf of Interested Party Landesbank Baden-Wurttemberg easmith@sbjlaw.com

Edward Smith
on behalf of Defendant Gatex Properties Inc. easmith@sbjlaw.com

Edward Smith
on behalf of Defendant Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC easmith@sbjlaw.com

Edward Smith
on behalf of Creditor Delta Air Lines  Inc. easmith@sbjlaw.com

Edward Smith
on behalf of Creditor Brevan Howard Master Fund Limited easmith@sbjlaw.com

Edward Smith
on behalf of Unknown Brevan Howard Master Fund Limited easmith@sbjlaw.com

Edward Smith
on behalf of Interested Party LBBW Luxemburg S.A. easmith@sbjlaw.com

Edward Smith
on behalf of Defendant Garadex Inc. easmith@sbjlaw.com

Edward Smith
on behalf of Creditor Standard Bank Plc easmith@sbjlaw.com

Edward Smith
on behalf of Creditor Mitsubishi UFJ Securities International plc easmith@sbjlaw.com

Edward Smith
on behalf of Creditor The Board of the Pension Protection Fund easmith@sbjlaw.com

Edward Smith
on behalf of Unknown Aberdeen Fund Management Limited easmith@sbjlaw.com

Edward Smith
on behalf of Unknown Aberdeen Asset Management Investment Services Limited easmith@sbjlaw.com

Edward Smith
on behalf of Unknown Aberdeen Asset Managers Limited easmith@sbjlaw.com

Edward E. Neiger
on behalf of Creditor Banque Safdie SA eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
on behalf of Creditor ADC Telecommunications  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward J. Estrada
on behalf of Unknown PD Financial Corporation eestrada@reedsmith.com  DocketingECFNYC@ReedSmith.com

Edward L. Schnitzer
on behalf of Unknown Boulder Dam Credit Fund LLC eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Attorney Edward L. Schnitzer eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Unknown Roger Trout eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward N Gewirtz
on behalf of Creditor MARIA EUGENIA MENDEZ chona@bgandg.com  ygreenberg@bgandg.com

Edward P. Grosz
on behalf of Transferee BEINT  LLC egrosz@reitlerlaw.com

Edward P. Zujkowski
on behalf of Creditor National CineMedia ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Unknown CFIP Master Fund  Ltd. ezujkowski@emmetmarvin.com,
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Defendant Australia & New Zealand Banking Group LTD. ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Creditor Australia and New Zealand Banking Group Limited ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Edward P. Zujkowski

on behalf of Cross-Claimant Australia & New Zealand Banking Group LTD. ezujkowski@emmetmarvin.com
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Ehret A. Van Horn

on behalf of Creditor Rushmore Loan Management Services  LLC ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com

Ehret A. Van Horn

on behalf of Creditor Rushmore Loan Management Services  LLC as servicing agent for U.S. Bank National Association, not in
its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfnotices@grosspolowy.com,
evanhorn@grosspolowy.com

Eileen Delucia

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust edelucia@hsgllp.com,
Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Eileen Delucia

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
edelucia@hsgllp.com, Managingclerk@hsgllp.com;crodriguez@hsgllp.com

Elaine Victoria Fenna

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
elaine.fenna@morganlewis.com

Elise S. Frejka

on behalf of Defendant Mortgage Services III  LLC efrejka@frejka.com

Elise S. Frejka

on behalf of Unknown Chicago Mercantile Exchange efrejka@frejka.com

Elise S. Frejka

on behalf of Interested Party CME Group Inc. efrejka@frejka.com

Elise S. Frejka

on behalf of Defendant First State Bank efrejka@frejka.com

Elizabeth Austin

on behalf of Creditor Mary Camilli-Bernat ea@pullcom.com

Elizabeth Banda Calvo

on behalf of Creditor Mansfield ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Johnson County rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Burleson rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Farmers Branch rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Arlington ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Burleson ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Isabel Guajardo edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Sylvia Vega-Sutfin edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Linda Howard-James edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Linda (Weekes) Howard-James edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Cheryl McNeil edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Michelle Seymour edreyfuss@wendel.com

Elizabeth Berke-Dreyfuss

on behalf of Creditor Coleen Denise Colombo edreyfuss@wendel.com

Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Harris County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Hunt County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor c/o Elizabeth Weller Dallas County / Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Bartlett Rao

on behalf of Defendant Intel Corp. lrao@wc.com

Elizabeth M. Hanly

on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. ehanly@cgsh.com

Elizabeth Page Smith

on behalf of Creditor Customer Asset Protection Company esmith@llgm.com

Ellen Zweig

on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan ezweig@optonline.net

Ellen A. Friedman

on behalf of Creditor Pacific Gas & Electric Company jquiambao@friedmanspring.com

Elliot Moskowitz

on behalf of Defendant LB Holdings Intermediate 2 Limited (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz

on behalf of 3rd Pty Defendant Lehman Brothers Holdings PLC (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz

on behalf of Defendant Eldon Street Holdings Limited (in administration) elliot.moskowitz@dpw.com
ecf.ct.papers@davispolk.com

Elliot Moskowitz

on behalf of Defendant Lehman Brothers Limited (in administration) elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot Moskowitz

on behalf of Defendant MBAM Investor Limited elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot M. Smith

on behalf of Creditor Buckeye Tobacco Settlement Financing Authority ESmith@beneschlaw.com  docket@beneschlaw.com

Elyssa Suzanne Kates

on behalf of Creditor Linn Energy  LLC ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Creditor Deer Park Road Corporation ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Unknown Baker & Hostetler LLP ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Unknown BOC Energy Services  Inc. n/k/a Linde Energy Services, Inc. ekates@bakerlaw.com,
bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Unknown City View Plaza  S.E. ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

District/off: 0208-1

Date Rcvd: Oct 18, 2022

User: admin

Form ID: tranapl

Page 71 of 260

Total Noticed: 1

Elyssa Suzanne Kates

on behalf of Unknown Investec Bank (Switzerland) AG ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Creditor Advanced Graphic Printing  Inc. ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

Elyssa Suzanne Kates

on behalf of Creditor Metavante Corporation ekates@bakerlaw.com  bhlitdocket@bakerlaw.com

Emanuel C. Grillo

on behalf of Unknown Evergreen Solar  Inc. emanuel.grillo@BakerBotts.com

Embry J Kidd

on behalf of Defendant Intel Corp. ekidd@wc.com

Emil A. Kleinhaus

on behalf of Unknown Merrill Lynch  Pierce, Fenner & Smith Inc. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Defendant JPMORGAN CHASE BANK  N.A. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Unknown JPMORGAN CHASE BANK  N.A. eakleinhaus@wlrk.com, calert@wlrk.com

Emil A. Kleinhaus

on behalf of Unknown Merrill Lynch International eakleinhaus@wlrk.com  calert@wlrk.com

Emre Polat

on behalf of Unknown Pegasus Transport Service  Inc emre@akinlaws.com, empolat@gmail.com

Emre Polat

on behalf of Unknown Pegasus Transport Service  Inc. emre@akinlaws.com, empolat@gmail.com

Enza Boderone

on behalf of Defendant Eagle Home Mortgage  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Interested Party CTX Mortgage Company  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Capital Bank Corporation  as successor by merger to TIB Bank eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Allied Mortgage Group Inc. eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone

on behalf of Defendant Bank of England eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone

on behalf of Interested Party Universal American Mortgage Company  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant CTX Mortgage Company  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Standard Pacific Mortgage  Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Interested Party Standard Pacific Mortgage  Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Gateway Mortgage Group  LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage Corporation eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Paramount Residential Mortgage Group  Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Mountain West Financial  Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Defendant Crestline Funding Corp. eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone

on behalf of Defendant Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage Corporation eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone

on behalf of Unknown Luxury Mortgage Corp. eboderone@bilzin.com  eservice@bilzin.com

Enza Boderone
on behalf of Defendant First Equity Mortgage Bankers Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Defendant Eagle Mortgage Holdings LLC as successor by merger to Eagle Home Mortgage, Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Defendant Luxury Mortgage Corp. eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Unknown Mountain West Financial Inc. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Unknown DHI Mortgage Company Ltd. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Defendant Shea Mortgage Inc. eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Defendant Freedom Mortgage Corporation eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Unknown Freedom Mortgage Corporation eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Defendant DHI Mortgage Company Ltd. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Defendant Universal American Mortgage Company LLC eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Defendant Crestline Funding Corporation eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Defendant TBI Mortgage Company f/k/a Westminster Mortgage Corporation eboderone@bilzin.com eservice@bilzin.com

Enza Boderone
on behalf of Defendant Colonial Savings F.A. eboderone@bilzin.com, eservice@bilzin.com

Enza Boderone
on behalf of Interested Party Shea Mortgage Inc. eboderone@bilzin.com, eservice@bilzin.com

Epiq Corporate Restructuring, LLC Claims Agent
rjacobs@ecf.epiqsystems.com

Eric Fisher
on behalf of Creditor CarVal GCF Lux Master S.a.r.l efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Unknown CVI CVF III Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVF Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVIC Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVI CVF II Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVI GVF Lux 12 S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVI CVF III Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVI CVF II Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Unknown CVF Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor International Domestic Balanced Fund efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor CVI AA Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher
on behalf of Unknown CVF Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI CHVF Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CHVF Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CHVF Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Carval GCF Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVIC II Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI CVF III Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVIC Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVF Lux Finco  LLC efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI HH Investments LP fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVF II LUX FINCO  LLC fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI AA Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Caixa Geral de Depositos  S.A. efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI AA Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CarVal GCF Lux Master S.a.r.l fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CarVal GCF Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVIC II Lux Master S.a.r.l. efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher

on behalf of Interested Party Caixa Geral de Depositos  S.A. efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Empyrean Capital Partners  LP fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVF Lux Finco  LLC fishere@dicksteinshapiro.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVIC Lux Securities Trading S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVIC II Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVF II LUX FINCO  LLC efisher@binderschwartz.com, docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI AV Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Unknown CVI CVF II Lux Master S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Fisher

on behalf of Creditor CVI AV Lux Securities S.a.r.l. fishere@dicksteinshapiro.com docket@binderschwartz.com

Eric Lopez Schnabel

on behalf of Creditor U.S. Bank National Association mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Riversource Investments LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Reliance Globalcom Services  Inc. mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Columbia Management Investment Advisers  LLC f/k/a Riversource Investments, LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Kenwood Capital Management LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric A Schaffer

on behalf of Defendant BNY Mellon Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Mellon Corporate Trust Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Corporate Trustee Services  Ltd. eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon Trust Co.  National Association eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon Corporation eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Mellon Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant BNY Corp. Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown BNY Corporate Trustee Services eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York Mellon eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant The Bank of New York eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown The Bank of New York Mellon  The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Defendant BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Interested Party Blue Cross and Blue Shield of Michigan eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Counter-Claimant BNY Corporate Trustee Services Limited eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York Mellon eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric A Schaffer

on behalf of Unknown The Bank of New York Mellon Trust Company  N.A. eschaffer@stonecipherlaw.com, slucas@reedsmith.com

Eric A Schaffer

on behalf of Creditor The Bank of New York Mellon Corporation eschaffer@stonecipherlaw.com  slucas@reedsmith.com

Eric B. Levine

on behalf of Unknown Unknown Filer levine@whafh.com

Eric D. Winston

on behalf of Intervenor Official Committee Of Unsecured Creditors ericwinston@quinnemanuel.com

Eric D. Winston

on behalf of Creditor Committee Official Committee of Unsecured Creditors ericwinston@quinnemanuel.com

Eric J Kiley

on behalf of Unknown SELCO Community Credit Union ekiley@selco.org

Eric J. Wilson

on behalf of Interested Party Fee Committee zraiche@gklaw.com

Eric L. Ruiz

on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. eric.ruiz@davispolk.com

Eric L. Ruiz

on behalf of Creditor Silver Point Capital  LP eric.ruiz@davispolk.com

Eric L. Ruiz

on behalf of Creditor Silver Point Capital Fund  L.P. eric.ruiz@davispolk.com

Eric L. Ruiz

on behalf of Unknown Chimney Rock Value Fund  L.P. eric.ruiz@davispolk.com

Eric R. Wilson

on behalf of Unknown International Fund Management S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Creditor DekaBank Deutsche Girozentrale  DEKA International S.A. and International Fund Management S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Unknown DekaBank Deutsche Girozentrale
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Creditor S.W.I.F.T. SCRL (a/k/a Society for Worldwide Interbank Financial Telecommunications)
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Creditor Tullett Prebon Holdings Corporation
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Creditor Murphy & Durieu  L.P. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Defendant J.P. Morgan Chase Bank  N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Unknown DEKA International S.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric T. Moser

on behalf of Creditor GAM International Management Limited emoser@r3mlaw.com

Eric T. Moser

on behalf of Creditor EFETNet B.V. emoser@r3mlaw.com

Eric T. Moser

on behalf of Creditor Washington State Tabacco Settlement Authority emoser@r3mlaw.com

Eric T. Moser

on behalf of Creditor EFETnet B.V. emoser@r3mlaw.com

Eric T. Moser

on behalf of Unknown Rich Michaelson Magaliff Moser  LLP emoser@r3mlaw.com

Erik Schneider

on behalf of Transferee Wilshire Alden Global Event Driven Opportunities Segregated Portfolio eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Elliott International L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Elliott Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Pine River Credit Relative Value Master Fund Ltd. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Pine River Master Fund Ltd. eschneider@nixonpeabody.com

Erik Schneider

08-13555-mg    Doc 61518    Filed 10/20/22    Entered 10/21/22 00:09:08    Imaged
Certificate of Notice    Pg 77 of 261
District/off: 0208-1                          User: admin                          Page 76 of 260
Date Rcvd: Oct 18, 2022                       Form ID: tranapl                     Total Noticed: 1

Erik Schneider

on behalf of Unknown Alden Global Distressed Opportunities Master Fund L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Hedged Opportunites Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alston Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Liquidation Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Wilshire Institutional Master Fund II SPC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Serengeti Opportunities Partners LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Turnpike Limited eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Liquidation Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Ashton Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global ADFERO BPI Fund  Ltd. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global Hedged Opportunities Master Fund LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Alden Global Distressed Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Hedged Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Liquidation Opportunities Master Fund L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Liquidation Opportunities Master Fund  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Ashton Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Value Recovery Master Fund  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Elloitt Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown LMA SPC for and on Behalf of MAP 89 Segregated Portfolio eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Elliott Associates  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Transferee Serengeti Lycaon MM L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Distressed Opportunites Master Fund  LP eschneider@nixonpeabody.com

Erik Schneider

on behalf of Interested Party Alston Investments LLC eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Alden Global Distressed Opportunities Master Fund  L.P. eschneider@nixonpeabody.com

Erik Schneider

on behalf of Unknown Turnpike Limited eschneider@nixonpeabody.com

Erik Schneider

on behalf of Creditor Alden Global Hedged Opportunities Master Fund  LP eschneider@nixonpeabody.com

Erik Bradley Weinick

on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios eweinick@otterbourg.com
awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik Bradley Weinick

on behalf of Creditor Credican  C.A. Banco Canarias de Venezula, C.A. eweinick@otterbourg.com,

awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik Bradley Weinick

on behalf of Unknown Credican  C.A. Banco Canarias de Venezuela, C.A. eweinick@otterbourg.com,
awilliams@otterbourg.com;JHildebrandt@otterbourg.com;jfeeney@otterbourg.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Fund  L.P. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Global Investments  LTD. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Fund  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP)
egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff SJL Moore  Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Macro Fund  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Macro Markets Fund (Master)  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Capital Advisors  L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant SJL Moore  Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown JR Moore  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Macro Fund  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff JR Moore  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant LM Moore LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Global Investments  LTD. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Moore Capital Advisors  L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown SJL Moore  Ltd egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Macro Markets Fund (Master)  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Capital Advisors  L.L.C. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Creditor Moore Capital Management  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Unknown Trade Process Corporation egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant JR Moore  LP egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Plaintiff Moore Global Investments  LTD. egroothuis@schlamstone.com

Erik S. Groothuis

on behalf of Counter-Defendant Moore Macro Markets Fund (Master)  LP egroothuis@schlamstone.com

Erin Zavalkoff

on behalf of Creditor Newedge USA  LLC and Affiliated Entities ecfnydocket@vedderprice.com

Erin Zavalkoff

on behalf of Creditor Pursuit Capital Partners Master (Cayman) Ltd. ecfnydocket@vedderprice.com

Erin Elizabeth Wietecha

on behalf of Attorney Cole Schotz Meisel Forman & Leonard  P.A. erin@wietechalaw.com

Erin Elizabeth Wietecha

on behalf of Interested Party Northcrest  Inc. erin@wietechalaw.com

Erin L. Eliasen

on behalf of Creditor IHC Health Services Inc. eleliasen@stoel.com  sea_docket@stoel.com;ajbrumble@stoel.com

Erin L. Eliasen

on behalf of Creditor Federal Home Loan Bank of Seattle eleliasen@stoel.com  sea_docket@stoel.com;ajbrumble@stoel.com

Erin L. Eliasen

on behalf of Creditor ElectroScientific Industries  Inc. eleliasen@stoel.com, sea_docket@stoel.com;ajbrumble@stoel.com

Erin P. Severini

on behalf of Interested Party ClearVue Opportunity XVIII  LLC eseverini@fbtlaw.com

Erin S. Levin

on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P elevin@lowenstein.com

Ethan A. Brecher

on behalf of Creditor Mary Annette Ortegon ethan@ethanbrecherlaw.com

Eugene Neal Kaplan

on behalf of Unknown Judith Ann Kenney enkaplan@kaplanlandau.com

Eugene Neal Kaplan

on behalf of Attorney Kaplan Landau LLP enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Jeremy R. Kramer enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Judith Ann Kenney enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Stephanie Stiefel enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Richard J. Glasebrook  III enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Seth Finkel enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Richard Nackenson enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Chris Reynolds enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Henry Ramallo enkaplan@kaplanlandau.com

Eugene Neal Kaplan,

on behalf of Unknown Marvin C. Schwartz enkaplan@kaplanlandau.com

Eugene Neal Kaplan,
on behalf of Unknown David I. Weiner enkaplan@kaplanlandau.com

Evan Glassman
on behalf of Interested Party US Airways  Inc. eglassman@steptoe.com, ehartman@steptoe.com

Evan C. Hollander,
on behalf of Creditor MTR Corporation Limited echollander@orrick.com  jgoldfinger@orrick.com;efua@orrick.com

Evan C. Hollander,
on behalf of Creditor Acumen Fund  Inc. echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com

Evan C. Hollander,
on behalf of Unknown Tiger Asia Overseas Fund  Ltd. echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com

Evan J. Benanti
on behalf of Plaintiff State Street Bank And Trust Company evan.benanti@bingham.com

Evan J. Benanti
on behalf of Defendant State Street Bank & Trust Company evan.benanti@bingham.com

Evan J. Benanti
on behalf of Creditor The Financial Services Compensation Scheme Limited evan.benanti@bingham.com

Evan J. Benanti
on behalf of Unknown State Street Bank and Trust Company evan.benanti@bingham.com

Evans D Prieston
on behalf of Defendant LHM Financial Corporation eprieston@americanmlg.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Millennium Mortgage Capital mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Millennium Mortgage Capital mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Gateway Bank  FSB mbressler.evansdplaw@gmail.com, evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party First Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Arlington Capital Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Apex LLC mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Republic State Mortgage Company mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party Directors Mortgage Inc. mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Apex  LLC mbressler.evansdplaw@gmail.com, evansdplaw@gmail.com

Evans D Prieston,
on behalf of Defendant Windsor Capital Mortgage Corporation mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Interested Party American Bank mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Evans D Prieston,
on behalf of Unknown Oaktree Funding Corp. mbressler.evansdplaw@gmail.com  evansdplaw@gmail.com

Ezra D. Church
on behalf of Defendant Noteholder Defendants echurch@morganlewis.com

Fletcher W. Strong
on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Brothers Derivative Products Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Lehman Brothers Special Financing Inc. fstrong@wmd-law.com

Fletcher W. Strong
on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. fstrong@wmd-law.com

Fletcher W. Strong

on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. fstrong@wmd-law.com

Fletcher W. Strong

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC fstrong@wmd-law.com

Fletcher W. Strong

on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC fstrong@wmd-law.com

Fletcher W. Strong

on behalf of Plaintiff Lehman Commercial Paper  Inc. fstrong@wmd-law.com

Fletcher W. Strong

on behalf of Plaintiff Lehman Brothers Holdings Inc. fstrong@wmd-law.com

Francesco Di Pietro

on behalf of Interested Party Carret P.T.  L.P. #2 francesco.dipietro@wg-law.com

Francis J. Lawall

on behalf of Interested Party Pepper Hamilton LLP francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall

on behalf of Unknown Lehman Brothers Holdings Inc. francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall

on behalf of Interested Party EXXONMOBIL GAS MARKETING EUROPE LIMITED francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall

on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis M. Correll, Jr.

on behalf of Defendant Syncora Guarantee Inc. fcorrell@klehr.com

Francis M. Correll, Jr.

on behalf of Creditor Syncora Guarantee  Inc. fcorrell@klehr.com

Francis X Riley, III

on behalf of Creditor PHH Home Loans  LLC friley@saul.com

Frank McGinn

on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frank McGinn

on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com

Frank Top

on behalf of Defendant BNY Mellon Corporate Trustee Services Ltd. top@chapman.com

Frank Top

on behalf of Defendant Citibank  N.A. top@chapman.com

Frank Top

on behalf of Defendant The Bank of New York Mellon National Association top@chapman.com

Frank Top

on behalf of Defendant The Bank of New York Mellon Trust Company  N.A. top@chapman.com

Frank Top

on behalf of Defendant Bank of America National Association top@chapman.com

Frank Top

on behalf of Creditor U.S. Bank National Association  as Trustee top@chapman.com

Frank Top

on behalf of Defendant U.S. Bank National Association  as Trustee top@chapman.com

Frank Top

on behalf of Creditor US Bank  National Association, as Trustee top@chapman.com

Frank Top

on behalf of Defendant Wells Fargo Bank  National Association top@chapman.com

Frank Top

on behalf of Defendant U.S. Bank National Association top@chapman.com

Frank Top

on behalf of Defendant U.S. Bank Trust National Association top@chapman.com

Fred B. Ringel

on behalf of Creditor Eugene Greene fringel@leechtishman.com

Frederick Burnside, I

on behalf of Defendant Cobalt Mortgage  Inc. fredburnside@dwt.com,
christiancervantes@dwt.com;lisabass@dwt.com;jaimewolcott@dwt.com

Frederick B. Polak

on behalf of Creditor Duke Corporate Education  f/k/a Duke Corporate Education, Inc. fbp@ppgms.com

Frederick D. Hyman

on behalf of Transferee Credit Suisse AG  Cayman Islands Branch RHyman@duanemorris.com,
AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman

on behalf of Creditor Sumitomo Mitsui Banking Corporation RHyman@duanemorris.com
AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman

on behalf of Creditor Canadian Imperial Bank of Commerce  CIBC World Markets Corp., and CIBC World Markets Inc.
RHyman@duanemorris.com, AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman

on behalf of Interested Party Waterstone Capital Advisors LLC RHyman@duanemorris.com
AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman

on behalf of Unknown FirstCarribean International Bank (Cayman) Ltd. RHyman@duanemorris.com
AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Frederick D. Hyman

on behalf of Unknown FirstCarribean International Bank (Bahamas) Ltd. RHyman@duanemorris.com
AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Fredric Sosnick

on behalf of Creditor BANK OF AMERICA  N.A. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Unknown Merrill Lynch Japan Securities Co. Ltd. fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Creditor Merrill Lynch International fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Creditor Merrill Lynch Capital Corporation fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Creditor Bank of America  N.A., Merrill Lynch & Co., Inc. and Their Respective Affiliates fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of 3rd Pty Defendant Bank of America Trust and Banking Corporation (Cayman) Limited fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Interested Party BANK OF AMERICA  N.A. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Unknown Bank Of America  N.A. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Unknown Banc of America Securities LLC fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Unknown Merrill Lynch International fsosnick@shearman.com
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Plaintiff BANK OF AMERICA  N.A. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

G. Christopher Meyer

on behalf of Creditor The Buckeye Tobacco Settlement Financing Authority cmeyer@ssd.com

G. Ehrich Lenz

on behalf of Defendant Guild Mortgage Company ehrich@incorlaw.com  Lesley@incorlaw.com

G. Ehrich Lenz
on behalf of Defendant Guild Mortgage Company individually and as successor in interest to Liberty Financial Group Inc. ehrich@incorlaw.com, Lesley@incorlaw.com

Gabriel Del Virginia, Esq.
on behalf of Creditor Sofia Frankel gabriel.delvirginia@verizon.net

Gabriel Del Virginia, Esq.
on behalf of Creditor The TAARP Group LLP gabriel.delvirginia@verizon.net

Gabriel Fischbarg
on behalf of Plaintiff Margaret Bennett fis123@yahoo.com

Gabriel I. Chacon
on behalf of Creditor State of New Jersey Division of Taxation gabriel.chacon@dol.lps.state.nj.us

Gabriel I. Chacon
on behalf of Creditor New Jersey Economic Development Authority gabriel.chacon@dol.lps.state.nj.us

Gabriel I. Glazer
on behalf of Attorney Gabriel I Glazer gglazer@pszjlaw.com

Garrett A. Fail
on behalf of Unknown Lehman Brothers Holdings Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Scottish Finance L.P. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Plaintiff Lehman Brothers Holdings Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor LB Rose Ranch LLC garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Derivative Products Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Financial Products Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Lehman Brothers Holdings Inc. garrett.fail@weil.com Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Gary Lawrence Kaplan
on behalf of Interested Party The 144AMaster Fund LP gary.kaplan@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Gary Lawrence Kaplan
on behalf of Unknown EJF Long/Short Equity Master Fund LP gary.kaplan@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Gary Lawrence Kaplan
on behalf of Unknown EJF Opportunity Master Fund LP gary.kaplan@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Gary O. Ravert
on behalf of Creditor Scotia Capital (USA) Inc. gravert@ravertpllc.com gary.ravertpllc@gmail.com

Gary O. Ravert
on behalf of Interested Party Marie Papillon gravert@mwe.com gary.ravertpllc@gmail.com

Gene R. Besen
on behalf of Creditor Hudson City Savings Bank gbesen@grayreed.com tnoullet@grayreed.com

George Angelich
on behalf of Creditor The Vanguard Group Inc. george.angelich@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

George A. Zimmerman
on behalf of Plaintiff Prudential Global Funding LLC brian.mcdermott@skadden.com

George E.B. Maguire
on behalf of Unknown Ross Financial Corporation gebmaguire@debevoise.com mao-bk-ecf@debevoise.com

George E.B. Maguire
on behalf of Unknown Juice Energy Inc. gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

George W Pratt
on behalf of Creditor ESS SUSA Holdings LLC gpratt@joneswaldo.com

George W Pratt
on behalf of Creditor ESS PRISA LLC gpratt@joneswaldo.com

George W Pratt
on behalf of Creditor c/o George W. Pratt Extra Space Storage LLC gpratt@joneswaldo.com

George W Pratt
on behalf of Creditor ESS VRS gpratt@joneswaldo.com

George W Pratt
on behalf of Creditor ESS PRISA III LLC gpratt@joneswaldo.com

George W. Shuster, Jr.
on behalf of Interested Party HVS Westland LP george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Sylvester Catalanello
on behalf of Unknown Pennsylvania Public School Employees' Retirement System gerard.catalanello@alston.com
gerard.catalanello@alston.com;leslie.salcedo@alston.com

Gifford W. Price
on behalf of Defendant SECURITYNATIONAL MORTGAGE COMPANY gprice@mackeypricelaw.com

Gifford W. Price
on behalf of Interested Party SecurityNational Mortgage Company gprice@mackeypricelaw.com

Gifford W. Price
on behalf of Defendant SecurityNational Mortgage Company gprice@mackeypricelaw.com

Glenn E. Siegel
on behalf of Creditor RIC-OMIGSA Global Bond Fund Glenn.Siegel@morganlewis.com

Glenn E. Siegel
on behalf of Interested Party Russell Investment Group Inc. Glenn.Siegel@morganlewis.com

Glenn S. Gitomer
on behalf of Creditor Peter Berman ggitomer@mkbattorneys.com

Glenn S. Gitomer
on behalf of Creditor Stephen J. Edelmann ggitomer@mkbattorneys.com

Glenn S. Gitomer
on behalf of Creditor Joyce L. Rehorst ggitomer@mkbattorneys.com

Glenn S. Gitomer
on behalf of Creditor Jacqueline W. Edelmann ggitomer@mkbattorneys.com

Grant A. Premo
on behalf of Defendant Wellmont Health Systems Inc. gpremo@babc.com

Grant T. Stein
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust gstein@alston.com

Gregg Martin Ficks
on behalf of Creditor Openwave Systems Inc. gficks@coblentzlaw.com

Gregg Martin Ficks
on behalf of Creditor Pettit Revocable Trust gficks@coblentzlaw.com

Gregg Martin Ficks
on behalf of Unknown Coblentz Patch, Duffy & Bass LLP gficks@coblentzlaw.com

Gregg Martin Ficks
on behalf of Creditor Kevin Kalkhoven gficks@coblentzlaw.com

Gregg Martin Ficks
on behalf of Creditor Sally Tischler gficks@coblentzlaw.com

Gregory Alan Davis
on behalf of Unknown Imortgage.com Inc. gregory.davis@squirepb.com, sara.ramirez@squirepb.com

Gregory Alan Davis
on behalf of Defendant Imortgage.com Inc. gregory.davis@squirepb.com, sara.ramirez@squirepb.com

Gregory F. Hauser
on behalf of Defendant LGT Bank in Liechtenstein Ltd. gregory.hauser@wg-law.com

Gregory G. Plotko

on behalf of Transferee BKM Holdings (Cayman) Ltd. gplotko@crowell.com
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Interested Party Deutsche Bank AG  London Branch gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Morgan Stanley Senior Funding  Inc. gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Goldman  Sachs & Co. gplotko@crowell.com,
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Goldman Sachs Lending Partners LLC gplotko@crowell.com
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory G. Plotko

on behalf of Unknown Goldman Sachs International gplotko@crowell.com
RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Gregory LA'Monte Reid, I

on behalf of Creditor Wayne Judkins  Sr glreidesq@gmail.com

Gregory M. Petrick

on behalf of Debtor Lehman Re Ltd. gregory.petrick@cwt.com  nyecfnotice@cwt.com

Gregory M. Petrick

on behalf of Foreign Representative Petition of Dan Schwarzmann and James Ferris  as Joint Provisional Liquidators of LEHMAN
RE LTD. gregory.petrick@cwt.com, nyecfnotice@cwt.com

Gregory M. Starner

on behalf of Creditor SRM Global Master Fund Limited Partnership gstarner@whitecase.com
jdisanti@whitecase.com;mco@whitecase.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Black & Decker Pension Trustee Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer KDDI Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Singapore Management University
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer New Jersey Transit Retirement Plan - UAM  Rogge
Trust (Global Hedged) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer INKA Fonds Vant - RGP (Nordheinische
Arzteversorgung) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Woolworths Group Pension Trust Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Government Pension Investment Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds de grolsche Bierbrouwen
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Schlumberger Common Investment Fund Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Tyco Electronics UK Pension Plan (Trustees of the)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Australia Reward Investment Alliance
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Barclays Pension Fund Trustees Ltd.

gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Prudential Staff pensions Ltd as Trustee of the Prudential Staff Pension Scheme gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pilkington Brothers Superannuation Trustee Limited gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor International Bank for Reconstruction and Development gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund Hedged International Aggregate Bond Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pool Reinsurance gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Private School Employees (TMR) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Aggregate SEK Hedged Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Tyco UK Common Investment Fund Limited gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Southern Company System Master Retirement Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Verizon Master Savings Trust (VERZ) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Lloyd's Register Superannuation Fund Association gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor To Rogge Global Partners PLC on behalf of its customer Motorola UK Pension Scheme (Trustees of the) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stanhope Pension Trust Limited as Trustees of the GEC 1972 Plan gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Aberdeen City Council Superannuation Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund International Aggregate Bond Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Workers Compensation Board of Alberta gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer WS ATKINS Staff Retirement Benefits Plan gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Credit Euro Hedged Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer ABN Amro Bank NV (Stichting Pensioenfonds van de) gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer City of Edinburgh Council as Administering Authority of the Lothian Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer National Railroad Retirement Investment Trust gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Japan Computer Information Service Employees
Pension Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pioneer Investments Kapitalanlagegesellschaft mbH -
Munchen I Gaia gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer M-Universal-Fonds for the segment Global Corp -
Rogge gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Cadbury Schweppes Pension Trust Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customers gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Interactive Data Corporation gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge High Alpha Index Linked
Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor 125 High Street  L.P. gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Cable and Wireless Pension Trustee Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds ENCI
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Trafalgar House Trustees Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Singapore Press Holdings (Lianhe Inv Pte)
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge High Alpha Fixed Income Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rexam Pension Plan 2 gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Halifax Regional Municipality Pension Committee
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Metal Box Pension Trustees Limited
gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Tokio Marine Rogge Asset Management Limited on behalf of its customer TMA Umbrella Fund - Hedged
International Aggregate Bond Portfolio gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Korea Exchange Bank gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer M-Universal-Fonds for the segment Global Renten -
Rogge gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer MTDL re: Morley Investment Funds ICVC - Norwich
Global Agg MoM 1 Fund gkaden@goulstonstorrs.com

Gregory O. Kaden

on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Macquarie Investment Grade Bond Fund
gkaden@goulstonstorrs.com

Gregory O. Kaden

|  |  |
|---|---|
|  | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Hong Kong Housing Authority gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Akzo Nobel (UK) Pension Trustee Limited (SP/OBS Pension Scheme) gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Pearson Group Pension Trustee Limited gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Marks and Spencer Pension Trust Limited gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer BAA Pension Trust Company Ltd. gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Korea Investment Corporation gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Commonwealth of Pennsylvania Public Schools Retirement - PSERS gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer TMA Umbrella Fund - Yen Hedged International Aggregate Bond Portfolio gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Sony Pension Fund gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Rogge Funds plc - Rogge Aggregate GBP Hedged Fund gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Stichting Pensioenfonds Openbare Apothekers gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Kingfisher Pension Trustee Limited gkaden@goulstonstorrs.com |
| Gregory O. Kaden | on behalf of Creditor Rogge Global Partners PLC on behalf of its customer Butterfield Trust (Bermuda) Ltd for Reid Street Retirement Global Bond Fund gkaden@goulstonstorrs.com |
| H. Kent Munson | on behalf of Unknown Lutheran Senior Services hkm@stolarlaw.com |
| H. Marc Tepper | on behalf of Unknown PNC Bank  National Association marc.tepper@bipc.com, donna.curcio@bipc.com |
| H. Marc Tepper | on behalf of Defendant PNC Bank  National Association marc.tepper@bipc.com, donna.curcio@bipc.com |
| H. Rowan Gaither | on behalf of Unknown Morgan Stanley Senior Funding  Inc. rgaither@rkollp.com, mschneider@rkollp.com |
| Hamish Hume | on behalf of Interested Party Barclays Capital Inc. hhume@bsfllp.com |
| Hamish Hume | on behalf of Interested Party Barclays Capital  Inc. hhume@bsfllp.com |
| Hanh V. Huynh | on behalf of Defendant Mirabella hhuynh@herrick.com  hhuynh@rubinlawllc.com |
| Harden Alexander Fisch | on behalf of Creditor TPG-Austin Portfolio Holdings LLC afisch@stutman.com |
| Harold S. Novikoff | on behalf of Defendant JPMORGAN CHASE BANK  N.A. hsnovikoff@wlrk.com, calert@wlrk.com |
| Harold S. Novikoff | on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION hsnovikoff@wlrk.com  calert@wlrk.com |
| Harold S. Novikoff | on behalf of Creditor JPMorgan Distressed Debt Master Fund  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com |

Harold S. Novikoff

on behalf of Creditor J.P. Morgan International Bank Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant J.P. Morgan Markets Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Clearing Corp. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Markets Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Securities Inc. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Chase Funding Inc. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Securities Ltd. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan (Suisse) SA hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Bank Dublin PLC hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan Ventures Energy Corporation hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Securities Japan Co.  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant J.P. Morgan Securities Ltd. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank  N.A.
hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Fixed Income Opportunity Institutional Fund  Ltd. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMorgan Intermediate Bond Trust  a series of JPMorgan Institutional Trust hsnovikoff@wlrk.com,
calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown JPMORGAN CHASE BANK  N.A. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Fixed Income Opportunity Master Fund  L.P. hsnovikoff@wlrk.com, calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank  N.A. hsnovikoff@wlrk.com,
calert@wlrk.com

Harold S. Novikoff

on behalf of Unknown J.P. Morgan International Bank Limited hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant JP MORGAN CHASE AND CO hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant BEAR STEARNS FOREX INC hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JP Morgan Chase Bank N.A. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Creditor JPMorgan Absolute Return Credit Master Fund Ltd. hsnovikoff@wlrk.com  calert@wlrk.com

Harold S. Novikoff

on behalf of Defendant JPMorgan Bank Dublin PLC hsnovikoff@wlrk.com  calert@wlrk.com

Harvey A. Strickon

on behalf of Unknown General Electric Capital Corporation harveystrickon@paulhastings.com

Harvey A. Strickon

on behalf of Unknown Trust Company of the West harveystrickon@paulhastings.com

Harvey A. Strickon
                    on behalf of Creditor European Bank for Reconstruction and Development harveystrickon@paulhastings.com

Harvey R. Miller
                    on behalf of Plaintiff Lehman Brothers Special Financing Inc. garrett.fail@weil.com

Harvey R. Miller
                    on behalf of Debtor Lehman Brothers Holdings Inc. garrett.fail@weil.com

Harvey R. Miller
                    on behalf of Defendant Lehman Brothers Special Financing  Inc. garrett.fail@weil.com

Heath D. Rosenblat
                    on behalf of Interested Party HD Supply  Inc. Heath.Rosenblat@dbr.com

Heidi Steiger
                    dwatnick@watnicklaw.com

Heidi L Hamilton
                    on behalf of Creditor Julian Iragorri heidi@crumbielaw.com

Heidi L Hamilton
                    on behalf of Unknown Julian Iragorri heidi@crumbielaw.com

Heidi L. Steiger
                    dwatnick@watnicklaw.com

Helen Ball
                    on behalf of Creditor Wellmont Health System mtaylor@ba-boult.com

Hemant Sharma
                    on behalf of Interested Party Securities Investor Protection Corporation hsharma@sipc.org  pwallace@sipc.org

Hemant Sharma
                    on behalf of Unknown Securities Investor Protection Corporation hsharma@sipc.org  pwallace@sipc.org

Henry A. Efroymson
                    on behalf of Defendant Standard Life Insurance Company of Indiana henry.efroymson@icemiller.com

Henry A. Efroymson
                    on behalf of Defendant Standard Life Insurance Co. of Indiana henry.efroymson@icemiller.com

Herbert K. Ryder
                    on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund,
                    Ltd. hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

Herbert K. Ryder
                    on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
                    hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

Hilary B. Bonial
                    on behalf of Creditor Litton Loan Servicing  LP hbonial@bonialpc.com,
                    hbonial@bonialpc.com;Notices.Bonial@ecf.courtdrive.com

Hillel Ira Parness
                    on behalf of Creditor Federal Home Loan Bank of Pittsburgh hiparness@rkmc.com

Hollace T. Cohen
                    on behalf of Unknown Electrabel n.v./s.a. hollace.cohen@fisherbroyles.com

Hollace T. Cohen
                    on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk hollace.cohen@fisherbroyles.com

Hollace T. Cohen
                    on behalf of Unknown Erlanger Health System hollace.cohen@fisherbroyles.com

Hollace T. Cohen
                    on behalf of Unknown RWE Supply & TradingGmbH hollace.cohen@fisherbroyles.com

Hollace T. Cohen
                    on behalf of Creditor Jason Wallace hollace.cohen@fisherbroyles.com

Howard Koh,
                    on behalf of Unknown i-Deal LLC hsk@msf-law.com

Howard Koh,
                    on behalf of Unknown Ipreo Holdings  LLC hsk@msf-law.com

Howard Seife
                    on behalf of Creditor GLG Partners LP andrew.rosenblatt@nortonrosefulbright.com

Howard Steel
                    on behalf of Creditor Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP

hsteel@brownrudnick.com

Howard Steel

on behalf of Unknown Alandsbanken ABP (Finland)  Svensk Filial hsteel@brownrudnick.com

Howard Steel

on behalf of Unknown Map 139 Segregated Portfolio of LMA SPC hsteel@brownrudnick.com

Howard Steel

on behalf of Unknown Venor Capital Master Fund Ltd. hsteel@brownrudnick.com

Howard D. Ressler

on behalf of Interested Party Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTE  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party The Kiyo Bank  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party DCI Umbrella Fund PLC hressler@diamondmccarthy.com  sloden@diamondmccarthy.com

Howard D. Ressler

on behalf of Interested Party The Kyoei Fire & Marine Insurance Company  Ltd. hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Howard J. Berman

on behalf of Unknown Wilpro Limited and Wilpro Inc. hberman@egsllp.com

Howard J. Grossman

on behalf of Transferee GMO Credit Opportunities Fund howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor J.P. Morgan Securities plc howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities Inc. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown International Assets Advisory  LLC howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor J.P. Morgan Securities  Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee JPMorgan Chase Bank  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor JP Morgan Chase Bank N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Transferee Chenavari Financial Advisors Ltd. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown Chase Lincoln First Commercial Corporation howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown J.P. Morgan Securities LLC howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Unknown JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard J. Grossman

on behalf of Creditor JPMORGAN CHASE BANK  N.A. howard.j.grossman@chase.com

Howard P. Magaliff

on behalf of Creditor Roger Saks hmagaliff@r3mlaw.com hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Unknown Brian W. Monahan hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant SecurityNational Mortgage Company hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant SECURITYNATIONAL MORTGAGE COMPANY hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

District/off: 0208-1                                    User: admin                                    Page 91 of 260
Date Rcvd: Oct 18, 2022                              Form ID: tranapl                                Total Noticed: 1

Howard P. Magaliff

on behalf of Creditor Donald Boughram hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Unknown Brian Monahan hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Interested Party SecurityNational Mortgage Company hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Henry Morgan Lawrence  III hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Nicole S. Lawrence hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard R. Hawkins, Jr.

on behalf of Unknown Lehman Brothers CDO Opportunity Fund L.P. howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor WestLB AG  New York Branch howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Defendant Morgan Stanley & Co.  Inc. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Unknown Morgan Stanley & Co. International plc howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Unknown Credit Suisse howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Credit Suisse howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4; howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Creditor Morgan Keegan & Co.  Inc. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party Lehman Brothers MLP Opportunity Fund L.P. howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party CHILTON NEW ERA PARTNERS  L.P. howard.hawkins@cwt.com,
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard R. Hawkins, Jr.

on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates howard.hawkins@cwt.com
anthony.moore@cwt.com;nyecfnotice@cwt.com,michele.maman@cwt.com,richard.solow@cwt.com,nicholas.vislocky@cwt.com

Howard S. Beltzer

on behalf of Creditor Julie R. Shapiro howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Interested Party Fortis Bank NV/SA howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Creditor BNP Paribas howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Attorney Morgan  Lewis & Bockius LLP howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Creditor BNP Paribas Wealth Management Hong Kong Branch howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) howard.beltzer@nortonrosefulbright.com

Howard S. Beltzer

on behalf of Interested Party BGL BNP Paribas SA howard.beltzer@nortonrosefulbright.com

Hugh F. Hill, IV
on behalf of Unknown Barclays Bank SA hugh.hill@hoganlovells.com  ronald.cappiello@hoganlovells.com

Hugh M. McDonald,
on behalf of Creditor Hudson City Savings Bank hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

Hugh M. McDonald,
on behalf of Spec. Counsel SNR Denton US LLP hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

Hugh M. McDonald,
on behalf of Attorney Special Counsel to the Debtors hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

Hugh R. McCullough
on behalf of Defendant Cobalt Mortgage  Inc. hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Hugh R. McCullough
on behalf of Interested Party Cobalt Mortgage  Inc. hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Hydee R. Feldstein
on behalf of Interested Party Barclays Capital  Inc. s&cmanagingclerk@sullcrom.com;hydee-feldstein-2275@ecf.pacerpro.com

Hyung Joon Stanley Lim
on behalf of Creditor Seaport Loan Products LLC stan@sgl-law.com

Hyung Joon Stanley Lim
on behalf of Unknown Seaport Global Securities LLC stan@sgl-law.com

Hyung Joon Stanley Lim
on behalf of Creditor Seaport Group Baseball Cards LLC stan@sgl-law.com

I-Heng Hsu
on behalf of Debtor Lehman Brothers Holdings Inc. ihhsu@jonesday.com

I-Heng Hsu
on behalf of Defendant Lehman Brothers Special Financing Inc. ihhsu@jonesday.com

I-Heng Hsu
on behalf of Defendant Lehman Brothers Commercial Corporation ihhsu@jonesday.com

I-Heng Hsu
on behalf of Defendant Lehman Brothers Holdings Inc. ihhsu@jonesday.com

Ian Boczko
on behalf of Defendant JP Morgan Securities  PLC iboczko@wlrk.com, calert@wlrk.com

Ian Boczko
on behalf of Defendant JP MORGAN CHASE BANK  N.A. iboczko@wlrk.com, calert@wlrk.com

Ilan D. Scharf
on behalf of Unknown Voluntary Liquidators of ICP Strategic Credit Income Master Fund Ltd. ischarf@pszjlaw.com
lcanty@pszjlaw.com

Ilan D. Scharf
on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund Ltd. ischarf@pszjlaw.com  lcanty@pszjlaw.com

Ingrid Karin Petersen
on behalf of Defendant FSB ipetersen@johnstonthomas.com

Ira A. Reid
on behalf of Unknown InverCaixa Gestion SGIIC SAU ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Lincore Limited  E-Capital Profits Limited, and Cheung Kong Bond Finance Limited
ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Banque Cantonale du Valais ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Portfolio Green German CMBS GMBH ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Himfield Limited ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Rothschild Bank AG ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown Hewlett-Packard Company ira.reid@bakermckenzie.com

Ira A. Reid
on behalf of Unknown CMC Magnetics Corporation ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown E-Capital Profits Limited and Lincore Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Dah Sing Bank  Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Luzerner Kantonalbank AG ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank (Singapore) Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank (Switzerland) Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Lincore Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown E-Capital Profits Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Pentwater Growth Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown SMBC Nikko Securities Inc. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown PWCM Master Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Tokyo Gas Co. Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Pentwater Growth Fund Ltd. and Pentwater Credit Partners Fund Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Nikko Cordial Securities Inc. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Defendant Tokyo Gas Co.  Ltd. ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Amrit Sinanan ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown NATIXIS Environnement & Infrastructures ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown Jamaica Money Market Brokers Limited ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank AG  Hong Kong Branch ira.reid@bakermckenzie.com

Ira A. Reid

on behalf of Unknown LGT Bank AG ira.reid@bakermckenzie.com

Ira L. Herman

on behalf of Creditor Crossmark Corporate Investors  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman

on behalf of Creditor Crossmark Investment Advisers  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman

on behalf of Creditor Crossmark Corporate Advisers  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman

on behalf of Creditor Crossmark Corporate Investors II  L.P. iherman@blankrome.com, eDocketing@blankrome.com

Ira M. Levee

on behalf of Unknown Boilermaker-Blacksmith National Pension Trust ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee

on behalf of Unknown Factiva  Inc., Factiva Limited and Dow Jones & Company, Inc. ilevee@lowenstein.com, mseymour@lowenstein.com

Ira M. Levee

on behalf of Unknown Lead Plaintiffs ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee

on behalf of Creditor Boilermaker-Blacksmith National Pension Trust ilevee@lowenstein.com  mseymour@lowenstein.com

Ira M. Levee

on behalf of Interested Party Factivia  Inc., Factiva Limited and Dow Jones & Company, Inc. ilevee@lowenstein.com, mseymour@lowenstein.com

Ira M. Levee

on behalf of Creditor Ontario Teachers' Pension Plan Board ilevee@lowenstein.com  mseymour@lowenstein.com

Ira S. Greene

on behalf of Unknown SAGA 400 LIMITED ira.greene@lockelord.com

Ira S. Greene

on behalf of Unknown Landwirtschaftliche Rentenbank ira.greene@lockelord.com

Ira S. Greene

on behalf of Interested Party Kraft Foods Inc. ira.greene@lockelord.com

Ira S. Greene

on behalf of Unknown Ciena Communications  Inc. ira.greene@lockelord.com

Ira S. Greene

on behalf of Attorney Hogan & Hartson L.L.P. ira.greene@lockelord.com

Ira S. Greene

on behalf of Interested Party Westernbank Puerto Rico ira.greene@lockelord.com

Ira S. Greene

on behalf of Creditor Italease Finance S.p.A. ira.greene@lockelord.com

Irena M. Goldstein

on behalf of Creditor The Bank of New York Mellon irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Elliott International L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor International Equity Index Fund III Accredited  LLLP irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Liverpool Limited Partnership irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Defendant Topdanmark EDB A/S irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Gila River Power  L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Fenway Capital  LLC and Fenway Funding, LLC irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Elliott Associates  L.P. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Springfield Associates LLC irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Interested Party Iberdrola Generacion  S.A. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown American Express Travel Related Services Company  Inc. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor Credit Protection Trusts 207 and 283 irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Transferee The Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown RBS Securities Inc. irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown Allstate Life Insurance Company irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Creditor The Walt Disney Company irenagoldstein@paulhastings.com

Irena M. Goldstein

on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO.  INC. irenagoldstein@paulhastings.com

Irena M. Goldstein
                    on behalf of Creditor Royal Bank of Scotland plc irenagoldstein@paulhastings.com

Irena M. Goldstein
                    on behalf of Creditor Kensington International Limited irenagoldstein@paulhastings.com

Isaac M. Pachulski
                    on behalf of Interested Party The Baupost Group  L.L.C. ipachulski@stutman.com

Isaac M. Rethy
                    on behalf of Interested Party MortgageIT  Inc. irethy@stblaw.com

Isabelle Liberman
                    on behalf of Unknown Knott Partners Offshore Master Fund LP iliberman@akingump.com

Isabelle Liberman
                    on behalf of Unknown Knott Partners LP iliberman@akingump.com

Isabelle Liberman
                    on behalf of Unknown Common Fund Hedged Equity Co. iliberman@akingump.com

Israel Dahan
                    on behalf of Creditor FXCM Holdings  LLC idahan@kslaw.com, jcmccullough@kslaw.com,laaronson@kslaw.com

J. Christopher Shore
                    on behalf of Interested Party DNB NOR BANK ASA cshore@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

J. Christopher Shore
                    on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors cshore@whitecase.com
                    jdisanti@whitecase.com;mco@whitecase.com

J. Eric Ivester
                    on behalf of Unknown CRC Credit Fund eric.ivester@skadden.com  wendy.lamanna@skadden.com;andrea.bates@skadden.com

J. Gregory St.Clair
                    on behalf of Unknown Gruss Global Investors Master Fund (Enhanced)  Ltd. Chris.Dickerson@skadden.com

J. Gregory St.Clair
                    on behalf of Unknown Gruss Global Investors Master Fund  Ltd. Chris.Dickerson@skadden.com

J. Patrick Darby
                    on behalf of Creditor Wellmont Health System pdarby@babc.com

J. Patrick Darby
                    on behalf of Defendant Wellmont Health Systems  Inc. pdarby@babc.com

J. Robert Stoll
                    on behalf of Interested Party The Lehman Hong Kong Liquidators jstoll@mayerbrownrowe.com

J. Ted Donovan
                    on behalf of Creditor Rocco F. Andriola TDonovan@GWFGlaw.com

Jack Yoskowitz
                    on behalf of Interested Party Liberty Square CDO I  Ltd. and Liberty Square CDO II, Ltd. yoskowitz@sewkis.com

Jack Yoskowitz
                    on behalf of Interested Party Israel Discount Bank Limited yoskowitz@sewkis.com

Jack Yoskowitz
                    on behalf of Defendant Liberty Square CDO I  Ltd. yoskowitz@sewkis.com

Jack Yoskowitz
                    on behalf of Defendant Mulberry Street CDO  Ltd. yoskowitz@sewkis.com

Jack Yoskowitz
                    on behalf of Defendant Liberty Square CDO II  Ltd. yoskowitz@sewkis.com

Jack J. Rose
                    on behalf of Unknown Liquidation Opportunities Master Fund  LP filing@ashurst.com

Jacob Ginsburg
                    on behalf of Creditor All Distributees of the Estate of Eugene Czin  deceased jg@jacobginsburglaw.com

Jacob Ginsburg
                    on behalf of Creditor Estate of Eugene Czin  deceased jg@jacobginsburglaw.com

Jacob Ginsburg
                    on behalf of Creditor Judith  Mrs. Czin jg@jacobginsburglaw.com

Jacob S. Pultman
                    on behalf of Intervenor-Plaintiff FCCD Limited jacob.pultman@allenovery.com  kurt.vellek@allenovery.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Derivative Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Counter-Defendant Lehman Brothers Financial Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation V LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor BNC Mortgage LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Financial Products Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor PAMI Statler Arms LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
jacqueline.marcus@weil.com  jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Commercial Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Commercial Paper Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor CES Aviation IX LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Scottish Finance L.P. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Lehman Brothers Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Commercial Paper Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor East Dover Limited jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Lehman Brothers Special Financing Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jahan P. Raissi

on behalf of Creditor Weintraub Capital Management  L.P. calendar@sflaw.com, bwolff@sflaw.com

Jake M Greenberg

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

on behalf of Unknown Gateway Funding Diversified Mortgage Services  L.P. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

on behalf of Defendant LHM Financial Corporation jgreenberg@bilzin.com  mavin@bilzin.com

Jake M Greenberg

    on behalf of Defendant Arlington Capital Mortgage Corporation jgreenberg@bilzin.com  mavin@bilzin.com

Jake M Greenberg

    on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage
Corporation jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

    on behalf of Defendant MEGA CAPITAL FUNDING  INC. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

    on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. jgreenberg@bilzin.com, mavin@bilzin.com

Jake M Greenberg

    on behalf of Defendant Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation jgreenberg@bilzin.com, mavin@bilzin.com

James Addison Wright, III

    on behalf of Counter-Defendant Millennium International  Ltd. james.wright@klgates.com, bobankruptcyecf@klgates.com

James Addison Wright, III

    on behalf of Plaintiff Millennium International  Ltd. james.wright@klgates.com, bobankruptcyecf@klgates.com

James Tecce

    on behalf of Unknown Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
jamestecce@quinnemanuel.com

James Tecce

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce

    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Unknown Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Plaintiff Lehman Brothers Commercial Corporation jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Attorney Quinn Emanuel Urquhart Oliver & Hedges LLP jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Counter-Defendant Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Plaintiff Lehman Brothers Commodity Services Inc. jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Intervenor Official Committee Of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Creditor Committee Quinn Emanuel Urquhart & Sullivan  LLP jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.
jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Unknown Quinn Emanuel Urquhart & Sullivan  LLP jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Attorney Quinn Emanuel Urquhart & Sullivan  LLP jamestecce@quinnemanuel.com

James Tecce,

    on behalf of Plaintiff The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc
jamestecce@quinnemanuel.com

James Tecce,

James Tecce,

on behalf of Plaintiff Lehman Brothers Special Financing Inc. jamestecce@quinnemanuel.com

on behalf of Plaintiff Lehman Brothers Holdings Inc. jamestecce@quinnemanuel.com

James Windels

on behalf of Defendant LB Holdings Intermediate 2 Limited (in administration) james.windels@davispolk

James Windels

on behalf of Defendant MBAM Investor Limited james.windels@davispolk.com

James Windels

on behalf of Defendant Eldon Street Holdings Limited (in administration) james.windels@davispolk.com

James Windels

on behalf of Defendant Lehman Brothers Limited (in administration) james.windels@davispolk.com

James C Tecce

on behalf of Unknown Lehman Brothers Holdings Inc. jamestecce@quinnemanuel.com

James C. Dugan

on behalf of Unknown Natixis Financial Products LLC maosbny@willkie.com  jdugan@willkie.com

James C. Fitzpatrick

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
managingattorney@hugheshubbard.com

James C. Moore

on behalf of Unknown Maria Clara Xavier Rocha Gomes Van der Hart jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Antonio Manuel Coutinhas Da Silva Ferreira jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Jose Carlos Camoes Rosado jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Antonio Manuel Coelho Affonso de Barros jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Rui Manuel Dias Moura Teixeria jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Spanish Holders of Lehman Programs Securities jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Miguel Lopes de Sousa jcmoore1939@gmail.com

James C. Moore

on behalf of Unknown Fundacion Rafael del Pino jcmoore1939@gmail.com

James C. Thoman

on behalf of Interested Party Deere & Company jthoman@hodgsonruss.com
cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Newbold

on behalf of Creditor Illinois Department of Revenue James.Newbold@illinois.gov

James H.M. Sprayregen

on behalf of Unknown Epiq Corporate Restructuring  LLC jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Unknown Liquidators of Lehman Brothers Australia Limited jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited jsprayregen@kirkland.com

James H.M. Sprayregen

on behalf of Unknown Lehman Re  Ltd. jsprayregen@kirkland.com

James I. McClammy

on behalf of Creditor Banque Privee Saint Dominique james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Bank Julius Baer & Co. Ltd. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Bank Julius baer & Co. Ltd. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor NATIXIS SECURITIES james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Asset Backed Management Corp. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Bank Leumi le-Israel  Ltd. james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis Capital Markets Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Credit Suisse AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor INTERNATIONAL FINANCE CORPORATION james.mcclammy@davispolk.com
ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor International Bank for Reconstruction and Development james.mcclammy@davispolk.com
ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis Financial Products Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis Securities North America Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Bank Julius Bar & Co AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Julius Baer & Co. AG james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Unknown Banque Pictet & Cie SA james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Ford Credit Auto Owner Trust 2007-B c/o Ford Motor Credit Company LLC  as Administrator on behalf of
Ford Credit Auto Owner Trust 2007-B james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Creditor Natixis Bleichroeder Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James J. Rufo

on behalf of Interested Party LeaAnn Perea jrufo@jamesrufolaw.com

James J. Tancredi

on behalf of Creditor Fidelity National Title Insurance Company jjtancredi@dbh.com

James J. Vincequerra

on behalf of Creditor Simpson Meadows James.Vincequerra@alston.com

James J. Ward

on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
mavin@bilzin.com;eservice@bilzin.com

James J. Ward

on behalf of Defendant Eagle Home Mortgage  LLC mavin@bilzin.com;eservice@bilzin.com

James J. Ward

on behalf of Defendant Universal American Mortgage Company  LLC mavin@bilzin.com;eservice@bilzin.com

James L. Bromley

on behalf of Interested Party Hellman & Friedman LLC bromleyj@sullcrom.com
james-bromley-2240@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

James M. Heiser

on behalf of Creditor Bank Of Montreal heiser@chapman.com

James M. Heiser

on behalf of Creditor Energy Income and Growth Fund heiser@chapman.com

James M. Heiser

on behalf of Attorney Ann E. Acker heiser@chapman.com

James M. Heiser

on behalf of Interested Party General Helicopters International  LLC heiser@chapman.com

James M. Heiser

on behalf of Creditor National Australia Bank Limited heiser@chapman.com

James M. Heiser

|  |  |
|---|---|
|  | on behalf of Defendant U.S. Bank National Association heiser@chapman.com |
| James M. Heiser | |
|  | on behalf of Creditor U.S. Bank National Association  as Trustee heiser@chapman.com |
| James M. Heiser | |
|  | on behalf of Creditor US Bank  National Association, as Trustee heiser@chapman.com |
| James M. Heiser | |
|  | on behalf of Creditor U.S. Bank National Association heiser@chapman.com |
| James M. Sullivan | |
|  | on behalf of Interested Party China Development Industrial Bank jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com |
| James M. Sullivan | |
|  | on behalf of Interested Party Dotson Investments Limited jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com |
| James M. Sullivan | |
|  | on behalf of Unknown Dotson Investments Limited jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com |
| James N. Lawlor | |
|  | on behalf of Creditor Riverside Holdings LLP jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Plaintiff Lehman Brothers Special Financing Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Debtor Lehman Brothers Holdings Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Creditor Jeffrey and Lauren Sardis jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Unknown Wollmuth Maher & Deutsch LLP jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Unknown Sistema Universitario Ana G. Mendez jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Plaintiff Lehman Brothers Holdings Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Creditor JAS Holding Corporation jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Creditor The Estate of Stephen H. Weiss jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Creditor Sistema Universitario Ana G. Mendez  Incorporado jlawlor@wmd-law.com, jgiampolo@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Plaintiff Lehman Brothers Holding Inc. jlawlor@wmd-law.com  jgiampolo@wmd-law.com |
| James N. Truitt | |
|  | on behalf of Transferee CWD OC 522 Master Fund  Ltd. james.truitt@hoganlovells.com |
| James N. Truitt | |
|  | on behalf of Unknown Chase Lincoln First Commercial Corporation james.truitt@hoganlovells.com |
| James N. Truitt | |
|  | on behalf of Transferee Candlewood Special Situations Master Fund  Ltd. james.truitt@hoganlovells.com |
| James N. Truitt | |
|  | on behalf of Unknown Illiquidx LLP james.truitt@hoganlovells.com |
| James N. Truitt | |
|  | on behalf of Unknown EIK Banki Foroya P/F james.truitt@hoganlovells.com |
| James N. Truitt | |
|  | on behalf of Creditor Lydian Overseas Partners Master Fund Ltd. james.truitt@hoganlovells.com |
| James Nicholas Boeving | |
|  | on behalf of Defendant United States Of America james.n.boeving@usdoj.gov |
| James O Moore | |
|  | on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts james.moore@morganlewis.com |
| James P. Berg | |
|  | on behalf of Defendant Santander Bank  N.A., f/k/a Sovereign Bank, FSB james.berg@piblaw.com, |

fedfiling@piblaw.com,daniel.schleifstein@piblaw.com,casenotifications@piblaw.com

James P. Berg

on behalf of Interested Party Santander Bank  N.A. james.berg@piblaw.com,
fedfiling@piblaw.com,daniel.schleifstein@piblaw.com,casenotifications@piblaw.com

James S. Carr

on behalf of Plaintiff Turnberry Retail Holding  L.P.
KDWBankruptcyDepartment@kelleydrye;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor Rock Creek Group LP  as Asset Manager
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Plaintiff Jacquelyn Soffer KDWBankruptcyDepartment@kelleydrye;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor Claims Recovery Group LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor Tullett Prebon Holdings Corporation
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Interested Party The Juilliard School
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Plaintiff Jeffrey Soffer KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Plaintiff BP Energy Company and BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Plaintiff Turnberry/Centra Sub  LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor Helaba Invest Kapitalanlagegesellschaft mbH
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James T. Grogan

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. jamesgrogan@paulhastings.com

James William Brody

on behalf of Defendant Hometrust Mortgage Company jbrody@americanmlg.com
docket@americanmlg.com;chericourt@americanmlg.com

James William Brody

on behalf of Defendant LHM Financial Corporation jbrody@americanmlg.com
docket@americanmlg.com;chericourt@americanmlg.com

James William Brody, I

on behalf of Defendant North Atlantic Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Jersey Mortgage Company of New Jersey  Inc. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC Real Estate Inc jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Perl Mortgage  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Gateway Bank jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant First Credit Union jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Mortgage Plus Inc jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Unknown Commerce Home Mortgage  Inc. f/k/a Simonich Corp. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant First Home Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation
jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant The Mortgage House  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Unknown Perl Mortgage  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Green Light Advance Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Nova Financial & Investment Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Merrimack Mortgage Company  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Unknown North Atlantic Mortgage Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC MORTGAGE SERVICES jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC REAL ESTATE INC. jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant BWC Mortgage Services jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Union Mortgage Group  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant A.K.T. American Capital  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION jbrody@johnstonthomas.com
jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Neighbors Financial Corporation jbrody@johnstonthomas.com  jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Commerce Home Mortgage  Inc. f/k/a Simonich Corp. jbrody@johnstonthomas.com,
jschaap@johnstonthomas.com

James William Brody, I

on behalf of Defendant Gateway Bank  F.S.B jbrody@johnstonthomas.com, jschaap@johnstonthomas.com

Jamie C Krapf

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE
RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7
JKRAPF@MWC-LAW.COM

Jan B. Geller

on behalf of Creditor Oceanus Securities  LLC jbgesq@bway.net

Jane M. Freeberg

on behalf of Creditor Emad Morrar jsarma@reedsmith.com

Jane M. Freeberg

on behalf of Unknown Unknown Filer jsarma@reedsmith.com

Jane M. Freeberg

on behalf of Creditor Roger B Nagioff jsarma@reedsmith.com

Jane Rue Wittstein

on behalf of Defendant Trilantic Capital Partners III L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Fund III  L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Debtor Lehman Brothers Holdings Inc. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant PCCP Mezzanine Recovery Partners II  L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Partners II L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Trilantic Capital Partners IV L.P. jruewittstein@jonesday.com

Jane Rue Wittstein

on behalf of Defendant Lehman Brothers Real Estate Partners III  L.P. jruewittstein@jonesday.com

Jared D. Zajac

on behalf of Creditor Hospital for Special Surgery jzajac@proskauer.com  erodriguez@proskauer.com

Jared Riley Clark

on behalf of Unknown Highbridge International LLC jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Defendant Lower Murray Water jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Plaintiff Deutsche Bank AG jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Unknown Lower Murray Water jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jared Riley Clark

on behalf of Interested Party Deutsche Bank AG jclark@phillipsnizer.com  DOCKET@phillipsnizer.com

Jarman Russell

on behalf of Creditor Citibank  N.A. jrussell@mayerbrown.com, jmarsala@mayerbrown.com

Jason A Nagi

on behalf of Creditor Steven G. Holder Living Trust and other Clients listed on Schedule I jason.nagi@offitkurman.com
rona.cohen@offitkurman.com

Jason A Nagi

on behalf of Creditor Highland Capital Management  L.P. jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jason A Nagi

on behalf of Creditor EXCO Operating Company  LP and other Clients listed on Schedule I jason.nagi@offitkurman.com,
rona.cohen@offitkurman.com

Jason C. Davis

on behalf of Interested Party Jin Liu jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Jin Liu jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Lai Mei Chan jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Siu Lui Ching jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Chun IP jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Unknown SIU LING CHING jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Chun Ip jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Sing Heung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Siu Lui Ching jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Lai Mei Chan jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Sing Heung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Unknown KA KIN WONG jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Unknown Ka Kin Wong jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Plaintiff Yin Ying Leung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason C. Davis

on behalf of Interested Party Yin Ying Leung jdavis@rgrdlaw.com  ptiffith@rgrdlaw.com

Jason E. Manning

on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. FSLECFIntake@troutmansanders.com;megan.burns@troutman.com

Jay Heinrich

on behalf of Unknown Nomura Corporate Funding Americas  LLC jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown The Varde Fund X (Master) L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Gentrification Ventures  L.L.C. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Varde Investment Partners (Offshore) Master  L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Credit Suisse Securities (Europe) Limited jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown The Varde Fund IX-A  L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Transferee Credit Suisse Loan Funding LLC jheinrich@mkbllp.com

Jay Heinrich

on behalf of Transferee Varde Investment Partners  L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Stonehill Master Fund Ltd. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Nomura Securities International  Inc. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown The Varde Fund VI-A  L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Citigroup Global Markets Inc. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Unknown Stonehill Institutional Partners  L.P. jheinrich@mkbllp.com

Jay Heinrich

on behalf of Transferee UBS AG  Stamford Branch jheinrich@mkbllp.com

Jay Teitelbaum

on behalf of Creditor The United Company jteitelbaum@tblawllp.com  dcampagne@tblawllp.com

Jay G. Safer

on behalf of Plaintiff Carolina First Bank jsafer@lockelord.com

Jay G. Safer

on behalf of Plaintiff Southern Community Bank and Trust jsafer@lockelord.com

Jay G. Safer

on behalf of Plaintiff Southern Community Financial Corporation jsafer@lockelord.com

Jay M. Goffman

on behalf of Creditor H/2 Credit Partners Master Fund LTD Jay.Goffman@skadden.com
Wendy.LaManna@skadden.com;andrea.bates@skadden.com

Jay M. Goffman

on behalf of Transferee Fortress Investment Group  LLC Jay.Goffman@skadden.com,
Wendy.LaManna@skadden.com;andrea.bates@skadden.com

Jay S. Hellman

on behalf of Attorney SilvermanAcampora LLP jhellman@westermanllp.com

Jay S. Hellman

on behalf of Creditor Caisse Des Depots Et Consignations jhellman@westermanllp.com

Jay S. Hellman

on behalf of Plaintiff Ceradyne  Inc. jhellman@westermanllp.com

Jay W. Hurst

on behalf of Creditor Texas Comptroller of Public Accounts jayhurstlaw@gmail.com  sherri.simpson@oag.texas.gov

Jayant W Tambe

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Lehman Brothers Holdings Inc. jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Lehman Brothers Special Financing Inc. jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Woodlands Commercial Corporation f/k/a Woodlands Commerical Bank f/k/a Lehman Brothers Commerical
Bank jtambe@jonesday.com

Jayant W Tambe

on behalf of Defendant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation jtambe@jonesday.com

Jayant W Tambe

on behalf of Unknown Lehman Brothers Holdings Inc.  jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Woodlands Commercial Corporation jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Lehman Brothers OTC Derivatives Inc. jtambe@jonesday.com

Jayant W Tambe

on behalf of Defendant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207 jtambe@jonesday.com

Jayant W Tambe

on behalf of Plaintiff Lehman Brothers Holdings Inc.  jtambe@jonesday.com

Jayant W Tambe

on behalf of Defendant Credit Protection Trust 207 jtambe@jonesday.com

Jean-David Barnea

on behalf of Creditor INTERNAL REVENUE SERVICE jean-david.barnea@usdoj.gov

Jean-David Barnea

on behalf of Defendant United States Of America jean-david.barnea@usdoj.gov

Jeanne Morton

on behalf of Creditor America's Servicing Company bkmail@prommis.com

Jed Horwitt

on behalf of Creditor Children's Healthcare of Atlanta  Inc. JHorwitt@Zeislaw.com, kjoseph@zeislaw.com

Jed I. Bergman

on behalf of Plaintiff Turnberry/Centra Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Jeffrey Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Jacquelyn Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Defendant Jeffrey Soffer jbergman@kasowitz.com  courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Defendant Fontainebleau Resorts  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

Jed I. Bergman

on behalf of Plaintiff Jeffrey Soffer jbergman@kasowitz.com courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Jacquelyn Soffer jbergman@kasowitz.com courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Turnberry Retail Holding  L.P. jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Turnberry Retail Holding  L.P. jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman

on behalf of Counter-Defendant Turnberry/Centra Sub  LLC jbergman@kasowitz.com, courtnotices@kasowitz.com

Jeff J. Friedman

on behalf of Creditor Permal York  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown York Global Finance BDH  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party BANK OF AMERICA  N.A. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Merrill Lynch Japan Finance Co.  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Taconic Master Fund 1.5 LP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Morgan Stanley Senior Funding  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor SDU Limited jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Contrarian Funds  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Multi-Strategy Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Select Investors Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee TCA SPV I LLC jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown SC Lowy Primary Investments  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party CF Life Compagnia di Assicurazioni Vita S.p.A. jeff.friedman@kattenlaw.com
nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin International Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Interested Party Barclays Bank PLC jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Cantor Fitzgerald Europe jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Taconic Master Fund 1.5 L.P. jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin Worldwide Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee CWD OC 522 Master Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Scoggin Capital Management II LLC jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Candlewood Special Situations Master Fund Ltd. jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Clearbridge Advisors LLC jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Taconic Opportunity Master Fund LP jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Select Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor HFFI  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Flagler Master Fund SPC Ltd. - Class A Portfolio jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Taconic Opportunity Master Fund L.P. jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor RBC DOMINION SECURITIES INC. jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Transferee Candlewood Special Situations Master Fund  Ltd. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Merrill Lynch Credit Products  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Credit Opportunities Investments Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Bank Of America  N.A. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Plaintiff Board of Education of the City of Chicago jeff.friedman@kattenlaw.com nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Scoggin International Fund  Ltd jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Royal Bank Of Canada jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor York Asian Opportunities Investments Master Fund  L.P. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeffrey Chubak

on behalf of Transferee The Royal Bank of Scotland plc jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Creditor The Boston Company Asset Management  LLC jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Transferee Front Capital Ltd jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey A. Cooper

on behalf of Unknown Stephen H. Thomas jcooper@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey A. Rosenthal

on behalf of Creditor GS Investment Strategies  LLC acting as investment manager to Goldman Sachs Investment Partners Master Fund, L.P. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Core Bond Trust Full Discretion jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen International Balanced Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Incorporated jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Equity
Opportunities Fund, LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Multi-Sector Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Equity
Opportunities Fund Plc jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA High Income Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen High Income Fund jrosenthal@cgsh.com
maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor First Clearing  LLC (fka First Clearing Corporation) jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Banco de Mexico jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen International Bond Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Utilities and High Income Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market
Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Global Dividend Opportunity Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wachovia Bank  National Association jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Tattersall Advisory Group  acting as agent for various funds jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund jrosenthal@cgsh.com maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Long Duration Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Investment Management Company  LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wells Fargo Securities LLC jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Defendant Wells Fargo Bank National Association jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wachovia Bank  N.A. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Wells Fargo Securities  LLC jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Intermediate Bond Trust Full Discretion jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Investment Management Company jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Equity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Goldman Sachs Asset Management  L.P. acting as investment manager to Goldman Sachs Global Opportunities Fund, LLC. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select High Yield Bond Trust jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Sara Fany Gelbert jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio

jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Defendant Merrill Lynch International jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Select High Yield Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Wachovia Bank  N.A. jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Doral Bank jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund
jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Wachovia Securities International Limited jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor GS Investment Strategies  LLC acting as investment manager to Liberty Harbor Master Fund I, L.P.
jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Evergreen Investment Management Company  LLC, acting as agent for Evergreen Utilities & High
Income Fund jrosenthal@cgsh.com, maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Doral Financial Corporation jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund jrosenthal@cgsh.com
maofiling@cgsh.com

Jeffrey A. Rosenthal

on behalf of Creditor Evergreen Income Advantage Fund jrosenthal@cgsh.com  maofiling@cgsh.com

Jeffrey D. Prol

on behalf of Interested Party Fubon Insurance Co.  Ltd. jprol@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Fubon Securities Co.  Ltd. jprol@lowenstein.com

Jeffrey D. Prol

on behalf of Creditor Fubon Bank (Hong Kong) Limited jprol@lowenstein.com

Jeffrey D. Prol

on behalf of Interested Party Taipei Fubon Commercial Bank Co.  Ltd. jprol@lowenstein.com

Jeffrey E. Glen

on behalf of Unknown Elliott Management Corporation jglen@andersonkill.com

Jeffrey L. Sapir-13

on behalf of Trustee Jeffrey L. Sapir-13 info@sapirch13tr.com

Jeffrey L. Schwartz

on behalf of Creditor Commerzbank AG and Eurohypo AG
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz

on behalf of Creditor CommerzBank A.G.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz

on behalf of Creditor Commerzbank AG - Group Intensive Care
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@h
ahnhessen.com;dreinhart@hahnhessen.com

Jeffrey L. Schwartz

on behalf of Creditor Dresdner Bank A.G.

hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@hahnhessen.com;dreinhart@hahnhessen.com

Jeffrey M. Olinsky

on behalf of Interested Party Deutsche Bank AG  London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky

on behalf of Unknown Deutsche Bank AG  London jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky

on behalf of Creditor Deutsche Bank AG  London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky

on behalf of Unknown Deutsche Bank AG  London Branch jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey Morgan Carbino

on behalf of Defendant Baxter Financial Services Ltd. jcarbino@cohenseglias.com

Jeffrey N. Rich

on behalf of Unknown USAA High-Yield Opportunities Fund jrich@r3mlaw.com

Jeffrey N. Rich

on behalf of Creditor Structure Tone Inc. jrich@r3mlaw.com

Jeffrey R. Coleman

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
coleman@kantordavidoff.com, jeffreyRcoleman11@gmail.com

Jeffrey R. Coleman

on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
coleman@kantordavidoff.com, jeffreyRcoleman11@gmail.com

Jeffrey S. Margolin

on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Defendant James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown Levine Lee LLP jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Unknown Jeffrey Margolin jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors jeff.margolin@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Defendant James W. Giddens jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Bonn Steichen & Partners jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Schick & Associates LLC jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Hughes Hubbard & Reed LLP jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Interested Party Lehman Brothers Inc. jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Steinmetz  Haring, Gurman & Co. jeff.margolin@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Attorney Bancroft PLLC jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin

on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.

jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Liquidating Trustee Christopher K. Kiplok  Trust Administrator for the LBI Liquidating Trust
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Unknown James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Unknown Norton Rose LLP jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Attorney Chien Yeh Law Offices jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Unknown Steinmetz  Haring, Gurman & Co jeff.margolin@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Attorney City-Yuwa Partners jeff.margolin@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Attorney Norton Rose Fulbright LLP jeff.margolin@hugheshubbard.com
corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Margolin
    on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
jeff.margolin@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Jeffrey S. Posta
    on behalf of Defendant Pinnacle Associates  Ltd. jposta@stark-stark.com

Jeffrey S. Posta
    on behalf of Unknown Pinnacle Associates  Ltd. jposta@stark-stark.com

Jeffrey S. Sabin
    on behalf of Interested Party Putnam Investments  LLC and Affliates jssabin@venable.com

Jeffrey S. Sabin
    on behalf of Interested Party Harbinger Capital Partners Special Situations Fund L.P. jssabin@venable.com

Jeffrey S. Sabin
    on behalf of Interested Party Harbinger Capital Partners Master Fund I  Ltd. (f/k/a Harbert Distressed Investment Master Fund
Ltd.) jssabin@venable.com

Jeffrey T. Scott
    on behalf of Intervenor-Defendant Long Island International Limited scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
    on behalf of Interpleader-def. Barclays Bank PLC scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
    on behalf of Interested Party Barclays Bank PLC scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Scott
    on behalf of Interested Party Long Island International Limited scottj@sullcrom.com
s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

Jeffrey T. Wegner
    on behalf of Creditor The Morningside Ministries Foundation  Inc. jeffrey.wegner@kutakrock.com,
marybeth.brukner@kutakrock.com

Jeffrey T. Wegner
    on behalf of Creditor Nebraska Investment Finance Authority jeffrey.wegner@kutakrock.com  marybeth.brukner@kutakrock.com

Jeffrey W. Gettleman
    on behalf of Unknown Lehman Brothers Australia Limited jgettleman@kirkland.com

Jeffrey W. Levitan

Jeffrey W. Levitan
on behalf of Unknown Sixth Gear Funding and Sixth Gear Solutions Corp. jlevitan@proskauer.com jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Sixth Gear Funding Trust and Sixth Gear Solutions Corp. jlevitan@proskauer.com jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Markit Group Limited jlevitan@proskauer.com jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown New Meadowlands Stadium Company  LLC jlevitan@proskauer.com, jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation jlevitan@proskauer.com jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Levitan
on behalf of Unknown Markit Group Limited  Markit Valuations Limited, Swapswire Limited and Markit North America Inc. jlevitan@proskauer.com, jeffrey-levitan-4299@ecf.pacerpro.com

Jeffrey W. Toback
on behalf of Interested Party K & B Capital Corp. jefftoback@gmail.com

Jeffrey W. Toback
on behalf of Defendant K & B Capital Corp. jefftoback@gmail.com

Jenelle C Arnold
on behalf of Creditor Specialized Loan Servicing bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Jennifer Premisler
on behalf of Creditor Pacific Investment Management Company LLC Jen.Premisler@cliffordchance.com

Jennifer Premisler
on behalf of Unknown Andorra Banc Agricol Reig  S.A. Jen.Premisler@cliffordchance.com

Jennifer Premisler
on behalf of Interested Party KfW Jen.Premisler@cliffordchance.com

Jennifer A. Christian
on behalf of Creditor J. Robert Chambers jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Unknown Robert Chambers  P. Mathew Verghese and R. Kyle Kettler jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Barton Creek Senior Living Center  Inc. jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor P. Mathew Verghese jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Terry Foundation jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor Howard Terry jennifer.christian@tklaw.com

Jennifer A. Christian
on behalf of Creditor R. Kyle Kettler jennifer.christian@tklaw.com

Jennifer C. DeMarco
on behalf of Defendant Unipol Banca S.p.A. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Brigade Capital Management jennifer.demarco@cliffordchance.com sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party SRM Global Master Fund LP jennifer.demarco@cliffordchance.com sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Creditor Dexia Credit Local S. A. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Interested Party Lehman Brothers Bankhaus AG I Ins. jennifer.demarco@cliffordchance.com sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
on behalf of Unknown Pacific Investment Management Company  LLC. jennifer.demarco@cliffordchance.com, sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Calyon Securities (USA) Inc. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Pollyson International Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Wincent Investment Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Creditor Barclays Global Investors National Association jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown FATAI INVESTMENT LIMITED jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Pacific Investment Management Company LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party ING AM Interfinance Services B.V. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party ING Proprietary Alpha Fund LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Dexia Kommunalbank Deutschland AG jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Defendant UnipolSai Assicurazioni S.p.A. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Zama International Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party KfW jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party KFW Bankengruppe jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party TriOptima AB jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown BlackRock Institutional Trust Company  N.A. jennifer.demarco@cliffordchance.com,
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Andorra Banc Agricol Reig  S.A. jennifer.demarco@cliffordchance.com,
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Gazprombank Mortgage Funding 2 S.A. jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party The ING Proprietary Alpha Fund LLC jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Astrea LLC jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Unknown Stichting The IAMEX Value Foundation jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Dexia Banque Belgique SA jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

Jennifer C. DeMarco

on behalf of Interested Party Fatai Investment Limited jennifer.demarco@cliffordchance.com
sarah.campbell@cliffordchance.com

District/off: 0208-1                          User: admin                                    Page 115 of 260
Date Rcvd: Oct 18, 2022                       Form ID: tranapl                                Total Noticed: 1

Jennifer C. DeMarco
                          on behalf of Interested Party ING Belgium S.A./N.V. jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Creditor Calyon jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party M&G Investment Management Limited jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party CNP Assurances and Anthracite Investments (Ireland) PLC jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Creditor Swiss Re Financial Products Corporation jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party PIMCO Real Return Fund (M) jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party TriOptima UK Limited jennifer.demarco@cliffordchance.com  sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party Halewood Company Limited jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party Clifford Chance US LLP jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party Dexia Banque Internationale a Luxembourg SA jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party Banif-Banco de Investimento  S.A. jennifer.demarco@cliffordchance.com,
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Creditor Pacific Investment Management Company LLC jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party ING USA Annuity and Life Insurance Company jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer C. DeMarco
                          on behalf of Interested Party Allianz Global Investors Kapitalanlagegesellschaft MbH jennifer.demarco@cliffordchance.com
                          sarah.campbell@cliffordchance.com

Jennifer L. Rodburg
                          on behalf of Creditor Integrated Core Strategies (Europe) S.a.r.l. jennifer.rodburg@friedfrank.com
                          managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
                          on behalf of Creditor BREF ONE  LLC jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jennifer M. Jackson
                          on behalf of Counter-Defendant Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer M. Jackson
                          on behalf of Plaintiff Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer M. Jackson
                          on behalf of Unknown Michigan State Housing Development Authority jacksonj5@michigan.gov

Jennifer Marie Rosa
                          on behalf of Interested Party CALIBER HOME LOANS  INC. jrosa@mayerbrown.com

Jennifer V. Doran
                          on behalf of Creditor Wilmington Trust Company  as Indenture Trustee jdoran@haslaw.com,
                          calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran
                          on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
                          jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran
                          on behalf of Unknown Citibank  N.A., In Its Capacity As Trustee jdoran@haslaw.com,
                          calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran
on behalf of Creditor Wilmington Trust jdoran@haslaw.com  calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jennifer V. Doran
on behalf of Creditor Citibank  N.A. Agency & Trust jdoran@haslaw.com,
calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Jeremiah Iadevaia
on behalf of Plaintiff Olivia Bam jiadevaia@vladeck.com

Jeremy B Reckmeyer
on behalf of Transferee Credit Suisse Loan Funding LLC jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown EPCO Holdings jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown CCP Credit Acquisition Holdings Luxco  SARL jeremyreckmeyer@andrewskurth.com

Jeremy B Reckmeyer
on behalf of Unknown David Andrews jeremyreckmeyer@andrewskurth.com

Jeremy D. Eiden
on behalf of Creditor Minnesota State Board of Investment jeremy.eiden@ag.state.mn.us  jeremy.eiden@gmail.com

Jerrold Lyle Bregman
on behalf of Debtor Lehman Brothers Holdings Inc. sgubner@bg.law  jbregman@ebg-law.com

Jesse T. Smallwood
on behalf of Defendant Home Loan Center  Inc. jsmallwood@wc.com, kthomason@wc.com

Jessica Fainman
on behalf of Unknown Anchorage Capital Group  L.L.C. jessica.fainman@barclayscapital.com

Jessica Fainman
on behalf of Interested Party Barclays Bank PLC jessica.fainman@barclayscapital.com

Jessica Deborah Mikhailevich
on behalf of Creditor Marquette Financial Companies jessica.mikhailevich@troutman.com

Jessica G. Berman
on behalf of Creditor Public Service Electric and Gas Company jberman@msek.com

Jil Mazer-Marino
on behalf of Creditor Automated Securities Clearance LLC jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Availability Services LP jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Business Integration Ltd. jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Advanced Portfolio Technologies  Inc. jmazermarino@cullenanddykman.com,
cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Asset Management Systems LLC jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Investment Systems  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor Assent LLC a/k/a SunGard Assent jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown Constellation Place  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown Automated Securities Clearance LLC  successor in interest to Automated Securiteis Clearance Ltd. d/b/a
SunGard Trading Systems jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Securities Finance LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Creditor SunGard Assent LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino
on behalf of Unknown SunGard Expert Solutions LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Data Systems Inc. jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Availability Services LP jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Data Reference Solutions LLC jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor MicroHedge LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Wall Street Concepts LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Trizec Westwood Center  LLC jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc.
jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Asset Management Systems jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Developers Research  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Kiodex jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Institutional Brokerage  Inc. jmazermarino@cullenanddykman.com,
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown Duke Energy Ohio  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Institutional Brokerages  Inc. jmazermarino@cullenanddykman.com,
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Reference Data Solutions Inc. jmazermarino@cullenanddykman.com
cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Monis Software jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor Assent LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Creditor SunGard Kiodex  Inc. jmazermarino@cullenanddykman.com, cmohan@cullenanddykman.com

Jil Mazer-Marino

on behalf of Unknown SunGard Securities Finance LLC jmazermarino@cullenanddykman.com  cmohan@cullenanddykman.com

Jill L. Makower

on behalf of Creditor Metropolitan Bank & Trust Company jmakower@tarterkrinsky.com
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Joanne K. Lipson

on behalf of Creditor The Central Puget Sound Regional Transit Authority jlipson@crockerlaw.com  ttracy@crockerlaw.com

Joaquin M. C De Baca

on behalf of Unknown Capital Partners Securities Co.  Ltd. jcdebaca@mayerbrown.com, jmarsala@mayerbrown.com

Joaquin M. C De Baca

on behalf of Unknown Plaza Home Mortgage Inc. jcdebaca@mayerbrown.com  jmarsala@mayerbrown.com

Jody Michelle Oster

on behalf of Creditor The Huntington National Bank ECF.Oster@huntington.com

Joel H. Levitin

on behalf of Defendant Greenpoint Mortgage Funding  Inc. JLevitin@cahill.com,
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin

on behalf of Creditor HYPO Investmentbank AG JLevitin@cahill.com
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin
  on behalf of Defendant GreenPoint Mortgage Funding  Inc. JLevitin@cahill.com,
  MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel L Incorvaia
  on behalf of Defendant Guild Mortgage Company joel@incorlaw.com  Lesley@incorlaw.com

Joel L Incorvaia
  on behalf of Interested Party Guild Mortgage Company joel@incorlaw.com  Lesley@incorlaw.com

John Kibler
  on behalf of Creditor The Hongkong and Shanghai Banking Corporation john.kibler@allenovery.com

John Kibler
  on behalf of Creditor Banca Popolare di Milano S.c.a.r.l. john.kibler@allenovery.com

John Kibler
  on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch
  john.kibler@allenovery.com

John Kibler
  on behalf of Creditor China Development Bank Corporation john.kibler@allenovery.com

John Kibler
  on behalf of Creditor HSH Nordbank AG john.kibler@allenovery.com

John Kibler
  on behalf of Creditor KBC Bank NV john.kibler@allenovery.com

John Kibler
  on behalf of Unknown HSBC Private Bank (Suisse) SA  Singapore Branch john.kibler@allenovery.com

John Kibler
  on behalf of Creditor Stark Master Fund Ltd. john.kibler@allenovery.com

John Kibler
  on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited john.kibler@allenovery.com

John Kibler
  on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited john.kibler@allenovery.com

John Kibler
  on behalf of Unknown HSBC Private Bank (Suisse) SA  Hong Kong Branch john.kibler@allenovery.com

John Leininger
  on behalf of Defendant Seattle Bank F/K/A Seattle Savings Bank jcl@os.law

John Leininger
  on behalf of Defendant Gateway Mortgage Group  LLC jcl@os.law

John Polich
  on behalf of Creditor County of Ventura john.polich@ventura.org

John Scott
  on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund jlscott@reedsmith.com

John D Giampolo
  on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
  jgiampolo@rosenbergestis.com

John D Giampolo
  on behalf of Plaintiff Lehman Brothers Special Financing Inc. jgiampolo@rosenbergestis.com

John D Giampolo
  on behalf of Debtor Lehman Brothers Holdings Inc. jgiampolo@rosenbergestis.com

John D Giampolo
  on behalf of Plaintiff Lehman Brothers Holdings Inc. jgiampolo@rosenbergestis.com

John D Giampolo
  on behalf of Unknown Wollmuth Maher & Deutsch LLP jgiampolo@rosenbergestis.com

John D Giampolo
  on behalf of Creditor Sistema Universitario Ana G. Mendez  Incorporado jgiampolo@rosenbergestis.com

John D. Penn
  on behalf of Defendant Julie Pontin jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
  on behalf of Defendant J. Christine Amini jpenn@perkinscoie.com
  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

John D. Penn

on behalf of Defendant Steve Mew jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Neil Ross jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Sarah Mickschl jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Daniel Hock jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant The Sohrab Amini Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant James Vidakovish Revocable Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Gary Gray jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant David Ice jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Joseph S. Davis jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Chadwick Micksch jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Thisha McBride jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Charlie Lawson jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Kristin F. Davis jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Vaughan Counts jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Stephanie Mosher jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Tina Rochowiak jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Craig Willis jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Toni Hock jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Brian Alonge jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Kori Mew jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Sarahliz Lawson jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Michael Cryan jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant Lisa Ice jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn

on behalf of Defendant The Koreich 1981 Trust jpenn@perkinscoie.com
docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
                    on behalf of Defendant Richard Moore jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
                    on behalf of Defendant Andre Pontin jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
                    on behalf of Defendant Patrick M. Nesbitt jpenn@perkinscoie.com
                    docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John D. Penn
                    on behalf of Defendant Pamela Willis jpenn@perkinscoie.com  docketdal@perkinscoie.com,john--penn-1853@ecf.pacerpro.com

John Douglas Beck
                    on behalf of Creditor Quintessence Fund L.P. john.beck@hoganlovells.com
                    tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
                    on behalf of Creditor QVT Fund LP john.beck@hoganlovells.com
                    tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
                    on behalf of Creditor Piney Branch Park Inc. john.beck@hoganlovells.com
                    tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John Douglas Beck
                    on behalf of Creditor QVT Financial LP john.beck@hoganlovells.com
                    tracy.southwell@hoganlovells.com;john-beck-8795@ecf.pacerpro.com

John E. Jureller, Jr.
                    on behalf of Creditor Sarah Jane Price jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown CIS Sophia jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Starglow Ventures Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Taylor Clark PLC jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Ibrahim Abdulkarim jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Avon Rubber Pension Trust Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Credit Suisse jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Golden Moon Capital Corporation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Shareholders of Novastar Financial  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor JC Bamford Lifeplan jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Alchima Finance Holdings SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Plaintiff European Credit (Luxembourg) S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Transferee Credit Suisse (Schweiz) AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Interpulp Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Trustees of the DR CL James Childrens Settlement jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Kenilworth Holdings Enterprises Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Gitesh Parmar jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Bonville Investments Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Rupert Evans jjureller@klestadt.com jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Coudert Brothers LLP jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Credit Suisse (Luxembourg) SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown OneWest Bank  FSB jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Stephen D Bullock jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Lucy Roy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the MDS
                    1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Joe and/or Renee Debbane jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Gefico SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Christian Roy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Klestadt & Winters  LLP jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Siham Catafago jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Kenray International Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Plaintiff Term Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Oliver Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Guiseppe Ciardi jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor MPH Investments Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Credit Suisse jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Cahokia Corporation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Pinnacle Trustees Limited as Trustees of DES Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Plaintiff Leveraged Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Carolyn Windebank jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Martin Oates jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Ernie Donne jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Creditor Tayleigh Trust Company Limited as Trustee of a Settlement Dated 26 November 2001 and known as the
                    Reserve Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Andrea Tolchinsky jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
                    on behalf of Unknown Pierre Opman jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Fondation Syrinx jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Hola SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Westcott Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Rothschild Trust Guernsey  Trustee of the Wyness Settlement (GLG) jjureller@klestadt.com,
jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Mapleton Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Bambridge Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor GM Self-Invested Personal Pension Plan (Acct 0200) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Varian Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown H A Productions jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Ronald Westdorp jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Copperhill Investment Company Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Geoffrey Davies jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Plaintiff Massachusetts Water Resources Authority jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Simon M Powell jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Defendant Metropolitan West Asset Management  LLC jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Derek Taylor jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Dean Brown jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Lumatec SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Interested Party Symantec Corp. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown DMC (HD) Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Credit Suisse (MONACO) SAM jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Securities & Patrimony Active Management Holding SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Plaintiff European Credit Management Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Mark Cliffe jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Mark Kontkowski jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown European Credit (Luxembourg) S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Elena Foster jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Wimpole Street Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Neue Aargauer Bank AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Pinnacle Trustees Ltd  Trustees of the Vida Amini Trust jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Christian Van-Hoorn jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown R&H Trust Co (Guernsey) Limited as Trustees of the Elizabeth Stevens 1987 Cayman Declaration
jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Saffery Champness Trust Corporation M3521 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Jonathan Green jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Fisher Investments jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Teresa E Sackler jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Saskia Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Laura Wolfson Townsley jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor GLG Credit Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Paramount Trust Company Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Ginola Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Praxis Trustees Limited as Trustee of Ivan Beswick 2003 Life Suites 13 & 15 jjureller@klestadt.com
jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Leveraged Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Credit Suisse AG jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GLG No. 50 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Blue Bridge Holdings Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GM Self Invested Personal Scheme (Acct 0152) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Trefinance SA jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Elena Foster jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Canyon Value Realization MAC 18 Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor The Faraway Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor S D Bullock Trust Number 5 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Tsing Tsung & Wei Fong Chao Global Foundation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor GLG No. 2201- Cherry Tree Lodge jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Massachusetts Water Resources Authority jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Credit Suisse AG  Zurich/Switzerland jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Martin McCallum Sub Account A jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Spur Lodge Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Sipi Finance SA (Liq.) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Southdene Investments Ltd jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the MTS
1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Ingelsa Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown CIS Canada jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Hyperion (HD) Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Gantes Securities Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 March 1992 and known as the SDS
1992 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Transferee Credit Suisse AG  Singapore Branch jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Defendant Metropolitan West Total Return Bond Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Interested Party Overstock.com  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Mark Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Metropolitan West Asset Management  LLC jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Patrick Solvay jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown Luca Lapenna jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Irene Charlotte Harrington jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Medmenham Establishment jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor F.E. & M.E. Fischer jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Judy Britten jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor The Autodata Ltd. 2005 Employee Benefit Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown N. Gottesman jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Creditor Martin McCallum jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

on behalf of Unknown GLG No. 55 jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.

John E. Jureller, Jr.
   on behalf of Unknown Cahill Enterprises Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Defendant Metropolitan West Low Duration Bond Fund jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Ben Gill jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown European Credit Management Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Rodarbal Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Pileka Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Anthony Reeves jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown CFM Portfolio Corp. (Liq.) jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor George Barakat jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown G. Rossdale jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown Sam Desimpel jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Jean-Pierre Valluy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Timothy David Llewellyn jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown JM Van Tilburg jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Murena Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Charles Abou Adal jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Marie-Laure Rondeau jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Dominion Pension Plan Trustees (Jersey) Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown Relative European Value  S.A. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Nicolas Karamaoun jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Iain Anderson jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Transferee Credit Suisse Sucursal en Espana jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Tanamera S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor GML Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Creditor Annscroft Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown Credit Suisse AG  Hong Kong Branch jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown Seven Star Global Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
   on behalf of Unknown R&H Trust Co. (Guernsey) Ltd. as Trustees of the Elizabeth Stevens Trust of 1976 jjureller@klestadt.com
   jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Stitching Bewaarder BFK Fonds jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown Marclaus Corp. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Summit Hill International Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown Term Loans Europe plc jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Laurence McPherson-Young jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown Koral Bay Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Ixworth Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Plaintiff Relative European Value S.A. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor OMX Timber Finance Investments II  L.L.C. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Diamond Valley Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Chelsea Trust Company Limited as Trustee of a Settlement Dated 26 February 1988 and known as the TES
　　　　　1988 Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Ursemea Foundation jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Junius Holdings Inc. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Overstock.com  Inc. jjureller@klestadt.com, jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Cameron Mackintosh jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown Constantia Investments Ltd. jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown Adel Sater jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Outlook Investments Limited jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Unknown CIS Happy jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Trustees of the Lady Bamford Pension Trust jjureller@klestadt.com  jjureller@klestadt.com

John E. Jureller, Jr.
　　　　　on behalf of Creditor Retirement Housing Foundation jjureller@klestadt.com  jjureller@klestadt.com

John F. Carberry
　　　　　on behalf of Creditor 8 Sound Shore Associates LLC jcarberry@cl-law.com

John G. McCarthy
　　　　　on behalf of Unknown Heron Quays (HQ2) T2 Limited mccarthyj@sullcrom.com
　　　　　john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John G. McCarthy
　　　　　on behalf of Unknown Canary Wharf Management Ltd. mccarthyj@sullcrom.com
　　　　　john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John G. McCarthy
　　　　　on behalf of Unknown Heron Quays (HQ2) T1 Limited mccarthyj@sullcrom.com
　　　　　john-mccarthy-3997@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

John H. Maddock, III
　　　　　on behalf of Creditor CSX Transportation  Inc. jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

John H. Snyder

on behalf of Creditor Russell Schreiber john@jhsnyderlaw.com

John H. Snyder

on behalf of Creditor Andrew Weber john@jhsnyderlaw.com

John H. Thompson

on behalf of Unknown Banc of America Credit Products  Inc. john.thompson@akerman.com

John H. Thompson

on behalf of Transferee RBC CAPITAL MARKETS LLC john.thompson@akerman.com

John H. Thompson

on behalf of Transferee Tavira Securities Limited john.thompson@akerman.com

John J. Buckley, Jr.

on behalf of Defendant Intel Corp. jbuckley@wc.com

John J. Jolley, Jr.

on behalf of Creditor City and County of Denver  Department of Revenue jay.jolley@fcsamerica.com

John J. Jolley, Jr.

on behalf of Creditor Financial Security Assurance Inc. jay.jolley@fcsamerica.com

John J. Monaghan

on behalf of Creditor Air Canada Inc. bos-bankruptcy@hklaw.com  hapi@hklaw.com

John J. Rapisardi

on behalf of Creditor Citigroup Inc. and all of its affiliates  including Citibank, N.A. jrapisardi@omm.com,
john-rapisardi-0496@ecf.pacerpro.com

John J. Rapisardi

on behalf of Other Prof. Whippoorwill Associates  Inc. jrapisardi@omm.com, john-rapisardi-0496@ecf.pacerpro.com

John K. Crossman

on behalf of Defendant Webster Bank N.A. jcrossman@zukermangore.com

John M Steiner

on behalf of Defendant Presbyterian SeniorCare jsteiner@leechtishman.com  bankruptcy@leechtishman.com

John M Steiner

on behalf of Defendant Longwood at Oakmont  Inc. jsteiner@leechtishman.com, bankruptcy@leechtishman.com

John M Steiner

on behalf of Creditor Presbyterian SeniorCare jsteiner@leechtishman.com  bankruptcy@leechtishman.com

John M. Brennan, Jr

on behalf of Defendant The Crossfire Financial Network Inc. jack.brennan@gray-robinson.com

John M. Callagy

on behalf of Defendant JPMORGAN CHASE BANK  N.A. jcallagy@kelleydrye.com

John M. Callagy

on behalf of Unknown JPMORGAN CHASE BANK  N.A. jcallagy@kelleydrye.com

John P. Dillman

on behalf of Creditor Dallas County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor McLennan County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Gleason

on behalf of Creditor Chauny S A jgleason@gleasonkoatz.com

John P. Melko

on behalf of Creditor Pyrrhuloxia  LP jmelko@foley.com, mriordan@foley.com;ggattis@foley.com;rdiep@foley.com

John R. Ashmead

on behalf of Creditor Mariner LDC ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Global Thematic Opportunities Fund LP  Panton Master Fund, L.P.,CFIP Master Fund, Ltd., Cura
Fixed Income Arbitrage Master Fund, Ltd., Turnberrry Leveraged Credit Master Fund, L.P., Investcorp Interla
ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party PB Capital Corporation ashmead@sewkis.com

John R. Ashmead

on behalf of Unknown Seward & Kissel LLP ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Capital Partners LP ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Brigade Leveraged Capital Structures Fund  Ltd. ashmead@sewkis.com

John R. Ashmead

on behalf of Attorney Seward & Kissel LLP ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Traxis Fund LP ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Brigade Capital Management  LLC ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Alpha Long Credit Fund  L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Goldman Sachs Lending Partners  LLC ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Traxis Emerging Market Opportunities Fund LP ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Global Thematic Opportunities Fund  LP CFIP Master Fund, Ltd., Turnberry Leveraged Credit
Master Fund, L.P., and Tang Capital Partners, L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Certain Prime Brokerage Customers ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Global Thematic Opportunities Fund LP  Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed
Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Breen Investors International Fund L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Goldman  Sachs & Co. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Turnberry Leveraged Credit Master Fund  L.P. ashmead@sewkis.com

John R. Ashmead

on behalf of Interested Party Global Thematic Opportunities Fund LP  Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura
Fixed Income Arbitrage Master Fund, Ltd., Turnberry Leveraged Credit Master Fund, L.P., Investcorp Interla
ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Select Credit Master Fund  Ltd. ashmead@sewkis.com

John R. Ashmead

on behalf of Creditor Caspian Corporate Loan Fund LLC ashmead@sewkis.com

John Richard Hein

on behalf of Defendant Shenandoah Life Insurance Company jhein@hunton.com
backerly@hunton.com;bmulder@hunton.com;rgalbraith@hunton.com

John Richard Hein

on behalf of Unknown Shenandoah Life Insurance Company jhein@hunton.com
backerly@hunton.com;bmulder@hunton.com;rgalbraith@hunton.com

John S. Mairo

on behalf of Unknown Luxor Capital Partners Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Spectrum Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown Luxor Wavefront LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Luxor Wavefront LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Unknown OC 19 Master Fund LP - LCG jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Creditor Aliant Bank jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Plaintiff Aliant Bank jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Unknown Luxor Spectrum Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Unknown Luxor Capital Partners LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Creditor Luxor Capital Partners Offshore Master Fund LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Creditor Luxor Capital Partners LP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
on behalf of Creditor OC 19 Master Fund LP - LCG jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jon T. Pearson
on behalf of Defendant First Northern Bank and Trust Company pearsonj@ballardspahr.com

Jon T. Pearson
on behalf of Defendant Utah Housing Corporation pearsonj@ballardspahr.com

Jonathan Chi-Shoong Cho
on behalf of Unknown HSBC Securities (Japan) Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch
jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor The Stock Exchange of Hong Kong Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor Banca Agricola Commerciale della Repubblica di San Marino S.p.A jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor China Minsheng Banking Corp.  Ltd. jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Unknown Banca Carige S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Bancaperta SpA jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Cassa di Risparmio di Alessandria S.P.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee BNP Paribas Securities Corp. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Credito Valtellinese S.C. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Interested Party China Development Industrial Bank jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Cassa Lombarda S.p.A jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho

Jonathan Chi-Shoong Cho
on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor UniCredit Luxembourg S.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Banca Popolare Pugliese S.c.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor Corbiere Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Unknown BANCA MONTE DEI PASCHI DI SIENA S.P.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee BNP Paribas Hong Kong Branch jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor Knowle Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor IAB Limited jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee MPS Capital Services Banca per le Imprese S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Banca Agricola Commerciale della Repubblica di San Marino SpA jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Cassa Lombarda S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor Banca Nazionale del Lavoro S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor Bank of China jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Defendant HSBC Bank USA  National Association jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Unicredit Bank Czech Republic  a.s. jonathan.cho@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Credit Agricole Cariparma S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor Hong Kong Securities Clearing Company Ltd. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferor Credito Valtellinese S.C. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Cassa di Risparmio di Parma e Piacenza S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Transferee Banca di San Marino S.p.A. jonathan.cho@allenovery.com
kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
on behalf of Creditor HSBC Bank PLC jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

District/off: 0208-1                       User: admin                              Page 131 of 260
Date Rcvd: Oct 18, 2022                    Form ID: tranapl                         Total Noticed: 1

Jonathan Chi-Shoong Cho
    on behalf of Creditor Swiss Re Financial Products Corporation jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Unknown The Hongkong and Shanghai Banking Corporation Limited jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Unknown Pacific international Finance Limited jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Transferee Banca Carige S.p.A. jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Transferor The Hongkong and Shanghai Banking Corpoation Limited  Singapore Branch jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Defendant HSBC France jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Defendant HSBC Bank PLC jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Creditor The Hongkong and Shanghai Banking Corporation Limited  Singapore Branch jonathan.cho@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Transferee Banca Popolare Friuladria S.p.A. jonathan.cho@allenovery.com kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Chi-Shoong Cho
    on behalf of Transferor Bene Banca Credito Cooperativo di Bene Vagienna Societa Cooperativa in a.s. jonathan.cho@allenovery.com  kurt.vellek@allenovery.com;courtnotices@allenovery.com

Jonathan Hook
    on behalf of Transferee Hayman Capital Master Fund  L.P. jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook
    on behalf of Creditor Parties Listed on Exhibit "A" jonathan.hook@haynesboone.com lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook
    on behalf of Interested Party GSS Master SPC - Hayman Segregated Portfolio jonathan.hook@haynesboone.com lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook
    on behalf of Interested Party Lamp Hayman Capital Fund jonathan.hook@haynesboone.com lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Hook
    on behalf of Interested Party Hayman Capital Master Fund  L.P. jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com

Jonathan Jenkins
    on behalf of Defendant Sierra Pacific Mortgage Company  Inc. jjenkins@jklitigators.com, ean@jklitigators.com

Jonathan Jenkins
    on behalf of Defendant SIERRA PACIFIC MORTGAGE COMPANY  INC. jjenkins@jklitigators.com, ean@jklitigators.com

Jonathan Levine
    on behalf of Unknown EPCO Holdings jlevine@mwe.com  jonathan.levine@arnoldporter.com

Jonathan Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan Sherman
    on behalf of Creditor Sankaty Special Situations I  L.P. jsherman@bsfllp.com

Jonathan Sherman
    on behalf of Creditor Sankaty Credit Opportunities III  L.P. jsherman@bsfllp.com

Jonathan Sherman
    on behalf of Unknown Sankaty Credit Opportunities I L.P., jsherman@bsfllp.com

Jonathan Warner
    on behalf of Unknown Maximilian Coreth jwarner@warnerlawyers.com

jwarner@warnerlawyers.com;atty_jonathan@bluestylus.com;G28706@notify.cincompass.com;alice@warnerlawyers.com;atty_warner@trustesolutions.com

Jonathan Zinman

on behalf of Creditor SOLA LTD jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor Solus Opportunities Fund 2 LP jzinman@soluslp.com

Jonathan Zinman

on behalf of Unknown Solus Recovery Fund III Master LP jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor Solus Opportunities Fund 3 LP jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor Solus Alternative Asset Management LP  on behalf of certain funds that it advises jzinman@soluslp.com

Jonathan Zinman

on behalf of Creditor Solus Opportunities Fund 1 LP jzinman@soluslp.com

Jonathan Adam Grasso

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jon@piercemccoy.com

Jonathan D. Schiller

on behalf of Defendant Barclays Capital Inc. jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Interested Party Barclays Capital  Inc. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Interested Party Barclays Bank PLC jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Creditor Sankaty Special Situations I  L.P. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Defendant Barclays Capital  Inc. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Unknown Sankaty Credit Opportunities I L.P., jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller

on behalf of Creditor Sankaty Credit Opportunities III  L.P. jschiller@bsfllp.com, jonathan-schiller-4417@ecf.pacerpro.com

Jonathan David Warner

on behalf of Plaintiff Maximilian Coreth jdwarner@warnerandscheuerman.com
jwarner@warnerlawyers.com;atty_jonathan@bluestylus.com;G28706@notify.cincompass.com;alice@warnerlawyers.com;atty_warner@trustesolutions.com

Jonathan Eric Minsker

on behalf of Defendant Lloyds TSB Bank plc jminsker@minskerlaw.com  courtnotices@kasowitz.com

Jonathan I. Rabinowitz

on behalf of Interested Party Somerset Properties SPE  LLC jrabinowitz@rltlawfirm.com

Jonathan I. Rabinowitz

on behalf of Creditor Somerset Associates  LLC jrabinowitz@rltlawfirm.com

Jonathan Mark Agudelo,

on behalf of Transferee Paulson Credit Opportunities Master Ltd. jonathan.agudelo@ropesgray.com

Jonathan Mark Agudelo,

on behalf of Transferee PP Oppoortunities  LTD jonathan.agudelo@ropesgray.com

Jonathan S. Henes

on behalf of Unknown Lehman Brothers Holdings Inc.  jhenes@kirkland.com,
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan S. Henes

on behalf of Debtor Lehman Brothers Holdings Inc. jhenes@kirkland.com
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan S. Henes

on behalf of Unknown Dow Corning Corporation jhenes@kirkland.com
laura.saal@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jonathan W Muenz

on behalf of Defendant PCA Life Assurance Co. Ltd. jmuenz@sidley.com
nyefiling@sidley.com;jon-muenz-5901@ecf.pacerpro.com;emcdonnell@sidley.com

Joon P. Hong

on behalf of Unknown CVIC Lux Master joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Partners  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Goldman Sachs Lending Partners  LLC joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Halcyon Loan Trading Fund LLC joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Fifth Street Station LLC joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Morgan Stanley Senior Funding  Inc. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Morgan Stanley & Co. International plc joonhong@chapman.com

Joon P. Hong

on behalf of Unknown HLF LP joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Serengeti Opportunities Partners LP joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Institutional Partners  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Offshore Investors II  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Other Prof. Richards Kibbe & Orbe LLP joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Institutional Partners III  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Serengeti Opportunities MM L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Goldman  Sachs & Co. joonhong@chapman.com

Joon P. Hong

on behalf of Transferee Serengeti Rapax MM L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown HCN LP joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Farallon Capital Institutional Patners II  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Institutional Investors II  Inc. joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital (AM) Investors L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown BKM Holdings (Cayman) Ltd. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown HLTS Fund II LP joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Farallon Capital Institutional Partners II  L.P. joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Rapax OC Master Fund  Ltd. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Goldman Sachs Lending Partners LLC joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Goldman Sachs International joonhong@chapman.com

Joon P. Hong

on behalf of Creditor Noonday Offshore  Inc. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown CVF Lux Master S.a.r.l. joonhong@chapman.com

Joon P. Hong

on behalf of Unknown Burlington Loan Management Limited joonhong@chapman.com

Joon P. Hong
on behalf of Transferee BKM Holdings (Cayman) Ltd. joonhong@chapman.com

Jordan Kaye
on behalf of Defendant Lehman Brothers Holdings Inc. jkaye@kramerlevin.com

Jordan S. Blask
on behalf of Creditor Kimberly A. Reed jblask@fbtlaw.com  agilbert@tuckerlaw.com

Jordanna L. Nadritch
on behalf of Creditor Christiane Schuster jnadritch@olshanlaw.com  ssallie@olshanlaw.com

Jorian L. Rose
on behalf of Unknown Banco Finantia International Limited jrose@bakerlaw.com

Jose Constantino Campos
on behalf of Unknown North Atlantic Mortgage Corporation jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Constantino Campos
on behalf of Defendant North Atlantic Mortgage Corporation jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Constantino Campos
on behalf of Plaintiff Lehman Brothers Holdings Inc. jc@jccamposlaw.com  sbennett@jccamposlaw.com

Jose Raul Alcantar Villagran
on behalf of Creditor Sankaty Special Situations I  L.P. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
on behalf of Creditor Junta Administradora de Credican  C.A. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
on behalf of Creditor Sankaty Credit Opportunities III  L.P. raulalcantar@gmail.com

Jose Raul Alcantar Villagran
on behalf of Unknown Massachusetts Housing Finance Agency raulalcantar@gmail.com

Joseph Corrigan
on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph Froehlich
on behalf of Counter-Claimant Wells Fargo Bank  N.A., Trustee jfroehlich@lockelord.com

Joseph Graham
on behalf of Unknown RSM Restructuring Advisory LLP joe-graham-0102@ecf.pacerpro.com

Joseph A. Roselius
on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage joseph.roselius@dlapiper.com
docketingchicago@dlapiper.com

Joseph B. Koczko
on behalf of Unknown Ohio Housing Finance Agency joseph.koczko@thompsonhine.com

Joseph Cono Savino
on behalf of Creditor Inverell Shire Council savino@larypc.com  fox@larypc.com;gardella@larypc.com

Joseph Daniel Filloy
on behalf of Interested Party Blue Cross and Blue Shield of Michigan jfilloy@reedsmith.com

Joseph Francis Pacelli
on behalf of Plaintiff Lehman Brothers Holdings Inc. jpacelli@wmd-law.com

Joseph G. Davis
on behalf of Debtor Lehman Brothers Holdings Inc. jdavis@willkie.com  maodc1@willkie.com

Joseph G. Minias
on behalf of Creditor Solus Core Opportunities Master Fund Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
on behalf of Creditor Solus Core Opportunities Master Fund Ltd maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
on behalf of Creditor Solus Recovery Fund II Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
on behalf of Creditor Solus Core Opportunities LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
on behalf of Unknown Solus Recovery Fund III Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias
on behalf of Creditor Solus Opportunities Fund 3 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor SOLA LTD maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Opportunities Fund 2 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Ultra Master Ltd maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery LH Fund LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund Offshore Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Opportunities Fund 1 LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Ultra Master Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Solus Recovery Fund III Master LP maosbny@willkie.com  jminias@willkie.com

Joseph G. Minias

on behalf of Creditor Sola Ltd. maosbny@willkie.com  jminias@willkie.com

Joseph M. Gitto

on behalf of Unknown Merrill Lynch Credit Products  LLC jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Creditor Intuition Publishing  Inc. jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS jgitto@nixonpeabody.com

Joseph M. Gitto

on behalf of Unknown MERRILL LYNCH CREDIT CORPORATION jgitto@nixonpeabody.com

Joseph M. Peltz

on behalf of Defendant Guaranty Bank jpeltz@bcblaw.net  pmitchell@bcblaw.net

Joseph Michael Carey

on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage joe.carey@dlapiper.com
docketingchicago@dlapiper.com

Joseph N. Cordaro

on behalf of Unknown United States of America joseph.cordaro@usdoj.gov

Joseph N. Cordaro

on behalf of Defendant United States Of America joseph.cordaro@usdoj.gov

Joseph Thomas Moldovan

on behalf of Creditor Edward Park bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Creditor Charles C. Moore bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Creditor Carpenter Group  Inc. bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan

on behalf of Other Prof. Morrison Cohen LLP bankruptcy@morrisoncohen.com

Joseph W. Dunn

on behalf of Defendant HSBC Bank PLC jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant HSBC France jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant HSBC Bank USA  National Association jdunn@bsfllp.com

Joseph W. Dunn

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited jdunn@bsfllp.com

Josephine Wang

on behalf of Interested Party Securities Investor Protection Corporation jwang@sipc.org

Josephine Wang

on behalf of Defendant Securities Investor Protection Corporation jwang@sipc.org

Josephine Wang
on behalf of Unknown Securities Investor Protection Corporation jwang@sipc.org

Joshua Dorchak
on behalf of Unknown Goldman Sachs Lending Partners  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Variable Trust - Putnam VT International Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Harbinger Capital Partners Master Fund I  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Defendant Continental Life Insurance Company of Brentwood Tennessee joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor General American Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Investment Holdings  LLC - International Core Concentrated Equity - Institutional Incubated Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown MacKay Shields Credit Strategy Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam International Equity Fund  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Transferee Cyrus Select Oppurtunity Master Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Floating Rate Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Global Income Trust joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Defendant The Bank of Fukuoka  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Cyrus Funds joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Asahi Mutual Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Perry Principals LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam High Yield Fixed Income Fund  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Cyrus Europe Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown CRS Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Perry Principals  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Transferee UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Transferee State Street Bank and Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Deutsche Bank AG  London joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Retirement Advantage GAA Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Mark Oland  Successor Trustee f/b/o The Peter M. Nicholas 1979 Irrevocable Family Trust joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Defendant Marsh & McLennan Companies  Inc. Stock Investment Plan joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge Convertible Arbitrage Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio C joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Funds Trust - Putnam International Growth and Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee CRS Master Fund  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam International (Non U.S. Core) Equity Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Metropolitan Capital Advisors  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Marsh & McLennan Master Retirement Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Putnam Intermediate Domestic Investment Grade Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Counter-Claimant Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor New England Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Global Growth Equity Fund - Institutional Incubated Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Investment Holdings  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus Select Opportunity Master Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners as Investment Manager joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Reinsurance  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party UBS Securities LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown New York Life Insurance & Annuity Corporation joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Trinity Investments Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Massachusetts Mutual Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Elliott Management Corporation joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Sun Life Assurance Company of Canada  joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Perry Partners  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT High Yield Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

Joshua Dorchak
on behalf of Unknown Cyrus Heartland  LP joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor CRS Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor BDIF LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam High Yield Advantage Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam International Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - Commodities Portfolio
joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Attorney Bingham McCutchen LLP joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Standard General Master Fund  L.P. and Standard General Fund, L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown MacKay Shields Credit Strategy Partners joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam International Trust joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Bernese Capital  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Perry Partners International  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS Securities LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor Icahn Partners LP  Icahn Partners Master Fund, LP, Icahn Partners Master Fund II LP, Icahn Partners Master
Fund III LP, High River Limited Partnership and their affiliates joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Interested Party Putnam Investments  LLC and Affliates joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Interested Party UBS Financial Services Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio
joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS Financial Services Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown MassMutual Asia Limited joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Metropolitan Capital Advisors International  Ltd joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Puerto Rico AAA Portfolio Target Maturity Fund  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Deutsche Bank Securities Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor UBS AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Putnam Global Funds - Putnam Worldwide Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Creditor In-FP2 LLC joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio A joshua.dorchak@morganlewis.com

Joshua Dorchak
on behalf of Transferee Mount Kellett Master Fund II  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Global High Yield Bond Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Perry Partners International  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Crescent I  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Select Opportunities Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Putnam Dynamic Asset Allocation Funds - Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Oriole Birch  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown CRS Master Fund L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Wells Fargo Bank Northwest  N.A., as Indenture Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Credit Hedge Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Promerica Hedge  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown PIMCO Absolute Return Strategy II Master Fund LDC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Crescent 1  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners Master Fund I  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Percy Principals LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Phoenix Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus Select Opportunities Master Fund  LTD. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Alphadyne International Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Jefferies LLC  f/k/a Jefferies & Company, Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Harbert Value Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Robert A. Meister joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Silver Rock financial LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown BROMINE MANAGEMENT  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam New Opportunities (U.S. Aggressive Growth Equity) Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam New Flag Euro High Yield Fund Plc joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam Investment Holdings  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Edge Common Trust Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown MacKay Shields Credit Strategy Partners LP and MacKay Shields Credit Strategy Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Wellington Trust Company  N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown New York Life Insurance & Annuity Corporate Private Placement Variable Universal Life Separate Account 70 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Global Fixed Income Alpha Fund S1 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank And Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Capital Qualified  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown The Putnam Advisory Company  LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Prudential Hong Kong Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown CRS Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Deutsche Bank AG and Affiliates joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus HCE Fund  SPC - Segregated Portfolio B joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Absolute Return Fixed Income Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party UBS AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Crescent 1  LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Europe Master Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company  as Trustee of Ares XII CLO joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Canadian Global Trust - Putnam Canadian Fixed Income Long Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Equity Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Balanced Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown MacKay Shields Credit Strategy Partners LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Investor's (U.S. Core Equity) Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor UBS AG  Stamford Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Interested Party Babson Capital Management LLC  As Advisor to ESP Funding I, LTD joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Dolostone  L.L.C. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Harbinger Capital Partners Special Situations Fund  L.P., with Harbinger Capital Partners Special Situations GP LLC as General Partner joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Cayman Trust Company Limited  as Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Select Opportunities Master Fund Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor CRS Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Asset Allocation Funds - Growth Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor The Financial Services Compensation Scheme Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam High Yield Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Modern Woodmen of America  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Mass Mutual Life Insurance Company Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Europe Equity Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown SSgA Europe Index Plus Edge Common Trust Fund  by State Street Bank and Trust Company as Trustee
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Puerto Rico Fixed Income Fund V  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Trust Company Canada  as Trustee joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Select Edge QP Common Trust Fund  by State Street Bank and Trust Company as Trustee
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor MetLife Insurance Company of Connecticut joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge International LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio B joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor MassMutual Asia Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor DB Energy Trading LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Solus Recovery LH Fund LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant Putnam Stable Value Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Attestor Value Master Fund LP joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Fifth Street Station LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Plaintiff BANK OF AMERICA  N.A. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Bank and Trust Company Ltd. - Pacific Libor Alpha Cayman Unit Trust
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Sound Point Beacon Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam PSVF Liability Funding Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Shinsei Securities Co.  Ltd joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Emerging Information Sciences Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Deutsche Bank AG Brussels Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Structured Opportunities Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Goldman Sachs Lending Partners LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Investments joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Financial Services  Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT International New Opportunities Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Metropolitan Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Total Return Fund  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Deutsche Bank AG  London Branch joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Cyrus Opportunities Master Fund II  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Metropolitan Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Mounte LLC joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown State Street Global Advisors joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Total Return Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Defendant PHL Variable Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown ICM Business Trust joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Putnam World Trust - Putnam Total Return Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Global Alpha Select Edge QP Common Trust Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Crescent 1 L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Conservative Portfolio joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio C joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee Cyrus HCE Fund  SPC - Segregated Portfolio A joshua.dorchak@morganlewis.com

Joshua Dorchak

Joshua Dorchak

on behalf of Unknown Greenlight Capital  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Cyrus Capital Partners  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2 joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Greenlight Capital Offshore Partners joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Debtor Lehman Brothers Holdings Inc. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Transferee CRS Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown C.M. Life Insurance Company joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Variable Trust - Putnam VT International Growth and Income Fund
joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Plaintiff Deutsche Bank AG joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown UBS Securities Japan Co.  Ltd. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor Harbinger Capital Partners Special Situations Fund L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Income Strategies Fund joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Creditor State Street Custodial Services (Ireland) Limited joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Highbridge Asia Strategies Master Fund  L.P. joshua.dorchak@morganlewis.com

Joshua Dorchak

on behalf of Unknown Putnam Retirement Advantage GAA Income Strategies Portfolio joshua.dorchak@morganlewis.com

Joshua Fritsch

on behalf of Interested Party Long Island International Limited s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Interested Party Barclays Bank PLC s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Intervenor-Defendant Long Island International Limited s&cmanagingclerk@sullcrom.com

Joshua Fritsch

on behalf of Interpleader-def. Barclays Bank PLC s&cmanagingclerk@sullcrom.com

Joshua Slocum

on behalf of Debtor Lehman Brothers Holdings Inc. jslocum@wmd-law.com

Joshua Slocum

on behalf of Plaintiff Lehman Brothers Holdings Inc. jslocum@wmd-law.com

Joshua A Rosenthal

on behalf of Unknown Comstock mortgage jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Cornerstone Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Sacramento 1st Mortgage  Inc. individually and as successor by merger to Comstock Mortgage
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Cornerstone Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Santa Cruz Home Finance  a division of American Pacific Mortgage Corporation
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Vitek Real Estate Industries Group  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown American Pacific Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Parkside Lending  LLC jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Sacramento 1st Mortgage  Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant Kappel Mortgage Group Inc. jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Bay Equity  LLC jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Defendant American Pacific Mortgage Corporation  as successor by merger to All California Mortgage, Inc.
jrosenthal@mhlawcorp.com

Joshua A Rosenthal

on behalf of Unknown Parkside Lending  LLC jrosenthal@mhlawcorp.com

Joshua D. Cohn

on behalf of Interested Party The International Swaps and Derivatives Association  Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Unknown International Swaps And Derivatives Association Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Interested Party International Swaps and Derivatives Association  Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Cohn

on behalf of Interested Party The Securities Industry and Financial Markets Association
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Joshua D. Johnson

on behalf of Defendant Wellmont Health Systems  Inc. jjohnson@babc.com

Joshua D. Morse

on behalf of Unknown DCP Parties Joshua.morse@dlapiper.com  joshua-morse-0092@ecf.pacerpro.com

Joshua M Bennett

on behalf of Plaintiff Lehman Brothers Holdings Inc. joshuabennett@paulhastings.com

Joshua M Bennett

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates joshuabennett@paulhastings.com

Joshua M Bennett

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. joshuabennett@paulhastings.com

Joshua Matthew Wolf

on behalf of Creditor City Of New York jowolf@law.nyc.gov

Joshua Matthew Wolf

on behalf of Creditor The City of New York jowolf@law.nyc.gov

Joshua R. Blackman

on behalf of Creditor The Foundation of the Catholic Diocese of Columbus Ohio jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Unknown Oregon Laborer-Employers Pension Trust Fund jBlackman@morganlewis.com

Joshua R. Blackman

on behalf of Interested Party Pinnacle American Core Plus Bond Fund jBlackman@morganlewis.com

Joshua Samuel Shteierman

on behalf of Unknown Michael D. Kieran j.shteierman@devittspellmanlaw.com

Joshua W. Cohen

on behalf of Defendant RPM Mortgage  Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Joshua W. Cohen

on behalf of Creditor Fidelity National Title Insurance Company jwcohen@daypitney.com  apetranek@daypitney.com

Joshua W. Cohen

on behalf of Defendant Lendus  LLC, as successor by merger to NL, Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Joyce Williams

on behalf of Defendant Cherry Creek Mortgage Co.  Inc. jcwilliams@michaelbest.com,
audra.albright@moyewhite.com;elisabeth.mason@moyewhite.com

Juandisha Harris

on behalf of Creditor State of Michigan  Department of Treasury harrisj12@michigan.gov

Judy G.Z. Liu

on behalf of Creditor The Bank of New York Mellon jliu@proskauer.com  mgiddens@proskauer.com;erodriguez@proskauer.com

Judy Hamilton Morse

on behalf of Creditor Oklahoma Municipal Power Authority judy.morse@crowedunlevy.com  ecf@crowedunlevy.com

Julia S. Kreher

on behalf of Attorney Hodgson Russ LLP rleek@hodgsonruss.com

Julie A. Manning

on behalf of Creditor Open Solutions Inc.
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning

on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning

on behalf of Creditor Gartner  Inc., Gartner UK Limited, and Computer Financial Consultants, Inc.
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie A. Manning

on behalf of Creditor Tangoe  Inc. bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Julie Adams Jacobs

on behalf of Creditor Georgia Department Of Revenue jjacobs@law.ga.gov

Justin Aaron Kuehn

on behalf of Unknown Mark Mazzatta jkuehn@moorekuehn.com

Justin M. Sher

on behalf of Creditor Credencial SA jsher@shertremonte.com  mcuccaro@shertremonte.com

Justin M. Sher

on behalf of Creditor Minicreditos SA jsher@shertremonte.com  mcuccaro@shertremonte.com

Justin M. Sher

on behalf of Creditor Carlos Gorleri jsher@shertremonte.com  mcuccaro@shertremonte.com

Kalman Ochs

on behalf of Unknown HWA 555 Owners  LLC ochska@ffhsj.com

Karen Andrea Sebaski

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust ksebaski@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Karen Andrea Sebaski

on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts ksebaski@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Karl Geercken

on behalf of Creditor Aozora Bank  Ltd. kgeercken@alston.com, kgeercken@alston.com

Karl Geercken

on behalf of Unknown Round Table Global Multi-Strategy Fund  LTD kgeercken@alston.com, kgeercken@alston.com

Karon Y. Wright

on behalf of Creditor c/o Karon Y. Wright Travis County karon.wright@co.travis.tx.us  bkecf@co.travis.tx.us

Kate Elizabeth Ohlson

on behalf of Unknown North Atlantic Mortgage Corporation kmanka@johnstonthomas.com

Katherine Geraci

on behalf of Creditor The August '86 Trust geraci@thalergertler.com

Katherine Stadler

on behalf of Interested Party Fee Committee kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler

on behalf of Attorney Godfrey & Kahn  S.C. kstadler@gklaw.com, kboucher@gklaw.com

Katherine R. Catanese

on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Kathleen M. Aiello

on behalf of Attorney Fox Rothschild LLP KAiello@Klestadt.com

Kathleen M. Aiello

on behalf of Defendant Federal Home Loan Bank of New York KAiello@Klestadt.com

Kathleen M. Aiello

on behalf of Counter-Claimant Federal Home Loan Bank of New York KAiello@Klestadt.com

Kathleen M. Aiello

on behalf of Creditor Right Management  Inc. KAiello@Klestadt.com

Kathleen M. Aiello

on behalf of Defendant Right Management Consultants  Inc. KAiello@Klestadt.com

Kathleen S McArthur

on behalf of Interested Party Barclays Bank PLC MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com

Kathleen S McArthur

on behalf of Interested Party Barclays Capital  Inc. MCARTHURK@sullcrom.com, s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com

Kathleen S McArthur

on behalf of Interested Party Barclays Capital Inc. MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com

Kathleen S McArthur

on behalf of Unknown Barclays Bank  PLC MCARTHURK@sullcrom.com, s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com

Kathleen S McArthur

on behalf of Interested Party Long Island International Limited MCARTHURK@sullcrom.com s&cmanagingclerk@sullcrom.com,kathleen-mcarthur-6792@ecf.pacerpro.com

Katrina Lynne Baker

on behalf of Defendant Lehman Brothers Holdings Inc. docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Keith A. Simon

on behalf of Unknown Fannie Mae keith.simon@lw.com chefiling@lw.com,beth.arnold@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,keith-simon-9700@ecf.pacerpro.com

Keith N. Sambur

on behalf of Unknown Varde Investment Partners  L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Fifth Street Station LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Fifth Street Station LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Apollo Credit Funding I Ltd. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Blue Mountain Credit Alternatives Master Fund L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Long/Short Credit Master Fund L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown ANS U.S. Holdings Ltd. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Goldman Sachs Lending Partners LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Morgan Stanely Credit Products Japan Co.  Ltd. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Aleiter Holdings LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Long/Short Credit and Distressed Reflection Fund  a sub-fund of AAI BlueMountain Fund PLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Serengeti Opportunities MM L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Transferee Serengeti Multi-Series Master  LLC Series E keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown The Royal Bank of Scotland plc keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Wilmot Yards  L.L.C. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Morgan Stanley & Co. International plc keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Apollo Credit Strategies Master Fund Ltd. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Richards Kibbe & Orbe LLP keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Panning Master Fund  LP keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Morgan Stanley Bank International Limited keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Apollo Franklin Partnership  L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Transferee Serengeti Lycaon MM L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Other Prof. Richards Kibbe & Orbe LLP keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Apollo Value Investment Master Fund  L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Guadalupe Peak Fund L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Halcyon Loan Trading Fund LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Montenvers Master Fund SCA SICSV-SIF keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Rapax OC Master Fund  Ltd. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Serengeti Opportunities MM L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Goldman  Sachs & Co. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown SVP Acquisitions  LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Jefferies International Limited keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Morgan Stanley Senior Funding  Inc. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Delrang Holdings LLC keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Distressed Master Fund L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Creditor Serengeti Multi-Series Master  LLC- Series E11 keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Royal Bank of Scotland plc keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown Apollo Centre Street Partnership  L.P. keith.sambur@haynesboone.com

Keith N. Sambur

on behalf of Unknown BKM Holdings (Cayman) Ltd. keith.sambur@haynesboone.com

Keith N. Sambur
                on behalf of Unknown HCN LP keith.sambur@haynesboone.com

Kelly A Carrero
                on behalf of Plaintiff Lehman Brothers Holdings Inc. kacarrero@jonesday.com

Kelly A Carrero
                on behalf of Plaintiff Woodlands Commercial Corporation f/k/a Woodlands Commerical Bank f/k/a Lehman Brothers Commerical
                Bank kacarrero@jonesday.com

Kelly D. Curtin
                on behalf of Creditor Samuel E. Belk  IV kdcurtin@pbnlaw.com,
                mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kenneth Caputo
                on behalf of Interested Party Securities Investor Protection Corporation kcaputo@sipc.org

Kenneth Caputo
                on behalf of Unknown Securities Investor Protection Corporation kcaputo@sipc.org

Kenneth Corey-Edstrom
                on behalf of Creditor Heritage Christian Academy kcoreyedstrom@larkinhoffman.com

Kenneth Friedman
                on behalf of Unknown Informatica Corporation kfriedman@manatt.com  astaltari@manatt.com

Kenneth A. Reynolds
                on behalf of Interested Party Executive Fliteways  Inc. kreynolds@mklawnyc.com, jdelacruz@kareynoldslaw.com

Kenneth E. Chase
                on behalf of Creditor Brett Ersoff kchase@shb.com

Kenneth J. Kelly
                on behalf of Creditor Intersil Investment Company kkelly@ebglaw.com  nyma@ebglaw.com

Kenneth J. Kelly
                on behalf of Creditor Intersil Holding GmbH kkelly@ebglaw.com  nyma@ebglaw.com

Kenneth J. Kelly
                on behalf of Creditor Xicor  LLC kkelly@ebglaw.com, nyma@ebglaw.com

Kenneth J. Kelly
                on behalf of Creditor Intersil Europe SaRL  Inc. kkelly@ebglaw.com, nyma@ebglaw.com

Kenneth L. Baum
                on behalf of Attorney Kenneth Baum kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
                on behalf of Creditor Highland Credit Strategies Master Fund  L.P., kbaum@kenbaumdebtsolutions.com,
                ddipiazza@kenbaumdebtsolutions.com

Kenneth M Raisler
                on behalf of Unknown LCH.Clearnet LLC raislerk@sullcrom.com  kenneth-raisler-4950@ecf.pacerpro.com

Kenneth P. Coleman
                on behalf of Creditor Bank of Taiwan
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Defendant HSBC France
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Transferee Fortis Bank Hong Kong Branch
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Creditor First Commercial Bank Co.  Ltd. New York Agency
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Unknown Strategic Value Master Fund  Ltd.
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Witness ABN AMRO Inc.
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman
                on behalf of Creditor Bank of China (Tokyo)
                kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor HSBC Bank PLC
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor Bank of China  New York Branch
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Transferee Swiss Re Financial Products Corporation
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant HSBC Securities (USA) Inc.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Interested Party Public Bank Berhad
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor Swiss Re Financial Products Corporation
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant HSBC Bank USA  National Association
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Transferee HSBC Trinkaus & Burkhardt (International) S.A.
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Defendant HSBC Bank PLC
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth P. Coleman

on behalf of Creditor HSBC Bank USA  National Association
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kenneth S. Yudell

on behalf of Defendant Monarch Funding Corp. kyudell@aryllp.com

Kent C. Kolbig

on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss kkolbig@mosessinger.com

Kermit A. Rosenberg,

on behalf of Interested Party Satyam Computer Services  Ltd. krosenberg@washglobal-law.com

Kerri A Lyman

on behalf of Attorney Irell & Manella LLP klyman@steptoe.com  #-FirmPSDocketing@Steptoe.com

Kerry Moynihan

on behalf of Creditor Millennium Marketing & Management Pty  Ltd. kerry.moynihan@bryancave.com,
raul.morales@bryancave.com

Kevin Fritz

on behalf of Unknown Rosslyn Investors I  LLC kaf@msf-law.com

Kevin Toole

on behalf of Creditor U.S. Bank National Association as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset
Backed Funding Corporation Asset Backed Certificates  Series 2007-WMC1 ktoole@raslg.com, ktoole@rasboriskin.com

Kevin Toole

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ktoole@raslg.com
ktoole@rasboriskin.com

Kevin J. Biron

on behalf of Unknown Metropolitan Life Insurance Company kevin.biron@morganlewis.com  bryan.goff@morganlewis.com

Kevin J. Biron

on behalf of Defendant MBIA  Inc. kevin.biron@morganlewis.com, bryan.goff@morganlewis.com

Kevin J. Coco

on behalf of Transferee JPMORGAN CHASE BANK  N.A. kevin.coco@jpmorgan.com

Kevin J. Coco

on behalf of Creditor J.P. Morgan Securities plc kevin.coco@jpmorgan.com

Kevin J. Coco
on behalf of Unknown J.P. Morgan Securities LLC kevin.coco@jpmorgan.com

Kevin J. Coco
on behalf of Unknown Chase Lincoln First Commercial Corporation kevin.coco@jpmorgan.com

Kevin J. Larner
on behalf of Creditor The Kroger Co. kevin.larner@aig.com

Kevin J. Nash
on behalf of Creditor Rocco F. Andriola kjnash@gwfglaw.com  kjnash@gwfglaw.com

Kevin K. Tung
on behalf of Unknown Family Mortgage  Inc. ktung@kktlawfirm.com

Kevin L. Keeler
on behalf of Defendant Guaranty Bank kkeeler@bcblaw.net  pmitchell@bcblaw.net

Kevin L. MacMillan
on behalf of Creditor Syncora Guarantee  Inc. kmacmillan@abv.com

Kevin M. Baum
on behalf of Unknown Illiquidx LLP kevin.baum@kattenlaw.com

Kevin M. Baum
on behalf of Unknown York Global Finance BDH  LLC kevin.baum@kattenlaw.com

Kevin M. Baum
on behalf of Creditor Banc of America Credit Products  Inc. kevin.baum@kattenlaw.com

Kevin M. Eckhardt
on behalf of Creditor Managed Account Master Fund Services - MAP 15 kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Amundi Alternatives Paulson Enhanced Master Fund kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Partners Enhanced LP kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Partners LP kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson Enhanced LTD kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Transferee Paulson International LTD kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown LMA SPC for and on behalf of the MAP 84 Segregated Portfolio kevin.eckhardt@gmail.com
keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown LMA SPC for and on behalf of Map 84 Segregated Portfolio kevin.eckhardt@gmail.com
keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown Knighthead Master Fund  L.P. kevin.eckhardt@gmail.com, keckhardt@hunton.com

Kevin M. Eckhardt
on behalf of Unknown BSOF Master Fund L.P. kevin.eckhardt@gmail.com  keckhardt@hunton.com

Kim R. Lynch
on behalf of Unknown John Mahonchak klynch@formanlaw.com  kanema@formanlaw.com

Kimberly Joan Robinson
on behalf of Creditor Piguet Galland & Cie  S.A kim.robinson@bfkn.com

Kiyam Jamal Poulson
on behalf of Creditor US Bank National Association as Trustee for the Structured Asset Securities Corporation  Series 2005-GEL2
kpoulson@poulsonlawpllc.com, kpoulson@pincuslaw.com

Kiyam Jamal Poulson
on behalf of Creditor US Bank National Association  as Trustee for the Structured Asset Investment Loan Trust, 2005-HE3
kpoulson@poulsonlawpllc.com, kpoulson@pincuslaw.com

Kristin Elliott
on behalf of Creditor Washington State Tabacco Settlement Authority kelliott@kelleydrye.com
KDWBankruptcyDepartment@Kelleydrye.com

Kristin K. Going
on behalf of Interested Party Richard Hayne kgoing@mwe.com  DNorthrop@mwe.com

Kurt A. Mayr

on behalf of Creditor Banque Lehman Brothers S.A. kurt.mayr@morganlewis.com

Kurt A. Mayr

on behalf of Creditor Lehman Brothers Conseil S.A. kurt.mayr@morganlewis.com

Kurt A. Mayr

on behalf of Creditor Lehman Brothers Services S.N.C. kurt.mayr@morganlewis.com

Kyle T. Unser

on behalf of Defendant United Bank kyle.unser@kutakrock.com  ivy.newton@kutakrock.com

L. Matt Wilson

on behalf of Stockholder Greg Georgas  et al efile@willaw.com

Lance Mulhern

on behalf of Unknown Lisa Marcus lmulhern@velaw.com

Lance Mulhern

on behalf of Creditor Shinsei Bank  Limited lmulhern@velaw.com

Lani Aloha Adler

on behalf of Interested Party Suburban Mortgage  Inc. ladler@laniadlerpartners.com

Lani Aloha Adler

on behalf of Interested Party IFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)
ladler@laniadlerpartners.com

Lani Aloha Adler

on behalf of Defendant iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) ladler@laniadlerpartners.com

Lani Aloha Adler

on behalf of Defendant SUBURBAN MORTGAGE  INC. ladler@laniadlerpartners.com

Lani Aloha Adler

on behalf of Interested Party Hometrust Mortgage Company ladler@laniadlerpartners.com

Lani Aloha Adler

on behalf of Defendant Suburban Mortgage  Inc. ladler@laniadlerpartners.com

Lani Amster Perlman

on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
Mortgage-Backed Securities Trusts lperlman@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Lani Amster Perlman

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust lperlman@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Lara J Fogel

on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. lfogel@levinelee.com

Lara O. Glaesman

on behalf of Unknown Pines Edge Value Investors Ltd. lara.glaesman@leonard.com

Larry D. Henin

on behalf of Creditor Edward J Lill lhenin@eapdlaw.com

Larry Ivan Glick

on behalf of Creditor Banco Sabadell Miami lglick@shutts.com

Laura E. Appleby

on behalf of Unknown U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby

on behalf of Creditor US Bank  National Association, as Trustee appleby@chapman.com

Laura E. Appleby

on behalf of Defendant U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby

on behalf of Creditor U.S. Bank National Association  as Trustee appleby@chapman.com

Laura E. Appleby

on behalf of Unknown First Trust Strategic High Income Fund II appleby@chapman.com

Laura E. Neish

on behalf of Creditor The State of New Jersey  Department of Treasury, Division of Investment, by Director of the Division of
Investment William G. Clark lneish@zuckerman.com

Laura R Hall

on behalf of Defendant HSBC Trustee (C.I.) Limited laura.hall@allenovery.com
kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited laura.hall@allenovery.com
kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
on behalf of Defendant HSBC Bank USA  National Association laura.hall@allenovery.com,
kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
on behalf of Defendant HSBC France laura.hall@allenovery.com  kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura R Hall
on behalf of Defendant HSBC Bank PLC laura.hall@allenovery.com  kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laura Washington Sawyer
on behalf of Debtor Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Plaintiff Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Plaintiff Lehman Brothers Special Financing Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Counter-Defendant Lehman Brothers Holdings Inc. lwsawyer@jonesday.com

Laura Washington Sawyer
on behalf of Counter-Defendant Lehman Brothers Special Financing Inc. lwsawyer@jonesday.com

Lauren Dorsett
on behalf of Defendant Cobalt Mortgage  Inc. laurendorsett@dwt.com, anitamiller@dwt.com;seadocket@dwt.com

Lauren Catherine Kiss
on behalf of Creditor Retirement Housing Foundation lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridge Mountain Cottages  LLC lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridge Homes  LLC lkiss@klestadt.com

Lauren Catherine Kiss
on behalf of Creditor Ironbridgte Aspen Collection  LLC lkiss@klestadt.com

Lauren M. Macksoud
on behalf of Creditor Eurosail-UK 2007-2NP PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Consumer Unsecured Reperforming Loans (CURL) lauren.macksoud@dentons.com
docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-2BL PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-3NC PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Eurosail 2006-1 PLC lauren.macksoud@dentons.com  docket.general.lit.wdc@dentons.com

Laurence May
on behalf of Creditor Federal Home Loan Bank of Pittsburgh lmay@eisemanlevine.com

Laurence May
on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh lmay@eisemanlevine.com

Laurie Binder
on behalf of Creditor Global Thematic Opportunities Fund LP binder@sewkis.com

Laurie Binder
on behalf of Trustee/Not Bankrupt Deutsche Bank Trust Company Americas  as Indenture Trustee binder@sewkis.com

Laurie Selber Silverstein
on behalf of Interested Party Genesys Conferencing Europe SAS  Genesys Conferencing Limited, InterCall, Inc., West
Receivables Holdings LLC, and West Receivables LLC bankruptcy@potteranderson.com

Lawrence Bass
on behalf of Creditor National CineMedia lawrence.bass@hro.com

Lawrence Bass
on behalf of Interested Party National CineMedia  Inc. lawrence.bass@hro.com

Lawrence Bass

on behalf of Unknown National CineMedia lawrence.bass@hro.com

Lawrence A. Katz

on behalf of Creditor The United Company lkatz@hirschlerlaw.com  llewis@hirschlerlaw.com

Lawrence E. Tofel

on behalf of Unknown Charles Diccianni letofel@tofellaw.com  mallison@tofellaw.com;jworden@tofellaw.com

Lawrence Evan Jacobs

on behalf of Attorney Davis Polk & Wardwell LLP lawrence.jacobs@davispolk.com

Lawrence F. Carnevale

on behalf of Plaintiff Declan Kelly bankruptcy@clm.com

Lawrence J. Kotler

on behalf of Creditor National Agricultural Cooperative Federation ljkotler@duanemorris.com

Lawrence J. Kotler

on behalf of Creditor FPB International Bank  Inc. ljkotler@duanemorris.com

Lawrence M. Gottlieb

on behalf of Plaintiff The Brooklyn Hospital Center lgesquire@lmgottlieb.com

Lee Harrington

on behalf of Interested Party BANK OF AMERICA  N.A. lharrington@nixonpeabody.com

Lee Harrington

on behalf of Unknown JPMORGAN CHASE BANK  N.A. lharrington@nixonpeabody.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic European Long Short C SP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Partners  LLC on behalf of the Anasazi Systematic Long Short LP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic European Long Short E SP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Partners  LLC on behalf of the Anasazi Market Neutral LP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Market Neutral 2X SP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Systematic Japanese Long Short F SP lsimonson@faegre.com

Leif T. Simonson

on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Market Neutral 3X SP lsimonson@faegre.com

Leo Muchnik

on behalf of Unknown Nomura Corporate Research and Asset Management Inc. muchnikl@gtlaw.com

Leo T. Crowley

on behalf of Unknown SUMMIT SYSTEMS  INC. leo.crowley@pillsburylaw.com, nydocket@pillsburylaw.com

Leo T. Crowley

on behalf of Unknown Misys IQ LLC leo.crowley@pillsburylaw.com  nydocket@pillsburylaw.com

Leo T. Crowley

on behalf of Unknown Keane  Inc. leo.crowley@pillsburylaw.com, nydocket@pillsburylaw.com

Leo T. Crowley

on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP leo.crowley@pillsburylaw.com  nydocket@pillsburylaw.com

Leo V. Leyva

on behalf of Interested Party 125North10  LLC lleyva@coleschotz.com

Leslie A. Plaskon

on behalf of Unknown 605 Third Avenue Fee LLC leslieplaskon@paulhastings.com

Leslie Ann Berkoff

on behalf of Creditor The Hotchkiss School lberkoff@moritthock.com

Lewis J. Liman
on behalf of Defendant Morgans Financial Limited maofiling@cgsh.com

Lewis J. Liman
on behalf of Defendant ANZ Nominees Limited maofiling@cgsh.com

Lilit Asadourian
on behalf of Defendant American Home Bank  N.A., a Division of Graystone Tower Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Defendant WINTRUST MORTGAGE CORPORATION  as successor by merger to SGB CORPORATION lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Defendant GUARANTEED RATE  INC. d/b/a GUARANTEED RATE.COM lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Interested Party Branch Banking and Trust Company  as successor by merger to National Penn Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Interested Party American Home Bank  N.A., a Division of Graystone Tower Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Defendant Guaranteed Rate  Inc. lasadourian@btlaw.com, salcala@reedsmith.com

Lilit Asadourian
on behalf of Defendant Branch Banking and Trust Company  as successor by merger to National Penn Bank lasadourian@btlaw.com, salcala@reedsmith.com

Lindsay Unruh
on behalf of Plaintiff Lehman Brothers Holding Inc. lunruh@rbf.law

Lindsay Unruh
on behalf of Plaintiff Lehman Brothers Holdings Inc. lunruh@rbf.law

Lindsee Paige Granfield
on behalf of Interested Party Absa Bank Limited lgranfield@cgsh.com maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield
on behalf of Unknown Barclays Bank PLC lgranfield@cgsh.com  maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield
on behalf of Defendant Barclays Capital  Inc. lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield
on behalf of Interested Party Barclays Capital  Inc. lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lindsee Paige Granfield
on behalf of Interested Party Barclays Bank PLC lgranfield@cgsh.com maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com

Lisa Laukitis
on behalf of Plaintiff Lehman Brothers Special Financing Inc. llaukitis@jonesday.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,
on behalf of Unknown George Barclay Perry lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,
on behalf of Unknown Joseph Arena lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Laukitis,
on behalf of Unknown Roland Hansalik lisa.laukitis@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;eva n.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com;jason

Lisa Milas
on behalf of Creditor Washington Mutual Bank f/k/a Washington Mutual Bank  FA lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1  2005 Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Attorneys for Property Asset Mangement Inc. and U.S. Bank National Association  as Trustee lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1  2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Managment  Inc. lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank National Association  Trustee for Lehman Brothers Structured Asset Investment Loan Trust SAIL 2005-7 lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Managment Inc. lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor US Bank National Association  Trustee Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor Property Asset Management Inc. lgadomski@schillerknapp.com lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank  N.A., Trustee for BNC Mortgage Loan Trust 2007-1 lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Milas

on behalf of Creditor U.S. Bank  National Association, Trustee for Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa J.P. Kraidin

on behalf of Creditor RBC Dexia Investor Services Bank France SA lisa.kraidin@allenovery.com  kurt.vellek@allenovery.com

Lisa L. Wallace

on behalf of Creditor BAC Home Loans Servicing  LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc. lwallace@mwc-law.com, jonathan@wrplawgroup.com

Lisa M. Schweitzer

on behalf of Interested Party Barclays Capital  Inc. lschweitzer@cgsh.com, maofiling@cgsh.com

Lisa M. Solomon

on behalf of Unknown Andrea T. JAO lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Timothy A. Burke lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Riccardo Banchetti lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Nachiketa Das lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Madelyn Antoncic lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Richard Grant Noble lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Gordon Sweely lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Charles Spero lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Peter Hornick lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Harsh Shah lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Vincent Primiano lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Brian M. Gross lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Philippe Dufournier lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Giancarlo Saronne lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Alexandre Catalao Maia lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Michele Bareggi lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Anke Parr lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Madelyn Antoncic lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Jonathan Sebiri lisa.solomon@att.net

Lisa M. Solomon

on behalf of Unknown Nachiketa Das lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Michael Lawsky lisa.solomon@att.net

Lisa M. Solomon

on behalf of Creditor Nikki A. Marshall lisa.solomon@att.net

Lloyd S. Clareman

on behalf of Defendant Ralph Harary lloyd.clareman@clareman.com

Lloyd S. Clareman

on behalf of Defendant Jacques Moret  Inc. lloyd.clareman@clareman.com

Lloyd S. Clareman

on behalf of Unknown Ralph Harary lloyd.clareman@clareman.com

Locke Randall McMurray

on behalf of Defendant Lehman Brothers Holdings Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Counter-Claimant Lehman Brothers Holdings Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Plaintiff Lehman Brothers Holdings Inc.  and Lehman Brothers Special Financing, Inc. lmcmurray@jonesday.com, ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Counter-Claimant Lehman Brothers Commercial Corporation lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Defendant Lehman Brothers Special Financing Inc. lmcmurray@jonesday.com  ihhsu@jonesday.com

Locke Randall McMurray

on behalf of Defendant Lehman Brothers Commercial Corporation lmcmurray@jonesday.com  ihhsu@jonesday.com

Lorenzo Marinuzzi

on behalf of Creditor GMAC Mortgage  LLC lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Interested Party Merrill Lynch Japan Finance Co.  Ltd. lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

District/off: 0208-1
Date Rcvd: Oct 18, 2022

User: admin

Form ID: tranapl

Page 157 of 260

Total Noticed: 1

Lorenzo Marinuzzi

on behalf of Defendant GMAC Mortgage Corporation lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor Centerbridge Credit Partners LP lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Interested Party ING Real Estate Finance (USA) LLC lmarinuzzi@mofo.com
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor The Royal Bank of Scotland plc lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Interested Party BRM Group  Ltd. lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Unknown GMAC Mortgage  LLC lmarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor Lehman Brothers Japan Inc. lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Unknown RBS Securities Inc. lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Interested Party Brookfield Properties One WFC Co. LLC lmarinuzzi@mofo.com
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor Centerbridge Special Credit Partners  L.P. lmarinuzzi@mofo.com,
lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor Chinatrust Commercial Bank lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Creditor Centerbridge Credit Partners Master LP lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lorenzo Marinuzzi

on behalf of Unknown Royal Bank of Scotland plc lmarinuzzi@mofo.com  lorenzo-marinuzzi-4664@ecf.pacerpro.com

Lori K. Sapir

on behalf of Creditor Niscayah  Inc. lsapir@sillscummis.com

Lori Noelle Shaw

on behalf of Defendant MegaStar Financial Corp. lshaw@megastarholdings.com

Lori Noelle Shaw

on behalf of Unknown MegaStar Financial Corp. lshaw@megastarholdings.com

Lori Noelle Shaw

on behalf of Defendant MEGASTAR FINANCIAL CORP. lshaw@megastarholdings.com

Lorraine S. McGowen

on behalf of Creditor ICCREA Banca  as Agent lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen

on behalf of Creditor ICCREA Banca SPA lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Unknown New York City Municipal Water Authority lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Unknown ICCREA Banca S.p.A. lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Unknown Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Creditor Golden State Tobacco Securitization Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen

on behalf of Defendant Jacques Moret  Inc. and Ralph Harary lmcgowen@orrick.com, dfelder@orrick.com

Lorraine S. McGowen

on behalf of Creditor ICCREA Banca S.p.A. lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Interested Party Tobacco Settlement Financing Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Creditor Rizal Commercial Banking Corporation lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Creditor Banca di Credito Cooperativo di Roma Societa Cooperativa lmcgowen@orrick.com  dfelder@orrick.com

Lorraine S. McGowen

on behalf of Unknown Credito Emiliano SPA lmcgowen@orrick.com  dfelder@orrick.com

Louis A. Curcio

on behalf of Creditor Hudson City Savings Bank lcurcio@reedsmith.com
Alissa.piccione@troutman.com;Andrew.buck@troutman.com

Louis A. Scarcella

on behalf of Unknown Hegemon Fund I  LLC lscarcella@farrellfritz.com

Louis A. Scarcella

on behalf of Creditor Capital One  N.A. lscarcella@farrellfritz.com

Louis Thomas DeLucia

on behalf of Unknown Lieber  Robert C. 2003 Life Insurance Trust U/A/D 4/24/2003 louis.delucia@icemiller.com,
john.acquaviva@icemiller.com

Louis Thomas DeLucia

on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003 louis.delucia@icemiller.com
john.acquaviva@icemiller.com

Louis Thomas DeLucia

on behalf of Defendant Georgeson Inc. ldelucia@schiffhardin.com  john.acquaviva@icemiller.com

Luc A. Despins

on behalf of Creditor CarVal Investors UK Limited lucdespins@paulhastings.com  fairpoint@bmcgroup.com

Lucian Murley

on behalf of Defendant PHH Home Loans  LLC, as successor by merger to Sunbelt Lending Services, Inc., f/k/a Arvida Mortgage
Services, Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor BGC Brokers LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor Fitzgerald (Hong Kong) Capital Markets Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Defendant RMR Financial  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Defendant RMR Financial  LLC, individually and as successor by merger to Axiom Financial, LLC, f/k/a Axiom
Financial, Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor BGC Partners (Australia) PTY Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Interested Party PHH Home Loans  LLC d/b/a Sunbelt Lending Services, Inc. luke.murley@saul.com,
robyn.warren@saul.com

Lucian Murley

on behalf of Interested Party PHH Home Loans  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor/BGC Parties luke.murley@saul.com  robyn.warren@saul.com

Lucian Murley

on behalf of Creditor Cantor Fitzgerald Europe luke.murley@saul.com  robyn.warren@saul.com

Luke A Barefoot

on behalf of Intervenor Cardinal Investment Sub I  L.P. lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Barclays Bank PLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Farallon Capital Management L.L.C. lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Junior Underwriters lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Intervenor Oak Hill Strategic Partners  L.P. lbarefoot@cgsh.com, maofiling@cgsh.com

Luke O. Brooks

on behalf of Plaintiff Ka Kin Wong  Siu Lui Ching lukeb@rgrdlaw.com

Ly S Chhay
　　　　　on behalf of Unknown ACTIV Financial Systems  Inc. ly.chhay@activfinancial.com

Lynn P. Harrison, III
　　　　　on behalf of Debtor Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Unknown Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc.
　　　　　lynn.harrisoniii@dentons.com, BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Brothers Holding Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Commercial Paper Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Unknown Lehman Commercial Paper Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Commerical Paper Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Brothers Special Financing Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Brothers Holdings  Inc. lynn.harrisoniii@dentons.com,
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

Lynn P. Harrison, III
　　　　　on behalf of Plaintiff Lehman Brothers Holdings Inc. lynn.harrisoniii@dentons.com
　　　　　BankruptcyNotices@curtis.com;jpizzurro@curtis.com;snamnum@curtis.com

M. William Munno
　　　　　on behalf of Trustee/Not Bankrupt Law Debenture Trust Company of New York  solely in its capacity as Separate Trustee for
　　　　　Certain Mortgage-Backed Securities Trusts munno@sewkis.com

M. William Munno
　　　　　on behalf of Unknown TMI Trust Company munno@sewkis.com

MICHAEL A METCALFE
　　　　　on behalf of Defendant Longwood at Oakmont  Inc. adabaldo@leechtishman.com

MICHAEL A METCALFE
　　　　　on behalf of Defendant Presbyterian SeniorCare adabaldo@leechtishman.com

Madlyn Gleich Primoff
　　　　　on behalf of Unknown Spanish Broadcasting System  Inc. madlyn.primoff@freshfields.com,
　　　　　suzanne.alenick@freshfields.com;6189144420@filings.docketbird.com

Madlyn Gleich Primoff
　　　　　on behalf of Unknown Galliard Capital Management  Inc., acting as agent for various funds madlyn.primoff@freshfields.com,
　　　　　suzanne.alenick@freshfields.com;6189144420@filings.docketbird.com

Madlyn Gleich Primoff
　　　　　on behalf of Unknown Caisse De Depot Et Placement Du Quebec madlyn.primoff@freshfields.com
　　　　　suzanne.alenick@freshfields.com;6189144420@filings.docketbird.com

Madlyn Gleich Primoff
　　　　　on behalf of Unknown WELLS FARGO BANK  N.A. madlyn.primoff@freshfields.com,
　　　　　suzanne.alenick@freshfields.com;6189144420@filings.docketbird.com

Maeghan J. McLoughlin
　　　　　on behalf of Creditor Atif Khan mmcloughlin@klestadt.com

Maeghan J. McLoughlin
　　　　　on behalf of Unknown Andrea Tolchinsky mmcloughlin@klestadt.com

Magdeline D. Coleman
　　　　　on behalf of Defendant PNC Bank  National Association donna.curcio@bipc.com

Malani Cademartori
　　　　　on behalf of Unknown Norton Gold Fields Limited ny-docketing@sheppardmullin.com

Malani Cademartori

on behalf of Unknown Bank of New York Mellon ny-docketing@sheppardmullin.com

Malani Cademartori

on behalf of Creditor Agricultural Bank of Taiwan ny-docketing@sheppardmullin.com

Mara R Lieber

on behalf of Plaintiff Lehman Brothers Special Financing Inc. mlieber@wmd-law.com
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber

on behalf of Plaintiff Lehman Brothers Holdings Inc. mlieber@wmd-law.com
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber

on behalf of Plaintiff Lehman Brothers Holdings  Inc. mlieber@wmd-law.com,
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Mara R Lieber

on behalf of Plaintiff Lehman Brothers Holding Inc. mlieber@wmd-law.com
LBHICourtDocs@wmd-law.com;mara-lieber-3834@ecf.pacerpro.com

Marc Abrams

on behalf of Creditor Bloomberg L.P. mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor QPTF LLC mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor AIG Financial Products Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Bloomberg Finance L.P. mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Green Tree Servicing LLC mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Jarden Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor IntraLinks  Inc. mabrams@wtplaw.com, marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor SEAT Pagine Gialle S.p.A mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor AIG Global Investment Corporation mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Marshall Wace LLP mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Quantum Partners LP mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Arc Fund Management Ltd mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Unknown SunAmerica Life Insurance Company mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor ADI Alternative Investments mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Abrams

on behalf of Creditor Scout Real Estate Capital LLC and its Affiliates mabrams@wtplaw.com  marc.abrams11@gmail.com

Marc Roitman

on behalf of Transferee Baupost Group Securities  L.L.C. marc.roitman@ropesgray.com

Marc E Kasowitz

on behalf of Plaintiff Jeffrey Soffer MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Marc E Kasowitz

on behalf of Plaintiff Turnberry/Centra Sub  LLC MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

Marc E Kasowitz

on behalf of Plaintiff Turnberry Retail Holding  L.P. MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

Marc E Kasowitz

on behalf of Plaintiff Jacquelyn Soffer MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Marc E Kasowitz

Marc E Kasowitz

on behalf of Plaintiff Turnberry/Centra Office Sub  LLC MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

on behalf of Interested Party Bay Harbour Management LC MEKcourtnotices@kasowitz.com  courtnotices@kasowitz.com

Margarita Y. Ginzburg

on behalf of Creditor Fabio Liotti ginzburg.myg@gmail.com

Maria A. Bove

on behalf of Unknown Pachulski Stang Ziehl & Jones LLP mbove@pszjlaw.com  dharris@pszjlaw.com;mbove@pszjlaw.com

Maria A. Bove

on behalf of Attorney Special Counsel to the Debtors mbove@pszjlaw.com  dharris@pszjlaw.com;mbove@pszjlaw.com

Maria J. DiConza

on behalf of Unknown Bridgewater Associates  LP mdiconza@omm.com, maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Unknown Greenberg Traurig LLP mdiconza@omm.com  maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Unknown Optique Pty Ltd ATF Optique Super Pension Fund mdiconza@omm.com
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Unknown Franklin W. Olin College of Engineering  Inc. mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Plaintiff Tempe Life Care Village  Inc., d/b/a, Friendship Village of Tempe mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Unknown Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC mdiconza@omm.com
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Interested Party FPL Energy Power Marketing  Inc. and Florida Power & Light Company mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Maria J. DiConza

on behalf of Unknown Tempe Life Care Village  Inc., d/b/a, Friendship Village of Tempe mdiconza@omm.com,
maria-diconza-0046@ecf.pacerpro.com

Marian S. Henry

on behalf of Unknown Grace Farrelly mshenry@lshv.org

Marilee P. Dahlman

on behalf of Unknown GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd.
lschwall@kayescholer.com

Marilee P. Dahlman

on behalf of Unknown Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd lschwall@kayescholer.com

Marina I. Zelinsky

on behalf of Unknown Goldman Sachs Lending Partners LLC mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown WILMOT YARDS  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Astatine III  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Fifth Street Station LLC mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown BKM Holdings (Cayman) Ltd. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Canyon Distressed Opportunity Investing Fund II  L.P. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Wilmot Yards  L.L.C. mschneider@rkollp.com

Marina I. Zelinsky

on behalf of Unknown Goldman  Sachs & Co. mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Morgan Stanley & Co. International plc mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Halcyon Loan Trading Fund LLC mschneider@rkollp.com

Marina I. Zelinsky
on behalf of Unknown Morgan Stanley Senior Funding  Inc. mschneider@rkollp.com

Marion H. Little, Jr.
on behalf of Unknown American Signature  Inc. little@litohio.com

Marion H. Little, Jr.
on behalf of Unknown SEI  Inc. little@litohio.com

Maritza Dominguez Braswell
on behalf of Plaintiff Lehman Brothers Holding Inc. mbraswell@foxrothschild.com

Maritza Dominguez Braswell
on behalf of Plaintiff Lehman Brothers Holdings Inc. mbraswell@foxrothschild.com

Mark Landman
on behalf of Creditor Federal Home Loan Mortgage Corporation mlandman@lcbf.com

Mark McDermott
on behalf of Plaintiff Prudential Global Funding LLC Mark.McDermott@skadden.com
wendy.lamanna@skadden.com;andrea.bates@skadden.com

Mark Sherrill
on behalf of Creditor Customer Asset Protection Company mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Kraft Foods Finance Europe AG mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Interested Party Shell Energy North America (US)  L.P. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor AgriBank  FCB mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Derivative Questionnaire Respondents mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Interested Party Shell Trading (US) Company mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Vita S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Philip Morris Finance S.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Assicurazioni S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Sutherland Asbill & Brennan LLP mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Ultra Russell1000 Growth mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Vining-Sparks IBG  Limited Partnership mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Shell International Eastern Trading Company mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor Aviva Insurance Limited mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Previdenza S.p.A. mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Creditor AgFirst Farm Credit Bank mark.sherrill@sablaw.com

Mark Sherrill
on behalf of Unknown Aviva Italia Holding S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Aviva Life S.p.A. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Tenor Opportunity Master Fund  Ltd. mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor MidFirst Bank mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor ProShares Ultra S&P 500 mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Federal Home Loan Bank of Boston mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor US AgBank  FCB mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Creditor Shell Trading International Limited mark.sherrill@sablaw.com

Mark Sherrill

on behalf of Unknown Aviva Italia S.p.A. mark.sherrill@sablaw.com

Mark Tsukerman

on behalf of Defendant RMS & Associates mtsukerman@coleschotz.com
ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark A. Broude

on behalf of Unknown Bundesverband deutscher Banken e.V. peter.gilhuly@lw.com

Mark A. Broude

on behalf of Creditor Bundesverband deutscher Banken e.V. peter.gilhuly@lw.com

Mark A. Broude

on behalf of Unknown GE Asset Management Incorporated peter.gilhuly@lw.com

Mark A. Broude

on behalf of Creditor Brickman Group Holdings  Inc. peter.gilhuly@lw.com

Mark A. Broude

on behalf of Unknown Entschdigungseinrichtung deutscher Banken GmbH peter.gilhuly@lw.com

Mark A. Broude

on behalf of Creditor CSP II USIS Holdings  L.P. peter.gilhuly@lw.com

Mark A. Broude

on behalf of Creditor Kilroy Realty  L.P. peter.gilhuly@lw.com

Mark A. Broude

on behalf of Unknown Ares Enhanced Credit Opportunities GP LLC peter.gilhuly@lw.com

Mark A. Broude

on behalf of Unknown Benetton International peter.gilhuly@lw.com

Mark A. Frankel

on behalf of Creditor Citizens Electric Company of Lewisburg  PA and Wellsboro Electric Company mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark A. Speiser

on behalf of Unknown Structured Credit America Ltd. mspeiser@stroock.com
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Creditor American Express Company mspeiser@stroock.com  mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Unknown Mizuho Securities Co.  Ltd. mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Unknown Mizuho Alternative Investments  LLC mspeiser@stroock.com,
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Attorney Stroock & Stroock & Lavan LLP mspeiser@stroock.com
mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Unknown Mizuho International plc mspeiser@stroock.com  mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

on behalf of Creditor Mizuho Corporate Bank  Ltd. mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com

Mark A. Speiser

District/off: 0208-1

Date Rcvd: Oct 18, 2022

User: admin

Form ID: tranapl

Page 164 of 260

Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Cred. Comm. Chair Mizuho Bank Ltd.  formerly known as Mizuho Corporate Bank, Ltd., as Co-Chair of the Committee mspeiser@stroock.com, mmagzamen@stroock.com;smillman@stroock.com |
| Mark Alan Salzberg | on behalf of Creditor Buckeye Tobacco Settlement Financing Authority mark.salzberg@squirepb.com khalilah.mckissick@squirepb.com |
| Mark Alan Salzberg | on behalf of Defendant Buckeye Tobacco Settlement Financing Authority mark.salzberg@squirepb.com khalilah.mckissick@squirepb.com |
| Mark C. Ellenberg | on behalf of Creditor Russell Schneider mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor FXCM Holdings  LLC mark.ellenberg@cwt.com, nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown Portigon AG (f/k.a WestLB AG) mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown Invesco Senior Secured Management Inc  mark.ellenberg@cwt.com, nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor Robert Cody Moore mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor CQS ABS Master Fund Limited mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor Maryann Brelinsky mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Creditor Oak Hill Credit Partners IV Limited mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown Christopher Dorland mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Attorney Cadwalader  Wickersham & Taft LLP mark.ellenberg@cwt.com, nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown David Wilson mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown The Coast Fund L.P. mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Interested Party International Swaps and Derivatives Association  Inc. mark.ellenberg@cwt.com, nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown Carlos Torres mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown Morgan Stanley Investment Management Inc. mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark C. Ellenberg | on behalf of Unknown John Greco mark.ellenberg@cwt.com  nyecfnotice@cwt.com |
| Mark E McDonald | on behalf of Defendant Barclays Bank PLC memcdonald@cgsh.com  maofiling@cgsh.com |
| Mark E McDonald | on behalf of Defendant Barclays Capital Inc. memcdonald@cgsh.com  maofiling@cgsh.com |
| Mark E. McKane | on behalf of Unknown LBREP Lakeside SC Master I  LLC mmckane@kirkland.com |
| Mark E. McKane | on behalf of Unknown RSM Restructuring Advisory LLP mmckane@kirkland.com |
| Mark E. McKane | on behalf of Plaintiff Pulsar Re  Ltd. mmckane@kirkland.com |
| Mark Edwin Browning | on behalf of Creditor Texas Comptroller of Public Accounts SHERRI.SIMPSON@OAG.STATE.TX.US |

Mark Elliott Freedlander
    on behalf of Creditor CNX Gas Company mfreedlander@mcguirewoods.com

Mark Elliott Freedlander
    on behalf of Creditor Access Data Corp. mfreedlander@mcguirewoods.com

Mark F. Werle
    on behalf of Creditor Rutland Hospital  Inc. eag@rsclaw.com;maf@rsclaw.com

Mark G. Hanchet
    on behalf of Creditor Objecting Claimants mhanchet@mayerbrown.com  jmarsala@mayerbrown.com

Mark G. Ledwin
    on behalf of Unknown Hartford Investment Management Co. mark.ledwin@wilsonelser.com

Mark G. Ledwin
    on behalf of Creditor Hartford Index HLS Fund mark.ledwin@wilsonelser.com

Mark J. Dorval
    on behalf of Creditor Delaware VIP Diversified Income Series  a series of Delaware VIP Trust mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Franklin Balanced Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Interested Party Delaware Management Holdings  Inc. mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Delaware VIP Emerging Markets Series  A Series of Delaware VIP Trust mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor Lincoln National Corporation and Its Affiliates mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor Aberdeen Asset Management  Inc. mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Franklin Low Duration Total Return Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Delaware Extended Duration Bond Fund  a series of Delaware Group Income Funds
mdorval@stradley.com

Mark J. Dorval
    on behalf of Transferee Invesco Van Kampen Core Plus Fixed Income Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Interested Party Dragon Coer II-D mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Morgan Stanley Alpha Advantage European Fixed Income Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor SASC 2007-BNC1 LLC mdorval@stradley.com

Mark J. Dorval
    on behalf of Transferee Invesco Van Kampen V.I. Capital Growth Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown Morgan Stanley Institutional Fund Trust  Municipal Portfolio mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor Carlyle Mortgage Capital  LLC mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor BNC 2007-4  LLC mdorval@stradley.com

Mark J. Dorval
    on behalf of Transferee Invesco Van Kampen Government Securities Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Creditor SASC 2007-BC4 A4  LLC mdorval@stradley.com

Mark J. Dorval
    on behalf of Transferee Invesco Van Kampen Equity and Income Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Unknown AIM V.I. High Yield Fund  AIM High Yield Fund, AIM Libor Alpha Fund, AIM V.I. Diversified Income
Fund, AIM V.I. Basic Balanced Fund, AIM Core Bond Fund, AIM Short Term Bond Fund, AIM Income Fund and A
mdorval@stradley.com

Mark J. Dorval

on behalf of Defendant Delaware Investment Advisers  a series of Delaware Management Business Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor SASC 2007-BC4 A4 II  LLC mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Management Holdings  Inc. and its Subsidiaries and Affiliates mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Van Kampen Corporate Bond Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Lincoln Variable Insurance Products Trust mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Franklin Total Return Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Templeton Global Bond Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Delaware Diversified Income Fund  a series of Delaware Group Adviser Funds mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Van Kampen U.S. Mortgage Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Investment Advisers  a series of Delaware Management Business Trust, the investment advisers to
The Lincoln National Life Insurance Company mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Morgan Stanley Institutional Fund Trust  Municipal Portfolio mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Nationwide Fund Advisors mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen US Mortgage Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Saint Joseph's University mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Fulton Bank mdorval@stradley.com

Mark J. Dorval

on behalf of Interested Party Delaware Investment Advisors  a series of Delaware Management Business Trust, in its capacity as
portfolio manager and attorney-in-fact for Penn's Landing CDO SPC mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Government Securities Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown FTIF Franklin Strategic Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Core Plus Fixed Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Stradley Ronon Stevens & Young  LLP mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Equity and Income Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Emerging Markets Fund  a Series of Delaware Group Global and International Funds
mdorval@stradley.com

Mark J. Dorval

on behalf of Transferee Invesco Municipal Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Van Kampen Life Investment Trust-Government Portfolio mdorval@stradley.com

Mark J. Dorval

on behalf of Unknown Templeton Global Total Return Fund mdorval@stradley.com

Mark J. Dorval

on behalf of Creditor Delaware Diversified Income Fund  a series of Delaware Group Advisor Funds mdorval@stradley.com

Mark J. Dorval
    on behalf of Transferee Invesco Van Kampen International Growth Fund mdorval@stradley.com

Mark J. Dorval
    on behalf of Defendant D&D Securities Inc. mdorval@stradley.com

Mark L. Lubelsky
    on behalf of Plaintiff LH 1440  L.L.C. mark@mllassociates.com

Mark L. Lubelsky
    on behalf of Unknown LH1440 mark@mllassociates.com

Mark L. Lubelsky
    on behalf of Intervenor-Defendant LH 1440  L.L.C. mark@mllassociates.com

Mark N. Berman
    on behalf of Creditor Commonwealth of Peurto Rico 1mberman@comcast.net

Mark N. Berman
    on behalf of Unknown Wellington Management Company  LLP 1mberman@comcast.net

Mark N. Berman
    on behalf of Unknown Xavier University 1mberman@comcast.net

Mark N. Berman
    on behalf of Creditor Metropolitan Transportation Authority 1mberman@comcast.net

Mark Nelson Parry
    on behalf of Transferee Lavine Holdings  L.L.C. mparry@mosessinger.com,
    jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark Nelson Parry
    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
    California and Janice K. Moss mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark Nelson Parry
    on behalf of Creditor Amy Patricia Neu mparry@mosessinger.com  jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark Nelson Parry
    on behalf of Transferee Pyrell Fund  L.L.C. mparry@mosessinger.com, jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark Nelson Parry
    on behalf of Creditor General Ore International Corporation Limited  Neu Holdings Corporation n/k/a Neu Holdings U.S.
    Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss mparry@mosessinger.com,
    jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark R. Somerstein
    on behalf of Unknown THL Credit Partners  L.P. paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark R. Somerstein
    on behalf of Plaintiff Rye Select Broad Market XL Portfolio Limited paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark R. Somerstein
    on behalf of Unknown Solstar Partners  L.L.C. paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark R. Somerstein
    on behalf of Plaintiff Rye Select Broad Market Portfolio Limited paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark S. Bostick
    on behalf of Creditor Michelle Seymour mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Linda Howard-James mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Linda (Weekes) Howard-James mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Isabel Guajardo mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Cheryl McNeil mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Coleen Denise Colombo mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Coleen Denise Colombo mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Bostick
    on behalf of Creditor Sylvia Vega-Sutfin mbostick@fennemorelaw.com  jrose@wendel.com

Mark S. Lichtenstein

Mark S. Lichtenstein

on behalf of Creditor Ironbridge Property Owners Association mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

on behalf of Creditor City Employee Welfare Fund Local 3 IBEW mark.lichtenstein@akerman.com
Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Creditor Eric Race mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark T. Power

on behalf of Interested Party The Liquidation Trustee of The C-BASS Liquidation Trust MPower@HahnHessen.com
jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;dreinhart@hahn
hessen.com;MPower@ecf.courtdrive.com

Mark V. Bossi

on behalf of Creditor ARG Funding Corp.  et al. mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Mark W. Deveno

on behalf of Creditor Metropolitan Life Insurance Company mark.deveno@bingham.com

Mark W. Warren

on behalf of Creditor Manufacturers and Traders Trust Company mwarren@mtb.com

Martin Beeler

on behalf of Creditor Wilmington Trust Company  as Indenture Trustee mbeeler@cov.com

Martin Beeler

on behalf of Unknown Wilmington Trust Company  as LBHI Senior Indenture Trustee mbeeler@cov.com

Martin Eisenberg

on behalf of Attorney Martin Eisenberg me@martineisenberglaw.com

Martin Eisenberg

on behalf of Unknown A.M. McGregor Home Martin.Eisenberg@thompsonhine.com

Martin Eisenberg

on behalf of Creditor Grace Brothers  Ltd. me@martineisenberglaw.com

Martin Krolewski

on behalf of Defendant JPMorgan Bank Dublin PLC mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant JP MORGAN CHASE AND CO mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant BEAR STEARNS CREDIT PRODUCTS INC. mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant BEAR STEARNS FOREX INC mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant JPMORGAN CHASE BANK  N.A. mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant J.P. Morgan Securities Ltd. mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant J.P. Morgan Markets Limited mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant J.P. Morgan Chase Bank  N.A. mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin Krolewski

on behalf of Defendant J. P. MORGAN VENTURES ENERGY CORPORATION mkrolewski@kelleydrye.com
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Martin A. Mooney

on behalf of Creditor DCFS USA LLC subservicer for DCFS Trust Martin.Mooney@ag.ny.gov
lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

Martin G. Bunin

on behalf of Interested Party BANK OF AMERICA  N.A. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

on behalf of Interested Party Consolidated Container Company LLC mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Interested Party AG Financial Products  Inc. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Unknown Main Street Natural Gas  Inc. mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National
Association mbunin@farrellfritz.com, courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Creditor Dell Global B.V.  mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Interested Party Municipal Electric Authority of Georgia mbunin@farrellfritz.com
courtnotifications@farrellfritz.com

Martin G. Bunin

    on behalf of Interested Party Greywolf Capital Management L.P. mbunin@farrellfritz.com  courtnotifications@farrellfritz.com

Martin J. Bienenstock

    on behalf of Creditor The Walt Disney Company mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Interested Party The Royal Bank of Scotland N.V. mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Royal Bank of Scotland  plc mbienenstock@proskauer.com, martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Defendant Federal Home Loan Bank of Cincinnati mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Credit Protection Trusts 207 and 283 mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Springfield Associates LLC mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Unknown The Walt Disney Company and The Walt Disney Retirement Plan Master Trust
mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Kensington International Limited mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor The Royal Bank of Scotland plc mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Elliott International L.P. mbienenstock@proskauer.com  martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Elliott Associates  L.P. mbienenstock@proskauer.com, martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor The Liverpool Limited Partnership mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin J. Bienenstock

    on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors mbienenstock@proskauer.com
martin-bienenstock-9535@ecf.pacerpro.com

Martin N. Flics

    on behalf of Unknown Linklaters LLP martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

    on behalf of Unknown The Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

    on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com  shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

    on behalf of Unknown Joint Adminstrators of Lehman Brothers International (Europe) martin.flics@linklaters.com
shauin.wang@linklaters.com;casey.bell@linklaters.com

Martin N. Flics

on behalf of Unknown Lehman Brothers International (Europe) (in administration) martin.flics@linklaters.com
shauin.wang@linklaters.com;casey.bell@linklaters.com

Marvin E. Clements, Jr.
on behalf of Creditor Tennessee Department of Revenue agbanknewyork@ag.tn.gov

Marvin E. Sprouse
on behalf of Creditor Level 3 Communications  LLC msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Mary Joanne Dowd
on behalf of Interested Party Georgetown University mary.dowd@arentfox.com

Mathew W Lauritsen
on behalf of Defendant Directors Mortgage  Inc. mlauritsen@kelrun.com

Matthew Corcoran
on behalf of Defendant LendingTree  Inc. mccorcoran@jonesday.com

Matthew Corcoran
on behalf of Defendant LendingTree  LLC mccorcoran@jonesday.com

Matthew Dyer
on behalf of Creditor America's Servicing Company BkMail@prommis.com

Matthew Olsen
on behalf of Interested Party SCC Entities molsen@morganlewis.com

Matthew A. Schwartz
on behalf of Unknown Baupost Group LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew A. Schwartz
on behalf of Defendant Giants Stadium LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew A. Schwartz
on behalf of Creditor Giants Stadium LLC schwartzmatthew@sullcrom.com
s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

Matthew Allen Feldman
on behalf of Creditor IntraLinks  Inc. maosbny@willkie.com, mfeldman@willkie.com

Matthew Allen Feldman
on behalf of Creditor Mountain Special Situations Funds  LLC maosbny@willkie.com, mfeldman@willkie.com

Matthew C. Ziegler
on behalf of Unknown Trinity Investments Limited matthew.ziegler@morganlewis.com

Matthew J. Gold
on behalf of Creditor Elliott International  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Creditor Kutchin Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry M LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry T LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry K LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry B LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Marshgate International Limited mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Creditor Elliott Associates  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry N LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Queensferry E LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Creditor The Liverpool Limited Partnership mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold
on behalf of Unknown Elliott Management Corp. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Cynergi LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Torix Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Lydian Overseas Partners Master Fund Ltd. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Defendant The Liverpool Limited Partnership mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry D LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry F LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Interested Party Ashton Investments LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Aleiter Holdings LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Marshgate Investments  LLC mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Warwickshire Holdings LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry C LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Elliott International L.P. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Edgewater Partners  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry J LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Upton E LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Defendant Elliott International  L.P. mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Bimini Investments S.a r.l. mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry H LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry Q LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry G LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Elliot Management Corporation mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry O LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry L LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Creditor Upton A LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry P LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Bristol Partners LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Provendor Liquidity LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

Matthew J. Gold

on behalf of Unknown Queensferry I LLC mgold@kkwc.com  jremi@kkwc.com;etaylor@kkwc.com

District/off: 0208-1                                    User: admin                                    Page 172 of 260
Date Rcvd: Oct 18, 2022                                Form ID: tranapl                              Total Noticed: 1

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long/Short Credit and Distressed Reflection Fund  a sub-fund of AAI BlueMountain Fund PLC MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Panning Master Fund  LP MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Value Investment Master Fund  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Special Opportunities Managed Account  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Kicking Horse Fund L.P. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Timberline Ltd. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Fifth Street Station LLC MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown ANS U.S. Holdings Ltd. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Distressed Master Fund L.P. MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Morgan Stanley & Co. International plc MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Varde Investment Partners  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Goldman  Sachs & Co. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Morgan Stanley Senior Funding  Inc. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Franklin Partnership  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown The Royal Bank of Scotland plc MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Goldman Sachs Lending Partners LLC MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Apollo Credit Strategies Master Fund Ltd. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Strategic Credit Master Fund L.P. MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long Short Grasmoor Fund Ltd. MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Credit Alternatives Master Fund L.P. MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Long/Short Credit Master Fund L.P. MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown BlueMountain Montenvers Master Fund SCA SICSV-SIF MRiccardi@perkinscoie.com RKOManagingClerk@rkollp.com

Matthew M. Riccardi

on behalf of Unknown Burlington Loan Management Limited MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com

Matthew M. Riccardi

|  |  |
|---|---|
|  | on behalf of Unknown BKM Holdings (Cayman) Ltd. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com |
| Matthew M. Riccardi | |
|  | on behalf of Creditor Rapax OC Master Fund  Ltd. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com |
| Matthew M. Riccardi | |
|  | on behalf of Unknown Serengeti Opportunities MM L.P. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com |
| Matthew M. Riccardi | |
|  | on behalf of Unknown Strategic Value Master Fund  Ltd. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com |
| Matthew M. Riccardi | |
|  | on behalf of Unknown Apollo Centre Street Partnership  L.P. MRiccardi@perkinscoie.com, RKOManagingClerk@rkollp.com |
| Matthew M. Riccardi | |
|  | on behalf of Transferee Serengeti Lycaon MM L.P. MRiccardi@perkinscoie.com  RKOManagingClerk@rkollp.com |
| Matthew P. Morris | |
|  | on behalf of Interested Party BRE Bank SA matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor The Bank of New York Mellon matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor Standard Chartered Bank (Hong Kong) Limited matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Plaintiff Phoenix Life Limited matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor SCOR Holding (UK) Limited matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Unknown Instituto de Credito Oficial matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Unknown Lovells LLP matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor Centerbridge Credit Partners LP matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor Lloyds TSB Bank plc matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor Standard Chartered Bank matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor QVT Financial LP matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Interested Party Carlton Communications Limited matthew.morris@lovells.com |
| Matthew P. Morris | |
|  | on behalf of Creditor Centerbridge Credit Partners Master LP matthew.morris@lovells.com |
| Matthew R. Berry | |
|  | on behalf of Unknown Joint Administrators of UK Administration Companies mberry@susmangodfrey.com |
| Matthew S Vignali | |
|  | on behalf of Defendant Guaranty Bank  FSB mvignali@bcblaw.net, pmitchell@bcblaw.net |
| Matthew S. Melamed | |
|  | on behalf of Plaintiff Ka King Wong  et. al., MMelamed@rgrdlaw.com |
| Matthew S. Tamasco | |
|  | on behalf of Defendant Axioma  Inc. mtamasco@schnader.com, 2417286420@filings.docketbird.com |
| Matthew S. Tamasco | |
|  | on behalf of Unknown PJM Interconnection  L.L.C. mtamasco@schnader.com, 2417286420@filings.docketbird.com |
| Matthew W. Olsen | |
|  | on behalf of Creditor Chicago Board of Education matthew.olsen@kattenlaw.com  nyc.bknotices@kattenlaw.com |
| Maureen A. Cronin | |
|  | on behalf of Interested Party JFK International Air Terminal LLC mao-ecf@debevoise.com |
| Maureen A. Cronin | |
|  | on behalf of Interested Party Rockefeller Group Development Corporation mao-ecf@debevoise.com |
| Maureen A. Cronin | |
|  | on behalf of Interested Party Rock-Forty-Ninth LLC mao-ecf@debevoise.com |

Maureen A. Cronin

on behalf of Interested Party Rockefeller Center Management Corporation mao-ecf@debevoise.com

Maureen A. Cronin

on behalf of Interested Party Rockefeller Center North  Inc. mao-ecf@debevoise.com

Max Katz

on behalf of Unknown Ely Eddi maxmarkuskatz@gmail.com

Max Anderson Moseley

on behalf of Creditor BlueMountain Capital Management LLC and Affiliates mmoseley@bakerdonelson.com

Megan Burns

on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. megan.burns@troutman.com

Melissa Sue DiCerbo

on behalf of Creditor Lehman Brothers Bank  FSB, A Federal Savings Bank nyecfmail@mwc-law.com,
NYECFmail@ecf.courtdrive.com

Melissa Sue DiCerbo

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nyecfmail@mwc-law.com  NYECFmail@ecf.courtdrive.com

Melissa Z. Neier

on behalf of Unknown Duke Energy Ohio  Inc. mneier@ibolaw.com

Melissa-Jean Rotini

on behalf of Creditor Westchester County mjr1@westchestergov.com

Melvin A. Brosterman

on behalf of Plaintiff Neuberger Berman LLC mbrosterman@stroock.com  docketing@stroock.com;insolvency@stroock.com

Melvin A. Brosterman

on behalf of Plaintiff Neuberger Berman  LLC mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Melvin A. Brosterman

on behalf of Creditor Basso Capital Management  L.P. mbrosterman@stroock.com,
docketing@stroock.com;insolvency@stroock.com

Menachem M. Bensinger

on behalf of Unknown Elizabeth Colon Lopez mbensinger@mcgrailbensinger.com

Menachem O. Zelmanovitz

on behalf of Unknown SunCal Debtors mendy@zelmlaw.com

Meshach Y Rhoades

on behalf of Defendant Republic Mortgage Home Loans LLC mrhoades@crowell.com  meshach-rhoades-7659@ecf.pacerpro.com

Michael Friedman

on behalf of Unknown Halcyon Loan Trading Fund LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown The Royal Bank of Scotland plc friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital Partners II LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Rapax OC Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown CVI GVF Luxembourg Twelve S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley Senior Funding  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Varde Investment Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Successal Group LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Japan Co. Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown TSO LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Opportunities MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Hirakata Shinkin Bank friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Farallon Capital Partners  L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incoporated friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Central Reinsurance Corp. friedman@chapman.com

Michael Friedman

                    on behalf of Transferee Serengeti Lycaon MM L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Serengeti Rapax MM L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Merrill Lynch Japan Securities Co. Ltd. friedman@chapman.com

Michael Friedman

                    on behalf of Unknown HLTS Fund II LP friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Farallon Choctaw ENE  LLC friedman@chapman.com

Michael Friedman

                    on behalf of Unknown HLF LP friedman@chapman.com

Michael Friedman

                    on behalf of Other Prof. Richards Kibbe & Orbe LLP friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Long Beach Holdings  LLC friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Taconic Capital Partners 1.5 L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Serengeti Opportunities Partners LP friedman@chapman.com

Michael Friedman

                    on behalf of Unknown GFA I LLC friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Longacre Master Fund  Ltd. friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Morgan Stanley Senior Funding  Inc. friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Banco Espirito Santo S.A.  Sucursal en Espana friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Hightip Capital LLC friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Barcar Constructors friedman@chapman.com

Michael Friedman

                    on behalf of Unknown York Global Finance BDH  LLC friedman@chapman.com

Michael Friedman

                    on behalf of Unknown The Japan Bloodhorse Breeders' Association friedman@chapman.com

Michael Friedman

                    on behalf of Unknown ICAP Corporates LLC friedman@chapman.com

Michael Friedman

                    on behalf of Creditor RBS Securities Japan Limited friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Royal Bank of Scotland  plc friedman@chapman.com

Michael Friedman

                    on behalf of Unknown Goldman Sachs International friedman@chapman.com

Michael Friedman

                    on behalf of Creditor Serengeti Overseas MM L.P. friedman@chapman.com

Michael Friedman

                    on behalf of Unknown The MRC Foundation friedman@chapman.com

Michael Friedman

on behalf of Unknown Austarity Group LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown The Master Trust Bank of Japan Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown HCN LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Southeastern Golf  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs SMC Credit Opportunities 2008 Fund  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Etoile Kaito & Co.  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Senator Global Opportunity Master Fund L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Overseas Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Ore Hill Hub Fund Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown CVF Lux Master S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs Credit Opportunities 2008 Master Fund  L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Taconic Opportunity Fund L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Hayman Capital Master Fund LP friedman@chapman.com

Michael Friedman

on behalf of Creditor JA Solar Holdings Co.  LTD friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman  Sachs & Co. friedman@chapman.com

Michael Friedman

on behalf of Unknown CVIC Lux Master friedman@chapman.com

Michael Friedman

on behalf of Unknown The Asahi Shinkin Bank friedman@chapman.com

Michael Friedman

on behalf of Creditor DK Acquisition Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown BKM Holdings (Cayman) Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown GHB LLC friedman@chapman.com

Michael Friedman

on behalf of Transferee Serengeti Rapax MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Nakanishi Gakuen friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Investors II  Inc. friedman@chapman.com

Michael Friedman

on behalf of Creditor Harpen Immobilien GmbH & Co. KG friedman@chapman.com

Michael Friedman

on behalf of Unknown Blue Angel Claims LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Chewton Capital Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor BDF Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Knight Capital Europe Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown SVMF 48  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Strategic Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Calogy Associates LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Offshore Investors  Inc. friedman@chapman.com

Michael Friedman

on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates friedman@chapman.com

Michael Friedman

on behalf of Creditor Harvest SS  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Sabretooth Master Fund  LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Farallon Capital Management  L.L.C. friedman@chapman.com

Michael Friedman

on behalf of Creditor Bacar Constructors  Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities International Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Morgan Stanley Bank International Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Mount Kellet Capital Management LP friedman@chapman.com

Michael Friedman

on behalf of Creditor CSS  LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor CVI CVF II Lux Master S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Illiquidx LLP friedman@chapman.com

Michael Friedman

on behalf of Unknown Attestor Value Master Fund LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Davidson Kempner Partners friedman@chapman.com

Michael Friedman

on behalf of Creditor M.H. Davidson & Co. friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Successal Group LP friedman@chapman.com

Michael Friedman

on behalf of Creditor Banc of America Securities Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Yorvik Partners LLP friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley & Co. International plc friedman@chapman.com

Michael Friedman

on behalf of Transferee Strategic Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Rowayton Loan Funding Company friedman@chapman.com

Michael Friedman

on behalf of Creditor Daiwa Securities Capital Markets Co. Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Farallon Capital Partners  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Raiffeisen Zentralbank Osterreich Aktiengesellschaft friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Credit Partners L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs Lending Partners  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Lycaon MM L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown CBW LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown COIF SPV 3/11  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown Delrang Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Maxis Corporation friedman@chapman.com

Michael Friedman

on behalf of Unknown Lataj Group LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Jefferies International Limited friedman@chapman.com

Michael Friedman

on behalf of Creditor Serengeti Partners L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Talamod Master Fund  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Burlington Loan Management Limited friedman@chapman.com

Michael Friedman

on behalf of Unknown Third Avenue Focused Credit Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Midtown Acquisitions L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Banc of America Securities LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Morgan Stanley & Co. Incorporated and affiliates friedman@chapman.com

Michael Friedman

on behalf of Unknown Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital Overseas Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities International Fund friedman@chapman.com

Michael Friedman

on behalf of Unknown Nihon Parkerizing Co.  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown BBVA (Suiza) S.A. friedman@chapman.com

Michael Friedman

on behalf of Unknown Panning Master Fund  LP friedman@chapman.com

Michael Friedman

on behalf of Unknown TCA Opportunity Investments S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Altuned Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Southeastern Golf  Inc. friedman@chapman.com

Michael Friedman

on behalf of Creditor Greywolf Capital friedman@chapman.com

Michael Friedman

on behalf of Unknown TCA Event Investments S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Unknown Bacar Constructors  Inc. friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners II  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown LMA SPC for and on Behalf of MAP 89 Segregated Portfolio friedman@chapman.com

Michael Friedman

on behalf of Creditor CommerzBank A.G. friedman@chapman.com

Michael Friedman

on behalf of Unknown Goldman Sachs Lending Partners LLC friedman@chapman.com

Michael Friedman

on behalf of Creditor Shinsei Securities Co.  Ltd friedman@chapman.com

Michael Friedman

on behalf of Creditor Bank of Mexico  S.A., Institucion de Banca Multiple, Grupo Financiero Bank of America
friedman@chapman.com

Michael Friedman

on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. friedman@chapman.com

Michael Friedman

on behalf of Creditor BLUE ANGEL CLAIMS  LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Alden Global Distressed Opportunities Master Fund  LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Serengeti Partners LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Davidson Kempner Distressed Opportunities Fund LP friedman@chapman.com

Michael Friedman

on behalf of Unknown Aglio Master Fund Limited friedman@chapman.com

Michael Friedman

on behalf of Creditor Merrill Lynch International friedman@chapman.com

Michael Friedman

on behalf of Unknown Yorvik Capital Ltd friedman@chapman.com

Michael Friedman

on behalf of Creditor Halcyon Structured Asset Mangement European CLO 2007-I B.V. friedman@chapman.com

Michael Friedman

on behalf of Creditor Special Value Master Fund  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs (Japan) Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Davidson Kempner International  Ltd. friedman@chapman.com

Michael Friedman

on behalf of Creditor Goldman Sachs International friedman@chapman.com

Michael Friedman

on behalf of Unknown EIK Banki Foroya P/F friedman@chapman.com

Michael Friedman

on behalf of Creditor The Royal Bank of Scotland plc friedman@chapman.com

Michael Friedman

on behalf of Creditor Farallon Capital Institutional Partners III  L.P. friedman@chapman.com

Michael Friedman

on behalf of Unknown Realclub Holdings LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Hudson Bay Master Fund Ltd. friedman@chapman.com

Michael Friedman

on behalf of Unknown RBS Securities Inc. friedman@chapman.com

Michael Friedman

on behalf of Unknown Morgan Stanley Capital Services LLC friedman@chapman.com

Michael Friedman

on behalf of Unknown Humerick Environmental Construction  Inc. friedman@chapman.com

Michael Friedman

Michael Friedman
on behalf of Creditor Longacre Capital Partner(QP) L.P. friedman@chapman.com

Michael Friedman
on behalf of Unknown TCA SPV I LLC friedman@chapman.com

Michael Friedman
on behalf of Creditor The Yamagata Bank friedman@chapman.com

Michael Friedman
on behalf of Unknown Morgan Stanley Credit Products Japan Co. Ltd. friedman@chapman.com

Michael Friedman
on behalf of Creditor Humerick Environmental Construction Inc. friedman@chapman.com

Michael Friedman
on behalf of Unknown JATRALEC CAPITAL LLC friedman@chapman.com

Michael Friedman
on behalf of Creditor Davidson Kempner Institutional Partners L.P. friedman@chapman.com

Michael Friedman
on behalf of Transferee Mount Kellett Master Fund II L.P. friedman@chapman.com

Michael Friedman
on behalf of Creditor Goldman Sachs & Co. friedman@chapman.com

Michael Friedman
on behalf of Unknown Dolphinsu Capital LLC friedman@chapman.com

Michael Garcia
on behalf of Unknown Delrang Holdings LLC mgarcia@nixonpeabody.com

Michael Garcia
on behalf of Creditor Realclub Holdings LLC mgarcia@nixonpeabody.com

Michael Levine
on behalf of Unknown Henry Grossman ml@levlaw.org

Michael Liberman
on behalf of Unknown Larsen & Toubro Infotech Ltd. nyma@ebglaw.com

Michael Tenenhaus
on behalf of Defendant Mulberry Street CDO Ltd. tenenhaus@sewkis.com

Michael Torkin
on behalf of Unknown Fortis Investment Management Belgium NV/SA michael.torkin@stblaw.com

Michael Torkin
on behalf of Creditor IKB International S.A. michael.torkin@stblaw.com

Michael Torkin
on behalf of Unknown DekaBank Deutsche Girozentrale michael.torkin@stblaw.com

Michael Torkin
on behalf of Creditor Silver Point Capital Offshore Fund Ltd michael.torkin@stblaw.com

Michael Torkin
on behalf of Creditor Ontario Teacher's Pension Plan Board michael.torkin@stblaw.com

Michael A. Cohen,
on behalf of Unknown Dow Corning Corporation jweber@curtis.com

Michael A. Fagone
on behalf of Unknown Citibank N.A., In Its Capacity As Trustee astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone
on behalf of Unknown Citibank N.A. astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone
on behalf of Creditor Hebron Academy Incorporated astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone
on behalf of Creditor Hebron Academy astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Fagone
on behalf of Creditor Wilmington Trust Company as Indenture Trustee astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Michael A. Paskin
on behalf of Defendant Credit Suisse AG mpaskin@cravath.com mao@cravath.com

Michael A. Paskin
on behalf of Defendant Credit Suisse International mpaskin@cravath.com mao@cravath.com

District/off: 0208-1                                    User: admin                                         Page 181 of 260
Date Rcvd: Oct 18, 2022                                Form ID: tranapl                                    Total Noticed: 1

Michael A. Paskin

on behalf of Defendant Credit Suisse (Europe) Ltd. mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin

on behalf of Defendant Credit Suisse Energy LLC mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin

on behalf of Transferee Credit Suisse AG  Cayman Islands Branch mpaskin@cravath.com, mao@cravath.com

Michael A. Paskin

on behalf of Defendant Credit Suisse Securities mpaskin@cravath.com  mao@cravath.com

Michael A. Paskin

on behalf of Defendant Credit Suisse Securities (USA) LLC mpaskin@cravath.com  mao@cravath.com

Michael A. Rollin

on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., mrollin@fostergraham.com,
amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Plaintiff Lehman Brothers Holdings Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Debtor Aurora Commercial Corp. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Plaintiff Lehman Brothers Holding Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Defendant American Home Equity Corporation mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates mrollin@fostergraham.com
amcclurg@fostergraham.com

Michael A. Rollin

on behalf of Debtor Lehman Brothers Holdings Inc. mrollin@fostergraham.com  amcclurg@fostergraham.com

Michael A. Rosenthal

on behalf of Foreign Representative Lehman Brothers Finance AG  in Liquidation mrosenthal@gibsondunn.com

Michael A. Rosenthal

on behalf of Unknown PricewaterhouseCoopers AG  Zurich mrosenthal@gibsondunn.com

Michael A. Shiner

on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh mshiner@tuckerlaw.com

Michael C. Lambert

on behalf of Creditor Pietro Ferrero mclambert@lawpost-nyc.com

Michael C. Lambert

on behalf of Attorney Gilmartin  Poster & Shafto LLP mclambert@lawpost-nyc.com

Michael C. Ledley

on behalf of Plaintiff Lehman Brothers Special Financing Inc. mledley@wmd-law.com

Michael C. Lynch

on behalf of Unknown JPMORGAN CHASE BANK  N.A. mlynch@kelleydrye.com, docketing@kelleydrye.com

Michael C. Lynch

on behalf of Defendant JPMORGAN CHASE BANK  N.A. mlynch@kelleydrye.com, docketing@kelleydrye.com

Michael C. Rakower

on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista mrakower@rakowerlaw.com

Michael D. Warner

on behalf of Creditor Highland Crusader Offshore Partners  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Highland Credit Strategies Master Fund  L.P., mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Highland Capital Management  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Longhorn Credit Funding  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Highland Credit Opportunities CDO  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Highland Credit Strategies Fund mwarner@pszjlaw.com  klabrada@pszjlaw.com

District/off: 0208-1                            User: admin                                    Page 182 of 260
Date Rcvd: Oct 18, 2022                         Form ID: tranapl                               Total Noticed: 1

Michael D. Warner

    on behalf of Creditor Highland CDO Opportunity Master Fund  L.P. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael E Grenert

    on behalf of Creditor James G. Lister mgrenert@grenertlaw.com

Michael E Grenert

    on behalf of Creditor Joseph Stefanik mgrenert@grenertlaw.com

Michael E. Petrella

    on behalf of Interested Party Eagle Mortgage Holdings  LLC et al. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

    on behalf of Interested Party Universal American Mortgage Company  LLC michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

    on behalf of Defendant Universal American Mortgage Company  LLC michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

    on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

    on behalf of Defendant Standard Pacific Mortgage  Inc. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Petrella

    on behalf of Interested Party Standard Pacific Mortgage  Inc. michael.petrella@cwt.com, nyecfnotice@cwt.com

Michael E. Salzman

    on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as
Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors salzman@hugheshubbard.com,
michael.salzman@hugheshubbard.com

Michael E. Salzman

    on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
salzman@hugheshubbard.com, michael.salzman@hugheshubbard.com

Michael E. Strauch

    on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant Bank of England mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant Allied Mortgage Group Inc. mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant Crestline Funding Corp. mstrauch@lashgoldberg.com  mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant Capital Bank Corporation  as successor by merger to TIB Bank mstrauch@lashgoldberg.com,
mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant First Equity Mortgage Bankers  Inc. mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael E. Strauch

    on behalf of Defendant Eagle Home Mortgage  LLC mstrauch@lashgoldberg.com, mvanhuss@lashgoldberg.com

Michael F. Murphy

    on behalf of Unknown Michigan State Housing Development Authority murphym2@michigan.gov  ballingerb1@michigan.gov

Michael F. Murphy

    on behalf of Plaintiff Michigan State Housing Development Authority murphym2@michigan.gov  ballingerb1@michigan.gov

Michael G. Burke

    on behalf of Interested Party Safety National Casualty Corporation mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

    on behalf of Defendant Principal Life Insurance Company mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

    on behalf of Creditor Government of Singapore Investment Corporation Pte Ltd. mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

    on behalf of Creditor Principal Life Insurance Company mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke

    on behalf of Creditor Delphi Financial Group  Inc. mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke

    on behalf of Creditor Government of Singapore Investment Corporation & Bevan Howard Asset Management  LLP
mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke
on behalf of Interested Party Safety National Casualty Corporation and Reliance Standard Life Insurance Company
mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Burke
on behalf of Creditor Brevan Howard Asset Management  LLP mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke
on behalf of Creditor American Municipal Power  Inc. mgburke@sidley.com, emcdonnell@sidley.com

Michael G. Burke
on behalf of Creditor Principal Global Investors (Europe) and Prinicipal Global Investors  LLC mgburke@sidley.com,
emcdonnell@sidley.com

Michael G. Burke
on behalf of Unknown Principal Life Insurance Co. mgburke@sidley.com  emcdonnell@sidley.com

Michael G. Wilson
on behalf of Unknown Merrill Lynch Capital Services  Inc. michaelgwilson@zoho.com

Michael H Greenblatt
on behalf of Transferee Paulson Enhanced LTD Laurie.Schwall@kayescholer.com

Michael H Greenblatt
on behalf of Transferee Paulson Credit Opportunities Master Ltd Laurie.Schwall@kayescholer.com

Michael H Greenblatt
on behalf of Transferee Gaius Special Situations Fund LP Laurie.Schwall@kayescholer.com

Michael H Greenblatt
on behalf of Transferee Paulson Partners Enhanced LP Laurie.Schwall@kayescholer.com

Michael H Greenblatt
on behalf of Transferee PBC Financing LLC Laurie.Schwall@kayescholer.com

Michael H Greenblatt
on behalf of Unknown c/o Livia Capital Partners Drusilla LLC Laurie.Schwall@kayescholer.com

Michael H. Cohn
on behalf of Creditor Accredited Home Lenders  Inc. bankruptcy@cohnroth.com, mcohn@cohnroth.com

Michael J Riela
on behalf of Unknown Latham & Watkins LLP mriela@yahoo.com

Michael J Riela
on behalf of Creditor Aurora Loan Services LLC mriela@yahoo.com

Michael J. Lichtenstein
on behalf of Defendant Wei Mortgage LLC f/k/a Wei Mortgage Corporation mjl@shulmanrogers.com
tlockwood@shulmanrogers.com

Michael J. Lichtenstein
on behalf of Defendant WEI Mortgage Corp. mjl@shulmanrogers.com  tlockwood@shulmanrogers.com

Michael J. Venditto
on behalf of Unknown BNY Corporate Trustee Services mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Unknown Galleon Buccaneer?s Offshore  Ltd mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Unknown The Bank of New York Mellon  as Trustee mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Defendant The Bank of New York Mellon Trust Co.  National Association mvenditto@reedsmith.com,
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Creditor AEGON USA Investment Management LLC mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Defendant The Bank of New York Mellon Corporation mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
on behalf of Unknown BNY Corporate Trustee Services Limited mvenditto@reedsmith.com
DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

District/off: 0208-1
Date Rcvd: Oct 18, 2022
User: admin
Form ID: tranapl
Page 184 of 260
Total Noticed: 1

on behalf of Unknown The Bank of New York Mellon  The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor The Bank of New York Mellon mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown BNY Mellon Corporate Trustee Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown Bank of New York Mellon mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNYM Corporate Trustee Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant BNY Corporate Trustee Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor Sybase  Inc. mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Attorney Reed Smith LLP mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant BNY Mellon Corporate Trustee Services Ltd. mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown Beryl Finance Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon Trust Company  N.A. mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNY Mellon Corporate Trustee Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant WINTRUST MORTGAGE CORPORATION  as successor by merger to SGB CORPORATION mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant American Home Bank  N.A., a Division of Graystone Tower Bank mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Cross-Claimant The Bank of New York Mellon Trust Co.  National Association mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor The Bank of New York Corporate Trustee Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant Wintrust Mortgage Corporation mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Creditor BNY Mellon Corporate Trust Services Limited mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Unknown The Bank of New York Mellon  as agent mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Defendant The Bank of New York Mellon National Association mvenditto@reedsmith.com DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto

on behalf of Interested Party Branch Banking and Trust Company  as successor by merger to National Penn Bank mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

District/off: 0208-1                                       User: admin                                    Page 185 of 260
Date Rcvd: Oct 18, 2022                                 Form ID: tranapl                                    Total Noticed: 1

Michael J. Venditto
                        on behalf of Interested Party American Home Bank  N.A., a Division of Graystone Tower Bank mvenditto@reedsmith.com,
                        DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
                        on behalf of Defendant Branch Banking and Trust Company  as successor by merger to National Penn Bank
                        mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
                        on behalf of Defendant Home Capital Funding  d/b/a Security One Lending mvenditto@reedsmith.com,
                        DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael James Edelman
                        on behalf of Creditor Pursuit Opportunity Fund I Master Ltd. mjedelman@vedderprice.com
                        ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com

Michael K. McCrory
                        on behalf of Unknown Grace Village Health Care Facilities  Inc. mmccrory@btlaw.com

Michael K. McCrory
                        on behalf of Unknown National Fellowship Brethren Retirement Homes  Inc. mmccrory@btlaw.com

Michael L. Schein
                        on behalf of Creditor William E. Noyes mschein@vedderprice.com
                        ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
                        on behalf of Creditor Colleen A. Noyes mschein@vedderprice.com
                        ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schleich
                        on behalf of Creditor TATA American International Corporation and TATA Consultancy Services Limited mschleich@fslf.com

Michael L. Schleich
                        on behalf of Unknown TATA Communications Services (America) Inc.  f/k/a VSNL America, Inc. mschleich@fslf.com

Michael L. Schleich
                        on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc. mschleich@fslf.com

Michael M. Krauss
                        on behalf of Creditor Black River Emerging Markets Credit Fund Ltd. michael.krauss@dlapiper.com
                        Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Attorney Faegre & Benson LLP michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Creditor Santa Fe Partners LLC michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Creditor Wells Fargo  N.A. michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Creditor Black River FIRV Opportunity Master Fund Ltd. michael.krauss@dlapiper.com
                        Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l. michael.krauss@dlapiper.com  Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Unknown Wells Fargo Bank  National Association michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Krauss
                        on behalf of Creditor Wells Fargo Bank  NA as Trustee michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Michael M. Yi
                        on behalf of Unknown Meridian Comp Of New York  Inc. D/B/A CHD Meridian Healthcare michaelyi@lacwkrr.com

Michael P. Burke
                        on behalf of Plaintiff Rosslyn LB Syndication Partner LLC mburke@wmd-law.com

Michael P. Burke
                        on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. mburke@wmd-law.com

Michael P. Burke
                        on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. mburke@wmd-law.com

Michael P. Burke
                        on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. mburke@wmd-law.com

Michael P. Burke
                        on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC mburke@wmd-law.com

Michael P. Burke
    on behalf of Plaintiff Lehman Commercial Paper  Inc. mburke@wmd-law.com

Michael P. Burke
    on behalf of Plaintiff Lehman Brothers Holdings Inc. mburke@wmd-law.com

Michael P. Burke
    on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC mburke@wmd-law.com

Michael P. Guta
    on behalf of Defendant Casey Securities  Inc. karlaortega@hill-law-offices.com

Michael P. Richman
    on behalf of Unknown Lehman Brothers Special Financing Inc. mrichman@steinhilberswanson.com
    hstroik@steinhilberswanson.com;5378539420@filings.docketbird.com

Michael P. Richman
    on behalf of Unknown Lehman Brothers Holdings Inc. mrichman@steinhilberswanson.com
    hstroik@steinhilberswanson.com;5378539420@filings.docketbird.com

Michael R. Dal Lago
    on behalf of Creditor Carmignac Gestion mike@dallagolaw.com

Michael R. Enright
    on behalf of Unknown Lewtan Technologies  Inc. menright@rc.com

Michael R. Enright
    on behalf of Unknown Property & Portfolio Research  Inc. menright@rc.com

Michael Robert Carney
    on behalf of Unknown Athilon Capital Corporation mcarney@carneypllc.com

Michael Robert Carney
    on behalf of Interested Party Athilon Capital Corporation mcarney@carneypllc.com

Michael S. Davis
    on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA mdavis@zeklaw.com, rguttmann@zeklaw.com

Michael S. Davis
    on behalf of Defendant American Home Assurance Company mdavis@zeklaw.com  rguttmann@zeklaw.com

Michael S. Davis
    on behalf of Unknown Chartis  U.S. mdavis@zeklaw.com, rguttmann@zeklaw.com

Michael S. Etkin
    on behalf of Interested Party Spiral Binding Company  Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Creditor Reliant Energy Services  Inc. and Reliant Energy Power Supply, LLC metkin@lowenstein.com,
    mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Interested Party LibertyView metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Creditor NRG Energy  Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
    Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P metkin@lowenstein.com,
    mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Creditor EnergyCo  LLC and EnergyCo Marketing and Trading metkin@lowenstein.com,
    mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Unknown Lead Plaintiff in the Mortgage Backed Securities Litigation metkin@lowenstein.com
    mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Creditor LibertyView Capital Management  LLC metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Unknown Andorra Banc Agricol Reig  S.A. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Unknown Lead Plaintiffs metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin
    on behalf of Interested Party Royal Park Investments SA/NV metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

District/off: 0208-1
User: admin
Page 187 of 260
Date Rcvd: Oct 18, 2022
Form ID: tranapl
Total Noticed: 1

on behalf of Creditor First Choice Power  L.P., EnergyCo Marketing and Trading, and Reliant Energy Power Supply, LLC metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown Boilermaker-Blacksmith National Pension Trust metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor PNMR Services Company and First Choice Power LP metkin@lowenstein.com mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown LibertyView metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor Spiral Binding Company Inc. metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor First Choice Power  L.P. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading  LLC) metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Creditor Boilermaker-Blacksmith National Pension Trust metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Interested Party First Choice Power  L.P., Reliant Energy Services, Inc. and Reliant Energy Power Supply, Inc. metkin@lowenstein.com, mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown Lead Plaintiffs and the MBS Class metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Interested Party Ameritas Life Insurance Corporation metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Etkin

on behalf of Unknown Lead Plaintiffs and the Class metkin@lowenstein.com  mseymour@lowenstein.com

Michael S. Feldberg

on behalf of Interested Party Barclays Capital  Inc. mfeldberg@reichmanjorgensen.com

Michael S. Kim

on behalf of Interested Party Kobre & Kim LLP michael.kim@kobrekim.com

Michael Steven Shuster

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities as Trustees for Certain Mortgage-Backed Securities Trust mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster

on behalf of Creditor U.S. Bank National Association  as Trustee mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster

on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain Mortgage-Backed Securities Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster

on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael Steven Shuster

on behalf of Interested Party Wilmington Trust Company and Wilmington Trust Association  solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts mshuster@hsgllp.com, crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael T. Conway

on behalf of Creditor Robert C. Dyer mconway@lpgmlaw.com

Michael T. Driscoll

on behalf of Defendant Mechanics Bank mdriscoll@sheppardmullin.com  ny-docketing@sheppardmullin.com

Michael T. Driscoll

on behalf of Defendant Prospect Mortgage  LLC mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll

on behalf of Defendant American Interbanc Mortgage  LLC mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll

on behalf of Defendant Banc of California  Inc., as successor by merger to Gateway Business Bank mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Driscoll

on behalf of Defendant Homebridge Financial Services  Inc. mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com

Michael T. Mervis

on behalf of Unknown Markit Group Limited mmervis@proskauer.com
mmervis@proskauer.com,michael-mervis-6970@ecf.pacerpro.com

Michael Y. Kwon,

on behalf of Unknown Recovery Partners Holdings I  LLC mkwon@ovedlaw.com

Michael Y. Kwon,

on behalf of Unknown CCP Credit Acquisition Holdings  LLC mkwon@ovedlaw.com

Michael Y. Kwon,

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. mkwon@ovedlaw.com

Michele Angell

on behalf of Interested Party Strongbow Fund Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Poet Advisors mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Prophet Capital Asset Management mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Whitebox Advisors LLC mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Creditor Tricadia Capital Management  LLC mangell@kasowitz.com, courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown Olifant Fund  Ltd. mangell@kasowitz.com, courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Tilden Park Capital Management LP mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Creditor BlueMountain Capital Management LLC and Affiliates mangell@kasowitz.com
courtnotices@kasowitz.com

Michele Angell

on behalf of Interested Party Deer Park Road Management Company  LP mangell@kasowitz.com, courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown FFI Fund Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Unknown FYI Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michelle Goldis

on behalf of Interested Party Quoniam Asset Management GmbH michelle.goldis@wilmerhale.com

Michelle McMahon

on behalf of Defendant St. Regis New York michelle.mcmahon@bryancave.com

Michelle A. Mendez

on behalf of Creditor Health Care Service Corporation mmendez@crb-law.com  kim@crb-law.com

Michelle Young Suh Park

on behalf of Defendant Shield Securities Ltd  michelle.park@freshfields.com

Michelle Young Suh Park

on behalf of Unknown Shield Securities Limited michelle.park@freshfields.com

Mitchell R. Berger

on behalf of Defendant Buckeye Tobacco Settlement Financing Authority mitchell.berger@squirepb.com
mitch-berger-3122@ecf.pacerpro.com

Mitchell R. Berger

on behalf of Creditor Buckeye Tobacco Settlement Financing Authority mitchell.berger@squirepb.com
mitch-berger-3122@ecf.pacerpro.com

Monika S. Wiener

on behalf of Creditor Various LBT Noteholders mwiener@jonesday.com

Monique J. Mulcare

on behalf of Transferor Lehman Brothers Securities Asia Limited (In Liquidation) mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Lehman Brothers Taiwan Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Lehman Brothers Netherlands Horizons B.V. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Barep Asset Managment (Ireland) Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferee BNP Paribas Securities Corp. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor ING Investment Managment CLO II  Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor The Northern Trust Company mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferee Credit Suisse Credit Strategies Liquidating Trust mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor The Joint & Several Liquidators Of Lehman Brothers Commercial Corporation Asia Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Unknown BNP Paribas Energy Trading GP mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Castlerigg Master Investments Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor ING Investment Managment CLO I  Ltd. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Transferor HKSCC Nominees Limited mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor BNP Paribas Energy Trading GP mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Creditor Bankinter S.A. mmulcare@mayerbrown.com

Monique J. Mulcare

on behalf of Unknown The Joint & Several Liquidators Of Lehman Brothers Asia Capital Company mmulcare@mayerbrown.com

Motty Shulman

on behalf of Interested Party BNP Paribas  London Branch MSHULMAN@BSFLLP.COM

Motty Shulman

on behalf of Defendant BNP Paribas  London Branch MSHULMAN@BSFLLP.COM

My Chi To

on behalf of Interested Party Rockefeller Group Development Corporation mcto@debevoise.com

My Chi To

on behalf of Interested Party Rockefeller Center North  Inc. mcto@debevoise.com

My Chi To

on behalf of Interested Party Rockefeller Center Management Corporation mcto@debevoise.com

My Chi To

on behalf of Interested Party Rock-Forty-Ninth LLC mcto@debevoise.com

N. Theodore Zink, Jr.

on behalf of Unknown Central Pacific Bank tzink@mccarthyfingar.com

N. Theodore Zink, Jr.

on behalf of Creditor Bayview Finacial  L.P. and Bayview Opportunity Master Fund, L.P. tzink@mccarthyfingar.com

Nathalie Baker

on behalf of Defendant Credit Suisse International nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Energy LLC nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Loan Funding LLC. nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse Securities nbaker@cravath.com  mao@cravath.com

Nathalie Baker

on behalf of Defendant Credit Suisse AG nbaker@cravath.com  mao@cravath.com

Nathan Haynes

on behalf of Defendant RJ Capital Services  Inc. haynesn@gtlaw.com

District/off: 0208-1                    User: admin                    Page 190 of 260
Date Rcvd: Oct 18, 2022                 Form ID: tranapl               Total Noticed: 1

Nathan Haynes
            on behalf of Defendant Raymond James Financial  Inc. haynesn@gtlaw.com

Nathan E. Jones
            on behalf of Creditor US Debt Recovery V  LP info@usdrllc.com

Nava Hazan
            on behalf of Interested Party Roche US DB Plans Master Trust nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Interested Party Mirabella nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Unknown McDermott Will & Emery LLP nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Interested Party Marie Papillon nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Interested Party Eskaton Properties  Incorporated nava.hazan@squirepb.com,
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Interested Party Marie J. Papillon nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Nava Hazan
            on behalf of Interested Party Crestview Capital Master LLC nava.hazan@squirepb.com
            sarah.conley@squirepb.com;nava-hazan-9062@ecf.pacerpro.com

Neal W. Cohen
            on behalf of Unknown Bouef Limited ncohen@halperinlaw.net

Neil E. Herman
            on behalf of Creditor Intercall  Inc. neil.herman@kirkland.com

Neil E. Herman
            on behalf of Creditor Cognizant Technology Solutions neil.herman@kirkland.com

Neil R Lieberman
            on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
            as Trustees for Certain Mortgage-Backed Securities Trust nlieberman@hsgllp.com,
            crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil R Lieberman
            on behalf of Trustee/Not Bankrupt US Bank National Association  soley in their capacity as Trustees for Certain
            Mortgage-Backed Securities Trusts nlieberman@hsgllp.com, crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil R Lieberman
            on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
            nlieberman@hsgllp.com, crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Neil S. Binder
            on behalf of Unknown CVIC Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Creditor DK Acquisition Partners  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
            on behalf of Unknown HCN LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Creditor Morgan Stanley Bank International Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Unknown Blue Angel Claims LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Unknown HLF LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Creditor CarVal GCF Lux Master S.a.r.l nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
            on behalf of Unknown CVF II LUX FINCO  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
            on behalf of Unknown CVI HH Investments LP nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF Lux Finco  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI GVF Lux 12 S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor P. Schoenfeld Asset Management nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Longacre Capital Partners (QP)  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown BKM Holdings (Cayman) Ltd. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Morgan Stanley Senior Funding  Inc. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CarVal GCF Lux Master S.a.r.l nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CVF III Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI AV Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown Goldman Sachs Lending Partners LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVF II LUX FINCO  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Longacre Capital Partner(QP)  L.P. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI AA Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVF Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CVF III Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CHVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC II Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI AA Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CHVF Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Millenium Management  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor Royal Bank of Scotland  plc nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVI CHVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVI CVF II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Unknown CVIC II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder

on behalf of Creditor CVIC Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVI CVF II Lux Securities Trading S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVI AA Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Unknown CVF Lux Finco  LLC nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor BDF Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Unknown Hightip Capital LLC nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVIC II Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor Field Point IV S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVI CVF III Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor Bank Of America  N.A. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor Empyrean Capital Partners  LP nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVI AV Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor Longacre Master Fund  Ltd. nbinder@binderschwartz.com, dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CarVal GCF Lux Securities S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Unknown CVF Lux Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil S. Binder
on behalf of Creditor Banc of America Securities Limited nbinder@binderschwartz.com  dclark@binderschwartz.com

Neil Sheehan Begley
on behalf of Transferee BKM Holdings (Cayman) Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Magnetar Global Event Driven Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Blackwell Partners LLC neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Hipparchus Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Magnetar Capital Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Empyrean Investments  LLC neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Morgan Stanley Senior Funding  Inc. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Blackwell Partners LLC neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Magnetar Global Event Driven Master Fund neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Spectrum Opportunities Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Magnetar Capital Master Fund  Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor N7522AA LLC neil.begley@srz.com

District/off: 0208-1                          User: admin                          Page 193 of 260
Date Rcvd: Oct 18, 2022                        Form ID: tranapl                      Total Noticed: 1

Neil Sheehan Begley
on behalf of Unknown BKM Holdings (Cayman) Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Compass Offshore HTV PCC Limited neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Magnetar Global Event Driven Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Magnetar Capital Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Wingspan Master Fund  LP neil.begley@srz.com

Neil Sheehan Begley
on behalf of Creditor Hipparchus Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Spectrum Opportunities Master Fund Ltd. neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Spectrum Opportunities Master Fund neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Hipparchus Master Fund Ltd neil.begley@srz.com

Neil Sheehan Begley
on behalf of Transferee Alpine Swift Master LP neil.begley@srz.com

Neil Sheehan Begley
on behalf of Unknown Compass HTV LLC neil.begley@srz.com

Neil Yahr Siegel
on behalf of Other Prof. Morrison Cohen LLP bankruptcy@morrisoncohen.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Loan Funding LLC. ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse International ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Securities ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse AG ncarullo@cravath.com  Mao@cravath.com

Nicholas Carullo
on behalf of Defendant Credit Suisse Energy LLC ncarullo@cravath.com  Mao@cravath.com

Nicholas M. Miller
on behalf of Interested Party Neal  Gerber & Eisenberg LLP nmiller@mcdonaldhopkins.com, kporter@mcdonaldhopkins.com

Nicholas P. Crowell
on behalf of Defendant UniCredit Bank AG  London Branch ncrowell@sidley.com,
nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Crowell
on behalf of Defendant PCA Life Assurance Co. Ltd. ncrowell@sidley.com
nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Crowell
on behalf of Defendant BlackRock  Inc. ncrowell@sidley.com, nyefiling@sidley.com;nicholas-crowell-8743@ecf.pacerpro.com

Nicholas P. Zalany
on behalf of Defendant Buckeye Tobacco Settlement Financing Authority nicholas.zalany@squirepb.com

Nicholas P. Zalany
on behalf of Creditor Buckeye Tobacco Settlement Financing Authority nicholas.zalany@squirepb.com

Nickolas Karavolas
on behalf of Unknown Union Bank  N.A. nkaravolas@phillipslytle.com, ddrons@phillipslytle.com

Nickolas Karavolas
on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP nkaravolas@phillipslytle.com  ddrons@phillipslytle.com

Nicole Stefanelli
on behalf of Creditor Wilmington Trust nstefanelli@lowenstein.com  nstefanelli@lowenstein.com

Nicole Stefanelli
on behalf of Creditor U.S. Bank National Association nstefanelli@lowenstein.com  nstefanelli@lowenstein.com

Nicole A Leonard
on behalf of Defendant Wilmington Trust  N.A., Trustee to Citibank, NA., as Trustee to Lehman XS Trust Mortgage
Pass-Through Certificates nleonard@mdmc-law.com, sshidner@mdmc-law.com

Nicole A Leonard
on behalf of Defendant Nationstar Mortgage LLC nleonard@mdmc-law.com  sshidner@mdmc-law.com

Nicole M. Fulfree
on behalf of Unknown Nationstar Mortgage LLC nfulfree@lowenstein.com

Nicole M. Fulfree
on behalf of Transferee NATIONSTAR MORTGAGE LLC nfulfree@lowenstein.com

Nils Edward Horning
on behalf of Creditor Cantor Fitzgerald Securities nhorning@cantor.com

Nolan E. Shanahan
on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh nshanahan@coleschotz.com  ssallie@coleschotz.com

Nolan E. Shanahan
on behalf of Creditor Federal Home Loan Bank of Pittsburgh nshanahan@coleschotz.com  ssallie@coleschotz.com

Nora Bojar
on behalf of Creditor Bank Of Montreal nbojar@fklaw.com  jshaw@fklaw.com

Oksana G. Wright
on behalf of Defendant Federal Home Loan Bank of New York owright@foxrothschild.com  hwrenn@foxrothschild.com

Olivia Italiano
on behalf of Plaintiff Lehman Brothers Holdings Inc. ojitaliano@norris-law.com

Omar-John C. Chavez
on behalf of Creditor John Dmuchowski ochavez@smithstratton.com

Omid H. Nasab
on behalf of Defendant Credit Suisse Securities onasab@cravath.com  mao@cravath.com

Omid H. Nasab
on behalf of Defendant Credit Suisse Loan Funding LLC. onasab@cravath.com  mao@cravath.com

Omid H. Nasab
on behalf of Defendant Credit Suisse AG onasab@cravath.com  mao@cravath.com

Omid H. Nasab
on behalf of Defendant Credit Suisse Energy LLC onasab@cravath.com  mao@cravath.com

Omid H. Nasab
on behalf of Defendant Credit Suisse International onasab@cravath.com  mao@cravath.com

Oren Buchanan Haker
on behalf of Creditor IHC Health Services Inc. oren.haker@stoel.com  kevin.mckenzie@stoel.com;docketclerk@stoel.com

Paige M Willan
on behalf of Defendant Syncora Guarantee Inc. pwillan@klehr.com

Pamela Rogers Chepiga
on behalf of Defendant KBC Financial Products UK Limited pamela.chepiga@newyork.allenovery.com
kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Defendant KBC Investments Limited pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Counter-Claimant KBC Financial Products UK Limited pamela.chepiga@newyork.allenovery.com
kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Counter-Claimant KBC Financial Products USA  Inc. pamela.chepiga@newyork.allenovery.com,
kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Defendant KBC Financial Products USA  Inc. pamela.chepiga@newyork.allenovery.com,
kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Counter-Claimant KBC Investments Cayman Islands V Limited pamela.chepiga@newyork.allenovery.com
kurt.vellek@allenovery.com

Pamela Rogers Chepiga
on behalf of Defendant Somers Dublin Ltd. A/C KBC Pledged to Lehman Brothers Finance SA
pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com

Pamela Rogers Chepiga

| | |
|---|---|
| | on behalf of Counter-Claimant KBC Investments Limited pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com |
| Pamela Rogers Chepiga | |
| | on behalf of Counter-Claimant Somers Dublin Ltd. A/C KBC Pledged to Lehman Brothers Finance SA pamela.chepiga@newyork.allenovery.com  kurt.vellek@allenovery.com |
| Pamela Rogers Chepiga | |
| | on behalf of Defendant KBC Investments Cayman Islands V Limited pamela.chepiga@newyork.allenovery.com kurt.vellek@allenovery.com |
| Pamela Smith Holleman | |
| | on behalf of Attorney Sullivan & Worcester LLP pholleman@eink.com |
| Pamela Smith Holleman | |
| | on behalf of Creditor Finlandia Group plc pholleman@eink.com |
| Parker J Milender | |
| | on behalf of Creditor Morgan Stanley Senior Funding  Inc. parker.milender@srz.com |
| Parker J Milender | |
| | on behalf of Unknown Morgan Stanley & Co. LLC parker.milender@srz.com |
| Pat Dixon | |
| | on behalf of Unknown Fulton County Tax Commissioner pat.dixon@fultoncountyga.gov Terry1.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov |
| Patricia Tomasco | |
| | on behalf of Defendant RGA Reinsurance Company  Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com |
| Patricia Tomasco | |
| | on behalf of Unknown GDF SUEZ Energy Marketing North America pattytomasco@quinnemanuel.com barbarahowell@quinnemanuel.com |
| Patricia H. Heer | |
| | on behalf of Creditor Aspecta Assurance International Luxembourg S.A. odmclean@duanemorris.com |
| Patricia H. Heer | |
| | on behalf of Unknown Pennsylvania Public School Employees' Retirement System odmclean@duanemorris.com |
| Patricia H. Heer | |
| | on behalf of Creditor Pennsylvania Public School Employees' Retirement System odmclean@duanemorris.com |
| Patricia Williams Prewitt | |
| | on behalf of Creditor Dynegy Power Marketing  Inc. Patti@pprewittlaw.com |
| Patrick Collins | |
| | on behalf of Unknown John Adair pcollins@farrellfritz.com |
| Patrick Collins | |
| | on behalf of Creditor Cargill Investment Group  Ltd. pcollins@farrellfritz.com |
| Patrick Collins | |
| | on behalf of Creditor CA  Inc. pcollins@farrellfritz.com |
| Patrick Maschio | |
| | on behalf of Creditor Carval GCF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Unknown York Global Finance BDH  LLC patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CarVal GCF Lux Master S.a.r.l patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CVI CVF II Lux Master S.a.r.l. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CVF Lux Finco  LLC patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CVF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CVI CVF III Lux Master S.a.r.l. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor Stone Lion Portfolio L.P. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Creditor CVIC Lux Master S.a.r.l. patrick.maschio@rimonlaw.com |
| Patrick Maschio | |
| | on behalf of Unknown CVI HH Investments LP patrick.maschio@rimonlaw.com |

Patrick Maschio
    on behalf of Creditor Wells Fargo Securities LLC patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor CVI CHVF Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor CVI GVF (Lux) Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor SL Liquidation Fund L.P. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor HHLF L.P. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor CVIC II Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Unknown Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor LLSM L.P. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor CVI AA Lux Master S.a.r.l. patrick.maschio@rimonlaw.com

Patrick Maschio
    on behalf of Creditor Permal Stone Lion Fund Ltd. patrick.maschio@rimonlaw.com

Patrick D. Oh
    on behalf of Creditor Deutsche Bundesbank patrick.oh@freshfields.com

Patrick D. Oh
    on behalf of Attorney Freshfields Bruckhaus Deringer US LLP patrick.oh@freshfields.com

Patrick D. Oh
    on behalf of Creditor HIgh Lodge patrick.oh@freshfields.com

Patrick D. Oh
    on behalf of Creditor Davy Darren patrick.oh@freshfields.com

Patrick D. Oh
    on behalf of Creditor CommerzBank A.G. patrick.oh@freshfields.com

Patrick D. Oh
    on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG; SLB Leasing-Fonds GmbH & Co Odin KG; SLB
    Leasing-Fonds GmbH & Co Thor KG; SLB Leasing-Fonds GmbH & Co Uranus KG patrick.oh@freshfields.com

Patrick J. Trostle
    on behalf of Examiner Anton R. Valukas trostle66@gmail.com  jessica.lopez@tklaw.com

Patrick J. Trostle
    on behalf of Attorney Jenner & Block LLP trostle66@gmail.com  jessica.lopez@tklaw.com

Patrick J. Trostle
    on behalf of Other Prof. Jenner & Block  LLP trostle66@gmail.com, jessica.lopez@tklaw.com

Patrick L. Hayden
    on behalf of Unknown The Toronto-Dominion Bank phayden@mcguirewoods.com

Patrick M. Connorton
    on behalf of Creditor Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher pconnorton@cohengresser.com

Paul Kizel
    on behalf of Creditor BlueMountain Capital Management LLC and Affiliates pkizel@lowenstein.com

Paul Kizel
    on behalf of Creditor Herbert W. Kwan pkizel@lowenstein.com

Paul Kizel
    on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
    Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P pkizel@lowenstein.com

Paul Kizel
    on behalf of Unknown Blue Mountain Credit Alternatives Master Fund L.P. pkizel@lowenstein.com

Paul Kizel
    on behalf of Creditor Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs pkizel@lowenstein.com

Paul Kizel
    on behalf of Creditor Christopher R. Manning pkizel@lowenstein.com

Paul Kizel
on behalf of Creditor Lehman Brothers Mortgage Backed Securities Litigation Lead Plaintiff pkizel@lowenstein.com

Paul Kizel
on behalf of Creditor Libertyview Capital Management LLC and Certain Affiliated Funds pkizel@lowenstein.com

Paul Kizel
on behalf of Creditor BlueMountain Credit Alternatives Master Fund  L.P. pkizel@lowenstein.com

Paul Rubin
on behalf of Defendant Hamilton Home Loans  Inc. prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Paul Vizcarrondo, Jr.
on behalf of Unknown JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul Vizcarrondo, Jr.
on behalf of Creditor JP Morgan Chase Bank N.A. pvizcarrondo@wlrk.com  calert@wlrk.com

Paul Vizcarrondo, Jr.
on behalf of Defendant JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul Vizcarrondo, Jr.
on behalf of Counter-Claimant JPMORGAN CHASE BANK  N.A. pvizcarrondo@wlrk.com, calert@wlrk.com

Paul A. Batista
on behalf of Creditor Unclaimed Property Recovery Service  Inc. batista007@aol.com

Paul A. Batista
on behalf of Unknown Unclaimed Property Recovery Service  Inc. batista007@aol.com

Paul A. Rachmuth
on behalf of Creditor BCP Voyager Master Funds SPC  Ltd. paul@paresq.com

Paul B. Haskel
on behalf of Unknown SVP Acquisitions  LLC phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro

Paul B. Haskel
on behalf of Unknown Goldman  Sachs & Co. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro

Paul B. Haskel
on behalf of Unknown Wilmot Yards  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown TCA Event Investments S.a.r.l. phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Fifth Street Station LLC phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Astatine III  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Goldman Sachs Lending Partners LLC phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Emery 68  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Creditor Jefferies Leveraged Credit Products  LLC phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Oriole Birch  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown TCA Opportunity Investments S.a.r.l. phaskel@crowell.com
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Creditor Morgan Stanley Senior Funding  Inc. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
on behalf of Unknown Wingspan Master Fund  LP phaskel@crowell.com,

RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
            on behalf of Unknown Javano Management  L.L.C. phaskel@crowell.com,
            RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
            on behalf of Unknown Morgan Stanley Senior Funding  Inc. phaskel@crowell.com,
            RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. Haskel
            on behalf of Unknown Fifth Street Station LLC phaskel@crowell.com
            RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Paul B. O'Neill
            on behalf of Unknown York Capital Management  L.P. boneill@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Paul B. O'Neill
            on behalf of Defendant Lehman Brothers Holdings Inc. boneill@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Paul B. O'Neill
            on behalf of Debtor Lehman Brothers Holdings Inc. boneill@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Paul Bartholomew Green
            on behalf of Plaintiff Lehman Brothers Special Financing Inc. bartgreen@jonesday.com

Paul F Condzal
            on behalf of Creditor Miller Advertising Agency  Inc. Paul@Condzal-law.com

Paul H. Silverman
            on behalf of Creditor Corporate Park Associates Inc. PSilverman@mclaughlinstern.com

Paul J. Labov
            on behalf of Creditor Pacific Life Insurance Company plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Interested Party The Beaver Country Day School plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Interested Party The Charles River School plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Creditor Nicholas W. Lazares plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Interested Party Massachusetts Development Finance Agency plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Creditor Stephen J. Friedman plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Creditor Richard N. Wayne plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Intervenor ERP Operating Limited Partnership plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Creditor OM Financial Life Insurance Company plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
            on behalf of Interested Party Massdevelopment/Saltonstall Building Redevelopment Corporation plabov@pszjlaw.com
            plabov@foley.com

Paul J. Ricotta
            on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC pjricotta@mintz.com
            docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul J. Ricotta
            on behalf of Interested Party Teva Pharmaceutical Works Company pjricotta@mintz.com
            docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul J. Ricotta
            on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company pjricotta@mintz.com
            docketing@mintz.com,paul-ricotta-3134@ecf.pacerpro.com

Paul L. Ratelle
            on behalf of Creditor Bremer Financial Corporation pratelle@fwhtlaw.com

Paul M. Basta
            on behalf of Unknown Adams Mark Mezz Holdings LLC pbasta@paulweiss.com

Paul M. Basta
            on behalf of Unknown LBREP Lakeside SC Master I  LLC pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II  L.P. pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners II pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown CapStar Copley LLC pbasta@paulweiss.com

Paul M. Basta

on behalf of Creditor Lehman Brothers Real Estate Partners III pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown Lehman Brothers Real Estate Partners III pbasta@paulweiss.com

Paul M. Basta

on behalf of Unknown Lehman Brothers Real Estate Mezzanine Partners  L. P. pbasta@paulweiss.com

Paul N. Silverstein

on behalf of Creditor SPCP Group L.L.C. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Thoroughbred Master Ltd paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CSCP Credit Acquisition Holdings Luxco  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CSCP II ACQUISITION LUXCO  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee Strategic Value Master Fund  Ltd. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Strategic Value Special Situations Master Fund II  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Centerbridge Special Credit Partners  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee Credit Suisse Loan Funding LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Transferee The Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor KT Credit LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown RBS Securities Inc. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Silver Point Capital Fund  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Credit Suisse International paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CCP Credit Acquisition Holdings  LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Strategic Value Special Situations Master Fund  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Creditor Royal Bank of Scotland  plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown The Royal Bank of Scotland plc paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Centerbridge Special Credit Partners  L.P. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown CCP Credit Acquisition Holdings Luxco  SARL paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown JPMORGAN CHASE BANK  N.A. paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Palomino Fund Limited paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Unknown Recovery Partners Holdings I  LLC paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Appaloosa Investment L.P. 1 paulsilverstein@huntonak.com

Paul N. Silverstein

on behalf of Interested Party Thoroughbred Fund L.P. paulsilverstein@huntonak.com

Paul R. DeFilippo

on behalf of Unknown Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holdings  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Luxembourg Residential Properties Loan Finance S.a.r.l. pdefilippo@wmd-law.com
jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Debtor Lehman Brothers Holdings Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Commercial Paper  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff REPE ARCHSTONE GP HOLDINGS  LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Derivative Products Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l. pdefilippo@wmd-law.com
jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Unknown IPC Systems  Inc. pdefilippo@wmd-law.com, jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Sola Ltd. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holding Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Special Financing Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff Lehman Brothers Holdings Inc. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff LUXEMBOURG TRADING FINANCE S.a.r.l. pdefilippo@wmd-law.com  jgiampolo@wmd-law.com

Paul R. Franke, III

on behalf of Defendant Cherry Creek Mortgage Co.  Inc. paul.franke@moyewhite.com, Vickie.Yeomans@moyewhite.com

Paul R. Franke, III

on behalf of Creditor Cherry Creek Mortgage Co Inc paul.franke@moyewhite.com  Vickie.Yeomans@moyewhite.com

Paul S. Hessler

on behalf of Unknown Lehman Brothers International (Europe) (in administration) paul.hessler@linklaters.com
brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Unknown Storm Funding Limited paul.hessler@linklaters.com  brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) paul.hessler@linklaters.com
brenda.diluigi@linklaters.com

Paul S. Hessler

Paul S. Hessler

on behalf of Unknown LB UK Financing Limited (in administration) paul.hessler@linklaters.com  brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Unknown Unknown paul.hessler@linklaters.com  brenda.diluigi@linklaters.com

Paul S. Hessler

on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) paul.hessler@linklaters.com
brenda.diluigi@linklaters.com

Paul V. Shalhoub

on behalf of Creditor S.A.C. Global Macro Fund  LLC maosbny@willkie.com, pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Creditor Millennium International  Ltd. maosbny@willkie.com, pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Creditor Christoph Henkel maosbny@willkie.com  pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Creditor Sigma Fixed Income Fund  Ltd. maosbny@willkie.com, pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Plaintiff Structured Asset Securities Corporation maosbny@willkie.com  pshalhoub@willkie.com

Paul V. Shalhoub

on behalf of Creditor Quantum Partners LP maosbny@willkie.com  pshalhoub@willkie.com

Peter Feldman

on behalf of Creditor The Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com,
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Defendant Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com,
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Interested Party Lloyds TSB Bank plc pfeldman@otterbourg.com
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Unknown Federal Deposit Insurance Corporation  as Receiver of Westernbank Puerto Rico
pfeldman@otterbourg.com, awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Unknown FDIC  as Receiver of Westernbank Puerto Rico pfeldman@otterbourg.com,
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Creditor Mitsubishi UFJ Securities International PLC pfeldman@otterbourg.com
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Feldman

on behalf of Unknown The Bank of Tokyo-Mitsubishi UFJ  Ltd. pfeldman@otterbourg.com,
awilliams@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com

Peter Jaffe

on behalf of Defendant Shield Securities Ltd  peter.jaffe@freshfields.com

Peter Janovsky

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA PJanovsky@zeklaw.com,
mantonivich@zeklaw.com

Peter Janovsky

on behalf of Defendant American Home Assurance Company PJanovsky@zeklaw.com  mantonivich@zeklaw.com

Peter Munro

on behalf of Plaintiff Lehman Brothers Special Financing Inc. petermunro@quinnemanuel.com

Peter Munro

on behalf of Plaintiff Lehman Brothers Commodity Services Inc. petermunro@quinnemanuel.com

Peter Munro

on behalf of Plaintiff Lehman Brothers Commercial Corp. petermunro@quinnemanuel.com

Peter Munro

on behalf of Plaintiff Lehman Brothers Holdings Inc. petermunro@quinnemanuel.com

Peter Sverd

on behalf of Defendant Family Mortgage Inc. psverd@sverdlawfirm.com

Peter A. Ivanick

on behalf of Defendant SCOR Reinsurance Company peter.ivanick@hoganlovells.com

Peter A. Ivanick

on behalf of Unknown CCP Credit Acquisition Holdings  LLC peter.ivanick@hoganlovells.com

Peter A. Ivanick

on behalf of Unknown Centerbridge Special Credit Partners II  L.P. peter.ivanick@hoganlovells.com

Peter Alan Zisser

on behalf of Creditor SBA Communications Corporation  U.S. Bank National Association, Singapore Airlines, Limited, HSBC Realty Credit Corporation (USA), Carlton Willard Homes, Inc. Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor SAS Institute  Inc. Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor HSBC Realty Credit Corporation(USA) Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor ITOCHU Corporation Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor U.S. Bank National Association Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor SBA Communications Corporation Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor Singapore Airlines  Limited Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor Monument Realty LLC Lawzisser@twcny.rr.com

Peter Alan Zisser

on behalf of Creditor Carlton Willard Homes  Inc. Lawzisser@twcny.rr.com

Peter D. Isakoff,

on behalf of Plaintiff Lehman Brothers Holdings Inc. peter.isakoff@weil.com

Peter D. Isakoff,

on behalf of Plaintiff Lehman Brothers Commercial Corporation peter.isakoff@weil.com

Peter John Barrett

on behalf of Creditor Merrill Lynch Portfolio Management  Inc. and Merrill Lynch Capital Services, Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter John Barrett

on behalf of Defendant Windstream Iowa Communications  Inc., (f/k/a Iowa Telecommunications Services, Inc.), peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter John Barrett

on behalf of Unknown Merrill Lynch Portfolio Management  Inc. and Merrill Lynch Capital Services, Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Peter L. Simmons

on behalf of Creditor Federal Home Loan Bank of Atlanta peter.simmons@friedfrank.com

Peter Michael Wade

on behalf of Defendant Richard O'Toole pwade@gibsondunn.com

Peter Michael Wade

on behalf of Defendant The Related Companies Inc. pwade@gibsondunn.com

Peter Michael Wade

on behalf of Defendant Rosegreen Trust pwade@gibsondunn.com

Peter Nils Baylor

on behalf of Creditor Nutter  McClennen & Fish LLP pnb@nutter.com

Peter S. Partee, Sr.

on behalf of Creditor Bank of America  National Association, Successor by Merger to LaSalle Bank, N.A. ppartee@huntonak.com

Peter S. Partee, Sr.

on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National Association ppartee@huntonak.com

Peter T. Barbur

on behalf of Defendant Credit Suisse Loan Funding LLC. pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse Energy LLC pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse International pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse Securities pbarbur@cravath.com  mao@cravath.com

Peter T. Barbur

on behalf of Defendant Credit Suisse AG pbarbur@cravath.com  mao@cravath.com

Peter V. Pantaleo

on behalf of Unknown Simpson Thacher & Bartlett LLP ppantaleo@stblaw.com

Philip Kaufler

on behalf of Unknown Jeffrey P Eves philip@kauflerlaw.com

Philip Anthony Wells

on behalf of Creditor Sankaty Credit Opportunities III  L.P. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Newtonville Partners L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Creditor Sankaty Special Situations I  L.P. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Bretton Notch Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Harrison Pastures  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee RLT Holdings 2008-2  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Whatley Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Baupost Group Securities L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown HB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Sacamano Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Merrick Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown PB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Maximilian Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Jackson Canyon Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Eldorado Brothers  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Caturra Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 B-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Seaworth Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- I philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee El Dorado Brothers  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 C-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Swearengen Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Fairley Way  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Sunken Ledge  LLC philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown YB Institutional Limited Partnership philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Maximilian Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Dylan Creek  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Limited Partnership 1983 A-1 philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Baupost Group Securities  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Mallard Way  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Nelson Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Zombrano Capital  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Hickok Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Vincent Place  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Creditor ELSF 3 Apollo Blocker Ltd. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Shafer Fund  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- III philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Wooderson Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Baupost Value Partners  L.P.- II philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Redpath Associates  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Transferee Lamorak Advisors  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown LBCCO-1  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Lagan Partners  L.L.C. philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Tolliver Place  LLC philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown BKS Claims LLC philip.wells@ropesgray.com

Philip Anthony Wells

on behalf of Unknown Chester Square  L.L.C. philip.wells@ropesgray.com

Philip D. Anker

on behalf of Interested Party Varde Investment Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Creditor Varde Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Creditor Banque Populaire Cote d'Azur philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Interested Party International Swaps and Derivatives Association  Inc. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Unknown Varde Investment Partners  L.P. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip J. Gross

on behalf of Unknown Nationstar Mortgage LLC pgross@lowenstein.com

Philip John Nichols

on behalf of Creditor President Securities (Hong Kong) Limited pnichols@philipjohnnichols.com

Philip R. Schatz

on behalf of Defendant Buck Institute for Age Research pschatz@wmd-law.com  philip.schatz@mac.com

Philip Rogers Stein

on behalf of Defendant Sun West Mortgage Company  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant CTX Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Arlington Capital Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Windsor Capital Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Colonial Savings  F.A. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Paramount Residential Mortgage Group  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Gateway Mortgage Group  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Unknown Luxury Mortgage Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Eagle Mortgage Holdings  LLC et al. Universal American Mortgage Company LLC, Standard Pacific
Mortgage, Inc. TBI Mortgage , DHI Mortgage Company Ltd., Mountain West Financial, Inc., Shea Mortgage Inc.
pstein@bilzin.com, mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant SUN AMERICAN MORTGAGE COMPANY pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Standard Pacific Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Eagle Home Mortgage  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Crestline Funding Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant E*TRADE Bank pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Shea Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant OAKTREE FUNDING CORP. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant TBI Mortgage Company f/k/a Westminster Mortgage Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant REPUBLIC STATE MORTGAGE CO.  individually and as successor by merger to Union Trust Mortgage
Corporation pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Allied Mortgage Group  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Capital Bank Corporation  as successor by merger to TIB Bank pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party Direct Mortgage  Corp. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant First Equity Mortgage Bankers  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Luxury Mortgage Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Atlantic Bay Mortgage Group  L.L.C. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Crestline Funding Corp. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Universal American Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Standard Pacific Mortgage  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Bank of England pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant DHI Mortgage Company  Ltd. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Mountain West Financial  Inc. pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Interested Party CTX Mortgage Company  LLC pstein@bilzin.com,
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant LHM Financial Corporation pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant SAAB Financial Corp pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Allied Mortgage Group Inc. pstein@bilzin.com
mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein

on behalf of Defendant Shea Mortgage Inc. pstein@bilzin.com

mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc. pstein@bilzin.com,
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Freedom Mortgage Corporation pstein@bilzin.com
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Southern Oaks Mortgage Inc pstein@bilzin.com
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Interested Party PrimeLending  a PlainsCapital Company pstein@bilzin.com,
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Interested Party Universal American Mortgage Company  LLC pstein@bilzin.com,
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Sun American Mortgage Company pstein@bilzin.com
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Plaintiff Lehman Brothers Holdings Inc. pstein@bilzin.com
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Patriot Mortgage Co.  Inc. pstein@bilzin.com,
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip Rogers Stein
 on behalf of Defendant Oaktree Funding Corp. pstein@bilzin.com
 mavin@bilzin.com;eservice@bilzin.com;phil-stein-5607@ecf.pacerpro.com;MOssorio@bilzin.com

Philip W. Allogramento, III
 on behalf of Creditor Delaware Life Insurance Company pallogramento@connellfoley.com

Phillip W. Bohl
 on behalf of Defendant MoneyGram Securities LLC phillip.bohl@lathropgpm.com

Pieter Van Tol
 on behalf of Creditor Thomas Marsoner pieter.vantol@hoganlovells.com  marie.ferrara@hoganlovells.com

R. Stephen Painter, Jr.
 on behalf of Unknown Commodity Futures Trading Commission spainter@cftc.gov

Rachel Freeman
 on behalf of Creditor Melvyn J. Colby rfreeman@dealysilberstein.com

Rachel Izower-Fadde
 on behalf of Defendant Mortgage World Bankers  Inc. rizower@izowerfeldman.com, pmarkou@izowerfeldman.com

Rachel G. Skaistis
 on behalf of Defendant Credit Suisse International rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis
 on behalf of Defendant Credit Suisse AG rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis
 on behalf of Defendant Credit Suisse Securities rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis
 on behalf of Defendant Credit Suisse Energy LLC rskaistis@cravath.com  mao@cravath.com

Rachel G. Skaistis
 on behalf of Defendant Credit Suisse Loan Funding LLC. rskaistis@cravath.com  mao@cravath.com

Rachel J. Mauceri
 on behalf of Defendant Susquehanna Bank rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri
 on behalf of Defendant The Lincoln National Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri
 on behalf of Defendant First Northern Bank and Trust Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri
 on behalf of Defendant Country Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rachel J. Mauceri

on behalf of Defendant Lincoln National Life Insurance Company rmauceri@rc.com  cmarcovecchio@rc.com

Rafael J. Valdes

on behalf of Unknown Banco Interior de Sao Paulo  S.A. rvaldes@astidavis.com

Ralph I. Miller

on behalf of Defendant Lehman Brothers Holding Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Defendant Lehman Brothers OTC Derivatives Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Plaintiff Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Plaintiff Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Plaintiff Lehman Brothers Commodity Services  Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Debtor Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special
Financing Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Defendant Lehman Brothers Holdings Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Plaintiff Lehman Brothers Financial Products Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Counter-Defendant Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman
Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Defendant Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph I. Miller

on behalf of Unknown Clerk's Office of the United States Bankruptcy Court ralph.miller@weil.com

Ralph I. Miller

on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Ralph M. Stone

on behalf of Creditor Karl Ernsdoerfer rstone@lawssb.com

Ralph M. Stone

on behalf of Unknown Karolina Bernhard rstone@lawssb.com

Randall Rainer

on behalf of Plaintiff Lehman Brothers Special Financing Inc. rrainer@wmd-law.com

Randall Rainer

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC rrainer@wmd-law.com

Randall H Romero

on behalf of Defendant LHM Financial Corporation rromero@americanmlg.com

Randolph E. White

on behalf of Unknown Fondo de Proteccion Social de los Depositos Bancarios rwhite@wwlawgroup.com
randolphewhite@aol.com

Randy Lewis Martin

on behalf of Unknown Maverick Fund USA  Ltd. randall.martin@shearman.com,
Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
om

Randy Lewis Martin

on behalf of Unknown Maverick Fund II  Ltd. randall.martin@shearman.com,
Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
om

Randy Lewis Martin

on behalf of Unknown Maverick Neutral Levered Fund  Ltd. randall.martin@shearman.com,
Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.c
om

Randy Lewis Martin

on behalf of Unknown Maverick Long Enhanced Fund  Ltd. randall.martin@shearman.com,

Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Randy Lewis Martin

on behalf of Unknown Maverick Neutral Fund  Ltd. randall.martin@shearman.com, Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Randy Lewis Martin

on behalf of Unknown Maverick Fund  L.D.C. randall.martin@shearman.com, Parul.Bhatia@Shearman.com,Courtalert@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Raniero D'Aversa

on behalf of Creditor Shinsei Securities Co.  Ltd rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Amias Berman & Co LLP rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor South Ferry Capital Master Fund Ltd. rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Depfa Bank plc rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Method Investment and Advisory rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Unknown Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. rdaversa@orrick.com mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Method Investments & Advisory Ltd rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Ray A. Mandlekar

on behalf of Plaintiff Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Chun Ip e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Ka Kin Wong e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Ka Kin Wong e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Chun IP e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Sing Heung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Lai Mei Chan e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Chun Ip e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Jin Liu e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Unknown Yin Ying Leung e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Interested Party Siu Lui Ching e_file_sd@csgrr.com

Ray A. Mandlekar

on behalf of Plaintiff Ka Kin Wong e_file_sd@csgrr.com

Raymond W Verdi, Jr

on behalf of Interested Party Barclays Capital  Inc. rwvlaw@yahoo.com

Rebecca A. Rodriguez

on behalf of Defendant The Crossfire Financial Network Inc. rebecca.rodriguez@nelsonmullins.com
jenny.sica@gray-robinson.com

Rene S. Roupinian

on behalf of Plaintiff ALEXANDER LEYTMAN rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian

on behalf of Plaintiff Miron Berenshteyn rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian

on behalf of Creditor CYNTHIA SWABSIN rsr@raisnerroupinian.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene S. Roupinian

on behalf of Plaintiff CYNTHIA SWABSIN rsr@outtengolden.com
warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Richard Kanowitz

on behalf of Creditor AboveNet Communications Inc. richard.kanowitz@haynesboone.com  efiling-notice@ecf.pacerpro.com

Richard A. Graham

on behalf of Transferee Sparkasse Hannover rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Unknown Certain Members and Customers of the Members of the Deutscher Sparkassen und Giroverband
rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Transferee Sparkasse Giessen rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Interested Party SRM Global Master Fund LP rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Transferee Frankfurter Sparkasse rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Unknown Attestor Capital LLP rgraham@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard A. Graham

on behalf of Creditor Acumen Fund  Inc. rgraham@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

Richard B. Levin

on behalf of Defendant Credit Suisse Energy LLC rlevin@jenner.com

Richard B. Levin

on behalf of Unknown BLT-39 LLC rlevin@jenner.com

Richard B. Levin

on behalf of Defendant Credit Suisse AG rlevin@jenner.com

Richard B. Levin

Richard B. Levin
on behalf of Defendant Credit Suisse International rlevin@jenner.com

on behalf of Defendant Credit Suisse Securities rlevin@jenner.com

Richard C. Tisdale
on behalf of Creditor Commonwealth Bank of Australia richard.tisdale@friedfrank.com

Richard C. Tisdale
on behalf of Unknown Bridgewater Associates  LP richard.tisdale@friedfrank.com

Richard F. Hahn
on behalf of Interested Party Parkcentral Global Hub Limited rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn
on behalf of Unknown D.E. Shaw & Co.  L.P. rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn
on behalf of Unknown D.E. Shaw & Co. L.L.C. rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard F. Hahn
on behalf of Unknown The Minami-Nippon Bank Limited rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Richard G. Menaker
on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. rmenaker@mhjur.com

Richard G. Menaker
on behalf of Plaintiff James W. Giddens rmenaker@mhjur.com

Richard G. Ziegler
on behalf of Creditor MPC Munchmeyer Petersen Structured Products Gmbh rziegler@mayerbrown.com rziegler@mayerbrown.com

Richard J Bernard
on behalf of Creditor Metavante Corporation richard.bernard@faegredrinker.com

Richard J Bernard
on behalf of Unknown Investec Bank (Switzerland) AG richard.bernard@faegredrinker.com

Richard J. Flanagan,
on behalf of Unknown Interface Cable Assemblies and Services Corp. a/k/a ICAS rflanagan@flanaganlawny.com

Richard J. McCord
on behalf of Creditor Thomson C. Murray  Jr. RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
on behalf of Unknown Monti Family Holding Company  Ltd RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. Schager, Jr.
on behalf of Creditor Sarah J Lewis schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Karen M. Simon Krieger schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Barry Porter schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Alvaro Santodomingo Martel schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Maria Anagnostopoulos schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor John B Quattrocchi schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Patrick Cremin schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Michael Gran schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Hugh M. McGee schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Neil Dubrow schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Sandra M. Hahn-Colbert schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Paola Biraschi schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Paola Biraschi schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Blayne M Ross schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor William S Broadbent schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Jennifer Becker schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Sandra Hahn-Colbert schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Sara Minsteris schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Michael Whang schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Karen H. Brewer schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Michael K. McCully schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Paul Nigel Shotton schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Louise Goldberg schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Nancy J Stanton schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor GUILLEMETTE CALLIES schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Yeruchim Levilev schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Fabio Liotti schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Wendy M Uvino schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Helmut Olivier schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Nicholas P Howard schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Harriet Chan King schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Patricia Salles schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Unknown Margaret E. Smith schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Jeffrey Wecker schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Gregory D. Feller schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Craig O Benson schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Steven Schwab schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor John Laurino schager@ssnylaw.com

Richard J. Schager, Jr.
    on behalf of Creditor Dana A Feller schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Paul C Acerra schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor John D Marzonie schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Andrea Sullivan schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Karen M. Simon Krieger schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Christiane Schuster schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Stamell & Schager LLP schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Steven D Christie schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Nestor DeJesus schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Timothy B. Wil;kinson schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Norman Siegel schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Ian W. Anderson schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown David Brooks schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Brian Seward schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Kenneth F Kollar schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Tracy A Mullen schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Wendy M Uvino schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Paola Birashi schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Stephen J Snelling schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Dana Feller schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Joseph G. D'amadeo schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Steven Engel schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Michael Gran schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Richard Peters schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Kathleen R. Sorensen schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor Pierluigi Volini schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Creditor GREGG W. HAWES schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown Gregg Somma schager@ssnylaw.com

Richard J. Schager, Jr.
on behalf of Unknown David J. Brooks schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor David J. Brooks schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Judith Winchester schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Tal Lev Ari schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Lawrence E. McCarthy schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Anshuman Goyal schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Ross Shapiro schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Roberto Frazao schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Bridget E O'Connor schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Michael Thomas Engle schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Jennifer Adler schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Robert W Lazarus schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Gregg W. HAWES schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Michael S. Glover schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Gregg Somma schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Luigi Zeppetelli schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Thomas O'Sullivan schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Charles B Rudnick schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Harriet Chan King schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Peter Ward schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Patricia M. Luken schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Michael S. Glover schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Margaret L. Smith schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Martin Patterson schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Michael K. McCully schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Unknown Guillemette Callies schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Antoinette E La Belle schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Julian Iragorri schager@ssnylaw.com

Richard J. Schager, Jr.
                        on behalf of Creditor Sandy Fleischman Richman schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor John J. Dmuchowski schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Unknown Colin S.A. Welch schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Craig Kornett schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Unknown Milan Veleba schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Peter G Kollydas schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Ian A. Neville schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Unknown Nestor De Jesus schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Unknown Adrian Graves schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Kathleen Ann Wojcik schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Unknown Michael J. Petrucelli schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Jack L. Rivkin schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Michael J Mullen schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Michael Collier schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor Paul Gasparro schager@ssnylaw.com

Richard J. Schager, Jr.
            on behalf of Creditor COLIN S.A. WELCH schager@ssnylaw.com

Richard J.J. Scarola
            on behalf of Unknown Certain Participants in the Executive and Select Employees Plan of Shearson Lehman Brothers  Inc.
            rjjs@szslaw.com, az@szslaw.com,mv@szslaw.com,eo@szslaw.com

Richard L. Epling
            on behalf of Unknown Banc of America Credit Products  Inc. richard.epling@pillsburylaw.com

Richard M. Goldman
            on behalf of Unknown Farallon Capital Partners  L.P. rgoldman@ecf.inforuptcy.com

Richard M. Goldman
            on behalf of Unknown FCPLP rgoldman@ecf.inforuptcy.com

Richard M. Meth
            on behalf of Creditor Community Trust Bancorp Inc. msteen@foxrothschild.com

Richard M. Meth
            on behalf of Interested Party MidCountry Bank msteen@foxrothschild.com

Richard P. Norton
            on behalf of Unknown Genworth Financial  Inc. rnorton@hunton.com

Richard P. Norton
            on behalf of Creditor Comerica Bank rnorton@hunton.com

Richard Steven Miller
            on behalf of Creditor AllianceBernstein L.P. robert.honeywell@klgates.com

Richard Steven Miller
            on behalf of Interested Party FirstBank Puerto Rico robert.honeywell@klgates.com

Richard W. Clary
            on behalf of Defendant Credit Suisse (Europe) Ltd. rclary@cravath.com  mao@cravath.com

Richard W. Clary
            on behalf of Defendant Credit Suisse Securities rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse AG rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Loan Funding LLC. rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Energy LLC rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse International rclary@cravath.com  mao@cravath.com

Richard W. Clary

on behalf of Defendant Credit Suisse Securities (USA) LLC rclary@cravath.com  mao@cravath.com

Richard W. Martinez

on behalf of Creditor Louisiana Sheriff's Pension and Relief Fund claire@rwmaplc.com

Rick Aaron Steinberg

on behalf of Defendant Bridgeview Mortgage Corp. rsteinberg@pricemeese.com

Rishi Zutshi

on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. rzutshi@cgsh.com  maofiling@cgsh.com

Rishi Zutshi

on behalf of Defendant Morgans Financial Limited rzutshi@cgsh.com  maofiling@cgsh.com

Riyaz G. Bhimani

on behalf of Creditor Merchantil Commercebank  N.A. rbhimani@eckertseamans.com

Robert Honeywell

on behalf of Interested Party FirstBank Puerto Rico robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Creditor AllianceBernstein L.P. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant Revelstoke CDO I Limited Canadian Securitization Group robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Interested Party IFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)
robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Creditor FHC Master Fund  Ltd. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Honeywell

on behalf of Defendant Suburban Mortgage  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Scannell

on behalf of Unknown SunCal Debtors rscannell@morganlewis.com

Robert A. Scher

on behalf of Unknown KPMG LLP rscher@foley.com

Robert Alan Johnson

on behalf of Creditor Dynegy Power Marketing  Inc. rajohnson@akingump.com, nymco@akingump.com

Robert C. Penn, Jr

on behalf of Plaintiff Lehman Brothers Holdings Inc. rpenn@shertremonte.com

Robert C. Yan

on behalf of Creditor CA  Inc. ryan@otterbourg.com

Robert C. Yan

on behalf of Creditor Capital One  N.A. ryan@otterbourg.com

Robert D. Albergotti

on behalf of Creditor Steven G. Holder Living Trust robert.albergotti@haynesboone.com  kim.morzak@haynesboone.com

Robert D. Albergotti

on behalf of Interested Party American Airlines  Inc., BP Capital Energy Equity Fund, L.P., BP Capital Energy Fund, L.P., BP
Cap. Energy Equity Intl. Hldgs. I, LP, BP Cap. Energy Equity Fund Master II, LP, EXCO Operating Company,
robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com

Robert E Eggmann

on behalf of Defendant First Integrity Mortgage Services  Inc. ree@carmodymacdonald.com,
ala@carmodymacdonald.com;syd@carmodymacdonald.com

Robert E. Nies
                on behalf of Creditor Mack-Cali Realty LP rnies@csglaw.com

Robert E. Pershes
                on behalf of Creditor Camilo Kuri Con rpershes@bdblaw.com

Robert E. Pershes
                on behalf of Creditor Jose Kuri Con rpershes@bdblaw.com

Robert E. Tarcza
                on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund bobt@tglaw.net

Robert F. Elgidely
                on behalf of Interested Party Lai Mei Chan relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Interested Party Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown YUEN FUN Tang relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Plaintiff Yin Ying Leung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown SAU KING Tse relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Plaintiff Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown LIN TEI TSE relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown SING HEUNG relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Jin Liu relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown LAI KUEN CHAN relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Yin Ying Leung relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Interested Party Ka Kin Wong relgidely@foxrothschild.com
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Ka Kin Wong relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Interested Party Coscan Construction  LLC relgidely@foxrothschild.com,
                BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely
                on behalf of Unknown Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown Sing Heung relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Interested Party Yin Ying Leung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown Ka Kin Wong relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Respondent Jamie H. Murcia relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Interested Party Chun Ip relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown Tim Choy Fung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown CHUN IP relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Interested Party Siu Lui Ching relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Creditor Jamie H. Murcia relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown Yin Ying Leung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown YEE MING Shen relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Plaintiff Lai Mei Chan relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Interested Party Sing Heung relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Plaintiff Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown Siu Lui Ching relgidely@foxrothschild.com  BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown FUK SHING Wong relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert F. Elgidely

on behalf of Unknown SIU KWAN Wong relgidely@foxrothschild.com
BSerrano@foxrothschild.com,rsolomon@foxrothschild.com

Robert H. Trust

on behalf of Creditor Lehman Brothers Europe Limited (in administration) robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shaun.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert H. Trust

on behalf of Transferor Marble Arch Residential Securitisation No. 4 PLC (in liquidation) robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shaun.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert H. Trust

on behalf of Creditor Lehman Brothers Europe Limited robert.trust@linklaters.com
Christopher.hunker@linklaters.com;Shaun.wang@linklaters.com;siddharth.sisodia@linklaters.com;maximilian.ferullo@linklater
s.com;mia.cooper@linklaters.com

Robert J. Keach

on behalf of Creditor Hebron Academy Incorporated rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahradka@bernsteinshur.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Holdings Inc.  as Plan Administrator robert.lemons@weil.com

Robert J. Lemons

on behalf of Debtor Merit  LLC robert.lemons@weil.com

Robert J. Lemons

on behalf of Debtor Lehman Brothers Holdings Inc. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Special Financing Inc. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Commercial Corp. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Commodity Services  Inc. robert.lemons@weil.com

Robert J. Lemons

on behalf of Plaintiff Lehman Brothers Holdings Inc. robert.lemons@weil.com

Robert J. Rosenberg

on behalf of Interested Party Ernst & Young LLP rachel.feld@lw.com

Robert J. Rosenberg

on behalf of Unknown Latham & Watkins LLP rachel.feld@lw.com

Robert J. Rosenberg

on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB rachel.feld@lw.com

Robert Jeffery Black

on behalf of Plaintiff State Street Bank And Trust Company michael.ableson@bingham.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al,
rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Plaintiff Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. rd@morr-law.com
bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Intervenor Official Committee Of Unsecured Creditors rd@morr-law.com  bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Attorney Quinn Emanuel Urquhart & Sullivan  LLP rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Unknown Quinn Emanuel Urquhart & Sullivan  LLP rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.  et al.
rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Creditor Committee Official Committee of Unsecured Creditors rd@morr-law.com  bankruptcy@morrisoncohen.com

Robert K. Dakis

on behalf of Unknown Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.  et al, rd@morr-law.com,
bankruptcy@morrisoncohen.com

Robert K. Gross

on behalf of Plaintiff Maximilian Coreth rgross@evw.com

Robert K. Malone

on behalf of Unknown Canadian Exchange Group rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Creditor Toronto Stock Exchange rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Creditor Allianz Global Investors AG rmalone@gibbonslaw.com

Robert K. Malone

on behalf of Creditor TSX Inc. rmalone@gibbonslaw.com

Robert K. Minkoff

on behalf of Interested Party Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert K. Minkoff

on behalf of Creditor Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert Kline Gross

on behalf of Unknown Maximilian Coreth rgross@barclaydamon.com

Robert M. Fleischer

on behalf of Interested Party John P. Conroy rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Fleischer

on behalf of Interested Party Setai Group  LLC rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Fleischer

on behalf of Interested Party Jonathan J. Breene rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Fleischer

on behalf of Interested Party NC Land Corporation rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Fleischer

on behalf of Interested Party Setai (Turks & Caicos) Ltd. rfleischer@gs-lawfirm.com;rfleischer@ecf.courtdrive.com

Robert M. Hirsh

on behalf of Creditor The Vanguard Group  Inc. rhirsh@lowenstein.com

Robert M. Novick

on behalf of Plaintiff Sola Ltd. rnovick@kasowitz.com  courtnotices@kasowitz.com

Robert M. Novick

on behalf of Interpleader-def. Lloyds TSB Bank plc rnovick@kasowitz.com  courtnotices@kasowitz.com

Robert M. Novick

on behalf of Cross-Claimant Lloyds TSB Bank plc rnovick@kasowitz.com  courtnotices@kasowitz.com

Robert M. Schechter

on behalf of Creditor Aadit Seshasayee rmschechter@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Robert M. Yaspan

on behalf of Unknown American Dream Realty. Inc. tmenachian@yaspanlaw.com  Court@Yaspanlaw.com

Robert Michael Farquhar

on behalf of Creditor Structure Consulting Group  LLC mfarquhar@winstead.com

Robert N. H. Christmas

on behalf of Creditor Intuition Publishing  Inc. rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody

Robert N. H. Christmas

on behalf of Creditor Bryant University rchristmas@nixonpeabody.com  nyc.managing.clerk@nixonpeabody.com

Robert N. Michaelson

on behalf of Creditor Henry Morgan Lawrence  III rmichaelson@r3mlaw.com, hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Unknown W. Brian Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Unknown Brian Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Creditor Washington State Tabacco Settlement Authority rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Creditor Nicole S. Lawrence rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Creditor Donald Boughram rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Creditor Brian W. Monahan rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert Neil Holtzman

on behalf of Defendant Lehman Brothers Holdings Inc. rholtzman@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Robert Peter Weiss

on behalf of Defendant Gateway Bank rweiss@johnstonthomas.com

Robert Peter Weiss

on behalf of Unknown North Atlantic Mortgage Corporation rweiss@johnstonthomas.com

Robert R. Hall

on behalf of Creditor State of Arizona robert.hall@azag.gov

Robert S. Goodman

on behalf of Unknown Symphony Asset Management LLC rgoodman@moundcotton.com

Robert S. Goodman

on behalf of Creditor Kreissparkasse Heinsberg rgoodman@moundcotton.com

Robert W Wong

on behalf of Defendant Family Mortgage Inc. rww@fwatty.com

Robert W Wong

on behalf of Unknown Family Mortgage  Inc. rww@fwatty.com

Robert W. Brundige, Jr.
on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. brundige@hugheshubbard.com

Robert W. Brundige, Jr.
on behalf of Plaintiff James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors brundige@hugheshubbard.com

Robert W. Dremluk
on behalf of Creditor Nelson Westerberg  Inc. DBA Atlas Van Lines, Inc. rdremluk@culhanemeadows.com, rwd1517@gmail.com,grantecf@gmail.com

Robert William Hamburg
on behalf of Interested Party CALIBER HOME LOANS  INC. rhamburg@mayerbrown.com

Robert William Yalen
on behalf of Unknown United States of America robert.yalen@usdoj.gov

Robin A. Henry
on behalf of Defendant BNP Paribas  London Branch rhenry@bsfllp.com

Robin Elizabeth Keller
on behalf of Creditor Pearl Assurance Limited robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Creditor QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Creditor Quintessence Fund L.P. robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Creditor QVT Fund LP robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Unknown QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Unknown Christopher Donoho QVT Financial LP robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Unknown Babson Capital Management LLC robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Creditor Piney Branch Park Inc. robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Creditor QVT Fund L.P. robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Unknown Lovells LLP robin.keller@hoganlovells.com

Robin Elizabeth Keller
on behalf of Unknown Piney Branch Park Inc. robin.keller@hoganlovells.com

Robinson B. Lacy
on behalf of Interested Party Barclays Bank PLC Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund  L.P. Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Intervenor-Defendant Long Island International Limited Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Counter-Defendant Long Hill 2006-1  Ltd. Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Creditor Giants Stadium LLC Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Interested Party Barclays Capital Inc. Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy
on behalf of Interested Party Barclays Capital  Inc. Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com

Robinson B. Lacy

| | on behalf of Defendant Long Island International Ltd. Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com |
|---|---|
| Robinson B. Lacy | on behalf of Interpleader-def. Barclays Bank PLC Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com |
| Robinson B. Lacy | on behalf of Interested Party Long Island International Limited Lacyr@sullcrom.com s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com |
| Rocco A. Cavaliere | on behalf of Creditor Banca Italease S.p.A. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Attorney Delaware River Port Authority rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Attorney Iconix Brand Group  Inc. rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Creditor Italease Finance S.p.A. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Attorney Capital Automotive L.P. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com |
| Rochelle R. Weisburg | on behalf of Creditor Hanover Moving & Storage Co. Inc. rochellew@shiboleth.com |
| Rodd C. Walton | on behalf of Plaintiff Pamela Leonard rwalton@legacy-groups.com |
| Rodd C. Walton | on behalf of Plaintiff Marie A Walton rwalton@legacy-groups.com |
| Rodd C. Walton | on behalf of Plaintiff Rodd C. Walton rwalton@legacy-groups.com |
| Rodd C. Walton | on behalf of Plaintiff William H Walton rwalton@legacy-groups.com |
| Roger A Cooper | on behalf of Counter-Claimant Credit Protection Trust 207 racooper@cgsh.com  maofiling@cgsh.com |
| Roger A Cooper | on behalf of Counter-Claimant Credit Protection Trust 283 racooper@cgsh.com  maofiling@cgsh.com |
| Roger A Cooper | on behalf of Defendant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation racooper@cgsh.com maofiling@cgsh.com |
| Roger A Cooper | on behalf of Defendant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207 racooper@cgsh.com, maofiling@cgsh.com |
| Roger A Cooper | on behalf of Counter-Claimant FSA Administrative Services  LLC, as Trustee for the Credit Protection Trust 207 racooper@cgsh.com, maofiling@cgsh.com |
| Roger A Cooper | on behalf of Defendant Credit Protection Trust 283 racooper@cgsh.com  maofiling@cgsh.com |
| Roger A Cooper | on behalf of Defendant Credit Protection Trust 207 racooper@cgsh.com  maofiling@cgsh.com |
| Roger A Cooper | on behalf of Counter-Claimant Financial Security Assurance Inc. n/k/a Assured Guaranty Municipal Corporation racooper@cgsh.com  maofiling@cgsh.com |
| Roger A Cooper | on behalf of Defendant FSA Administrative Services LLC, as Trustee for the Credit Protection Trust 283 racooper@cgsh.com, maofiling@cgsh.com |
| Roger A Cooper | on behalf of Counter-Claimant FSA Administrative Services LLC, as Trustee for the Credit Protection Trust 283 racooper@cgsh.com, maofiling@cgsh.com |
| Roger David Netzer | on behalf of Creditor OZ Global Special Investments Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com |

Roger David Netzer
on behalf of Creditor AIG CDS  Inc. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor OZ Capital Structure Arbitrage Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor OZ Master Fund Limited Re OZ Management maosbny@willkie.com  rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor Fir Tree Value Master Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor OZ Asia Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor OZ Master Fund  Ltd. maosbny@willkie.com, rnetzer@willkie.com

Roger David Netzer
on behalf of Creditor Silver Lake Credit Fund  L.P. maosbny@willkie.com, rnetzer@willkie.com

Roger G. Jones
on behalf of Creditor Franklin American Mortgage Company rjones@bccb.com

Rohit Sabharwal
on behalf of Unknown Oceana Master Fund Ltd. sabilaw@aol.com

Rohit Sabharwal
on behalf of Unknown MAP 98 Segregated Portfolio of LMA SPC sabilaw@aol.com

Rohit Sabharwal
on behalf of Unknown Pentwater Equity Opportunities Master Fund Ltd. sabilaw@aol.com

Rohit Sabharwal
on behalf of Unknown PWCM Master Fund Ltd. sabilaw@aol.com

Roland Gary Jones
on behalf of Defendant Gabriel Financial Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Greenback Funding Inc pacer.rolandjones@gmail.com

Ron Jacobs
on behalf of Claims and Noticing Agent Epiq Corporate Restructuring  LLC Claims Agent rjacobs@ecf.epiqsystems.com

Ron Jacobs
on behalf of Unknown Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Ronald L. Cohen
on behalf of Creditor China Fund (Cayman) Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Sound Energy Partners  Inc. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Investcorp Interlachen Multi-Strategy Master Fund Limited cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Goldman Sachs Lending Partners  LLC cohenr@sewkis.com

Ronald L. Cohen
on behalf of Interested Party The Sumitomo Trust & Banking Co.  Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Alexander Lesin cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor China Fund LP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Global Thematic Opportunities Fund  LP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Interested Party Law Debenture Trust Company of New York  as Separate Trustee cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Battenkill Asset Management  LLC cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Froley Revy Alternative Strategies Master Fund  Ltd. cohenr@sewkis.com

District/off: 0208-1                              User: admin                              Page 224 of 260
Date Rcvd: Oct 18, 2022                          Form ID: tranapl                         Total Noticed: 1

Ronald L. Cohen
on behalf of Creditor Morgan Stanley Bank International Limited cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Breen Investors International Fund  LP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Claren Road Credit Master Fund  Ltd cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Claren Road Credit Opportunities Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Nexstar Developing Opportunities Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor CFIP Master Fund  Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Transferee Simmons & Simmons LLP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Global Thematic Opportunities Fund LP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Transferee Boussard & Gavaudan Fund PLC cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Tang Capital Partners LP cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Claren Road Credit Master Fund Ltd. cohenr@sewkis.com

Ronald L. Cohen
on behalf of Creditor Zephyr Recovery cohenr@sewkis.com

Ronald M. Terenzi
on behalf of Attorney Stagg  Terenzi, Confusione & Wabnik, LLP rterenzi@tcpclaw.com

Ronald M. Terenzi
on behalf of Interested Party Laurel Cove Development  LLC rterenzi@tcpclaw.com

Ronald Scott Beacher
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. rbeacher@pryorcashman.com,
docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Interested Party Israel Discount Bank Of New York rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Interested Party SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Unknown SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Creditor SPCP Group L.L.C. rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Transferee TRC Master Fund LLC rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Creditor Silver Point Capital  LP rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald Scott Beacher
on behalf of Creditor Michael S. Glover rbeacher@pryorcashman.com  docketing@pryorcashman.com

Ronit Berkovich
on behalf of Plaintiff Lehman Brothers Holdings Inc. Ronit.Berkovich@weil.com

Rosanne Thomas Matzat
on behalf of Interested Party Avista Corporation and Powerex Corp. rmatzat@hahnhessen.com
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart
@hahnhessen.com

Ross Eric Morrison
on behalf of Defendant FLAGSTAR BANK  FSB ross@yankwitt.com, docket@buckleyfirm.com

Ross G Shank
on behalf of Creditor Richard S. Hajdukiewicz rshank@kasowitz.com  courtnotices@kasowitz.com

Ross M. Kwasteniet

on behalf of Unknown LBREM II REIT Holdings LLC ross.kwasteniet@kirkland.com

Ross M. Kwasteniet

on behalf of Unknown Lehman Brothers Real Estate Mezzanine Partners II  L.P. ross.kwasteniet@kirkland.com

Ross M. Kwasteniet

on behalf of Creditor Gables GP Holdings LLC ross.kwasteniet@kirkland.com

Ross M. Kwasteniet

on behalf of Creditor PCCP  LLC ross.kwasteniet@kirkland.com

Russell Lowell Reid, Jr.

on behalf of Creditor The Bank of New York Mellon bwolfe@sheppardmullin.com

Russell Lowell Reid, Jr.

on behalf of Unknown Israel Discount Bank Of New York bwolfe@sheppardmullin.com

Ryan Eric Long

on behalf of Creditor Brian W. Monahan rlong@landapllc.com

Ryan F Thomas

on behalf of Unknown North Atlantic Mortgage Corporation rthomas@johnstonthomas.com

Ryan F Thomas

on behalf of Defendant Gateway Bank rthomas@johnstonthomas.com

Ryan F Thomas

on behalf of Defendant 1st Advantage Mortgage  L.L.C. rthomas@johnstonthomas.com

Ryan J Andreoli

on behalf of Plaintiff Lehman Brothers Holdings Inc.  in its capacity as Plan Administrator on behalf of Lehman Brothers Special Financing Inc. randreoli@jonesday.com, docketnortheast@jonesday.com

S. Jason Teele

on behalf of Unknown Bankruptcy Counsel to Certain Claimants steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Creditor First Choice Power  L.P. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Unknown Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Creditor Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading  LLC) steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Interested Party The Class in the Securities Litigation steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Creditor NRG Energy  Inc. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Creditor EnergyCo  LLC and EnergyCo Marketing and Trading steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Unknown Securities Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Creditor First Choice Power  L.P., Optim Energy Marketing and Trading, LLC (f/k/a EnergyCo Marketing and Trading, LLC), Reliant Energy Power Supply, LLC and Lead Plaintiffs steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Unknown Lead Plaintiff in the Mortgage Backed Securities Litigation steele@sillscummis.com mco@sillscummis.com

S. Jason Teele

on behalf of Unknown Mortgage Backed Securities Litigation Lead Plaintiffs steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Interested Party Claimants represented by Lowenstein Sandler LLP steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Unknown Genon  Inc. steele@sillscummis.com, mco@sillscummis.com

S. Jason Teele

on behalf of Interested Party Lead Plaintiff and the Putative Class steele@sillscummis.com  mco@sillscummis.com

S. Jason Teele

on behalf of Creditor Reliant Energy Services  Inc. and Reliant Energy Power Supply, LLC steele@sillscummis.com, mco@sillscummis.com

Sally M. Henry

on behalf of Unknown Chicago Mercantile Exchange Sally.Henry@skadden.com

Sally M. Henry

on behalf of Attorney Skadden  Arps, Slate, Meagher & Flom LLP Sally.Henry@skadden.com

Sally M. Henry

on behalf of Creditor Blackrock Financial Management  Inc. Sally.Henry@skadden.com

Sally M. Henry

on behalf of Unknown NASDAQ OMX Group  Inc. Sally.Henry@skadden.com

Sally M. Henry

on behalf of Defendant American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Sally M. Henry

on behalf of Interested Party American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Sally M. Henry

on behalf of Creditor Region Marche Sally.Henry@skadden.com

Sally M. Henry

on behalf of Attorney Robert A. Weber Sally.Henry@skadden.com

Sally M. Henry

on behalf of Attorney Anthony W. Clark Sally.Henry@skadden.com

Sally M. Henry

on behalf of Counter-Claimant American Family Life Assurance Company Of Columbus Sally.Henry@skadden.com

Samuel G. Mann

on behalf of Defendant Greenpoint Mortgage Funding  Inc. smann@cahill.com

Samuel H. Rudman

on behalf of Plaintiff Jin Liu srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Interested Party Royal Park Investments SA/NV srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Siu Lui Ching srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Sing Heung srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Ka Kin Wong srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Lai Mei Chan srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Chun IP srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel H. Rudman

on behalf of Plaintiff Yin Ying Leung srudman@rgrdlaw.com  e_file_sd@rgrdlaw.com

Samuel L. Butt

on behalf of Plaintiff Moore Capital Advisors  L.L.C. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Macro Fund  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Macro Markets Fund (Master)  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Macro Fund  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Emerging Markets Funder (Master) LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant SJL Moore  Ltd sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Capital Advisors  L.L.C. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Macro Markets Fund (Master)  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Emerging Markets Funder (Master) LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant Moore Global Investments  LTD. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant JR Moore  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP) sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Trade Process Corporation sbutt@schlamstone.com

Samuel L. Butt

on behalf of Counter-Defendant LM Moore LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff JR Moore  LP sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff SJL Moore  Ltd sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff Moore Global Investments  LTD. sbutt@schlamstone.com

Samuel L. Butt

on behalf of Plaintiff LM Moore LP sbutt@schlamstone.com

Samuel S. Kohn

on behalf of Unknown Informal Committee of Noteholders of iStar Financial  Inc. kohn.sam@dorsey.com

Sandra E. Mayerson

on behalf of Interested Party Caisse de depot et placement du Quebec sandy@mhlaw-ny.com

Sara E. Lorber

on behalf of Creditor City of Chicago slorber@wfactorlaw.com  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Sara E. Lorber

on behalf of Interested Party City of Chicago slorber@wfactorlaw.com  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Sara M. Tapinekis

on behalf of Interested Party ING Quantitative Strategies Master Ltd. sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Creditor Calyon sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party The ING Proprietary Alpha Fund LLC sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party Credit Agricole Corporate and Investment Bank sara.tapinekis@cliffordchance.com

Sara M. Tapinekis

on behalf of Interested Party ING Investment Management Co. sara.tapinekis@cliffordchance.com

Sarah Campbell

on behalf of Unknown Pacific Investment Management Company LLC sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Creditor Fir Tree Capital Opportunity Master Fund  L.P. sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CenturyLink  Inc. Defined Benefit Master Trust sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CNP Assurances sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party CenturyLink  Inc. Defined Contribution Plan Master Trust sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Creditor German Association of Savings Banks sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party PIMCO Cayman Trust: PIMCO Global Aggregate Ex-Japan Income Fund
sarah.campbell@cliffordchance.com

Sarah Campbell

on behalf of Interested Party Zama International Limited sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Creditor Pacific Investment Management Company LLC sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Turkiye Sinai Kalkinma Bankasi A.S. sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Dexia Bank SA sarah.campbell@cliffordchance.com

Sarah Campbell
on behalf of Interested Party Wincent Investment Limited sarah.campbell@cliffordchance.com

Sarah Efronson
on behalf of Unknown Epiq Corporate Restructuring  LLC sefronson@jonesday.com

Sarah Efronson
on behalf of Debtor Lehman Brothers Holdings Inc. sefronson@jonesday.com

Sarah K. Loomis Cave
on behalf of Trustee James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Unknown James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Trustee James W. Giddens  Trustee for the SIPA Liquidation of Lehman Brothers, Inc. cave@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Sarah K. Loomis Cave
on behalf of Unknown James W. Giddens  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
cave@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Scarlett Elizabeth Collings
on behalf of Plaintiff Lehman Brothers Special Financing Inc. scarlett.collings@weil.com

Scott Cargill
on behalf of Creditor LibertyView Capital Management  LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P scargill@lowenstein.com

Scott Cargill
on behalf of Unknown Cerberus Series Four Holdings  LLC scargill@lowenstein.com

Scott Cargill
on behalf of Creditor LibertyView Global Risk Arbitrage Fund  L.P. and LibertyView Special Opportunities Fund, L.P.
scargill@lowenstein.com

Scott Cargill
on behalf of Creditor Cerberus Partners  L.P. and Cerberus International, Ltd. scargill@lowenstein.com

Scott Cargill
on behalf of Creditor Lehman Brothers GTAA Unit Trust 1 scargill@lowenstein.com

Scott Cargill
on behalf of Interested Party Lowenstein Sandler PC scargill@lowenstein.com

Scott Lewis
on behalf of Creditor US Bank  National Association, as Trustee slewis@chapman.com

Scott Talmadge,
on behalf of Creditor Wells Fargo  N.A. scott.talmadge@freshfields.com,
usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com

Scott Talmadge,
on behalf of Creditor Wells Fargo & Co. scott.talmadge@freshfields.com
usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com

Scott A. Zuber
on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund,
Ltd. szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. szuber@csglaw.com,
ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor SPCP Group L.L.C. szuber@csglaw.com  ecf@csglaw.com

Scott C. Shelley

on behalf of Interested Party Lehman Brothers Holdings Inc. and Certain of its Affiliates scottshelley@quinnemanuel.com

Scott D. Thomson

on behalf of Unknown Essex Equity Holdings USA  LLC sthomson@cohengresser.com, autodocket@cohengresser.com

Scott Edward Koerner

on behalf of Creditor Rovida Holdings Limited nymc@troutmansanders.com

Scott Edward Koerner

on behalf of Creditor Great Bay Condominium Owners Association nymc@troutmansanders.com

Scott Edward Koerner

on behalf of Other Prof. Dr. Michael C. Frege  in his capacity as Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz) nymc@troutmansanders.com

Scott Edward Koerner

on behalf of Creditor Rakepoll Finance N.V. nymc@troutmansanders.com

Scott Edward Koerner

on behalf of Creditor RR Investment Company  Ltd nymc@troutmansanders.com

Scott G. Greissman

on behalf of Creditor Hana Bank  as trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY Dual Star Derivative Derivatives Fund D-1 sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott G. Greissman

on behalf of Creditor Kookmin Bank  as trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fun sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott G. Greissman

on behalf of Creditor Kookmin Bank  as trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan IBK-Samsung Heavy Industry Equity Linked Derivat sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

Scott Howard Bernstein

on behalf of Creditor Reaseguros Credito y Caucion  S.A.U. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor CATOC VIDA  Sociedad Anonima de Seguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Friedman  Billings, Ramsey Group, Inc. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Plaintiff Friedman  Billings, Ramsey Group, Inc. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Catalana Occidente Prevision  EPSV scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Catalana Occidente  F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Interested Party E*TRADE Bank scott@scottbernsteinlaw.com  scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Unknown Credit-Based Asset Servicing and Securitization LLC scott@scottbernsteinlaw.com scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Interested Party Genworth Life Insurance Company  formerly known as General Electric Capital Assurance Corporation scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor DEPSA  Sociedada Anonima de Seguros y Reaseguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Nortehispana de Seguros y Reaseguros  S.A. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Catalana Occidente RF1  F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Seguros Catalana Occidente  Sociedad Anonima de Seguros y Reaseguros scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Creditor Catalana Occidente Empleo 1 F.P. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Interested Party BANK OF AMERICA N.A. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Scott Howard Bernstein

on behalf of Unknown HBK Master Fund L.P. scott@scottbernsteinlaw.com scott.bernstein@gmail.com

Scott I. Davidson

on behalf of Unknown Lehman Commercial Paper Inc. sdavidson@kslaw.com jcmccullough@kslaw.com

Scott I. Davidson

on behalf of Unknown Lehman Brothers Holdings Inc. sdavidson@kslaw.com jcmccullough@kslaw.com

Scott I. Davidson

on behalf of Debtor Lehman Brothers Holdings Inc. sdavidson@kslaw.com jcmccullough@kslaw.com

Scott K. Rutsky

on behalf of Unknown BT Americas Inc. and Radianz Americas Inc. srutsky@proskauer.com
erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com

Scott K. Rutsky

on behalf of Unknown Proskauer Rose LLP srutsky@proskauer.com
erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com

Scott L. Esbin

on behalf of Unknown Monarch Capital Master Partners LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Alternative Solutions Master Fund Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Transferee Merrill Lynch Credit Products LLC bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Creditor King Street Capital Master Fund Ltd. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Oakford MF Limited bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Centerbridge Special Credit Partners L.P. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown KING STREET ACQUISITION COMPANY L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown BALSA GROVE L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Transferee ALTMA FUND SICAV PLC in Respect of Rowan Sub Fund bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Debt Recovery Master Fund Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Wilfrid Global Opportunity Fund LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Creditor Centerbridge Special Credit Partners L.P. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown BROMINE MANAGEMENT L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Creditor King Street Capital L.P. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Caladium Partners L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Panning Master Fund LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown CCP Credit Acquisition Holdings LLC bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Creditor Luminus Energy Partners Master Fund Ltd. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Transferee Jade Tree I L.L.C. bankruptcyinfo@esbinalter.com

District/off: 0208-1
Date Rcvd: Oct 18, 2022
User: admin
Form ID: tranapl
Page 231 of 260
Total Noticed: 1

Scott L. Esbin

on behalf of Unknown MZ57 L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Esbin & Alter LLP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Research Alpha Master Fund Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown P Monarch Recovery Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Scottwood Master LTD bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Drawbridge Special Opportunities Fund LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Dolostone L.L.C. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Capital Master Partners II LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Capital Master Partners II-A LP bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Transferee Monarch Master Funding Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Cayman Fund Limited bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Monarch Opportunities Master Fund Ltd bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Unknown Luminus Energy Partners Master Fund Ltd. bankruptcyinfo@esbinalter.com

Scott L. Esbin

on behalf of Creditor Centerbridge Credit Partners LP bankruptcyinfo@esbinalter.com

Scott S. Markowitz

on behalf of Creditor AKF Engineers LLP smarkowitz@tarterkrinsky.com,
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

Scott Walter Reynolds

on behalf of Defendant SCOR Reinsurance Company sreynolds@sreynoldsllc.com sreynolds@sreynoldsllc.com

Scott Walter Reynolds

on behalf of Defendant Natixis Financial Products LLC sreynolds@sreynoldsllc.com sreynolds@sreynoldsllc.com

Scott Walter Reynolds

on behalf of Defendant General Security National Insurance sreynolds@sreynoldsllc.com sreynolds@sreynoldsllc.com

Sean A. O'Neal

on behalf of Interested Party D.E. Shaw Galvanic Portfolios L.L.C. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Magnetar Constellation Master Fund II Limited soneal@cgsh.com maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Banco Bilbao Vizcaya Argentaria S.A. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor Goldman Sachs Lending Partners LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Goldman Sachs Bank (USA) soneal@cgsh.com maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor SPCP Group L.L.C. soneal@cgsh.com maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor Goldman Sachs International soneal@cgsh.com maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party PB Capital Corporation soneal@cgsh.com maofiling@cgsh.com

Sean A. O'Neal

on behalf of Intervenor Cardinal Investment Sub I L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Autonomy Capital Research LLP soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Abu Dhabi Investment Authority soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor EOP Funding Master  Ltd. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Defendant Magnetar Constellation Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Transferor D.E. Shaw Kalon Portfolios  L.L.C. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party AB Svensk Exportkredit soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Autonomy Rochevera One Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Deutsche Postbank AG soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Defendant Magnetar Constellation Master Fund II Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Magnetar Constellation Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Defendant Magnetar Constellation Master Fund III Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Magnetar Constellation Master Fund III Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Autonomy Master Fund Limited soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Intervenor Oak Hill Strategic Partners  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe

on behalf of Unknown SunCal Debtors sokeefe@okeefelc.com  seanaokeefe@msn.com

Sean F O'Shea

on behalf of Defendant Eagle Mortgage Holdings  LLC as successor by merger to Eagle Home Mortgage, Inc.
Sean.O'Shea@cwt.com, nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sean F O'Shea

on behalf of Defendant Universal American Mortgage Company  LLC Sean.O'Shea@cwt.com,
nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sean F O'Shea

on behalf of Defendant Standard Pacific Mortgage  Inc. Sean.O'Shea@cwt.com, nyecfnotice@cwt.com;anthony.deleo@cwt.com

Sedgwick M. Jeanite

on behalf of Unknown Marsh USA Inc. jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite

on behalf of Creditor Robert Franz jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite

on behalf of Creditor Carol Bunevich jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Sedgwick M. Jeanite

on behalf of Defendant Marsh & McLennan Master Retirement Trust jeanites@whiteandwilliams.com
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Seth Goldman

on behalf of Creditor Southern California Edison Company seth.goldman@mto.com

Seth A. Moskowitz

on behalf of Plaintiff Turnberry Retail Holding  L.P. smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz

on behalf of Plaintiff Turnberry/Centra Sub  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Defendant Fontainebleau Resorts  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Counter-Defendant Turnberry/Centra Sub  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Defendant Jeffrey Soffer smoskowitz@kasowitz.com  courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Counter-Defendant Turnberry Retail Holding  L.P. smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Counter-Defendant Turnberry/Centra Office Sub  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth A. Moskowitz
on behalf of Plaintiff Turnberry/Centra Office Sub  LLC smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Seth H. Lieberman
on behalf of Creditor Fifth Third Asset Management slieberman@pryorcashman.com  cfrench@pryorcashman.com

Seth H. Lieberman
on behalf of Interested Party Iberdrola Renewables Energies USA  Ltd. slieberman@pryorcashman.com,
cfrench@pryorcashman.com

Seth H. Lieberman
on behalf of Interested Party Israel Discount Bank Of New York slieberman@pryorcashman.com  cfrench@pryorcashman.com

Seth H. Lieberman
on behalf of Interested Party Iberdrola Renewables  Inc., fka PPM Energy, Inc. slieberman@pryorcashman.com,
cfrench@pryorcashman.com

Shai Waisman
on behalf of Plaintiff Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Structured Asset Securities Corporation shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Unknown Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor LB Preferred Somerset LLC shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Brothers Commodity Services Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor LB Somerset LLC shai.waisman@weil.com

Shai Waisman
on behalf of Plaintiff Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Defendant Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Unknown Clerk's Office of the United States Bankruptcy Court shai.waisman@weil.com

Shai Waisman
on behalf of Debtor PAMI Statler Arms LLC shai.waisman@weil.com

Shai Waisman
on behalf of Interested Party Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor LB 2080 Kalakaua Owners LLC shai.waisman@weil.com

Shai Waisman
on behalf of Plaintiff Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor LB 745 LLC shai.waisman@weil.com

Shai Waisman
on behalf of Defendant Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Defendant Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Interested Party Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor LB Rose Ranch LLC shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Brothers OTC Derivatives Inc. shai.waisman@weil.com

Shai Waisman
on behalf of Debtor Lehman Brothers Finance SA shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Brothers Commodity Services Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Commercial Paper Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Brothers Holdings Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff Lehman Brothers Special Financing Inc. shai.waisman@weil.com

Shai Waisman1
on behalf of Plaintiff LB 745 LLC shai.waisman@weil.com

Shai Waisman2
on behalf of Plaintiff Lehman Brothers Derivative Products Inc. shai.waisman@weil.com

Shai Waisman2
on behalf of Plaintiff Lehman Brothers Holdings Inc.  on behalf of itself and as assignee of Lehman Brothers Inc. shai.waisman@weil.com

Shannon Leitner
on behalf of Unknown The Structured Finance Industry Group shannon.leitner@freshfields.com

Shannon Leitner
on behalf of Defendant Shield Securities Ltd  shannon.leitner@freshfields.com

Shannon R. Selden
on behalf of Defendant AIA International Ltd. srselden@debevoise.com  mao-bk-ecf@debevoise.com

Shari D. Leventhal
on behalf of Creditor Federal Reserve Bank of New York shari.leventhal@ny.frb.org

Shari D. Leventhal
on behalf of Unknown Federal Reserve Bank of New York shari.leventhal@ny.frb.org

Sharon R. Markowitz
on behalf of Defendant First Horizon Home Loan Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Interested Party Texas Capital Bank  Sutton Bank, First Bank, and First Horizon Home Loan Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Interested Party Texas Capital Bank  N.A. sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Interested Party First Horizon Home Loan Corporation sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Defendant Texas Capital Bank  NA sharon.markowitz@stinson.com

Sharon R. Markowitz

Sharon R. Markowitz
on behalf of Defendant First Bank sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Defendant Sutton Bank sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Interested Party First Bank sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Interested Party Sutton Bank sharon.markowitz@stinson.com

Sharon R. Markowitz
on behalf of Defendant Summit Mortgage Corporation sharon.markowitz@stinson.com

Shawn Brenhouse
on behalf of Unknown PHH MORTGAGE CORPORATION shawn.brenhouse@lockelord.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M. Christianson
on behalf of Creditor Oracle USA  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn Randall Fox
on behalf of Unknown The Toronto-Dominion Bank sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor Fuller Theological Seminary sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Defendant Winchester Medical Center  Inc. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Unknown McGuireWoods LLP sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Counter-Claimant Winchester Medical Center  Inc. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor Chapel Hill Retirement Center  Inc. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Unknown Varde Investment Partners  L.P. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Unknown Meridian Comp Of New York  Inc. D/B/A CHD Meridian Healthcare sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor Commonwealth of Virginia Tobacco Settlement Financing Corporation sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor Oaklawn Psychiatric Center sfox@mcguirewoods.com

Shaya M. Berger
on behalf of Unknown Great Bay Condominium Owners Association sberger@gulkowitzberger.com

Shaya M. Berger
on behalf of Creditor Interwind Corp. sberger@gulkowitzberger.com

Shaya M. Berger
on behalf of Unknown Rovida Holdings Limited and RR Investment Co. Ltd. sberger@gulkowitzberger.com

Shaya M. Berger
on behalf of Unknown 6785778 Canada Inc. sberger@gulkowitzberger.com

Shaya M. Berger
on behalf of Unknown Edgewood Management LLC sberger@gulkowitzberger.com

Shaya M. Berger
on behalf of Unknown 2138747 Ontario Ltd. sberger@gulkowitzberger.com

Shelley C. Chapman
on behalf of Creditor Lexington Insurance Company maosbny@willkie.com  schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Bloomberg L.P. maosbny@willkie.com  schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Bloomberg Finance L.P. maosbny@willkie.com  schapman@willkie.com

Shelley C. Chapman
on behalf of Unknown SunAmerica Life Insurance Company maosbny@willkie.com  schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor OppenheimerFunds  Inc., Oppenheimer Strategic Income Fund and Certain Other Funds and Accounts Advised or Sub-Advised by OppenheimerFunds, Inc. and its Affiliates maosbny@willkie.com, schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Fir Tree Opportunity Master Fund  L.P. maosbny@willkie.com, schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Royal Charter Properties-East  Inc. maosbny@willkie.com, schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Quantum Partners LDC maosbny@willkie.com  schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor HarbourView CDO III  Limited maosbny@willkie.com, schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor AIG CDS  Inc. maosbny@willkie.com, schapman@willkie.com

Shelley C. Chapman
on behalf of Creditor Fir Tree Value Master Fund  L.P. maosbny@willkie.com, schapman@willkie.com

Sheron Korpus
on behalf of Creditor Loreley Noteholders courtnotices@kasowitz.com

Shmuel Vasser
on behalf of Unknown Russell Multi-Strategy Global Bond Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Russell Global Unconstrained Bond Pool shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor Aviva Investors North America  Inc. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Stonehill Master Fund Ltd. shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Interested Party Russell Investments shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Defendant Klaus Tschira Stiftung GGmbH shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor RUT The International Bond Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor MainStay High Yield Opportunities Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor RTC-CEBFT Russell International Fund shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Defendant Dr HC Tschira Beteiligungs GmbH & Co KG shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Creditor Victoria Reinsurance Company Ltd. shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Shmuel Vasser
on behalf of Unknown Stonehill Institutional Partners  L.P. shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Solomon J Noh
on behalf of Unknown Maverick Neutral Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh
on behalf of Unknown Maverick Neutral Levered Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh
on behalf of Creditor CIMB Securities (Singapore) Pte Ltd. solomon.noh@shearman.com

Solomon J Noh

Solomon J Noh
 on behalf of Unknown Nomura Corporate Funding Americas  LLC solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown HLF LP solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Maverick Fund  L.D.C. solomon.noh@shearman.com

Solomon J Noh
 on behalf of Creditor E.ON SE (f/k/a E.ON AG) solomon.noh@shearman.com

Solomon J Noh
 on behalf of Transferee HCN LP solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Halcyon Loan Trading Fund LLC solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown RWNIH-HAM LLC solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Eton Park Master Fund  Ltd. solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Maverick Fund USA  Ltd. solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown HLTS Fund II LP solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Eton Park Fund  L.P. solomon.noh@shearman.com

Solomon J Noh
 on behalf of Transferee HLF LP solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Maverick Fund II  Ltd. solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown HCN LP solomon.noh@shearman.com

Solomon J Noh
 on behalf of Unknown Maverick Long Enhanced Fund  Ltd. solomon.noh@shearman.com

Sophia Ree
 on behalf of Creditor Federal Home Loan Mortgage Corporation sree@lcbf.com

Spencer A. Burkholz
 on behalf of Plaintiff Ka Kin Wong  Siu Lui Ching spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Steiger Associates L.P.
 dwatnick@watnicklaw.com

Stephanie R Sweeney
 on behalf of Unknown Pacher Privatstiftung ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Unknown Credit Suisse AG  Zurich/Switzerland ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Transferee Credit Suisse AG  Singapore Branch ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Unknown Credit Suisse Lux SA Zweigniederlassung Osterreich ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Transferee Credit Suisse (Schweiz) AG ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Transferee Credit Suisse Lux S.A. Zweigniederlassung Osterreich ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Unknown Credit Suisse AG ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Unknown Credit Suisse Securities (Japan) Limited ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Transferee Credit Suisse Sucursal en Espana ssweeney@klestadt.com

Stephanie R Sweeney
 on behalf of Unknown Bankhaus Carl Spangler & Co. Aktiengesellschaft ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Basellandschaftliche Kantonalbank Liestal ssweeney@klestadt.com

Stephanie R Sweeney

on behalf of Unknown Credit Suisse AG Hong Kong Branch ssweeney@klestadt.com

Stephen Dacus

on behalf of Defendant United Bank stephen.dacus@kutakrock.com elizabeth.hulse@kutakrock.com

Stephen A. Donato

on behalf of Creditor Benisasia Investment and Properties Ltd. sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

Stephen B. Selbst

on behalf of Defendant Genpact Mortgage Services Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Compagnie Financiere Tradition SA sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS Oil Floor sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Defendant Mirabella sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS UK Cleared sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Tradition Asiel Securities Inc. sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor Tradition Financial Services Inc. sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS (Germany) sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Standard Credit Group LLC sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS Derivatives Corporation sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS (TX) sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Tradition (North America) Inc. sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor MEAG New York Corporation sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS UK sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor OHP Opportunity Limited Trust sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS PWR NG sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown AEW Capital Management LP sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor OHP Opportunity Limited Partnership sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor The Nishi-Nippon City Bank Ltd. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS-ICAP sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor Old Hill Partners Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS Sing sselbst@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Tradition Services S.A..DE C.V. Mex sselbst@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown Lyon Capital Ventures sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor Venoco  Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS Derivatives Total sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Unknown TFS Oil sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen D. Lerner

on behalf of Unknown Broadridge Securities Processing Solutions  Inc. stephen.lerner@squirepb.com,
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Stephen D. Lerner

on behalf of Creditor KeyBank National Association stephen.lerner@squirepb.com
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Stephen E. Turman

on behalf of Defendant North Atlantic Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant Merrimack Mortgage Company  Inc. sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant 1st 2nd Mortgage Company of N.J.  Inc. sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant MASON MCDUFFIE MORTGAGE CORPORATION sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant First Credit Union sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant Gateway Bank  F.S.B sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant The Mortgage House  Inc. sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant Access National Bank  as successor to Access National Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant First Home Mortgage Corporation sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant Union Mortgage Group  Inc. sturman@turmanlegal.com

Stephen E. Turman

on behalf of Defendant Nova Financial & Investment Corporation sturman@turmanlegal.com

Stephen E. Turman

on behalf of Unknown North Atlantic Mortgage Corporation sturman@turmanlegal.com

Stephen E. Weyl

on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
sweyl@haslaw.com

Stephen H. Gross

on behalf of Unknown Vignette Europe Limited shgross5@yahoo.com

Stephen H. Gross

on behalf of Interested Party Vignette Europe Ltd. shgross5@yahoo.com

Stephen L Dreyfuss

on behalf of Unknown Antonio Manuel Coelho Affonso de Barros sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L Dreyfuss

on behalf of Unknown Miguel Lopes de Sousa sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L Dreyfuss

on behalf of Unknown Maria Clara Xavier Rocha Gomes Van der Hart sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L Dreyfuss

on behalf of Unknown Rui Manuel Dias Moura Teixeria sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L Dreyfuss

on behalf of Unknown Antonio Manuel Coutinhas Da Silva Ferreira sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L Dreyfuss

on behalf of Unknown Fundacion Rafael del Pino sldreyfuss@hlgslaw.com  efiling@hlgslaw.com

Stephen L. Weinstein

on behalf of Interested Party Northgate Minerals Corporation sweinstein@eisemanlevine.com

Stephen Louis Braga

on behalf of Defendant BW Realty Advisors LLC bragalaw@gmail.com  slbraga@msn.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Commercial Corporation sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Commercial Corporation sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Counter-Claimant Lehman Brothers Holdings Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Holdings Inc. sfarrelly@jonesday.com

Stephen Patrick Farrelly

on behalf of Defendant Lehman Brothers Special Financing Inc. sfarrelly@jonesday.com

Stephen T Loden

on behalf of Unknown JA Hokkaido Shinren sloden@diamondmccarthy.com
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Interested Party The Kyoei Fire & Marine Insurance Company  Ltd. sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Interested Party The Kiyo Bank  Ltd. sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen T Loden

on behalf of Creditor KN Asset Management Co. sloden@diamondmccarthy.com
adiamond@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Stephen Vincent Falanga

on behalf of Creditor Edward Park sfalanga@connellfoley.com  ntravostino@walsh.law

Steve Jakubowski

on behalf of Creditor Frank M. Paris sjakubowski@rsplaw.com  docketing@rsplaw.com

Steve Jakubowski

on behalf of Unknown Robert A. Schoellhorn Trust sjakubowski@rsplaw.com  docketing@rsplaw.com

Steven Cohn

on behalf of Unknown UNITED NORTHERN MORTGAGE BANKERS  Ltd. scohn@scohnlaw.com, scohn@hvc.rr.com

Steven Cohn

on behalf of Defendant United Northern Mortgage Bankers  LTD scohn@scohnlaw.com, scohn@hvc.rr.com

Steven Cousins

on behalf of Creditor Ameren Corporation and its subsidiaries scousins@armstrongteasdale.com

Steven Wolowitz

on behalf of Defendant LaSalle Bank National Association swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Unknown Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Plaintiff Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant Libra CDO Limited swolowitz@mayerbrown.com  jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant Bank Of America  N.A. swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Plaintiff Societe Generale  New York Branch swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven Wolowitz

on behalf of Defendant Societe Generale  New York Branch swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven B. Eichel

on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC. seichel@leechtishman.com

Steven B. Levine

on behalf of Creditor Various LBT Noteholders
dmolton@brownrudnick.com;gcicero@brownrudnick.com;DMoxley@brownrudnick.com;hcohen@brownrudnick.com

Steven D. Usdin

on behalf of Creditor The Irvine Company steven.usdin@flastergreenberg.com  steven.usdin@ecf.inforuptcy.com

Steven E. Fineman

on behalf of Unknown Certified Class in Austin  et al. v. Chisick, et al. sfineman@lchb.com

Steven E. Fineman

on behalf of Unknown City of Oakland sfineman@lchb.com

Steven H. Newman

on behalf of Creditor Tuxedo TPA Owner LLC snewman@katskykorins.com  snewman@katskykorins.com

Steven H. Newman

on behalf of Creditor Tuxedo Reserve Owner LLC snewman@katskykorins.com  snewman@katskykorins.com

Steven J. Fink

on behalf of Unknown International Swaps and Derivatives Association  Inc. steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Defendant BIH ASN LLC steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown California Housing Finance Agency steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown Guam Economic Development Authority steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown The Regents of the University of California steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown Ballyrock ABS CDO 2007-1 Limited steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Creditor Golden State Tobacco Securitization Corporation steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown County of Sacramento  California steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown Securities Industry and Financial Markets Association steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Unknown Guam Power Authority steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Defendant BARCLAYS CAPITAL REAL ESTATE INC. steven.fink@sjfinkpllc.com

Steven J. Fink

on behalf of Defendant ARCHSTONE EQUITY HOLDINGS INC. steven.fink@sjfinkpllc.com

Steven J. Reisman

on behalf of Unknown Lehman Brothers Holdings Inc. sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Unknown Curtis  Mallet-Prevost, Colt & Mosle LLP sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Interested Party NYSE Euronext  Inc. and New York Stock Exchange, LLC, f/k/a New York Stock Exchange Inc
sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Debtor Lehman Brothers Holdings Inc. sreisman@katten.com  nyc.bknotices@katten.com

Steven M. Abramowitz

on behalf of Creditor Continental Airlines  Inc. sabramowitz@velaw.com

Steven M. Abramowitz

on behalf of Creditor GSEF Al Nawras (Cayman) Limited sabramowitz@velaw.com

Steven M. Golub

on behalf of Unknown Gruss Global Investors Master Fund  Ltd. sgolub@golublaw.com

Steven M. Golub

on behalf of Creditor Perry Principals  L.L.C. sgolub@golublaw.com

Steven T. Gubner

on behalf of Creditor City of Long Beach ecf@ebg-law.com

Steven T. Gubner
      on behalf of Unknown Steven T. Gubner ecf@ebg-law.com

Steven T. Mulligan
      on behalf of Creditor PayReel  Inc. smulligan@bsblawyers.com

Steven T. Mulligan
      on behalf of Creditor Ironbridge Mountain Cottages  LLC smulligan@bsblawyers.com

Steven T. Mulligan
      on behalf of Creditor Ironbridge Homes  LLC smulligan@bsblawyers.com

Steven T. Mulligan
      on behalf of Creditor Ironbridge Property Owners Association smulligan@bsblawyers.com

Steven T. Mulligan
      on behalf of Creditor Ironbridge Aspen Collection  LLC smulligan@bsblawyers.com

Steven T. Mulligan
      on behalf of Creditor Ironbridgte Aspen Collection  LLC smulligan@bsblawyers.com

Steven W. Jelenchick
      on behalf of Defendant Guaranty Bank sjelenchick@bcblaw.net  pmitchell@bcblaw.net

Steven Z. Jurista
      on behalf of Unknown Jeffrey Vanderbeek sjurista@genovaburns.com  ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com

Susan K. Ehlers
      on behalf of Creditor Ameren Corporation and its subsidiaries sehlers@armstrongteasdale.com

Susan T Alterman
      on behalf of Defendant Directors Mortgage  Inc. salterman@kelrun.com

Tal Unrad
      on behalf of Creditor Year Up  Inc. tal.unrad@arentfox.com

Tal Unrad
      on behalf of Other Prof. Burns & Levinson LLP tal.unrad@arentfox.com

Tal Unrad
      on behalf of Creditor ZPR International  Inc. tal.unrad@arentfox.com

Tala Amirfazli
      on behalf of Defendant Primary Capital Advisors  LC tamirfazli@burr.com, jadams@burr.com

Tally Mindy Wiener
      on behalf of Creditor Lionel Dardo Occhione tallymindy@gmail.com

Tally Mindy Wiener
      on behalf of Creditor Lionel Dardo Occhione tallymindy@gmail.com

Tally Mindy Wiener
      on behalf of Creditor Alex Wong Chin Pang tallymindy@gmail.com

Tara B. Annweiler
      on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Terrance W Anderson, Jr
      on behalf of Defendant The Crossfire Financial Network Inc. tw.anderson@nelsonmullins.com

Terry E. Hall
      on behalf of Creditor Indiana State Teachers Retirement Fund terry.hall@faegrebd.com

The Huntington National Bank
      ECF.Oster@huntington.com

Theodore McCombs
      on behalf of Creditor Giants Stadium LLC mccombst@sullcrom.com

Theodore O. Rogers, Jr.
      on behalf of Defendant Barclays Capital Inc. rogerst@sullcrom.com
      s&cmanagingclerk@sullcrom.com;theodore-rogers-5334@ecf.pacerpro.com

Thomas Arena
      on behalf of Unknown Milbank  Tweed, Hadley & McCloy LLP jbrewster@milbank.com

Thomas Scannell
      on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company tscannell@foley.com
      thomas-scannell-3441@ecf.pacerpro.com

Thomas Alan Draghi

on behalf of Unknown CorrectNet Inc. tdraghi@westermanllp.com

Thomas C. White

on behalf of Defendant Giants Stadium LLC whitet@sullcrom.com
s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas C. White

on behalf of Creditor Giants Stadium LLC whitet@sullcrom.com
s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas C. White

on behalf of Counter-Claimant Giants Stadium LLC whitet@sullcrom.com
s&cmanagingclerk@sullcrom.com;thomas-white-7289@ecf.pacerpro.com

Thomas D. Goldberg

on behalf of Plaintiff Jonathan Keeney tdgoldberg@dbh.com

Thomas D. Goldberg

on behalf of Creditor Lehman Brothers European Mezzanine Fund 2003-B L.P., et al tdgoldberg@dbh.com

Thomas E. Chase

on behalf of Unknown Malayan Banking Berhad tc@bonlaw.com

Thomas J. Fleming

on behalf of Defendant Mariner LDC tfleming@olshanlaw.com docketclerk@olshanlaw.com

Thomas J. Fleming

on behalf of Defendant Structured Credit Opportunities Fund II LP tfleming@olshanlaw.com, docketclerk@olshanlaw.com

Thomas J. Fleming

on behalf of Defendant Tricadia Credit Strategies Master Fund Ltd. tfleming@olshanlaw.com, docketclerk@olshanlaw.com

Thomas J. Moloney

on behalf of Creditor Evergreen Income Advantage Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Utilities and High Income Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor J. Aron & Company tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen International Balanced Income Fund tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Core Bond Fund
tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Lehman Brothers Special Financing Inc. Working Group tmoloney@cgsh.com
dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Strategic Municipal Bond Fund
tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen International Bond Trust tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party LVFN Partners L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Institutional Mortgage Portfolio
tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund
tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New Jersey Municipal Money Market
Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA High Income Fund
tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select High Yield Bond Trust tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Core Plus Bond Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Barclays Capital  Inc. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund  L.P. and Silver Point Capital Offshore Fund, Ltd. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Goldman Sachs Bank (USA) tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen New York Municipal Money Market Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Oculus Portfolios  L.L.C., tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Investment Management Company tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Multi-Sector Income Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Wachovia Securities International Limited tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Composite Portfolios  L.L.C. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Long Duration Trust tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen U.S. Government Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Intervenor Cardinal Investment Sub I  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs (Japan) Ltd. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen High Income Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor GS European Performance Fund Limited tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Equity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen Diversified Capital Builder Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Barclays Capital Inc. maofiling@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Pennsylvania Municipal Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Select High Yield Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman  Sachs & Co. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Capital Markets  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Daiwa Securities Capital Markets Co. Ltd. maofiling@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Diversified Income Builder Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Core Bond Trust Full Discretion tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Wachovia Bank  N.A. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Oak Hill Strategic Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party D.E. Shaw Claims SPV  L.L.C. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Variable Annuity Trust on behalf of its series: Evergreen VA Diversified Income Builder Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party Barclays Bank PLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen California Municipal Bond Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Intermediate Bond Trust Full Discretion tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund tmoloney@cgsh.com dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Defendant Barclays Bank PLC maofiling@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen California Municipal Money Market Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Interested Party PB Capital Corporation tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Japan Co. Ltd. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs Credit Partners L.P. tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Municipal Money Market Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs International Bank tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Global Dividend Opportunity Fund tmoloney@cgsh.com

dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs (Asia) Finance tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Money Market Trust on behalf of its series: Evergreen Pennsylvania Municipal Money Market
Fund tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Goldman Sachs International tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Creditor Evergreen Select Money market Trust on behalf of its series: Evergreen Institutional Money Market Fund
tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney

on behalf of Intervenor Oak Hill Strategic Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Schell

on behalf of Defendant Bank of America  NA. tjschell@bclplaw.com, dortiz@bclplaw.com

Thomas J. Schell

on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION tjschell@bclplaw.com  dortiz@bclplaw.com

Thomas John Wright

on behalf of Defendant Giants Stadium LLC s&cmanagingclerk@sullcrom.com

Thomas John Wright

on behalf of Creditor Giants Stadium LLC s&cmanagingclerk@sullcrom.com

Thomas M. Gaa

on behalf of Creditor Yahoo! Inc. tgaa@bbslaw.com  yessenia@bbslaw.com

Thomas M. Gaa

on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems  Inc. tgaa@bbslaw.com,
yessenia@bbslaw.com

Thomas M. Gaa

on behalf of Interested Party Sun Microsystems  Inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Gaa

on behalf of Interested Party NetApp  Inc. and Network Appliance Limited tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Gaa

on behalf of Interested Party SuccessFactors  Inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas M. Mullaney

on behalf of Unknown 1EE LLC tmm@mullaw.org

Thomas M. Mullaney

on behalf of Debtor Lehman Brothers Holdings Inc. tmm@mullaw.org

Thomas Moers Mayer

on behalf of Unknown Rutger Schimmelpenninck tmayer@kramerlevin.com
docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;wkane@kramerlevin.com

Thomas R. Califano

on behalf of Creditor Etihad Airways nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano

on behalf of Creditor Osterreichische Volksbanken-Aktiengesellschaft
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano

on behalf of Attorney DLA Piper LLP (US) nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano

on behalf of Creditor Westport Capital Partners  LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano

on behalf of Interested Party Banco Banif  SA, et al. nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano

on behalf of Creditor Hank's Living Trust nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Transferee Miriam Bano Coscolla nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Defendant PTO Holdings LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Unknown Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Creditor Lahde Capital Management  LLC nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Califano
on behalf of Defendant LCOR Alexandria L.L.C. nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas R. Slome
on behalf of Creditor Dresdner Kleinwort Group Holdings LLC tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Unknown Duke Energy Ohio  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas Raymond Rask, III
on behalf of Defendant Directors Mortgage  Inc. trask@kelrun.com

Thomas S. Marrion
on behalf of Interested Party United Church Of Christ Retirement Community  Inc. d/b/a Havenwood Heritage Heights
tmarrion@haslaw.com

Timothy Grinsell
on behalf of Unknown U.S. Bank National Association  as Trustee for Certain Residential Mortgage-Backed Securitization Trusts
tgrinsell@hsgllp.com, managingclerk@hsgllp.com;crodriguez@hsgllp.com

Timothy Grinsell
on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust tgrinsell@hsgllp.com,
managingclerk@hsgllp.com;crodriguez@hsgllp.com

Timothy F. Nixon
on behalf of Interested Party Marshall Funds  Inc. and Marshall & Ilsley Trust Company, N.A. tnixon@gklaw.com,
kboucher@gklaw.com

Timothy F. Nixon
on behalf of Unknown Marshall & Ilsley Trust Company N.A. tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon
on behalf of Unknown Marshall Funds  Inc. and Marshall & Ilsley Trust Company, N.A. tnixon@gklaw.com,
kboucher@gklaw.com

Timothy F. Nixon
on behalf of Interested Party Fee Committee tnixon@gklaw.com  kboucher@gklaw.com

Timothy J. Carter
on behalf of Creditor Rogge Global Partners PLC tcarter@goulstonstorrs.com

Timothy M Swanson
on behalf of Defendant CHERRY CREEK MORTGAGE CO.  INC. tim.swanson@moyewhite.com,
audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy M Swanson
on behalf of Creditor Cherry Creek Mortgage Co Inc tim.swanson@moyewhite.com
audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy M Swanson
on behalf of Defendant Cherry Creek Mortgage Co.  Inc. tim.swanson@moyewhite.com,
audra.albright@moyewhite.com,hope.stone@moyewhite.com

Timothy P Griffin
on behalf of Defendant Summit Mortgage Corporation timothy.griffin@stinson.com

Timothy P Griffin
on behalf of Defendant Sutton Bank timothy.griffin@stinson.com

Timothy P Griffin
on behalf of Interested Party First Bank timothy.griffin@stinson.com

Timothy P Griffin
on behalf of Defendant First Horizon Home Loan Corporation timothy.griffin@stinson.com

Timothy P Griffin
on behalf of Defendant Texas Capital Bank  NA timothy.griffin@stinson.com

Timothy P Griffin
on behalf of Defendant First Bank timothy.griffin@stinson.com

Timothy P. Harkness
on behalf of Unknown The Structured Finance Industry Group timothy.harkness@freshfields.com

Timothy P. Harkness
on behalf of Unknown Shield Securities Limited timothy.harkness@freshfields.com

Timothy P. Harkness
on behalf of Defendant Shield Securities Ltd  timothy.harkness@freshfields.com

Timothy Raymond Wheeler
on behalf of Interested Party Spiral Binding Company  Inc. Timothy.Wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com

Timothy W. Brink
on behalf of Interested Party River Capital Advisors  Inc. tbrink@mpslaw.com, dnichols@mpslaw.com

Timothy William Salter
on behalf of Defendant Luxury Mortgage Corp. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Ocwen Loan Servicing  LLC as successor to Ocwen Federal Bank, FSB tsalter@mccarter.com

Timothy William Salter
on behalf of Interested Party Group 2000 Real Estate Services  Inc. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant BWC MORTGAGE SERVICES tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant WR Starkey Mortgage  LLP tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant MEGA CAPITAL FUNDING  INC. tsalter@mccarter.com

Timothy William Salter
on behalf of Unknown Homeward Residential Inc. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Residential Home Funding Corp. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Sun American Mortgage Company tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Congressional Bancshares  Inc. (successor-in-interest) tsalter@mccarter.com

Timothy William Salter
on behalf of Unknown Southern Fidelity Mortgage Corporation tsalter@mccarter.com

Timothy William Salter
on behalf of Unknown Group 2000 Real Estate Services  Inc. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Southern Fidelity Mortgage  LLC tsalter@mccarter.com

Timothy William Salter
on behalf of Unknown Luxury Mortgage Corp. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant WR STARKEY MORTGAGE  LLP tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant CMG Mortgage  Inc. tsalter@mccarter.com

Timothy William Salter
on behalf of Defendant Ocwen Loan Servicing  LLC s/h/a Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank, FSB tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown First Savings Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Sun West Mortgage Company  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ocwen Financial Corporation  as successor to Ocwen Loan Servicing Corp. and PHH Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant New Fed Mortgage Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Mega Capital Funding  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ross Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant LHM Financial Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Approved Funding Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant OAKTREE FUNDING CORP. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Citywide Home Loans  A Utah Corp tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Homeward Residential  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Stearns Lending  LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant First Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Commerce Home Mortgage  Inc. f/k/a Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant First California Mortgage Company tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Mortgage Capital Associates  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant RESIDENTIAL HOME FUNDING CORP. tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Southern Fidelity Mortgage  LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Unknown Avenue Mortgage  Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant NEW FED MORTGAGE  CORP. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Ascent Home Loans Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant FIRST MORTGAGE CORPORATION tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Oaktree Funding Corp. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.

tsalter@mccarter.com

Timothy William Salter

on behalf of Interested Party Stearns Lending Inc. tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Republic Mortgage Home Loans LLC tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant Broadview Mortgage Corporation tsalter@mccarter.com

Timothy William Salter

on behalf of Defendant American Bank tsalter@mccarter.com

Tina Niehold Moss

on behalf of Creditor HSBC Bank USA  National Association tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group L.L.C. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Unknown HSBC Bank USA  National Association tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor APS Bank Ltd. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  L.L.C. as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor SPCP Group  LLC tmoss@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Tina Niehold Moss

on behalf of Creditor Bank of Valletta p.l.c. tmoss@perkinscoie.com docketnyc@perkinscoie.com;nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Todd Anders Noteboom

on behalf of Defendant First Bank todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant First Horizon Home Loan Corporation todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Summit Mortgage Corporation todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Texas Capital Bank  NA todd.noteboom@stinson.com, jan.hungerford@stinson.com

Todd Anders Noteboom

on behalf of Defendant Sutton Bank todd.noteboom@stinson.com  jan.hungerford@stinson.com

Todd E Duffy

on behalf of Unknown South Mississipi Electric Power Association and Coast Electric Power Association Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Interested Party Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Creditor Essex Equity Holding USA  LLC Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Creditor Essex Equity Holdings USA  LLC. M. Brian Maher & Basil Maher Tduffy@duffyamedeo.com,
damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Creditor Elliott Management Corporation Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Unknown Elliott Management Corporation Tduffy@duffyamedeo.com  damedeo@duffyamedeo.com

Todd E Duffy

on behalf of Creditor Essex Equity Holdings USA  LLC Tduffy@duffyamedeo.com, damedeo@duffyamedeo.com

Todd G. Cosenza

on behalf of Plaintiff Structured Asset Securities Corporation maosbny@willkie.com  tcosenza@willkie.com

Todd G. Cosenza

on behalf of Plaintiff Lehman Brothers Holdings Inc. maosbny@willkie.com  tcosenza@willkie.com

Todd G. Cosenza

on behalf of Debtor Lehman Brothers Holdings Inc. maosbny@willkie.com  tcosenza@willkie.com

Tracy L. Klestadt

on behalf of Creditor Yakima-Tieton Irrigation District tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Unknown OneWest Bank  FSB tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Creditor Ironbridge Mountain Cottages  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Creditor Ironbridgte Aspen Collection  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Creditor Ironbridge Homes  LLC tklestadt@klestadt.com, tklestadt@yahoo.com

Tracy Lee Henderson

on behalf of Defendant First Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Windsor Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant SUN AMERICAN MORTGAGE COMPANY tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant WR STARKEY MORTGAGE  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Empire Financial Services  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party First Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Broadview Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Sun American Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Republic State Mortgage Co.  individually and as successor by merger to Union Trust Mortgage
Corporation tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party American Bank tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Cranbrook Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Oaktree Funding Corp. tracyhendersonlaw@gmail.com

docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Loan Simple  Inc. f/k/a Ascent Home Loans, Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Millennium Mortgage Capital tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Summit Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC
tracyhendersonlaw@gmail.com, docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Oaktree Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Cranbrook Loans Group  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Finance of America Mortgage  LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Approved Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Millennium Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party Republic State Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Summit Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant FIRST NATIONAL BANK tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Ross Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown WR Starkey Mortgage  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Millennium Mortgage Capital tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Mega Capital Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant BWC MORTGAGE SERVICES tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Arlington Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Hartland Mortgage Centers  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Gateway Funding Diversified Mortgage Services  L.P. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant LHM Financial Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant HARTLAND MORTGAGE CENTERS  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant NEW FED MORTGAGE  CORP. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant First California Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Apex Home Loans  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Republic Mortgage Home Loans  LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant WR Starkey Mortgage  LLP tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Sun West Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Simonich Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Arlington Capital Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Apex Home Loans  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown New FED Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant OAKTREE FUNDING CORP. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Residential Home Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant LOAN SIMPLE  INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.
tracyhendersonlaw@gmail.com, docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Hartland Mortgage Centers  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant New Fed Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Ross Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Mega Capital Funding  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant MEGA CAPITAL FUNDING  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Bondcorp Realty Services Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Academy Mortgage Corporation tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Loan Simple  Inc. f/k/a Ascent Home Loans Inc., tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Gateway Funding Diversified Mortgage Services  L.P. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party Directors Mortgage Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown CMG Mortgage  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant STERLING NATIONAL MORTGAGE COMPANY  INC. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Commerce Home Mortgage  Inc. f/k/a Simonich Corp. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Hometrust Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant 1st Advantage Mortgage  L.L.C. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Sun America Mortgage Company tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Luxury Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Nationwide Home Mortgage Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Republic Mortgage Home Loans LLC tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant COMMERCE HOME MORTGAGE  INC. f/k/a Simonich Corp. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant Approved Funding Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Defendant FIRST MORTGAGE CORPORATION tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Churchill Mortgage tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Interested Party Gateway Bank  FSB tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson

on behalf of Unknown Sterling National Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Millennium Mortgage Corp. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Sterling National Mortgage Company  Inc. tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Unknown MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC tracyhendersonlaw@gmail.com,
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tracy Lee Henderson
on behalf of Defendant Ascent Home Loans Inc. tracyhendersonlaw@gmail.com
docket@americanmlg.com;ttalbert@americanmlg.com;2432125420@filings.docketbird.com

Tricia J. Bloomer,
on behalf of Defendant Barclays Capital Inc. tbloomer@bsfllp.com

Tricia J. Bloomer,
on behalf of Cross Defendant Barclays Capital Inc. tbloomer@bsfllp.com

Turner P. Smith
on behalf of Plaintiff Lehman Brothers Special Financing Inc. jclyne@cm-p.com

Tyler Whitmer
on behalf of Creditor Committee Official Committee of Unsecured Creditors tylerwhitmer@quinnemanuel.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Valdi Licul
on behalf of Plaintiff Olivia Bam vlicul@vladeck.com

Vincent J. Roldan
on behalf of Transferee Ambling Property Investments  LLC vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Osterreichische Volksbanken-Aktiengesellschaft vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Transferor Volksbank Ried im Innkreis eG vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor General Ore International Corporation Limited  Neu Holdings U.S. Corporation, Neu Foundation of
California, Janice K. Moss vroldan@mblawfirm.com

Vittal Patel
on behalf of Defendant Directors Mortgage  Inc. vittal.patel@directorsmortgage.net

W. Timothy Miller
on behalf of Unknown The Federal Home Loan Bank of Cincinnati miller@taftlaw.com
docket@taftlaw.com;ljasper@taftlaw.com

Walter Benzija
on behalf of Creditor Henegan Construction Co.  Inc. wbenzija@halperinlaw.net, cessenfeld@halperinlaw.net

Walter Benzija
on behalf of Creditor Dunn & Bradstreet wbenzija@halperinlaw.net  cessenfeld@halperinlaw.net

Walter B. Stuart
on behalf of Creditor Bayerische Landesbank walter.stuart@freshfields.com

Walter B. Stuart
on behalf of Attorney Freshfields Bruckhaus Deringer US LLP walter.stuart@freshfields.com

Walter B. Stuart
on behalf of Creditor Deutsche Bundesbank walter.stuart@freshfields.com

Walter B. Stuart
on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG; SLB Leasing-Fonds GmbH & Co Odin KG; SLB
Leasing-Fonds GmbH & Co Thor KG; SLB Leasing-Fonds GmbH & Co Uranus KG walter.stuart@freshfields.com

Walter E. Swearingen
on behalf of Unknown Peter J. DaPuzzo wswearingen@beckerglynn.com

Walter E. Swearingen
on behalf of Unknown Mary Jane DaPuzzo wswearingen@beckerglynn.com

Walter H. Curchack
on behalf of Creditor Wilmington Trust Company  as Indenture Trustee vrubinstein@loeb.com;NYBKDocket@loeb.com

Walter H. Curchack

on behalf of Attorney Loeb & Loeb LLP vrubinstein@loeb.com;NYBKDocket@loeb.com

Walter H. Curchack

on behalf of Interested Party Thomas Cook AG vrubinstein@loeb.com;NYBKDocket@loeb.com

Wayne Streibich

on behalf of Unknown Southern Fidelity Mortgage  LLC wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown PHH CORPORATION wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Ocwen Loan Servicing LLC  as successor to Ocwen Federal Bank, FSB wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Ocwen Financial Corporation  as successor to Ocwen Servicing Corp. wstreibich@blankrome.com

Wayne Streibich

on behalf of Defendant Stearns Lending  LLC wstreibich@blankrome.com

Wayne Streibich

on behalf of Unknown Homeward Residential Inc. wstreibich@blankrome.com

Wendy Mager

on behalf of Creditor John Dmuchowski wmager@smithstratton.com

Wendy G. Marcari

on behalf of Creditor Intersil Investment Company wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Europe SaRL  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party InfoSpace  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Intersil Europe SaRL  Inc. wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Communications  Inc. f/k/a Intersil Investment Company wmarcari@ebglaw.com,
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Xicor  LLC wmarcari@ebglaw.com, nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Interested Party Xicor  LLC wmarcari@ebglaw.com, nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Unknown Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor Intersil Holding GmbH wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

Wendy G. Marcari

on behalf of Creditor InfoSpace wmarcari@ebglaw.com  nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

William Hao

on behalf of Interested Party AG Financial Products  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Creditor Dell Global B.V. william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Trustee/Not Bankrupt Bank of America  National Association successor by merger with LaSalle Bank National
Association william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Greywolf Capital Management L.P. william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Creditor Wilmington Trust Company and Wilmington Trust National Association  solely in their respective capacities
as Trustees for Certain Mortgage-Backed Securities Trust william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Unknown Main Street Natural Gas  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Municipal Electric Authority of Georgia william.hao@alston.com  leslie.salcedo@alston.com

William Hao

on behalf of Interested Party Consolidated Container Company LLC william.hao@alston.com  leslie.salcedo@alston.com

William Heuer

on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola wheuer@westermanllp.com

William Heuer

on behalf of Creditor FPB Bank  Inc wheuer@westermanllp.com

William Heuer

on behalf of Unknown c/o Duane Morris LLP Buckeye Partners  L.P. wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Reserve International Liquidity Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Reserve Yield Plus Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Primary Fund of the Reserve Fund wheuer@westermanllp.com

William Heuer

on behalf of Creditor Bruce Bent wheuer@westermanllp.com

William Heuer

on behalf of Creditor Aspecta Assurance International Luxembourg S.A. wheuer@westermanllp.com

William Heuer

on behalf of Trustee/Not Bankrupt Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group wheuer@westermanllp.com

William Heuer

on behalf of Creditor The Travelers Indemnity Company wheuer@westermanllp.com

William Heuer

on behalf of Creditor Resrv Partners  Inc., wheuer@westermanllp.com

William Heuer

on behalf of Unknown Edward Jones wheuer@westermanllp.com

William Heuer

on behalf of Unknown Reserve Management Company Inc wheuer@westermanllp.com

William Heuer

on behalf of Unknown BKW FMB Energie AG  Viktoriaplatz wheuer@westermanllp.com

William Heuer

on behalf of Unknown Arthur c/o Reserve Bent wheuer@westermanllp.com

William Heuer

on behalf of Creditor Bruce Brent II wheuer@westermanllp.com

William Heuer

on behalf of Creditor ACE America Insurance Company  et al., wheuer@westermanllp.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holdings  Inc. wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holdings Inc. wmaher@wmd-law.com

William A Maher

on behalf of Unknown Lehman Brothers Special Financing Inc. wmaher@wmd-law.com

William A Maher

on behalf of Interested Party Lana Franks Harber wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Special Financing Inc. wmaher@wmd-law.com

William A Maher

on behalf of Plaintiff Lehman Brothers Holding Inc. wmaher@wmd-law.com

William A Maher

on behalf of Debtor Lehman Brothers Holdings Inc. wmaher@wmd-law.com

William A Maher

on behalf of Unknown Lehman Brothers Australia Limited wmaher@wmd-law.com

William A Maher

on behalf of Unknown Clerk's Office of the United States Bankruptcy Court wmaher@wmd-law.com

William A. Rome

on behalf of Plaintiff Neuberger Berman LLC warome@hpplegal.com

William A. Slaughter

on behalf of Defendant Utah Housing Corporation slaughter@ballardspahr.com

William B. Schiller

on behalf of Creditor Wells Fargo Bank  NA, d/b/a America's Servicing Company as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Series 2005-HE3 wschiller@schillerknapp.com, lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William B. Schiller

on behalf of Creditor Wells Fargo Bank  NA, d/b/a America's Servicing Company as servicer for U.S. Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust, Mortga wschiller@schillerknapp.com, lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William C Sandelands

on behalf of Defendant Aurora Bank FSB wsandelands@sandelandslaw.com

William C. Price

on behalf of Creditor Access Data Corp. wprice@clarkhill.com  aporter@clarkhill.com

William Dean Thomson

on behalf of Defendant Sutton Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant First Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant First Horizon Home Loan Corporation william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant Texas Capital Bank  NA william.thomson@stinson.com, MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Interested Party First Bank william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William Dean Thomson

on behalf of Defendant Summit Mortgage Corporation william.thomson@stinson.com  MPL.LSSTeam5@stinson.com

William F. Dahill

on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC wdahill@cwdlaw.com

William F. Dahill

on behalf of Plaintiff Rosslyn LB Syndication Partner LLC wdahill@cwdlaw.com

William F. Dahill

on behalf of Plaintiff Lehman Brothers Special Financing Inc. wdahill@cwdlaw.com

William F. Dahill

on behalf of Debtor Lehman Brothers Holdings Inc. wdahill@cwdlaw.com

William G. Ballaine

on behalf of Creditor Federal Home Loan Mortgage Corporation wballaine@lcbf.com

William J. Factor

on behalf of Creditor City of Chicago wfactor@wfactorlaw.com  nbouchard@wfactorlaw.com

William J. McKenna

on behalf of Unknown Nemesis Asset Management LLP  f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund wmckenna@foley.com

William J.F. Roll, III

on behalf of Plaintiff BANK OF AMERICA  N.A. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Neutral Fund  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Fund II  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Neutral Levered Fund  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Defendant Merrill Lynch Capital Services  Inc. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Fund  L.D.C. wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Fund USA  Ltd. wroll@shearman.com

William J.F. Roll, III

on behalf of Creditor Ontario Teacher's Pension Plan Board wroll@shearman.com

William J.F. Roll, III

on behalf of Unknown Maverick Long Enhanced Fund  Ltd. wroll@shearman.com

William L. Farris

on behalf of Defendant Barclays Capital Inc. s&cmanagingclerk@sullcrom.com

William M. Moran

on behalf of Unknown SunCal Debtors wmoran@mccarter.com

William P. Lalor

on behalf of Defendant MC Advantage  LLC, f/k/a Republic Mortgage Home Loans, LLC wlalor@earlysullivan.com

William P. Lalor

on behalf of Defendant MC ADVANTAGE  LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC
wlalor@earlysullivan.com

William P. Lalor

on behalf of Unknown M.C. wlalor@earlysullivan.com

William P. Weintraub

on behalf of Interested Party The Middleby Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub

on behalf of Unknown Boultbee (Helsinki) AB wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Bay Harbour Master Ltd. wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub

on behalf of Unknown Boultbee (Vasteras) AB wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William P. Weintraub

on behalf of Unknown The Middleby Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William R. Hinchman

on behalf of Defendant Syncora Guarantee Inc. whinchman@klehr.com

William S. Sugden

on behalf of Creditor Frigga Andres will.sugden@alston.com

William S. Sugden

on behalf of Unknown Sandra Lechmacher (nee Sandra Anita Potscher) will.sugden@alston.com

William S. Sugden

on behalf of Unknown Raiffeisenbank Region Baden eGen will.sugden@alston.com

William S. Sugden

on behalf of Unknown Nomura Holdings  Inc. will.sugden@alston.com

William S. Sugden

on behalf of Unknown Gerhard Schuetz will.sugden@alston.com

William S. Sugden

on behalf of Creditor Aozora Bank  Ltd. will.sugden@alston.com

William Stuart Dornette

on behalf of Unknown Federal Home Loan Bank of Cincinnati dornette@taftlaw.com  docket@taftlaw.com

William Wade Kannel

on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private Limited Company wkannel@mintz.com

William Wade Kannel

on behalf of Interested Party Teva Pharmaceutical Works Company wkannel@mintz.com

William Wade Kannel

on behalf of Creditor SL Green Realty Corp wkannel@mintz.com

William Wade Kannel

on behalf of Creditor Teva Pharmaceuticals USA  Inc wkannel@mintz.com

William Wade Kannel

District/off: 0208-1                         User: admin                                      Page 260 of 260
Date Rcvd: Oct 18, 2022                      Form ID: tranapl                                 Total Noticed: 1

on behalf of Creditor Belmont Insurance Company wkannel@mintz.com

Wilton A Person

    on behalf of Defendant Smart Mortgage Centers Inc. wperson@personlaw.com

Wolfgang A Dase

    on behalf of Creditor Banque Privee Edmond de Rothschild S.A. wdase@fzwz.com

Zachary David Rosenbaum

    on behalf of Unknown Logan Hotels and Resorts  Mexico, S.A. de C.V. zrosenbaum@lowenstein.com,
claferriere@lowenstein.com;jdelgado@lowenstein.com;cdeleon@lowenstein.com

Zheng Wang

    on behalf of Defendant AIA International Ltd. zheng.wang.47@gmail.com  mao-bk-ecf@debevoise.com


TOTAL: 6634