UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion or portions of the Claim identified in <u>Exhibit A</u> attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: October 26, 2022
      New York, New York

                                                              /s/ Jonathan Cho
                                                              ALLEN & OVERY LLP
                                                               1221 Avenue of the Americas
                                                               New York, New York 10020
                                                               Telephone: (212) 610-6300
                                                               Facsimile: (212) 610-6399

                                                               *Attorneys for The Hongkong*
                                                               *and Shanghai Banking*
                                                               *Corporation Limited*

E2.758906

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA HSBC STK-123.0172KO-131.0401 10% 18JUN2009 (XS0305084591) - MARKED DOWN ON 02 MAY 2019 BY ISSUER | XS0305084591 | LEHMAN BROTHERS TREASURY CO B.V | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

\* No portion of the Claim, whether relating to ISIN XS0305084591 or otherwise, is being withdrawn in excess of the principal amount in this column.

E2.758906