# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re | Chapter 11 |
| **Lehman Brothers Holdings Inc.** | **Case No. 08-13555 (mg)** |
| Debtor | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Primeshares** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and requests that service of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

| **OLD ADDRESS** | **NEW ADDRESS** |
|---|---|
| Primeshares | Primeshares |
| 261 Fifth Avenue, 22nd Floor | 80 West 40th Street, 3rd Floor |
| New York, NY 10016 | New York, NY 10016 |

Dated: _____11-07-2022_____

Respectfully submitted,

_____/s/ Roger Von Spiegel_____
By:   _Roger Von Spiegel_
Title: _Managing Member_