B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc.  ,        Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ploegmakers M.A.M.
Name of Transferee

Gutte, J.A.M.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 49360
Amount of Claim: $53,008.45
Date Claim Filed: 10/27/2009

Phone: TimPloeg.tp@gmail.com
Last Four Digits of Acct #: _____

Phone: ZOVO40zr@kpnmail.nl
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ploegmakers        Date: 10/3/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.