UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

### OCTOBER 2022 POST-EFFECTIVE OPERATING REPORT

OCTOBER 7, 2022 – OCTOBER 31, 2022
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS


DEBTORS' ADDRESS:          LEHMAN BROTHERS HOLDINGS INC.
                           c/o KRISTINE DICKSON
                           CHIEF FINANCIAL OFFICER
                           110 EAST 42nd STREET
                           SUITE 820
                           NEW YORK, NY 10017


DEBTORS' ATTORNEYS:        WEIL, GOTSHAL & MANGES LLP
                           c/o GARRETT A. FAIL
                           767 FIFTH AVENUE
                           NEW YORK, NY 10153

REPORT PREPARER:           LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR



Date:  November 23, 2022

## SCHEDULE OF DEBTORS

The twenty three entities listed below (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below.  On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred.  As of the date hereof, the following Debtor's chapter 11 case remains open:

| | Case No. | Date Filed ("Commencement Date") |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") ................................................... | 08-13555 | 9/15/2008 |

The following Debtors' chapter 11 cases were closed in 2016, 2018, 2019, 2020 and 2021, pursuant to final decrees entered by the Bankruptcy Court (Docket No. 51920, No. 54163, No. 58257, No. 59472, No. 60623 and No. 61162):

| | Case No. | Date Filed | Date Closed |
|---|---|---|---|
| LB 745 LLC.................................................................... | 08-13600 | 9/16/2008 | 1/28/2016 |
| PAMI Statler Arms LLC.................................................. | 08-13664 | 9/23/2008 | 1/28/2016 |
| CES Aviation LLC ......................................................... | 08-13905 | 10/5/2008 | 1/28/2016 |
| CES Aviation V LLC...................................................... | 08-13906 | 10/5/2008 | 1/28/2016 |
| CES Aviation IX LLC .................................................... | 08-13907 | 10/5/2008 | 1/28/2016 |
| LB 2080 Kalakaua Owners LLC ..................................... | 09-12516 | 4/23/2009 | 1/28/2016 |
| LB Somerset LLC .......................................................... | 09-17503 | 12/22/2009 | 1/28/2016 |
| LB Preferred Somerset LLC ........................................... | 09-17505 | 12/22/2009 | 1/28/2016 |
| East Dover Limited........................................................ | 08-13908 | 10/5/2008 | 12/15/2016 |
| Luxembourg Residential Properties Loan Finance S.a.r.l.... | 09-10108 | 1/7/2009 | 12/15/2016 |
| Merit LLC...................................................................... | 09-17331 | 12/14/2009 | 12/15/2016 |
| Lehman Brothers Derivative Products Inc. ("LBDP") ......... | 08-13899 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Financial Products Inc.("LBFP") ........... | 08-13902 | 10/5/2008 | 6/14/2018 |
| Lehman Scottish Finance L.P. ....................................... | 08-13904 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Commodity Services Inc. ("LBCS") ...... | 08-13885 | 10/3/2008 | 2/11/2019 |
| Lehman Brothers Commercial Corporation ("LBCC") ........ | 08-13901 | 10/5/2008 | 2/11/2019 |
| Structured Asset Securities Corporation........................ | 09-10558 | 2/9/2009 | 2/11/2019 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC").............. | 08-13893 | 10/3/2008 | 5/4/2020 |
| BNC Mortgage LLC ....................................................... | 09-10137 | 1/9/2009 | 5/4/2020 |
| Lehman Commercial Paper Inc. ("LCPI") ......................... | 08-13900 | 10/5/2008 | 5/4/2020 |
| Lehman Brothers Special Financing Inc. ("LBSF")………………………….. | 08-13888 | 10/3/2008 | 7/1/2021 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the originators of the questions). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as relevant, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's previously posted responses can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under the Key Documents tab and the Responses to Questions Submitted category**

**LEHMAN BROTHERS HOLDINGS INC. AND LBHI CONTROLLED ENTITIES**
**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**OCTOBER 7, 2022 – OCTOBER 31, 2022**

The information and data included in this October 2022 Post-Effective Operating Report (the "Operating Report") are derived from sources available to LBHI, as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Company, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. money-market funds, commercial paper and U.S. government obligations.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

**LEHMAN BROTHERS HOLDINGS INC. and LBHI-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**October 7, 2022 - October 31, 2022**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | LBHI | LBHI-Controlled Entities | Total LBHI & Controlled Entities |
|---|---|---|---|---|
| **Beginning Cash (10/07/22)** | | $ 123.0 | $ 30.0 | $ 153.1 |
| **Sources of Cash** | | | | |
| Non-Controlled Affiliates | | 0.0 | - | 0.0 |
| Financial Instruments | | 0.1 | 0.8 | 0.9 |
| Inter-Company Receipts | | 0.8 | - | 0.8 |
| Other Receipts | | 0.2 | 0.9 | 1.1 |
| **Total Sources of Cash** | | **1.1** | **1.7** | **2.8** |
| **Uses of Cash** | | | | |
| Operating Expenses | (a) | (1.2) | (0.0) | (1.2) |
| Non-Operating | | (1.2) | - | (1.2) |
| Inter-Company Disbursements | | - | (0.8) | (0.8) |
| Plan Distributions | | (0.0) | - | (0.0) |
| **Total Uses of Cash** | | **(2.4)** | **(0.8)** | **(3.2)** |
| Other | | 0.1 | 0.3 | 0.4 |
| **Ending Cash (10/31/22)** [1] | | $ 121.9 | $ 31.2 | $ 153.1 |
| **[1] Ending Cash includes:** | | | | |
| Unrestricted cash | | 0.0 | 25.2 | 25.2 |
| Contingency Reserve | | 9.9 | - | 9.9 |
| Restricted Cash for Operating Expenses | | 79.0 | - | 79.0 |
| Restricted Cash for Disputed Claims * | | 16.8 | 0.4 | 17.2 |
| Restricted Cash for Taxes and Other ** | | 16.2 | 5.6 | 21.8 |
| **Total** | | $ 121.9 | $ 31.2 | $ 153.1 |

* Includes interest held on behalf of Disputed Claims
** Includes, but is not limited to, cash held for the benefit of third parties

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

## Notes:

(a) Payments to certain vendors reflect fees incurred over multiple months.