UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No.: 08-13555 (JMG) <br><br> (Jointly Administered) |

**NOTICE OF OMNIBUS TRANSFER OF CLAIMS**
**PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

**To:** U.S. Bank National Association, Assignor/Transferor
Global Structure Finance-Boston-SASCO 2004-10
One Federal St., 3rd Floor
Boston, MA 02110
Attention: Ms. Beth Nally

Your claims relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-10 ("**SASCO 2004-10**") as set forth in claim numbers 700021.00 and 710019.00, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings, have been transferred to Nationstar Mortgage LLC, Assignee/Transferee.

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
9135 Ridgeline Blvd., Suite 200
Highlands Ranch, Colorado 80129
Attention: Michele Olds

**EVIDENCE OF TRANSFER**

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-10 ("**SASCO 2004-10**") as set forth in claim numbers 700021.00 and 710019.00, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 30th day of November, 2022.

(*Signatures on following page*)

-- 2 --

**U.S. Bank National Association,**
not individually but solely in its capacity
as Trustee

By: _____

Name: _____Brad R. Zwetzig_____

Title: _____Vice President_____

**Nationstar Mortgage LLC, as Assignee/Transferee**

By: _____

Name: _____Christine Baker_____

Title: _____Vice President_____