# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>                                Debtors. | Chapter 11<br><br>Case No.: 08-13555 (JMG)<br><br>(Jointly Administered) |

## NOTICE OF OMNIBUS TRANSFER OF CLAIMS
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** **U.S. Bank National Association, Assignor/Transferor**
**Global Structured Finance-Chicago-SARM 2006-6**
**190 South LaSalle Street**
**Chicago, Illinois 60603**
**Attention: Nicholas Xeros**

Your claims relating to Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-6 ("**SARM 2006-6**") as set forth in claim numbers 700120.01, 700120.02, 700120.03, 710211.01, 710211.02 and 710211.03, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings, have been transferred to NRZ Sponsor IX LLC, Assignee/Transferee.

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**NRZ Sponsor IX LLC, Assignee/Transferee**
c/o New Residential Investment Corp.
1345 Avenue of the Americas
New York, New York 10105
Attention: Sanjeev Khanna

14576/9
12/09/2022 53532595.1

## EVIDENCE OF TRANSFER

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **NRZ Sponsor IX LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-6 ("**SARM 2006-6**") as set forth in claim numbers 700120.01, 700120.02, 700120.03, 710211.01, 710211.02 and 710211.03, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 12th day of December, 2022.

(*Signatures on following page*)

**U.S. Bank National Association,**
not individually but solely in its capacity
as Trustee

By: _____

Name: _____Brad R. Zweizig_____
              Vice President

Title: _____


**NRZ Sponsor IX LLC, as Assignee/Transferee**

By: _____

Name: _Nicola Santoro, Jr._____

Title: _Chief Financial Officer_____