**LOWENSTEIN SANDLER LLP**
Nicole Fulfree, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone (212) 262-6700
E-mail: nfulfree@lowenstein.com
-and-
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500

*Counsel to NRZ Sponsor V LLC, NRZ Sponsor VII LLC and NRZ Sponsor IX LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OMNIBUS TRANSFERS OF CLAIMS PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

Counsel to NRZ Sponsor V LLC, NRZ Sponsor VII LLC and NRZ Sponsor IX LLC hereby withdraws the Notices of Omnibus Transfer of Claims Pursuant To Fed.R.Bankr.P. 3001(e)(2) filed on December 12, 2022 at Docket Nos. 61537, 61538 and 61539.

**LOWENSTEIN SANDLER LLP**

*/s/ Nicole Fulfree*
Nicole Fulfree, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone (212) 262-6700
E-mail: nfulfree@lowenstein.com

-and-

One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500

*Counsel to NRZ Sponsor V LLC, NRZ Sponsor VII LLC and NRZ Sponsor IX LLC*