UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- x
                                                                    :   Chapter 11
In re                                                               :
                                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,                              :
                                                                    :   (Jointly Administered)
                                    Debtors.                        :
                                                                    :
                                                                    :   Ref. Docket Nos. 61515 &
                                                                    :   61525
------------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2022, I caused to be served *a customized* "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Andrea Speelman
Andrea Speelman

Sworn to before me this
14th day of December, 2022
/s/ Rosalyn DeMattia
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2022

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

NATIONSTAR MORTGAGE LLC
TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,
ATTN: TERESA HOWELL
9135 RIDGELINE BLVD, STE 200
HIGHLANDS RANCH, CO 80129

BAR(23) MAILID *** 000213340055 ***         LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1251

NATIONSTAR MORTGAGE LLC
ATTN: TERESA HOWELL
9135 RIDGELINE BLVD, STE 200
HIGHLANDS RANCH, CO 80129

**Your transfer of claim # 700181-01 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   61525                Date:  11/18/2022

/s/ Andrea Speelman

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| JOSEF EICHLER-KISSLING | EINSCHLAGSTRASSE 12, CH-4622 EGERKINGEN   SWITZERLAND |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | ATTN: TERESA HOWELL, 9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | BAHNHOFSTRASSE 49, AARAU 5001 SWITZERLAND |

**Total Creditor Count 17**