# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-13555 (JMG)<br><br>(Jointly Administered) |

## NOTICE OF OMNIBUS TRANSFER OF CLAIMS
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** **U.S. Bank National Association, Assignor/Transferor**
**Global Structured Finance/SASCO 2005-14**
**One Federal St., 3rd Floor**
**Boston, MA 02110**
**Attention: John Leurini**

Your claims relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-14 ("**SASCO 2005-14**") as set forth in claim numbers 710098.01, 710098.02, 710098.03 and 710098.04, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings, have been transferred to NRZ Sponsor V LLC, Assignee/Transferee (but solely to the extent of the portion of the Claims relating to the Trusts).

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**NRZ Sponsor V LLC, Assignee/Transferee**
c/o New Residential Investment Corp.
1345 Avenue of the Americas
New York, New York 10105
Attention: Sanjeev Khanna

**EVIDENCE OF TRANSFER**

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **NRZ Sponsor V LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-14 ("**SASCO 2005-14**"), as set forth in claim numbers 710098.01, 710098.02, 710098.03 and 710098.04, whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMG), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 14th day of December, 2022.

(*Signatures on following page*)

**U.S. Bank National Association,**
not individually but solely in its capacity
as Trustee, **as Assignor/Transferor**

By: _____

Name: _____Brad R. Zwetzig_____
_____Vice President_____
Title: _____


**NRZ Sponsor V LLC, as Assignee/Transferee**

By: _____

Name: _Nicola Santoro, Jr._____

Title: _Chief Financial Officer_____