**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|  |  |
|---|---|
| In re | : **Chapter 11** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : **Case No. 08-13555 (SCC)** |
| | : |
| Debtors. | : **(Jointly Administered)** |
| | : |
| | : **Ref. Docket Nos. 61489,** |
| | : **61520, & 61526** |

---------------------------------------------------------------------- x

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2022, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 12, 2022, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
15th day of December, 2022
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2022

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH
ATTN: RAYMOND NG
LEVEL 13 & 14
1 QUEEN'S ROAD CENTRAL
HONG KONG
 HONG KONG

Please note that your claim # 56669-99 in the above referenced case and in the amount of
$100,000.00 allowed at $51,690.42 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000213340067 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000195700



CHAN YOKE MOI
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
FLAT D, 9/F, BLOCK B, MARIGOLD MANSION 2
SHUN YUNG STREET
HUNG HOM
 HONG KONG

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       61489       in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/12/2022                    Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 12, 2022.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CHAN YOKE MOI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, FLAT D, 9/F, BLOCK B, MARIGOLD MANSION 2, SHUN YUNG STREET, HUNG HOM  HONG KONG |
| GUTTE, J.A.M. | BEGYNENSTRAAT 27, 5341 BC OSS  NETHERLANDS |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| KUO CHENG HSIUNG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, NO. 7 ALLEY 15, LANE 148, KAIYUAN ROAD, NORTH DIST, TAINAN CITY 704016 TAIWAN |
| PLOEGMAKERS M.A.M. | TRANSFEROR: GUTTE, J.A.M., MEKELENKAMPLAAN 32, 5345 GL OSS  NETHERLANDS |

**Total Creditor Count 6**