```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re                                                              :
                                                                   :   Case No. 08-13555 (MG)
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :
                                                                   :   (Jointly Administered)
                                    Debtors.                       :
                                                                   :
                                                                   :   Ref. Docket Nos. 61517,
                                                                   :   61530, 61531, 61532, 61533,
                                                                   :   61534, 61535, 61540, 61543,
                                                                   x   61544, & 61551
------------------------------------------------------------------
```

**AFFIDAVIT OF SERVICE**

STATE OF OHIO            )
                         )  ss.:
COUNTY OF FRANKLIN       )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2023, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 28, 2023, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Andrea Speelman*
Andrea Speelman

Sworn to before me this
6th day of March, 2023
/s/ *Rosalyn DeMattia*

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000214797830 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000185755



FIRST FRANKLIN MTG LOAN TR 2005-FF3, REMIC 1
ATTN: BRAD ZWETZIG
190 S. LASALLE STREET, MK-IL-SL10
CHICAGO, IL 60603

Please note that your claim # 710135-01 in the above referenced case and in the amount of $12,282.83 has been transferred (unless previously expunged by court order)

NATIONSTAR MORTGAGE LLC
TRANSFEROR: FIRST FRANKLIN MTG LOAN TR 2005-FF3, REMIC 1
ATTN: CHRIS BAKER
9135 RIDGELINE BLVD, STE 200
HIGHLANDS RANCH, CO 80129

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    61530    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/28/2023                Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 28, 2023.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AFANASYEVA, NATALYA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, ROHANSKE NABEREZI 657/7, CZ-18600 PRAHA 8   CZECH REPUBLIC |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| LAW KIU KONG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, C/O SIM KUI SZE, WOODMAN SDN BHD, LOT 306, JALAN KROKOP, MIRI, SARAWAK 98000 MALAYSIA |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: VARIOUS, ATTN: TERESA HOWELL,9135 RIDGELINE BLVD, STE 200, HIGHLANDS RANCH, CO 80129 |
| NRZ SPONSOR V LLC | TRANSFEROR: VARIOUS, ATTN: SANJEEV KHANNA, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| U.S. BANK | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96 98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |

**Total Creditor Count 7**