**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (MG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

<u>NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669</u>

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers

Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited

("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC

hereby withdraws the portion or portions of the Claim identified in <u>Exhibit A</u> attached hereto (the

"**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's

claims and noticing agent, to update the official claims register for LBHI to reflect such

withdrawal.  For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim

other than the Withdrawn Portion.

Dated: March 13, 2023
      New York, New York

Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for The Hongkong*
*and Shanghai Banking*
*Corporation Limited*

E2.804553

RESTRICTED

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA STK 5-102.7166 939-6.324 28.75% 21DEC2009 (XS0335623061) - MARKED DOWN ON 02 MAY 2019 BY ISSUER | XS0335623061 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

* No portion of the Claim, whether relating to ISIN XS0335623061 or otherwise, is being withdrawn in excess of the principal amount in this column.

E2.804553 -

RESTRICTED