# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>   Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P. of the transfers, other than for security, of the claims referenced in this evidence and notice.

| **Stonehill Master Fund Ltd.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim No.: 58233 |
| c/o Stonehill Capital Management LLC<br>320 Park Avenue, 26th Floor<br>New York, New York 10022<br>Telephone: 212-739-7474<br>Facsimile: 212-838-2291<br>Email: ops@stonehillcap.com<br>Attn: OPS Department | Amount of Claim Transferred: $132,120,000.00, plus all interest, fees and other recoveries due thereon.<br><br>Date Claim Filed: October 30, 2009 |
| Last Four Digits of Acct. #: _____ | Phone:<br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL MASTER FUND LTD.**

**By:** **Stonehill Capital Management LLC,**
        **its Investment Adviser**

By: _[signature]_____    Date: 5/23/23
Name:  Steven Nelson
Title:  CFO

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

159-988/6851182.1

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS No. 58233 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on _____.

| **Deutsche Bank AG, London Branch** | **Stonehill Master Fund Ltd.** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>c/o Deutsche Bank Securities Inc.<br>One Columbus Circle, 7th Floor<br>New York, NY 10019<br>Attn: Whitney Zeledon<br>Email: whitney.zeledon@db.com<br>Phone: 212-250-5760 | Address of Transferee:<br><br>c/o Stonehill Capital Management LLC<br>320 Park Avenue, 26th Floor<br>New York, New York  10022<br>Telephone:  212 739 7474<br>Facsimile:  212-838-2291<br>Email:  ops@stonehillcap.com<br>Attn:  OPS Department |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
CLERK OF THE COURT

159-988/6851182.1

**EXHIBIT G**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn:  Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 58233

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Stonehill Master Fund Ltd.**
c/o Stonehill Capital Management LLC
320 Park Avenue, 26th Floor
New York, New York 10022
Attn: OPS Department
Telephone Number:  +1-212-739-7474
Fax Number:  +1-212-838-2291
E-Mail Address:  ops@stonehillcap.com

("Buyer"), all rights, title and interest in and to Proof of Claim Number 58233, in the allowed amount of **$132,120,000.00** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated _____May 23_____, 2023.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:  Alex Darbyshire
Title:  Simon Glennie

By: _____
Name:
Title:

**STONEHILL MASTER FUND LTD.**
By:  **STONEHILL CAPITAL MANAGEMENT LLC,**
its Investment Adviser

By: _____
Name:  Steven Nelson
Title:  CFO

- 6 -