UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                                        :

Lehman Brothers Holdings Inc.          :          Chapter 11

                      Debtor.          :          Case No. 08-13555 (MG)

                                                   :

---------------------------------------------------------X

### **REQUEST TO BE REMOVED AND OMITTED FROM ALL NOTICES**

      PLEASE TAKE NOTICE that Hogan Lovells US LLP, who as Hogan & Hartson LLP (hereinafter "HLUS LLP") appeared in the above-captioned Chapter 11 proceeding on behalf of Westernbank Puerto Rico, hereby provides notice that it is no longer involved in this proceeding.

      HLUS LLP hereby withdraws all requests for notice that it may have filed or which may be attributable to HLUS LLP.

      HLUS LLP requests that it be removed from all ECF distribution lists, and from all notices concerning the proceeding.

      HLUS LLP requests that it be removed from all service lists in the proceeding.

Dated: New York, New York
         June 20, 2023

                                      Respectfully submitted,

                                      /s/ *David Dunn*
                                      David Dunn
                                      david.dunn@hoganlovells.com
                                      **HOGAN LOVELLS US LLP**
                                      390 Madison Avenue
                                      New York, New York 10017
                                      Tel. (212) 918-3000
                                      Fax (212) 918-3100