**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited, Hong Kong Branch ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion or portions of the Claim identified in Exhibit A attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal.  For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: July 12, 2023
      New York, New York

    /s/ Jonathan Cho
    Jonathan Cho
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile: (212) 610-6399

    *Attorneys for The Hongkong*
    *and Shanghai Banking*
    *Corporation Limited*

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| Lehman Brothers Treasury Co B.V 2Y CDA 5+16+388 35% 07DEC2009 | XS0333830700 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | USD 200,000 |

* No portion of the Claim, whether relating to ISIN XS0333830700 or otherwise, is being withdrawn in excess of the principal amount in this column.