

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc. ,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DBS Bank Taiwan Limited | CitiBank Taiwan Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
DBS IP&A
12F., No. 333, Ruiguang Rd., Neihu Dist.,
Taipei City 114, Taiwan(R.O.C.)

Phone:  +886 (2)66128361   +886 (2)66128336
        +886 (2)66129724   +886 (2)66128339
Last Four Digits of Acct #: n/a

Court Claim # (if known): 58946
Amount of Claim: See attached Evidence of Transfer of Claim
Date Claim Filed: 06/21/2023

Phone: _____
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

(same as above)

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Stephen Sun_____   Date: _2023/6/29_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Wealth Management Group
Citibank Taiwan Limited
13F No.1 SongZhi Road, Xin Yi District,
Taipei 11047, Taiwan, R.O.C.



June 15, 2023

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citibank Taiwan Limited** ("Transferor") unconditionally and irrevocably transferred to **DBS Bank Taiwan Limited** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58946**) in the nominal amount related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP)(Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 12TH day of August 2023.

Citibank Taiwan Limited

_____          _____
Morris, Huang                     Jason, Wu
Senior Vice President             Director

Wealth Management Group
Citibank Taiwan Limited
13F No.1 SongZhi Road, Xin Yi District,
Taipei 11047, Taiwan, R.O.C.
Schedule I

Lehman Programs Securities Related to Transferred of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount | Currency |
|---|---|---|---|---|---|
| XS0330196295 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 1,315,807.67 | USD |
| XS0357740843 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 8,100,000.00 | USD |
| XS0321712738 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 6,118,154.75 | HKD |
| XS0324841153 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 2,540,000.00 | USD |
| XS0337488091 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 16,680,000.00 | USD |
| XS0332526929 | 58946 | 10/15/2009 | LEHMAN BROTHERS HOLDINGS INC. | $ 430,000.00 | USD |