

25th June 2023

To,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



Sub: Transfer of claim for Lehman Brothers Holding Inc

Dear Sir or Madam,

Please find enclosed the necessary and sufficient documents containing details of the claim transfer from Citibank N.A. Bahrain Branch to Ahli United Bank B.S.C.(c) to be recorded at your good offices for the relevant claim number.

Please write to the email address below for any communication/notifications in this regard. Email: samir.chikhalikar@ahliunited.com

Yours sincerely,

*Sharifa Sanad A1119*

For
Ahli United Bank
PO Box 2424, Manama
Kingdom of Bahrain

Ahli United Bank (B.S.C)
Head Office:
Bldg. 2495 Road 2832 Al Seef District 428
P.O. Box 2424, Manama, Kingdom of Bahrain
Telephone: (+973) 17 585 858
Facsimile : (+973) 17 580 569
info@ahliunited.com

Internal -

www.ahliunited.com

Incorporated with the Limited Liability by Decree from HH The King of Kingdom of Bahrain,
Commercial Registration Number 46348
"Licensed as a conventional retail bank by the CBB"

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re   Lehman Brothers Holding Inc.   ,   Case No.   08-13555 JMP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AHLI UNITED BANK B.S.C. (c) | CITIBANK N.A. BAHRAIN BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Sharifa Sanad or Tom Blackwell
Ahli United Bank B.S.C. (c)
P.O. Box 2424 Manama Bahrain

Court Claim # (if known): 55407
Amount of Claim: USD 6,477,547.00
Date Claim Filed: 10/29/2009

Phone: +973 1758 5680
Last Four Digits of Acct #: 7913

Phone: +973 1758 2484
Last Four Digits of Acct. #: N.A.

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 06/22/2023
    Transferee/Transferee's Agent
    Tom Blackwell      Sharifa Sanad

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Tom Blackwell
A 1087

Sharifa Sanad
A1119



Citibank, N.A
P.O. Box 548
Manama, Kingdom of Bahrain

Tel  +973 17 588 588
Fax +973 17 583 000

## EVIDENCE OF TRANSFER OF CLAIM

Date: 22nd June 2023

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Citibank N.A. Bahrain Branch ("Transferor") unconditionally and irrevocably transferred to Ahli United Bank B.S.C (c) ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55407) in the nominal amount of USD 6,477,547.00
related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22nd day of June 2023.

For Citibank N.A. Bahrain Branch

_____
Michel Sawaya
Managing Director

Citibank, N.A.

Licensed by the CBB as a conventional Wholesale and Retail Bank



Schedule 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN number | Court Claim # | Date Claim filed | Issuer | Nominal/Pay out Amount |
|---|---|---|---|---|
| XS0298860916 | 55407 | 10/29/2009 | Lehman Brothers Holdings Inc. | USD 6,477,507.00 |
| XS0312086530 | | | | |
| XS0195333876 | | | | |
| XS0320337685 | | | | |
| XS0299083468 | | | | |
| XS0303539273 | | | | |
| XS0296894669 | | | | |
| XS0338483828 | | | | |
| XS0305574849 | | | | |
| XS0192518370 | | | | |
| XS0332612844 | | | | |

Licensed by the CBB as a conventional Wholesale & Retail Bank        Citibank, N.A.