RECEIVED

JUL 1 9 2023

U.S. BANKRUPTCY COURT, SDNY

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to Bernardo Marcelo Yungman all of its right, title, interest claims and causes of action in and to or arising under or in connection with its claim (Claim No. 517622.22) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 JULY 2023.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department
Director

Securities department
Associate

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| XS0326476693<br><br>Lehman Br.Sec NV --- Certificates 2007-10.8.12 on a Basket of Shs Srs L-07/469 | 51762.22 | 28 October 2009 | Lehman Brothers Treasury BV | | 28498.94 |
| XS0264674549<br><br>Lehman Brothers --- Auto-Redeemable Recovery Note 2007-15.12.18 on a Basket of Indices | 51762.22 | 28 October 2009 | Lehman Brothers Treasury BV | | 54182.13 |
| XS0314871293<br><br>Lehman Br.Sec NV --- Certificates 2007-10.8.12 on a Basket of Shs Srs L-07/469 | 51762.22 | 28 October 2009 | Lehman Brothers Treasury BV | | 26136.83 |
| XS0271141565<br><br>Lehman Brothers --- Auto-Redeemable Recovery Note 2007-15.12.18 on a Basket of Indices | 51762.22 | 28 October 2009 | Lehman Brothers Treasury BV | | 17454.18 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern    District Of New York

In re Lehman Brothers Holdings Inc.      ,                    Case No. 08-13555 ( JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BERNARDO MARCELO YUNGMAN | Union Bancaire Privee , UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
R. Haddock Lobo, 1272 apto 142 - Sao Paulo
Brazil ; marceby@gmail.com

Court Claim # (if known): 51762.22
Amount of Claim: $126,272.08
Date Claim Filed: 10/29/2009

Phone: +1786 4914564 / +54911 44730503
Last Four Digits of Acct #: _____

Phone: + 41 58 819 3533
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: + 1 212 7049242
Last Four Digits of Acct #: acc no 17272861

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 07/12/2023 _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.