**UBS**

**UBS AG**
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com

RECEIVED
AUG 4 2023
U.S. BANKRUPTCY COURT, SDNY

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

July 18, 2023

subject    Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of    Attention: Clerk of the Court

you are receiving    Evidence of -1- partial transfer of claims: from Credit Suisse (Schweiz) AG to UBS AG

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records       ☐ please comment         ☒ please confirm receipt
☐ as agreed              ☐ please sign            ☒ please process
☐ please complete

Remarks
TOCE249 USD 500'000 XS0327822135 - LBS NV (Claim-No 55829)

Transferor: Credit Suisse (Schweiz) AG / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 17, 2023.**

**Credit Suisse (Schweiz) AG**

By: _____
Name: Kornel Koller
Title: AVP

By: _Philipp Oswald / AVP_
Name: Philipp Oswald
Title: AVP

*TOCE 249*

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0327822135 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 500'000 |

TOCE249