

**Law Offices of Kenneth L. Baum LLC**

| 201 W. Passaic St., Suite 104 | 1025 Westchester Av. | Phone: 201-853-3030 |
| Rochelle Park, NJ  07662 | Suite 215 | Fax: 201-584-0297 |
|  | White Plains, NY 10604 | kbaum@kenbaumdebtsolutions.com |
| Kenneth L. Baum, Esq. |  | www.kenbaumdebtsolutions.com |

August 15, 2023

**Via ECF**
Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    Lehman Brothers Holdings Inc.
                Case No. 08-13555-mg

Dear Sir or Madam:

    I respectfully request to be removed from all CM/ECF notifications for this case. I no longer represent any party in this matter.

                                        Respectfully,

                                        */s/ Kenneth L. Baum*

                                        Kenneth L. Baum