## United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*      Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **STONEHILL MASTER FUND LTD.** | **VÄRDE INVESTMENT PARTNERS, L.P.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Master Fund Ltd.
c/o Stonehill Capital Management LLC
320 Park Avenue, 26ʰ Floor
New York, New York  10022
Attn: General Counsel

Last Four Digits of Acct. #: N/A

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

(1) with respect to Claim No. 7370, the sum of $2,732,749.71;
(2) with respect to Claim No. 11489, the sum of $2,384,238.21;
(3) with respect to Claim No.14377, the sum of $126,271.39;
(4) with respect to Claim No. 14870, the sum of $183,369.39;
(5) with respect to Claim No. 15740, the sum of $1,877,830.10;
(6) with respect to Claim No. 15826, the sum of $2,000,000.00;
(7) with respect to Claim No. 16147, the sum of $1,544,937.51;
(8) with respect to Claim No. 16174, the sum of $104,002.01;
(9) with respect to Claim No. 16338, the sum of $320,062.61; and
(10) with respect to Claim No. 16840, the sum of $4,132,000.00.

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL MASTER FUND LTD.**
By:    STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____                Date: 8/2/23
Name:          Paul Malek
Title:         Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,732,749.71** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **7370** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2_ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,732,749.71** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **7370** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___2___ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

Paul Malek
Authorized Signatory

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,384,238.21** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **11489** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2_ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:  Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:      STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,384,238.21** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **11489** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2ᵘᵈ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:        STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser


By: _____
Name:
Title:

Paul Malek
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$126,271.39** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **14377** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2_ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:  Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:      STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$126,271.39** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **14377** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2ᵗᵈ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:
Title:

BUYER:

**STONEHILL MASTER FUND LTD.**
By:     STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

Paul Malek
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$183,368.39** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **14870** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  _2_  day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:      STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$183,368.39** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **14870** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2 day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:      STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:
Paul Malek
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$1,877,830.10** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **15740** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2__ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser


By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$1,877,830.10** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **15740** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser


By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,000,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **15826** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2__ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$2,000,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **15826** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:   STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:
Paul Malek
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$1,544,937.51** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16147** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2__ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$1,544,937.51** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16147** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2ᵘᵈ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ( "**Buyer**"), **$104,002.01** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16174** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __2__ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ( "**Buyer**"), **$104,002.01**of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16174** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:
Title:

BUYER:

**STONEHILL MASTER FUND LTD.**
By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

Paul Maleh
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$320,062.61** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16338** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __2_ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$320,062.61** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16338** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:


BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser


By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$4,132,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16840** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2__ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name: Matthew Mach
Title:   Managing Director

BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

VÄRDE INVESTMENT PARTNERS, L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONEHILL MASTER FUND LTD. ("**Buyer**"), **$4,132,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16840** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of August, 2023.

SELLER:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., L.P., Its
General Partner
By: Värde Investment Partners UGP, LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:
Title:

BUYER:

**STONEHILL MASTER FUND LTD.**
 By:  STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser

By: _____
Name:
Title:

Paul Malek
Authorized Signatory