WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.,
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**NOTICE OF TWENTY-SEVENTH DISTRIBUTION DATE AND RECORD DATE IN
CONNECTION WITH THE MODIFIED THIRD AMENDED JOINT CHAPTER 11
PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE:

- In accordance with sections 1.48 and 8.3 of the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 22973] (the "Plan"),[1] and the *Order In Aid of Execution of The Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, dated January 31, 2013 [ECF No. 34348] (the "Order"), **the twenty-seventh Distribution Date is scheduled for October 5, 2023** (the "Twenty-Seventh Distribution Date").

- Pursuant to section 8.11 of the Plan and the Order, for purposes of the Twenty-Seventh Distribution Date, **the Plan Administrator will not recognize any transfer of Claims after August 26, 2023** (the "Record Date").

- **The Plan Administrator may not make any Distribution to a holder of an Allowed Claim unless such Claim holder has submitted or submits, on or before September 5, 2023, both the appropriate (i) Internal Revenue Service tax form ("Tax Form") and (ii) certification pertaining to Office of Foreign Assets Control compliance ("OFAC Certification")**. For further information concerning the Tax Form and

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to them in the Plan.

OFAC Certification, please review the *Notice to Holders of Allowed Claims Regarding Plan Distributions*, dated February 15, 2012 [ECF No. 25392]. Copies of the Tax Form and form for OFAC Certification are available at www.lehman-docket.com. **Consult the claims register on this website to determine whether a Tax Form previously submitted is still valid.**

Copies of the Plan and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

Dated: August 18, 2023
      New York, New York

                                                    /s/ Garrett A. Fail
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007
                                           Garrett A. Fail

                                           *Attorneys for Lehman Brothers Holdings Inc.,*
                                           *and Certain of Its Affiliates*

WEIL:\99304467\1\58399.0011