UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
:
: Ref. Docket Nos. 61584-
: 61587, 61595, & 61598-61605
:
--------------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify:

1. I am employed as Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 31, 2023, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 31, 2023, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000218590375 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 13242



CITIBANK TAIWAN LTD.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTENTION: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK TAIWAN LTD.
ATTENTION: CINDY KUO
13F, NO. 1, SONGJHIH RD
TAIPEI 110
TAIWAN

Please note that your claim # 58946 in the above referenced case and in the amount of $35,131,067.00 allowed at $35,183,962.42 has been transferred (unless previously expunged by court order)

DBS BANK (TAIWAN) LTD
TRANSFEROR: CITIBANK TAIWAN LTD.
ATTN: DBS IP&A
12F, NO. 333, RUIGUANG RD
NEIHU DISTRICT
TAIPEI CITY 114
 TAIWAN

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          61585                     in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/31/2023                              Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 31, 2023.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AHLI UNITED BANK B.S.C.(C) | TRANSFEROR: CITIBANK, N.A. BAHRAIN BRANCH, ATTN: SHARIFA SANAD AND TOM BLACKWELL, PO BOX 2424, MANAMA  BAHRAIN |
| CITIBANK TAIWAN LTD. | ATTENTION: CINDY KUO, 13F, NO. 1, SONGJHIH RD, TAIPEI 110  TAIWAN |
| CITIBANK TAIWAN LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTENTION: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. BAHRAIN BRANCH | ATTN: SIDDHARTA S. BANERJEE, CITIBANK HOUSE 1122, ROAD 2819,, P.O.BOX 548, AL-SEEF DISTRICT 428  BAHRAIN |
| CITIBANK, N.A. BAHRAIN BRANCH | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DBS BANK (TAIWAN) LTD | TRANSFEROR: CITIBANK TAIWAN LTD., ATTN: DBS IP&A, 12F, NO. 333, RUIGUANG RD, NEIHU DISTRICT, TAIPEI CITY 114  TAIWAN |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, C/O STONEHILL CAPITAL MGMT, 320 PARK AVE, 26TH FL, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001  SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001  SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, 96 98 RUE DU RHONE, GENEVA 1 1211  SWITZERLAND |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: BANK DEBT, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| YUNGMAN, BERNARDO MARCELO | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, R. HADDOCK LOBO, 1271 APTO 142, SAO PAULO  BRAZIL |

**Total Creditor Count 16**