WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (MG)
                                            :
                          Debtors.          :    (Jointly Administered)
                                            :
------------------------------------------------------------x
```

## NOTICE REGARDING CERTAIN UK LITIGATION

As noted in the Quarterly Financial Report of Lehman Brothers Holdings Inc ("**LBHI**") as of June 30, 2023, the administrators of Lehman Brothers Holdings PLC (in administration) ("**PLC**"), a non-controlled affiliate of LBHI, issued an application on March 14, 2023, in the High Court of England & Wales for the determination of 5 legal issues relating to LBHI's claims in the insolvency proceedings of PLC (the "**Application**"). On 8 October 2023, LBHI, PLC and certain others entered into a settlement agreement, following which the parties filed a consent order withdrawing 4 of those issues from the Application and certain related applications so far as they relate to the withdrawn issues.

The remaining issue, regarding the relative ranking of statutory interest and principal on subordinated claims in the PLC administration, was heard in the High Court of England & Wales on 9 and 10 October 2022 and the Court reserved decision.

Further details on the settlement agreement can be found on the PLC administrators' website: https://www.pwc.co.uk/services/business-restructuring/administrations/non-lbie-companies/lbh-plc-in-administration.html.

Dated:  October 16, 2023
        New York, New York

                                            */s/ Garrett A. Fail*
                                            Garrett A. Fail

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            *Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates*