UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

**SEPTEMBER 2023 POST-EFFECTIVE OPERATING REPORT**
SEPTEMBER 1, 2023 – OCTOBER 5, 2023
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

DEBTORS' ADDRESS:     LEHMAN BROTHERS HOLDINGS INC.
c/o ROSE HAUZENBERG
110 EAST 42nd STREET
SUITE 820
NEW YORK, NY 10017

DEBTORS' ATTORNEYS:   WEIL, GOTSHAL & MANGES LLP
c/o GARRETT A. FAIL
767 FIFTH AVENUE
NEW YORK, NY 10153

REPORT PREPARER:      LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR

Date:  October 30, 2023

# SCHEDULE OF DEBTORS

The twenty three entities listed below (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. As of the date hereof, the following Debtor's chapter 11 case remains open:

| | Case No. | Date Filed ("Commencement Date") |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |

The following Debtors' chapter 11 cases were closed in 2016, 2018, 2019, 2020 and 2021, pursuant to final decrees entered by the Bankruptcy Court (Docket No. 51920, No. 54163, No. 58257, No. 59472, No. 60623 and No. 61162):

| | Case No. | Date Filed | Date Closed |
|---|---|---|---|
| LB 745 LLC | 08-13600 | 9/16/2008 | 1/28/2016 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 | 1/28/2016 |
| CES Aviation LLC | 08-13905 | 10/5/2008 | 1/28/2016 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 | 1/28/2016 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 | 1/28/2016 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 | 1/28/2016 |
| LB Somerset LLC | 09-17503 | 12/22/2009 | 1/28/2016 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 | 1/28/2016 |
| East Dover Limited | 08-13908 | 10/5/2008 | 12/15/2016 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 | 12/15/2016 |
| Merit LLC | 09-17331 | 12/14/2009 | 12/15/2016 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 | 6/14/2018 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 | 2/11/2019 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 | 2/11/2019 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 | 2/11/2019 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 | 5/4/2020 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 | 5/4/2020 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 | 5/4/2020 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 | 7/1/2021 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the originators of the questions). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as relevant, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's previously posted responses can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com** under the Key Documents tab and the Responses to Questions Submitted category

**LEHMAN BROTHERS HOLDINGS INC. AND LBHI CONTROLLED AFFILIATES**
**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**SEPTEMBER 1, 2023 –OCTOBER 5, 2023**

The information and data included in this September 2023 Post-Effective Operating Report (the "Operating Report") are derived from sources available to LBHI, as Plan Administrator, and its Controlled Affiliates (collectively, the "Company").  The term "Controlled Affiliates" refers to those affiliates that are directly or indirectly controlled by LBHI and excludes non-controlled affiliates that are not managed or controlled by LBHI as of the Effective Date and are under separate administrations in the United States or abroad.   LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Company, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities.  LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.  Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. money-market funds, commercial paper and U.S. government obligations.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

**LEHMAN BROTHERS HOLDINGS INC. and LBHI-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**September 1, 2023 - October 5, 2023**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | LBHI | LBHI-Controlled Entities | Total LBHI & Controlled Entities |
|---|---|---:|---:|---:|
| **Beginning Cash (9/1/23)** |  | $ 116.0 | $ 29.6 | $ 145.6 |
| **Sources of Cash** |  |  |  |  |
| Non-Controlled Affiliates |  | - | - | - |
| Financial Instruments |  | 1.2 | - | 1.2 |
| Inter-Company Receipts |  | 21.9 | - | 21.9 |
| Other Receipts |  | 0.6 | 0.7 | 1.2 |
| **Total Sources of Cash** |  | **23.7** | **0.7** | **24.3** |
| **Uses of Cash** |  |  |  |  |
| Operating Expenses | (a) | (2.4) | (0.3) | (2.7) |
| Non-Operating |  | - | - | - |
| Inter-Company Disbursements |  | - | (21.9) | (21.9) |
| Plan Distributions | (b) | (20.1) | - | (20.1) |
| **Total Uses of Cash** |  | **(22.5)** | **(22.2)** | **(44.7)** |
| Other |  | 0.0 | (0.2) | (0.2) |
| **Ending Cash (10/05/23)** [1] |  | $ 117.2 | $ 7.9 | $ 125.1 |
|  |  |  |  |  |
| [1] **Ending Cash includes:** |  |  |  |  |
| Unrestricted cash |  | 22.3 | 2.6 | 24.8 |
| Contingency Reserve |  | 10.0 | - | 10.0 |
| Restricted Cash for Operating Expenses |  | 58.5 | - | 58.5 |
| Restricted Cash for Disputed Claims * |  | 17.4 | - | 17.4 |
| Restricted Cash for Taxes and Other ** |  | 9.1 | 5.3 | 14.4 |
| **Total** |  | $ 117.2 | $ 7.9 | $ 125.1 |

\* Includes plan adjustments and interest held on behalf of Disputed Claims
\** Includes, but is not limited to, cash held for the benefit of third parties

All values that are exactly zero are shown as "-".
Totals may not foot due to rounding.

**Notes:**

(a) Payments to certain vendors reflect fees incurred over multiple months.

(b) Plan Distributions include distributions on October 5, 2023 to holders of Allowed Claims, excluding Claims held by LBHI (refer to the Notice Regarding Twenty-Seventh Distribution [Docket No. 61614] for additional information).