**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc.,<br><br>Debtor | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Stonehill Master Fund Ltd.**
Name of Transferee
Phone:
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:
Stonehill Master Fund Ltd.
320 Park Avenue
26th Floor
New York, NY 10022
Attn: ops@stonehillcap.com

**Deutsche Bank AG, London Branch**
Name of Transferor
Phone:
Last Four Digits of Acct #: N/A
**Claim No: 58233**
**Case No.: 08-13555**

**Transferred Amount of Claim: $1,923,495,506**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Stacy Tecklin
Stacy Tecklin
on behalf of Transferee, as Agent

Date: March 10 , 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **STONEHILL MASTER FUND LTD.** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 58233 in the principal amount of $1,923,495,506 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") administered under Chapter 11 Case no. 08-13555.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of February 2026.

| SELLER: | BUYER: |
|---|---|
| **DEUTSCHE BANK AG, LONDON BRANCH** | **STONEHILL MASTER FUND LTD.** |
| C.J. Lanktree (signature) ______________________ | ______________________ |
| Name: CJ Lanktree | Name: |
| Title: Managing Director | Title: |
| (signature) ______________________ | |
| Name: Mark Doria | |
| Title: Managing Director | |



US_ACTIVE\132302110\V-1

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **STONEHILL MASTER FUND LTD.** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 58233 in the principal amount of $1,923,495,506 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") administered under Chapter 11 Case no. 08-13555.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of February 2026.

| SELLER: | BUYER: |
|---|---|
| **DEUTSCHE BANK AG, LONDON BRANCH** | **STONEHILL MASTER FUND LTD.** |
| _______________________ | [signature] _______________________ |
| Name: | Name: Michael Zuckerman |
| Title: | Title: CFO |
| _______________________ | |
| Name: | |
| Title: | |