UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

### FEBRUARY 2026 POST-EFFECTIVE OPERATING REPORT
FEBRUARY 1, 2026 – FEBRUARY 28, 2026
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

DEBTORS' ADDRESS:     LEHMAN BROTHERS HOLDINGS INC.
c/o ROSE HAUZENBERG
420 LEXINGTON AVENUE
SUITE 1402
NEW YORK, NY 10170

REPORT PREPARER:     LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR

Date: March 26, 2026

## SCHEDULE OF DEBTORS

The twenty-three entities listed below (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. As of the date hereof, the following Debtor's chapter 11 case remains open:

| | Case No. | Date Filed ("Commencement Date") |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") ............................................................... | 08-13555 | 9/15/2008 |

The following Debtors' chapter 11 cases were closed in 2016, 2018, 2019, 2020 and 2021, pursuant to final decrees entered by the Bankruptcy Court (Docket No. 51920, No. 54163, No. 58257, No. 59472, No. 60623, and No. 61162):

| | Case No. | Date Filed | Date Closed |
|---|---|---|---|
| LB 745 LLC.......................................................................... | 08-13600 | 9/16/2008 | 1/28/2016 |
| PAMI Statler Arms LLC........................................................ | 08-13664 | 9/23/2008 | 1/28/2016 |
| CES Aviation LLC ............................................................... | 08-13905 | 10/5/2008 | 1/28/2016 |
| CES Aviation V LLC............................................................ | 08-13906 | 10/5/2008 | 1/28/2016 |
| CES Aviation IX LLC .......................................................... | 08-13907 | 10/5/2008 | 1/28/2016 |
| LB 2080 Kalakaua Owners LLC ........................................... | 09-12516 | 4/23/2009 | 1/28/2016 |
| LB Somerset LLC ................................................................ | 09-17503 | 12/22/2009 | 1/28/2016 |
| LB Preferred Somerset LLC ................................................ | 09-17505 | 12/22/2009 | 1/28/2016 |
| East Dover Limited.............................................................. | 08-13908 | 10/5/2008 | 12/15/2016 |
| Luxembourg Residential Properties Loan Finance S.a.r.l................... | 09-10108 | 1/7/2009 | 12/15/2016 |
| Merit LLC.......................................................................... | 09-17331 | 12/14/2009 | 12/15/2016 |
| Lehman Brothers Derivative Products Inc. ("LBDP") ..................... | 08-13899 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Financial Products Inc.("LBFP") ......................... | 08-13902 | 10/5/2008 | 6/14/2018 |
| Lehman Scottish Finance L.P. .............................................. | 08-13904 | 10/5/2008 | 6/14/2018 |
| Lehman Brothers Commodity Services Inc. ("LBCS") .................... | 08-13885 | 10/3/2008 | 2/11/2019 |
| Lehman Brothers Commercial Corporation ("LBCC") ..................... | 08-13901 | 10/5/2008 | 2/11/2019 |
| Structured Asset Securities Corporation................................. | 09-10558 | 2/9/2009 | 2/11/2019 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC")........................... | 08-13893 | 10/3/2008 | 5/4/2020 |
| BNC Mortgage LLC ............................................................ | 09-10137 | 1/9/2009 | 5/4/2020 |
| Lehman Commercial Paper Inc. ("LCPI") ................................. | 08-13900 | 10/5/2008 | 5/4/2020 |
| Lehman Brothers Special Financing Inc. ("LBSF")…………………….. | 08-13888 | 10/3/2008 | 7/1/2021 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the originators of the questions). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as relevant, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's previously posted responses can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under the Key Documents tab and the Responses to Questions Submitted category**

**LEHMAN BROTHERS HOLDINGS INC. AND LBHI CONTROLLED AFFILIATES**
**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**FEBRUARY 1, 2026 – FEBRUARY 28, 2026**

The information and data included in this February 2026 Post-Effective Operating Report (the "Operating Report") are derived from sources available to LBHI, as Plan Administrator, and its Controlled Affiliates (collectively, the "Company"). The term "Controlled Affiliates" refers to those affiliates that are directly or indirectly controlled by LBHI and excludes non-controlled affiliates that are not managed or controlled by LBHI as of the Effective Date and are under separate administrations in the United States or abroad. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Company, their business, condition (financial or otherwise), results of operations, prospects, assets, or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. money-market funds, commercial paper, and U.S. government obligations.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

**LEHMAN BROTHERS HOLDINGS INC. and LBHI-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**February 1, 2026 - February 28, 2026**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | LBHI | LBHI-Controlled Entities | Total LBHI & Controlled Entities |
|---|---|---|---|---|
| **Beginning Cash (2/1/26)** |  | $ 84.7 | $ 2.6 | $ 87.3 |
| **Sources of Cash** |  |  |  |  |
| Non-Controlled Affiliates | (a) | 22.3 | - | 22.3 |
| Financial Instruments and Other Receipts |  | 0.3 | 0.0 | 0.3 |
| Inter-Company Receipts |  | - | - | - |
| **Total Sources of Cash** |  | **22.6** | **0.0** | **22.6** |
| **Uses of Cash** |  |  |  |  |
| Operating Expenses and Other | (b) | (0.3) | (0.4) | (0.7) |
| Inter-Company Disbursements |  | - | - | - |
| **Total Uses of Cash** |  | **(0.3)** | **(0.4)** | **(0.7)** |
| Other |  | (0.1) | 0.0 | (0.1) |
| **Ending Cash (2/28/26)** | (c) | **106.8** | $ **2.3** | $ **109.0** |

All values that are exactly zero are shown as "-".
Totals may not foot due to rounding.

## Notes:

(a) Receipt from Non-Controlled Affiliates in LBHI is from a distribution on a subordinated claim into Lehman Brothers Holdings PLC.

(b) Payments to certain vendors reflect fees incurred over multiple months.

(c)  Ending Cash includes reserves for a disputed claim, compensation, tax matters, funds owed to third parties, contingency, and administrative and other expenses.

4