Railsplitter Holdings Corporation
3555 Farnam Street
Omaha, NE 68131

JUN 10 2026

June 9, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Re: Lehman bankruptcy claims transfers

Enclosed please find two B-2100A Claim Transfer Forms to request the transfer of Lehman bankruptcy claims to our parent corporation, General Reinsurance Corp. If there are questions, I can be reached at ksham@brka.com or (402) 346-1400 ext. 430.

Sincerely,
RAILSPLITTER HOLDINGS CORP.

Kerby S. Ham
Treasurer

B 2100A (Form 2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (MG)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

General Reinsurance Corp.
Name of Transferee

Railsplitter Holdings Corp.
Name of Transferor

Name and Address where notices to transferee should be sent:

400 Atlantic Street
9th Floor
Stamford, CT 06901

Joe Delaney Joseph.Delaney@genre.com
Phone: 203-328-5000
Last Four Digits of Acct #________

Court Claim # (if known): 47229

Amount of Claim: $14,049,147.14
Date Claim Filed: Oct 26, 2009

Phone: 402-346-1400
Last Four Digits of Acct #________

Name and Address where transferee payments should be sent (if different from above):

Phone:________
Last Four Digits of Acct #________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: Jun 9, 2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.