**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc.,<br><br>Debtor | Chapter 11<br><br>Case No. 08-13555<br>(SCC) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Stonehill Master Fund Ltd.**
Name of Transferee
Phone:
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:
Stonehill Master Fund Ltd.
320 Park Avenue
26th Floor
New York, NY 10022
Attn: ops@stonehillcap.com

**Lehman Brothers Treasury Co. B.V., in liquidation**
Name of Transferor
Phone:
Last Four Digits of Acct #: N/A
**Claim No: 58612**
**Case No.: 08-13555**

**Full Amount of Claim: $34,548,000,000**
**Transferred Amount of Claim: $7,458,052,039.72**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________
on behalf of Transferee, as Agent

Date: August 20, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit A to Assignment of Claim Agreement**

**Form of Evidence of Transfer**

To: United States Bankruptcy Court, Southern District of New York; and
Lehman Brothers Treasury Co. B.V. *in liquidation*

From: Stonehill Master Fund Ltd., as Transferee

Date: August 13, 2026

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under **Claim No: 58612** filed by Transferor in the aggregate amount of US$34,548,000,000 (the "Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure of the partial transfer, other than for security, of the Claim in the amount of **US$**7,458,052,039.72 (the Transferred Amount of the Claim) to Transferee.

Lehman Brothers Treasury Co. B.V. *in liquidation*
(Name of Transferor)

Stonehill Master Fund Ltd.
(Name of Transferee)

Name and Address where notices to Transferee should be sent:

Stonehill Capital management LLC
c/o Stonehill Master Fund Ltd.
320 Park Avenue 26th floor
New York, NY 10022

Attention: Operations
Telephone: 212-739-7474
Email: ops@stonehillcap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LEHMAN BROTHERS TREASURY CO. B.V. *in liquidation*

By: ______________________
Name: F. VERHOEVEN
Title: LIQUIDATOR

K. VAN BOEKEL
LIQUIDATOR.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

KL2 3667903.4